<pre>
 1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
 2                         TAMPA DIVISION

 3   UNITED STATES OF AMERICA,     Case No. 8:16-CR-314-T-35JSS

 4          Plaintiff,

 5   VS.                           Tampa, Florida

 6   BEON NICHOLAS PHILLIPS and
     NEIL JASON MERRITT,           January 9, 2017
 7

 8          Defendants.            9:00 a.m.

 9   _____/

10                           VOLUME I
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
11             BEFORE THE HONORABLE MARY S. SCRIVEN
                 UNITED STATES DISTRICT JUDGE
12

13   Appearances:

14   For the Government:       JOSEPH K. RUDDY, ESQUIRE
                               Assistant United States Attorney
15                             400 N Tampa St., Ste 3200
                               Tampa, FL   33602
16                             (813)274-6000
                               joseph.ruddy@usdoj.gov
17
     For the Defendant         MARK W. CIARAVELLA, ESQUIRE
18   Phillips:                 Mark W. Ciaravella, PA
                               1110 N. Florida Ave
19                             Tampa, FL  33602
                               (813)388-0881
20                             mwc@ciaravella.com

21   For the Defendant         JORGE L. CHALELA, ESQUIRE
     Merritt:                  Jorge Leon Chalela, PA
22                             3030 N. Rocky Point Dr., Ste 150
                               PO Box 173407
23                             Tampa, FL  33672-0407
                               (813)221-5600
24                             Chalelalaw@yahoo.com

25
</pre>

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

```
 1   Court Reporter:          MS. CLAUDIA SPANGLER-FRY, RPR, RMR
                              Official Court Reporter
 2                            801 N Florida Ave., 7th Floor
                              Tampa, FL 33602
 3                            (813)301-5575
                              cookiefry@aol.com
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | January 9, 2016 |
| 3 | ******** |
| 4 | THE COURT:  Good morning.  Please call the case. |
| 5 | THE CLERK:  In the Matter of the United States of |
| 6 | America versus Beon Nicholas Phillips and Neil Jason Merritt, |
| 7 | Case No. 8:16-CR-314-T-35JSS. |
| 8 | Counsel, please state your appearances, starting with |
| 9 | counsel for the United States. |
| 10 | MR. RUDDY:  Good morning, Your Honor.  Joseph Ruddy |
| 11 | for the Government, and at counsel table with me is the case |
| 12 | agent, FBI Special Agent Waldemar Alicea. |
| 13 | THE COURT:  Good morning. |
| 14 | MR. CIARAVELLA:  Good morning.  Mark Ciaravella for |
| 15 | Mr. Phillips, who is present. |
| 16 | MR. CHALELA:  Good morning, Your Honor.  My name is |
| 17 | Jorge Chalela, I'm here on behalf of Neil Merritt. |
| 18 | THE COURT:  Good morning.  Are the parties prepared |
| 19 | to proceed at this time and are there any preliminary issues to |
| 20 | address? |
| 21 | MR. RUDDY:  Your Honor, we are prepared, the |
| 22 | Government's prepared.  There is the State Department issue of |
| 23 | subject matter jurisdiction which is normally, by the statute, |
| 24 | done prior to trial, but it's at the Court's convenience.  We |
| 25 | could address that at your convenience, now or at some other -- |

1       THE COURT:  Is there an issue with regard to

2  jurisdiction?

3       MR. RUDDY:  No, Your Honor.  Under the statute, with

4  the State Department certification, that is conclusive.  We

5  have filed the State Department's certification in the docket

6  already.  I've included it as a Court exhibit in our evidence

7  list, exhibit list, in the actual case, but it needs -- it is a

8  finding that Your Honor needs to make.

9       THE COURT:  All right.

10       Any response from the defense?

11       MR. CIARAVELLA:  No, Your Honor, we're not making an

12  objection to jurisdiction.

13       MR. CHALELA:  No, Your Honor.

14       THE COURT:  All right.

15       Based upon the filing of the Government in connection

16  with this matter, and the proper presentation of the matter to

17  the Court's consideration this morning, and hearing no

18  objection from the defense, the Court finds that jurisdiction

19  properly lies here in the Middle District of Florida and in the

20  Federal Court.

21       There have been differing proposed voir dire

22  questions submitted in the case.  The Government has filed a

23  set, the defense has filed a set.

24       Ms. Vizza, have you given them the Court's standard

25  voir dire?

1          THE CLERK:  Yes, Your Honor, I have.

2          THE COURT:  So, the parties have the Court's standard

3     voir dire.  Many of these questions overlap, some of the

4     questions are provided to the jury in the introductory

5     instructions and the inquiry.  So, I think most of it is

6     covered.  The only question that I saw on the defense through

7     Mr. Merritt -- I think it was Mr. Merritt's proposed voir

8     dire -- was a question about drug addiction in the family which

9     I don't think is covered and so I will add that question to the

10    inquiry.

11         And what I'll do is go through the Court's standard

12    inquiry through the course of the voir dire, I'll do all the

13    questions.  The parties should follow along their own voir dire

14    and if there are any questions that remain unasked that the

15    parties believe would be helpful or believe cause the voir dire

16    to be incomplete, I'll give you an opportunity at the

17    conclusion of the Court's questions to propose to either go

18    back to some of the questions you've proposed or to add

19    questions that have arisen in the course of the voir dire based

20    upon the jury venire's responses.

21         Yes, sir?

22         MR. RUDDY:  No, Your Honor, nothing further.

23         THE COURT:  Any objection to that procedure from the

24    Government?

25         MR. RUDDY:  No, Your Honor.

1          THE COURT:  From the defense?

2          MR. CIARAVELLA:  No, Your Honor.

3          MR. CHALELA:  No, Your Honor.

4          THE COURT:  Is there any particular question other

5   than the drug addiction question to Mr. Merritt -- I'm sorry,

6   counsel for Mr. Merritt, do you have any that you want the

7   Court to focus on in the course of inquiry?

8          MR. CHALELA:  The burden of proof, the right not to

9   be -- the right not to be compelled to testify and not have

10  that considered in any way by the jury.

11         THE COURT:  Well, the Court does not instruct the

12  jury during voir dire.  To some degree, those questions are

13  presented to the jury as a part of the Court's general inquiry,

14  but I'm not going to go over the jury instructions and then ask

15  them to promise to follow jury instructions as part of the

16  Court's voir dire.  But there may be an opportunity to hear

17  some of that in the general ones and if at the end you believe

18  it's still an issue, we'll address it at that time.

19         MR. CHALELA:  Thank you, Your Honor.

20         THE COURT:  The parties indicated this was a five-day

21  trial.  I don't see it as a five-day trial looking at what I

22  have in front of me.  Is there a different estimation at this

23  time?

24         MR. RUDDY:  Your Honor, I think those estimates are

25  always given in an abundance of caution.  The -- I think we

1    project -- assuming no unforeseen delays, we think I could

2    conclude my case sometime Wednesday, and depending on the

3    extent of the defense case, it may conclude Wednesday or

4    Thursday.

5              THE COURT:  Does the defense have a different view?

6              MR. CIARAVELLA:  No, Your Honor, I would expect my

7    case to take one day.

8              MR. CHALELA:  Same, Your Honor.

9              THE COURT:  One day inclusive or one day each?

10             MR. CIARAVELLA:  One day each.

11             MR. CHALELA:  I would anticipate my case, if my

12   client chooses to testify, being the only affirmative defense

13   that I would be putting on.

14             THE COURT:  So, his testimony would be how long?

15             MR. CHALELA:  Given the cross-examination anticipated

16   by the Government, I would say an hour to an hour and a half at

17   the most.

18             THE COURT:  All right.

19             So, one day total.  Mr. Ciaravella, you don't intend

20   to take seven hours?

21             MR. CIARAVELLA:  No, Your Honor, I think if that's

22   what Mr. Chalela looks like, we can get it all done in one day.

23             THE COURT:  All right.

24             How long will openings be and will the defense intend

25   to preserve openings for the defense case in chief or at the

1    conclusion of the Government's opening?

2          MR. CHALELA:  Your Honor, I would give the opening at

3    the beginning.

4          THE COURT:  All right.

5          Mr. Ciaravella?

6          MR. CIARAVELLA:  Your Honor, I plan to do it at the

7    beginning.

8          THE COURT:  All right.

9          And Mr. Ruddy?

10         MR. RUDDY:  Your Honor, I anticipate 30 minutes,

11   maybe a little longer, for my opening.

12         THE COURT:  How long for the defense?

13         MR. CIARAVELLA:  I'd say 20 for me.

14         MR. CHALELA:  I would probably venture to guess 10.

15         THE COURT:  All right.

16         We'll try to get the jury seated as quickly as

17   possible.  Does anyone know what the evening looks like in

18   downtown Tampa today?  Are there any travel advisories this

19   afternoon?

20         MR. RUDDY:  I'm not aware of any, Your Honor.

21   Obviously, the game is at the stadium.  I don't think there are

22   any activities scheduled for this evening.

23         THE COURT:  Does the Marshal's Office know if there's

24   anything downtown.

25         THE MARSHAL:  No, Your Honor, we don't know.

1       MR. CIARAVELLA:  I noticed that every parking space,

2   basically, from that -- I think that is Morgan, this way are

3   blocked off, and so that indicated to me that there's something

4   going on, but I don't know.  They have this mall with like the

5   little hood over them saying don't park here.

6       THE COURT:  We'll check the schedule to make sure we

7   don't need an early recess of trial earlier than, say, 4:30, to

8   get the jurors out of downtown before festivities start up.  I

9   would imagine if they have got projections, they might try to

10  do something in the park or a game in the park or something.

11  We'll just see as the day progresses.

12      And may I see the Marshal at sidebar.

13      (Thereupon, the following discussion was had at

14  sidebar:)

15      Let me ask, do the Defendants need to be in hand and

16  leg constraints?  They're not now, I understand they're not on

17  any kind of constraints, not on leg or hands, so I'm not sure

18  what's going on.

19      THE MARSHAL:  We don't have to.  We don't ever put

20  legs unless there's a safety risk on the Defendant during trial

21  as to prevent any inadvertent viewing by the jury, curtain

22  tails or something, so we want to not have a mistrial in this

23  case, but I don't know anything.

24      THE COURT:  I thought they used to put leg restraints

25  on my Defendants when we had trial on a regular basis.

1        THE MARSHAL:  We can.

2        THE COURT:  You don't have to.  I mean, it's -- I

3  didn't want you to not do it because you thought I didn't want

4  you to do it.  If you determined it's fine, then it's fine.

5        THE MARSHAL:  I think it's -- they leave it to the

6  Deputy's discretion.  We read the file, see if there's any

7  history of violence.

8        THE COURT:  All right.

9        THE MARSHAL:  I will inquire about events this

10  afternoon and stuff like that, Your Honor.

11        THE COURT:  All right.

12        (Thereupon, the sidebar discussion was concluded and

13  the proceedings resumed as follows:)

14        All right.

15        We can call the jury.  Are they up?

16        (Brief pause.)

17        Hold on one second.  All right.

18        We're being advised that one of the -- we're being

19  advised that one of the members of the venire, a Mr. Cook, is

20  the son of the first witness.  I'm not sure whether we need him

21  to be brought up or --

22        MR. RUDDY:  Son or the father?

23        THE COURT:  The father.

24        MR. RUDDY:  And I know him as well, and he knows me.

25        THE COURT:  All right.

1          Well, then, we can just tell jury to excuse him, not

2    have him come up?

3          MR. RUDDY:  I would think so.  He'll probably say he

4    could be impartial.

5          THE COURT:  Maybe not.  Mr. --

6          MR. CIARAVELLA:  Yes, Your Honor.  I would ask that

7    he not.

8          THE COURT:  I don't even want him to be mingling with

9    the other jurors for that long.  I think it would be better if

10   he just didn't come up.

11         MR. CIARAVELLA:  Agreed, Your Honor.

12         MR. CHALELA:  Agreed, Your Honor.

13         THE COURT:  You can excuse him, but I need the name.

14         THE CLERK:  Jacob Cook.

15         MR. RUDDY:  Jacob Cook is the son?

16         THE COURT:  Right.

17         MR. RUDDY:  And, yes, he is a witness.

18         THE COURT:  The juror is the father and the witness

19   is the son?

20         MR. RUDDY:  Correct.

21         THE COURT:  Yes.  All right.

22         The juror will be excluded, and jury is being told to

23   have him either go over to Judge Moody's or be excused

24   entirely.  I don't know if his is a criminal case as well.

25         (Brief pause.)

1          All right.

2          We stand in loose recess until the jury venire comes

3     up.  Feel free to mingle about.  I think they turned the mics

4     off.  No, she didn't.

5          I omitted to inquire of the Defendants whether they

6     had an opportunity to consider any sort of plea agreement in

7     connection with this matter and if they evaluated it and

8     determined to proceed to trial without a plea.  Mr. Ciaravella?

9          MR. CIARAVELLA:  Your Honor, a plea was discussed

10    with Mr. Phillips extensively by prior counsel.  And in fact,

11    he had no interest in it at any time and, in fact, that's one

12    of the reasons that I think he was dissatisfied with them, is

13    that they were pushing it too much on him.  So, he is -- there

14    was no offer of a lesser sentence or any type of concession

15    made to me and he has simply rejected it, but I'm welcome for

16    the Court to inquire directly of him but he --

17          THE COURT:  Mr. Ruddy, was anything offered to the

18    Defendant in the way of a reduced sentence?

19          MR. RUDDY:  No, Your Honor.  There was no plea

20    agreement offered, and as you are aware, in these kind of

21    cases, it's plead to one count or plead open to the Indictment

22    with some concessions given to that, but nothing in terms of a

23    reduced sentence.

24          THE COURT:  All right.

25          MR. RUDDY:  But we never even got to that point, Your

1    Honor.

2            THE COURT:  All right.

3            And what about Mr. Merritt?

4            MR. RUDDY:  The same for Mr. Merritt.

5            THE COURT:  Mr. Chalela?

6            MR. CHALELA:  Your Honor, Mr. Merritt, from the early

7    stages getting to know him, from the jury box at first

8    appearance to the jail, has been adamant about not going to

9    trial.  When his codefendant at the time felt frustrated

10   because of a suggestion to plead, Mr. Merritt was

11   simultaneously with me wanting to ensure that that wasn't

12   something that I was going to be pushing him to do.  In any

13   event, in the recent time of last week --

14           THE COURT:  I'm confused about what you just said.

15   He was adamant about not going to trial or adamant about going

16   to trial?

17           MR. CHALELA:  No, he was adamant about me not

18   suggesting to him or -- excuse me, let me rephrase.  He was

19   adamant about me not trying to push a plea on him or a

20   suggestion of a plea on him as opposed to what he intended,

21   which was to go to trial.

22           THE COURT:  All right.

23           Well, you just said the opposite.  So, your client

24   has consistently decided he does not want to plead, he wants to

25   go to trial?

1          MR. CHALELA:  Yes, Your Honor, including last week

2     when I had the eleven and a half hour trial prep, final trial

3     preparation.  I again extended to him the option of being able

4     to plead, and while I can't guarantee what the guidelines would

5     be after trial, or before trial on a -- based on a plea

6     agreement, I did make my experienced best estimation of what

7     the guidelines would be and any minimum mandatories would be

8     were he to plead as opposed to going to trial, including but

9     not limited to any enhancements for testifying if he were to be

10    found guilty, and he was consistent as well during those

11    discussions of wanting to proceed to trial.

12          THE COURT:  All right.

13          Mr. Phillips, would you raise your right hand, sir.

14    Thereupon,

15                    BEON PHILLIPS,

16    after having been duly sworn to tell the truth, the whole truth

17    and nothing but the truth, under penalty of perjury, was

18    examined and testified as follows:

19          DEFENDANT PHILLIPS:  Yes, ma'am.

20          THE COURT:  And Mr. Merritt, would you raise your

21    right hand.

22    Thereupon,

23                    NEIL MERRITT,

24    after having been duly sworn to tell the truth, the whole truth

25    and nothing but the truth, under penalty of perjury, was

1    examined and testified as follows:

2                DEFENDANT MERRITT:  Yes, ma'am.

3                THE COURT:  Mr. Ciaravella, would you push the

4    microphone down towards Mr. Phillips.

5                Mr. Phillips, have you heard this discussion just now

6    about your decision to go forward to trial?

7                DEFENDANT PHILLIPS:  Yes, ma'am.

8                THE COURT:  Is it your decision to go forward to

9    trial?

10               DEFENDANT PHILLIPS:  Yes.

11               THE COURT:  Did you discuss with your prior counsel

12   whether you wanted to try to negotiate any sort of plea

13   agreement?  Did you talk to your other lawyer about getting a

14   plea?

15               DEFENDANT PHILLIPS:  No, ma'am.

16               THE COURT:  Did your other lawyer talk to you about

17   whether a plea might be available to you?

18               DEFENDANT PHILLIPS:  Yes, ma'am.

19               THE COURT:  And did you decide you did not want to

20   try to negotiate a deal for your case?

21               DEFENDANT PHILLIPS:  Yes, ma'am, I didn't try to.

22               THE COURT:  You didn't try to do what?

23               DEFENDANT PHILLIPS:  She asked me if I wanted to

24   plead and I said no.

25               THE COURT:  And did you make that decision of your

1    own free will?

2          DEFENDANT PHILLIPS:  Yes, ma'am.

3          THE COURT:  Did anyone force you to make that

4    decision?

5          DEFENDANT PHILLIPS:  No, ma'am.

6          THE COURT:  Did anyone promise you anything in

7    exchange for that decision?

8          DEFENDANT PHILLIPS:  No, ma'am.

9          THE COURT:  Mr. Merritt, have you discussed the

10   possibility of entering any sort of deal or plea agreement with

11   anyone?  Did you talk to your lawyer about that?

12         DEFENDANT MERRITT:  Yes, ma'am.

13         THE COURT:  And did you make a decision to go forward

14   to trial?

15         DEFENDANT MERRITT:  Yes, ma'am.

16         THE COURT:  Did anyone threaten you to get you to

17   make that decision?

18         DEFENDANT MERRITT:  No, ma'am.

19         THE COURT:  Did anyone promise you anything for that

20   agreement?

21         DEFENDANT MERRITT:  No, ma'am.

22         THE COURT:  Is that what you want to do today?

23         DEFENDANT MERRITT:  Yes, ma'am.

24         THE COURT:  All right.

25         Are they there?  Please call the jury.

1          (Jury venire brought into the courtroom.)

2          There are a couple of other developments you should

3    be aware of.  Juror Number 17, Mr. Finland, is hearing

4    impaired, so there will be a hearing impaired Interpreter

5    present for voir dire.

6          Juror number 30, Mr. Ramos, has family members

7    accompanying him to Court this morning, so they will be in the

8    courtroom.  So, you should just be aware of their presence so

9    that you're not overheard speaking at the table.  They should

10   be in the back row so -- out of hearing, but I can't guarantee

11   that.

12         And juror number 31, Mr. Torres, claims he does not

13   read, speak or understand spoken English, but he was able to

14   communicate with our jury personnel fine, he was overheard

15   talking to his family members in English, and so I told them to

16   bring him up.

17         Now, we can inquire of him outside the presence of

18   the other jurors first just to clear that issue so that we

19   don't go through the whole voir dire with him, but I don't want

20   him to be making misrepresentations to the Court about his

21   ability to understand English.  Now, we don't have an

22   Interpreter, so if I start to speak to him and he doesn't

23   understand what I'm saying, then we will know that, but that's

24   not the indication that jury gave me this morning about his

25   ability.

1          How do you want to proceed with respect to Mr.

2     Torres, from the Government?

3          MR. RUDDY:  Your Honor, I think speaking with him

4     individually is appropriate.

5          THE COURT:  Mr. Ciaravella?

6          MR. CIARAVELLA:  I would agree.  I'd like to know if

7     he's trying to evade service which would make him perhaps not

8     do a good job, so that would be a factor.

9          THE COURT:  Any objection?

10          MR. CHALELA:  No objection, Your Honor.

11          THE COURT:  Let's have Mr. Torres brought in first,

12     before the other jurors.  His name is Ramon Torres.

13          THE BAILIFF:  Yes, Your Honor.

14          (Prospective juror entered the courtroom.)

15          THE COURT:  Just stand right there at the microphone,

16     sir.  Sir, tell me your name.

17          JUROR:  Ramon Torres.

18          THE COURT:  Where do you live, what city?

19          JUROR:  Bradenton, Florida.

20          THE COURT:  How long have you lived there?

21          JUROR:  About 25.

22          THE COURT:  25 years?

23          JUROR:  Yes.

24          THE COURT:  What do you do for a living?

25          JUROR:  Factory.

```
1              THE COURT:  What kind of factory?
2              JUROR:  Building valves.
3              THE COURT:  Valves for some sort of equipment?
4              JUROR:  How can you say, pressure valves for oil.
5              THE COURT:  And you've done that for a long time?
6              JUROR:  No.
7              THE COURT:  How long have you done that?
8              JUROR:  Five years.
9              THE COURT:  What were you doing before that?
10             JUROR:  I work in a golf course.
11             THE COURT:  At a golf course doing what?
12             JUROR:  Landscape.
13             THE COURT:  Maintenance, landscaping and so forth?
14             JUROR:  Yeah.
15             THE COURT:  And do you understand English?
16             JUROR:  Little bit, just basic, the one I need to,
17   you know, communicate.  First level.
18             THE COURT:  Like first grade level?
19             JUROR:  Yeah.
20             THE COURT:  Do you understand spoken English?  When
21   I -- when I'm speaking to you now, you understand me?
22             JUROR:  If you talk slowly, yeah.
23             THE COURT:  And -- but if you speak quickly, it's
24   hard for you to grasp?
25             JUROR:  Yes.
```

```
1              THE COURT:  Do you have family?
2         JUROR:  Yes.
3              THE COURT:  How many children?
4         JUROR:  Two.
5              THE COURT:  Are you married?
6         JUROR:  No, divorced.
7              THE COURT:  And do your children speak Spanish?
8         JUROR:  No.
9              THE COURT:  So you're able to communicate with them?
10        JUROR:  I try everyday.
11             THE COURT:  But you can talk to them?
12        JUROR:  Yeah, sometimes, little bit.
13             THE COURT:  All right.
14        You know, a lot of people have a hard time
15   understanding legal terms, but they still serve on jury duty
16   because not many people have gone to law school.  We're not
17   asking you to have a lawyer's knowledge of law, we're just
18   asking you to have a lay person's knowledge and be able to
19   understand when the Court and the lawyers are speaking to you.
20             Do you understand that?
21        JUROR:  Little bit.
22             THE COURT:  What did you understand me to say just
23   now?
24        JUROR:  If you -- I need a translator so I can catch
25   little bit.
```

1           THE COURT:  All right.

2           Thank you, sir, you may step out.

3           JUROR:  Thank you.

4           THE COURT:  Stay in the group though.

5           JUROR:  Okay.

6           (Prospective juror excused.)

7           THE COURT:  How do you lawyers wish to proceed with

8    respect to Mr. Torres?

9           MR. RUDDY:  Your Honor, I am -- I think he was being

10   honest with you, I think he does have limited English language

11   capabilities, and I would tend to agree that -- I'm not sure he

12   would be able to, one, understand the Court's instructions in

13   English.  If we would have an Interpreter there for one juror,

14   I think it would be -- it would eliminate the issue, but I

15   think it would be difficult for the other jurors to pay

16   attention to what was going on with the witness and the

17   questions and answers.

18          THE COURT:  In addition, the Interpreter would have

19   to follow him into deliberations in order to translate.

20          MR. RUDDY:  That's correct.

21          THE COURT:  Any objection to excusing him for cause

22   from the defense, Mr. Ciaravella?

23          MR. CIARAVELLA:  No, Your Honor.

24          THE COURT:  Mr. Chalela?

25          MR. CHALELA:  No, Your Honor.

1           THE COURT:  All right.

2           Then the Court would excuse Mr. Torres for cause.

3   You can tell him to go back to -- should he go back to jury

4   assembly?

5           THE CLERK:  Yes.

6           THE COURT:  Tell him to go back to jury and they'll

7   give him further instructions.

8           THE BAILIFF:  Yes, Your Honor.

9           THE COURT:  And then you can bring in the rest of the

10  panel.  Would you go get them for me?

11          (Brief Pause.)

12          Mr. Ciaravella, you seem to be struggling with your

13  hip.  Do you want to be able to stand and sit at leisure or do

14  you want me to explain to the jury, or what do you want to do?

15          MR. CIARAVELLA:  No, Your Honor, I just thought we

16  didn't have to be standing at the moment because they were not

17  actually coming in, but I'll deal with it.  No, I don't really

18  need that.  Thank you, though.

19          THE COURT:  Uh-huh.  (Indicating affirmatively.)

20          (Brief Pause.)

21          Good morning.

22          THE INTERPRETER:  Good morning.

23          THE COURT:  Please swear the Interpreters.

24          (Thereupon, the Interpreters were duly sworn.)

25          THE INTERPRETER:  I will.

1            THE INTERPRETER:  I will.

2            THE CLERK:  Please state your names and spell your

3    last names.

4            THE INTERPRETER:  Nicole Cordeau, C-O-R-D-E-A-U,

5    legally certified sign language Interpreter.

6            THE INTERPRETER:  Kristin Willbur, W-I-L-L-B-U-R,

7    nationally certified Interpreter.

8            THE COURT:  Okay.  Thank you.  The Juror Number 17,

9    who's the hearing impaired juror, Mr. Finland will be seated

10   where?  In this seat right there.  Can we reorder him so he's

11   at the end of the first row so there's no obstruction between

12   him and the Interpreters and the other jurors?  And then if

13   you'll just translate in the normal course to him.  If there's

14   an issue, please let us know.  We'll try to speak clearly and

15   slowly, but I'm assuming you'll be translating simultaneously.

16   Is that right?

17           THE INTERPRETER:  Yes.

18           THE INTERPRETER:  Yes.

19           THE COURT:  All right.

20           Please call the jury.  You can have a seat.

21           THE CLERK:  Your Honor, several jurors needed to use

22   the restroom.

23           THE COURT:  What were they doing for the whole last

24   three hours?  Okay.  I mean seriously, what were they doing in

25   jury?

```
 1            (Brief pause.)
 2            MR. CHALELA:  May I bring up a matter?
 3            THE COURT:  Yes, sir.
 4            MR. CHALELA:  Thank you.  Your Honor, I have a
 5   sentencing before Judge Merryday at 8:30 on Wednesday and I did
 6   a motion to -- for calendar protection because of this trial,
 7   but it was denied.
 8            THE CLERK:  I'm telling them to sit in the box.  I
 9   need one Interpreter so he knows where to be seated as well.
10            We start at 9:00, so you'll be done by 9:00, right?
11            MR. CHALELA:  I hope so.
12            THE COURT:  Well, I'll let him know.
13            MR. CHALELA:  Thank you, Your Honor.
14            (Brief pause.)
15            (Jury venire brought into the courtroom.)
16            THE COURT:  Good morning, ladies and gentlemen.
17            THE JURY:  Good morning.
18            THE COURT:  Is everybody thawed out?  Welcome to our
19   Court.  My name is Mary Scriven, I am the Judge who has been
20   assigned to preside over this case.  You have met some of my
21   Court personnel already.  You've met Ms. Vizza, you've met
22   Mr. Edwards.  To his left is Kayla Scarpone, and to my right is
23   Claudia Spangler-Fry, also known as Cookie.  I just want to
24   make sure by introducing us to you that you know who we are,
25   but also to inquire whether you all know us from any other
```

1  encounter other than having just met us this morning.

2  Are there any of the jurors -- I mean the jury venire

3  persons who know any of us other than having just met us this

4  morning?  If so, raise your hand.

5  Mr. Cuva, could you explain your knowledge of the

6  persons you know?

7  JUROR:  I know Your Honor.

8  THE COURT:  Your name for the record.

9  JUROR:  Yes, my name is Anthony Cuva, I know Your

10  Honor from practicing law in Tampa.

11  THE COURT:  Any of the other people in my chambers?

12  JUROR:  No, ma'am.

13  THE COURT:  Any of the other lawyers?

14  JUROR:  No, Your Honor.

15  THE COURT:  All right, thank you.  Mr. Cuva, does

16  that knowledge of me keep you from being a fair juror in this

17  case?

18  JUROR:  Absolutely not.

19  THE COURT:  And do we have any personal relationship

20  other than as lawyer and Judge?

21  JUROR:  No.

22  THE COURT:  All right.  Thank you.

23  Anyone else?

24  At this time, I'll let the lawyers introduce

25  themselves to you and introduce their clients to you, beginning

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1  first with Mr. Ruddy.

2          MR. RUDDY:  Good morning.  My name is Joseph Ruddy,

3  I'm an Assistant United States Attorney here in Tampa, Florida.

4  Seated at counsel table with me is FBI Special Agent Waldemar

5  Alicea, he's the case agent in this case.

6          THE COURT:  How do you spell Alicea?

7          MR. RUDDY:  A-L-I-C-E-A.

8          THE COURT:  For the defense?

9          MR. CIARAVELLA:  Good morning.  My name is Mark

10  Ciaravella, I'm an attorney in Tampa, Florida, and this is my

11  client, Beon Phillips, who is from Trinidad.

12          THE COURT:  Thank you.

13          MR. CHALELA:  Good morning.  My name is Jorge

14  Chalela, I'm a lawyer who practices here in Tampa, and this is

15  my client, Neil Merritt.

16          THE COURT:  Thank you.  Now, do any of you know any

17  of the lawyers or their clients?  If so, raise your hand.

18          And if you'll look around the jury box at each other.

19  Do you all know any of the other jurors, having met them in any

20  other context other than just this morning?

21          All right.  Thank you.

22          Now, Mr. Ruddy, if you would give us the list of

23  witnesses the Government intends to call.

24          MR. RUDDY:  Yes, Your Honor.  The Government's

25  proposed witnesses include the following individuals:

1          Homeland Security Investigations Special Agent Jacob

2    Cook, Special Agent Waldemar Alicea, DEA Special Agent Carlos

3    Irizarry, DEA forensic chemist Carmelo Gomes, Coast Guard --

4    United States Coast Guard Petty Officer Aaron Kane, United

5    States Coast Guard Petty Officer Joshua Garsik, United States

6    Petty Officer Randy Burleson, United States Coast Guard Petty

7    Officer Kenneth Cruz-Reyes, United States Coast Guard Petty

8    Officer Kenneth Vick, United States Coast Guard Petty Officer

9    Joseph Rendon, United States Coast Guard Petty Officer Anthony

10   Carpino, and United States Coast Guard Petty Officer Daniel

11   Casey, Dr. Brooke Weinger Kammrath.

12             THE COURT:  Spell that name.

13             MR. RUDDY:  K-A-M-M-R-A-T-H.

14             And a records custodian by the name of John Croft

15   with Global TelLine.  That's all, Your Honor.

16             THE COURT:  Global TelLink.

17             MR. RUDDY:  Link, I'm sorry.

18             THE COURT:  Were translators able to get all those

19   names?  I can provide a written list.

20             THE INTERPRETER:  Yes, the Interpreter was able to

21   interpret all the names.  Thank you.

22             THE COURT:  All right.

23             Do any of the jurors recognize any of the names that

24   were just read to you?  If so, raise your hand.

25             And Mr. Phillips' counsel has a list?

1          MR. CIARAVELLA:  Yes, Your Honor, thank you.  We've

2   listed for Mr. Phillips several of the witnesses that are --

3   Mr. Ruddy has just announced, so I won't reannounce them, as

4   you already heard the names, but in addition to those, we may

5   call Stephen Crawford, Peter Sartes, Peter Sartes of

6   Clearwater, Stephen Crawford of Tampa, and Oliver McClain of

7   Clearwater.

8          THE COURT:  Do any of you know those individuals?

9          Mr. Cuva, who do you know?

10         JUROR:  Stephen Crawford, the attorney?

11         MR. CIARAVELLA:  Yes, that's him.

12         THE COURT:  In what context do you know Mr. Crawford?

13         JUROR:  Professionally.

14         THE COURT:  Are you a personal friend of Mr.

15   Crawford's?

16         JUROR:  I know him professionally.

17         THE COURT:  Are you a personal friend?

18         JUROR:  Not really.

19         THE COURT:  Have you all spent time together outside

20   of Court?

21         JUROR:  No.  Other than perhaps in some Court or some

22   social gathering.

23         THE COURT:  Bar related?

24         JUROR:  Yes.

25         THE COURT:  Would his service as a witness affect

1    your ability to be a fair juror in this case?

2              JUROR:  No.

3              THE COURT:  Would you be able to hear his testimony

4    like anyone else's testimony and evaluate it for truth and

5    veracity like you would any other testimony?

6              JUROR:  Yes, Your Honor.

7              THE COURT:  Thank you.

8              Anyone else know any of the other individuals?

9              All right.

10             That takes care of that part of it.  In just a few

11   minutes you're going to be answering several questions.

12   There's a questionnaire that has been provided for you.  These

13   questions attempt to help us assist you in evaluating your

14   qualification to serve as a juror in this case.  This is called

15   voir dire or voir dire, depending on how southern you are, but

16   it's really a French term that means to speak the truth, and

17   that's what we're going to ask you to do today, just be honest,

18   answer the question clearly and succinctly.

19             We'll have several follow-up questions for you that

20   are not on the form, but in the beginning, we're going to ask

21   you these simple questions.  We're asking everyone the same

22   questions unless you have an answer that causes us to ask you a

23   specific question, so don't feel shy or embarrassed about

24   answering any of the questions.  If, however, there is

25   something on this form or in any of the answers that you don't

1  feel comfortable answering in front of everyone, just let me

2  know and I'll hear you privately.  You'll still have to answer

3  in front of the Court's staff and the lawyers and the parties,

4  but you won't have to answer in front of all the jurors.  But

5  keep in mind that we're not here to embarrass you or pry

6  unnecessarily into your affairs.  We're just here to assess

7  whether you would be a fair and proper juror to serve in this

8  case.

9          Keep in mind that only some of you will be selected

10 to serve in this case, so don't feel offended if you are

11 excluded.  It's not anything personal about you, it is because

12 we need to have a fair jury in the case.

13         Let me give you a little bit of background about the

14 case because I have to ask you one additional preliminary

15 question, or two actually.  The case is United States of

16 America versus Beon Nicholas Phillips and Neil Jason Merritt.

17 This is a criminal case as alleged in an Indictment.  The

18 Indictment charges, Count 1, that beginning on an unknown date

19 and continuing through or about July 1, 2016, while on board a

20 vessel subject to the jurisdiction of the United States, the

21 Defendants Phillips and Merritt, each of whom will be brought

22 into the United States at a point in the Middle District of

23 Florida, did knowingly and willfully combine, conspire and

24 agree with each other and persons unknown to the Grand Jury to

25 possess with intent to distribute five kilograms or more of a

1  mixture and substance containing a detectable amount of

2  cocaine, a Schedule II controlled substance, in violation of

3  U.S. law.

4          Count 2 charges that beginning on an unknown date and

5  continuing through on or about July 1, 2016, while on board a

6  vessel subject to the jurisdiction of the United States, the

7  Defendants Phillips and Merritt, each of whom will be brought

8  into the United States at a point in the Middle District of

9  Florida, did knowingly and intentionally, while aiding and

10  abetting each other and other persons unknown to the Grand

11  Jury, possess with intent to distribute five kilograms or more

12  of a mixture and substance containing a detectable amount of

13  cocaine, a Schedule II controlled substance, all in violation

14  of U.S. Law.

15          Keep in mind that the reading of an Indictment is no

16  evidence of anyone's guilt, it's just what is being charged in

17  the Indictment.  A Defendant is presumed innocent unless proven

18  guilty by the Government beyond a reasonable doubt as to each

19  of the elements of any offense that the Government charges in

20  the case.  So, by reading the Indictment, I do not mean to

21  suggest the Defendants are guilty, but just to tell you what

22  they are charged with so that you can understand the context of

23  this case.

24          Is there anyone here who knows anything about this

25  specific case?

1          Is there anyone who, just by hearing what the case is

2     about, has some background or knowledge or bias that they

3     believe would keep them from being a fair juror in this case?

4          It is anticipated that this case will last about four

5     days.  I never promise jurors how long a case will last because

6     I cannot control the vagaries of trial, what happens with the

7     weather, I can't control those things, but right now it's

8     anticipated it will last through Thursday.  It could possibly

9     end sooner, it could possibly go over to Friday, but right now

10    we're anticipating to require at least till Thursday.

11         I know all of you have lives and family and children

12    and jobs and so forth, appointments and schedules that you

13    would rather be doing something other than sitting here, but I

14    believe that serving on a jury is probably the second greatest

15    calling as citizens of the United States, the first being

16    active military duty.  So, if you have some immovable,

17    non-changeable commitment or some major issue that keeps you

18    from serving as a juror in this case, would you please let me

19    know so that we can evaluate whether there is any basis to make

20    an accommodation for that.

21         One second.  Let me get you the mic.  When you speak

22    to the Court, please state your name for the record so we can

23    keep track of it through the Court Reporter and the lawyers can

24    keep records.  Yes, sir, state your name.

25         JUROR:  My name is George Mitev.  I'm currently

1   having an issue with my hip and leg with pain, particularly

2   when I'm sitting and my toes tend to go numb.  I was planning

3   to have an MRI done and get a diagnosis.  So, it's worse when I

4   sit, better when I stand, just so the Court is aware of that.

5           THE COURT:  Would you like to stand and sit at will

6   during this process?

7           JUROR:  That would help, yes.

8           THE COURT:  Would you be able to concentrate and pay

9   attention if the Court made that accommodation for you?

10          JUROR:  I believe so.

11          THE COURT:  All right.

12          Feel free to stand and sit at your leisure as needed.

13  If you want to stand and push against the wall, that's fine.

14  If you need to take some sort of break, let the Court know.

15          JUROR:  Thank you.

16          THE COURT:  Thank you for letting us know.

17          Anyone else?

18          Yes, ma'am.  State your name for the record.

19          JUROR:  My name is Kathleen Shaffer.  I'm scheduled

20  tomorrow morning at 9:00 o'clock, I have my doctor's note, I

21  have sutures to be removed.  I didn't know if I could come

22  later though.

23          THE COURT:  May I see the note?

24          (Brief pause.)

25          How long has the appointment been scheduled?

1          JUROR:  Two weeks.

2          THE COURT:  Thank you.  Anyone else?

3          JUROR:  My name is Sylvia Turner.  I'm a therapeutic

4    foster parent.  I have a student, a foster child, who is

5    enrolled in an emotionally disturbed program in a separate

6    school, and the two weeks before winter break and this last

7    week he was suspended eight times, that's just in those three

8    weeks.  When he is suspended, I have to pick him up and I have

9    to keep him at home, and he's been suspended off and on all

10   school year.  I brought a whole list of the suspensions.

11         THE COURT:  Is he suspended today yet?

12         JUROR:  Not today.  I told him he better not get

13   suspended today.

14         THE COURT:  All right.

15         Let's see how far we can get through the course of

16   the day and see how things go.  Are you able to -- how are they

17   contacting you today?

18         JUROR:  They won't be able to.

19         THE COURT:  Is there a backup person?

20         JUROR:  Just for today, a friend of mine is off today

21   and so I asked her to be my backup for today, but I don't have

22   anybody else who can pick him up because I'm his, you know,

23   legal person through the foster care system.  When he gets

24   suspended, I have to go get him and keep him and he becomes

25   very violent, so I can't really leave him with somebody else

1   because he might hurt them.

2             THE COURT:  All right, thank you.

3             Anyone else?

4             Let me see counsel at sidebar.

5             (Thereupon, the following discussion was had at

6   sidebar:)

7             I read the note and this individual does have a

8   suture removal procedure scheduled for tomorrow and it's been

9   scheduled since back in December, so I think we should release

10  her.  I don't know the nature of the surgery.  And I think we

11  should release this custodial parent to go deal with this

12  because I don't think she would be attentive to the

13  proceedings.

14            Any objection?

15            MR. RUDDY:  No, not from the Government.

16            MR. CIARAVELLA:  No, Your Honor.

17            MR. CHALELA:  No, Your Honor.

18            THE COURT:  How about the individual with the

19  standing numbness?

20            MR. RUDDY:  I don't know that him standing or not

21  would be disruptive or impair his ability to pay attention.

22            THE COURT:  This is the way the jury voir dire is

23  undertaken, we'll see where we stand with him.

24            (Thereupon, the sidebar discussion was concluded and

25  the proceedings resumed as follows:)

1  Ms. Shaffer, you're excused from service because of

2  your procedure which has been long standing, and I don't want

3  there to be any complications post your procedure so you're

4  free to go, but yours is a temporary excuse.  You'll need to

5  report back to jury as soon as you're recalled to serve at a

6  different time, but thank you for your willingness to come and

7  your candor to the Court.  Feel well.  All right.

8  And Ms. Turner, the Court is going to excuse you,

9  you're excused for an extended period.  I will tell jury to put

10  you on a do not call list until we see what works out.  How old

11  is your child?  Ms. Turner, how old is your child?

12  JUROR:  14.

13  THE COURT:  And so, you expect him to be with you for

14  the foreseeable future?

15  JUROR:  Yes, ma'am.  He was up for adoption, but his

16  adoption fell through and I told her -- oh.  He was up for

17  adoption, but his adoption fell through and I told her because

18  of his severe behavior problems.

19  THE COURT:  All right.

20  We'll take you off the list for now.  Once he gets

21  resolved or if he's placed, would you please contact the Court

22  so you can be put back on the list?  We'll trust you at your

23  word to do that.

24  JUROR:  Yes, ma'am, thank you.  It's my honor and

25  duty to do this, I will call.

1           THE COURT:  Thank you for your service.

2           (Brief pause.)

3           All right.

4           So, now we will begin with the answering of the

5      questions that you all have in front of you.  And we will start

6      with -- is it Judith Skypack?

7           JUROR:  Yes.

8           THE COURT:  You set the tone, Ms. Skypack, if you get

9      it right, everybody will get it right.  No pressure.  You don't

10     have to state the question, just give us the answer and we'll

11     be able to follow along as you give us your answer.  Thank you.

12     Do you have the piece of paper?

13          JUROR:  Yes.  My name is Judith Lynn Skypack.

14          THE COURT:  Keep going.

15          JUROR:  Oh, I'm sorry.  I'm from Tampa, Florida and

16     I've lived there for approximately 52 years.  I work at the

17     University of South Florida as a research analyst, business and

18     physical analyst.  I am married and currently my husband is a

19     police officer with TPD.  I do have two children, ages 18 and

20     21, both going to college.

21          I don't have any previous military experience and I

22     have never been on a jury before, and I have a Bachelor's

23     Degree.

24          THE COURT:  In what field?

25          JUROR:  Criminology.

1          THE COURT:  The fact that your husband serves as a

2    law enforcement officer, would that affect your ability to hear

3    this case fairly?

4          JUROR:  I don't believe so.

5          THE COURT:  It has to be either a yes or a no because

6    it's important for the Defendants to have a fair trial.  Would

7    you be able to follow the Court's instructions and give

8    everyone's testimony the same fair consideration, evaluating

9    their testimony for truth and veracity no matter whether they

10   were law enforcement or lay people?

11         JUROR:  Yes.

12         THE COURT:  Thank you.  Is your husband in any sort

13   of special division of law enforcement, does he have a certain

14   area that he covers?

15         JUROR:  He currently covers the New Tampa area and

16   he's also in charge of the riot squad.

17         THE COURT:  All right.

18         What is his rank?

19         JUROR:  He's a master patrolman.

20         THE COURT:  Okay, thank you.

21         Mr. Billington?

22         JUROR:  Yes, Your Honor, my name is Derrell

23   Billington, I currently live in Venice, Florida, have been a

24   resident there for approximately 20 years.  I've been in

25   Florida since the early '80s, I think it was like '82, when I

1   moved to St. Petersburg.  I'm a physician, I've worked over 30

2   years as an emergency physician in the Tampa Bay area and

3   south.  I'm also working for a workmen's comp clinic at the

4   present time and I've worked for many years as an EMS medical

5   director and currently serve as emergency medical director in

6   Hendry County.

7           I'm divorced.  I have two children, one age 28 that's

8   a civil engineer in -- outside of Dallas, and an 18 year old

9   son that's currently going to college in Orlando at UCF.  I

10  have no prior military experience, I have not served on a jury

11  in the past, and the highest level of education, I went through

12  medical school.

13          THE COURT:  Thank you.  And just for the record, when

14  you are telling me about jury service, if you served on a petit

15  jury such as the one we're trying to pick today, or if you

16  served on a Grand Jury, which you'd know if you had, also let

17  me know that.

18          Mr. Cuva?

19          JUROR:  My name is Anthony Cuva, I've lived in Tampa

20  since 1991, prior to that I lived in Manatee County since 1970.

21  I'm an attorney.  I'm married, my wife is an optometrist.  I

22  have three children, 18, 15 and 11, they're all students.  I've

23  not served in the military.  I've sat as a juror in Circuit

24  Court and we -- it was a criminal case and we did reach a

25  verdict.  And I have a Juris Doctorate.

1          THE COURT:  Were you the foreperson?

2          JUROR:  Yes.

3          THE COURT:  Thank you.

4          JUROR:  I'm Nancy McLeod, I've lived in Florida -- or

5     Weeki Wachee for the last seven years, that's how long I've

6     been in Florida.  I'm married, my husband is a truck driver.

7     I'm sorry, I worked for Triple A in Michigan.  We have no

8     children, never been in the military, never been on a jury

9     before.  I've got a high school education.

10          THE COURT:  Thank you.

11          JUROR:  My name is George Mitev, I have lived in

12     Sarasota, Florida, we have been there 14 years, I've been in

13     Florida 28 years.  I'm a medical physicist practicing in cancer

14     care currently in Dothan, Alabama.  I'm married, my wife is an

15     insurance agent.  I have two daughters, one is 20 and one is

16     24, they're in college.  I have not had military service.  I

17     served on a jury here, actually, I think it was three or four

18     years ago.  It was a civil case and we did return a verdict.

19     And I have a PhD. in physics.

20          THE COURT:  Were you the foreperson of that jury?

21          JUROR:  I was not.

22          THE COURT:  Thank you.

23          JUROR:  My name is Marc Israel, I have lived in St.

24     Petersburg, Florida for about 30 years, been employed with an

25     automobile company for that time approximately.

1          THE COURT:  For 30 years?

2          JUROR:  Yes.  I have a 20 year old son studying at

3   Florida Southern.  No previous military service.  I had a

4   previous jury service where I served as an alternate, I don't

5   know if there was a verdict, and I graduated from high school.

6          THE COURT:  Thank you.

7          JUROR:  My name is Kelci Curry, I live in Winter

8   Haven, Florida, lived there for about 16 years, I've lived in

9   Florida for about 16 years.  I'm currently a customer service

10  representative with Best Buy.  I'm not married, I have no

11  children, no military experience, never served on a jury and I

12  have some college.

13         THE COURT:  Thank you.

14         JUROR:  I'm Leslie Anderson, I live in Lakeland,

15  Florida, I've been there 35 years, I've been in Florida 51

16  years.  I'm unemployed, divorced.  I have three children, ages

17  21, 23 and 29, they're in college, servers, and one of them is

18  a new mom.  I have no military experience, no jury.  I have an

19  Associate's Degree and currently working on a Bachelor's

20  Degree.

21         THE COURT:  And how were you employed before you

22  became unemployed?

23         JUROR:  I was a stay-at-home mom.

24         THE COURT:  All right.  Thank you.

25         JUROR:  I'm Daniel Gardner, I live in Tampa, I've

```
 1   lived here for 26 years, lived in Florida for 51 years.  I'm a
 2   retired USF professor, reemployed now as an education
 3   administrator at St. Petersburg College.  My -- I'm married, my
 4   wife is a retired Hillsborough school teacher. I have a 29 year
 5   old daughter who is a digital marketing consultant, and my son,
 6   38 years old, is a medical records technician.
 7                I served in the U.S. Army Reserve, Vietnam era,
 8   trained as a combat engineer and served as a company clerk.  I
 9   did serve in 2012 on a Hillsborough County case that was
10   criminal and we returned a verdict.  And I have a doctorate in
11   education.
12                THE COURT:  And were you the foreperson in that
13   trial?
14                JUROR:  I was not.
15                THE COURT:  Thank you.
16                JUROR:  My name is Lori Carney and I live in Safety
17   Harbor, Florida, I've lived here for 30 years, in Pinellas
18   County.  I'm a hair stylist and my husband's occupation is
19   sales at Great Bay Distributors.  I'm married, I have four
20   children, four teenagers, a 16 year old and triplets that are
21   13.  I've never been in the military and I've never served on
22   jury duty, and I've completed some college.
23                THE COURT:  Thank you.
24                JUROR:  My name is Cynthia Linville, I live in Largo,
25   I've lived in Pinellas County my entire life, 33 years, and
```

1    moved to Largo in '98, so about 18 and a half years I've lived
2    in Largo.  I'm a team leader at a call center, I work in the
3    training department and quality department.  I'm not married, I
4    don't have children, never been in the military, never served
5    on a jury, and I have a Bachelor's Degree in journalism.
6              THE COURT:  Thank you.
7              JUROR:  I'm Sharon Bush, I've lived in Land 'O Lakes
8    for approximately 18 years, I've lived in Florida for almost 61
9    years.  I'm a banker, I'm single, no spouse, no children, no
10   military, no jury duty, and some college.
11             THE COURT:  Thank you.
12             JUROR:  My name is Orlando Plasencia, I have lived in
13   Tampa for the last 16 years, I've lived in Florida for 55
14   years.  I'm the operating officer for a real estate company.
15   I'm married, my wife is a nanny for our granddaughter in
16   Bradenton.  We have one daughter 32 years of age who is a
17   marketing director in Bradenton.  I have not served in the
18   military, nor have I served on a jury.  And I have a four-year
19   degree from college.
20             THE COURT:  In what field?
21             JUROR:  Psychology.
22             THE COURT:  Thank you.
23             JUROR:  My name is Daniel Smith, I live in Lakeland,
24   lived there 14 years, I've been in Florida 16 years.  I am
25   currently a warrant administrator for Oakley Transport.  I'm

1  married, my wife is an assistant nutritionist at Bartow Middle

2  School.  I have one son, 16, who is a student.  I was in the

3  United States Navy, but I was discharged medically after basic.

4  I've never had jury service and I've had some college.

5          THE COURT:  Thank you.

6          JUROR:  My name is Dustin Thomas, I'm from Bradenton,

7  Florida, I've lived in Florida all my life, born, raised, 45

8  years.  I'm a respiratory therapist in Sarasota, Florida.  I am

9  married, my wife is a registered nurse.  I have one high school

10 aged child, he is 15.  I have no prior military experience, nor

11 have I ever served on a jury.

12         THE COURT:  Your highest level of education?

13         JUROR:  Associate's Degree in science.

14         THE COURT:  Thank you.

15         JUROR:  Hi, I'm Jeanne Abraham, I live in Spring

16 Hill, Florida, I've lived there for 32 years, I moved here from

17 Massachusetts.  I retired after 15 years of retail to stay home

18 and raise my children.  I now have my own business selling

19 Tupperware.  I'm a manager with Tupperware.  I'm married, my

20 husband is an operations manager for a retail company.  I have

21 two children, two girls, 15 in high school, and the 18 year old

22 doesn't know what she wants to do yet.  I have no military

23 background at all and I've never served on a jury and I have a

24 high school diploma.

25         THE COURT:  Thank you.

1          JUROR:  My name is Steven Finland, I live in Palm

2     Harbor, I've been there for 11 years, I've lived in Florida

3     about 20 years.  I moved here from California.  I'm not

4     married, I have no children.  I've never been in the military

5     and never served on a jury.  Oh, and I do have a Bachelor's

6     Degree.

7          THE COURT:  And do you work?

8          JUROR:  Target, yes, at Target store.

9          THE COURT:  Thank you.

10         JUROR:  My name is Donald Whallen, I live in Tampa,

11    Florida, I've lived there approximately 26 years, lived in

12    Florida off and on since 1977, when my folks moved down when I

13    was a senior in high school.  I'm an architect and partner in a

14    local architectural design firm.  I'm married, my wife is an

15    asset manager for a real estate trust.  I have one child, he's

16    31 years old, he's a manufacturing engineer for a defense

17    contractor in Austin, Texas.  I have no military service, I've

18    not served on a jury, and I have a five-year Bachelor of

19    Architecture Degree.

20         THE COURT:  Thank you.

21         JUROR:  I may know one of the other jurors as it

22    turns out.

23         THE COURT:  Who is that?

24         JUROR:  Mr. Plasencia.

25         THE COURT:  In what capacity?

1          JUROR:  I believe our design firm designed their
2     offices over at Tampa Commons.
3          THE COURT:  Is there anything about that relationship
4     that would keep you from being a fair juror if you all were to
5     serve together?
6          JUROR:  No, Your Honor.
7          THE COURT:  Does he owe you any money, do you owe him
8     any money?
9          JUROR:  I hope not.
10          THE COURT:  All right.
11          Thank you.
12          JUROR:  My name is Amy White, I've lived in Temple
13     Terrace, Florida for about 20 years, lived in Florida for about
14     20 years.  I'm a full-time mom and part-time property manager.
15     I'm married and my husband is an electrical engineer for Duke
16     Energy.  I have two children, 13 and 16.  I've not served in
17     the military, I've not served on a jury, and I have a
18     Bachelor's in music education.
19          THE COURT:  Thank you.
20          JUROR:  My name is Gina Reinoso, I live in
21     Clearwater, lived there about 16 years, I've lived in Florida
22     for 46 years.  I'm a teacher's assistant at an elementary
23     school.  I'm married and he has his own alarm security
24     business.  I have three kids, 17, 19 and 22, the two younger
25     ones are in school, the 22 year old works at the post office.

1    I've never been in the military, never served on a jury and

2    I've done high school education.

3            THE COURT:  Thank you.

4            JUROR:  My name is Kerry Daum, I live in St.

5    Petersburg, Florida, been there for 31 years.  I've lived in

6    Florida on and off since '67.  I'm a registered nurse as a

7    nursing director in a hospital over in St. Petersburg.  I am

8    married, my wife runs our motorcycle detail business.  We have

9    three children, 43, 40 -- no, 43, 41 and 40.  The oldest

10   daughter lives in Ohio as a nurse, the middle son is in the

11   U.S. Navy and the son down here in Florida has a gym in St.

12   Petersburg.  Never been in the military, never served on a

13   jury.  I have an Associate's Degree in nursing.

14           THE COURT:  Thank you.

15           JUROR:  My name is Maria Candia, I've lived in San

16   Antonio, Florida for a year and a half, 16 and a half years in

17   Florida.  I'm a medical auditor, I'm married, my husband is

18   retired from the Massachusetts Department of Industrial

19   Accident Board as a conciliator.  I have two children, 38 and

20   41, one in Massachusetts supervises a coffee shop and the other

21   owns his own business in the fishing industry in Florida.

22           No military service.  I've served on three juries,

23   two in Tampa, both criminal, and we did reach a verdict, one in

24   Massachusetts, civil, and we did reach a verdict, and high

25   school education.

```
 1              THE COURT:  And were you the foreperson in any of
 2    those juries?
 3              JUROR:  No, I was not.
 4              THE COURT:  Thank you.
 5              JUROR:  My name is Patrick Knox, I've resided in
 6    Tampa for 22 years, I've lived in Florida for 42 years.  My
 7    occupation is an independent courier.  I am married, and my
 8    wife is a bank liaison.  I have two boys, 14 and 18.  No
 9    previous military experience or jury experience, and I have
10    some college education.
11              THE COURT:  Thank you.
12              JUROR:  My name is Jeffrey Turner, I live in
13    Bradenton, Florida, been there for 25 years, Florida for 25
14    years.  I work for an air-conditioning and refrigeration supply
15    house.  I'm single with no children.  I was in the United
16    States Air Force, no jury experience, and some college.
17              THE COURT:  Thank you.
18              JUROR:  My name is Robyn Miller, I am 22 years
19    resident in Dunedin, Florida, I have lived 54 years, since
20    birth in St. Petersburg, Florida.  I'm a registered nurse in
21    trauma surgery at a trauma center.  I'm married, my husband is
22    a retired IT specialist.  No children, no military service, and
23    only called for jury service on 49th Street, but not picked.
24    Highest level is Bachelor's.
25              THE COURT:  In nursing?
```

1       JUROR:  Actually liberal arts and sciences.

2       THE COURT:  Thank you.

3       JUROR:  My name is Brandy Kelley, I've lived in

4  Tampa, Florida for 33 years.  I'm a teacher, single, no

5  children, no military experience, no jury duty experience and I

6  have a Master's Degree.

7       THE COURT:  In what field?

8       JUROR:  Reading education.

9       THE COURT:  Thank you.

10       JUROR:  My name is Roy Pound, I live in St.

11  Petersburg, lived there for about 10 years, lived in Florida

12  since 1999.  I'm a senior logistics manager for Ryder

13  Integrated Logistics.  I'm married, my wife is a relationship

14  manager for a trust company in St. Pete.  I have a stepson, 22

15  years old, who works at Busch Gardens and is a student.

16       I do have military service, I was an officer in the

17  Navy, surface warfare.  I have been on a jury before as an

18  alternate where a verdict was returned.  I have a Bachelor's of

19  Science in marine transportation.

20       THE COURT:  Thank you.

21       JUROR:  Hi, I'm Richard Ramos, I lived in -- I'm

22  sorry -- in Hillsborough, Tampa, I've been here 19 and a half

23  years.  I'm currently an inventory specialist for Tommy Bahama

24  for the past 18 years.  I'm married, my wife works for TGH as a

25  medical coder.  I have two sons, one is 21, he's currently

1  going through paramedic school and works part-time in retail
2  and I have an eight year old son that is a third grader.  No
3  military experience, I've been summoned, never served, and high
4  school.
5          THE COURT:  Thank you.
6          JUROR:  Hi, my name is Amy Prieto, I've lived in
7  Tampa, Florida for nine months, Florida for 37 years.  I'm a
8  manager for a large corporation.  I am married and my husband
9  is a director for another large corporation.  We have a son
10  together who is 19 months, and I have two stepdaughters who are
11  12 and 10.  I've never served in the military.  I was summoned
12  for jury, but did not serve, and I have a Bachelor's of Science
13  in business.
14          THE COURT:  What corporations do you work for?
15          JUROR:  I work for a computer science corporation and
16  my husband works for Met Life.
17          THE COURT:  Thank you.  The microphone died.
18          JUROR:  My name is Sam Bynum, I was born here in
19  Florida, I've been in Tampa about six months now, prior to that
20  I was in Lutz, I've been in Florida all my life.  My occupation
21  is a business executive for TFS Holdings.  I'm married, I have
22  two children, two stepchildren, the oldest, my stepdaughter,
23  29, she works for Smith and Associates Realtor, and the others
24  are looking for jobs or are students.
25          THE COURT:  What are their ages?

```
 1              JUROR:  25, 21, and 18.
 2              THE COURT:  Thank you.
 3              JUROR:  I have no previous military experience.  I'm
 4    sorry, my wife is a stay-at-home mom.  No previous military
 5    experience, never served on a jury before and I have a
 6    Bachelor's in criminology.
 7              THE COURT:  Thank you.
 8              JUROR:  I'm Ariel Storch, I live in St. Pete Beach,
 9    Florida, lived there for five years.  I'm an elementary
10    teacher, beforehand I was an after school coach.  I'm recently
11    engaged and he is a probation officer, State probation officer.
12    I don't have any children, no military.  I've been called, but
13    never served.  I have a Master's in elementary education.
14              THE COURT:  Is there anything about your fiance's
15    service as a probation officer that would keep you from being a
16    fair juror in this case?
17              JUROR:  No, ma'am.
18              THE COURT:  Does anybody need a personal break at
19    this time or can we keep going?  All right.
20              I'll let you stand and stretch for a minute.  We have
21    a couple more specific case questions and then we'll move
22    forward.
23              (Brief Pause.)
24              Are you all right?  You may be seated again.
25              Mr. Plasencia?
```

1          JUROR:  Yes, ma'am.

2          THE COURT:  You heard the other juror indicate

3  through the questioning that he came to know that he knew you

4  and you seemed to assent to that as well.

5          JUROR:  Yes, ma'am.

6          THE COURT:  Is there anything about that relationship

7  that you believe would keep you from being a fair juror in this

8  case?

9          JUROR:  No, ma'am.

10          THE COURT:  Thank you.

11          Other than what you have described to me already

12  about your background, do you or any immediate family member of

13  yours serve as a law enforcement officer in State or Federal,

14  Sheriff deputies, law enforcement agents such as the FBI, the

15  DEA, or the IRS, or any State or other Federal law enforcement

16  agency, you or another immediate family member?  If so, raise

17  your hand.  All right.

18          If you'll take that microphone back, and again, state

19  your name when you answer these questions.

20          JUROR:  My name his Patrick Knox and my sister is a

21  U.S. Marshal in Jacksonville, Florida.

22          THE COURT:  Anything about her service as a U.S.

23  Marshal that would keep you from being a fair juror in this

24  case?

25          JUROR:  No, ma'am.

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1      THE COURT:  And behind you, I think there was a hand
2  raised.
3      JUROR:  Ariel Storch, and as stated before, my fiance
4  is a State probation officer.
5      THE COURT:  Thank you.  Anyone else?  Pass the
6  microphone next to you, Ms. Storch, to Mr. Bynum.
7      JUROR:  Yes, Your Honor, I'm not sure if it matters,
8  but before I went in the business, I was a police officer.
9      THE COURT:  Is there anything about your service as a
10  police officer that would keep you from being a fair juror in
11  this case?
12      JUROR:  No, ma'am.
13      THE COURT:  Would you hear the testimony of law
14  enforcement officers, evaluate it in the same way you would
15  evaluate anyone else's testimony?
16      JUROR:  Yes, ma'am.
17      THE COURT:  Where were you a police officer?
18      JUROR:  In Temple Terrace.
19      THE COURT:  How long?
20      JUROR:  Three and a half years.
21      THE COURT:  Were you a police officer in any special
22  unit?
23      JUROR:  No, ma'am.
24      THE COURT:  And you left voluntarily?
25      JUROR:  Yes, ma'am.

1          THE COURT:  Thank you.

2          Pass the microphone down to the front row.

3          JUROR:  Donald Whallen, and I have a nephew who is a

4  teacher at a correctional facility in Winchester, Kentucky.

5          THE COURT:  Is there anything about that that would

6  keep you from being a fair juror?

7          JUROR:  No, Your Honor.

8          THE COURT:  Thank you.

9          JUROR:  My brother currently --

10          THE COURT:  State your name for the record.

11          JUROR:  Brandy Kelley.  My brother currently works

12  for the Tampa Police Department and my mom and dad are retired

13  from Tampa Police Department.

14          THE COURT:  In what capacity?

15          JUROR:  My mother was a reserve officer, my brother

16  was on the cloud squad and just switched in January to a new

17  squad that is on a regular patrol now, and my father was just a

18  regular patrol officer as well.

19          THE COURT:  So, your mother was an officer, your

20  brother is an officer and your father was an officer?

21          JUROR:  Yes, ma'am.

22          THE COURT:  Anything about their service as officers

23  that would keep you from being a fair juror in this case?

24          JUROR:  I think I might be a little biased.

25          THE COURT:  Would you be able to set aside that bias

1   and hear the testimony of officers in the same way that you

2   would hear anyone else's testimony if instructed by the Court?

3           JUROR:  I can try but, honestly, I think I'm a little

4   biased.

5           THE COURT:  All right, thank you for your candor.

6           Anyone else?

7           Do any of you have any matters pending before the

8   United States Attorney's Office in this district or in any

9   other district in which you're involved as a party or a witness

10  or the subject of some legal action?  If so, raise your hand.

11          Have you or an immediate family member ever been the

12  victim of a crime?  If so, raise your hand.  Car stolen, home

13  broken into.

14          JUROR:  Again, my name is Anthony Cuva.  I have had

15  my car broken into on several occasions.

16          THE COURT:  Anything about those events that would

17  keep you from being a fair juror?

18          JUROR:  No.

19          THE COURT:  Yes, ma'am.

20          JUROR:  Nancy McLeod, I've had my car broken into

21  once and two different homes broken into.

22          THE COURT:  Is there anything about that that would

23  keep you from being a fair juror?

24          JUROR:  No, ma'am.

25          THE COURT:  Were you home during the home break-ins?

```
1              JUROR:  No.

2              THE COURT:  Thank you.

3              JUROR:  My name is George Mitev, our home was broken

4    into.

5              THE COURT:  Anything about that keep you from being a

6    fair juror?

7              JUROR:  No.

8              THE COURT:  All right.

9              Next row.

10             JUROR:  Dan Gardner, I had my garage broken into and

11   a vehicle broken into.

12             THE COURT:  Anything about that keep you from being a

13   fair juror?

14             JUROR:  No.

15             THE COURT:  Thank you.

16             JUROR:  Sharon Bush, I've had a car and boat stolen.

17             THE COURT:  Anything about that that would keep you

18   from being a fair juror?

19             JUROR:  No.

20             JUROR:  Orlando Plasencia, car stolen, broken into,

21   wallet stolen, and it would not keep me from being an impartial

22   juror.

23             THE COURT:  Thank you.

24             JUROR:  My name is Cynthia Linville.  My roommate's

25   car was broken into last week, actually, I had a car stolen
```

1    when I was 17.  My mom was a victim of battery when I was about

2    in the fourth grade.

3            THE COURT:  Anything about those incidents keep you

4    from being a fair juror in this case?

5            JUROR:  No.

6            THE COURT:  All right.

7            JUROR:  My name is Daniel Smith.  I had a car stolen,

8    home break in and car vandalized.

9            THE COURT:  Were you home when your home was broken

10   into?

11           JUROR:  No, ma'am.

12           THE COURT:  Anything about those incidents keep you

13   from being a fair juror?

14           JUROR:  No, ma'am.

15           THE COURT:  Anyone else in this row?

16           JUROR:  Dustin Thomas, I had two vehicles broken into

17   20 years ago.

18           THE COURT:  Anything about that keep you from being a

19   fair juror?

20           JUROR:  No, ma'am.

21           JUROR:  I am Jeanne Abraham, we've had a vehicle

22   broken into.

23           THE COURT:  Anything about that keep you from being a

24   fair juror?

25           JUROR:  No.

1             THE COURT:  Back of the courtroom.

2             JUROR:  Donald Whallen, I've had a motorcycle stolen,

3  my parents had their house burglarized, I've had an apartment

4  burglarized.

5             THE COURT:  Anything about those experiences keep you

6  from being a fair juror?

7             JUROR:  No, Your Honor.

8             THE COURT:  Thank you.

9             JUROR:  Richard Ramos, I've had a car broken into, my

10  sister and brother-in-law were robbed at gunpoint and a very

11  close cousin, her child was murdered.

12             THE COURT:  When was the robbery?

13             JUROR:  Off the top of my head, probably 10 years ago

14  I want to say.

15             THE COURT:  When was the murder?

16             JUROR:  The murder was about a year, year and a half

17  ago.

18             THE COURT:  Were you involved as a witness or

19  required to give testimony in any one of those cases?

20             JUROR:  No, Your Honor.

21             THE COURT:  Have they been resolved?

22             JUROR:  The robbery, I believe so.  The murder, it's

23  still in the process of going to Court.

24             THE COURT:  Has the person who's accused of that case

25  been arrested?

```
 1              JUROR:  I believe so, yes.
 2              THE COURT:  Anything about those experiences keep you
 3    from being a fair juror in this case?
 4              JUROR:  No.
 5              THE COURT:  All right.
 6              JUROR:  Amy Prieto, prior to when I was born, but a
 7    major event in my family's life was my mom and her family were
 8    held hostage for like a day and a cop was killed.
 9              THE COURT:  But you weren't born at the time?
10              JUROR:  No, I was not.
11              THE COURT:  Anything about that keep you from being a
12    fair juror in this case?
13              JUROR:  No.
14              THE COURT:  Yes, sir.  You keep killing my mic,
15    Mr. Bynum.
16              JUROR:  I'm sorry.  Sam Bynum, we had a boat stolen
17    probably five years ago.  It would not affect my ability to be
18    fair in judgment.
19              THE COURT:  All right.
20              JUROR:  Ariel Storch, about six years ago, I had to
21    take a restraining order out against an individual and had to
22    go to the criminal case when that was broken, but it would not
23    keep me from being fair.
24              THE COURT:  This is someone you knew personally?
25              JUROR:  Yes, ma'am, Your Honor.
```

1          THE COURT:  All right.

2          Yes, sir.

3          JUROR:  Jeffrey Turner, I've had several cars broken

4     into and a couple of house break-ins.

5          THE COURT:  Anything about that keep you from being a

6     fair juror?

7          JUROR:  No, ma'am.

8          JUROR:  Patrick Knox, my mom had her home burglarized

9     just over 20 years ago and I also had a first cousin that was

10    murdered on his prom date.

11         THE COURT:  Were you home when she was broken into?

12         JUROR:  No, ma'am.

13         THE COURT:  And your cousin, how long ago was that?

14         JUROR:  That was about eight years ago.

15         THE COURT:  Was the person who was accused of that

16    crime caught?

17         JUROR:  Yes, ma'am.

18         THE COURT:  And is that case resolved?

19         JUROR:  Yes, ma'am.

20         THE COURT:  Is there anything about those experiences

21    that would keep you from being a fair juror?

22         JUROR:  No, ma'am.

23         THE COURT:  Did you have to participate in any one of

24    those cases as a witness or go to Court?

25         JUROR:  No, ma'am.

1          THE COURT:  All right.

2          Anyone else whose memory may have been jarred through

3    that discussion?  All right.

4          Have any of you or an immediate family member ever

5    been investigated by Federal, State or local law enforcement

6    agencies other than to get a clearance of some sort, any other

7    investigation?

8          Yes, sir.

9          JUROR:  Daniel Smith, my father-in-law was

10   investigated for fraud.

11         THE COURT:  Was that resolved?

12         JUROR:  Yes.

13         THE COURT:  Was he charged?

14         JUROR:  Yes.

15         THE COURT:  Was he convicted?

16         JUROR:  Yes.

17         THE COURT:  How long ago?

18         JUROR:  Five years ago.

19         THE COURT:  And is he in prison?

20         JUROR:  He's passed away.

21         THE COURT:  Anything about that keep you from being a

22   fair juror?

23         JUROR:  No, Your Honor.

24         THE COURT:  I'm watching your demeanor, you seem to

25   be affected by it.  Are you just nervous or was that a bad

```
1    experience?
2            JUROR:  It was a bad experience.
3            THE COURT:  Did you feel that he was wrongfully
4    charged?
5            JUROR:  No.
6            THE COURT:  All right.
7            Is there anything about that that would make you
8    harbor any resentment toward law enforcement or a favorable
9    view toward law enforcement?
10           JUROR:  No.
11           THE COURT:  All right.
12           Anything about that keep you from being a fair juror?
13           JUROR:  No, ma'am.  No, Your Honor.
14           THE COURT:  All right.
15           I think there was somebody on the back row.
16           JUROR:  Robyn Miller, during the '70s, my uncle was
17   indicted for drug trafficking, defended by F. Lee Bailey.
18           THE COURT:  Was he convicted?
19           JUROR:  Yes.
20           THE COURT:  And is he still alive?
21           JUROR:  No.
22           THE COURT:  Anything about that -- were you around at
23   that time?
24           JUROR:  Yes.
25           THE COURT:  Were you participating in the proceedings
```

1   at all?

2           JUROR:  No, they would give us reports.  He fled the

3   country, when he returned he turned State's evidence.

4           THE COURT:  Anything about that experience keep you

5   from being a fair juror?

6           JUROR:  Not really.

7           THE COURT:  What type of drugs were involved?

8           JUROR:  The largest flotilla of marijuana to come

9   into the United States.

10          THE COURT:  All right.

11          What was your uncle's name?

12          JUROR:  Gerald Rote, R-O-T-E.

13          THE COURT:  Thank you.

14          Anyone else?  Up here in the back.

15          JUROR:  My name is Derrell Billington.  My fiance

16  that I currently live with was investigated for drug diversion

17  several years ago, about seven years ago, and was placed on a

18  probationary status.  She had a professional license and was

19  placed on probationary status and went through five years of a

20  probationary period and has been doing well since.

21          THE COURT:  Is the probation over?

22          JUROR:  Yes, it is.

23          THE COURT:  Anything about that keep you from being a

24  fair juror in this case?

25          JUROR:  No.

1          THE COURT:  All right.

2          Do you know what agency was responsible for that?

3     Was it State or --

4          JUROR:  It was State of Florida, I think it would

5     have been through the Nursing Board, whoever the department

6     of -- I don't know if it's the Department of Health or the

7     Nursing Board.

8          THE COURT:  All right.

9          JUROR:  State licensing board.

10         THE COURT:  Thank you.

11         Anyone else?

12         JUROR:  My wife was arrested for forgery.

13         THE COURT:  State your name.

14         JUROR:  Kerry Daum.  My wife was arrested for forgery

15    in a company that she worked for 29 years ago.

16         THE COURT:  Was that resolved?

17         JUROR:  Yes.

18         THE COURT:  Was she charged?

19         JUROR:  She was charged and plead no contest.

20         THE COURT:  Anything about that experience keep you

21    from being a fair juror?

22         JUROR:  No.

23         THE COURT:  Thank you.

24         Anyone else?

25         Have you been a witness in any type of Court or

1   judicial proceeding other than a divorce?  Yes, ma'am.  Other
2   than what you've already described?
3           JUROR:  Brandy Kelley.  I was a defense witness in a
4   DUI case.
5           THE COURT:  In Tampa?
6           JUROR:  Yes.
7           THE COURT:  Anything about that keep you from being a
8   fair juror?
9           JUROR:  No.
10          THE COURT:  Did you testify in Court or in a
11  deposition?
12          JUROR:  In Court.
13          THE COURT:  Were you cross-examined?
14          JUROR:  Yes, I was called actually by the
15  prosecution.  I'm sorry.
16          THE COURT:  You were called by the prosecution and
17  then the defense cross-examined you?
18          JUROR:  Yes, ma'am.
19          THE COURT:  Anything about that experience keep you
20  from being a fair juror?
21          JUROR:  No.
22          THE COURT:  Were you a witness or were you related to
23  the Defendant?
24          JUROR:  I was in the car with the person, I wasn't
25  related to them, I was a witness.

1          THE COURT:  All right, thank you.

2          Start in the back row, Mr. Edwards.  No, here, this

3    back row.

4          JUROR:  Derrell Billington.  I served as a witness in

5    a Federal Court in Fort Myers, I don't know, about a year and a

6    half ago, and that was basically as a character witness for a

7    Defendant.

8          THE COURT:  What type of case?

9          JUROR:  A -- I think it was like a Stark Law issue,

10   it was a CEO of a hospital that was being charged for some

11   Stark Law violation.

12         THE COURT:  And you were not a witness to the facts,

13   just to talk about the person's character?

14         JUROR:  Correct, I was a character witness in that

15   case.

16         THE COURT:  Anything about that keep you from being a

17   fair juror here?

18         JUROR:  No.  I've also been a Defendant in two

19   malpractice cases, one that went to a jury trial, but that

20   was -- I don't know, that was 30 years ago, that was in Miami.

21   And I've served as a witness in a couple of child abuse cases

22   and I believe an assault and battery case, that's through my

23   work as an emergency physician.

24         THE COURT:  So there were two malpractice cases, one

25   about 30 years ago.  The other one when?

```
 1              JUROR:  The other one didn't go to -- a lawsuit was
 2    filed, but it was mediated out of Court and that ended about a
 3    year ago.
 4              THE COURT:  And you had to testify in the first case
 5    in Court?
 6              JUROR:  Yes.
 7              THE COURT:  And were you cross-examined?
 8              JUROR:  Yes.
 9              THE COURT:  And is there anything about that
10    experience that would keep you from being a fair juror here?
11              JUROR:  No.
12              THE COURT:  Did you give a deposition in the second
13    case?
14              JUROR:  No, it was settled the day before my
15    deposition.
16              THE COURT:  All right.  Thank you.
17              I think on the first row.
18              JUROR:  Cynthia Linville, I got in a car accident in
19    Tampa, a man made an illegal turn and hit me, so I had to go to
20    Court and testify to that.
21              THE COURT:  And was it resolved to your satisfaction?
22              JUROR:  Yes.
23              THE COURT:  Anything about that keep you from being a
24    fair juror?
25              JUROR:  No.
```

1          THE COURT:  Were you cross-examined at that trial?

2          JUROR:  No, I think his lawyer actually questioned me

3    before and the Judge asked me a few questions and that was it.

4          THE COURT:  All right.  Thank you.

5          JUROR:  Sharon Bush, as a banker, part of my job,

6    what I do is I produce financial records for any legal requests

7    that come through which could be subpoenaed.  I typically

8    attest to those, the legal documentation.  I've never had to

9    personally appear before a case.

10          THE COURT:  So you serve as a records custodian for

11   the records?

12          JUROR:   That is correct.

13          THE COURT:  You provide affidavits as part of that?

14          JUROR:  That is correct.

15          THE COURT:  All right.

16          JUROR:  Orlando Plasencia, as a former banker, I

17   testified in several cases in Palm Beach County, this is

18   probably 25 or perhaps even 30 years ago.  I've also been

19   subpoenaed in other -- I can recall one other banking fraud

20   case probably about 35 years ago.

21          THE COURT:  Anything about those experiences keep you

22   from being a fair juror?

23          JUROR:  I don't think so, no, ma'am.

24          THE COURT:  Anyone else?

25          Have any of you ever been involved in sailing, like

1    sailing a boat?

2            JUROR:  My husband and I actually sold our boat

3    through a website, just like a regular sales website.

4            THE COURT:  Did you sail it before you sold it?  Did

5    you ever sail the boat?

6            JUROR:  Oh, yes.  I'm sorry.

7            THE COURT:  Do you have any particular knowledge

8    about sailing, the Coast Guard or maritime activities?

9            JUROR:  No, just the general orders of what you're

10   supposed to do and not do.

11           THE COURT:  And how long did you own the boat?

12           JUROR:  About five years.

13           THE COURT:  And how often did you take it out?

14           JUROR:  Every other weekend except for cold weather.

15           THE COURT:  All right.

16           Just off the coast or long trips?

17           JUROR:  Just off the coast.

18           THE COURT:  All right, thank you.  I'm sorry, did you

19   state your name for the record?

20           JUROR:  Judy Skypack.

21           THE COURT:  Thank you.

22           JUROR:  My name is Derrell Billington.  I

23   occasionally sail with a member of the Freedom Boat Club and

24   they have a sailboat down in Venice that I take out

25   occasionally on the Gulf, but only for a few miles.  I've also

 1   been a part of the passenger -- there were six of us that

 2   sailed to the Bahamas one time that -- I went with some

 3   friends, but we had a captain that was on board.

 4            THE COURT:  How long was it out?

 5            JUROR:  We were sailing from Miami to the Bahamas for

 6   about a week.

 7            THE COURT:  All right.  Do you have any specialized

 8   knowledge of sailing other than as needed to take a boat out in

 9   those distances?

10            JUROR:  No, I don't.

11            THE COURT:  Thank you.

12            JUROR:  Anthony Cuva.  I hold a Merchant Mariner's

13   credential for operator of uninspected passenger vessels.  I've

14   sailed and used to sail in regattas and participated in

15   regattas when I was younger.  I'm a member of the Davis Island

16   Yacht Club and still sail, not as often as I used to, but on a

17   fairly regular basis.

18            THE COURT:  Do you own a boat?

19            JUROR:  Yes, but not a sailboat.

20            THE COURT:  All right.

21            Have you ever owned a sailboat?

22            JUROR:  Have I owned a sailboat?  Yes.

23            THE COURT:  How long ago?

24            JUROR:  The last time was over 25 years ago.

25            THE COURT:  When was the last time you've been on a

trip?

JUROR:  Sailing, just day sailing?

THE COURT:  Yes.

JUROR:  Probably within the last year.

THE COURT:  All right.  Thank you.

Anyone else?

JUROR:  Sharon Bush.  The boat that we had stolen was actually a motor boat, it was not a sailboat, the motor boat was used for inland purposes.

THE COURT:  All right.

JUROR:  Donald Whallen.  I -- once moving to Florida, I became an avid Hobie Cat sailor, never owned a boat, used to use boats that were a part of a condo association and sailed friends' boats, wind surfed for 25 years.  My son was captain of the Texas A&M sailing team when he was in college.

THE COURT:  And so, do you say you have specialized knowledge in sailing?

JUROR:  I wouldn't say I have specialized knowledge, although I have been invited by friends to sail on the Thursday night Days Island regattas on occasion, it's been awhile, though.

THE COURT:  All right, thank you.

JUROR:  Roy Pound.  I've been sailing since I was a kid on motored and sailboats.  I was a licensed officer in the Coast Guard, third mate, unlimited tonnage, and also an officer

1  in the Navy.  I should also mention that while serving in the

2  Merchant Marine, it was on a drug interdiction mission off the

3  coast of Colombia, we worked in conjunction with the U.S. Navy

4  and Coast Guard and -- well, Colombian and U.S. Navy.

5          THE COURT:  You actually did one such tour or that

6  was your principal occupation?

7          JUROR:  I did one tour, that lasted three to four

8  months.

9          THE COURT:  All right.

10          Anything about that experience keep you from being a

11  fair juror in this case?

12          JUROR:  I probably have some bias towards --

13          THE COURT:  All right, thank you.

14          Anyone else?

15          Almost over.  Do you have any strong feelings or

16  opinions concerning the United States Government, or more

17  specifically, the United States Drug Enforcement Agency that

18  might affect your ability to be fair and impartial in this

19  case?

20          Each Defendant in this case is being tried for the

21  alleged events that I read to you.

22          Yes, sir?

23          JUROR:  Orlando Plasencia.  Your Honor, in the spirit

24  of candor, just by virtue of the news of late, sometimes --

25          THE COURT:  I'll talk to you about that outside the

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    presence of the other jurors.

2              JUROR:  Very well, yes, ma'am.

3              THE COURT:  Each Defendant is on trial for the

4    actions that I read to you that are alleged in the Indictment

5    and for nothing else.  No other person is on trial in this

6    case.  Each of you will be instructed that you must decide the

7    case based on the evidence offered and you must not allow your

8    verdict to be affected by any other evidence or by any other

9    person mentioned during the course of the trial or by your

10   opinions about any of those other persons.

11             In addition, each Defendant is on trial on his own

12   accord and you must not assume because you feel one person

13   might be responsible, that both are.  Each must be judged

14   individually.

15             Will you be able to decide this case on that basis

16   and not allow your verdict and your decision to be affected by

17   the actions of anyone other than what is proven to you to have

18   been the actions of the Defendant?  If you cannot do that,

19   raise your hand.

20             Do any of you have any conscientious objection,

21   religious belief or other mental reservation that would prevent

22   you in good faith and in good conscience from serving as a

23   juror in a criminal case and returning a verdict of guilty or

24   not guilty based upon the evidence that is presented in this

25   case?

1          Do any of you believe that marijuana, cocaine or any

2     other substance currently outlawed in the country should be

3     made legal?  If so, raise your hand.  First as to marijuana,

4     raise your hand.  Just hold your hands up, you don't have to

5     walk the mic around.  Give the lawyers a chance to look at the

6     persons.

7          Does anybody wish for me to get a list of the names,

8     from the Government or the defense?

9          MR. CIARAVELLA:  It would be helpful, Your Honor,

10    it's difficult to do it this way.

11         THE COURT:  All right.

12         Just -- I'm going to pass the microphone, just for

13    expediency, just state your name out loud so we can hear it,

14    beginning in the first row back.  Mr. Edwards, I'm not going to

15    pass the mic around.

16         Yes, sir.  Mr. Mitev, as to marijuana?

17         JUROR:  Yes.

18         THE COURT:  What about as to cocaine?  Just say yes

19    or no.  As to marijuana, legal or no?

20         JUROR:  Yes.

21         THE COURT:  As to cocaine?

22         JUROR:  No.

23         THE COURT:  All right.

24         Anyone on the next row, or that same row?

25    Mr. Billington?

1    JUROR:  Yes and no.

2    THE COURT:  Yes to marijuana and no to cocaine?

3    JUROR:  Correct.

4    THE COURT:  Yes, ma'am.

5    JUROR:  Judy Skypack.

6    THE COURT:  As to marijuana?

7    JUROR:  Yes.

8    THE COURT:  As to cocaine?  Just let me ask the

9    question and you say yes or no.  As to marijuana?

10   JUROR:  Yes.

11   THE COURT:  As to cocaine?

12   JUROR:  No.

13   THE COURT:  State your name.

14   JUROR:  Marc Israel.

15   THE COURT:  As to marijuana?

16   JUROR:  Yes.

17   THE COURT:  As to cocaine?

18   JUROR:  No.

19   THE COURT:  Yes, ma'am.

20   JUROR:  Leslie Anderson, yes/no.

21   THE COURT:  Anyone else on that row?  Next row.  Pass

22   the microphone.  Ms. Linville?

23   JUROR:  Cynthia Linville, yes and no.

24   THE COURT:  All right.

25   Anyone else on that row?

```
1              JUROR:  Dustin Thomas, yes/no.
2              JUROR:  Jeanne Abraham, yes and no.
3         THE COURT:  Mr. Finland?
4              JUROR:  Yes and no.
5         THE COURT:  Back of the courtroom.
6              JUROR:  Donald Whallen.  Yes to marijuana and no to
7    cocaine.
8              JUROR:  Robyn Miller, yes and no.
9              JUROR:  Brandy Kelly, yes and no.
10             JUROR:  Roy Pound, yes, marijuana, no, cocaine.
11             JUROR:  Richard Ramos, yes, marijuana, no, cocaine.
12             JUROR:  Amy Prieto, yes and no.
13             JUROR:  Ariel Storch, yes/no.
14             JUROR:  Jeffrey Turner, yes and no.
15        THE COURT:  All right.
16        Have you or any member of your immediate family ever
17   had a bad experience with drug addiction or use or some
18   criminal activity related to drug addiction?  If so, raise your
19   hand.  Pass the microphone back.
20             JUROR:  Maria Candia.  My daughter has since
21   recovered, but approximately 16 years ago, she was addicted to
22   drugs.
23        THE COURT:  What type of drugs?
24             JUROR:  I believe it was heroin.
25        THE COURT:  Anything about that keep you from being a
```

1    fair juror in this case?

2         JUROR:  Yeah, I don't believe I could be fair only

3    because I saw how much pain it caused our family, and so for me

4    --

5         THE COURT:  Thank you.

6         JUROR:  -- it would be difficult.

7         THE COURT:  Back row.

8         JUROR:  Roy Pound.  My ex-wife was addicted to

9    prescription medications, pain medications, and I have a

10   stepsister that is addicted to pretty much anything she can get

11   ahold of.

12        THE COURT:  Thank you.

13        JUROR:  Robyn Miller, as stated before, Gerald Rote,

14   uncle, convicted.

15        THE COURT:  All right.

16        JUROR:  My sister was addicted to pain pills.

17        THE COURT:  State your name.

18        JUROR:  Gina Reinoso.  Now she's been sentenced to

19   rehab, she's doing better, but she was addicted to them.

20        THE COURT:  Pain pills?

21        JUROR:  Yeah, and then, during that she had to go to

22   a Methadone clinic for awhile and was on that.

23        THE COURT:  Anything about that keep you from being a

24   fair juror in this case?

25        JUROR:  No.

1          THE COURT:  Anyone else?

2          JUROR:  I have a sister-in-law who became addicted to

3    opiates and then heroin and it really affected her kids, which

4    are my niece and nephew.

5          THE COURT:  Anything about that keep you from being a

6    fair juror in this case?

7          JUROR:  Possibly.

8          THE COURT:  One second.  Have I omitted to ask any

9    question that any of the lawyers requested that I ask from the

10   list of questions.  I have a couple of summary discussions with

11   the jury about their duty.  From the Government?  You don't

12   have to tell me question out loud, just tell me.

13         MR. RUDDY:  No, Your Honor.

14         THE COURT:  From the defense?

15         MR. CIARAVELLA:  No, Your Honor.

16         MR. CHALELA:  No, Your Honor.

17         (Brief pause.)

18         THE COURT:  If you are selected to serve as jurors in

19   this case, by your verdict you will decide the disputed issues

20   of fact.  Under our system of criminal procedure, you are the

21   sole judges of the facts.  If at any time the Court should make

22   any comment regarding the facts, you are at liberty to

23   disregard any such comment.

24         The Court will decide the questions of law that arise

25   during the trial, and before you retire to deliberate the Court

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    will instruct you on the law that you must follow in reaching

2    your verdict.  Regardless of any opinion you may have as to

3    what the law ought to be, it would be a violation of your sworn

4    duty to base a verdict upon any other view of the law than that

5    which will be given in the instructions of the Court just as it

6    would be a violation of your sworn duty as judges of the facts

7    to base a verdict upon anything other than the evidence the

8    Court has admitted in this case.

9            In a criminal case such as this, the entire burden of

10   proof is on the Government from the beginning to the end of the

11   trial, and this burden will never shift from the Government to

12   the Defendant.  The Defendant is not required to put on a

13   defense and is not required to testify on his own behalf.  If

14   the Defendant decides not to do so, you must not consider that

15   decision at all in reaching your verdict in this case.

16           The Defendant in a criminal case is presumed to be

17   innocent unless and until the Government, by competent

18   evidence, has shown his guilt beyond a reasonable doubt.  This

19   presumption of innocence remains with the Defendant as to each

20   and every material allegation in the Indictment until it has

21   been met and overcome by evidence beyond a reasonable doubt.

22           You, as jurors, will be required to calmly, fairly

23   and dispassionately consider all the evidence in the case and

24   from the evidence and from the law that the Court will instruct

25   you arrive at your verdict.  You must not be swayed in the

1    performance of your duty by prejudice, by sympathy or any other

2    sentiment.

3              With this background in mind, if you are selected as

4    a juror in this case, is there anyone here who could not render

5    a fair and impartial verdict based upon the evidence presented

6    in the courtroom and the law the Court will tell you you must

7    apply to the case and the instructions the Court will give to

8    you?  If so, raise your hand.

9              State your name for the record, but do not give me an

10   explanation.

11             JUROR:  Donald Whallen.

12             THE COURT:  Thank you.  Anyone else?

13             JUROR:  Maria Candia.

14             THE COURT:  Anyone else?

15             I told you at the beginning if there was something

16   you wanted to tell me outside the presence of everyone else I

17   would give you an opportunity to do so.  Is there anyone here

18   who needs to be heard at sidebar?  State your name for the

19   record.

20             JUROR:  Leslie Anderson.

21             THE COURT:  Anyone else?

22             JUROR:  Orlando Plasencia.

23             THE COURT:  Give that microphone to --

24             JUROR:  Leslie Anderson.

25             THE COURT:  Anyone else?  All right.

1        I will have each of you -- well, is there anybody

2   here who doesn't speak and understand English?  And other than

3   what's been already described, is there anyone who has a

4   medical condition which keeps you from sitting and paying

5   attention constantly to the trial?  All right.

6        I'll ask you all to step out at this time.  Do not

7   talk among yourselves about the case, just talk about the

8   weather, Clemson and Alabama, whatever, and I'll call you back

9   in a few minutes.

10       (Jury venire excused.)

11       If I could have Mr. Plasencia and Ms. Anderson stand

12  back for a minute.  Mr. Whallen, Ms. Candia, Mr. Pound and

13  Mr. Cuva, if you all will stand right outside while the other

14  people mill around, I'll need to call you back in individually.

15       Do you want them in the jury area, Ms. Vizza?  Okay.

16       (Brief pause.)

17       You all can step out and take a break as well.  I

18  don't think I need Mr. Finland back for a little while.

19       Please call Mr. Whallen back.

20       You can stand at the microphone there at the podium.

21       JUROR:  Oh.

22       THE COURT:  You indicated that there was an issue,

23  sir.

24       JUROR:  Yes, it's my feeling that when someone has

25  done something severe enough to find themselves in a Federal,

1    you know, Court situation, that I would like to hear them

2    testify on their own behalf.  I want to hear what they have to

3    say and I'm not sure I could be completely impartial if

4    somebody sat and didn't have anything to say for themselves.

5            THE COURT:  And so, if the Court instructed you that

6    a Defendant did not have an obligation to testify on his own

7    behalf and that that's the constitutional right that he has,

8    you would disregard that instruction and hold it against a

9    Defendant who didn't testify?

10           JUROR:  I'm not sure that I would hold it against

11   him, it's just that I don't believe that's -- I don't believe

12   that that's right.

13           THE COURT:  And you could not set aside that belief

14   and follow the Court's instructions?

15           JUROR:  I don't believe I could render a decision in

16   good faith not actually able to hear somebody's side of the

17   story, have them personally get up to a microphone and state

18   their situation.

19           THE COURT:  All right, thank you.  Please don't speak

20   to the other jurors about your beliefs.  Just step out and take

21   a break and we'll call you back.

22           JUROR:  Thank you, Your Honor.

23           THE COURT:  Thank you.  And call Ms. Anderson.

24           You can stand right there at the microphone,

25   Ms. Anderson.  Does this part of the proceeding need to be

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1   sealed for some personal reason?

2          JUROR:  What?

3          THE COURT:  Do I need to seal this part of the

4   proceeding for a personal reason?

5          JUROR:  I don't know.

6          THE COURT:  All right.

7          Tell me what the concern is.

8          JUROR:  Well, I'm -- this is my first time and I

9   don't know if I can -- if I didn't see something happen, I

10  don't want to -- I can't say yes or no or judge anybody, I

11  can't in my heart.  If I didn't see it happen, I can't honestly

12  be able to come up with a verdict I don't think, because I've

13  been like deceived a lot when I believed something, then I

14  didn't believe something that was true.  I don't know if I

15  could be honest if I didn't see it with my own eyes happening.

16         THE COURT:  If the Court told you to listen to the

17  evidence and evaluate the evidence under certain legal

18  standards and that no juror would have been there and present,

19  because if they were there and present obviously they couldn't

20  be a juror because they'd be a witness, you wouldn't be able to

21  participate fairly and make a decision?

22         JUROR:  I would listen and I would try, but I'm just

23  being honest, I don't know.  I've never been in that

24  predicament, so I want to be honest with you.  Since I didn't

25  see anything happen, I don't know how I would feel like, you

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1　know.

2　　　　THE COURT:  I'm not trying to change your mind, I'm

3　just trying to understand you.  You're saying that if you

4　didn't see it, you don't believe that you could ever come to a

5　verdict one way or the other about it.

6　　　　JUROR:  I can't judge a person, I can't judge an

7　incident because of things that happened in my life.  I

8　believed one thing and it was wrong and I didn't believe

9　something that was right.  I don't want to put myself where

10　somebody else's life or situation is in my opinion or my

11　thought or my word.

12　　　　THE COURT:  All right.

13　　　　Thank you.  Please don't communicate your thoughts

14　with the other jurors.  Take your break and we'll call you

15　back.

16　　　　JUROR:  Thank you.

17　　　　(Juror excused.)

18　　　　THE COURT:  Mr. Pound.  Mr. Pound, you indicated to

19　the Court during the open voir dire that you had been involved

20　in drug interdiction on behalf of military operations and so

21　forth.  Again, when I asked you the general question, you

22　didn't respond.  I assume you stay by your first answer?

23　　　　JUROR:  I'm very black and white when it comes to the

24　issue, either they did it or they didn't.

25　　　　THE COURT:  That's what we're here to decide, whether

1  they did or they didn't.  The question is, could you set aside

2  your prior experience with somebody you believed did it and

3  hear the evidence presented in this case with an open mind to

4  the question of we don't know whether they did anything at all?

5  You will hear the evidence offered by the Government and make a

6  decision whether or not the Defendant put on any evidence and

7  decide whether the person was innocent or guilty based upon the

8  evidence, not based upon your background.

9          JUROR:  Based on the evidence, yes, I could set that

10  aside.

11          THE COURT:  So, earlier when you told me you didn't

12  think you could, that you might be biased, are you changing

13  your opinion about that or are you still biased?

14          JUROR:  I honestly don't know, to be truthful.  I

15  can't say definitively that I could put aside my prior

16  experience in the -- I would have to -- I couldn't tell you, to

17  be honest.

18          THE COURT:  Any followup with this juror from the

19  defense or the Government?

20          MR. CIARAVELLA:  No, Your Honor.

21          MR. CHALELA:  Yes, Your Honor.

22          THE COURT:  Yes, sir.

23          MR. CHALELA:  Thank you.  Sir, you mentioned having

24  an ex-wife who was an addict and a stepsister who would use

25  anything she could get her hands on.

1          JUROR:  That's correct.

2          MR. CHALELA:  Given the drug trafficking allegations

3  in this case, would it affect your ability to be open minded

4  and completely neutral in deciding your verdict?

5          JUROR:  I don't think -- I don't think it would be an

6  issue because the experience that I mentioned in those two were

7  individual users.  I don't know exactly what they're charged

8  with, but with those individuals that I referred to, they were

9  both individual users.

10          MR. CHALELA:  Thank you, Your Honor.

11          THE COURT:  All right.

12          Thank you, sir.  Don't discuss this discussion with

13  anyone.  We'll call you back in a minute.

14          JUROR:  Yes, Your Honor.

15          THE COURT:  Both Ms. Candia and Mr. Cuva said that

16  their experiences with drug addiction in their families has

17  affected their ability to be unbiased.  Does anyone need to

18  hear further from them, the Government or the defense?

19          MR. RUDDY:  Mr. Cuva is number three; is that right?

20          THE COURT:  Yes, sir.

21          MR. RUDDY:  No, Your Honor, as to either, no.

22          MR. CIARAVELLA:  No, Your Honor.

23          MR. CHALELA:  No, Your Honor.

24          THE COURT:  All right.

25          Is there anyone else you would like to hear from

1    before we break for your chance to evaluate?  Yes, sir?

2              MR. RUDDY:  Did you mention Mr. Plasencia?

3              THE COURT:  No.  We heard from Mr. --

4              MR. RUDDY:  He didn't want to -- I thought you had

5    mentioned you wanted to see him as well but...

6              THE COURT:  I guess he said he wanted to see us,

7    right?  Let's call him back in.  Plasencia.

8              Sir, there's something you said you wanted to tell

9    the Court.  Does the proceeding need to be closed for this?

10             JUROR:  I'm sorry, could you repeat that?

11             THE COURT:  Does it need to be closed for this, is it

12   secret or --

13             JUROR:  No, it's some personal feelings --

14             THE COURT:  Yes, sir.

15             JUROR:  -- I have and I will do whatever you would

16   like me to do.  Would you like me to discuss it privately with

17   you?

18             THE COURT:  No, I have to hear it in front of

19   everyone.  Yes, sir?

20             JUROR:  You had asked the question earlier that made

21   me think about how I feel about law enforcement and our

22   military, and I feel very strongly in favor of both those

23   parties.  I feel like they, you know, risk their lives every

24   day for us and I -- in that regard, I'm a little bit concerned

25   that I'm a little too biased in favor of both law enforcement

1  and the military.  I just need to make the Court aware of that,
2  that's all.
3          THE COURT:  Well, that's not a simple thing because
4  the case is all about law enforcement versus the Defendants in
5  this case, and when they bring the evidence and the testimony,
6  the Court needs to know that you would set aside your sort of
7  preconceived notions about who is right and who is wrong and so
8  forth.  Are you telling me that you don't know that you would
9  be able to do that?
10          JUROR:  Yes, ma'am, I think that is a fair statement.
11          THE COURT:  All right.
12          Thank you for your candor and just stand outside and
13  we'll call you back.  Don't discuss those views with any other
14  jury venire persons.
15          JUROR:  Thank you.
16          THE COURT:  Yes.  Anyone else anyone would like to
17  speak to?  I know we had Ms. Kelly, was it, Ms. Vizza, who had
18  three law enforcement family members and she indicated that she
19  couldn't set aside her biases.  I assume no one else wants to
20  talk to her.  Does anybody want to speak to her any further to
21  try to essentially rehabilitate her, from the Government or the
22  defense?
23          MR. RUDDY:  No, Your Honor.
24          MR. CIARAVELLA:  No, Your Honor.
25          MR. CHALELA:  No, Your Honor.

1           THE COURT:  All right.

2           Do you want to take a break or exercise your cause

3   challenges first and then take a break for peremptories?  How

4   do you wish to proceed?

5           MR. RUDDY:  Your Honor, I think if we could take a

6   break, we might be able to do the cause and then move right to

7   the peremptories after that.

8           THE COURT:  Any objection from the defense to that

9   procedure?

10          MR. CIARAVELLA:  No, Your Honor.

11          MR. CHALELA:  No, Your Honor.

12          THE COURT:  All right.

13          We'll take a break.  I'm going to stay here but --

14  yes?

15          MR. RUDDY:  Your Honor, my witnesses are in

16  Clearwater.  It's going to take some time for them to get here.

17  I'm just asking you now, what time do you think you would want

18  these jurors back to start?

19          THE COURT:  We will probably, hopefully get the jury

20  selected by 12:15 at the latest, take a 10-minute break now, do

21  the peremptories, swear the jury, then your -- break them for

22  lunch for about an hour and a half, maybe an hour and 45

23  because there might be more traffic in our limited downtown

24  lunch places.  Then we'll do openings, which will take about an

25  hour, so you can probably gauge around -- what is that, around

1    3:00?

2          MR. RUDDY:  I'm going to tell them to be here about

3    2:00 o'clock.

4          THE COURT:  That's fine.

5          MR. RUDDY:  Thank you, Your Honor.

6          THE COURT:  We're in recess.

7          (Thereupon, a brief recess was taken.)

8          Are counsel ready to proceed with respect to the

9    cause challenges?

10         MR. RUDDY:  Yes, Your Honor.

11         MR. CHALELA:  Yes, Your Honor.

12         THE COURT:  I'll let you each have one at a time,

13   beginning with the Government, unless you have already agreed

14   on the cause challenges.

15         Mr. Ruddy?

16         MR. RUDDY:  Well, Your Honor, I assume Number 3 is

17   already struck for cause.

18         THE COURT:  Any objection from the defense?

19         MR. CHALELA:  No, Your Honor.

20         MR. CIARAVELLA:  No, Your Honor.

21         MR. RUDDY:  Number 8, Ms. Anderson.

22         THE COURT:  Any objection from the defense?

23         MR. CIARAVELLA:  No, Your Honor.

24         MR. CHALELA:  No objection, Your Honor.

25         MR. RUDDY:  Mr. Plasencia, Number 14.

```
1              THE COURT:  Any objection from the defense?
2              MR. CIARAVELLA:  No, Your Honor.
3              MR. CHALELA:  No.
4              THE COURT:  And of course, Number 10 is already gone.
5              Yes, sir?
6              MR. RUDDY:  Number 20, Mr. Whallen.
7              THE COURT:  Any objection from the defense?
8              MR. CIARAVELLA:  None, Your Honor.
9              MR. CHALELA:  No, Your Honor.
10             THE COURT:  And 19, Ms. Turner, is already gone.
11             MR. RUDDY:  Number 24, Ms. Maria Candia.
12             THE COURT:  Any objection from the defense?
13             MR. CIARAVELLA:  No, Your Honor.
14             MR. CHALELA:  No, Your Honor.
15             MR. RUDDY:  Number 28, Ms. Brandy Kelley.
16             THE COURT:  Any objection from the defense?
17             MR. CIARAVELLA:  No, Your Honor.
18             MR. CHALELA:  No, Your Honor.
19             MR. RUDDY:  That's all I have.
20             THE COURT:  What about Mr. Pound?
21             MR. RUDDY:  Your Honor, I think that ultimately he
22    said that he could be fair.
23             THE COURT:  Mr. Ciaravella?
24             MR. CIARAVELLA:  No, Your Honor, he was all over the
25    place, he would take a position then untake it, and really a
```

1    combination of factors for him, his job doing the exact same

2    thing many of these witnesses had done, and picking up people

3    like these, he's pretty much -- I think in his way he was

4    saying there's drugs and a boat or there's not.

5              THE COURT:  The Court would grant the cause challenge

6    as to Mr. Pound.

7              MR. CIARAVELLA:  Thank you, Your Honor.

8              THE COURT:  Any other cause challenges from the

9    defense than those identified already?

10             MR. CHALELA:  May I have a moment, Your Honor?

11             THE COURT:  Yes.

12             (Brief pause.)

13             MR. CHALELA:  Number 31 was struck, Your Honor?

14             THE COURT:  Yes, as was Number 33 before he came

15   upstairs.  So we now have 24.

16             MR. RUDDY:  If we could go through the list, Your

17   Honor, to make sure we know we're all --

18             THE COURT:  Who we have left so far are 1, 2, 4, 5,

19   6, 7, 9, 11, 12, 13, 15, 16, 17, 18, 21, 22, 23, 25, 26, 27,

20   30, 32, 34, and 35.  That's 24, and if you all exercise six and

21   10, we will be at eight, and we have 19 spares from a criminal

22   trial Judge Moody just selected from.  So, if you want to

23   reserve your right to exercise all your peremptories, having

24   seen -- after you see who's left over from the earlier one, we

25   can break for lunch, bring back Judge Moody's 19, explore what

1   we have in that pool and exercise then; or if you want to not

2   exercise all your peremptories and pick from the people we

3   have, we can try that, but I don't want to exercise

4   peremptories, send people home, and then have you say, well, if

5   I had known this is all I was going to be left with, I wouldn't

6   have picked this jury.

7         MR. RUDDY:  That's your discretion, you can -- I

8   mean, every Judge has their own way of how they dictate

9   peremptories are to be used.  That's entirely your discretion.

10   My question is, how many alternates would you want to pick for

11   this jury?

12         THE COURT:  I think for this jury we would need at

13   least two.

14         MR. RUDDY:  So we're talking 14 people.

15         THE COURT:  We're talking 14 people and we only have

16   eight if you exercise all, if you all exercise -- what do we

17   need to not exercise?

18         MR. RUDDY:  A total of 10.  You need -- 24 left?

19         THE COURT:  Yes.

20         MR. RUDDY:  We need no more than 10 peremptories and

21   it could be as many as 16.

22         THE COURT:  That's right.

23         MR. RUDDY:  Your Honor, I'll leave that to -- I mean,

24   I think it's probably more likely than not we will not get 14

25   jurors out of this panel.

1          THE COURT:  Does the defense agree that it is more

2    likely to exercise more than not exercise of the available

3    peremptories, there being two Defendants?

4          MR. CIARAVELLA:  Yes, Your Honor, I would agree how

5    Mr. Ruddy said it, more likely than not that we cannot get 14.

6          THE COURT:  All right.

7          Well, then what we will do is, we'll break this jury,

8    this panel for lunch.  We'll tell the ones who were excused for

9    cause they can go.  We'll break the panel for lunch.  We'll

10   then tell them they can come back at 2:30?  12:00 to 1:30 --

11   maybe 3:00, and then we'll exercise peremptories at around 3:00

12   and pick up from there.

13          Any objection from the defense or the Government?

14          MR. RUDDY:  No.

15          MR. CIARAVELLA:  None from Mr. Phillips.

16          MR. RUDDY:  None from me, Your Honor.  I'm -- looking

17   at that, I don't see how we get past openings this afternoon.

18          THE COURT:  It doesn't look like it, it looks less

19   likely, unless this panel just sails through.  We might not get

20   past openings, which is the vagaries of trial we spoke of

21   earlier, that's how it goes.  I've picked a jury in an hour and

22   a half and this one looks like it's going take most of the day.

23          All right.  Let's recall the jury.

24          (Jury venire returned to the courtroom.)

25          Thank you, ladies and gentlemen, for your patience.

1    These are serious matters that we're here to consider so it's

2    important for you to be patient throughout these proceedings

3    until we're able to reach some final resolution of who the jury

4    is going to be in this case.

5            What we now know are the people who are going to be

6    excused for sure.  Some of the rest of you may also be excused

7    later, but not right now, but the following people are excused.

8    And do they need to go back to jury or be excused outright?

9            THE CLERK:  Outright.

10           THE COURT:  You're excused outright.  The fact that

11   you're not being called for this jury doesn't mean you're not

12   suitable for jury service and we'll prove that by calling you

13   back real soon to serve on a jury that you might be more

14   suitable to serve on.  But the people who are being excused at

15   this point are the following:

16           Mr. Cuva, Ms. Anderson -- and some of you -- some of

17   these have already been excused -- Ms. Shaffer, Mr. Plasencia,

18   Ms. Turner, Mr. Whallen, Ms. Candia, Ms. Kelley, Mr. Pound,

19   Mr. Torres and Mr. Cook.

20           If your name has been called, you're excused, you're

21   free to go for the day.  Thank you for your service.  Please

22   don't tell your family members you came all the way down here

23   and they didn't even need you because we can't pick from a jury

24   unless we have people who are willing to serve.  So thank you

25   for your service and we will excuse you at this time.


CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    If your name was not called, please stay still for a
2  minute and I'll give you further instructions.
3          (Excused jury venire members exited the courtroom.)
4          Let me see counsel at sidebar for a moment.
5          (Thereupon, the following discussion was had at
6  sidebar:)
7          I know we haven't heard anything from Mr. Finland,
8  but if anybody intends to exercise a peremptory for him just
9  because you don't want Interpreters back in the jury
10 deliberation or because you just want to exercise one, I think
11 it might be more efficient to do that now.  If you don't want
12 to exercise a peremptory or make a cause challenge, then we
13 will leave him.
14          MR. RUDDY:  I don't see that -- I think that is more
15 appropriate for a peremptory.  I don't see it being a challenge
16 for cause.
17          THE COURT:  It's not a cause challenge, but I can see
18 so far there's a procedure for it, a mechanism for it.
19          MR. RUDDY:  Requesting it sooner or later?
20          THE COURT:  Right.  You don't have to decide right
21 now, you can wait, but it will -- he's going to sit there all
22 day long with two Interpreters, only to come in and say I'll
23 exercise a peremptory.  And frankly, I don't know that you can
24 constitutionally do it before we get to the conclusion of the
25 jury selection, so maybe we need to just let him sit.  That's

```
 1   just the nature of the beast.  I don't want to create error by
 2   doing it early.
 3             MR. RUDDY:  I don't know that it would be error.
 4             THE COURT:  Let's just -- I'll look into it and we'll
 5   decide after lunch.
 6             MR. RUDDY:  He would take it as an insult possibly.
 7             THE COURT:  Everybody gets insulted with the
 8   peremptory challenges.  All right.
 9             (Thereupon, the sidebar discussion was concluded and
10   the proceedings resumed as follows:)
11             All right.
12             Ladies and gentlemen, we will, after lunch, have to
13   examine another set of jurors to get enough jurors from which
14   the lawyers would then be able to exercise what are called
15   their peremptory challenges where they're able to make a
16   decision about who to select to serve on the final jury.
17   Because of the number of peremptory challenges each side has in
18   a case such as this with the panel we have, if they were to
19   exercise all of their challenges, we wouldn't have enough to
20   seat the number of jurors that are constitutionally required.
21             So, there's another group of people who have been
22   through one set of jury questions who are available to be
23   considered for this jury as well, so what we're going to do now
24   is release you all to go to an extended lunch, and bring you
25   back here -- my guess is we won't need you before -- did we say
```

1    3:00?  If they take an hour and a half for lunch and we take an

2    hour and a half with the next group, we won't need you before

3    3:00.

4              So, if you all would please be patient with me and

5    with the process, don't begin to discuss the case with each

6    other, don't get frustrated.  This is just the nature of

7    service in this capacity.  So, if you all would take a break.

8    You can feel free to mill about downtown, and go back to your

9    cars, whatever you want to do, but then come back to the

10   courthouse at 3:00, meet back in jury assembly where you

11   started this morning.  Assuming we're done with the panel that

12   you -- that will go through the same thing you just went

13   through, but it's fewer of them, then we'll have all of you

14   come back up from that group and this group at 3:00 and make

15   the final selection and let you know whether you will be going

16   forward with the jury trial that would then commence after we

17   make that final selection.

18             But again, don't begin to talk to each other about

19   it, don't start looking up things on your smart phones, don't

20   start becoming a witness or an expert, just relax until 3:00,

21   and we'll bring you back in.  Again, thank you for your

22   service, for your patience.  We'll see you at 3:00 o'clock.

23             Any questions or concerns anybody has?

24             JUROR:  Are we allowed to go back to the assembly?

25             THE COURT:  Yes, you don't have to go anywhere, you

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    can go back there if you want.  Don't talk to the other panel

2    members.  And you can come back early and go there if you want

3    to.  You don't have to just hang out in the city, you can come

4    back here and sit.

5              (Jury venire excused.)

6              The Interpreters are free to take a break to come

7    back at 3:00 as well.

8              THE INTERPRETER:  Thank you, Your Honor.

9              THE INTERPRETER:  Thank you, Your Honor.

10             MR. RUDDY:  Your Honor, given the current timetable,

11   I don't see how we get through openings before 4:30.  I'm

12   inclined not to ask my witnesses to come in unless you tell me

13   otherwise.

14             THE COURT:  No, I think we'll be fine either way

15   because I don't want to keep this jury here through 4:00ish

16   anyway, so we'll just begin with the presentation of witnesses

17   tomorrow.  We might even begin with openings in the morning,

18   but we'll make that decision once we see how long it takes to

19   select from this 19.  There are fewer of them, so maybe it will

20   move a little faster, but I can never know because I don't know

21   what their answers will be to these questions.

22             MR. RUDDY:  Thank you, Your Honor.

23             THE COURT:  We're in recess.

24             MR. CIARAVELLA:  Until when?

25             THE COURT:  Until one -- 1:40.

```
1              MR. RUDDY:  1:40.

2              (Thereupon, a luncheon recess was taken.)

3              THE COURT:  Are counsel ready to proceed?

4              MR. RUDDY:  Yes, Your Honor.

5              MR. CIARAVELLA:  Yes, Your Honor.

6              MR. CHALELA:  Yes, Your Honor.

7              THE COURT:  Call up the jury.

8              You have to go get them?

9              THE CLERK:  Yes, Your Honor.

10             (Brief pause.)

11             THE COURT:  All right.

12             We have a new panel.  We're going to start at Number

13   36 on the list that you just received as a starting point.

14   Please call in the panel.

15             (Jury venire entered the courtroom.)

16             The jury may be seated.

17             Good afternoon, ladies and gentlemen.

18             THE JURY:  Good afternoon.

19             THE COURT:  I know you have been taxed for your full

20   day and the Court appreciates your patience.  Please bear with

21   us for a few more minutes this afternoon to complete the

22   selection of the jury in this case.  I know that you all

23   started in a different case with Judge Moody this morning, and

24   just to prove there's nothing wrong with you, we've got you

25   back for another case that you might be more suitable to serve
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    on.  But seriously, this is serious business and we appreciate

2    your patience and your attention.  We'll try to be as efficient

3    with your time as possible.  You'll hear me repeat some of the

4    things I'm sure you heard Judge Moody say this morning, but in

5    order to make a complete record for this trial, I have to go

6    over all of this with you for this case as well.  So, please

7    try to be patient and we will try to be efficient with your

8    time.

9            As you probably have experienced already, you have a

10   piece of paper in front of you which are the lead questions

11   that we ask and then we will have some more specific questions

12   specific to this case.

13           This is the process called voir dire, which just

14   means to speak the truth, and that is what we're asking you to

15   do, just be honest and candid with us in this process.  All of

16   you will be asked the same questions unless I need to ask many

17   specific follow-up questions of you based on your responses.

18   So, don't feel shy or embarrassed.  This is not to pry into

19   your affairs, this is just to ask the right questions so we can

20   be sure that you are the right person to serve on this jury and

21   that you can be fair and impartial in this case.

22           This is a criminal case that has been charged by the

23   Government against two individuals who sit as the Defendants in

24   this case.  Before we begin, I think you've already met some of

25   my staff.  You met Ms. Vizza, who escorted you up, and Mr.

1  Edwards.  Is he over there?  I can't see over the top.  He is

2  my courtroom security officer.  To his left is Kayla Scarpone,

3  who is my Law Clerk, and to my right is my Court Reporter,

4  Claudia Spangler-Fry, or Cookie as we call her.  This is to let

5  you know who we are and also to make sure you don't know us

6  through any other affiliation.

7          Are there any people that I just introduced you to

8  that you know from any affiliation other than having just met

9  us today?

10         Yes, sir, state your name.

11         JUROR:  Shane Costello, I met you a couple of times.

12         THE COURT:  In what context, Mr. Costello?

13         JUROR:  Local Bar Association meetings.

14         THE COURT:  Do we have a personal relationship?

15         JUROR:  No, Your Honor.

16         THE COURT:  Other than the context of that, do you

17  know me from any other walk of life?

18         JUROR:  No, Your Honor.

19         THE COURT:  Would it be a problem for you to serve as

20  a juror in this case because I'm the Judge in the case?

21         JUROR:  No, Your Honor.

22         THE COURT:  Thank you very much.

23         Anyone else?

24         At this time, I'm going to let the lawyers introduce

25  themselves and their respective clients so that you can be

1  asked the same questions of them.

2  Mr. Ruddy?

3  MR. RUDDY:  Thank you, Your Honor.  My name is Joseph

4  Ruddy, I'm with the -- I'm an Assistant United States Attorney

5  here in Tampa, Florida, and seated with me at counsel table is

6  FBI Special Agent Waldemar Alecia.

7  MR. CIARAVELLA:  Good afternoon, my name is Mark

8  Ciaravella, I'm an attorney in Tampa, this is my client, Beon

9  Phillips.

10  MR. CHALELA:  Good afternoon, my name is Jorge

11  Chalela, I'm here with my client, his name is Neil Merritt.

12  THE COURT:  Thank you.

13  Do any of you know any of these individuals or their

14  respective clients?  If so, raise your hand.

15  And Mr. Ruddy, if you would read off the witness

16  list.

17  MR. RUDDY:  Yes, Your Honor.  The following

18  individuals may be called to testify for the Government in this

19  case:

20  Homeland Security Investigation Special Agent Jacob

21  Cook, and Special Agent -- FBI Special Agent Waldemar Alicea,

22  DEA Special Agent Carlos Irizarry, DEA forensic chemist Carmelo

23  Gomes, United States Coast Guard Petty Officer Aaron Kane,

24  United States Coast Guard Petty Officer Joshua Garsik, United

25  States Coast Guard Petty Officer Kenneth Cruz-Reyes, United

1   States Coast Guard Petty Officer Kenneth Vick, United states

2   Coast Guard Petty Officer Joseph Rendon, United States Coast

3   Guard Petty Officer Anthony Carpino, United States Coast Guard

4   Petty Officer Daniel Casey, Dr. Brooke Weinger Kammrath.  She's

5   a professor of forensic science at the University of New, Haven

6   Connecticut, and John Croft, a records custodian with Global

7   TelLink.

8               That will be it, Your Honor.

9               THE COURT:  And Mr. Ciaravella?

10              MR. CIARAVELLA:  In addition to those witnesses, many

11  of whom we will call as well, we also intend to call Stephen

12  Crawford of Tampa, Peter Sartes of Clearwater and Oliver

13  McClain of Clearwater.

14              THE COURT:  All right.

15              Do any of you know any of these individuals who have

16  just been named?  If so, raise your hand.  All right.

17              Let me tell you, then, a little bit about the case so

18  that you have a background and understanding of what is at

19  issue.  I'm going to read for you from what's called the

20  Indictment or the charging instrument in this case.  You should

21  know that just because an Indictment has been brought against

22  an individual, it is not any proof of their guilt, it's just

23  evidence of what they've been charged with by the Government.

24  So, by reading the Indictment, I do not intend to convey to you

25  the Defendants are guilty of anything.  I only mean to convey

1    to you what they've been charged with.

2            The Defendants are presumed innocent unless proven

3    guilty beyond a reasonable doubt by the Government as to each

4    of the essential elements of any of the charges asserted

5    against them.

6            In this case, the United States of America charges

7    Beon Nicholas Phillips and Neil Jason Merritt in an Indictment.

8    Beginning on an unknown date and continuing through on or about

9    July 1, 2016, while on board a vessel subject to the

10   jurisdiction of the United States, the Defendants, Mr. Phillips

11   and Mr. Merritt, each of whom will be brought into the United

12   States at a point in the Middle District of Florida, did

13   knowingly and willfully combine, conspire and agree with each

14   other and with other persons unknown to the Grand Jury to

15   possess with intent to distribute and to distribute

16   five kilograms or more of a mixture or substance containing a

17   detectable amount of cocaine, a Schedule II controlled

18   substance, all in violation of U.S. Law.

19           Count 2 charges that beginning on an unknown date and

20   continuing through on or about July 1, 2016, while on board a

21   vessel subject to the jurisdiction of the United States, the

22   Defendants, Mr. Phillips and Mr. Merritt, each of whom will be

23   brought into the United States at a point in the Middle

24   District of Florida, did knowingly and intentionally, while

25   aiding and abetting each other and other persons unknown to the

1    Grand Jury, possess with intent to distribute five kilograms or
2    more of a mixture and substance containing a detectable amount
3    of cocaine, a Schedule II substance, all in violation of U.S.
4    Law.
5                And again, that's just what's being charged.
6                Is there anyone here who knows anything about this
7    case specifically?  If so, raise your hand.
8                Is there anyone here who knows -- now knowing what
9    the case is about, who has a bias or issue or concern at all
10   with the nature of the offense charged that you believe would
11   keep you from being a fair and impartial juror in this case?
12   If so, raise your hand.
13               State your name for the record.  I don't want you to
14   tell me your reason, I just want you to tell me -- you can
15   remain seated.
16               JUROR:  Melissa Busch.
17               THE COURT:  I'll hear from you at sidebar in a few
18   moments.  Anyone else?  All right.
19               Let me tell you a little bit about the logistics of
20   the case.  It is expected that this case will be tried -- we
21   expected it to be over around Wednesday or Thursday, but we've
22   sort of run a little bit over on jury selection, so it looks
23   like it will be Thursday for sure before it's over.  It may
24   bleed over into Friday, I can't predict with certainty that
25   kind of schedule.  And I know that each of you has a life, you

1    have families, you have a job, you have commitments and

2    schedules and plans and so forth, but I don't believe there's

3    any calling in our citizenry greater than perhaps active

4    military service than service on a jury to sit in judgment on a

5    case and in judgment of your peers.  So, this is important

6    business.  And I need to know whether there is anyone here who

7    has an immutable, immovable, unchangeable commitment that would

8    keep him or her from being here until perhaps Friday.  If so,

9    raise your hand.  All right.

10              Beginning on the back row, and when you answer the

11   question, please state your name.  Hold on one second.  Let me

12   find my newest sheet, I put it somewhere.  I don't know what I

13   did with it.

14              Thank you.  Yes, sir, state your name for the record.

15              JUROR:  Thong Hoang.

16              THE COURT:  Yes, sir.  You can remain sealed.  I

17   don't know what Judge Moody's practice was, but you've got a

18   mic, you don't have to stand.  Go ahead.

19              JUROR:  I have to take my wife to the doctor tomorrow

20   for prenatal care and this is the first appointment and we've

21   been waiting really long for it, and she doesn't know how to

22   speak English or writing yet, so I have to take her.  There's

23   no other way to go.

24              THE COURT:  Does she drive?

25              JUROR:  Yes, but she don't know where the location

1   is, she don't speak English very well, so I need to be there to
2   make sure that, you know, I got everything from the doctor
3   since my first child, too.  I have no idea what to do yet.
4           THE COURT:  You really don't have any idea, trust me.
5   All right, thank you very much.  I'll come back to you.  Thank
6   you.
7           Anyone else?
8           Yes, sir?
9           JUROR:  James Derbyshire.  I think I've made a
10  mistake in not asking for an exemption when I first registered.
11  My wife is disabled and I had hoped that I would be able to get
12  some assistance in caring for her while I was here, but it
13  didn't work out the very first day.  She's home alone with a
14  panic button and that's about it, and I'm just concerned that
15  that may happen again.
16          THE COURT:  What's the nature of her disability?  Is
17  she fully disabled?
18          JUROR:  Pretty much so, she's had a number of
19  strokes, she can walk, but she can't drive, and she's has some
20  serious dementia, so she's unable to sort things out, plan and
21  process.
22          THE COURT:  Do you work?
23          JUROR:  I do, yes.
24          THE COURT:  Do you work at home?
25          JUROR:  Well, I work at home part-time and I work at

1  the church part-time, I'm full-time employed at the church.

2  I'm a senior pastor at a church in Largo.

3          THE COURT:  How far way is the church from home?

4          JUROR:  About 10 minutes.

5          THE COURT:  And so you manage her care on a daily

6  basis how?

7          JUROR:  I manage her care by spending as much time at

8  home as I can doing work, but I have certain hours that I go in

9  for meeting with other people and I often have somebody come in

10  to sit with her and take care of her.

11          THE COURT:  All right.  Thank you.

12          Yes, sir?

13          JUROR:  My name is Elpidio Breton and I am the owner

14  and operator of a small business, so during this period of time

15  that this trial could go, I'm afraid my business might suffer.

16          THE COURT:  Are you the sole provider?

17          JUROR:  I am, Your Honor.

18          THE COURT:  Do you have a family you support?

19          JUROR:  I do, I have three kids.

20          THE COURT:  Is that your sole source of income?

21          JUROR:  Yes, Your Honor.

22          THE COURT:  Can you tell me the approximate daily

23  income?

24          JUROR:  I would say --

25          THE COURT:  On an average day.

1          JUROR:  About $250.

2          THE COURT:  All right.

3          Thank you.

4          JUROR:  Hi, my name is Viktoria Gal.  I'm just

5   concerned about child pick up.  I have a seven and an 11 year

6   old that has to be picked up by 3:00 o'clock and they live out

7   on the beach, and if I don't pick them up, there's nobody else

8   to pick them up.

9          THE COURT:  Do they have a dad?

10         JUROR:  Yes, they do.

11         THE COURT:  Where does he work?

12         JUROR:  He's got -- sorry.  He's got his own

13  business, a home security company, he works late, usually like

14  6:00, 7:00 o'clock.

15         THE COURT:  But where does he work?

16         JUROR:  In St. Pete.

17         THE COURT:  He works at home or away from home?

18         JUROR:  Away from home.

19         THE COURT:  What happens when you're unable to pick

20  them up on a normal schedule?

21         JUROR:  It's a $25 charge for after care.

22         THE COURT:  Do you work?

23         JUROR:  Yes, I do.

24         THE COURT:  What are your hours?

25         JUROR:  I work for myself, real estate agent and

1  sales person for his company.

2       THE COURT:  What are your hours?

3       JUROR:  I pick my hours.  I always pick the kids up.

4       THE COURT:  All right, thank you.

5       JUROR:  My name is Martin Phillips, I'm a team driver

6  for R and L Carriers.

7       THE COURT:  Team driver for whom?

8       JUROR:  R and L Carriers.  My partner is sitting at

9  home waiting to find out what's going on.

10      THE COURT:  What is a team driver?

11      JUROR:  There's two of us in the truck, one drives

12 and the other one sleeps.  We're on the road constantly.

13      THE COURT:  Over the road driving?

14      JUROR:  Yes, ma'am.

15      THE COURT:  Big rig?

16      JUROR:  Yes, ma'am.

17      THE COURT:  Are you a sole proprietor or do you work

18 for that company and get paid a salary?

19      JUROR:  I work for that company.

20      THE COURT:  Do you get paid a salary if you don't

21 work?

22      JUROR:  Yes, ma'am.  No, I don't get nothing if I

23 don't work.

24      THE COURT:  And are you the bread winner for your

25 family?

1          JUROR:  Yes, ma'am.

2          THE COURT:  Consisting of whom?

3          JUROR:  My wife, my teenage daughter and a grandson.

4          THE COURT:  What is your approximate daily wage?

5          JUROR:  355.

6          THE COURT:  Thank you.

7          JUROR:  Yes, ma'am.

8          THE COURT:  Anyone else?

9          JUROR:  John Skopos.  I was run over by a boat in

10    July.  I'm trying to heal up.  I'm having a heck of a time

11    sitting and standing because I can't really do either.  I

12    didn't realize it was going to bother me like it is.  I'm a

13    contractor, so I do what I need to do.  If I need to sit, I

14    sit.  If I need to stand, I stand.  I'm having a little bit of

15    a hard time.  It's a medical issue, I probably should have took

16    care of it ahead of time, but I didn't think it was going to be

17    an issue as it is.

18          THE COURT:  If you are given leeway to stand and sit

19    at your leisure, do you think can you can manage it?

20          JUROR:  I can try.

21          THE COURT:  All right, thank you.

22          I'm sorry, ma'am, what's your name, down here in the

23    bottom row?  What is your name?

24          JUROR:  Victoria D'Amico.

25          THE COURT:  Could you trade places with him so if he

| 1 | wants to stand, he can? |
| 2 | JUROR: Certainly. |
| 3 | THE COURT: Thank you. Feel free to stand up if you |
| 4 | need to just during the jury selection process and you can |
| 5 | stand back against the wall if you want to stand, that's fine. |
| 6 | Anyone else? You all can tell me all these reasons, |
| 7 | but somebody has got to serve on this jury. I'm just telling |
| 8 | you. |
| 9 | Yes, sir? |
| 10 | JUROR: My name is Edward Charles. My only problem |
| 11 | at this point is that I use the bathroom very frequently |
| 12 | because of my prostate. |
| 13 | THE COURT: How frequently? |
| 14 | JUROR: Like an hour and a half, two hours every |
| 15 | time. |
| 16 | THE COURT: Half hour or two hours? |
| 17 | JUROR: Two hours. |
| 18 | THE COURT: Two hours? |
| 19 | JUROR: Yes, ma'am. |
| 20 | THE COURT: Any time you need a personal privilege, |
| 21 | just raise your hand and we'll take a break. There's a |
| 22 | restroom right outside that door. |
| 23 | Anyone else? |
| 24 | What time is your doctor's appointment tomorrow? |
| 25 | JUROR: It's early in the morning. |

1           THE COURT:  What time?

2           JUROR:  8:30 or something.

3           THE COURT:  Where?

4           JUROR:  In the Clearwater Health Department.

5           THE COURT:  So, if we start at 10:00, would you be

6    able to be here by then?

7           JUROR:  I don't know how long it take because I have

8    to do some paperwork before I see the doctor.  We have to go

9    through the Medicare, we have to do a lot of paperwork, too.

10   So, I don't know how long it will take before I can see the

11   doctor.

12          THE COURT:  Is it an appointment or you just decided

13   to go then?

14          JUROR:  It's the appointment.

15          THE COURT:  All right, thank you.

16          Let me see counsel at sidebar.

17          (Thereupon, the following discussion was had at

18   sidebar:)

19          It's normally my practice to release sole proprietors

20   whose sole job it is to work and they don't get paid if they

21   don't get work.  It's generally my practice if a person is

22   caring for a disabled person or other small children to also

23   release them and so we have five people that fall in those

24   categories.

25          Anyone of a different view?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

```
 1              MR. RUDDY:  No.

 2              MR. CHALELA:  I adopt the same view.

 3              THE COURT:  So, my way of thinking, that would be

 4    Mr. Breton, Mr. Devonshire, Mr. Martin, Ms. Gal, and I don't

 5    think we're going to do anything about that guy with the

 6    appointment.

 7              MR. RUDDY:  Your Honor, Phillips, he's the truck

 8    driver.

 9              THE COURT:  Right, Phillips.  So Phillips, Gal,

10    Breton, and Devonshire, and then with the prenatal appointment,

11    it sounds like a movable appointment, but it doesn't sound like

12    something that he's going to be patient to paying attention to.

13              MR. RUDDY:  Right.  My calculations, even if

14    everybody uses all 16 peremptories from this morning's group,

15    we would have eight and we need to get six people out of this

16    group.

17              THE COURT:  Right, and we don't even know any causes

18    yet.  We've already got one lady, Ms. Busch, now saying she has

19    some kind of general objection.

20              MR. RUDDY:  Yeah.  All right.

21              THE COURT:  Let's hold off till we see where we are.

22    Do you want me to call Ms. Busch over here?

23              Ms. Busch, can I see you at sidebar?

24              JUROR:  Yes.

25              THE COURT:  You all can feel free to stand up and
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    stretch and move around if you want to.

2          Ms. Busch, you indicated you had some specific view

3    toward the nature of the offense which would keep you from

4    being fair?

5          JUROR:  Yes, ma'am.  I'm a military veteran, my ex

6    husband is retired military law enforcement, my son is a Coast

7    Guard veteran and also a police officer.

8          THE COURT:  You don't believe you could follow the

9    law and set aside your background and biases and hear the case

10   fairly if instructed to by the Court?

11         JUROR:  Military and law enforcement, that's sort of

12   a code that you stick by and that's sort of the first thing

13   that went in my head.

14         THE COURT:  Following the law is the first code.  You

15   wouldn't be able to do that, you don't think?

16         JUROR:  I'm not sure.

17         THE COURT:  Okay, thank you for your candor.

18         Counsel.  I don't know if you --

19         MR. CIARAVELLA:  I move for cause.

20         MR. CHALELA:  Move for cause.

21         THE COURT:  Any objection?

22         MR. RUDDY:  No.

23         THE COURT:  All right.

24         (Thereupon, the sidebar discussion was concluded and

25   the proceedings resumed as follows:)

1      The following jurors are excused and you are free to

2  go.  That does not mean you won't be called back.  You'll be

3  called back pretty quickly if we can get back to you to serve

4  on a jury that you might be better suited to serve on.

5      Mr. Breton, Mr. Devonshire, Mr. Phillips, and Ms. Gal

6  and Ms. Busch.  You all are free to go.  They don't have to go

7  back to jury, do they?

8      THE CLERK:  No.

9      THE COURT:  Thank you for service.  Let me just say,

10 don't go home and say we were here all day long and they didn't

11 need us because we need people to come in order to be able to

12 pick a fair jury.  So, we appreciate your service and you might

13 be called upon to serve on a case in which you're more

14 suitable.  Thank you.

15     Mr. Devonshire, if you wish me to put you on a do not

16 call list for a time, we can do that so you don't have to make

17 this exercise again.

18     JUROR:  I would appreciate that.

19     THE COURT:  We'll do that and we will probably

20 contact you in about a year to see where things are and maybe

21 replace you.  Thank you for your service.

22     JUROR:  Thank you.

23     (Prospective jurors excused.)

24     THE COURT:  All right.

25     Now, each of you has that form you had this morning.

1    I need you to go through what I assume was the same process you
2    went through before, which is to just answer the questions.
3    You don't have to stand, you can just remain in your seat, but
4    speak into the microphone clearly.  You don't have to state the
5    question, just state the answer, and we will try to move
6    through this.

7           Now, there may be a point at which some of these
8    questions you feel pry unnecessarily into your affairs and you
9    don't want to speak about them in the open.  You'll still have
10   to tell me and the lawyers and the parties, but you may not
11   have to say it in the open.  At the end of the proceeding, I'll
12   give you an opportunity to speak to me about anything that you
13   didn't feel comfortable mentioning to everyone.

14          So let me hear from -- state your name first, sir.
15          JUROR:  Shane Costello.  I reside in the City of
16   Tampa, I've been there for six years, I've lived in Florida for
17   10 years.  I'm an attorney at Hill Ward & Henderson.  I'm
18   married, my wife is a state-wide prosecutor at the Florida
19   Attorney General's Office.  No children, no military service,
20   no prior jury service, and I have a law degree.
21          THE COURT:  Thank you.
22          JUROR:  My name is William Roberts, I live in
23   Lakeland, I've lived there and in Florida for 35 years.  I work
24   distribution for Publix Supermarkets.  I'm married, my spouse
25   is an optometrist.  No children, no previous military or jury

1    service, high school education.

2         THE COURT:  Thank you.

3         JUROR:  Victoria D'Amico, I've lived in Palm Harbor

4    for two years, I've lived in Florida for three.  I am currently

5    retired, but I previously worked at the Social Security

6    Administration as a service representative.  I'm currently

7    married, my husband is also retired.  I have a 47 year old son

8    who's a computer program architect, a 44 year old daughter

9    who's a nurse, but currently is a stay-at-home mom, a 43 year

10   old son who is in the Air Force, who is currently serving as a

11   pharmacist at MacDill Air Force Base.  I do not have any

12   military service.  I was never previously with any jury

13   service, and I have a high school diploma.

14        THE COURT:  Thank you.

15        JUROR:  Alan Lingenfelter, I've been in Florida since

16   1975, I've been in Winter Haven, Florida since 1978.  I'm a

17   retired medical doctor.  I'm married, my wife is a stay-at-home

18   mom.  I have three children, one is 37, one is 35 and one is

19   12.  Never been in the military, never served on a jury, and I

20   have a post graduate degree.

21        THE COURT:  What are the occupations of your two

22   adult children?

23        JUROR:  My oldest daughter has an MBA, she does

24   periodic consulting work, and my son is a purchasing agent for

25   a trucking company.

1          THE COURT:  Thank you.

2          JUROR:  My name is Thong Hoang, I live in Pinellas

3     Park for 14 years, and Florida for 14 years.  I'm currently

4     unemployed, but my previous occupation is electronic

5     technician.  I'm married, my wife is a nail tech.  I don't have

6     any children yet.  I don't have any previous military service.

7     I've been called for jury service four or five time already,

8     never got picked, and my highest level of education is

9     Associate's Degree.

10          THE COURT:  Thank you.

11          Mr. Blake?

12          JUROR:  My name is William Balke, I reside in

13     Sarasota, Florida, I've been there for 20 years, I've also

14     lived in Florida for 20 years.  I'm a salesman for AT&T.  I am

15     married, my wife is a registered nurse, she works for Take

16     Care.  No children, no military service, no previous jury

17     services, and I have a Bachelor of Science in accounting.

18          THE COURT:  Thank you.

19          MR. RUDDY:  Robert Lumsden, I am from Bradenton,

20     Florida, lived there 38 years, lived in Florida for 38 years.

21     I'm a general contractor, concrete, structural concrete

22     construction.  I'm married, my wife is a stay-at-home mom.  My

23     daughter is eight years old.  No military service and I've been

24     to jury service once, not selected, and I have a high school

25     diploma.

1          THE COURT:  Thank you.

2          JUROR:  My name is Bryan Gray, I reside in Gibsonton,

3     Florida, been there for 12 years, been in the State of Florida

4     for 30.  My occupation, I'm a producer and photographer for Fox

5     13 News.  I'm married, my wife is a social worker.  My

6     daughters are 34 and 37, the 34 year old works for T-Mobil as a

7     supervisor, and the 37 year old substitute teaches as she's

8     finishing her PhD.  And no military service, never been on a

9     jury before, and I have a college degree, a BA in journalism.

10          THE COURT:  Thank you.

11          JUROR:  My name is Edward Charles, I reside in Lake

12     Worth, Florida, I've been there over 10 years, I've lived in

13     Florida over 10 years.  I finished 10th grade in school.

14     Previously, a carpenter by trade, unemployed, single.  I have

15     four kids, 34, 31, 27 and 26.  The oldest daughter, she does

16     sports psychology, the others are with (unintelligible).  No

17     military service, no jury service.

18          THE COURT:  Thank you.

19          JUROR:  My name is Peggy Popejoy, I live in -- I've

20     been in Florida for -- my house for 20 years, I've been in

21     Florida 33 years.  I'm a customer service manager at Publix.

22     I'm married, my husband is a school teacher in Pinellas County.

23     I have two children, my daughter, 26, she just graduated from

24     FSU and she is currently doing an internship for dietitian, and

25     my son is 24 and he works for Duke Energy, he is an apprentice.

1    I have had no military experience.  I've been on a jury once
2    and there was a verdict.  And I have a high school degree.
3              THE COURT:  Was that a civil case or a criminal case?
4              JUROR:  It was a DUI.
5              THE COURT:  Were you the foreperson?
6              JUROR:  No, I was not.
7              THE COURT:  Thank you.
8              JUROR:  My name is John Vericker, I've lived in Tampa
9    for 12 years, lived in Florida for 37.  I'm an attorney here in
10   Tampa.  I'm married, my wife is a financial analyst for nursing
11   homes across the State.  I have four children, 10, nine, six
12   and four.  I have not been in the military.  I've been to jury
13   selection, but I have not been selected before, and law school
14   is my highest education.
15             THE COURT:  Thank you.
16             JUROR:  My name is Sanel Seremet, I've been living in
17   Riverview, Florida for 13 years.  I'm an owner/operator with a
18   CDL license.  I'm married, my son is 10 years old.  My wife
19   owns a small trucking company.  I haven't been in military
20   service and haven't been selected for jury.
21             THE COURT:  What's the highest level of education?
22             JUROR:  High school.
23             THE COURT:  Thank you.
24             JUROR:  My name is Annie Robinson, I live in St.
25   Petersburg, Florida, lived in Florida 51 years.  My previous

1  occupation was case manager with Pinellas County Adult Drug
2  Court.  I'm married, my husband is a mail carrier.  I have no
3  children, no previous military.  I served on two juries, a
4  civil and criminal, and I have a Bachelor's Degree in
5  criminology.
6          THE COURT:  And did those juries reach verdicts?
7          JUROR:  Oh, yes.
8          THE COURT:  Were you the foreperson?
9          JUROR:  No, ma'am.
10          THE COURT:  Thank you.
11          JUROR:  My name is John Skopos, I'm from Tarpon
12  Springs, Florida, been in Tarpon Springs for 10 years, been in
13  Florida for 10 years.  I'm a swimming pool contractor.  I'm
14  widowed, I have a daughter that's 21, she's going to Stetson,
15  getting her Master's Degree.  No military service and no jury
16  duty, and I've got a four-year engineering degree.
17          THE COURT:  Thank you.
18          Now let me ask you a few more follow-up questions
19  that are a little bit more specific to the case.
20          Do any of you have any family members, immediate
21  family members, who are involved in law enforcement, including
22  State or Federal police officers, Sheriff's deputies, law
23  enforcement agents, FBI, DEA, IRS, or any State or other
24  Federal law enforcement agency?  If so, raise your hand.  Other
25  than what you've already described.

1    Mr. Costello?

2    JUROR:  My wife's sister is a Federal prosecutor in

3    Washington, DC.

4    THE COURT:  Anything about that relationship keep you

5    from being a fair juror in this case?

6    JUROR:  No, Your Honor.

7    THE COURT:  All right.

8    Do you know what types of cases she's assigned to?

9    JUROR:  I think she's in misdemeanors, she's only

10   been there for about two years.  I think it's misdemeanors.

11   THE COURT:  All right.  Thank you.

12   Anyone else?

13   Do any of you have an immediate family member or are

14   you the subject of any matter pending before the United States

15   Attorney's Office in this district or in any other district in

16   which you're involved as a party, witness or the subject of

17   some action?  If so, raise your hand.

18   Have you or an immediate family member ever been the

19   victim of a crime?  If so, raise your hand.  Break-in, car

20   break-in, theft, anything.

21   JUROR:  John Vericker.  In 2014, both me and my

22   wife's cars were -- the windows were smashed and they took her

23   purse and took my bag, and so they took the credit cards and

24   ran it up a little bit, but they didn't catch anyone.

25   THE COURT:  Anything about that keep you from being a

1      fair juror in this case?

2                  JUROR:  No.

3                  THE COURT:  All right.

4                  Anyone else?

5                  JUROR:  I've had a burglary at my house.

6                  THE COURT:  State your name for the record.

7                  JUROR:  Alan Lingenfelter.  I had a burglary at the

8      house on one occasion and another occasion had mail stolen from

9      our mailbox and it was washed and --

10                  THE COURT:  Were you at home during the burglary?

11                  JUROR:  No.

12                  THE COURT:  Anything about those circumstances keep

13     you from being fair in this case?

14                  JUROR:  I don't think so.

15                  THE COURT:  That's a no?

16                  JUROR:  That would be no.

17                  THE COURT:  All right.

18                  Anyone else?

19                  Have any of you ever served on a Grand Jury?  If so,

20     raise your hand.

21                  Have any of you or an immediate family member ever

22     been investigated by a Federal, State or local law enforcement

23     agency for anything other than some kind of special clearance?

24     If so, raise your hand.

25                  Have you ever been a witness in any type of Court or

judicial proceeding other than a divorce?  If so, raise your hand.

Yes, sir, state your name.

JUROR:  Bryan Gray.  I had to testify in a civil case for the station.

THE COURT:  Anything about that keep you from being a fair juror?

JUROR:  No.

THE COURT:  Were you cross-examined in Court?

JUROR:  Yes.

THE COURT:  And was there anything about that experience that would keep you from being a fair juror?

JUROR:  No.

THE COURT:  All right.

Were you the target of that case?

JUROR:  No.

THE COURT:  All right.

Anyone else?

Have any of you ever been involved with sailing, like sailing a boat?  Anybody with special knowledge concerning sailing?

Yes, sir.

JUROR:  John Vericker.  I don't know if it's specialized knowledge, but I grew up on St. Pete Beach, we had a boat, went boating a lot.

1          THE COURT:  How often do you boat now?

2          JUROR:  Not very often, I don't live by the water

3     anymore.

4          THE COURT:  Well, do you consider yourself a

5     specialist in sailing?

6          JUROR:  No.

7          THE COURT:  Okay.  Thank you.

8          JUROR:  It was a motor boat.

9          THE COURT:  All right.

10         Anybody else?

11         Yes, sir.

12         JUROR:  Alan Ligenfelter.  I have several boats, boat

13    frequently.

14         THE COURT:  Sailboats?

15         JUROR:  I've had a sailboat in the past, now I have

16    an inboard and an outboard.

17         THE COURT:  How far do you boat, off the coast or

18    long distance?

19         JUROR:  Usually it's inshore, but I go offshore

20    sometimes.  We live on a lake, so I use it on the lake also.

21         THE COURT:  Not this weekend.

22         JUROR:  Not this weekend.

23         THE COURT:  All right.

24         Do you consider yourself to have special knowledge in

25    boating or Coast Guard matters and such?

1          JUROR:  I wouldn't think so, just a typical boater.

2          THE COURT:  All right, thank you.

3          Does anybody have any strong feelings or opinions

4    concerning the United States Government, or more specifically

5    the United States Drug Enforcement Administration, that would

6    keep you from being a fair juror in this case?  If so, raise

7    your hand.

8          Each Defendant in this case is on trial for the

9    actions that are alleged in the Indictment.  No other person is

10   on trial.  You'll be called upon, if you're selected, to decide

11   this case based on the evidence offered and you must not allow

12   your verdict to be affected by any evidence about any other

13   person mentioned during the course of the trial or by your

14   opinions about any of the other persons' actions.  In fact,

15   each of the Defendants is on trial for his own alleged conduct

16   and you cannot assume one is guilty just because you believe

17   the other might be responsible.  Each is going to be judged

18   based upon the evidence the Government submits with respect to

19   his own conduct as alleged.

20         Is there anyone here who could not allow just the

21   evidence in the case and the testimony to dictate their

22   verdict, anyone else be swayed by anything other than that?  If

23   so, raise your hand.

24         Does anyone have any conscientious objection,

25   religious belief or other mental reservation that would prevent

```
 1  you in good faith and in good conscience from sitting as a
 2  juror in this criminal case and returning a verdict of guilty
 3  or not guilty based upon the evidence that's offered in the
 4  case?  If you cannot do that based upon a religious or
 5  conscientious objection or mental reservation, raise your hand.
 6           Is there anyone here who thinks that marijuana should
 7  be made legal?  If so, raise your hand.  All right.
 8           Just pass the microphone around, that's fine.  Just
 9  be candid.  State your name for the record.
10           JUROR:  Alan Lingenfelter.
11           THE COURT:  Next to you.  State your name, ma'am.
12           JUROR:  Victoria D'Amico.
13           THE COURT:  All right.
14           Pass the microphone down to the far end, next row.
15           JUROR:  William Roberts.
16           THE COURT:  Thank you.
17           JUROR:  William Balke.
18           THE COURT:  State your last name again.
19           JUROR:  Balke, B-A-L-K-E.
20           JUROR:  Bryan Gray.
21           JUROR:  Edward Charles.
22           JUROR:  John Skopos.
23           THE COURT:  Anyone else?
24           Is there anyone here who believes cocaine should be
25  made to be legal?  If so, raise your hand.
```

1          Yes, sir.

2          JUROR:  Alan Lingenfelter.

3          THE COURT:  All right.  Anyone else?

4          Has anyone here had a family member or themselves

5    ever had a bad experience with drug addiction, use or criminal

6    activity with respect to drugs?  If so, raise your hand.

7          Yes, sir, state your name.

8          JUROR:  John Vericker.  Yeah, I have a brother who's

9    had issues with drugs.

10         THE COURT:  And is he still around?

11         JUROR:  He lives with my parents.

12         THE COURT:  How old is he?

13         JUROR:  38, 39 now.

14         THE COURT:  And is he still addicted?

15         JUROR:  I don't know.

16         THE COURT:  And is there anything about that that

17   would keep you from being a fair juror in this case?

18         JUROR:  I would hope not, but I've seen it, so...

19         THE COURT:  You would hope not, but you can't be

20   sure, or you would hope not, yes, you would be fine?

21         JUROR:  I think I could work through it, but I've

22   experienced that, so...

23         THE COURT:  All right.

24         The Court will instruct you in the course of this

25   case that you have to follow the evidence, you have to follow

1    the instructions of the Court and you cannot be swayed by

2    external factors.  All of us come to every point in their lives

3    with a background and you have to set those aside to hear this

4    case fairly.  I'm not trying to persuade you to change your

5    opinion, I'm just trying to get you to answer me clearly.

6            Would you be able to do that with certainty or

7    wouldn't you?

8            JUROR:  Yes, I would.

9            THE COURT:  All right.

10           Anyone else?

11           Have I omitted to ask any of the questions the

12   parties proposed other than those that will be covered in the

13   general instructions in a second, from the Government's

14   perspective?

15           MR. RUDDY:  No, Your Honor.

16           THE COURT:  From the defense?

17           MR. CIARAVELLA:  No, Your Honor.

18           MR. CHALELA:  No, Your Honor.

19           THE COURT:  All right.

20           I advised you at the beginning that there would be a

21   time when I would ask if there's anything that you need to tell

22   me that I didn't ask that you think I should know that you want

23   to tell me at sidebar or outside the presence of the other

24   jurors.  Is there anything about your background that you think

25   would be pertinent to the Court's understanding of your service

1    as a juror in this case that you didn't want to say in front of
2    other people?
3                Yes, sir, state your name.
4                JUROR:  Sanel Seremet.
5                THE COURT:  All right.
6                Let me see you at sidebar, Mr. Seremet.
7                (Thereupon, the following discussion was had at
8    sidebar:)
9                Yes, sir?
10               THE WITNESS:  I have lost a brother less than two
11   years ago, I'm really going through -- I and my wife, she has a
12   lot of problems, she was thinking that's she's having a panic
13   attack, supposed to go to the doctor, advising take her to
14   Bosnia so (unintelligible) right now I have to talk to my wife.
15   I'm in the middle of divorce and my family -- you can see, you
16   can see my fingers, what I'm doing.  I'm not going to be able
17   to focus.  I can try, but I'm just (unintelligible)
18               THE COURT:  Thank you.  Anybody want to inquire?
19               MR. RUDDY:  No.
20               (Pause.)
21               THE COURT:  Let me see counsel.
22               Any feelings about that last response?
23               MR. RUDDY:  Your Honor, I don't think he's in any
24   condition to serve.
25               THE COURT:  Any objection to excusing him for cause?

1          MR. CHALELA:  I move to excuse him.

2          THE COURT:  Any objection?

3          MR. CIARAVELLA:  I'm not going to object.

4          THE COURT:  All right.

5          Okay, thank you.

6          (Thereupon, the sidebar discussion was concluded and

7     the proceedings resumed as follows:)

8          Mr. Seremet, you're excused for cause, you may step

9     out.  You don't have to go back to jury.  We wish you well with

10    your issues.  Thank you.  Thank you for your candor.

11         All right.

12         If you're selected to serve in this criminal case, by

13    your verdict you will decide the disputed issues of fact.

14    Under our system of criminal procedure, you are the sole judges

15    of the facts.  If at any time the Court should make a comment

16    regarding the facts, you would be at liberty to disregard it.

17    The Court will decide the questions of law that arise during

18    the trial, and before you retire to deliberate, the Court will

19    instruct you on the law that you must follow in reaching your

20    verdict.

21         Regardless of any opinion you may have as to what the

22    law ought to be, it would be a violation of your sworn duty to

23    base a verdict upon any other view of law than that which will

24    be given in the instructions of the Court just as it would be a

25    violation of your duty as judges of the facts to base a verdict

1   upon anything other than the evidence in this criminal case.

2           In a criminal case such as this, the entire burden of

3   proof is on the Government from the beginning of the trial to

4   the end of trial and this burden will never shift from the

5   Government to the Defendant.  The Defendant is not required to

6   put on a defense and is not required to testify on its own

7   behalf and if he decides not to do so, you must not consider

8   that decision at all in reaching a verdict in this case.

9           The Defendant in a criminal case is presumed to be

10  innocent until and unless the Government proves by competent

11  evidence that the Defendant is guilty beyond a reasonable

12  doubt.  This presumption of innocence remains with the

13  Defendant as to each and every material allegation in the

14  Indictment as to each offense alleged until it as been met and

15  overcome by the evidence beyond a reasonable doubt.

16          You, as jurors, will be required to calmly, fairly

17  and dispassionately consider all the evidence in the case and

18  from the evidence and from the law which the Court will

19  instruct you arrive at your verdict.  You must not be swayed in

20  the performance of your duty by prejudice, by sympathy or by

21  sentiment.

22          With this background in mind, if you are selected as

23  a juror in this case, is there anyone who could not render a

24  fair and impartial verdict based upon the evidence presented in

25  the case and the law that the Court will tell you that you must

1  apply?  If you cannot do that, raise your hand.

2      Is there anyone who has a language barrier or a

3  medical condition other than what you have already described

4  that would keep you from being a fair juror in this case?

5  Thank you.

6      Is there any other inquiry the lawyers would like me

7  to make of this panel, from the Government?

8      MR. RUDDY:  No, Your Honor.

9      THE COURT:  From the defense?

10      MR. CIARAVELLA:  No, Your Honor.

11      MR. CHALELA:  No, Your Honor.

12      THE COURT:  All right.

13      I'll let the lawyers stare at you for a few minutes

14  so they can keep their notes and make their decisions, and then

15  I'll excuse you for a few moments for them to make a decision

16  about how they wish to proceed, and then I'll call you back and

17  give you further instructions.  So give us a couple minutes.

18  Let me know if the lawyers need any more time.  From the

19  Government?

20      MR. RUDDY:  No, Your Honor.

21      THE COURT:  From the defense?

22      MR. CHALELA:  No, Your Honor.

23      MR. CIARAVELLA:  No, Your Honor.

24      THE COURT:  All right.

25      Ladies and gentlemen, if you all will step out for

1   just a few minutes, we will make our final decisions.

2            (Jury venire excused from the courtroom.)

3            (Brief Pause.)

4            Mr. Ruddy, do you have any cause challenge for any of

5   the people in this last group?

6            MR. RUDDY:  Your Honor, I think I would move for --

7   to disqualify Juror Number 39, it was Mr. -- the former doctor,

8   retired doctor, Lingenfelter, who indicated that, in his

9   opinion, cocaine should be legalized.  This is a -- the charge

10  is cocaine here.

11           THE COURT:  If we discharge all jurors who thought

12  marijuana should be legalized in a marijuana case, we wouldn't

13  have any jurors in marijuana cases.

14           MR. RUDDY:  Well --

15           THE COURT:  Denied as to cause.

16           MR. RUDDY:  Okay.  As to Juror Number 40, Your Honor,

17  in light of the number of jurors that are not being subject to

18  challenges for cause, it might be appropriate to revisit that

19  at this point.

20           THE COURT:  Let me hear from the defense, if they

21  have any cause challenges.

22           Mr. Ciaravella?

23           MR. CIARAVELLA:  No cause challenges, Your Honor.

24           THE COURT:  Mr. Chalela?

25           MR. CHALELA:  Your Honor, I move to strike Number 40

1    for cause in that it cannot be said that beyond a reasonable

2    doubt he will be prepared to listen to the evidence and follow

3    the law as is his duty.

4              THE COURT:  You mean because of his distraction with

5    his spouse tomorrow?

6              MR. CHALELA:  Yes, Your Honor.

7              THE COURT:  Do you have any other cause challenges?

8              MR. CHALELA:  I have no other for cause challenges.

9              THE COURT:  All right.

10             The Court would grant the cause challenge for

11   Mr. Hoang.  And have him come back in, Mr. Edwards, Number 40,

12   Mr. Hoang.

13             Mr. Hoang, the Court has determined that you may be

14   excused from service in this case.  We wish you well with the

15   impending birth of your new baby.  Please go forth and take

16   care of your child.  We'll see you back at a time more suitable

17   to your service.  Thank you for your candor and your service.

18             JUROR:  Thank you.

19             (Prospective juror excused.)

20             And how does the defense wish to exercise

21   peremptories?  Are you going to agree or take five, or how do

22   you wish to proceed?

23             MR. CHALELA:  Five and five would be best, Your

24   Honor.

25             THE COURT:  All right.

| | |
|---|---|
| 1 | Any objection, Mr. Ciaravella? |
| 2 | MR. CIARAVELLA:  No, Your Honor, that's fine. |
| 3 | THE COURT:  All right. |
| 4 | MR. CIARAVELLA:  Your Honor, does Your Honor allow |
| 5 | back striking? |
| 6 | THE COURT:  Yes.  Once you pass on the panel, you |
| 7 | can't come back and strike. |
| 8 | MR. CIARAVELLA:  Okay. |
| 9 | THE COURT:  Is the Government ready to proceed? |
| 10 | MR. RUDDY:  Yes, Your Honor. |
| 11 | THE COURT:  Your first two -- we'll do two, one, two, |
| 12 | two, one, two, one, one, one, one, one and then one, one. |
| 13 | MR. RUDDY:  Okay.  So, I'm starting with one? |
| 14 | THE COURT:  You're starting with two. |
| 15 | MR. RUDDY:  I've only got six. |
| 16 | THE COURT:  Right.  You start with two, each of them |
| 17 | will get one, then you'll start with two more, each of them |
| 18 | will get one, so that would be two and two, and then you'll do |
| 19 | one and they'll do one, you'll do one, they'll do one, one, |
| 20 | then they'll do their last two. |
| 21 | MR. RUDDY:  I only get six. |
| 22 | THE COURT:  Two, four five, six. |
| 23 | MR. RUDDY:  Okay. |
| 24 | THE COURT:  All right. |
| 25 | Let me hear you. |

1    MR. RUDDY:  I will strike Juror Number 2,
2  Mr. Billington.
3         THE COURT:  Any objection from the defense?
4         MR. CIARAVELLA:  No, Your Honor.
5         MR. CHALELA:  No, Your Honor.
6         THE COURT:  You can remain seated.
7         Yes, sir?
8         MR. CIARAVELLA:  Thank you.  I'll strike Number 4.
9         THE COURT:  One second, Mr. Ruddy has one more to do.
10        MR. CIARAVELLA:  Oh, I'm sorry.
11        MR. RUDDY:  I'll move to strike -- it would be Juror
12 Number 17, Mr. Finland.
13        THE COURT:  Any objection from the defense?
14        MR. CIARAVELLA:  No, Your Honor.
15        MR. CHALELA:  No, Your Honor.
16        THE COURT:  Mr. Ciaravella?
17        MR. CIARAVELLA:  I'd strike 4.
18        THE COURT:  Any objection from the Government?
19        MR. RUDDY:  No, Your Honor.
20        THE COURT:  Any objection from the other Defendant?
21        MR. CHALELA:  No, Your Honor.
22        THE COURT:  Defense, next one.
23        MR. CHALELA:  It's my turn?
24        THE COURT:  Yes, sir.
25        MR. CHALELA:  Thank you.  I strike Juror Number 1.

1    THE COURT:  All right.

2    Any objection from the Government?

3    MR. RUDDY:  No, Your Honor.

4    THE COURT:  From Mr. Ciaravella?

5    MR. CIARAVELLA:  No, Your Honor.

6    THE COURT:  The Government's next two.

7    MR. RUDDY:  Strike Juror Number 9, Mr. Gardner, and

8    Ms. Abraham, Number 18.

9    THE COURT:  Any objection from the defense?

10    MR. CIARAVELLA:  No, Your Honor.

11    MR. CHALELA:  No, Your Honor.

12    THE COURT:  Defense?

13    MR. CIARAVELLA:  I'd strike Number 11, Ms. Carney.

14    THE COURT:  Any objection from the Government?

15    MR. RUDDY:  No, Your Honor.

16    MR. CHALELA:  Your Honor, I'd strike Number 51,

17    Mr. Vericker.

18    THE COURT:  Any objection from the Government?

19    MR. RUDDY:  No, Your Honor.

20    MR. CIARAVELLA:  No, Your Honor.

21    THE COURT:  Defense, number one -- I'm sorry,

22    Government, one.

23    MR. RUDDY:  Strike Number 39, Mr. Lingenfelter.

24    THE COURT:  Any objection from the defense?

25    MR. CIARAVELLA:  No, Your Honor.

```
1              MR. CHALELA:  No, Your Honor.

2              THE COURT:  Defense, each one.

3              MR. CIARAVELLA:  Number 36, Mr. Costello.

4              THE COURT:  Any objection from the Government?

5              MR. RUDDY:  No, Your Honor.

6              THE COURT:  Defense, one.

7              MR. CHALELA:  Your Honor, I strike Number 38, Skopos.

8              THE COURT:  Any objection from the Government?

9              MR. RUDDY:  No, Your Honor.

10             MR. CIARAVELLA:  No, Your Honor.

11             THE COURT:  The Government has one more.

12             MR. RUDDY:  Acceptable.

13             THE COURT:  You pass without regard to whatever they

14   might do?

15             MR. RUDDY:  Well --

16             THE COURT:  Once you pass, you're done.

17             MR. RUDDY:  Once I pass, I'm done?

18             THE COURT:  Yes, sir.

19             MR. RUDDY:  Uh --

20             THE COURT:  Do you want to know where we are or have

21   you got it?

22             MR. RUDDY:  I'm just double checking, Your Honor.

23             THE COURT:  All right.

24             (Brief pause.)

25             MR. RUDDY:  Acceptable.
```

```
 1              THE COURT:  All right.
 2              And the defense has two each.  Do you want to
 3    exercise them together or one, one, one, one?
 4              MR. CIARAVELLA:  One, one, one, one.
 5              THE COURT:  All right.
 6              MR. CIARAVELLA:  I'll strike Mr. Smith, Number 15.
 7              THE COURT:  Any objection from the Government?
 8              MR. RUDDY:  No, Your Honor.
 9              MR. CHALELA:  Your Honor, I strike Number 5,
10    Mr. Mitev.
11              THE COURT:  Any objection from the Government?
12              MR. RUDDY:  No, Your Honor.
13              THE COURT:  Mr. Ciaravella, your last.
14              MR. CIARAVELLA:  No objection, Your Honor.  And I
15    would strike Number 13, Ms. Busch.
16              THE COURT:  Any objection from the Government?
17              MR. RUDDY:  No, Your Honor.
18              THE COURT:  Counsel, your last.
19              MR. CHALELA:  May I please have a moment with Mr.
20    Ciaravella?
21              THE COURT:  Yes, sir.
22              (Brief Pause.)
23              MR. CHALELA:  Thank you, Your Honor.  I strike Number
24    42, Mr. Lumsden.
25              THE COURT:  Any objection from the Government?
```

1        MR. RUDDY:  No, Your Honor.

2        (Brief pause.)

3        MR. CIARAVELLA:  Mr. Roberts, Number 37.

4        MR. RUDDY:  Are you done?

5        MR. CIARAVELLA:  I thought I had one more.

6        THE COURT:  Well, let me check.

7        MR. RUDDY:  Everybody's got five.  You had five.

8        MR. CIARAVELLA:  Okay.

9        THE COURT:  Yes, that was it.  Yep, that's 10 on this

10   side and five on this side.  The Government waived its sixth.

11        MR. CIARAVELLA:  Thanks.

12        (Brief pause.)

13        THE COURT:  So, by my calculation, if we have 14 with

14   two as alternates, the jury would be Number 6, Israel, 7,

15   Curry, 12, Linville, 16, Thomas, 21, White, 22, Reinoso, 23,

16   Daum, 25, Knox, 26, Turner, 27, Miller.  Is Ramos in?  30,

17   Ramos, 32, Prieto, 34, Bynum, and 35, Storch.

18        Is that consistent with everyone else's

19   understanding?

20        MR. RUDDY:  That's what I have.

21        MR. CHALELA:  Yes, Your Honor.

22        THE COURT:  Mr. Ciaravella?

23        MR. CIARAVELLA:  Yes, Your Honor.

24        THE COURT:  Mr. Ruddy, is this jury acceptable to the

25   Government?

1          MR. RUDDY:  Yes, Your Honor.

2          THE COURT:  Mr. Ciaravella, is this jury acceptable

3   to the defense?

4          MR. CIARAVELLA:  Yes, it is, Your Honor, thank you.

5          THE COURT:  Counsel, is this jury acceptable to the

6   defense?

7          MR. CHALELA:  Yes, Your Honor.

8          THE COURT:  Mr. Phillips, have you participated in

9   this jury selection, sir?

10         DEFENDANT PHILLIPS:  Yes, ma'am.

11         THE COURT:  Put the microphone to the Defendant.

12         DEFENDANT PHILLIPS:  Yes, ma'am.

13         THE COURT:  Have you participated?

14         DEFENDANT PHILLIPS:  Yes, ma'am.

15         THE COURT:  Have you been able to talk to your

16  lawyer?

17         DEFENDANT PHILLIPS:  Yes, ma'am.

18         THE COURT:  Are you satisfied with this jury?

19         DEFENDANT PHILLIPS:  Yes, ma'am.

20         THE COURT:  Mr. Merritt, have you participated in

21  jury selection?

22         DEFENDANT MERRITT:  Yes, ma'am.

23         THE COURT:  Have you been able to confer with your

24  lawyer?

25         DEFENDANT MERRITT:  Yes, ma'am.

1          THE COURT:  Are you satisfied with this jury?

2          DEFENDANT MERRITT:  Thus far, yes, ma'am.

3          THE COURT:  Well, this is it, this is the jury,

4     there's no thus far.  Are you satisfied with this jury?

5          DEFENDANT MERRITT:  Yes, ma'am.

6          THE COURT:  All right.

7          We will call the panel back in, we will tell everyone

8     who has been selected, I will swear the jury and I will let

9     them go home.  We will begin tomorrow morning at 9:30 to give

10    Mr. Chalela sufficient time to get done with Judge Merryday,

11    and we'll begin with opening at that time and then witnesses

12    right after that.

13         MR. CHALELA:  It's Wednesday at 8:30.

14         THE COURT:  It's Wednesday.  All right.

15         We can start tomorrow at 9:00.  All right.

16         We stand in loose recess until we get our panel back

17    from downstairs and the people from upstairs.

18         We may have had some audible difficulties with

19    Mr. Seremet who we excused for cause.  And just so we have some

20    current recollection of what he said made a part of this

21    record, it's the Court's understanding that he had an ill

22    brother who died and had a clot and he felt somehow responsible

23    that he didn't get him back to Bosnia for some sort of

24    procedure.  His parents are now on medication.  He was biting

25    his fingernails down to the nub due to his stress.

1          Then he and his wife are not speaking and they're in

2     the process of a divorce and he did not feel that he could give

3     the case the sort of concentration and attention that it

4     required and he was just a personal mess.  That was the general

5     gist of what he said.

6          Is that consistent with what the Government heard?

7          MR. RUDDY:  That is correct, Your Honor.  My

8     impression and my recollection is that is consistent with what

9     the Court recited.  This potential juror was emotionally

10     unstable, he was able to recognize that he was unstable and not

11     fit to give the due attention and focus that is needed for

12     anyone to serve as a juror in this case.  To me, he was unfit

13     to serve.

14          THE COURT:  He even demonstrated his sort of lack of

15     stability by the shaking of his hands for the people to see,

16     for the lawyers and the Court to see.

17          Is that your understanding, Mr. Ciaravella?

18          MR. CIARAVELLA:  Yes, Your Honor, I concur with the

19     Court and Mr. Ruddy's evaluation.

20          THE COURT:  And Mr. Chalela?

21          MR. CHALELA:  Yes, Your honor, the cuticles were all

22     bloody and the nails were a mess and his hands were shaking.

23     He was nervously so upset.

24          THE COURT:  All right, thank you.

25          (Brief Pause.)

1          (Jury venire brought back into the courtroom.)

2          He can sit in the back chairs instead of on the row.

3   The front row can scootch down a little bit so everybody can be

4   seated.  Thank you.

5          Welcome back, ladies and gentlemen.  Again, the Court

6   appreciates your patience with us.  I appreciate your

7   professionalism.  I can't tell you the days I've had jury

8   selection where people are rolling their eyes and looking all

9   mean at me like it was my fault they're here.  I just

10  appreciate that you've been professional and nice and

11  attentive.

12         We have selected a jury in the case and I will

13  announce those people who will serve.  As I told you, there's

14  nothing wrong with you in particular, it's just that we've

15  concluded who is best suited and best demonstrated to not have

16  a bias that would affect adversely the presentation of this

17  case, and to prove that, you may be called back to serve a

18  different case that might be more suitable to you real soon.

19  But for those who have been selected to serve, these are your

20  names.  I'm going to call you, then I'll excuse everyone else.

21  And then I'll give you further instructions.

22         The persons who have been selected are Mark Israel,

23  Kelci Curry, Cynthia Linville, Dustin Thomas, Amy White, Gina

24  Reinoso, Kerry Daum, Patrick Knox, Jeffrey Turner, Robyn

25  Miller, Richard Ramos, Amy Prieto, Samuel Bynum, and Ariel

```
 1    Storch.  Those are the people who have been selected to serve
 2    in this jury.
 3            Ladies and gentlemen, I know this has been a long day
 4    and you haven't been selected, if you weren't selected, but
 5    please don't tell your family and friends you were down here
 6    all day for nothing.  We really cannot select a jury unless
 7    people respond to their summons and come and they answer our
 8    questions fairly.  So, we appreciate your service even to this
 9    degree.  We wish you well, bundle up, and hope you have a nice
10    afternoon.  You're free to go now.  Thank you.
11            (Jury venire excused.)
12            I understand that Cass and Ashley Streets are closed.
13    I don't know where you parked, but you may not be able to get
14    back out that way.  Make sure we don't lose too many people.
15            If your name was called and you're in the back, make
16    your way forward.  It doesn't matter where you sit, just push
17    into the row.  Let Mr. Finland and whomever else out of the
18    row.
19            Don't let them get away, Mr. Edwards.  Israel?  Say
20    yes.
21            JUROR:  Yes.
22            THE COURT:  Curry?
23            MR. RUDDY:  That's who we're missing.
24            THE COURT:  All right.
25            Let Mr. Edwards know we're missing Kelci Curry.  Call
```

1    the front desk, Ms. Vizza.

2          You all may have a seat.  Thank you for the

3    Interpreters, the Court appreciates your service to the Court.

4    It's my first time having sign language translators and

5    Interpreters for a juror and the Court appreciates your

6    service.  Thank you.

7          THE INTERPRETER:  Thank you.

8          THE INTERPRETER:  Thank you.

9          THE COURT:  Do you need to sign out with them or are

10   they done?  Thank you.

11         THE INTERPRETER:  Thank you, Your Honor.

12         (Interpretes released.)

13         (Brief pause.)

14         THE COURT:  The good news is, we're not going to

15   start any presentation today.  I'm going to let you go home for

16   the afternoon and we'll start fresh tomorrow morning.  So,

17   you'll be without a little bit of stress until tomorrow at

18   9:00, is when we'll start again.

19         Is there anybody here who is traveling more than --

20   how long is it, Ms. Vizza?

21         THE CLERK:  60 miles, Your Honor.

22         THE COURT:  Each way?

23         THE CLERK:  Yes.

24         THE COURT:  Anybody traveling more than 60 miles each

25   way?

1          Thought you got away from me.  Come on back.

2          JUROR:  Sorry.

3          THE COURT:  That's all right.

4          Anybody traveling more than 60 miles each way?

5    Because if you are, the Court can accommodate you with some

6    local housing if necessary.  Is there anyone for whom a 9:00 to

7    4:30, worst case scenario, 5:00 o'clock day would be a problem?

8          All right.

9          Ms. Vizza, if you would swear the jury.

10          (Thereupon, the jury was duly sworn.)

11          THE JURY:  I do.

12          THE CLERK:  Thank you.  You may be seated.

13          THE COURT:  Any objection to the preliminary

14    instructions that were jointly proposed from the Government or

15    the defense?

16          MR. RUDDY:  No, Your Honor.

17          MR. CIARAVELLA:  No, Your Honor.

18          MR. CHALELA:  No, Your Honor.

19          THE COURT:  All right.

20          We're going to do what's called the preliminary

21    instructions.  Now that you have been sworn, I need to explain

22    some basic principles about a criminal trial and your duty as

23    jurors.  These are what we call the preliminary instructions.

24    At the end of the trial, I will give you more detailed

25    instructions.  And I'm sorry I'm reading and looking over my

1    glasses, but I can see a mile and around the corner, but I
2    can't see in front of my face.
3            It will be your duty to decide what happens so you
4    can determine whether the Defendants are guilty or not guilty
5    of the crimes charged in the Indictment.  At the end of the
6    trial, the Court will explain the law that you must follow to
7    reach your verdict.  You must follow the law as I explain it to
8    you even if you do not agree with that law.  You must decide
9    the case solely on the evidence presented here in the
10   courtroom.
11           Evidence may come in in many forms.  It can be
12   testimony about what someone saw or heard or smelled, it can be
13   an exhibit admitted into evidence, it can be someone's opinion.
14   Some evidence proves a fact indirectly, such as a witness who
15   saw wet grass outside and people walking into the courthouse
16   carrying wet umbrellas.  Indirect evidence, sometimes called
17   circumstantial evidence, is simply a chain of circumstances
18   that proves a fact.  As far as the law is concerned, it makes
19   no difference whether evidence is direct or indirect.  You may
20   choose to believe or disbelieve either kind and should give
21   every piece of evidence whatever weight it deserves.
22           What is not evidence?  Certain things are not
23   evidence and must not be considered and I will list them for
24   you now.
25           Statements and arguments of the lawyers.  In their

1  opening statements and closing arguments, the lawyers will

2  discuss the case, but their remarks are not evidence.

3  Questions and objections of the lawyers.  The lawyers'

4  questions are not evidence.  Only the witnesses' answers are

5  evidence.  You should not think that something is true just

6  because a lawyer's question suggests that it is.  For instance,

7  if a lawyer asks a witness, "you saw the Defendant hit his

8  sister, didn't you", that question is no evidence whatsoever of

9  what the witness saw or what the Defendant did unless the

10  witness agrees with it.

11           There are rules of evidence that control what will be

12  received into evidence.  When a lawyer asks a question or

13  offers an exhibit and a lawyer on the other side thinks it is

14  not permitted by the Rules of Evidence, that lawyer may object.

15  If the Court overrules the objection, then the question may be

16  answered or the exhibit received.  If the Court sustains the

17  objection, then the question cannot be answered and the exhibit

18  cannot be received.

19           Whenever I sustain an objection to a question, you

20  must ignore the question in its entirety and not try to guess

21  what the answer might have been.  Sometimes I may order that

22  evidence be stricken and that you disregard or ignore the

23  evidence.  That means when you're deciding the case, you must

24  not consider that evidence.  Some evidence is admitted only for

25  a limited purpose.  When I instruct you that an item of

1    evidence has been admitted for a limited purpose, you must
2    consider it only for that limited purpose and no other.

3            In reaching your verdict, you may have to decide what
4    testimony to believe and what testimony not to believe.  You
5    may believe everything a witness says or part of it or none of
6    it.  In considering the testimony of any witness, you may take
7    into account the witness' opportunity and ability to see or
8    hear what the witness testified to, the witness' memory, the
9    witness' manner while testifying, the witness' interest in the
10   outcome of the case and any bias or prejudice, whether other
11   evidence contradicted the witness' testimony, the
12   reasonableness of the witness' testimony in light of the
13   evidence and any other factors that bear on believability.  I
14   will give you additional guidelines for determining credibility
15   at the end of the case.

16           As I've already told you before, this is a criminal
17   case.  There are three basic rules about a criminal case that
18   you must keep in mind.  First, Defendants are presumed innocent
19   until proven guilty.  The Indictment against the Defendant
20   brought by the Government is only an accusation, nothing more.
21   It is not proof of guilt or anything else.  The Defendants,
22   therefore, start out with a clean slate.

23           Second, the burden of proof is on the Government
24   until the very end of the case.  The Defendants have no burden
25   to prove their innocence or to present any evidence or to

1    testify.  Since the Defendant has the right to remain silent
2    and may choose whether to testify, you cannot legally put any
3    weight on a Defendant's choice not to testify.  It is not
4    evidence.
5              Third, the Government must prove each Defendant's
6    guilt beyond a reasonable doubt.  I will give you further
7    instructions on this point later, but bear in mind the level of
8    proof required is high.
9              Our law requires jurors to follow certain
10   instructions regarding their personal conduct in order to help
11   to assure a just and fair trial.  These are those instructions.
12             Do not talk either among yourselves or with anyone
13   else about anything related to the case.  You may tell the
14   people with whom you live or your employer that you are a juror
15   and give them information about where you will be, about when
16   you will be required to be in Court, but you may not discuss
17   with them or anyone else anything related to the case.  Do not
18   at any time during the trial request, agree, accept or agree to
19   accept or discuss with any person any type of payment or
20   benefit in return for supplying any information about the
21   trial.  You must promptly tell the Court about any incident you
22   know of involving any attempt by a person to improperly
23   influence you or any member of the jury.
24             Do not visit or view the premises or place where the
25   charged crime was allegedly committed or any of the premises or

1  place involved in the case.  You must not use the Internet maps

2  or Google Earth or any other program or device to search for a

3  view of any occasion discussed in the testimony.  Do not read,

4  watch or listen to any intel or discussions related to the case

5  which may be reported by newspapers, television, radio, the

6  Internet or any other news media.

7          Do not attempt to research any facts, issue or law

8  related to the case, whether by discussion with others, the

9  library or Internet research or any other means or source.  In

10  this age of instant communication research, I want to emphasize

11  that in addition to not talking face to face with anyone about

12  the case, you must not communicate with anyone about the case

13  by any other means, including telephone, text messages, email,

14  Internet chats, chat rooms, blogs, social media websites such

15  as Facebook, MySpace or Twitter.

16          You must not provide any information about the case

17  to anyone by any means whatsoever.  That includes posting

18  information or posting what you're doing on any device or

19  Internet site, including blogs, chat rooms, social websites or

20  any other means.  This includes even posting photos of yourself

21  at the courthouse.

22          You must not use Google or otherwise search any

23  information about the case or the law or the people involved in

24  the case, including the Defendants, the witnesses, the lawyers

25  or the Judge.

1    It is important that you understand why these rules
2  exist and why they are important.  Our law does not permit
3  jurors to talk to anyone about the case or permit anyone to
4  talk to them about the case because only jurors are authorized
5  to render a verdict.  Only you have been found to be fair and
6  only you have promised to be fair.  No one else is so
7  qualified.

8    Our law also doesn't permit jurors to talk among
9  themselves about the case until the Court tells them to begin
10 deliberations because premature discussions can lead to
11 premature final decisions.  Also, you haven't been advised of
12 what the law is that you must apply to the case.

13   Our law does not permit you to visit a place
14 discussed in the testimony.  First, you can't be sure the place
15 is in the same condition as it was on the day in question.
16 Second, even if it were in the same condition, once you go to
17 the place discussed in the testimony to evaluate the evidence
18 in light of what you see, you become a witness, not a juror.
19 As a witness, you may now have a mistaken view of the scene
20 that neither party may have a chance to correct and that is not
21 fair.

22   Finally, our law requires you not to read or listen
23 to any news accounts of the case and that you not attempt to
24 research any facts or law or issue related to the case.  Your
25 decision must be based solely on the evidence and the other

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    evidence -- I'm sorry -- solely on the testimony and other

2    evidence presented in the courtroom.  Also, the law often uses

3    words and phrases in special ways, so it is important that any

4    definitions you hear come only from the Court and not from any

5    other source.  It would not be fair to the parties for you to

6    base your decision on some reporter's view or opinion or upon

7    other information you acquire outside the courtroom.

8            These rules are designed to help guarantee a fair

9    trial and our law accordingly sets forth serious consequences

10   if the rules are not followed.  I trust that you understand and

11   appreciate the importance of following these rules and in

12   accord with your oath and promise, I know that you will follow

13   them.

14           Just to be clear, if the Court is required to declare

15   a mistrial due to your misbehavior, you may be called upon to

16   bear the cost of that, so it's essential that you not violate

17   the rules the Court has set forth.

18           Now, you may take notes if you want to to help you

19   remember what a witness said.  If you do take notes, please

20   keep them to yourself until you and your fellow jurors go to

21   the jury room to decide the case.  Also, do not let note-taking

22   distract you so that you don't hear or -- the other answers by

23   a witness or you're not able to observe their demeanor.

24           When you leave the courtroom, the notes will be left

25   either in the courtroom or left in a place designated by our

1    officers.  Whether or not you take notes, you must rely on your

2    own memory as to what was said.  Notes are to assist your

3    memory.  They are not entitled to any weight greater than your

4    memory or impression about the testimony.

5            All of the Defendants are being tried together.  You

6    must give separate consideration to each Defendant.  In doing

7    so, you must determine which evidence in the case applies to a

8    particular Defendant and disregard any evidence admitted solely

9    against some other Defendant.  The fact that you may find one

10   of the Defendants guilty or not guilty should not control your

11   verdict as to any other Defendant.

12           You will see that Ms. Spangler-Fry is copiously

13   taking notes of these proceedings.  These notes are for the

14   Court's record, they will not be available to you for your

15   consideration in your deliberations, so do not expect to rely

16   on the notes.

17           Additionally, over the course of time, you may

18   encounter the lawyers or the parties milling about downtown or

19   in the courtroom or in the courthouse.  They won't even extend

20   normal courtesies to you like saying good morning or how about

21   those Clemson, whatever they are, Tigers or whatever.  They

22   won't say anything to you about any of that because they're not

23   allowed to communicate with you.  And the reason they don't

24   extend normal courtesies is because no one can tell what was

25   said and so they're instructed not to have any interface with

1  you, not even what time it is or hold the elevator.  In fact,

2  they may close the elevator if they see you coming so that

3  they're not there alone in the elevator and anyone could make

4  such an accusation.  So, please don't hold that against them.

5       We will begin the trial in the morning at 9:00

6  o'clock.  The Government will go first making its opening

7  statement.  This is simply an outline to help you understand

8  the evidence as it comes in.  Next, the Defendants' attorney

9  may, but does not have to, make opening statements for each of

10  them.  Opening statements, as I said, are not evidence or

11  argument; they are just to give you their sense of what the

12  evidence may show.

13       The Government will then present its witnesses and

14  counsel for the Defendants may cross-examine them.  Following

15  the Government's case in chief, the Defendants may, if they

16  wish, present witnesses whom the Government would then have an

17  opportunity to cross-examine.  After all of the evidence is in,

18  the attorneys will present their closing arguments to summarize

19  and interpret the evidence for you and the Court will instruct

20  you on the law.  After that, you will go to the jury room to

21  decide your verdict.

22       Concerning your electronic devices, the Court will

23  give you an order that allows you to bring in personal

24  electronic devices into the building.  I will give you your

25  instructions about how you manage those and handle those in a

1  second.

2      If an exhibit is admitted in evidence and you feel

3  you haven't had a chance to thoroughly review it, don't worry

4  about that.  That evidence, the documentary evidence, will be

5  given to you to take back into the jury room for your

6  deliberations.

7      Do you have the order, Ms. Vizza?  All right.

8      What we're going to do, because we selected the jury

9  and I don't want to hold you up trying to print an order for

10  you, there will be one down at the front desk when you arrive

11  tomorrow morning.  Let them know you're a juror in this case

12  and they will look for your name with your I.D. on this list

13  and then we'll give you a copy of that order.  You need to keep

14  the order with you on your person at all times and don't be

15  affronted if someone asks you why do you have that device, let

16  me see your order, because that's their job, to protect the

17  security of the building and you're the only few people who

18  have been permitted to bring cell phones and devices into the

19  building other than the lawyers and people who work here.  So,

20  it's important for us to monitor that.

21      Now, when you get your order and you bring your

22  device, you can take it from downstairs directly to jury

23  assembly where you came this morning.  You can use it in jury

24  assembly and you can use it outdoors, outside the courtroom.

25  You can't use it in the building, in the hallways, on the

1   elevator.  You can't go to the 17th floor and take a picture of

2   yourselves, which people have been known to do, just from the

3   door to jury assembly.  And when you leave, leave it in the

4   locker that's provided for you and turn it in the off position,

5   not vibrate, not silence, because then our jury people listen

6   to your phones ring and vibrate all day.  So, turn them in the

7   off position so they don't have to hear them.

8           Obviously, they'll only be used during breaks, not

9   during Court.  You can't take video or audio recordings of

10  anything inside the building.  You can't use them to do any

11  research on breaks.  You use them to make personal phone calls,

12  check on your business affairs and so forth if you need to do

13  that, but not related to the case.

14          Make sure you have your I.D. with you when you come

15  in each morning.  Obviously, if you want to take your device

16  with you at lunch outside the building, you're free to do that

17  and then bring it back with you when you come back from the

18  lunch break.  We will normally go from 9:00 to about 4:30.  We

19  may go over a little bit if a witness is on the stand.  I think

20  we are going to be done before 5:00, but typically we'll be out

21  of the building before 5:00, because you have to start paying

22  overtime as a citizen and your taxes if we keep you here past

23  5:00 o'clock, and we try not to do that, not to me, but to our

24  staff and to keep the lights on and so forth.

25          Does anybody have any questions?

1          Yes, ma'am?

2          JUROR:  What time are we supposed to be here, at

3    9:00?

4          THE COURT:  If you can get here at about 10 or

5    quarter till, it helps, so we can have everybody seated by

6    9:00.  If you roll in on two wheels at 9:00, we won't get

7    started until 9:30.  Keep in mind that some days you'll get

8    here at quarter to 9:00, you'll be ready to go, and we'll be in

9    Court and we'll hold you up.  Don't get frustrated.  We won't

10   hold you up unless we have significant matters of a legal

11   nature we have to attend to that may delay the proceedings.

12   It's not Judge Judy or Law and Order where everything gets done

13   in an hour and 17 commercials.  This is serious business, so be

14   patient and we'll be professional with your time and efficient

15   with your time.

16          If you ever need some sort of personal privilege

17   break like go to the restroom, stand up and stretch, or you

18   just need a break, just wave and we'll do as much as we can to

19   accommodate your comfort so that you can professionally

20   consider the important matters you're here to consider.

21          Feel free to bring a beverage, non-alcoholic,

22   obviously, but keep it in a closed container that you can put a

23   lid on.  This is your furniture, you paid for it, it's

24   relatively new so we don't want to soil it, but sometimes you

25   just want to wet your lips or throat during the course of the

1    proceedings, but that's it.

2         I'll let you all go.  I heard that Cass and Ashley

3    were closed.  So, just make your way some other way to get

4    through it.  It's pretty nice to see Tampa doing some pretty

5    good stuff.  I saw yesterday they were projecting the concert

6    on the side of the Sykes building, looked like a little Times

7    Square, so it's kind of cool.

8         Anyway, you're going to be relieved for the

9    afternoon.  Thank you for your attendance and we look forward

10   to seeing you tomorrow to be on the seat at -- on Wednesday

11   we'll start at 9:30 because one of the lawyers has a matter in

12   another courtroom to attend to, but tomorrow is 9:00, Wednesday

13   is 9:30, and we'll see you then.  Thank you very much for your

14   attention.

15        Ms. Vizza will give you a number in case some

16   emergency comes up so you can call her in the morning.  Traffic

17   is traffic, it happens every day, so try to -- last time I

18   lectured people, I got stuck in traffic, so I try not to do

19   that anymore.  So you're free to go.

20        (Thereupon, the jury was excused.)

21        Mr. Ruddy, what's the order of your witnesses

22   tomorrow?

23        MR. RUDDY:  Your Honor, number six, Joshua Garsik,

24   seven and eight.  They may be interchanged, eight may go before

25   seven, but six, seven, eight will be the first three.  10 and

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1   11 will be after that, Mr. Vick and Mr. -- number nine will be

2   the sixth witness.  That would take us through, I would think,

3   at least the morning.  Petty Officer Casey will be the next

4   witness, then --

5          THE COURT:  Hold on one second, I have just one paper

6   left.  So, Casey is which one, 12?

7          MR. RUDDY:  Casey is 12, yes.

8          THE COURT:  So he'll be seventh.

9          MR. RUDDY:  And then number five, Aaron Kane, will be

10   next.  We do have a stipulation, Your Honor, as to the crime

11   lab report.  I just got it this morning, I haven't had a chance

12   to reduce it to writing.  I'll try to get it finalized for us

13   tomorrow morning.

14          THE COURT:  That might eliminate four?

15          MR. RUDDY:  Yes, Your Honor, four and also number

16   three, which is a chain of custody witness as well.

17          THE COURT:  All right.

18          MR. RUDDY:  Your Honor, number 13, Your Honor, is an

19   ion scan witness that I anticipate we can do -- she is a

20   professor in forensic science at the University of New Haven

21   and she would be available by phone to testify.

22          THE COURT:  Why isn't she here?

23          MR. RUDDY:  Your Honor, she has got some --

24          THE COURT:  We're not taking any phone witnesses.

25   She's got to be here, she needs to be here.  I think you

1   inquired about that and we asked for a motion and none was

2   filed, so she's going to testify.  The Defendants have a right

3   to confront witnesses in person and unless she's in military

4   service, she'll be here or she won't be here.

5           MR. RUDDY:  All right.

6           THE COURT:  Is she going to be here or not?

7           MR. RUDDY:  I'll have to consult with her after Court

8   today.

9           THE COURT:  She's number 13, Brooke Kammrath?

10          MR. RUDDY:  Dr. Brooke Kammrath, yes.  And that's

11  with regard to ion scans and that should -- Your Honor, that

12  should be -- then we'll have -- number one will testify, Agent

13  Cook, and that should conclude the Government's case in chief,

14  Your Honor.

15          THE COURT:  Not Mr. Alicea?

16          MR. RUDDY:  No, Your Honor, they will testify to the

17  same thing.

18          THE COURT:  So they're either/or.  You think it's

19  going to be Cook?

20          MR. RUDDY:  That's correct.

21          THE COURT:  All right.

22          So then we can recap, it will be six, and either

23  seven, eight or eight, seven.

24          MR. RUDDY:  Right.

25          THE COURT:  And then ten, eleven, nine, twelve, five

1   and thirteen if she comes in person, and if not, then Cook in

2   any event is last.

3           MR. RUDDY:  Correct, right.  I would anticipate that

4   would be Wednesday morning, Your Honor.  I would think that,

5   best case scenario, I could finish -- I may get through up to

6   thirteen and one.  I think I might be able to get everyone but

7   thirteen and one in tomorrow.

8           THE COURT:  All right.

9           MR. RUDDY:  But that's, you know, to be determined,

10  but I think by Wednesday we should be finished.

11          THE COURT:  All right.

12          The defense should know by midday tomorrow whether

13  this -- I guess she's an expert.

14          MR. RUDDY:  Yes, Your Honor.

15          THE COURT:  -- by midday tomorrow whether she's

16  coming or not coming so they know what to do.

17          MR. RUDDY:  Yes, Your Honor.

18          THE COURT:  All right.

19          And then we'll get a 24-hour notice of the defense

20  tomorrow, the order, yes?

21          MR. CIARAVELLA:  Yes, Your Honor.

22          THE COURT:  Anything else the Court can address with

23  the parties?  Are there issues with respect to the instructions

24  on the criminal substantive instructions?

25          MR. RUDDY:  I don't believe so, Your Honor.

1           MR. CIARAVELLA:  No, Your Honor.

2           MR. CHALELA:  No, Your Honor.

3           MR. RUDDY:  They're pretty standard, you know.

4           THE COURT:  Right.  All right.

5           Anything else the Court can address the parties to

6 before we recess for the afternoon?

7           MR. CIARAVELLA:  Your Honor, may we leave things

8 here?

9           THE COURT:  Yes, yes, you can leave everything here,

10 the courtroom will be locked up, and I will see the parties

11 back here in the morning to be on -- I don't need any

12 preliminary consult with you, so I'll see you to be on at 9:00

13 o'clock.

14           MR. RUDDY:  Yes, Your Honor.

15           THE COURT:  All right.

16           Thank you very much, we're in recess.

17           MR. RUDDY:  Thank you.

18           (Thereupon, the proceedings concluded.)

19                        ********

20

21

22

23

24

25

1                          CERTIFICATE

2

3    STATE OF FLORIDA          )

4    COUNTY OF HILLSBOROUGH    )

5

6          I, CLAUDIA SPANGLER-FRY, Official Court Reporter for

7    the United States District Court, Middle District, Tampa

8    Division,

9          DO HEREBY CERTIFY, that I was authorized to and

10   did, through use of Computer Aided Transcription, report

11   in shorthand the proceedings and evidence in the

12   above-styled cause, as stated in the caption hereto, and

13   that the foregoing pages numbered 1 to 168, inclusive,

14   constitute a true and correct transcription of my

15   shorthand report of said proceedings and evidence.

16          IN WITNESS WHEREOF I have hereunto set my hand

17   in the City of Tampa, County of Hillsborough, State of

18   Florida, this 16th day of July, 2017.

19

20          *Claudia Spangler-Fry*

21          CLAUDIA SPANGLER-FRY, Official Court Reporter

22

23

24

25

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

**$**

$25 [1] 110/21
$250 [1] 110/1

**'**

'67 [1] 47/6
'70s [1] 62/16
'80s [1] 38/25
'82 [1] 38/25
'98 [1] 43/1
'O [1] 43/7

**0**

0407 [1] 1/23
0881 [1] 1/19

**1**

10 [19] 8/14 49/11 50/11 58/13
 91/4 92/21 93/18 93/20 109/4
 118/17 121/12 121/13 122/11
 122/18 123/12 123/13 143/9
 162/4 163/25
10-minute [1] 89/20
10:00 [1] 114/5
10th [1] 121/13
11 [6] 39/22 45/2 92/19 110/5
 140/13 164/1
1110 [1] 1/18
12 [8] 50/11 92/19 119/19
 121/3 122/9 143/15 164/6 164/7
12:00 [1] 94/10
12:15 [1] 89/20
13 [8] 42/21 46/16 92/19 121/5
 122/17 142/15 164/18 165/9
14 [12] 36/12 40/12 43/24 48/8
 90/25 93/14 93/15 93/24 94/5
 120/3 120/3 143/13
15 [6] 39/22 44/10 44/17 44/21
 92/19 142/6
150 [1] 1/22
16 [14] 41/8 41/9 42/20 43/13
 43/24 44/2 46/16 46/21 47/16
 76/21 92/19 93/21 115/14
 143/15
168 [1] 168/13
16th [1] 168/18
17 [7] 17/3 23/8 46/24 57/1
 92/19 139/12 162/13
173407 [1] 1/22
17th [1] 161/1
18 [11] 37/19 39/8 39/22 43/1
 43/8 44/21 48/8 49/24 51/1
 92/19 140/8
19 [7] 46/24 49/22 50/10 91/10
 92/21 92/25 99/19
1970 [1] 39/20
1975 [1] 119/16
1977 [1] 45/12
1978 [1] 119/16
1991 [1] 39/20
1999 [1] 49/12
1:30 [1] 94/10
1:40 [2] 99/25 100/1

**2**

20 [13] 8/13 38/24 40/15 41/2
 45/3 46/13 46/14 57/17 60/9
 91/6 120/13 120/14 121/20
2012 [1] 42/9
2014 [1] 124/21
2016 [4] 30/19 31/5 105/9
 105/20
2017 [2] 1/6 168/18

21 [7] 37/20 41/17 49/25 51/1
 92/19 123/14 143/15
22 [7] 46/24 46/25 48/6 48/18
 49/14 92/19 143/15
221-5600 [1] 1/23
23 [3] 41/17 92/19 143/15
24 [6] 40/16 91/11 92/15 92/20
 93/18 121/25
24-hour [1] 166/19
25 [10] 18/21 18/22 48/13
 48/13 51/1 68/18 70/24 71/14
 92/19 143/16
26 [6] 42/1 45/11 92/19 121/15
 121/23 143/16
27 [3] 92/19 121/15 143/16
274-6000 [1] 1/16
28 [3] 39/7 40/13 91/15
29 [4] 41/17 42/4 50/23 64/15
2:00 o'clock [1] 90/3
2:30 [1] 94/10

**3**

30 [12] 8/10 17/6 39/1 40/24
 41/1 42/17 66/20 66/25 68/18
 92/20 121/4 143/16
301-5575 [1] 2/3
3030 [1] 1/22
31 [5] 17/12 45/16 47/5 92/13
 121/15
32 [4] 43/16 44/16 92/20
 143/17
3200 [1] 1/15
33 [4] 42/25 49/4 92/14 121/21
33602 [3] 1/15 1/19 2/2
33672-0407 [1] 1/23
34 [5] 92/20 121/6 121/6
 121/15 143/17
35 [6] 41/15 68/20 92/20
 118/23 119/18 143/17
355 [1] 112/5
35JSS [2] 1/3 3/7
36 [2] 100/13 141/3
37 [6] 50/7 119/18 121/6 121/7
 122/9 143/3
38 [6] 42/6 47/19 120/20
 120/20 130/13 141/7
388-0881 [1] 1/19
39 [3] 130/13 136/7 140/23
3:00 [11] 90/1 94/11 94/11
 98/1 98/3 98/10 98/14 98/20
 98/22 99/7 110/6

**4**

40 [5] 47/9 47/9 136/16 136/25
 137/11
400 [1] 1/15
41 [2] 47/9 47/20
42 [2] 48/6 142/24
43 [3] 47/9 47/9 119/9
44 [1] 119/8
45 [2] 44/7 89/22
46 [1] 46/22
47 [1] 119/7
49th [1] 48/23
4:00ish [1] 99/15
4:30 [4] 9/7 99/11 150/7
 161/18

**5**

51 [4] 41/15 42/1 122/25
 140/16
52 [1] 37/16
54 [1] 48/19
55 [1] 43/13

5575 [1] 2/3
5600 [1] 1/23
5:00 [3] 150/7 161/20 161/21
5:00 o'clock [1] 161/23

**6**

60 miles [3] 149/21 149/24
 150/4
6000 [1] 1/16
61 [1] 43/8
6:00 [1] 110/14

**7**

7:00 o'clock [1] 110/14
7th [1] 2/2

**8**

801 [1] 2/2
813 [4] 1/16 1/19 1/23 2/3
8:16-CR-314-T-35JSS [2] 1/3
 3/7
8:30 [3] 24/5 114/2 145/13

**9**

9,2016 [1] 3/2
9:00 [15] 1/8 24/10 24/10
 33/20 145/15 149/18 150/6
 159/5 161/18 162/3 162/6 162/6
 162/8 163/12 167/12
9:30 [4] 145/9 162/7 163/11
 163/13

**A**

A-L-I-C-E-A [1] 26/7
a.m [1] 1/8
Aaron [3] 27/4 103/23 164/9
abetting [2] 31/10 105/25
ability [10] 17/21 17/25 29/1
 35/21 38/2 59/17 72/18 86/3
 86/17 153/7
able [36] 14/3 17/13 20/9
 20/18 21/12 22/13 27/18 27/20
 29/3 33/8 34/16 34/18 37/11
 38/7 54/25 73/15 82/16 83/12
 83/20 88/9 89/6 95/3 97/14
 97/15 108/11 114/6 116/15
 117/11 131/6 132/16 144/15
 144/23 146/10 148/13 157/23
 166/6
about [159] 5/8 10/9 12/3 13/3
 13/8 13/14 13/15 13/15 13/17
 13/19 15/6 15/13 15/16 16/11
 17/20 17/24 18/21 29/23 30/11
 30/13 30/19 31/5 31/24 32/2
 32/4 35/18 39/14 40/24 41/8
 41/9 43/1 45/3 46/3 46/13
 46/13 46/21 49/11 50/19 51/14
 52/6 52/12 52/22 53/9 54/5
 54/22 55/16 55/22 56/5 56/12
 56/17 57/1 57/3 57/12 57/18
 57/23 58/5 58/16 59/2 59/11
 59/20 60/5 60/14 60/20 61/21
 62/7 62/12 62/22 63/4 63/17
 63/23 64/20 65/7 65/19 66/5
 66/13 66/16 66/25 67/2 67/9
 67/23 68/20 68/21 69/8 69/12
 70/6 72/10 72/25 73/10 74/18
 76/25 77/23 78/5 78/11 81/7
 81/7 82/20 84/5 85/13 87/21
 87/21 88/4 88/7 89/22 89/24
 90/2 91/20 97/16 98/8 98/18
 104/17 105/8 105/20 106/6
 106/9 106/19 108/14 109/4
 110/1 110/5 115/5 117/20 118/9

**A**

about... [37] 118/12 124/4 124/10 124/25 125/12 126/6 126/11 128/12 128/14 130/16 131/24 132/22 135/16 150/22 151/12 153/17 154/13 154/15 154/15 154/20 154/21 155/11 155/12 155/16 155/23 156/3 156/4 156/9 158/4 158/18 158/20 158/22 159/25 160/4 161/18 162/4 165/1
above [1] 168/12
above-styled [1] 168/12
Abraham [4] 44/15 57/21 76/2 140/8
Absolutely [1] 25/18
abundance [1] 6/25
abuse [1] 66/21
accept [2] 154/18 154/19
acceptable [5] 141/12 141/25 143/24 144/2 144/5
accident [2] 47/19 67/18
accommodate [2] 150/5 162/19
accommodation [2] 32/20 33/9
accompanying [1] 17/7
accord [2] 73/12 157/12
accordingly [1] 157/9
account [1] 153/7
accounting [1] 120/17
accounts [1] 156/23
accusation [2] 153/20 159/4
accused [2] 58/24 60/15
acquire [1] 157/7
across [1] 122/11
action [2] 55/10 124/17
actions [5] 73/4 73/17 73/18 128/9 128/14
active [2] 32/16 107/3
activities [2] 8/22 69/8
activity [2] 76/18 130/6
actual [1] 4/7
actually [11] 22/17 30/15 40/17 49/1 56/25 65/14 68/2 69/2 71/8 72/5 82/16
adamant [5] 13/8 13/15 13/15 13/17 13/19
add [2] 5/9 5/18
addict [1] 85/24
addicted [7] 76/21 77/8 77/10 77/16 77/19 78/2 130/14
addiction [6] 5/8 6/5 76/17 76/18 86/16 130/5
addition [5] 21/18 28/4 73/11 104/10 155/11
additional [2] 30/14 153/14
Additionally [1] 158/17
address [5] 3/20 3/25 6/18 166/22 167/5
Administration [2] 119/6 128/5
administrator [2] 42/3 43/25
admitted [6] 79/8 151/13 152/24 153/1 158/8 160/2
adopt [1] 115/2
adoption [4] 36/15 36/16 36/17 36/17
adult [2] 119/22 123/1
adversely [1] 147/16
advised [4] 10/18 10/19 131/20 156/11
advising [1] 132/13
advisories [1] 8/18
affairs [4] 30/6 101/19 118/8

161/12
affect [6] 28/25 38/2 59/17 72/18 86/3 147/16
affected [6] 61/25 73/8 73/16 78/3 86/17 128/12
affidavits [1] 68/13
affiliation [2] 102/6 102/8
affirmative [1] 7/12
affirmatively [1] 22/19
affronted [1] 160/15
afraid [1] 109/15
after [24] 14/5 14/16 14/24 44/3 44/17 51/10 89/7 92/24 97/5 97/12 98/16 110/21 145/12 159/17 159/20 164/1 165/7
afternoon [12] 8/19 10/10 94/17 100/17 100/18 100/21 103/7 103/10 148/10 149/16 163/9 167/6
again [13] 14/3 51/24 52/18 55/14 84/21 98/18 98/21 106/5 108/15 117/17 129/18 147/5 149/18
against [11] 33/13 59/21 82/8 82/10 101/23 104/21 105/5 113/5 153/19 158/9 159/4
age [3] 39/7 43/16 155/10
aged [1] 44/10
agencies [1] 61/6
agency [5] 52/16 64/2 72/17 123/24 125/23
agent [16] 3/12 3/12 26/4 26/5 27/1 27/2 27/2 40/15 103/6 103/20 103/21 103/21 103/22 110/25 119/24 165/12
agents [2] 52/14 123/23
ages [3] 37/19 41/16 50/25
ago [24] 40/18 57/17 58/13 58/17 59/17 59/20 60/9 60/13 60/14 61/17 61/18 63/17 63/17 64/15 66/6 66/20 66/25 67/3 68/18 68/20 70/23 70/24 76/21 132/11
agree [10] 18/6 21/11 30/24 94/1 94/4 105/13 137/21 151/8 154/18 154/18
agreed [3] 11/11 11/12 90/13
agreement [6] 12/6 12/20 14/6 15/13 16/10 16/20
agrees [1] 152/10
ahead [2] 107/18 112/16
ahold [1] 77/11
Aided [1] 168/10
aiding [2] 31/9 105/25
air [4] 48/14 48/16 119/10 119/11
air-conditioning [1] 48/14
Alabama [2] 40/14 81/8
Alan [5] 119/15 125/7 127/12 129/10 130/2
alarm [1] 46/23
alcoholic [1] 162/21
Alecia [1] 103/6
Alicea [6] 3/12 26/5 26/6 27/2 103/21 165/15
alive [1] 62/20
all [214]
allegation [2] 79/20 134/13
allegations [1] 86/2
alleged [7] 30/17 72/21 73/4 128/9 128/15 128/19 134/14
allegedly [1] 154/25
allow [5] 73/7 73/16 128/11

128/20 138/4
allowed [2] 98/24 158/23
allows [1] 159/23
almost [2] 43/8 72/15
alone [2] 108/13 159/3
along [2] 5/13 37/11
already [19] 4/6 24/21 28/4 52/11 65/2 81/3 90/13 90/17 91/4 91/10 92/9 95/17 101/9 101/24 115/18 120/7 123/25 135/3 153/16
also [24] 24/23 24/25 38/16 39/3 39/16 60/9 66/18 68/18 69/25 71/25 72/1 95/6 102/5 104/11 114/22 116/7 119/7 120/13 127/20 156/8 156/11 157/2 157/21 164/15
alternate [2] 41/4 49/18
alternates [2] 93/10 143/14
although [1] 71/19
always [2] 6/25 111/3
am [15] 21/9 24/19 37/18 43/24 44/8 47/7 48/7 48/18 50/8 57/21 109/13 109/17 119/4 120/14 120/19
AMERICA [4] 1/3 3/6 30/16 105/6
among [3] 81/7 154/12 156/8
amount [4] 31/1 31/12 105/17 106/2
Amy [6] 46/12 50/6 59/6 76/12 147/23 147/25
an abundance [1] 6/25
analyst [3] 37/17 37/18 122/10
Anderson [9] 41/14 75/20 80/20 80/24 81/11 82/23 82/25 90/21 95/16
Annie [1] 122/24
announce [1] 147/13
announced [1] 28/3
another [7] 50/9 52/16 97/13 97/21 100/25 125/8 163/12
answer [14] 29/18 29/22 30/2 30/4 37/10 37/11 52/19 84/22 107/10 118/2 118/5 131/5 148/7 152/21
answered [2] 152/16 152/17
answering [4] 29/11 29/24 30/1 37/4
answers [5] 21/17 29/25 99/21 152/4 157/22
Anthony [6] 25/9 27/9 39/19 55/14 70/12 104/3
anticipate [4] 7/11 8/10 164/19 166/3
anticipated [3] 7/15 32/4 32/8
anticipating [1] 32/10
Antonio [1] 47/16
any [203]
anybody [16] 34/22 51/18 74/7 81/1 83/10 88/20 96/8 98/23 126/20 127/10 128/3 132/18 149/19 149/24 150/4 161/25
anymore [2] 127/3 163/19
anyone [79] 8/17 16/3 16/6 16/11 16/16 16/19 25/23 29/4 29/8 31/24 32/1 33/17 34/2 35/3 53/5 53/15 55/2 55/6 57/15 61/2 63/14 64/11 64/24 68/24 71/6 72/14 73/17 74/24 75/21 75/25 78/1 80/4 80/12 80/14 80/17 80/21 80/25 81/3 86/13 86/17 86/25 88/16 88/16

## A

anyone... [36]   102/23 106/6
106/8 106/18 107/6 108/7 112/8
113/6 113/23 114/25 124/12
124/24 125/4 125/18 126/18
128/20 128/22 128/24 129/6
129/23 129/24 130/3 130/4
131/10 134/23 135/2 146/12
150/6 154/12 154/17 155/11
155/12 155/17 156/3 156/3
159/3
anyone's [1]   31/16
anything [75]   8/24 9/23 12/17
16/6 16/19 30/11 31/24 46/3
51/14 52/6 52/22 53/9 54/5
54/22 55/16 55/22 56/5 56/12
56/17 57/3 57/12 57/18 57/23
58/5 59/2 59/11 60/5 60/20
61/21 62/7 62/12 62/22 63/4
63/23 64/20 65/7 65/19 66/16
67/9 67/23 68/21 72/10 76/25
77/10 77/23 78/5 79/7 82/4
83/25 85/4 85/25 96/7 104/25
106/6 115/5 118/12 124/4
124/20 124/25 125/12 125/23
126/6 126/11 128/22 130/16
131/21 131/24 134/1 153/21
154/13 154/17 158/22 161/10
166/22 167/5
anyway [2]   99/16 163/8
anywhere [1]   98/25
aol.com [1]   2/3
apartment [1]   58/3
appear [1]   68/9
appearance [1]   13/8
appearances [2]   1/13 3/8
applies [1]   158/7
apply [3]   80/7 135/1 156/12
appointment [8]   33/25 107/20
113/24 114/12 114/14 115/6
115/10 115/11
appointments [1]   32/12
appreciate [7]   101/1 117/12
117/18 147/6 147/10 148/8
157/11
appreciates [4]   100/20 147/6
149/3 149/5
apprentice [1]   121/25
appropriate [3]   18/4 96/15
136/18
approximate [2]   109/22 112/4
approximately [6]   37/16 38/24
40/25 43/8 45/11 76/21
architect [2]   45/13 119/8
architectural [1]   45/14
Architecture [1]   45/19
are [133]   3/18 3/19 3/21 5/4
5/14 6/12 6/24 8/18 8/21 9/2
10/15 12/20 16/25 17/2 20/5
20/19 24/24 25/2 28/2 28/14
28/17 29/15 29/20 30/10 31/21
31/22 34/16 34/16 39/14 42/20
46/25 50/10 50/24 50/24 50/25
51/24 54/12 61/25 73/4 73/13
78/4 78/18 78/20 78/22 80/3
85/12 85/13 88/8 89/15 90/8
92/18 93/9 95/1 95/5 95/5 95/7
95/14 95/15 95/24 97/14 97/20
97/22 98/24 99/6 99/19 100/3
101/10 101/20 102/5 102/7
104/25 105/2 109/16 110/24
111/2 111/17 111/24 112/18

115/21 117/1 117/1 117/6
117/20 119/21 121/6 121/16
123/19 123/21 124/13 128/9
133/14 134/22 136/17 137/21
141/20 143/4 144/18 145/1
145/4 145/24 146/1 147/8
147/19 147/22 148/1 148/12
149/9 150/5 150/23 151/4
151/22 152/2 152/4 152/4
152/11 153/17 153/18 154/11
154/14 156/2 156/4 157/8
157/10 158/2 158/3 158/5
158/13 158/21 159/10 159/11
161/20 162/2 166/23
area [4]   38/14 38/15 39/2
81/15
argument [1]   159/11
arguments [3]   151/25 152/1
159/18
Ariel [5]   51/8 53/3 59/20
76/13 147/25
arise [2]   78/24 133/17
arisen [1]   5/19
Army [1]   42/7
around [13]   26/18 62/22 74/5
74/15 81/14 89/25 89/25 94/11
106/21 116/1 129/8 130/10
151/1
arrested [3]   58/25 64/12 64/14
arrive [3]   79/25 134/19 160/10
arts [1]   49/1
as [162]   4/6 6/13 6/15 6/21
8/16 8/16 9/11 9/21 10/13
10/24 11/24 12/20 13/20 14/8
14/10 14/18 15/1 24/9 24/23
25/20 28/3 28/25 29/14 30/17
31/18 32/15 32/18 33/12 35/25
36/5 36/5 37/11 37/17 38/1
39/2 39/4 39/5 39/15 39/23
41/4 42/2 42/8 42/8 45/21 47/6
47/10 47/19 49/17 49/24 51/15
52/4 52/13 52/14 52/22 53/3
53/9 54/18 54/22 55/9 58/18
60/24 66/4 66/6 66/21 66/23
68/5 68/10 68/13 68/16 70/8
70/16 70/16 73/22 74/3 74/16
74/18 74/19 74/21 75/6 75/8
75/9 75/11 75/15 75/17 77/13
78/18 79/2 79/5 79/6 79/9
79/19 79/22 80/3 81/17 86/21
87/5 92/6 92/14 93/21 93/21
97/6 97/10 97/18 97/23 99/7
100/13 101/2 101/3 101/6 101/9
101/23 102/4 102/19 104/11
105/3 109/7 109/8 112/17
116/25 119/6 119/10 121/6
121/7 124/16 128/19 129/1
132/1 133/7 133/21 133/24
133/25 134/2 134/13 134/14
134/14 134/16 134/22 136/15
136/16 137/3 143/14 146/12
147/13 150/22 151/7 151/14
151/18 151/18 153/16 155/15
156/15 156/19 158/2 158/11
159/8 159/10 161/22 162/18
162/18 164/10 164/16 168/12
Ashley [2]   148/12 163/2
aside [9]   54/25 82/13 85/1
85/10 85/15 88/6 88/19 116/9
131/3
ask [19]   6/14 9/15 11/6 29/17
29/20 29/22 30/14 75/8 78/8
78/9 81/6 99/12 101/11 101/16

101/19 123/18 131/11 131/21
131/22
asked [8]   15/23 34/21 68/3
84/21 87/20 101/16 103/1 165/1
asking [6]   20/17 20/18 29/21
89/17 101/14 108/10
asks [3]   152/7 152/12 160/15
assault [1]   66/22
assembly [6]   22/4 98/10 98/24
160/23 160/24 161/3
assent [1]   52/4
asserted [1]   105/4
assess [1]   30/6
asset [1]   45/15
assigned [2]   24/20 124/8
assist [1]   29/13 158/2
assistance [1]   108/12
assistant [5]   1/14 26/3 44/1
46/22 103/4
Associate's [4]   41/19 44/13
47/13 120/9
Associates [1]   50/23
association [2]   71/13 102/13
assume [6]   73/12 84/22 88/19
90/16 118/1 128/16
assuming [3]   7/1 23/15 98/11
assure [1]   154/11
attack [1]   132/13
attempt [4]   29/13 154/22 155/7
156/23
attend [2]   162/11 163/12
attendance [1]   163/9
attention [9]   21/16 33/9 35/21
81/5 101/2 115/12 146/3 146/11
163/14
attentive [2]   35/12 147/11
attest [1]   68/8
attorney [11]   1/14 26/3 26/10
28/10 39/21 103/4 103/8 118/17
118/19 122/9 159/8
Attorney's [2]   55/8 124/15
attorneys [1]   159/18
audible [1]   145/18
audio [1]   161/9
auditor [1]   47/17
Austin [1]   45/17
authorized [2]   156/4 168/9
automobile [1]   40/25
available [5]   15/17 94/2 97/22
158/14 164/21
Ave [2]   1/18 2/2
average [1]   109/25
avid [1]   71/12
aware [6]   8/20 12/20 17/3 17/8
33/4 88/1
away [5]   61/20 110/17 110/18
148/19 150/1
awhile [1]   71/20 77/22

## B

B-A-L-K-E [1]   129/19
BA [1]   121/9
baby [1]   137/15
Bachelor [2]   45/18 120/17
Bachelor's [10]   37/22 41/19
43/5 45/5 46/18 48/24 49/18
50/12 51/6 123/4
back [73]   5/18 17/10 22/3 22/3
22/6 35/9 36/5 36/22 52/18
58/1 62/15 63/14 66/2 66/3
74/14 76/5 76/19 77/7 81/8
81/12 81/14 81/18 81/19 82/21
84/15 86/13 87/7 88/13 89/18

**B**

back... [44]   92/25 94/10 95/8 95/13 96/9 97/25 98/8 98/9 98/10 98/14 98/21 98/24 99/1 99/2 99/4 99/7 100/25 107/10 108/5 113/5 117/2 117/3 117/3 117/7 133/9 135/16 137/11 137/16 138/5 138/7 145/7 145/16 145/23 147/1 147/2 147/5 147/17 148/14 148/15 150/1 160/5 161/17 161/17 167/11
background [11]   30/13 32/2 44/23 52/12 80/3 85/8 104/18 116/9 131/3 131/24 134/22
backup [2]   34/19 34/21
bad [4]   61/25 62/2 76/17 130/5
bag [1]   124/23
Bahama [1]   49/23
Bahamas [2]   70/2 70/5
Bailey [1]   62/17
Balke [3]   120/12 129/17 129/19
bank [1]   48/8
banker [3]   43/9 68/5 68/16
banking [1]   68/19
Bar [2]   28/23 102/13
barrier [1]   135/2
Bartow [1]   44/1
base [6]   79/4 79/7 119/11 133/23 133/25 157/6
based [16]   4/15 5/19 14/5 73/7 73/24 80/5 85/7 85/8 85/9 101/17 128/11 128/18 129/3 129/4 134/24 156/25
basic [4]   19/16 44/3 150/22 153/17
basically [2]   9/2 66/6
basis [5]   9/25 32/19 70/17 73/15 109/6
bathroom [1]   113/11
battery [2]   57/1 66/22
Bay [2]   39/2 42/19
be [259]
beach [4]   51/8 68/17 110/7 126/24
bear [4]   100/20 153/13 154/7 157/16
beast [1]   97/1
became [3]   41/22 71/12 78/2
because [48]   10/3 13/10 20/16 22/16 24/6 30/11 30/14 32/5 34/22 35/1 35/12 36/1 36/17 38/5 73/12 77/3 83/12 83/19 83/20 84/7 86/6 88/3 89/23 95/23 96/9 96/10 97/17 99/15 99/20 102/20 104/21 112/11 113/12 114/7 117/11 128/16 137/4 150/5 152/6 156/4 156/10 158/22 158/24 160/8 160/16 161/5 161/21 163/11
become [1]   156/18
becomes [1]   34/24
becoming [1]   98/20
been [114]   4/21 13/8 14/16 14/24 24/19 29/12 33/25 34/9 35/8 36/2 37/22 38/23 38/24 40/6 40/8 40/8 40/12 40/12 40/24 41/15 41/15 42/21 43/4 43/24 45/2 45/4 47/1 47/5 47/12 48/13 49/17 49/22 50/3 50/19 50/20 51/12 55/11 58/21 58/25 61/2 61/5 63/20 64/5

64/25 66/18 68/18 68/25 70/1 70/25 71/19 71/20 71/23 73/18 77/18 79/21 81/3 81/13 83/18 83/23 84/19 95/17 95/20 97/21 100/19 101/22 104/16 104/21 104/23 105/1 107/21 118/16 119/15 119/16 119/19 120/7 120/13 120/23 121/3 121/3 121/8 121/12 121/20 121/20 122/1 122/12 122/12 122/13 122/16 122/19 122/20 123/12 123/12 124/10 124/18 125/22 125/25 126/19 134/14 144/15 144/23 145/8 147/10 147/19 147/22 148/1 148/3 148/4 150/21 152/21 153/1 156/5 156/11 160/18 161/2
beforehand [1]   51/10
begin [10]   37/4 98/5 98/18 99/16 99/17 101/24 145/9 145/11 156/9 159/5
beginning [15]   8/3 8/7 25/25 29/20 30/18 31/4 74/14 79/10 80/15 90/13 105/8 105/19 107/10 131/20 134/3
behalf [6]   3/17 79/13 82/2 82/7 84/20 134/7
behavior [1]   36/18
behind [1]   53/1
being [69]   7/12 10/18 10/18 11/22 14/3 21/9 25/16 31/16 32/3 32/15 46/4 51/15 52/7 52/23 53/10 54/6 54/23 55/17 55/23 56/5 56/12 56/18 56/21 57/4 57/13 57/18 57/23 58/6 59/3 59/11 59/23 60/5 60/21 61/21 62/12 63/5 63/23 64/21 65/7 65/20 66/10 66/16 67/10 67/23 68/22 72/10 72/20 76/25 77/23 78/5 83/23 94/3 95/11 95/14 96/15 106/5 106/11 107/8 116/4 124/5 124/25 125/13 126/6 126/12 128/6 130/17 135/4 136/17 158/5
belief [3]   73/21 82/13 128/25
beliefs [1]   82/20
believability [1]   153/13
believe [30]   5/15 5/15 6/17 32/3 32/14 33/10 38/4 46/1 52/7 58/22 59/1 66/22 74/1 76/24 77/2 82/11 82/11 82/15 83/14 84/4 84/8 106/10 107/2 116/8 128/16 151/20 153/4 153/4 153/5 166/25
believed [3]   83/13 84/8 85/2
believes [1]   129/24
benefit [1]   154/20
BEON [7]   1/6 3/6 14/15 26/11 30/16 103/8 105/7
best [6]   14/6 41/10 137/23 147/15 147/15 166/5
better [5]   11/9 33/4 34/12 77/19 117/4
between [1]   23/11

beverage [1]   162/21
beyond [8]   31/18 79/18 79/21 105/3 134/11 134/15 137/1 154/6
bias [6]   32/2 54/25 72/12 106/9 147/16 153/10
biased [5]   54/24 55/4 85/12 85/13 87/25
biases [1]   88/19 116/9
Big [1]   111/15
Billington [7]   38/21 38/23 63/15 66/4 69/22 74/25 139/2
birth [2]   48/20 137/15
bit [15]   19/16 20/12 20/21 20/25 30/13 87/24 104/17 106/19 106/22 112/14 123/19 124/24 147/3 149/17 161/19
biting [1]   145/24
black [1]   84/23
Blake [1]   120/11
bleed [1]   106/24
blocked [1]   9/3
blogs [2]   155/14 155/19
bloody [1]   146/22
board [9]   30/19 31/5 47/19 64/5 64/7 64/9 70/3 105/9 105/20
boat [21]   56/16 59/16 69/1 69/2 69/5 69/11 69/23 70/8 70/18 71/7 71/8 71/8 71/12 92/4 112/9 126/20 126/25 127/1 127/8 127/12 127/17
boater [1]   128/1
boating [2]   126/25 127/25
boats [3]   71/13 71/14 127/12
born [4]   44/7 50/18 59/6 59/9
Bosnia [2]   132/14 145/23
both [8]   37/20 47/23 73/13 86/9 86/15 87/22 87/25 124/21
bother [1]   112/12
bottom [1]   112/23
box [4]   1/22 13/7 24/8 26/18
boys [1]   48/8
Bradenton [6]   18/19 43/16 43/17 44/6 48/13 120/19
Brandy [5]   49/3 54/11 65/3 76/9 91/15
bread [1]   111/24
break [27]   33/14 34/6 51/18 55/25 57/8 60/4 81/17 82/21 84/14 87/1 89/2 89/3 89/6 89/13 89/20 89/21 92/25 94/7 94/9 98/7 99/6 113/21 124/19 124/20 161/18 162/17 162/18
break-in [2]   124/19 124/20
break-ins [2]   55/25 60/4
breaks [2]   161/8 161/11
Breton [4]   109/13 115/4 115/10 117/5
brief [21]   10/16 11/25 22/11 22/20 24/1 24/14 33/24 37/2 51/23 78/17 81/16 90/7 92/12 100/10 136/3 141/24 142/22 143/2 143/12 146/25 149/13
bring [12]   17/16 22/9 24/2 88/5 92/25 97/24 98/21 159/23 160/18 160/21 161/17 162/21
broken [16]   55/13 55/15 55/20 55/21 56/3 56/10 56/11 56/20 56/25 57/9 57/16 57/22 58/9 59/22 60/3 60/11
Brooke [4]   27/11 104/4 165/9 165/10

**B**

brother [8]   54/9 54/11 54/15 54/20 58/10 130/8 132/10 145/22
brother-in-law [1]   58/10
brought [12]   10/21 17/1 18/11 24/15 30/21 31/7 34/10 104/21 105/11 105/23 147/1 153/20
Bryan [3]   121/2 126/4 129/20
building [9]   19/2 159/24 160/17 160/19 160/25 161/10 161/16 161/21 163/6
bundle [1]   148/9
burden [7]   6/8 79/9 79/11 134/2 134/4 153/23 153/24
burglarized [3]   58/3 58/4 60/8
burglary [3]   125/5 125/7 125/10
Burleson [1]   27/6
Busch [8]   49/15 106/16 115/18 115/22 115/23 116/2 117/6 142/15
Bush [4]   43/7 56/16 68/5 71/7
business [15]   37/17 44/18 46/24 47/8 47/21 50/13 50/21 53/8 101/1 107/6 109/14 109/15 110/13 161/12 162/13
button [1]   108/14
Buy [1]   41/10
Bynum [6]   50/18 53/6 59/15 59/16 143/17 147/25

**C**

C-O-R-D-E-A-U [1]   23/4
calculation [1]   143/13
calculations [1]   115/13
calendar [1]   24/6
California [1]   45/3
call [31]   3/4 10/15 16/25 23/20 26/23 28/5 36/10 36/25 43/2 81/8 81/14 81/19 82/21 82/23 84/14 86/13 87/7 88/13 100/7 100/14 102/4 104/11 104/11 115/22 117/16 135/16 145/7 147/20 148/25 150/23 163/16
called [22]   29/14 48/23 51/12 65/14 65/16 95/11 95/20 96/1 97/14 101/13 103/18 104/19 117/2 117/3 117/13 120/7 128/10 147/17 148/15 150/20 151/16 157/15
calling [3]   32/15 95/12 107/3
calls [2]   161/11
calmly [2]   79/22 134/16
came [4]   52/3 92/14 95/22 160/23
can [95]   7/22 10/1 10/15 11/1 11/13 17/17 19/4 20/11 20/24 22/3 22/9 23/10 23/20 27/19 31/22 32/19 32/22 32/23 34/15 34/22 36/22 51/19 55/3 68/19 74/13 77/10 81/17 81/20 82/24 83/9 89/25 92/25 93/3 93/7 94/9 94/10 96/17 96/21 96/23 98/8 99/1 99/2 99/3 99/20 101/19 101/21 102/25 106/14 107/16 108/19 109/8 109/22 112/19 112/19 112/20 113/1 113/4 113/6 114/10 115/23 115/25 117/3 117/16 118/3 132/15 132/16 132/17 135/14

139/6 145/15 147/2 147/3 147/3 150/5 151/1 151/4 151/11 151/12 151/13 156/10 158/24 160/22 160/23 160/24 162/4 162/5 162/18 162/19 162/22 163/16 164/19 165/22 166/22 167/5 167/9
can't [24]   14/4 17/10 32/7 34/25 83/10 83/11 83/11 84/6 84/6 85/15 95/23 102/1 106/24 108/19 112/11 130/19 138/7 147/7 151/2 156/14 160/25 161/1 161/9 161/10
cancer [1]   40/13
Candia [7]   47/15 76/20 80/13 81/12 86/15 91/11 95/18
candid [2]   101/15 129/9
candor [7]   36/7 55/5 72/24 88/12 116/17 133/10 137/17
cannot [12]   32/6 73/18 94/5 128/16 129/4 131/1 135/1 137/1 148/6 152/17 152/18 154/2
capabilities [1]   21/11
capacity [2]   45/25 54/14 98/7
captain [2]   70/3 71/14
caption [1]   168/12
car [13]   55/12 55/15 55/20 56/16 56/20 56/25 56/25 57/7 57/8 58/9 65/24 67/18 124/19
cards [1]   124/23
care [11]   29/10 34/23 40/14 107/20 109/5 109/7 109/10 110/21 112/16 120/16 137/16
caring [2]   108/12 114/22
Carlos [2]   27/2 103/22
Carmelo [2]   27/3 103/22
Carney [2]   42/16 140/13
carpenter [1]   121/14
Carpino [2]   27/10 104/3
carrier [1]   123/2
Carriers [2]   111/6 111/8
carrying [1]   151/16
cars [3]   60/3 98/9 124/22
case [176]
cases [9]   12/21 58/19 60/24 66/19 66/21 66/24 68/17 124/8 136/13
Casey [5]   27/11 104/4 164/3 164/6 164/7
Cass [2]   148/12 163/2
Cat [1]   71/12
catch [2]   20/24 124/24
categories [1]   114/24
caught [1]   60/16
cause [29]   5/15 21/21 22/2 89/2 89/6 90/9 90/14 90/17 92/5 92/8 94/9 96/12 96/16 96/17 116/19 116/20 132/25 133/8 136/4 136/15 136/18 136/21 136/23 137/1 137/7 137/8 137/10 145/19 168/12
caused [1]   77/3
causes [2]   29/22 115/17
caution [1]   6/25
CDL [1]   122/18
cell [1]   160/18
center [2]   43/2 48/21
CEO [1]   66/10
certain [5]   38/13 83/17 109/8 151/22 154/9
Certainly [1]   113/2
certainty [2]   106/24 131/6
CERTIFICATE [1]   168/1

certification [2]   4/4 4/5
certified [2]   23/5 23/7
CERTIFY [1]   168/9
chain [2]   151/17 164/16
chairs [1]   147/2
CHALELA [11]   1/21 1/21 3/17 7/22 13/5 21/24 26/14 103/11 136/24 145/10 146/20
Chalelalaw [1]   1/24
challenge [6]   92/5 96/12 96/15 96/17 136/4 137/10
challenges [13]   89/3 90/9 90/14 92/8 97/8 97/15 97/17 97/19 136/18 136/21 136/23 137/7 137/8
chambers [1]   25/11
chance [5]   74/5 87/1 156/20 160/3 164/11
change [2]   84/2 131/4
changeable [1]   32/17
changing [1]   85/12
character [3]   66/6 66/13 66/14
charge [3]   38/16 110/21 136/9
charged [15]   31/16 31/22 61/13 62/4 64/18 64/19 66/10 86/7 101/22 104/23 105/1 106/5 106/10 151/5 154/25
charges [6]   30/18 31/4 31/19 105/4 105/6 105/19
charging [1]   104/20
Charles [3]   113/10 121/11 129/21
chat [2]   155/14 155/19
chats [1]   155/14
check [3]   9/6 143/6 161/12
checking [1]   141/22
chemist [2]   27/3 103/22
chief [3]   7/25 159/15 165/13
child [10]   34/4 36/11 36/11 44/10 45/15 58/11 66/21 108/3 110/5 137/16
children [33]   20/3 20/7 32/11 37/19 39/7 39/22 40/8 41/11 41/16 42/20 43/4 43/9 44/18 44/21 45/4 46/16 47/9 47/19 48/15 48/22 49/5 50/22 51/12 114/22 118/19 118/25 119/18 119/22 120/6 120/16 121/23 122/11 123/3
choice [1]   154/3
choose [2]   151/20 154/2
chooses [1]   7/12
church [4]   109/1 109/1 109/2 109/3
CIARAVELLA [23]   1/17 1/18 3/14 7/19 8/5 12/8 15/3 18/5 21/22 22/12 26/10 91/23 103/8 104/9 136/22 138/1 139/16 140/4 142/13 142/20 143/22 144/2 146/17
ciaravella.com [1]   1/20
Circuit [1]   39/23
circumstances [2]   125/12 151/17
circumstantial [1]   151/17
citizen [1]   161/22
citizenry [1]   107/3
citizens [1]   32/15
city [4]   18/18 99/3 118/15 168/17
civil [6]   39/8 40/18 47/24 122/3 123/4 126/4
claims [1]   17/12

# C

CLAUDIA [5] 2/1 24/23 102/4 168/6 168/21
clean [1] 153/22
clear [2] 17/18 157/14
clearance [2] 61/6 125/23
clearly [4] 23/14 29/18 118/4 131/5
Clearwater [7] 28/6 28/7 46/21 89/16 104/12 104/13 114/4
Clemson [2] 81/8 158/21
clerk [2] 42/8 102/3
client [6] 7/12 13/23 26/11 26/15 103/8 103/11
clients [4] 25/25 26/17 102/25 103/14
clinic [2] 39/3 77/22
close [2] 58/11 159/2
closed [5] 87/9 87/11 148/12 162/22 163/3
closing [2] 152/1 159/18
clot [1] 145/22
cloud [1] 54/16
Club [2] 69/23 70/16
coach [1] 51/10
coast [24] 27/3 27/4 27/5 27/6 27/7 27/8 27/9 27/10 69/8 69/16 69/17 71/25 72/3 72/4 103/23 103/24 103/25 104/1 104/2 104/2 104/3 116/6 127/17 127/25
cocaine [17] 31/2 31/13 74/1 74/18 74/21 75/2 75/8 75/11 75/17 76/7 76/10 76/11 105/17 106/3 129/24 136/9 136/10
code [2] 116/12 116/14
codefendant [1] 13/9
coder [1] 49/25
coffee [1] 47/20
cold [1] 69/14
college [14] 37/20 39/9 40/16 41/12 41/17 42/3 42/22 43/10 43/19 44/4 48/10 48/16 71/15 121/9
Colombia [1] 72/3
Colombian [1] 72/4
combat [1] 42/8
combination [1] 92/1
combine [2] 30/23 105/13
come [28] 11/2 11/10 33/21 36/6 63/8 68/7 83/12 84/4 94/10 96/22 98/9 98/14 99/2 99/3 99/6 99/12 108/5 109/9 117/11 131/2 137/11 138/7 148/7 150/1 151/11 157/4 161/14 161/17
comes [5] 12/2 84/23 159/8 163/16 166/1
comfort [1] 162/19
comfortable [2] 30/1 118/13
coming [4] 22/17 159/2 166/16 166/16
commence [1] 98/16
comment [3] 78/22 78/23 133/15
commercials [1] 162/13
commitment [2] 32/17 107/7
commitments [1] 107/1
committed [1] 154/25
Commons [1] 46/2
communicate [3] 17/14 19/17 20/9 84/13 155/12 158/23
communication [1] 155/10

comp [1] 39/3
company [12] 40/25 42/8 43/14 44/20 49/14 64/15 110/13 111/1 111/18 111/19 119/25 122/19
compelled [1] 6/9
competent [2] 79/17 134/10
complete [2] 100/21 101/5
completed [1] 42/22
completely [2] 82/3 86/4
complications [1] 36/3
computer [3] 50/15 119/8 168/10
concentrate [1] 33/8
concentration [1] 146/3
concern [2] 83/7 106/9
concerned [4] 87/24 108/14 110/5 151/18
concerning [4] 72/16 126/20 128/4 159/22
concerns [1] 98/23
concert [1] 163/5
concession [1] 12/14
concessions [1] 12/22
conciliator [1] 47/19
conclude [3] 7/2 7/3 165/13
concluded [7] 10/12 35/24 97/9 116/24 133/6 147/15 167/18
conclusion [3] 5/17 8/1 96/24
conclusive [1] 4/4
concrete [2] 120/21 120/21
concur [1] 146/18
condition [5] 81/4 132/24 135/3 156/15 156/16
conditioning [1] 48/14
condo [1] 71/13
conduct [3] 128/15 128/19 154/10
confer [1] 144/23
confront [1] 165/3
confused [1] 13/14
conjunction [1] 72/3
Connecticut [1] 104/6
connection [2] 4/15 12/7
conscience [2] 73/22 129/1
conscientious [3] 73/20 128/24 129/5
consequences [1] 157/9
consider [12] 12/6 79/14 79/23 95/1 127/4 127/24 134/7 134/17 152/24 153/2 162/20 162/20
consideration [4] 4/17 38/8 158/6 158/15
considered [3] 6/10 97/23 151/23
considering [1] 153/6
consistent [4] 14/10 143/18 146/6 146/8
consistently [1] 13/24
Consisting [1] 112/2
conspire [2] 30/23 105/13
constantly [1] 81/5 111/12
constitute [1] 168/14
constitutional [1] 82/7
constitutionally [2] 96/24 97/20
constraints [2] 9/16 9/17
construction [1] 120/22
consult [2] 165/7 167/12
consultant [1] 42/5
consulting [1] 119/24
contact [2] 36/21 117/20
contacting [1] 34/17
container [1] 162/22

containing [4] 31/1 31/12 105/16 106/2
contest [1] 64/19
context [5] 26/20 28/12 31/22 102/12 102/16
continuing [4] 30/19 31/5 105/8 105/20
contractor [2] 45/17 112/13 120/21 123/13
contradicted [1] 153/11
control [4] 32/6 32/7 152/11 158/10
controlled [3] 31/2 31/13 105/17
convenience [2] 3/24 3/25
convey [2] 104/24 104/25
convicted [3] 61/15 62/18 77/14
Cook [9] 10/19 11/14 11/15 27/2 95/19 103/21 165/13 165/19 166/1
Cookie [2] 24/23 102/4
cookiefry [1] 2/3
cool [1] 163/7
cop [1] 59/8
copiously [1] 158/12
copy [1] 160/13
Cordeau [1] 23/4
corner [1] 151/1
corporation [3] 50/8 50/9 50/15
corporations [1] 50/14
correct [12] 11/20 21/20 66/14 68/12 68/14 75/3 86/1 146/7 156/20 165/20 166/3 168/14
correctional [1] 54/4
cost [1] 157/16
Costello [5] 102/11 102/12 118/15 124/1 141/3
could [35] 3/25 7/1 11/4 25/5 32/8 32/9 33/21 68/7 77/2 80/4 81/11 82/3 82/13 82/15 83/15 84/4 85/1 85/9 85/12 85/15 85/25 87/10 89/5 91/22 92/16 93/21 109/15 112/25 116/8 128/20 130/21 134/23 146/2 159/3 166/5
couldn't [3] 83/19 85/16 88/19
counsel [19] 3/8 3/9 3/11 6/6 12/10 15/11 26/4 27/25 35/4 90/8 96/4 100/3 103/5 114/16 116/18 132/21 142/18 144/5 159/14
count [4] 12/21 30/18 31/4 105/19
Count 1 [1] 30/18
Count 2 [2] 31/4 105/19
country [2] 63/3 74/2
County [10] 39/6 39/20 42/9 42/18 42/25 68/17 121/22 123/1 168/4 168/17
couple [7] 17/2 51/21 60/4 66/21 78/10 102/11 135/17
courier [1] 48/7
course [13] 5/12 5/19 6/7 19/10 19/11 23/13 34/15 73/9 91/4 128/13 130/24 158/17 162/25
COURT [95] 1/1 2/1 2/1 4/6 4/18 4/20 6/7 6/11 12/16 17/7 17/20 20/19 22/2 24/19 24/21 28/20 28/21 32/22 32/23 33/4 33/9 33/14 36/7 36/8 36/21

## C

COURT... [70]  39/24 55/2 58/23 60/24 64/25 65/10 65/12 66/5 67/2 67/5 67/20 78/21 78/24 78/25 79/5 79/8 79/24 80/6 80/7 82/1 82/5 83/16 84/19 87/9 88/1 88/6 92/5 100/20 102/3 116/10 123/2 125/25 126/9 130/24 131/1 133/15 133/17 133/18 133/24 134/18 134/25 137/10 137/13 146/9 146/16 146/19 147/5 149/3 149/3 149/5 150/5 151/6 152/15 152/16 154/16 154/21 156/9 157/4 157/14 157/17 159/19 159/22 161/9 162/9 165/7 166/22 167/5 168/6 168/7 168/21
Court's [15]  3/24 4/17 4/24 5/2 5/11 5/17 6/13 6/16 21/12 30/3 38/7 82/14 131/25 145/21 158/14
courtesies [2]  158/20 158/24
courthouse [4]  98/10 151/15 155/21 158/19
courtroom [22]  17/1 17/8 18/14 24/15 58/1 76/5 80/6 94/24 96/3 100/15 102/2 136/2 147/1 151/10 157/2 157/7 157/24 157/25 158/19 160/24 163/12 167/10
cousin [3]  58/11 60/9 60/13
covered [3]  5/6 5/9 131/12
covers [2]  38/14 38/15
CR [2]  1/3 3/7
Crawford [5]  28/5 28/6 28/10 28/12 104/12
Crawford's [1]  28/15
create [1]  97/1
credential [1]  70/13
credibility [1]  153/14
credit [1]  124/23
crime [5]  55/12 60/16 124/19 154/25 164/10
crimes [1]  151/5
criminal [26]  11/24 30/17 39/24 42/10 47/23 59/22 73/23 76/18 78/20 79/9 79/16 92/21 101/22 122/3 123/4 129/2 130/5 133/12 133/14 134/1 134/2 134/9 150/22 153/16 153/17 166/24
criminology [3]  37/25 51/6 123/5
Croft [2]  27/14 104/6
cross [8]  7/15 65/13 65/17 67/7 68/1 126/9 159/14 159/17
cross-examination [1]  7/15
cross-examine [2]  159/14 159/17
cross-examined [5]  65/13 65/17 67/7 68/1 126/9
Cruz [2]  27/7 103/25
Cruz-Reyes [2]  27/7 103/25
current [2]  99/10 145/20
currently [22]  32/25 37/18 38/15 38/23 39/5 39/9 40/14 41/9 41/19 43/25 49/23 49/25 54/9 54/11 63/16 74/2 119/4 119/6 119/9 119/10 120/3 121/24
Curry [5]  41/7 143/15 147/23

148/22 148/25
curtain [1]  9/21
custodial [1]  35/11
custodian [3]  27/14 68/10 104/6
custody [1]  164/16
customer [2]  41/9 121/21
cuticles [1]  146/21
Cuva [12]  25/5 25/9 25/15 28/9 39/18 39/19 55/14 70/12 81/13 86/15 86/19 95/16
Cynthia [5]  42/24 56/24 67/18 75/23 147/23

## D

D'Amico [3]  112/24 119/3 129/12
dad [2]  54/12 110/9
daily [3]  109/5 109/22 112/4
Dallas [1]  39/8
Dan [1]  56/10
Daniel [6]  27/10 41/25 43/23 57/7 61/9 104/4
date [5]  30/18 31/4 60/10 105/8 105/19
daughter [11]  42/5 43/16 47/10 76/20 112/3 119/8 119/23 120/23 121/15 121/23 123/14
daughters [2]  40/15 121/6
Daum [4]  47/4 64/14 143/16 147/24
Davis [1]  70/15
day [28]  6/20 6/21 7/7 7/9 7/9 7/10 7/19 7/22 9/11 34/16 59/8 67/14 71/2 87/24 94/22 95/21 96/22 100/20 108/13 109/25 117/10 148/3 148/6 150/7 156/15 161/6 163/17 168/18
days [4]  32/5 71/20 147/7 162/7
DC [1]  124/3
DEA [6]  27/2 27/3 52/15 103/22 103/22 123/23
deal [4]  15/20 16/10 22/17 35/11
deceived [1]  83/13
December [1]  35/9
decide [17]  15/19 73/6 73/15 78/19 78/24 84/25 85/7 96/20 97/5 128/10 133/13 133/17 151/3 151/8 153/3 157/21 159/21
decided [2]  13/24 114/12
decides [2]  79/14 134/7
deciding [2]  86/4 152/23
decision [18]  15/6 15/8 15/25 16/4 16/7 16/13 16/17 73/16 79/15 82/15 83/21 85/6 97/16 99/18 134/8 135/15 156/25 157/6
decisions [3]  135/14 136/1 156/11
declare [1]  157/14
Defendant [36]  1/17 1/21 9/20 12/18 31/17 65/23 66/7 66/18 72/20 73/3 73/11 73/18 79/12 79/12 79/14 79/16 79/19 82/6 82/9 85/6 128/8 134/5 134/5 134/9 134/11 134/13 139/20 144/11 152/7 152/9 153/19 154/1 158/6 158/8 158/9 158/11
Defendant's [2]  154/3 154/5
Defendants [26]  1/8 9/15 9/25

12/5 30/21 31/7 31/21 38/6 88/4 94/3 101/23 104/25 105/2 105/10 105/22 128/15 151/4 153/18 153/21 153/24 155/24 158/5 158/10 159/14 159/15 165/2
Defendants' [1]  159/8
defended [1]  62/17
defense [53]  4/10 4/18 4/23 5/6 6/1 7/3 7/5 7/12 7/24 7/25 8/12 21/22 26/8 45/16 65/3 65/17 74/8 78/14 79/13 85/19 86/18 88/22 89/8 90/18 90/22 91/1 91/7 91/12 91/16 92/9 94/1 94/13 131/16 134/6 135/9 135/21 136/20 137/20 139/3 139/13 139/22 140/9 140/12 140/21 140/24 141/2 141/6 142/2 144/3 144/6 150/15 166/12 166/19
definitions [1]  157/4
definitively [1]  85/15
degree [20]  6/12 37/23 41/19 41/20 43/5 43/19 44/13 45/6 45/19 47/13 49/6 118/20 119/20 120/9 121/9 122/2 123/4 123/15 123/16 148/9
delay [1]  162/11
delays [1]  7/1
deliberate [2]  78/25 133/18
deliberation [1]  96/10
deliberations [4]  21/19 156/10 158/15 160/6
demeanor [2]  61/24 157/23
dementia [1]  108/20
demonstrated [2]  146/14 147/15
denied [2]  24/7 136/15
department [10]  3/22 4/4 43/3 43/43 47/18 54/12 54/13 64/5 64/6 114/4
Department's [1]  4/5
depending [2]  7/2 29/15
deposition [3]  65/11 67/12 67/15
deputies [2]  52/14 123/22
Deputy's [1]  10/6
Derbyshire [1]  108/9
Derrell [4]  38/22 63/15 66/4 69/22
described [5]  52/11 65/2 81/3 123/25 135/3
deserves [1]  151/21
design [2]  45/14 46/1
designated [1]  157/25
designed [2]  46/1 157/8
desk [2]  149/1 160/10
detail [1]  47/8
detailed [1]  150/24
detectable [4]  31/1 31/12 105/17 106/2
determine [2]  151/4 158/7
determined [4]  10/4 12/8 137/13 166/9
determining [1]  153/14
developments [1]  17/2
device [5]  155/2 155/18 160/15 160/22 161/15
devices [3]  159/22 159/24 160/18
Devonshire [4]  115/4 115/10 117/5 117/15
diagnosis [1]  33/3
dictate [2]  93/8 128/21

# D

did [48]   14/6 15/11 15/13
15/16 15/19 15/19 15/25 16/3
16/6 16/11 16/13 16/16 16/19
20/22 24/5 30/23 31/9 39/24
40/18 42/9 47/23 47/24 50/12
60/23 62/3 65/10 67/12 69/4
69/4 69/11 69/13 69/18 72/5
72/7 82/6 84/24 85/1 85/2 85/4
87/2 97/25 105/12 105/24
107/13 123/6 146/2 152/9
168/10
didn't [34]   10/3 10/3 11/10
12/4 15/21 15/22 22/16 33/21
67/1 82/4 82/9 83/9 83/11
83/14 83/15 83/24 84/4 84/8
84/22 84/24 85/1 85/11 87/4
95/23 108/13 112/12 112/16
117/10 118/13 124/24 131/22
132/1 145/23 152/8
died [2]   50/17 145/22
dietitian [1]   121/24
difference [1]   151/19
different [7]   6/22 7/5 36/6
55/21 100/23 114/25 147/18
differing [1]   4/21
difficult [3]   21/15 74/10 77/6
difficulties [1]   145/18
digital [1]   42/5
diploma [3]   44/24 119/13
120/25
dire [17]   4/21 4/25 5/3 5/8
5/12 5/13 5/15 5/19 6/12 6/16
17/5 17/19 29/15 29/15 35/22
84/19 101/13
direct [1]   151/19
directly [2]   12/16 160/22
director [5]   39/5 39/5 43/17
47/7 50/9
disability [1]   108/16
disabled [3]   108/11 108/17
114/22
disbelieve [1]   151/20
discharge [1]   136/11
discharged [1]   44/3
discretion [3]   10/6 93/7 93/9
discuss [8]   15/11 86/12 87/16
88/13 98/5 152/2 154/16 154/19
discussed [5]   12/9 16/9 155/3
156/14 156/17
discussion [14]   9/13 10/12
15/5 35/5 35/24 61/3 86/12
96/5 97/9 114/17 116/24 132/7
133/6 155/8
discussions [4]   14/11 78/10
155/4 156/10
dispassionately [2]   79/23
134/17
disputed [2]   78/19 133/13
disqualify [1]   136/7
disregard [5]   78/23 82/8
133/16 152/22 158/8
disruptive [1]   35/21
dissatisfied [1]   12/12
distance [1]   127/18
distances [1]   70/9
distract [1]   157/22
distraction [1]   137/4
distribute [5]   30/25 31/11
105/15 105/15 106/1
distribution [1]   118/24
Distributors [1]   42/19

district [14]   1/1 1/1 1/11
4/19 30/22 31/8 55/8 55/9
105/12 105/24 124/15 124/15
168/7 168/7
disturbed [1]   34/5
diversion [1]   63/16
division [3]   1/2 38/13 168/8
divorce [4]   65/1 126/1 132/15
146/2
divorced [2]   20/6 39/7 41/16
do [166]   5/11 5/12 6/6 8/6
9/10 9/15 10/3 10/4 13/12
15/22 16/22 18/1 18/8 18/18
18/24 18/24 19/15 19/20 20/1
20/7 20/20 21/7 22/13 22/13
22/14 22/14 25/19 26/6 26/16
26/19 27/23 28/8 28/9 28/12
29/17 31/20 36/10 36/23 36/25
37/12 37/19 44/22 45/5 45/7
46/7 49/16 50/14 52/12 55/7
64/2 68/6 69/7 69/10 69/10
70/7 70/18 71/16 72/15 73/18
73/20 74/1 74/10 79/14 80/9
80/17 81/6 81/15 83/3 87/15
87/16 88/9 89/2 89/4 89/6
89/17 89/20 89/24 93/16 94/7
95/8 96/11 96/24 97/23 98/9
101/15 102/14 102/16 103/13
104/15 104/24 108/3 108/22
108/23 108/24 109/18 109/19
110/9 110/10 110/22 110/23
111/17 111/20 112/11 112/13
112/13 112/19 114/8 114/9
115/5 115/22 116/15 117/7
117/15 117/16 117/19 119/11
123/20 124/8 124/13 127/1
127/4 127/17 127/24 129/4
131/6 134/7 135/1 136/4 137/7
137/21 138/11 138/18 138/19
138/19 138/19 138/20 139/9
141/14 141/20 142/2 149/9
150/11 150/20 151/8 154/12
154/17 154/24 155/3 155/7
157/19 157/21 158/15 160/7
160/8 160/15 161/2 161/10
161/12 161/16 161/23 162/18
163/18 164/10 164/19 166/16
168/9
docket [1]   4/5
doctor [8]   107/19 108/2 114/8
114/11 119/17 132/13 136/7
136/8
doctor's [1]   33/20 113/24
doctorate [2]   39/25 42/10
documentary [1]   160/4
documentation [1]   68/8
does [33]   6/11 7/5 8/17 8/23
13/24 17/12 21/10 25/15 35/7
38/13 46/7 51/18 74/7 82/25
86/17 87/9 87/11 88/20 94/1
107/24 110/11 110/15 117/2
119/23 121/15 128/3 128/24
137/20 138/4 156/2 156/13
159/9 161/25
doesn't [9]   17/22 44/22 81/2
94/18 95/11 107/21 115/11
148/16 156/8
doing [15]   19/9 19/11 23/23
23/24 32/13 63/20 77/19 92/1
97/2 109/8 121/24 132/16
155/18 158/6 163/4
don't [137]   5/9 6/21 7/19 8/21
8/25 9/4 9/5 9/7 9/19 9/19

9/23 10/2 11/8 11/24 17/19
17/19 17/21 22/17 29/23 29/25
30/10 34/21 35/10 35/12 35/20
36/2 37/9 37/21 38/4 41/4 43/4
51/12 64/6 66/5 66/20 68/23
70/10 74/4 77/2 78/11 81/18
82/11 82/11 82/15 82/19 83/5
83/9 83/10 83/12 83/14 83/23
83/25 84/4 84/9 84/13 85/4
85/14 86/5 86/5 86/7 86/12
88/8 88/13 93/3 94/17 95/22
96/9 96/11 96/14 96/15 96/20
96/23 97/1 97/3 98/5 98/6
98/18 98/19 98/19 98/25 99/1
99/3 99/11 99/15 99/20 101/18
102/5 106/13 107/2 107/12
107/17 107/18 107/25 108/1
108/4 110/7 111/20 111/22
111/23 114/7 114/10 114/20
114/21 115/4 115/17 116/8
116/15 116/18 117/6 117/10
117/16 118/3 118/4 118/9 120/5
120/6 125/14 126/23 127/2
130/15 132/23 133/9 148/5
148/13 148/14 148/19 157/22
158/23 159/4 160/3 160/9
160/14 161/7 162/9 162/24
166/25 167/11
Donald [6]   45/10 54/3 58/2
71/11 76/6 80/11
done [17]   3/24 7/22 19/5 19/7
24/10 33/3 47/2 81/25 92/2
98/11 141/16 141/17 143/4
145/10 149/10 161/20 162/12
door [2]   113/22 161/3
Dothan [1]   40/14
double [1]   141/22
doubt [8]   31/18 79/18 79/21
105/3 134/12 134/15 137/2
154/6
down [12]   15/4 45/12 47/11
54/2 69/24 95/22 112/22 129/14
145/25 147/3 148/5 160/10
downstairs [2]   145/17 160/22
downtown [6]   8/18 8/24 9/8
89/23 98/8 158/18
Dr [4]   1/22 27/11 104/4 165/10
drive [2]   107/24 108/19
driver [5]   40/6 111/5 111/7
111/10 115/8
drives [1]   111/11
driving [1]   111/13
drug [14]   5/8 6/5 62/17 63/16
72/2 72/17 76/17 76/18 84/20
86/2 86/16 123/1 128/5 130/5
drugs [6]   63/7 76/22 76/23
92/4 130/6 130/9
due [3]   145/25 146/11 157/15
DUI [2]   65/4 122/4
Duke [2]   46/15 121/25
duly [4]   14/16 14/24 22/24
150/10
Dunedin [1]   48/19
during [19]   6/12 9/20 14/10
33/6 55/25 62/16 73/9 77/21
78/25 84/19 109/14 113/4
125/10 128/13 133/17 154/18
161/8 161/9 162/25
Dustin [4]   44/6 57/16 76/1
147/23
duty [17]   20/15 32/16 36/25
42/22 43/10 49/5 78/11 79/4
79/6 80/1 123/16 133/22 133/25

## D

duty... [4]   134/20 137/3
150/22 151/3

## E

each [42]   7/9 7/10 26/18 30/21
30/24 31/7 31/10 31/18 72/20
73/3 73/6 73/11 73/13 79/19
81/1 90/12 97/17 98/5 98/18
105/3 105/11 105/13 105/22
105/25 106/25 117/25 128/8
128/15 128/17 134/13 134/14
138/16 138/17 141/2 142/2
149/22 149/24 150/4 154/5
158/6 159/9 161/15
earlier [5]   9/7 85/11 87/20
92/24 94/21
early [6]   9/7 13/6 38/25 97/2
99/2 113/25
Earth [1]   155/2
education [15]   39/11 40/9 42/2
42/11 44/12 46/18 47/2 47/25
48/10 49/8 51/13 119/1 120/8
122/14 122/21
Edward [3]   113/10 121/11
129/21
Edwards [7]   24/22 66/2 74/14
102/1 137/11 148/19 148/25
efficient [4]   96/11 101/2
101/7 162/14
eight [12]   34/7 50/2 60/14
92/21 93/16 115/15 120/23
163/24 163/24 163/25 165/23
165/23
either [12]   5/17 11/23 38/5
84/24 86/21 99/14 112/11
151/20 154/12 157/25 165/18
165/22
either/or [1]   165/18
electrical [1]   46/15
electronic [3]   120/4 159/22
159/24
elementary [3]   46/22 51/9
51/13
elements [2]   31/19 105/4
elevator [4]   159/1 159/2 159/3
161/1
eleven [2]   14/2 165/25
eliminate [2]   21/14 164/14
Elpidio [1]   109/13
else [53]   25/23 29/8 33/17
34/2 34/22 34/25 35/3 53/5
55/6 57/15 61/2 63/14 64/11
64/24 68/24 71/6 72/14 73/5
75/21 75/25 78/1 80/12 80/14
80/16 80/21 80/25 86/25 88/16
88/19 102/23 106/18 108/7
110/7 112/8 113/6 113/23
124/12 125/4 125/18 126/18
127/10 128/22 129/23 130/3
131/10 147/20 148/17 153/21
154/13 154/17 156/6 166/22
167/5
else's [5]   29/4 53/15 55/2
84/10 143/18
email [1]   155/13
embarrass [1]   30/5
embarrassed [2]   29/23 101/18
emergency [4]   39/2 39/5 66/23
163/16
emotionally [2]   34/5 146/9
emphasize [1]   155/10

employed [3]   40/24 41/21 109/1
employer [1]   154/14
EMS [1]   39/4
encounter [2]   25/1 158/18
end [11]   6/17 23/11 32/9 79/10
118/11 129/14 134/4 150/24
151/5 153/15 153/24
ended [1]   67/2
Energy [2]   46/16 121/25
enforcement [22]   38/2 38/10
38/13 52/13 52/14 52/15 53/14
61/5 62/8 62/9 72/17 87/21
87/25 88/4 88/18 116/6 116/11
123/21 123/23 123/24 125/22
128/5
engaged [1]   51/11
engineer [4]   39/8 42/8 45/16
46/15
engineering [1]   123/16
English [10]   17/13 17/15 17/21
19/15 19/20 21/10 21/13 81/2
107/22 108/1
enhancements [1]   14/9
enough [3]   81/25 97/13 97/19
enrolled [1]   34/5
ensure [1]   13/11
entered [2]   18/14 100/15
entering [1]   16/10
entire [3]   42/25 79/9 134/2
entirely [2]   11/24 93/9
entirety [1]   152/20
entitled [1]   158/3
equipment [1]   19/3
era [1]   42/7
error [2]   97/1 97/3
escorted [1]   101/25
ESQUIRE [3]   1/14 1/17 1/21
essential [2]   105/4 157/16
essentially [1]   88/21
estate [3]   43/14 45/15 110/25
estimates [1]   6/24
estimation [2]   6/22 14/6
evade [1]   18/7
evaluate [7]   29/4 32/19 53/14
53/15 83/17 87/1 156/17
evaluated [1]   12/7
evaluating [2]   29/13 38/8
evaluation [1]   146/19
even [14]   11/8 12/25 68/18
95/23 99/17 115/13 115/17
146/14 148/8 151/8 155/20
156/16 158/19 159/1
evening [2]   8/17 8/22
event [3]   13/13 59/7 166/2
events [3]   10/9 55/16 72/21
ever [16]   9/19 44/11 55/11
61/4 68/25 69/5 70/21 76/16
84/4 124/18 125/19 125/21
125/25 126/19 130/5 162/16
every [10]   9/1 69/14 79/20
87/23 93/8 113/14 131/2 134/13
151/21 163/17
everybody [6]   24/18 37/9 97/7
115/14 147/3 162/5
Everybody's [1]   143/7
everyday [1]   20/10
everyone [9]   29/21 30/1 80/16
87/19 118/13 143/18 145/7
147/20 166/6
everyone's [1]   38/8
everything [4]   108/2 153/5
162/12 167/9
evidence [76]   4/6 31/16 63/3

73/7 73/8 73/24 79/7 79/18
79/21 79/23 79/24 80/5 83/17
83/17 85/3 85/5 85/6 85/8 85/9
88/5 104/23 128/11 128/12
128/18 128/21 129/3 130/25
134/1 134/11 134/15 134/17
134/18 134/24 137/2 151/9
151/11 151/13 151/14 151/16
151/17 151/19 151/21 151/22
151/23 152/2 152/4 152/5 152/8
152/11 152/12 152/14 152/22
152/23 152/24 152/24 153/1
153/11 153/13 153/25 154/4
156/17 156/25 157/1 157/2
157/7 158/8 159/8 159/10
159/12 159/17 159/19 160/2
160/4 160/4 168/11 168/15
ex [3]   77/8 85/24 116/5
ex-wife [2]   77/8 85/24
exact [1]   92/1
exactly [1]   86/7
examination [1]   7/15
examine [3]   97/13 159/14
159/17
examined [7]   14/18 15/1 65/13
65/17 67/7 68/1 126/9
except [1]   69/14
exchange [1]   16/7
excluded [2]   11/22 30/11
excuse [10]   11/1 11/13 13/18
22/2 36/4 36/8 95/25 133/1
135/15 147/20
excused [26]   11/23 21/6 36/1
36/9 81/10 84/17 94/8 95/6
95/6 95/7 95/8 95/10 95/14
95/17 95/20 96/3 99/5 117/1
117/23 133/8 136/2 137/14
137/19 145/19 148/11 163/20
excusing [2]   21/21 132/25
executive [1]   50/21
exemption [1]   108/10
exercise [21]   89/2 92/20 92/23
93/1 93/2 93/3 93/16 93/16
93/17 94/2 94/2 94/11 96/8
96/10 96/12 96/23 97/14 97/19
117/17 137/20 142/3
exhibit [7]   4/6 4/7 151/13
152/13 152/16 152/17 160/2
exist [1]   156/2
exited [1]   96/3
expect [3]   7/6 36/13 158/15
expected [2]   106/20 106/21
expediency [1]   74/13
experience [27]   37/21 39/10
41/11 41/18 44/10 48/9 48/9
48/16 49/5 49/5 50/3 51/3 51/5
62/1 62/2 63/4 64/20 65/19
67/10 72/10 76/17 85/2 85/16
86/6 122/1 126/12 130/5
experienced [3]   14/6 101/9
130/22
experiences [5]   58/5 59/2
60/20 68/21 86/16
expert [2]   98/20 166/13
explain [5]   22/14 25/5 150/21
151/6 151/7
explanation [1]   80/10
explore [2]   92/25
extend [2]   158/19 158/24
extended [3]   14/3 36/9 97/24
extensively [1]   12/10
extent [1]   7/3
external [1]   131/2

**E**

eyes [2]   83/15 147/8

**F**

face [3]   151/2 155/11 155/11
Facebook [1]   155/15
facility [1]   54/4
fact [11]   12/10 12/11 38/1
78/20 95/10 128/14 133/13
151/14 151/18 158/9 159/1
factor [1]   18/8
factors [3]   92/1 131/2 153/13
factory [2]   18/25 19/1
facts [9]   66/12 78/21 78/22
79/6 133/15 133/16 133/25
155/7 156/24
fair [69]   25/16 29/1 30/7
30/12 32/3 38/6 38/8 46/4
51/16 52/7 52/23 53/10 54/6
54/23 55/17 55/23 56/6 56/13
56/18 57/4 57/13 57/19 57/24
58/6 59/3 59/12 59/18 59/23
60/6 60/21 61/22 62/12 63/5
63/24 64/21 65/8 65/20 66/17
67/10 67/24 68/22 72/11 72/18
77/1 77/2 77/24 78/6 80/5
88/10 91/22 101/25 106/11
116/4 117/12 124/5 125/1
125/13 126/7 126/12 128/6
130/17 134/24 135/4 154/11
156/5 156/6 156/21 157/5 157/8
fairly [8]   38/3 70/17 79/22
83/21 116/10 131/4 134/16
148/8
faith [3]   73/22 82/16 129/1
fall [1]   114/23
families [2]   86/16 107/1
family [24]   5/8 17/6 17/15
20/1 32/11 52/12 52/16 55/11
59/7 61/4 76/16 77/3 88/18
95/22 109/18 111/25 123/20
123/21 124/13 124/18 125/21
130/4 132/15 148/5
family's [1]   59/7
far [9]   34/15 92/18 96/18
109/3 127/17 129/14 145/2
145/4 151/18
faster [1]   99/20
father [6]   10/22 10/23 11/18
54/17 54/20 61/9
father-in-law [1]   61/9
fault [1]   147/9
favor [2]   87/22 87/25
favorable [1]   62/8
FBI [6]   3/12 26/4 52/14 103/6
103/21 123/23
Federal [10]   4/20 52/13 52/15
61/5 66/5 81/25 123/22 123/24
124/2 125/22
feel [21]   12/3 29/23 30/1
30/10 33/12 36/7 62/3 73/12
83/25 87/21 87/22 87/23 98/8
101/18 113/3 115/25 118/8
118/13 146/2 160/2 162/21
feeling [1]   81/24
feelings [4]   72/15 87/13 128/3
132/22
fell [2]   36/16 36/17
fellow [1]   157/20
felt [2]   13/9 145/22
festivities [1]   9/8
few [11]   29/10 68/3 69/25 81/9
100/21 106/17 123/18 135/13
135/15 136/1 160/17
fewer [2]   98/13 99/19
fiance [2]   53/3 63/15
fiance's [1]   51/14
field [3]   37/24 43/20 49/7
file [1]   10/6
filed [5]   4/5 4/22 4/23 67/2
165/2
filing [1]   4/15
final [7]   14/2 95/3 97/16
98/15 98/17 136/1 156/11
finalized [1]   164/12
Finally [1]   156/22
financial [2]   68/6 122/10
find [4]   81/25 107/12 111/9
158/9
finding [1]   4/8
finds [1]   4/18
fine [10]   10/4 10/4 17/14
33/13 90/4 99/14 113/5 129/8
130/20 138/2
fingernails [1]   145/25
fingers [1]   132/16
finish [1]   166/5
finished [2]   121/13 166/10
finishing [1]   121/8
Finland [8]   17/3 23/9 45/1
76/3 81/18 96/7 139/12 148/17
firm [2]   45/14 46/1
first [30]   10/20 13/7 17/18
18/11 19/17 19/18 23/11 26/1
32/15 60/9 67/4 67/17 74/3
74/14 83/8 84/22 89/3 107/20
108/3 108/10 108/13 116/12
116/14 118/14 138/11 149/4
153/18 156/14 159/6 163/25
fishing [1]   47/21
fit [1]   146/11
five [24]   6/20 6/21 19/8 30/25
31/11 45/18 51/9 59/17 61/18
63/19 69/12 105/16 106/1
114/23 120/7 137/21 137/23
137/23 138/22 142/7 143/7
143/10 164/9 165/25
five kilograms [4]   30/25 31/11
105/16 106/1
five-day [2]   6/20 6/21
five-year [1]   45/18
FL [4]   1/15 1/19 1/23 2/2
fled [1]   63/2
floor [2]   2/2 161/1
FLORIDA [88]   1/1 1/5 1/18 2/2
4/19 18/19 26/3 26/10 30/23
31/9 37/15 37/17 38/23 38/25
40/4 40/6 40/12 40/13 40/24
41/3 41/8 41/9 41/15 41/15
42/1 42/17 43/8 43/13 43/24
44/7 44/7 44/8 44/16 45/2
45/11 45/12 46/13 46/13 46/21
47/5 47/6 47/11 47/16 47/17
47/21 48/6 48/13 48/13 48/19
48/20 49/4 49/11 50/7 50/7
50/19 50/20 51/9 52/21 64/4
71/11 103/5 105/12 105/24
118/16 118/18 118/23 119/4
119/15 119/16 120/3 120/13
120/14 120/20 120/20 121/3
121/3 121/12 121/13 121/20
121/21 122/9 122/17 122/25
122/25 123/12 123/13 168/3
168/18
flotilla [1]   63/8

focus [3]   6/7 132/17 146/11
folks [1]   45/12
follow [19]   5/13 6/15 21/19
29/19 37/11 38/7 79/1 82/14
101/17 116/8 123/18 130/25
130/25 133/19 137/2 151/6
151/7 154/9 157/12
follow-up [3]   29/19 101/17
123/18
followed [1]   157/10
following [13]   9/13 26/25 35/5
95/7 95/15 96/5 103/17 114/17
116/14 117/1 132/7 157/11
159/14
follows [7]   10/13 14/18 15/1
35/25 97/10 116/25 133/7
followup [1]   85/18
force [4]   16/3 48/16 119/10
119/11
foregoing [1]   168/13
forensic [4]   27/3 103/22 104/5
164/20
foreperson [6]   40/1 40/20
42/12 48/1 122/5 123/8
foreseeable [1]   36/14
forgery [2]   64/12 64/14
form [3]   29/20 29/25 117/25
former [2]   68/16 136/7
forms [2]   151/11
Fort [1]   66/5
forth [10]   19/13 32/12 84/21
88/8 107/2 137/15 157/9 157/17
161/12 161/24
forward [7]   15/6 15/8 16/13
51/22 98/16 148/16 163/9
foster [3]   34/4 34/4 34/23
found [2]   14/10 156/5
four [14]   32/4 40/17 42/19
42/20 43/18 72/7 120/7 121/15
122/11 122/12 123/16 138/22
164/14 164/15
four-year [2]   43/18 123/16
fourth [1]   57/2
Fox [1]   121/4
frankly [1]   96/23
fraud [2]   61/10 68/19
free [15]   12/3 16/1 33/12 36/4
95/21 98/8 99/6 113/3 115/25
117/1 117/6 148/10 161/16
162/21 163/19
Freedom [1]   69/23
French [1]   29/16
frequently [3]   113/11 113/13
127/13
fresh [1]   149/16
Friday [3]   32/9 106/24 107/8
friend [3]   28/14 28/17 34/20
friends [3]   70/3 71/19 148/5
friends' [1]   71/14
front [13]   6/22 30/1 30/3 30/4
37/5 54/2 87/18 101/10 132/1
147/3 149/1 151/2 160/10
frustrated [3]   13/9 98/6 162/9
FRY [6]   2/1 24/23 102/4 158/12
168/6 168/21
FSU [1]   121/24
full [3]   46/14 100/19 109/1
full-time [2]   46/14 109/1
fully [1]   108/17
furniture [1]   162/23
further [8]   5/22 22/7 86/18
88/20 96/2 135/17 147/21 154/6
future [1]   36/14

**G**

Gal [4]   110/4 115/4 115/9 117/5
game [2]   8/21 9/10
garage [1]   56/10
Gardens [1]   49/15
Gardner [3]   41/25 56/10 140/7
Garsik [3]   27/5 103/24 163/23
gathering [1]   28/22
gauge [1]   89/25
gave [1]   17/24
general [8]   6/13 6/17 69/9 84/21 115/19 120/21 131/13 146/4
General's [1]   118/19
generally [1]   114/21
gentlemen [7]   24/16 94/25 97/12 100/17 135/25 147/5 148/3
George [3]   32/25 40/11 56/3
Gerald [2]   63/12 77/13
get [56]   7/22 8/16 9/8 16/16 22/10 27/18 32/21 33/3 34/12 34/15 34/24 37/8 37/9 61/6 74/7 77/10 82/17 85/25 89/16 89/19 93/24 94/5 94/17 94/19 96/24 97/13 98/6 99/11 100/8 108/11 111/18 111/20 111/22 114/20 114/21 115/15 117/3 131/5 138/17 138/18 138/21 145/10 145/16 145/23 148/13 148/19 160/21 162/4 162/6 162/7 162/9 163/3 164/12 166/5 166/6 166/19
gets [4]   34/23 36/20 97/7 162/12
getting [3]   13/7 15/13 123/15
Gibsonton [1]   121/2
Gina [3]   46/20 77/18 147/23
girls [1]   44/21
gist [1]   146/5
give [35]   5/16 8/2 22/7 26/22 30/13 37/10 37/11 38/7 58/19 63/2 67/12 74/5 80/7 80/9 80/17 80/23 96/2 118/12 135/17 135/17 145/9 146/2 146/11 147/21 150/24 151/20 153/14 154/6 154/15 158/6 159/11 159/23 159/24 160/13 163/15
given [10]   4/24 6/25 7/15 12/22 79/5 86/2 99/10 112/18 133/24 160/5
glasses [1]   151/1
Global [3]   27/15 27/16 104/6
go [68]   5/11 5/17 6/14 11/23 13/21 13/25 15/6 15/8 16/13 17/19 22/3 22/3 22/6 22/10 32/9 33/2 34/16 34/24 35/11 36/4 59/22 60/24 67/1 67/19 77/21 92/16 94/9 95/8 95/21 97/24 98/8 98/12 98/24 98/25 99/1 99/2 100/8 101/5 107/18 107/23 109/8 109/15 114/8 114/13 117/2 117/6 117/6 117/10 118/1 127/19 132/13 133/9 137/15 145/9 148/10 149/15 156/16 157/20 159/6 159/20 161/1 161/18 161/19 162/8 162/17 163/2 163/19 163/24
goes [1]   94/21
going [55]   6/14 9/4 9/18 13/8 13/12 13/15 13/15 14/8 21/16 29/11 29/17 29/20 36/8 37/14 37/20 39/9 50/1 51/19 58/23 74/12 74/14 89/13 89/16 90/2 93/5 94/22 95/4 95/5 96/21 97/23 98/15 100/12 102/24 104/19 111/9 112/12 112/16 115/5 115/12 123/14 128/17 132/11 132/16 133/3 137/21 147/20 149/14 149/15 150/20 160/8 161/20 163/8 165/2 165/9 165/19
golf [2]   19/10 19/11
Gomes [2]   27/3 103/23
gone [3]   20/16 91/4 91/10
good [26]   3/4 3/10 3/13 3/14 3/16 3/18 18/8 22/21 22/22 24/16 24/17 26/2 26/9 26/13 73/22 73/22 82/16 100/17 100/18 103/7 103/10 129/1 129/1 149/14 158/20 163/5
Google [2]   155/2 155/22
got [21]   9/9 12/25 40/9 67/18 100/24 107/17 108/2 110/12 110/12 117/7 115/18 120/8 123/16 138/15 141/21 143/7 150/1 163/18 164/11 164/23 164/25
Government [57]   1/14 3/11 4/15 4/22 5/24 7/16 18/2 26/23 31/18 31/19 35/15 72/16 74/8 78/11 79/10 79/11 79/17 85/5 85/19 86/18 88/21 90/13 94/13 101/23 103/18 104/23 105/3 128/4 128/18 134/3 134/5 134/10 135/7 135/19 138/9 139/18 140/2 140/14 140/18 140/22 141/4 141/8 141/11 142/7 142/11 142/16 142/25 143/10 143/25 146/6 150/14 153/20 153/23 154/5 159/6 159/13 159/16
Government's [7]   3/22 8/1 26/24 131/13 140/6 159/15 165/13
grade [3]   19/18 57/2 121/13
grader [1]   50/2
graduate [1]   119/20
graduated [2]   41/5 121/23
Grand [6]   30/24 31/10 39/16 105/14 106/1 125/19
granddaughter [1]   43/15
grandson [1]   112/3
grant [2]   92/5 137/10
grasp [1]   19/24
grass [1]   151/15
Gray [3]   121/2 126/4 129/20
Great [1]   42/19
greater [2]   107/3 158/3
greatest [1]   32/14
grew [1]   126/24
group [8]   21/4 97/21 98/2 98/14 98/14 115/14 115/16 136/5
guarantee [3]   14/4 17/10 157/8
Guard [20]   27/3 27/4 27/5 27/6 27/7 27/8 27/9 27/10 69/8 71/25 72/4 103/23 103/24 103/25 104/1 104/2 104/3 104/3 116/7 127/25
guess [5]   8/14 87/6 97/25 152/20 166/13
guidelines [3]   14/4 14/7 153/14
guilt [5]   31/16 79/18 104/22 153/21 154/6
guilty [17]   14/10 31/18 31/21 73/23 73/24 85/7 104/25 105/3 128/16 129/2 129/3 134/11 151/4 151/4 153/19 158/10 158/10
Gulf [1]   69/25
gunpoint [1]   58/10
guy [1]   115/5
gym [1]   47/11

**H**

had [69]   9/13 9/25 12/6 12/11 14/2 35/5 39/16 40/16 41/3 44/4 44/4 55/14 55/20 56/10 56/16 56/25 57/7 57/16 57/21 58/2 58/3 58/3 58/9 59/16 59/20 59/21 60/3 60/8 60/9 63/18 67/4 67/19 68/8 70/3 71/7 76/17 77/21 84/19 87/4 87/20 88/17 88/17 92/2 93/5 96/5 108/11 108/18 114/17 116/2 117/25 122/1 125/5 125/7 125/8 126/4 126/24 127/15 130/4 130/5 130/9 132/7 143/5 143/7 145/18 145/21 145/22 147/7 160/3 164/11
hair [1]   42/18
half [15]   7/16 14/2 43/1 47/16 47/16 49/22 53/20 58/16 66/6 89/22 94/22 98/1 98/2 113/14 113/16
hallways [1]   160/25
hand [35]   9/15 14/13 14/21 25/4 26/17 27/24 52/17 53/1 55/10 55/12 73/19 74/3 74/4 76/19 80/8 103/14 104/16 106/7 106/12 107/9 113/21 123/24 124/17 124/19 125/20 125/24 126/2 128/7 128/23 129/5 129/7 129/25 130/6 135/1 168/16
handle [1]   159/25
hands [5]   9/17 74/4 85/25 146/15 146/22
hang [1]   99/3
happen [4]   83/9 83/11 83/25 108/15
happened [1]   84/7
happening [1]   83/15
happens [4]   32/6 110/19 151/3 163/17
harbor [4]   42/17 45/2 62/8 119/3
hard [3]   19/24 20/14 112/15
has [55]   4/22 4/23 12/15 13/8 13/24 17/6 24/19 27/25 28/3 29/12 32/2 33/25 36/2 38/5 46/23 47/11 58/24 63/20 76/20 79/8 79/18 79/20 81/3 81/24 82/7 86/16 93/8 95/20 97/17 98/23 101/22 104/21 106/9 106/25 107/7 108/19 110/6 113/7 115/18 117/25 119/23 130/4 132/11 135/2 137/13 139/9 141/11 142/2 145/8 148/3 153/1 154/1 157/17 163/11 164/23
have [325]
have lost [1]   132/10
Haven [4]   41/8 104/5 119/16 164/20

## H

haven't [7]   96/7 122/19 122/20 148/4 156/11 160/3 164/11
having [13]   14/16 14/24 25/1 25/3 26/19 33/1 85/23 92/23 102/8 112/10 112/14 132/12 149/4
he [100]   10/24 11/3 11/7 11/10 11/17 12/11 12/12 12/13 12/15 12/16 13/15 13/17 13/18 13/20 13/24 13/24 14/9 14/9 14/10 17/12 17/13 17/14 17/22 21/9 21/10 21/11 22/3 24/9 34/7 34/8 34/11 34/12 34/23 34/24 35/1 36/15 36/16 36/20 38/13 38/14 38/15 44/10 46/7 46/23 51/11 52/3 52/3 61/13 61/15 61/19 62/3 62/18 62/20 63/2 63/3 63/3 71/15 82/7 87/4 87/6 87/6 91/21 91/22 91/24 91/25 92/3 92/14 97/6 102/1 102/1 110/11 110/13 110/15 110/17 112/25 113/1 121/25 121/25 130/10 130/11 130/12 130/14 134/7 137/2 145/20 145/21 145/22 145/23 145/24 146/1 146/2 146/2 146/4 146/5 146/10 146/10 146/12 146/14 146/23 147/2
he'll [2]   11/3 164/8
he's [18]   18/7 23/10 26/5 34/9 36/21 38/16 38/19 45/15 45/16 49/25 61/20 92/3 96/21 110/12 110/12 115/7 115/12 132/23
head [2]   58/13 116/13
heal [1]   112/10
Health [2]   64/6 114/4
hear [27]   6/16 29/3 30/2 38/2 53/13 55/1 55/2 74/13 82/1 82/2 82/16 85/3 85/5 86/18 86/25 87/18 101/3 106/17 116/9 118/14 131/3 136/20 138/25 153/8 157/4 157/22 161/7
heard [10]   15/5 28/4 52/2 80/18 87/3 96/7 101/4 146/6 151/12 163/2
hearing [4]   4/17 17/3 17/4 17/10 23/9 32/1
heart [1]   83/11
heck [1]   112/10
held [1]   59/8
help [6]   29/13 33/7 154/10 157/8 157/18 159/7
helpful [2]   5/15 74/9
helps [1]   162/5
Henderson [1]   118/17
Hendry [1]   39/6
her [29]   34/21 35/10 36/16 36/17 52/22 58/11 59/7 60/8 78/3 85/25 88/19 88/20 88/20 88/21 102/4 107/8 107/22 108/12 108/16 109/5 109/7 109/10 109/10 121/8 123/15 124/22 132/13 163/16 165/7
here [69]   3/17 4/19 9/5 26/3 26/14 30/5 30/6 31/24 32/13 40/17 42/1 42/17 44/16 45/3 47/11 49/22 50/18 63/14 66/2 66/17 67/10 80/4 80/17 81/2 84/25 89/13 89/16 90/2 95/1 95/22 97/25 99/4 99/15 103/5 103/11 106/6 106/8 107/6 107/8

108/12 112/22 114/6 115/22 117/10 122/9 128/20 129/6 129/24 130/4 136/10 147/9 148/5 149/19 151/9 160/19 161/22 162/2 162/4 162/8 162/20 164/22 164/25 164/25 165/4 165/4 165/6 167/8 167/9 167/11
HEREBY [1]   168/9
hereto [1]   168/12
hereunto [1]   168/16
heroin [2]   76/24 78/3
Hi [4]   44/15 49/21 50/6 110/4
high [15]   40/9 41/5 44/9 44/21 44/24 45/13 47/2 47/24 50/3 119/1 119/13 120/24 122/2 122/22 154/8
highest [6]   39/11 44/12 48/24 120/8 122/14 122/21
Hill [2]   44/16 118/17
Hillsborough [5]   42/4 42/9 49/22 168/4 168/17
him [58]   10/20 10/24 11/1 11/2 11/8 11/13 11/23 12/13 12/16 13/7 13/12 13/18 13/19 13/20 14/3 17/7 17/16 17/17 17/19 17/20 17/22 18/3 18/7 21/19 21/21 22/3 22/6 22/7 23/10 23/12 23/13 24/12 28/11 28/16 34/8 34/9 34/12 34/22 34/24 34/24 34/25 35/20 35/23 36/13 46/7 82/11 87/5 87/7 92/1 96/8 96/13 96/25 107/8 112/25 132/25 133/1 137/11 145/23
hip [2]   22/13 33/1
his [45]   7/14 11/24 13/9 17/15 17/20 17/24 18/12 24/22 28/25 29/3 34/22 35/21 36/15 36/17 36/18 38/18 46/23 47/21 52/20 60/10 68/2 73/11 79/13 79/18 82/6 92/1 92/3 102/2 103/11 110/12 111/1 128/15 128/19 136/8 137/3 137/4 137/5 145/24 145/25 145/25 146/1 146/14 146/15 146/22 152/7
history [1]   10/7
hit [2]   67/19 152/7
Hoang [5]   107/15 120/2 137/11 137/12 137/13
Hobie [1]   71/12
hold [13]   10/17 70/12 74/4 82/8 82/10 107/11 115/21 159/1 159/4 160/9 162/9 162/10 164/5
Holdings [1]   50/21
home [31]   34/9 41/23 44/17 51/4 55/12 55/25 55/25 56/3 57/8 57/9 57/9 60/8 60/11 93/4 108/13 108/24 108/25 109/3 109/8 110/13 110/17 110/17 110/18 111/9 117/10 119/9 119/17 120/22 125/10 145/9 149/15
Homeland [2]   27/1 103/20
homes [2]   55/21 122/11
honest [7]   21/10 29/17 83/15 83/23 83/24 85/17 101/15
honestly [3]   55/3 83/11 85/14
honor [202]
HONORABLE [1]   1/11
hood [1]   9/5
hope [6]   24/11 46/9 130/18 130/19 130/20 148/9
hoped [1]   108/11

hopefully [1]   89/19
hospital [2]   47/7 66/10
hostage [1]   59/8
hour [13]   7/16 7/16 14/2 89/22 89/22 89/25 94/21 98/1 98/2 113/14 113/16 162/13 166/19
hours [10]   7/20 23/24 109/8 110/24 111/2 111/3 113/14 113/16 113/17 113/18
house [6]   48/15 58/3 60/4 121/20 125/5 125/8
housing [1]   150/6
how [54]   7/14 7/24 8/12 18/1 18/20 19/4 19/7 20/3 21/7 26/6 29/15 32/5 33/25 34/15 34/16 34/16 35/18 36/10 36/11 40/5 41/21 53/19 61/16 61/23 61/17 69/11 69/13 70/4 70/23 77/3 83/25 87/21 89/3 93/8 93/10 94/4 94/17 94/21 99/11 99/18 107/21 109/3 109/6 113/13 114/7 114/10 127/1 127/17 130/12 135/16 137/20 137/21 149/20 158/20 159/25
however [1]   29/24
huh [1]   22/19
hurt [1]   35/1
husband [15]   37/18 38/1 38/12 40/6 44/20 46/15 47/17 48/21 50/8 50/16 69/2 116/6 119/7 121/22 123/2
husband's [1]   42/18

## I

I'd [5]   8/13 18/6 139/17 140/13 140/16
I'll [32]   5/11 5/12 5/16 22/17 24/12 25/24 30/2 51/20 72/25 81/6 81/8 81/14 90/12 93/23 96/2 96/22 97/4 106/17 108/5 118/11 135/13 135/15 135/16 139/8 139/11 142/6 147/20 147/21 163/2 164/12 165/7 167/12
I'm [170]
I've [99]   4/6 37/16 38/24 39/1 39/4 39/19 39/22 39/23 40/4 40/5 40/9 40/12 41/8 41/15 41/15 41/25 42/17 42/21 42/21 42/22 42/25 43/1 43/7 43/8 43/13 43/24 44/4 44/4 44/7 44/16 44/23 45/2 45/2 45/4 45/11 45/17 46/12 46/16 46/17 46/21 47/1 47/2 47/5 47/15 47/22 48/5 48/6 49/3 49/22 50/3 50/6 50/11 50/19 50/20 51/12 55/20 56/16 58/22 58/3 58/9 60/3 66/18 66/21 68/8 68/18 69/25 70/13 71/23 83/12 83/23 94/21 108/9 118/16 118/16 118/23 119/3 119/4 119/15 119/16 120/7 120/13 120/13 120/23 121/12 121/12 121/19 121/22 122/3 122/12 122/16 123/16 125/5 127/15 130/18 130/21 138/15 147/7 153/16
I.D [2]   160/12 161/14
idea [2]   108/3 108/4
identified [1]   92/9
ignore [2]   152/20 152/22
II [4]   31/2 31/13 105/17 106/3
ill [1]   145/21

# I

illegal [1]   67/19
imagine [1]   9/9
immediate [9]   52/12 52/16
55/11 61/4 76/16 123/20 124/13
124/18 125/21
immovable [2]   32/16 107/7
immutable [1]   107/7
impair [1]   35/21
impaired [3]   17/4 17/4 23/9
impartial [8]   11/4 56/21 72/18
80/5 82/3 101/21 106/11 134/24
impending [1]   137/15
importance [1]   157/11
important [8]   38/6 95/2 107/5
156/1 156/2 157/3 160/20
162/20
impression [2]   146/8 158/4
improperly [1]   154/22
inadvertent [1]   9/21
inboard [1]   127/16
incident [2]   84/7 154/21
incidents [2]   57/3 57/12
inclined [1]   99/12
include [1]   26/25
included [1]   4/6
includes [2]   155/17 155/20
including [6]   14/1 14/8 123/21
155/13 155/19 155/24
inclusive [1]   7/9 168/13
income [2]   109/20 109/23
incomplete [1]   5/16
independent [1]   48/7
indicate [1]   52/2
indicated [7]   6/20 9/3 81/22
84/18 88/18 116/2 136/8
Indicating [1]   22/19
indication [1]   17/24
indicted [1]   62/17
Indictment [16]   12/21 30/17
30/18 31/16 31/17 31/20 73/4
79/20 104/20 104/21 104/24
105/7 128/9 134/14 151/5
153/19
indirect [2]   151/16 151/19
indirectly [1]   151/14
individual [6]   35/7 35/18
59/21 86/7 86/9 104/22
individually [3]   18/4 73/14
81/14
individuals [8]   26/25 28/8
29/8 86/8 101/23 103/13 103/18
104/15
Industrial [1]   47/18
industry [1]   47/21
influence [1]   154/23
information [6]   154/15 154/20
155/16 155/18 155/23 157/7
inland [1]   71/9
innocence [3]   79/19 134/12
153/25
innocent [6]   31/17 79/17 85/7
105/2 134/10 153/18
inquire [6]   10/9 12/5 12/16
17/17 24/25 132/18
inquired [1]   165/1
inquiry [6]   5/5 5/10 5/12 6/7
6/13 135/6
ins [2]   55/25 60/4
inshore [1]   127/19
inside [1]   161/10
instance [1]   152/6
instant [1]   155/10
instead [1]   147/2
instruct [8]   6/11 79/1 79/24
130/24 133/19 134/19 152/25
159/19
instructed [5]   55/2 73/6 82/5
116/10 158/25
instruction [1]   82/8
instructions [25]   5/5 6/14
6/15 21/12 22/7 38/7 79/5 80/7
82/14 96/2 131/1 131/13 133/24
135/17 147/21 150/14 150/21
150/23 150/25 154/7 154/10
154/11 159/25 166/23 166/24
instrument [1]   104/20
insult [1]   97/6
insulted [1]   97/7
insurance [1]   40/15
Integrated [1]   49/13
intel [1]   155/4
intend [4]   7/19 7/24 104/11
104/24
intended [1]   13/20
intends [2]   26/23 96/8
intent [4]   30/25 31/11 105/15
106/1
intentionally [2]   31/9 105/24
interchanged [1]   163/24
interdiction [2]   72/2 84/20
interest [2]   12/11 153/9
interface [1]   158/25
Internet [5]   155/1 155/6 155/9
155/14 155/19
internship [1]   121/24
interpret [2]   27/21 159/19
Interpreter [8]   17/4 17/22
21/13 21/18 23/5 23/7 24/9
27/20
Interpreters [8]   22/23 22/24
23/12 96/9 96/22 99/6 149/3
149/5
Interpretes [1]   149/12
introduce [3]   25/24 25/25
102/24
introduced [1]   102/7
introducing [1]   24/24
introductory [1]   5/4
inventory [1]   49/23
investigated [4]   61/5 61/10
63/16 125/22
investigation [2]   61/7 103/20
Investigations [1]   27/1
invited [1]   71/19
involved [10]   55/9 58/18 63/7
68/25 84/19 123/21 124/16
126/19 155/1 155/23
involving [1]   154/22
ion [2]   164/19 165/11
Irizarry [2]   27/3 103/22
IRS [2]   52/15 123/23
is [380]
it [204]
it's [53]   3/24 6/18 10/2 10/4
10/4 10/5 12/21 19/23 29/16
30/11 31/16 32/7 33/3 35/8
36/24 38/6 58/22 64/6 71/20
74/10 81/24 82/11 87/13 89/16
93/24 94/22 95/1 96/17 98/13
104/22 106/23 110/21 112/15
113/25 114/14 114/19 114/21
124/10 126/23 127/19 139/23
145/13 145/14 145/21 147/14
149/4 157/16 160/20 162/12
162/23 163/4 163/7 165/18
item [1]   152/25
its [5]   134/6 143/10 152/20
159/6 159/13

# J

Jacksonville [1]   52/21
Jacob [4]   11/14 11/15 27/1
103/20
jail [1]   13/8
James [1]   108/9
January [3]   1/6 3/2 54/16
jarred [1]   61/2
JASON [4]   1/6 3/6 30/16 105/7
Jeanne [3]   44/15 57/21 76/2
Jeffrey [4]   48/12 60/3 76/14
147/24
job [6]   18/8 68/5 92/1 107/1
114/20 160/16
jobs [2]   32/12 50/24
John [9]   27/14 104/6 112/9
122/8 123/11 124/21 126/23
129/22 130/8
jointly [1]   150/14
JORGE [5]   1/21 1/21 3/17 26/13
103/10
JOSEPH [6]   1/14 3/10 26/2 27/9
103/3 104/2
joseph.ruddy [1]   1/16
Joshua [3]   27/5 103/24 163/23
journalism [2]   43/5 121/9
judge [19]   1/11 11/23 24/5
24/19 25/20 68/3 83/10 84/6
84/6 92/22 92/25 93/8 100/23
101/4 102/20 107/17 145/10
155/25 162/12
judged [2]   73/13 128/17
judges [4]   78/21 79/6 133/14
133/25
judgment [3]   59/18 107/4 107/5
judicial [2]   65/1 126/1
Judith [2]   37/6 37/13
Judy [3]   69/20 75/5 162/12
July [6]   30/19 31/5 105/9
105/20 112/10 168/18
July 1 [4]   30/19 31/5 105/9
105/20
juries [4]   47/22 48/2 123/3
123/6
Juris [1]   39/25
jurisdiction [8]   3/23 4/2 4/12
4/18 30/20 31/6 105/10 105/21
juror [86]   11/18 11/22 17/3
17/6 17/12 18/14 21/6 21/13
23/8 23/9 25/16 29/1 29/14
30/7 32/3 32/18 39/23 46/4
51/16 52/2 52/7 52/23 53/10
54/6 54/23 55/17 55/23 56/6
56/13 56/18 56/22 57/4 57/13
57/19 57/24 58/6 59/3 59/12
60/6 60/21 61/22 62/12 63/5
63/24 64/21 65/8 65/20 66/17
67/10 67/24 68/22 72/11 73/23

**J**

juror... [33]   77/1 77/24 78/6
80/4 83/18 83/20 84/17 85/18
102/2 106/11 124/5 125/1
126/7 126/12 128/6 129/2
130/17 132/1 134/23 135/4
136/7 136/16 137/19 139/1
139/11 139/25 140/7 146/9
146/12 149/5 154/14 156/18
160/11

jurors [36]   9/8 11/9 17/18
18/12 21/15 23/12 23/21 25/2
26/19 27/23 30/4 32/5 45/21
73/1 78/18 79/22 82/20 84/14
89/18 93/18 97/13 97/13 97/20
117/1 117/23 131/24 134/16
136/11 136/13 136/17 150/23
154/9 156/3 156/4 156/8 157/20

jury [154]   1/10 5/4 5/20 6/10
6/12 6/13 6/14 6/15 8/16 9/21
10/15 11/1 11/22 12/2 13/7
16/25 17/1 17/14 17/24 20/15
22/3 22/6 22/14 23/20 23/25
24/15 25/2 26/18 30/12 30/24
31/11 32/14 35/22 36/5 36/9
37/22 39/10 39/14 39/15 39/16
40/8 40/17 40/20 41/4 41/11
41/18 42/22 43/5 43/10 43/18
44/4 44/11 44/23 45/5 45/18
46/17 47/1 47/13 48/9 48/16
48/23 49/5 49/17 50/12 51/5
66/19 78/11 81/10 81/15 88/14
89/19 89/21 93/6 93/11 93/12
94/7 94/21 94/23 94/24 95/3
95/8 95/11 95/12 95/13 95/23
96/3 96/9 96/25 97/16 97/22
97/23 98/10 98/16 99/5 99/15
100/7 100/15 100/16 100/22
101/20 105/14 106/1 106/22
107/4 113/4 113/7 117/4 117/7
117/12 118/20 118/25 119/12
119/19 120/7 120/16 120/24
121/9 121/17 122/1 122/12
122/20 123/15 125/19 133/9
136/2 143/14 143/24 144/2
144/5 144/9 144/18 144/21
145/1 145/3 145/4 145/8 147/1
147/7 147/12 148/2 148/6
148/11 150/9 150/10 154/23
157/21 159/20 160/5 160/8
160/22 160/23 161/3 161/5
163/20

just [120]   9/11 11/1 11/10
13/14 13/23 15/5 17/8 17/18
18/15 19/16 20/17 20/22 22/15
23/13 24/23 25/1 25/3 26/20
27/24 28/3 29/10 29/17 30/1
30/6 31/16 31/21 32/1 33/4
34/7 34/20 37/10 39/13 54/16
54/17 60/9 61/25 66/13 69/3
69/9 69/16 69/17 71/2 72/24
74/4 74/12 74/12 74/13 74/18
75/8 78/12 79/5 81/7 82/11
82/20 83/22 84/3 88/1 88/12
89/17 92/22 94/19 96/8 96/10
96/25 97/1 97/4 98/6 98/12
98/20 99/3 99/16 100/13 100/24
101/13 101/15 101/19 102/7
102/8 104/16 104/21 104/22
106/5 130/14 110/4 110/4
113/4 113/7 113/21 114/12
117/9 118/2 118/3 118/5 121/23

128/1 128/16 128/20 129/8
129/8 131/5 132/17 133/24
136/1 141/22 145/19 146/4
147/9 147/14 148/16 152/5
154/11 157/14 159/11 161/2
162/18 162/18 162/25 163/3
164/5 164/11

**K**

K-A-M-M-R-A-T-H [1]   27/13
Kammrath [4]   27/11 104/4 165/9
165/10
Kane [3]   27/4 103/23 164/9
Kathleen [1]   33/19
Kayla [1]   24/22 102/2
keep [70]   25/16 30/5 30/9
31/15 32/3 32/23 32/24 34/9
34/24 37/14 46/4 51/15 51/19
52/7 52/23 53/10 54/6 54/23
55/17 55/23 56/5 56/12 56/17
56/21 57/3 57/12 57/18 57/23
58/5 59/2 59/11 59/14 59/23
60/5 60/21 61/21 62/12 63/4
63/23 64/20 65/7 65/19 66/16
67/10 67/23 68/21 72/10 76/25
77/23 78/5 99/15 106/11 107/8
116/3 124/4 124/25 125/12
126/6 126/12 128/6 130/17
135/4 135/14 153/18 157/20
160/13 161/22 161/24 162/7
162/22

keeps [2]   32/17 81/4
Kelci [3]   41/7 147/23 148/25
Kelley [5]   49/3 54/11 65/3
91/15 95/18
Kelly [2]   76/9 88/17
Kenneth [4]   27/7 27/8 103/25
104/1
Kentucky [1]   54/4
Kerry [3]   47/4 64/14 147/24
kid [1]   71/24
kids [5]   46/24 78/3 109/19
111/3 121/15
killed [1]   59/8
killing [1]   59/14
kilograms [4]   30/25 31/11
105/16 106/1
kind [8]   9/17 12/20 19/1
106/25 115/19 125/23 151/20
163/7
knew [2]   52/3 59/24
know [104]   8/17 8/23 8/25 9/4
9/23 10/24 11/24 13/7 17/23
18/6 19/17 20/14 23/14 24/12
24/24 24/25 25/3 25/6 25/7
25/9 26/16 26/19 28/8 28/9
28/12 28/16 29/8 30/2 32/11
32/19 33/14 33/16 33/21 34/22
35/10 35/20 39/16 39/17 41/5
44/22 45/21 52/3 64/2 64/6
66/5 66/20 82/1 83/5 83/9
83/14 83/23 83/25 84/1 85/4
85/14 86/7 87/23 88/6 88/8
88/17 92/17 95/5 96/7 96/23
97/3 98/15 99/20 99/20 100/19
100/22 102/5 102/5 102/8
102/17 103/13 104/15 104/21
106/25 107/6 107/12 107/17
107/21 107/25 108/2 114/7
114/10 115/17 116/18 124/8
126/23 130/15 131/22 135/18
141/20 148/3 148/13 148/25
154/22 157/12 160/11 166/9

166/12 166/16 167/3
knowing [1]   106/8
knowingly [4]   30/23 31/9
105/13 105/24
knowledge [12]   20/17 20/18
25/5 25/16 32/2 69/7 70/8
71/17 71/18 126/20 126/24
127/24
known [3]   24/23 93/5 161/2
knows [5]   10/24 24/9 31/24
106/6 106/8
Knox [5]   48/5 52/20 60/8
143/16 147/24
Kristin [1]   23/6

**L**

lab [1]   164/11
lack [1]   146/14
ladies [7]   24/16 94/25 97/12
100/17 135/25 147/5 148/3
lady [1]   115/18
lake [3]   121/11 127/20 127/20
Lakeland [3]   41/14 43/23
118/23
Lakes [1]   43/7
Land [1]   43/7
Landscape [1]   19/12
landscaping [1]   19/13
language [4]   21/10 23/5 135/2
149/4
large [2]   50/8 50/9
largest [1]   63/8
Largo [4]   42/24 43/1 43/2
109/2
last [22]   13/13 14/1 23/3
23/23 32/4 32/5 32/8 34/6 40/5
43/13 56/25 70/24 70/25 71/4
129/18 132/22 136/5 138/20
142/13 142/18 163/17 166/2
lasted [1]   72/7
late [2]   72/24 110/13
later [4]   33/22 95/7 96/19
154/7
latest [1]   89/20
law [67]   20/16 20/17 25/10
31/3 31/14 38/2 38/10 38/13
52/13 52/14 52/15 53/13 58/10
61/5 61/9 62/8 62/9 66/9 66/11
78/2 78/24 79/1 79/3 79/4
79/24 80/6 87/21 87/25 88/4
88/18 102/3 105/18 106/4 116/6
116/9 116/11 116/14 118/20
122/13 123/21 123/22 123/24
125/22 133/17 133/19 133/22
133/23 134/18 134/25 137/3
151/6 151/7 151/8 151/18 154/9
155/7 155/23 156/2 156/8
156/12 156/13 156/22 156/24
157/2 157/9 159/20 162/12
lawsuit [1]   67/1
lawyer [12]   15/13 15/16 16/11
25/20 26/14 68/2 144/16 144/24
152/7 152/12 152/13 152/14
lawyer's [2]   20/17 152/6
lawyers [23]   20/19 21/7 25/13
25/24 26/17 30/3 32/23 74/5
78/9 97/14 102/24 118/10 135/6
135/13 135/18 146/16 151/25
152/1 152/3 155/24 158/18
160/19 163/11
lawyers' [1]   152/3
lay [2]   20/18 38/10
lead [2]   101/10 156/10

## L

leader [1]   43/2
least [3]   32/10 93/13 164/3
leave [9]   10/5 34/25 93/23
96/13 157/24 161/3 161/3 167/7
167/9
lectured [1]   163/18
Lee [1]   62/17
leeway [1]   112/18
left [10]   24/22 53/24 92/18
92/24 93/5 93/18 102/2 157/24
157/25 164/6
leg [4]   9/16 9/17 9/24 33/1
legal [11]   20/15 34/23 55/10
68/6 68/8 74/3 74/19 83/17
129/7 129/25 162/10
legalized [2]   136/9 136/12
legally [2]   23/5 154/2
legs [1]   9/20
leisure [3]   22/13 33/12 112/19
Leon [1]   1/21
Leslie [4]   41/14 75/20 80/20
80/24
less [2]   94/18 132/10
lesser [1]   12/14
let [43]   9/15 13/18 23/14
24/12 25/24 30/1 30/13 32/18
32/21 33/14 35/4 39/16 51/20
75/8 90/12 96/4 96/25 98/15
102/4 102/24 104/17 106/19
107/11 114/16 117/9 118/14
123/18 132/6 132/21 135/13
135/18 136/20 138/25 143/6
145/8 148/17 148/19 148/25
149/15 157/21 160/11 160/15
163/2
Let's [6]   18/11 34/15 87/7
94/23 97/4 115/21
letting [1]   33/16
level [8]   19/17 19/18 39/11
44/12 48/24 120/8 122/21 154/7
liaison [1]   48/8
liberal [1]   49/1
liberty [2]   78/22 133/16
library [1]   155/9
license [2]   63/18 122/18
licensed [1]   71/24
licensing [1]   64/9
lid [1]   162/23
lies [1]   4/19
life [9]   42/25 44/7 50/16
50/20 59/7 84/7 84/10 102/17
106/25
Ligenfelter [1]   127/12
light [3]   136/17 153/12 156/18
lights [1]   161/24
like [37]   7/22 8/17 9/4 10/10
18/6 19/18 29/4 29/5 33/5
38/25 59/8 66/9 68/25 69/3
82/1 83/13 83/25 86/25 87/16
87/16 87/23 88/16 92/3 94/18
94/22 106/23 110/13 112/12
113/14 115/11 115/11 126/19
135/6 147/9 158/20 162/17
163/6
likely [4]   93/24 94/2 94/5
94/19
limited [6]   14/9 21/10 89/23
152/25 153/1 153/2
Lingenfelter [6]   119/15 125/7
129/10 130/2 136/8 140/23
Link [1]   27/17

Linville [7]   42/24 56/24 67/18
75/22 75/23 143/15 147/23
lips [1]   162/25
list [17]   4/7 4/7 26/22 27/19
27/25 34/10 36/10 36/20 36/22
74/7 78/10 92/16 100/13 103/16
117/16 151/23 160/12
listed [1]   28/2
listen [6]   83/16 83/22 137/2
155/4 156/22 161/5
little [23]   8/11 9/5 19/16
20/12 20/21 20/25 30/13 54/24
55/3 81/18 87/24 87/25 99/20
104/17 106/19 106/22 112/14
123/19 124/24 147/3 149/17
161/19 163/6
live [25]   18/18 38/23 41/7
41/14 41/25 42/16 42/24 43/23
44/15 45/1 45/10 46/20 47/4
48/12 49/10 51/8 63/16 110/6
118/22 120/2 121/19 122/24
127/2 127/20 154/14
lived [49]   18/20 37/16 39/19
39/20 40/4 40/11 40/23 41/8
41/8 42/1 42/1 42/17 42/25
43/1 43/7 43/8 43/12 43/13
43/24 44/7 44/16 45/2 45/11
45/11 46/12 46/13 46/21 46/21
47/5 47/15 48/6 48/19 49/3
49/11 49/11 49/21 50/6 51/9
118/16 118/23 119/3 119/4
120/14 120/20 120/20 121/12
122/8 122/9 122/25
lives [5]   32/11 47/10 87/23
130/11 131/2
living [2]   18/24 122/16
local [5]   45/14 61/5 102/13
125/22 150/6
location [1]   107/25
locked [1]   167/10
locker [1]   161/4
logistics [3]   49/12 49/13
106/19
long [27]   7/14 7/24 8/12 11/9
18/20 19/5 19/7 32/5 33/25
36/2 40/5 53/19 60/13 61/17
69/11 69/16 70/4 70/23 96/22
99/18 107/21 114/7 114/10
117/10 127/18 148/3 149/20
longer [1]   8/11
look [6]   26/18 74/5 94/18 97/4
160/12 163/9
looked [1]   163/6
looking [6]   6/21 50/24 94/16
98/19 147/8 150/25
looks [5]   7/22 8/17 94/18
94/22 106/22
loose [2]   12/2 145/16
Lori [1]   42/16
lose [1]   148/14
lost [1]   132/10
lot [5]   20/14 83/13 114/9
126/25 132/12
loud [2]   74/13 78/12
Lumsden [2]   120/19 142/24
lunch [11]   89/22 89/24 92/25
94/8 94/9 97/5 97/12 97/24
98/1 161/16 161/18
luncheon [1]   100/2
Lutz [1]   50/20
Lynn [1]   37/13

## M

ma'am [68]   14/19 15/2 15/7

15/15 15/18 15/21 16/2 16/5
16/8 16/12 16/15 16/18 16/21
16/23 25/12 33/18 36/15 36/24
51/17 52/1 52/5 52/9 52/25
53/12 53/16 53/23 53/25 54/21
55/19 55/24 57/11 57/14 57/20
59/25 60/7 60/12 60/17 60/19
60/22 60/25 62/13 65/1 65/18
68/23 73/2 75/4 75/19 88/10
111/14 111/16 111/22 112/1
112/7 112/22 113/19 116/5
123/9 129/11 144/10 144/12
144/14 144/17 144/19 144/22
144/25 145/2 145/5 162/1
MacDill [1]   119/11
made [9]   12/15 33/9 67/19 74/3
87/20 108/9 129/7 129/25
145/20
mail [2]   123/2 125/8
mailbox [1]   125/9
Maintenance [1]   19/13
major [2]   32/17 59/7
make [37]   4/8 9/6 14/6 15/25
16/3 16/13 16/17 18/7 24/24
32/19 62/7 78/21 83/21 85/5
88/1 92/17 96/12 97/15 98/14
98/17 99/18 101/5 102/5 108/2
117/16 133/15 135/7 135/14
135/15 136/1 148/14 148/15
159/3 159/9 161/11 161/14
163/3
makes [1]   151/18
making [3]   4/11 17/20 159/6
mall [1]   9/4
malpractice [2]   66/19 66/24
man [1]   67/19
manage [4]   109/5 109/7 112/19
159/25
manager [9]   44/19 44/20 45/15
46/14 49/12 49/14 50/8 121/21
123/1
Manatee [1]   39/20
mandatories [1]   14/7
manner [1]   153/9
manufacturing [1]   45/16
many [11]   5/3 20/3 20/16 39/4
92/2 93/10 93/21 101/16 104/10
148/14 151/11
maps [1]   155/1
Marc [2]   40/23 75/14
Maria [4]   47/15 76/20 80/13
91/11
marijuana [16]   63/8 74/1 74/3
74/16 74/19 75/2 75/6 75/9
75/15 76/6 76/10 76/11 129/6
136/12 136/12 136/13
marine [2]   49/19 72/2
Mariner's [1]   70/12
maritime [1]   69/8
MARK [6]   1/17 1/18 3/14 26/9
103/7 147/22
marketing [2]   42/5 43/17
married [37]   20/5 37/18 39/21
40/6 40/14 41/10 42/3 42/19
43/3 43/15 44/1 44/9 44/19
45/4 45/14 46/15 46/23 47/8
47/17 48/7 48/21 49/13 49/24
50/8 50/21 118/18 118/24 119/7
119/17 120/5 120/15 120/22
121/5 121/22 122/10 122/18
123/2
Marshal [3]   9/12 52/21 52/23
Marshal's [1]   8/23

**M**

Martin [2]   111/5 115/4
MARY [2]   1/11 24/19
Massachusetts [4]   44/17 47/18
   47/20 47/24
master [1]   38/19
Master's [3]   49/6 51/13 123/15
mate [1]   71/25
material [2]   79/20 134/13
matter [10]   3/5 3/23 4/16 4/16
   12/7 24/2 38/9 124/14 148/16
   163/11
matters [6]   53/7 55/7 95/1
   127/25 162/10 162/20
may [57]   6/16 7/3 9/12 21/2
   24/2 28/4 33/23 45/21 51/24
   61/2 79/2 92/10 95/6 100/16
   103/18 106/23 108/15 118/7
   118/10 133/8 133/21 137/13
   142/19 145/18 147/17 148/13
   149/2 150/12 151/11 151/19
   152/14 152/15 152/21 153/3
   153/5 153/6 154/2 154/13
   154/16 155/5 156/19 156/20
   157/15 157/18 158/9 158/17
   159/2 159/9 159/12 159/14
   159/15 161/19 162/11 163/24
   163/24 166/5 167/7
maybe [7]   8/11 11/5 89/22
   94/11 96/25 99/19 117/20
MBA [1]   119/23
McClain [2]   28/6 104/13
McLeod [2]   40/4 55/20
me [87]   3/11 6/22 8/13 9/3
   9/15 10/24 12/15 13/11 13/17
   13/18 13/18 13/19 15/23 17/24
   18/16 19/21 20/22 22/10 22/14
   25/6 26/4 30/1 30/13 32/18
   32/21 35/4 39/14 39/17 52/11
   56/21 59/23 67/19 68/2 68/3
   74/7 75/8 77/3 78/12 78/12
   80/9 80/16 83/7 85/11 87/16
   87/16 87/21 88/8 94/16 96/4
   98/4 99/12 101/3 102/17 103/5
   104/17 106/14 106/14 106/19
   107/11 108/4 109/22 112/12
   113/6 114/16 115/22 117/9
   117/15 118/10 118/12 118/14
   123/18 124/21 131/5 131/22
   131/23 132/6 132/21 135/6
   135/18 136/20 138/25 143/6
   146/12 147/9 150/1 160/16
   161/23
mean [11]   10/2 23/24 25/2
   31/20 93/8 93/23 95/11 104/25
   117/2 137/4 147/9
means [7]   29/16 101/14 152/23
   155/9 155/13 155/17 155/20
mechanism [1]   96/18
media [2]   155/6 155/14
mediated [1]   67/2
medical [11]   39/4 39/5 39/12
   40/13 42/6 47/17 49/25 81/4
   112/15 119/17 135/3
medically [1]   44/3
Medicare [1]   114/9
medication [1]   145/24
medications [2]   77/9 77/9
meet [1]   98/10
meeting [1]   109/9
meetings [1]   102/13
Melissa [1]   106/16

member [12]   52/12 52/16 55/11
   61/4 69/23 70/15 76/16 124/13
   124/18 125/21 130/4 154/23
members [9]   10/19 17/6 17/15
   88/18 95/22 96/3 99/2 123/20
   123/21
memory [5]   61/2 153/8 158/2
   158/3 158/4
mental [3]   73/21 128/25 129/5
mention [2]   72/1 87/2
mentioned [5]   73/9 85/23 86/6
   87/5 128/13
mentioning [1]   118/13
Merchant [2]   70/12 72/2
MERRITT [23]   1/6 1/21 3/6 3/17
   5/7 6/5 6/6 13/3 13/4 13/6
   13/10 14/20 14/23 16/9 26/15
   30/16 30/21 31/7 103/11 105/7
   105/11 105/22 144/20
Merritt's [1]   5/7
Merryday [2]   24/5 145/10
mess [2]   146/4 146/22
messages [1]   155/13
met [13]   24/20 24/21 24/21
   25/1 25/3 26/19 50/16 79/21
   101/24 101/25 102/8 102/11
   134/14
Methadone [1]   77/22
Miami [2]   66/20 70/5
mic [5]   32/21 59/14 74/5 74/15
   107/18
Michigan [1]   40/7
microphone [17]   15/4 18/15
   50/17 52/18 53/6 54/2 74/12
   75/22 76/19 80/23 81/20 82/17
   82/24 118/4 129/8 129/14
   144/11
mics [1]   12/3
midday [2]   166/12 166/15
middle [10]   1/1 4/19 30/22
   31/8 44/1 47/10 105/12 105/23
   132/15 168/7
might [24]   9/9 15/17 35/1
   54/24 72/18 73/13 85/12 89/6
   89/23 94/19 95/13 96/11 99/17
   100/25 109/15 117/4 117/12
   128/17 136/18 141/14 147/18
   152/21 164/14 166/6
mile [1]   151/1
miles [4]   69/25 149/21 149/24
   150/4
military [52]   32/16 37/21
   39/10 39/23 40/8 40/16 41/3
   41/11 41/18 42/21 43/4 43/10
   43/18 44/10 44/22 45/4 45/17
   46/17 47/1 47/12 47/22 48/9
   48/22 49/5 49/16 50/3 50/11
   51/3 51/4 51/12 84/20 87/22
   88/1 107/4 116/5 116/6 116/11
   118/19 118/25 119/12 119/19
   120/6 120/16 120/23 121/8
   121/17 122/1 122/12 122/19
   123/3 123/15 165/3
mill [2]   81/14 98/8
Miller [6]   48/18 62/16 76/8
   77/13 143/16 147/25
milling [1]   158/18
mind [10]   30/5 30/9 31/15 80/3
   84/2 85/3 134/22 153/18 154/7
   162/7
minded [1]   86/3
mine [1]   34/20
mingle [1]   12/3

mingling [1]   11/8
minimum [1]   14/7
minute [5]   51/20 81/12 86/13
   89/20 96/2
minutes [8]   8/10 29/11 81/9
   100/21 109/4 135/13 135/17
   136/1
misbehavior [1]   157/15
misdemeanors [2]   124/9 124/10
misrepresentations [1]   17/20
missing [2]   148/23 148/25
mission [1]   72/2
mistake [1]   108/10
mistaken [1]   156/19
mistrial [2]   9/22 157/15
Mitev [5]   32/25 40/11 56/3
   74/16 142/10
mixture [4]   31/1 31/12 105/16
   106/2
Mobil [1]   121/6
mom [11]   41/18 41/23 46/14
   51/4 54/12 57/1 59/7 60/8
   119/9 119/18 120/22
moment [4]   22/16 92/10 96/4
   142/19
moments [2]   106/18 135/15
money [2]   46/7 46/8
monitor [1]   160/20
months [4]   50/7 50/10 50/19
   72/8
Moody [3]   92/22 100/23 101/4
Moody's [3]   11/23 92/25 107/17
more [34]   30/25 31/11 51/21
   72/16 89/23 93/20 93/24 94/1
   94/2 94/5 95/13 96/11 96/14
   100/21 100/25 101/11 105/16
   106/2 117/13 123/18 123/19
   128/4 135/18 137/16 138/17
   139/9 141/11 143/5 147/18
   149/19 149/24 150/4 150/24
   153/20
Morgan [1]   9/2
morning [39]   3/4 3/10 3/13
   3/14 3/16 3/18 4/17 17/7 17/24
   22/21 22/22 24/16 24/17 25/1
   25/4 26/2 26/9 26/13 26/20
   33/20 98/11 99/17 100/23 101/4
   113/25 117/25 145/9 149/16
   158/20 159/5 160/11 160/23
   161/15 163/16 164/3 164/11
   164/13 166/4 167/11
morning's [1]   115/14
most [3]   5/5 7/17 94/22
mother [2]   54/15 54/19
motion [2]   24/6 165/1
motor [3]   71/8 71/8 127/8
motorcycle [2]   47/8 58/2
motored [1]   71/24
movable [1]   115/11
move [11]   51/21 89/6 99/20
   116/1 116/19 116/20 118/5
   133/1 136/6 136/25 139/11
moved [5]   39/1 43/1 44/16 45/3
   45/12
moving [1]   71/11
Mr [56]   7/19 7/22 8/5 8/9 11/5
   12/8 12/17 13/5 18/1 18/5 21/8
   21/22 21/24 22/22 26/1 26/22
   28/3 28/12 28/14 51/25 53/6
   66/2 74/14 74/16 87/3 90/15
   94/5 101/25 102/12 103/2
   103/15 104/7 105/11 115/4
   136/4 136/7 136/22 136/24

**M**

Mr... [18] 137/11 138/1 139/9
139/16 140/4 142/6 142/13
142/19 143/22 143/24 144/2
146/17 146/19 146/20 148/19
148/25 163/21 164/1
Mr. [91] 3/15 5/7 5/7 6/5 6/6
10/19 12/10 13/3 13/4 13/6
13/10 14/13 14/20 15/3 15/4
15/5 16/9 17/3 17/6 17/12
18/11 22/2 23/9 24/22 25/5
25/15 27/25 28/2 28/9 38/21
39/18 45/24 59/15 74/25 76/3
81/11 81/12 81/12 81/13 81/18
81/19 84/18 84/18 86/15 86/19
87/2 90/25 91/6 91/20 91/23
92/6 94/15 95/16 95/17 95/18
95/18 95/19 95/19 96/7 105/10
105/22 105/22 115/4 115/4
117/5 117/5 117/5 117/15
120/11 124/1 132/6 133/8
137/11 137/12 137/13 139/2
139/12 140/7 140/17 140/23
141/3 142/10 142/24 143/3
144/8 144/20 145/10 145/19
148/17 164/1 165/15
Mr. Alicea [1] 165/15
Mr. Billington [3] 38/21 74/25
139/2
Mr. Blake [1] 120/11
Mr. Breton [2] 115/4 117/5
Mr. Bynum [1] 59/15
Mr. Chalela [1] 145/10
Mr. Ciaravella [2] 15/3 91/23
Mr. Cook [2] 10/19 95/19
Mr. Costello [2] 124/1 141/3
Mr. Cuva [8] 25/5 25/15 28/9
39/18 81/13 86/15 86/19 95/16
Mr. Devonshire [3] 115/4 117/5
117/15
Mr. Edwards [1] 24/22
Mr. Finland [7] 17/3 23/9 76/3
81/18 96/7 139/12 148/17
Mr. Gardner [1] 140/7
Mr. Hoang [3] 137/11 137/12
137/13
Mr. Lingenfelter [1] 140/23
Mr. Lumsden [1] 142/24
Mr. Merritt [11] 5/7 6/5 6/6
13/3 13/4 13/6 13/10 14/20
16/9 105/22 144/20
Mr. Merritt's [1] 5/7
Mr. Mitev [1] 142/10
Mr. Phillips [11] 3/15 12/10
14/13 15/4 15/5 28/2 94/15
105/10 105/22 117/5 144/8
Mr. Phillips' [1] 27/25
Mr. Plasencia [5] 45/24 81/11
87/2 90/25 95/17
Mr. Pound [6] 81/12 84/18
84/18 91/20 92/6 95/18
Mr. Ramos [1] 17/6
Mr. Roberts [1] 143/3
Mr. Seremet [3] 132/6 133/8
145/19
Mr. Torres [4] 17/12 18/11
22/2 95/19
Mr. Vericker [1] 140/17
Mr. Vick [1] 164/1
Mr. Whallen [4] 81/12 81/19
91/6 95/18
MRI [1] 33/3

**N** (column 2 top)

MS [42] 2/1 4/24 24/21 36/1
36/8 36/11 37/8 53/6 75/22
81/11 81/12 81/15 82/23 86/15
88/17 88/17 90/21 91/10 91/11
91/15 95/16 95/17 95/18 95/18
95/18 101/25 115/4 115/18
115/22 115/23 116/2 117/5
117/6 140/8 140/13 142/15
149/1 149/20 150/9 158/12
160/7 163/15
Ms. [1] 82/25
Ms. Anderson [1] 82/25
much [11] 12/13 77/3 77/10
92/3 102/22 108/5 108/18 109/7
162/18 163/13 167/16
murder [3] 58/15 58/16 58/22
murdered [2] 58/11 60/10
music [1] 46/18
must [32] 73/6 73/7 73/12
73/13 79/1 79/14 79/25 80/6
128/11 133/19 134/7 134/19
134/25 151/6 151/7 151/8
151/23 152/20 152/23 153/1
153/18 154/5 154/21 155/1
155/12 155/16 155/22 156/12
156/25 158/1 158/6 158/7
mwc [1] 1/20
my [223]
Myers [1] 66/5
myself [2] 84/9 110/25
MySpace [1] 155/15

**N**

nail [1] 120/5
nails [1] 146/22
name [95] 3/16 11/13 18/12
18/16 24/19 25/8 25/9 26/2
26/9 26/13 27/12 27/14 32/22
32/24 32/25 33/18 33/19 34/3
37/13 38/22 39/19 40/11 40/23
41/7 42/16 42/24 43/12 43/23
44/6 45/1 45/10 46/12 46/20
47/4 47/15 48/5 48/12 48/18
49/3 49/10 50/6 50/18 52/19
52/20 54/10 55/14 56/3 56/24
57/7 63/11 63/15 64/13 69/19
69/22 74/13 75/13 77/17 80/9
80/18 95/20 96/1 102/10 103/3
103/7 103/10 103/11 106/13
107/11 107/14 109/13 110/4
111/5 112/22 112/23 113/10
118/14 118/22 120/2 120/12
121/2 121/11 121/19 122/8
122/16 122/24 123/11 125/6
126/3 129/9 129/11 129/18
130/7 132/3 148/15 160/12
named [1] 104/16
names [8] 23/2 23/3 27/19
27/21 27/23 28/4 74/7 147/20
Nancy [2] 40/4 55/20
nanny [1] 43/15
nationally [1] 23/7
nature [7] 35/10 97/1 98/6
106/10 108/16 116/3 162/11
Navy [6] 44/3 47/11 49/17 72/1
72/3 72/4
necessary [1] 150/6
need [50] 9/7 9/15 10/20 11/13
19/16 20/24 22/18 24/9 30/12
33/14 36/4 51/18 81/14 81/18
82/25 83/3 86/17 87/9 87/11
88/1 93/12 93/17 93/18 93/20
95/8 95/23 96/25 97/25 98/2
101/16 107/6 108/1 112/13
112/13 112/14 113/4 113/20
115/15 117/11 117/11 118/1
131/21 135/18 149/9 150/21
160/13 161/12 162/16 162/18
167/11
needed [4] 23/21 33/12 70/8
146/11
needs [5] 4/7 4/8 80/18 88/6
164/25
negotiate [2] 15/12 15/20
NEIL [8] 1/6 3/6 3/17 14/23
26/15 30/16 103/11 105/7
neither [1] 156/20
nephew [2] 54/3 78/4
nervous [1] 61/25
nervously [1] 146/23
neutral [1] 86/4
never [33] 12/25 32/5 37/22
40/8 40/8 41/11 42/21 42/21
43/4 43/4 44/4 44/23 45/4 45/5
47/1 47/1 47/12 47/12 50/3
50/11 51/5 51/13 68/8 71/12
79/11 83/23 99/20 119/12
119/19 119/19 120/8 121/8
134/4
new [8] 38/15 41/18 54/16
100/12 104/5 137/15 162/24
164/20
newest [1] 107/12
news [5] 72/24 121/5 149/14
155/6 156/23
newspapers [1] 155/5
next [12] 53/6 56/9 74/24
75/21 98/2 129/11 129/14
139/22 140/6 159/8 164/3
164/10
nice [3] 147/10 148/9 163/4
NICHOLAS [4] 1/6 3/6 30/16
105/7
Nicole [1] 23/4
niece [1] 78/4
night [1] 71/20
nine [4] 50/7 122/11 164/1
165/25
no [269]
nobody [1] 110/7
non [2] 32/17 162/21
non-alcoholic [1] 162/21
non-changeable [1] 32/17
none [5] 91/8 94/15 94/16
153/5 165/1
normal [4] 23/13 110/20 158/20
158/24
normally [3] 3/23 114/19
161/18
not [207]
not speaking [1] 146/1
note [4] 33/20 33/23 35/7
157/21
note-taking [1] 157/21
notes [9] 135/14 157/18 157/19
157/24 158/1 158/2 158/13
158/13 158/16
nothing [10] 5/22 12/22 14/17
14/25 73/5 100/24 111/22
147/14 148/6 153/20
notice [1] 166/19
noticed [1] 9/1
notions [1] 88/7
now [42] 3/25 9/16 15/5 17/17
17/21 19/21 20/23 26/16 26/22
32/7 32/9 36/20 37/4 42/2

## N

now... [28]  44/18 50/19 54/17
  77/18 89/17 89/20 92/15 95/5
  95/7 96/11 96/21 97/23 106/8
  115/18 117/25 118/7 123/18
  127/1 127/15 130/13 132/14
  145/24 148/10 150/21 151/24
  156/19 157/18 160/21
nub [1]  145/25
numb [1]  33/2
number [49]  17/3 17/6 17/12
  23/8 86/19 90/16 90/21 90/25
  91/4 91/6 91/11 91/15 92/13
  92/14 97/17 97/20 100/12
  108/18 136/7 136/16 136/17
  136/25 137/11 139/1 139/8
  139/12 139/25 140/7 140/8
  140/13 140/16 140/21 140/23
  141/3 141/7 142/6 142/9 142/15
  142/23 143/3 143/14 163/15
  163/23 164/1 164/9 164/15
  164/18 165/9 165/12
Number 17 [3]  17/3 23/8 139/12
Number 2 [1]  139/1
Number 39 [1]  136/7
numbered [1]  168/13
numbness [1]  35/19
nurse [6]  44/9 47/6 47/10
  48/20 119/9 120/15
nursing [6]  47/7 47/13 48/23
  64/5 64/7 122/10
nutritionist [1]  44/1

## O

o'clock [9]  33/20 90/3 98/22
  110/6 110/14 150/7 159/6
  161/23 167/13
Oakley [1]  43/25
oath [1]  157/12
object [2]  133/3 152/14
objection [44]  4/12 4/18 5/23
  18/9 18/10 21/21 35/14 73/20
  89/8 90/18 90/22 90/24 91/1
  91/7 91/12 91/16 94/13 115/19
  116/21 128/24 129/5 132/25
  133/2 138/1 139/3 139/13
  139/18 139/20 140/2 140/9
  140/14 140/18 140/24 141/4
  141/8 142/7 142/11 142/14
  142/16 142/25 150/13 152/15
  152/17 152/19
objections [1]  152/3
obligation [1]  82/6
observe [1]  157/23
obstruction [1]  23/11
obviously [5]  8/21 83/19 161/8
  161/15 162/22
occasion [4]  71/20 125/8 125/8
  155/3
occasionally [2]  69/23 69/25
occasions [1]  55/15
occupation [7]  42/18 48/7
  50/20 72/6 120/4 121/4 123/1
occupations [1]  119/21
off [16]  9/3 12/4 34/9 34/20
  36/20 45/12 47/6 58/13 69/16
  69/17 72/2 103/15 115/21
  127/17 161/4 161/7
offended [1]  30/10
offense [4]  31/19 106/10 116/3
  134/14
offer [1]  12/14

offered [6]  12/17 12/20 73/7
  85/5 128/11 129/3
offers [1]  152/13
office [5]  8/23 46/25 55/8
  118/19 124/15
officer [38]  27/4 27/5 27/6
  27/7 27/8 27/8 27/9 27/10
  37/19 38/2 43/14 49/16 51/11
  51/11 51/15 52/13 53/4 53/8
  53/10 53/17 53/21 54/15 54/18
  54/19 54/20 54/20 71/24 71/25
  102/2 103/23 103/24 103/25
  104/1 104/2 104/3 104/4 116/7
  164/3
officers [5]  53/14 54/22 55/1
  123/22 158/1
offices [1]  46/2
Official [3]  2/1 168/6 168/21
offshore [1]  127/19
often [6]  69/13 70/16 109/9
  127/1 127/2 157/2
oh [7]  36/16 37/15 45/5 69/6
  81/21 123/7 139/10
Ohio [1]  47/10
oil [1]  19/4
Okay [13]  21/5 23/8 23/24
  38/20 81/15 116/17 127/7 133/5
  136/16 138/8 138/13 138/23
  143/8
old [21]  36/10 36/11 39/8 41/2
  42/5 42/6 42/20 44/21 45/16
  46/25 49/15 50/2 110/6 119/7
  119/8 119/10 120/23 121/6
  121/7 122/18 130/12
oldest [4]  47/9 50/22 119/23
  121/15
Oliver [2]  28/6 104/12
omitted [3]  12/5 78/8 131/11
once [10]  36/20 55/21 71/11
  99/18 120/24 122/1 138/6
  141/16 141/17 156/16
one [105]  7/7 7/9 7/9 7/10
  7/19 7/22 10/17 10/18 10/19
  12/11 12/21 19/16 21/12 21/13
  24/9 30/14 32/21 39/7 39/15
  40/15 40/15 41/17 43/16 44/2
  44/9 45/15 45/21 47/20 47/23
  49/25 58/19 60/23 66/19 66/24
  66/25 67/1 68/19 70/2 72/5
  72/7 73/12 78/8 84/5 84/8
  88/19 90/12 92/24 94/22 96/10
  97/22 99/25 107/11 111/11
  111/12 115/18 119/18 119/18
  119/18 125/8 128/16 138/11
  138/12 138/12 138/12 138/12
  138/12 138/12 138/12 138/12
  138/13 138/17 138/18 138/19
  138/19 138/19 138/19 138/19
  139/9 139/9 139/22 140/21
  140/22 141/2 141/6 141/11
  142/3 142/3 142/3 142/3 142/4
  142/4 142/4 142/4 143/5 156/6
  158/9 158/24 160/10 163/11
  164/5 164/5 164/6 165/12 166/6
  166/7
ones [3]  6/17 46/25 94/8
only [23]  5/6 7/12 30/9 48/23
  69/25 77/2 93/15 96/22 104/25
  113/10 124/9 138/15 138/21
  152/4 152/24 153/2 153/20
  156/4 156/5 156/6 157/4 160/17
  161/8
open [6]  12/21 84/19 85/3 86/3

118/9 118/11
opening [8]  8/1 8/2 8/11
  145/11 152/1 159/6 159/9
  159/10
openings [7]  7/24 7/25 89/24
  94/17 94/20 99/11 99/17
operating [1]  43/14
operations [2]  44/20 84/20
operator [3]  70/13 109/14
  122/17
opiates [1]  78/3
opinion [8]  79/2 84/10 85/13
  131/5 133/21 136/9 151/13
  157/6
opinions [4]  72/16 73/10 128/3
  128/14
opportunity [7]  5/16 6/16 12/6
  80/17 118/12 153/7 159/17
opposed [2]  13/20 14/8
opposite [1]  13/23
option [1]  14/3
optometrist [2]  39/21 118/25
order [16]  21/19 59/21 101/5
  117/11 152/21 154/10 159/23
  160/7 160/9 160/13 160/14
  160/16 160/21 162/12 163/21
  166/20
orders [1]  69/9
Orlando [6]  39/9 43/12 56/20
  68/16 72/23 80/22
other [115]  3/25 6/4 11/9
  15/13 15/16 17/2 17/18 18/12
  21/15 23/12 24/25 25/1 25/3
  25/11 25/13 25/20 26/18 26/19
  26/20 26/20 28/21 29/5 29/8
  30/24 31/10 31/10 32/13 45/21
  47/20 52/2 52/11 52/15 55/9
  61/6 61/6 65/1 65/1 66/25 67/1
  68/19 68/19 69/14 70/8 73/1
  73/5 73/8 73/8 73/10 73/17
  73/21 74/2 79/4 79/7 80/1 81/2
  81/13 82/20 84/5 84/14 88/13
  92/8 98/6 98/18 99/1 102/6
  102/8 102/16 102/17 105/14
  105/14 105/25 105/25 107/13
  109/9 111/12 114/22 123/23
  123/24 124/15 125/23 126/1
  128/9 128/12 128/14 128/17
  128/22 128/25 131/12 131/23
  132/2 133/23 134/1 135/3 135/6
  137/7 137/8 139/20 152/13
  153/2 153/10 153/13 155/2
  155/6 155/9 155/13 155/20
  156/25 157/1 157/5 157/7
  157/22 158/9 158/11 160/19
  163/3
others [3]  50/23 121/16 155/8
otherwise [2]  99/13 155/22
ought [2]  79/3 133/22
our [27]  4/6 17/14 24/18 43/15
  46/1 47/8 56/3 69/2 77/3 78/20
  87/21 89/23 107/3 125/9 133/14
  136/1 145/16 148/7 154/9 156/2
  156/8 156/13 156/22 157/9
  157/25 161/5 161/23
out [31]  9/8 17/10 21/2 24/18
  36/10 45/22 59/21 67/2 69/13
  69/24 70/4 70/8 74/13 78/12
  81/6 81/17 82/20 93/25 99/3
  108/13 108/20 110/6 111/9
  115/15 133/9 135/25 148/14
  148/17 149/9 153/22 161/20
outboard [1]  127/16

## O

outcome [1]   153/10
outdoors [1]   160/24
outlawed [1]   74/2
outline [1]   159/7
outright [3]   95/8 95/9 95/10
outside [13]   17/17 28/19 39/8
  72/25 80/16 81/13 88/12 113/22
  131/23 151/15 157/7 160/24
  161/16
over [29]   6/14 9/5 11/23 24/20
  32/9 39/1 46/2 47/7 60/9 63/21
  70/24 72/15 91/24 92/24 101/6
  102/1 102/1 106/21 106/22
  106/23 106/24 111/13 112/9
  115/22 121/12 121/13 150/25
  158/17 161/19
overcome [2]   79/21 134/15
overheard [2]   17/9 17/14
overlap [1]   5/3
overrules [1]   152/15
overtime [1]   161/22
owe [2]   46/7 46/7
own [18]   5/13 16/1 44/18 46/23
  47/21 69/11 70/18 73/11 79/13
  82/2 82/6 83/15 93/8 110/12
  128/15 128/19 134/6 158/2
owned [3]   70/21 70/22 71/12
owner [2]   109/13 122/17
owner/operator [1]   122/17
owns [2]   47/21 122/19

## P

PA [2]   1/18 1/21
pages [1]   168/13
paid [4]   111/18 111/20 114/20
  162/23
pain [5]   33/1 77/3 77/9 77/16
  77/20
Palm [3]   45/1 68/17 119/3
panel [14]   22/10 93/25 94/8
  94/9 94/19 97/18 98/11 99/1
  100/12 100/14 135/7 138/6
  145/7 145/16
panic [2]   108/14 132/12
paper [3]   37/12 101/10 164/5
paperwork [2]   114/8 114/9
paramedic [1]   50/1
parent [2]   34/4 35/11
parents [3]   58/3 130/11 145/24
park [4]   9/5 9/10 9/10 120/3
parked [1]   148/13
parking [1]   9/1
part [15]   6/13 6/15 29/10
  46/14 50/1 68/5 68/13 70/1
  71/13 82/25 83/3 108/25 109/1
  145/20 153/5
part-time [4]   46/14 50/1
  108/25 109/1
participate [2]   60/23 83/21
participated [4]   70/14 144/8
  144/13 144/20
participating [1]   62/25
particular [4]   6/4 69/7 147/14
  158/8
particularly [1]   33/1
parties [14]   3/18 5/2 5/13
  5/15 6/20 30/3 87/23 118/10
  131/12 157/5 158/18 166/23
  167/5 167/10
partner [2]   45/13 111/8
party [3]   55/9 124/16 156/20

pass [12]   53/5 54/2 74/12
  74/15 75/21 76/19 129/8 129/14
  138/6 141/13 141/16 141/17
passed [1]   61/20
passenger [2]   70/1 70/13
past [6]   39/11 49/24 94/17
  94/20 127/15 161/22
pastor [1]   109/2
patience [5]   94/25 98/22
  100/20 101/2 147/6
patient [5]   95/2 98/4 101/7
  115/12 162/14
Patrick [4]   48/5 52/20 60/8
  147/24
patrol [2]   54/17 54/18
patrolman [1]   38/19
pause [21]   10/16 11/25 22/11
  22/20 24/1 24/14 33/24 37/2
  51/23 78/17 81/16 92/12 100/10
  132/20 136/3 141/24 142/22
  143/2 143/12 146/25 149/13
pay [3]   21/15 33/8 35/21
paying [3]   81/4 115/12 161/21
payment [1]   124/19
peers [1]   107/5
Peggy [1]   121/19
penalty [2]   14/17 14/25
pending [2]   55/7 124/14
people [37]   20/14 20/16 25/11
  38/10 81/14 92/2 93/2 93/4
  93/14 93/15 95/5 95/7 95/14
  95/24 97/21 102/7 109/9 114/23
  115/15 117/11 132/2 136/5
  145/17 146/15 147/8 147/13
  148/1 148/7 148/14 151/15
  154/14 155/23 160/17 160/19
  161/2 161/5 163/18
peremptories [12]   89/3 89/7
  89/21 92/23 93/2 93/4 93/9
  93/20 94/3 94/11 115/14 137/21
peremptory [7]   96/8 96/12
  96/15 96/23 97/8 97/15 97/17
performance [2]   80/1 134/20
perhaps [5]   18/7 28/21 68/18
  107/3 107/8
period [3]   36/9 63/20 109/14
periodic [1]   119/24
perjury [2]   14/17 14/25
permit [4]   156/2 156/3 156/8
  156/13
permitted [2]   152/14 160/18
person [21]   34/19 34/23 58/24
  60/15 65/24 73/5 73/9 73/12
  84/6 85/7 101/20 111/1 114/21
  114/22 128/9 128/13 154/19
  154/22 160/14 165/3 166/1
person's [2]   20/18 66/13
personal [15]   25/19 28/14
  28/17 30/11 51/18 83/1 83/4
  87/13 102/14 113/20 146/4
  154/10 159/23 161/11 162/16
personally [3]   59/24 68/9
  82/17
personnel [2]   11/14 24/21
persons [10]   25/3 25/6 30/24
  31/10 73/10 74/6 88/14 105/14
  105/25 147/22
persons' [1]   128/14
perspective [1]   131/14
persuade [1]   131/4
pertinent [1]   131/25
Pete [4]   49/14 51/8 110/16
  126/24

Peter [3]   28/5 28/5 104/12
Petersburg [9]   39/1 40/24 42/3
  47/5 47/7 47/12 48/20 49/11
  122/25
petit [1]   39/14
Petty [16]   27/4 27/5 27/6 27/6
  27/7 27/8 27/9 27/10 103/23
  103/24 103/25 104/1 104/2
  104/3 104/4 164/3
pharmacist [1]   119/11
PhD [2]   40/19 121/8
PHILLIPS [25]   1/6 1/18 3/6
  3/15 12/10 14/13 14/15 15/4
  15/5 26/11 28/2 30/16 30/21
  31/7 94/15 103/9 105/7 105/10
  105/22 111/5 115/7 115/9 115/9
  117/5 144/8
Phillips' [1]   27/25
phone [3]   161/11 164/21 164/24
phones [3]   98/19 160/18 161/6
photographer [1]   121/4
photos [1]   155/20
phrases [1]   157/3
physical [1]   37/18
physician [3]   39/1 39/2 66/23
physicist [1]   40/13
physics [1]   40/19
pick [14]   34/8 34/22 39/15
  93/2 93/10 94/12 95/23 110/5
  110/7 110/8 110/19 111/3 111/3
  117/12
picked [5]   48/23 93/6 94/21
  110/6 120/8
picking [1]   92/2
picture [1]   161/1
piece [3]   37/12 101/10 151/21
pills [2]   77/16 77/20
Pinellas [5]   42/17 42/25 120/2
  121/22 123/1
place [7]   91/25 154/24 155/1
  156/13 156/14 156/17 157/25
placed [3]   36/21 63/17 63/19
places [2]   89/24 112/25
Plaintiff [1]   1/4
plan [2]   8/6 108/20
planning [1]   33/2
plans [1]   107/2
Plasencia [12]   43/12 45/24
  51/25 56/20 68/16 72/23 80/22
  81/11 87/2 87/7 90/25 95/17
plea [11]   12/6 12/8 12/9 12/19
  13/19 13/20 14/5 15/12 15/14
  15/17 16/10
plead [8]   12/21 12/21 13/10
  13/24 14/4 14/8 15/24 64/19
please [25]   3/4 3/8 16/25
  22/23 23/2 23/14 23/20 32/18
  32/22 36/21 81/19 82/19 84/13
  95/21 96/1 98/4 100/14 100/20
  101/6 107/11 137/15 142/19
  148/5 157/19 159/4
PO [1]   1/22
podium [1]   81/20
point [13]   1/22 12/25 30/22
  31/8 95/15 100/13 105/12
  105/23 113/11 118/7 131/2
  136/19 154/7
police [9]   37/19 53/8 53/10
  53/17 53/21 54/12 54/13 116/7
  123/22
pool [2]   93/1 123/13
Popejoy [1]   121/19
position [3]   91/25 161/4 161/7

**P**

possess [4]   30/25 31/11 105/15
  106/1
possibility [1]   16/10
possible [2]   8/17 101/3
possibly [4]   32/8 32/9 78/7
  97/6
post [3]   36/3 46/25 119/20
posting [3]   155/17 155/18
  155/20
potential [1]   146/9
Pound [10]   49/10 71/23 76/10
  77/8 81/12 84/18 84/18 91/20
  92/6 95/18
practice [3]   107/17 114/19
  114/21
practices [1]   26/14
practicing [2]   25/10 40/13
preconceived [1]   88/7
predicament [1]   83/24
predict [1]   106/24
prejudice [3]   80/1 134/20
  153/10
preliminary [6]   3/19 30/14
  150/13 150/20 150/23 167/12
premature [2]   156/10 156/11
premises [2]   154/24 154/25
prenatal [2]   107/20 115/10
prep [1]   14/2
preparation [1]   14/3
prepared [4]   3/18 3/21 3/22
  137/2
prescription [1]   77/9
presence [5]   17/8 17/17 73/1
  80/16 131/23
present [7]   3/15 17/5 39/4
  83/18 83/19 153/25 159/13
  159/16 159/18
presentation [4]   4/16 99/16
  147/16 149/15
presented [7]   6/13 73/24 80/5
  85/3 134/24 151/9 157/2
preserve [1]   7/25
preside [1]   24/20
pressure [2]   19/4 37/9
presumed [5]   31/17 79/16 105/2
  134/9 153/18
presumption [2]   79/19 134/12
pretty [7]   77/10 92/3 108/18
  117/3 163/4 163/4 167/3
prevent [3]   9/21 73/21 128/25
previous [12]   37/21 41/3 41/4
  48/9 51/3 51/4 118/25 120/4
  120/6 120/16 122/25 123/3
previously [3]   119/5 119/12
  121/14
Prieto [5]   50/6 59/6 76/12
  143/17 147/25
principal [1]   72/6
principles [1]   150/22
print [1]   160/9
prior [11]   3/24 12/10 15/11
  39/10 39/20 44/10 50/19 59/6
  85/2 85/15 118/20
prison [1]   61/19
privately [2]   30/2 87/16
privilege [2]   113/20 162/16
probably [15]   8/14 11/3 32/14
  58/13 59/17 68/18 68/20 71/4
  72/12 89/19 89/25 93/24 101/9
  112/15 117/19
probation [5]   51/11 51/11

51/15 53/4 63/21
probationary [3]   63/18 63/19
  63/20
problem [3]   102/19 113/10
  150/7
problems [2]   36/18 132/12
procedure [9]   5/23 35/8 36/2
  36/3 78/20 89/9 96/18 133/14
  145/24
proceed [11]   3/19 12/8 14/11
  18/1 21/7 89/4 90/8 100/3
  135/16 137/22 138/9
proceeding [6]   65/1 82/25 83/4
  87/9 118/11 126/1
proceedings [15]   1/10 10/13
  35/13 35/25 62/25 95/2 97/10
  116/25 133/7 158/13 162/11
  163/1 167/18 168/11 168/15
process [9]   33/6 58/23 98/5
  101/13 101/15 108/21 113/4
  118/1 146/2
produce [1]   68/6
producer [1]   121/4
professional [6]   63/18 147/10
  162/14
professionalism [1]   147/7
professionally [3]   28/13 28/16
  162/19
professor [3]   42/2 104/5
  164/20
program [3]   34/5 119/8 155/2
progresses [1]   9/11
project [1]   7/1
projecting [1]   163/5
projections [1]   9/9
prom [1]   60/10
promise [6]   6/15 16/6 16/19
  32/5 157/12
promised [1]   156/6
promptly [1]   154/21
proof [7]   6/8 79/10 104/22
  134/3 153/21 153/23 154/8
proper [2]   4/16 30/7
properly [1]   4/19
property [1]   66/14
propose [1]   5/17
proposed [6]   4/21 5/7 5/18
  26/25 131/12 150/14
proprietor [1]   111/17
proprietors [1]   114/19
prosecution [2]   65/15 65/16
prosecutor [2]   118/18 124/2
Prospective [4]   18/14 21/6
  117/23 137/19
prostate [1]   113/12
protect [1]   160/16
protection [1]   24/6
prove [5]   95/12 100/24 147/17
  153/25 154/5
proven [4]   31/17 73/17 105/2
  153/19
proves [3]   134/10 151/14
  151/18
provide [3]   27/19 68/13 155/16
provided [3]   5/4 29/12 161/4
provider [1]   109/16
pry [3]   30/5 101/18 118/8
psychology [2]   43/21 121/16
Publix [2]   118/24 121/21
purchasing [1]   119/24
purpose [2]   152/25 153/1 153/2
purposes [1]   71/9
purse [1]   124/23

push [4]   13/19 15/3 33/13
  148/16
pushing [2]   12/13 13/12
put [14]   9/19 9/24 36/9 36/22
  79/12 84/9 85/6 85/15 107/12
  117/15 134/6 144/11 154/2
  162/22
putting [1]   7/13

**Q**

qualification [1]   29/14
qualified [1]   156/7
quality [1]   43/3
quarter [2]   162/5 162/8
question [27]   5/6 5/8 5/9 6/4
  6/5 29/18 29/23 30/15 37/10
  75/9 78/9 78/12 84/21 85/1
  85/4 87/20 93/10 107/11 118/5
  152/6 152/8 152/12 152/15
  152/17 152/19 152/20 156/15
questioned [1]   68/2
questioning [1]   52/3
questionnaire [1]   29/12
questions [40]   4/22 5/3 5/4
  5/13 5/14 5/17 5/18 5/19 6/12
  21/17 29/11 29/13 29/19 29/21
  29/22 29/24 37/5 51/21 52/19
  68/3 78/10 78/24 97/22 98/23
  99/21 101/10 101/11 101/16
  101/17 101/19 103/1 118/2
  118/8 123/18 131/11 133/17
  148/8 152/3 152/4 161/25
quickly [3]   8/16 19/23 117/3

**R**

R-O-T-E [1]   63/12
radio [1]   155/5
raise [33]   14/13 14/20 25/4
  26/17 27/24 44/18 52/16 55/10
  55/12 73/19 74/3 74/4 76/18
  80/8 103/14 104/16 106/7
  106/12 107/9 113/21 123/24
  124/17 124/19 125/20 125/24
  126/1 128/6 128/23 129/5 129/7
  129/25 130/6 135/1
raised [2]   44/7 53/2
Ramon [2]   18/12 18/17
Ramos [7]   17/6 49/21 58/9
  76/11 143/16 143/17 147/25
ran [1]   124/24
Randy [1]   27/6
rank [1]   38/18
rather [1]   32/13
reach [6]   39/24 47/23 47/24
  95/3 123/6 151/7
reaching [5]   79/1 79/15 133/19
  134/8 153/3
read [10]   10/6 17/13 27/24
  35/7 72/21 73/4 103/15 104/19
  155/3 156/22
reading [5]   31/15 31/20 49/8
  104/24 150/25
ready [4]   90/8 100/3 138/9
  162/8
real [5]   43/14 45/15 95/13
  110/25 147/18
realize [1]   112/12
really [12]   22/17 28/18 29/16
  34/25 63/6 78/3 91/25 107/21
  108/4 112/11 132/11 148/6
Realtor [1]   50/23
reannounce [1]   28/3
reason [4]   83/1 83/4 106/14

## R

reason... [1] 158/23
reasonable [8] 31/18 79/18
 79/21 105/3 134/11 134/15
 137/1 154/6
reasonableness [1] 153/12
reasons [2] 12/12 113/24
recall [2] 68/19 94/23
recalled [1] 36/5
recap [1] 165/22
received [4] 100/13 152/12
 152/16 152/18
recent [1] 13/13
recently [1] 51/10
recess [9] 9/7 12/2 90/6 90/7
 99/23 100/2 145/16 167/6
 167/16
recited [1] 146/9
recognize [2] 27/23 146/10
recollection [2] 145/20 146/8
record [15] 25/8 32/22 33/18
 39/13 54/10 69/19 80/9 80/19
 101/5 106/13 107/14 125/6
 129/9 145/21 158/14
recordings [1] 161/9
records [7] 27/14 32/24 42/6
 68/6 68/10 68/11 104/6
recovered [1] 76/21
reduce [1] 164/12
reduced [2] 12/18 12/23
reemployed [1] 42/2
referred [1] 86/8
refrigeration [1] 48/14
regard [4] 4/1 87/24 141/13
 165/11
regarding [3] 78/22 133/16
 154/10
Regardless [1] 79/2 133/21
regattas [3] 70/14 70/15 71/20
registered [5] 44/9 47/6 48/20
 108/10 120/15
regular [5] 9/25 54/17 54/18
 69/3 70/17
rehab [1] 77/19
rehabilitate [1] 88/21
Reinoso [4] 46/20 77/18 143/15
 147/24
rejected [1] 12/15
related [10] 28/23 65/22 65/25
 76/18 154/13 154/17 155/4
 155/8 156/24 161/13
relationship [6] 25/19 46/3
 49/13 52/6 102/14 124/4
relatively [1] 162/24
relax [1] 98/20
release [5] 35/9 35/11 97/24
 114/19 114/23
released [1] 149/12
relieved [1] 163/8
religious [3] 73/21 128/25
 129/4
rely [2] 158/1 158/15
remain [6] 5/14 106/15 107/16
 118/3 139/6 154/1
remains [2] 79/19 134/12
remarks [1] 152/2
remember [1] 157/19
removal [1] 35/8
removed [1] 33/21
render [4] 80/4 82/15 134/23
 156/5
Rendon [2] 27/9 104/2

reorder [1] 23/10
repeat [2] 87/10 101/3
rephrase [1] 13/18
replace [1] 117/21
report [4] 36/5 164/11 168/10
 168/15
reported [1] 155/5
Reporter [6] 2/1 2/1 32/23
 102/3 168/6 168/21
reporter's [1] 157/6
reports [1] 63/2
representative [2] 41/10 119/6
request [1] 154/18
requested [1] 78/9
Requesting [1] 96/19
requests [1] 68/6
require [1] 32/10
required [12] 58/19 79/12
 79/13 79/22 97/20 134/5 134/6
 134/16 146/4 154/8 154/16
 157/14
requires [2] 154/9 156/22
research [6] 37/17 155/7 155/9
 155/10 156/24 161/11
resentment [1] 62/8
reservation [3] 73/21 128/25
 129/5
reserve [3] 42/7 54/15 92/23
reside [4] 118/15 120/12 121/2
 121/11
resided [1] 48/5
resident [2] 38/24 48/19
resolution [1] 95/3
resolved [6] 36/21 58/21 60/18
 61/11 64/16 67/21
respect [6] 18/1 21/8 90/8
 128/18 130/6 166/23
respective [2] 102/25 103/14
respiratory [1] 44/8
respond [2] 84/22 148/7
response [2] 4/10 132/22
responses [2] 5/20 101/17
responsible [4] 64/2 73/13
 128/17 145/22
rest [2] 22/9 95/6
restraining [1] 59/21
restraints [1] 9/24
restroom [3] 23/22 113/22
 162/17
resumed [5] 10/13 35/25 97/10
 116/25 133/7
retail [3] 44/17 44/20 50/1
retire [2] 78/25 133/18
retired [11] 42/2 42/4 44/17
 47/18 48/22 54/12 116/6 119/5
 119/7 119/17 136/8
return [2] 40/18 154/20
returned [4] 42/10 49/18 63/3
 94/24
returning [2] 73/23 129/2
review [1] 160/3
revisit [1] 136/18
Reyes [2] 27/7 103/25
Richard [4] 49/21 58/9 76/11
 147/25
rig [1] 111/15
right [188]
ring [1] 161/6
riot [1] 38/16
risk [2] 9/20 87/23
Riverview [1] 122/17
RMR [1] 2/1
road [2] 111/12 111/13

robbed [1] 58/10
robbery [2] 58/12 58/22
Robert [1] 120/19
Roberts [3] 118/22 129/15
 143/3
Robinson [1] 122/24
Robyn [5] 48/18 62/16 76/8
 77/13 147/24
Rocky [1] 1/22
roll [1] 162/6
rolling [1] 147/8
room [3] 157/21 159/20 160/5
roommate's [1] 56/24
rooms [2] 155/14 155/19
Rote [2] 63/12 77/13
row [23] 17/10 23/11 54/2 56/9
 57/15 62/15 66/2 66/3 67/17
 74/14 74/24 74/24 75/21 75/21
 75/25 77/7 107/10 112/23
 129/14 147/2 147/3 148/17
 148/18
Roy [4] 49/10 71/23 76/10 77/8
RPR [1] 2/1
RUDDY [17] 1/14 3/10 8/9 12/17
 26/1 26/2 26/22 28/3 90/15
 94/5 103/2 103/4 103/15 136/4
 139/9 143/24 163/21
Ruddy's [1] 146/19
rules [8] 152/11 152/14 153/17
 156/1 157/8 157/10 157/11
 157/17
run [2] 106/22 112/9
runs [1] 47/8
Ryder [1] 49/12

## S

safety [2] 9/20 42/16
said [16] 13/14 13/23 15/24
 86/15 87/6 87/8 91/22 94/5
 137/1 145/20 146/5 157/19
 158/2 158/25 159/10 168/15
sail [6] 69/4 69/5 69/23 70/14
 70/16 71/19
sailboat [6] 69/24 70/19 70/21
 70/22 71/8 127/15
sailboats [2] 71/24 127/14
sailed [3] 70/2 70/14 71/13
sailing [14] 68/25 69/1 69/8
 70/5 70/8 71/2 71/2 71/15
 71/17 71/23 126/19 126/20
 126/21 127/5
sailor [1] 71/12
sails [1] 94/19
salary [2] 111/18 111/20
sales [3] 42/19 69/3 111/1
salesman [1] 120/14
Sam [2] 50/18 59/16
same [16] 7/8 13/4 29/21 38/8
 53/14 55/1 74/24 92/1 98/12
 101/16 103/1 115/2 118/1
 156/15 156/16 165/17
Samuel [1] 147/25
San [1] 47/15
Sanel [2] 122/16 132/4
Sarasota [3] 40/12 44/8 120/13
Sartes [3] 28/5 28/5 104/12
sat [2] 39/23 82/4
satisfaction [1] 67/21
satisfied [3] 144/18 145/1
 145/4
saw [7] 5/6 77/3 151/12 151/15
 152/7 152/9 163/5
say [26] 7/16 8/13 9/7 11/3

**S**

say... [22]  19/4 20/22 58/14
71/16 71/18 74/18 75/9 82/3
82/4 83/10 85/15 93/4 96/22
97/25 101/4 109/24 117/9
117/10 118/11 132/1 148/19
158/22
saying [6]  9/5 17/23 84/3 92/4
115/18 158/20
says [1]  153/5
scan [1]  164/19
scans [1]  165/11
Scarpone [2]  24/22 102/2
scenario [2]  150/7 166/5
scene [1]  156/19
schedule [7]  9/6 31/2 31/13
105/17 106/3 106/25 110/20
scheduled [5]  8/22 33/19 33/25
35/8 35/9
schedules [2]  32/12 107/2
school [27]  20/16 34/6 34/10
39/12 40/9 41/5 42/4 44/2 44/9
44/21 44/24 45/13 46/23 46/25
47/2 47/25 50/1 50/4 51/10
119/1 119/13 120/24 121/13
121/22 122/2 122/13 122/22
science [7]  44/13 49/19 50/12
50/15 104/5 120/17 164/20
sciences [1]  49/1
scootch [1]  147/3
SCRIVEN [2]  1/11 24/19
seal [1]  83/3
sealed [2]  83/1 107/16
search [2]  155/2 155/22
seat [6]  23/10 23/20 97/20
118/3 149/2 163/10
seated [12]  8/16 23/9 24/9
26/4 51/24 100/16 103/5 106/15
139/6 147/4 150/12 162/5
second [12]  10/17 32/14 32/21
67/12 78/8 107/11 131/13 139/9
153/23 156/16 160/1 164/5
secret [1]  87/12
security [7]  27/1 46/23 102/2
103/20 110/13 119/5 160/17
see [51]  6/21 9/11 9/12 10/6
33/23 34/15 34/16 35/4 35/23
36/10 83/9 83/11 83/15 83/25
84/4 87/5 87/6 92/24 94/17
96/4 96/14 96/15 96/17 98/22
99/11 99/18 102/1 114/8 114/10
114/16 115/21 115/23 117/20
132/6 132/15 132/16 132/21
137/16 146/15 146/16 151/1
151/2 153/7 156/18 158/12
159/2 160/16 163/4 163/13
167/10 167/12
seeing [1]  163/10
seem [2]  22/12 61/24
seemed [1]  52/4
seen [2]  92/24 130/18
select [3]  97/16 99/19 148/6
selected [19]  30/9 78/18 80/3
89/20 92/22 120/24 122/13
122/20 128/10 133/12 134/22
145/8 147/12 147/19 147/22
148/1 148/4 148/4 160/8
selection [10]  96/25 98/15
98/17 100/22 106/22 113/4
122/13 144/9 144/21 147/8
selling [1]  44/18
send [1]  93/4

senior [3]  45/13 49/12 109/2
sense [1]  159/11
sentence [3]  12/14 12/18 12/23
sentenced [1]  77/18
sentencing [1]  24/5
sentiment [2]  80/2 134/21
separate [2]  34/5 158/6
Seremet [5]  122/16 132/4 132/6
133/8 145/19
serious [5]  95/1 101/1 108/20
157/9 162/13
seriously [2]  23/24 101/1
serve [31]  20/15 29/14 30/7
30/10 36/5 39/5 42/9 46/5
50/12 52/13 68/10 78/18 95/13
95/14 95/24 97/16 100/25
101/20 102/19 113/7 117/3
117/4 117/13 132/24 133/12
146/12 146/13 147/13 147/17
147/19 148/1
served [31]  39/10 39/14 39/16
39/23 40/17 41/4 41/11 42/7
42/8 42/21 43/4 43/17 43/18
44/11 44/23 46/16 45/18 46/16
46/17 47/1 47/12 47/22 50/3
50/11 51/5 51/13 66/4 66/21
119/19 123/3 125/19
servers [1]  41/17
serves [1]  38/1
service [54]  18/7 28/25 36/1
37/1 39/14 40/16 41/3 41/4
41/9 44/4 45/17 47/22 48/22
48/23 49/16 51/15 52/22 53/9
54/22 95/12 95/21 95/25 98/7
98/22 107/4 107/4 117/9 117/12
117/21 118/19 118/20 119/1
119/6 119/12 119/13 120/6
120/7 120/16 120/23 120/24
121/8 121/17 121/17 121/21
122/20 123/15 131/25 137/14
137/17 137/17 148/8 149/3
149/6 165/4
services [1]  120/17
serving [5]  32/14 32/18 72/1
73/22 119/10
set [15]  4/23 4/23 37/8 54/25
82/13 85/1 85/9 88/6 88/19
97/13 97/22 116/9 131/3 157/17
168/16
sets [1]  157/9
settled [1]  67/14
seven [9]  7/20 40/5 63/17
110/5 163/24 163/25 163/25
165/23 165/23
seventh [1]  164/8
several [9]  23/21 28/2 29/11
29/19 55/15 60/3 63/17 68/17
127/12
severe [2]  36/18 81/25
Shaffer [3]  33/19 36/1 95/17
shaking [2]  146/15 146/22
Shane [2]  102/11 118/15
Sharon [4]  43/7 56/16 68/5
71/7
she [40]  12/4 15/23 35/12
44/22 50/23 60/11 63/18 64/15
64/18 64/19 76/21 77/10 77/19
77/21 85/25 88/18 88/18 107/21
107/24 107/25 108/1 108/17
108/19 108/19 115/18 119/23
120/15 121/15 121/23 121/24
132/11 132/12 164/19 164/21
164/22 164/23 164/25 165/4

165/6 166/1
she'll [1]  165/4
she's [19]  77/18 77/19 104/4
108/13 108/18 108/19 108/20
121/7 123/14 124/8 124/9 124/9
132/12 164/25 165/2 165/3
165/9 166/13 166/15
sheet [1]  107/12
Sheriff [1]  52/14
Sheriff's [1]  123/22
shift [2]  79/11 134/4
shop [1]  47/20
shorthand [2]  168/11 168/15
should [26]  5/13 17/2 17/8
17/9 22/3 35/9 35/11 72/1 74/2
78/21 104/20 112/15 129/6
129/24 131/22 133/15 136/9
136/12 151/20 152/5 158/10
165/11 165/12 165/13 166/10
166/12
show [1]  159/12
shown [1]  79/18
shy [2]  29/23 101/18
side [6]  82/16 97/17 143/10
143/10 152/13 163/6
sidebar [19]  9/12 9/14 10/12
35/4 35/6 35/24 80/18 96/4
96/6 97/9 106/17 114/16 114/18
115/23 116/24 131/23 132/6
132/8 133/6
sign [3]  23/5 149/4 149/9
significant [1]  162/10
silence [1]  161/5
silent [1]  154/1
simple [2]  29/21 88/3
simply [3]  12/15 151/17 159/7
simultaneously [2]  13/11 23/15
since [16]  35/9 38/25 39/20
39/20 45/12 47/6 48/19 49/12
63/20 71/23 76/20 83/24 108/3
119/15 119/16 154/1
single [4]  43/9 48/15 49/4
121/14
sir [41]  5/21 14/13 18/16
18/16 21/2 24/3 32/24 59/14
60/2 61/8 72/22 74/16 81/23
85/22 85/23 86/12 86/20 87/1
87/8 87/14 87/19 91/5 102/10
107/14 107/16 108/8 109/12
113/9 118/14 126/3 126/22
127/11 130/1 130/7 132/3 132/9
139/7 139/24 141/18 142/21
144/9
sister [6]  52/20 58/10 77/16
78/2 124/2 152/8
sister-in-law [1]  78/2
sit [16]  22/13 24/8 33/4 33/5
33/12 96/21 96/25 99/4 101/23
107/4 109/10 112/13 112/14
112/18 147/2 148/16
site [1]  155/19
sitting [6]  32/13 33/2 81/4
111/8 112/11 129/1
situation [3]  82/1 82/18 84/10
six [13]  50/19 59/20 70/1
92/20 115/15 118/16 122/11
138/15 138/21 138/22 163/23
163/25 165/22
sixth [1]  143/10 164/2
Skopos [4]  112/9 123/11 129/22
141/7
Skypack [5]  37/6 37/8 37/13
69/20 75/5

# S

slate [1]   153/22
sleeps [1]   111/12
slowly [2]   19/22 23/15
small [3]   109/14 114/22 122/19
smart [1]   98/19
smashed [1]   124/22
smelled [1]   151/12
Smith [5]   43/23 50/23 57/7
61/9 142/6
so [182]
social [5]   28/22 119/5 121/5
155/14 155/19
soil [1]   162/24
sold [2]   69/2 69/4
sole [7]   78/21 109/16 109/20
111/17 114/19 114/20 133/14
solely [4]   151/9 156/25 157/1
158/8
some [60]   3/25 5/3 5/18 6/12
6/17 12/22 19/3 24/20 28/21
28/21 30/9 32/2 32/16 32/17
33/14 41/12 42/22 43/10 44/4
48/10 48/16 55/10 61/6 66/10
70/2 72/12 76/17 83/1 87/13
89/16 95/3 95/6 95/16 95/16
101/3 101/11 101/24 108/12
108/19 114/8 115/19 116/2
118/7 124/17 125/23 145/18
145/19 145/23 150/5 150/22
151/14 152/24 157/6 158/9
162/7 162/16 163/3 163/4
163/15 164/23
somebody [7]   34/25 62/15 82/4
84/10 85/2 109/9 113/7
somebody's [1]   82/16
somehow [1]   145/22
someone [4]   59/24 81/24 151/12
160/15
someone's [1]   151/13
something [17]   9/3 9/10 9/10
9/22 13/12 29/25 32/13 80/15
81/25 83/9 83/13 83/14 84/9
87/8 114/2 115/12 152/5
sometime [1]   7/2
sometimes [6]   20/12 72/24
127/20 151/16 152/21 162/24
somewhere [1]   107/12
son [19]   10/20 10/22 11/15
11/19 39/9 41/2 42/5 44/2
47/10 47/11 50/2 50/9 71/14
116/6 119/7 119/10 119/24
121/25 122/18
sons [1]   49/25
soon [3]   36/5 95/13 147/18
sooner [2]   32/9 96/19
sorry [18]   6/5 27/17 37/15
40/7 49/22 51/4 59/16 65/15
69/6 69/18 87/10 110/12 112/22
139/10 140/21 150/2 150/25
157/1
sort [16]   12/6 15/12 16/10
19/3 33/14 38/12 61/6 88/6
106/22 108/20 116/11 116/12
145/23 146/3 146/14 162/16
sound [1]   115/11
sounds [1]   115/11
source [3]   109/20 155/9 157/5
south [2]   37/17 39/3
southern [2]   29/15 41/3
space [1]   9/1
SPANGLER [6]   2/1 24/23 102/4

158/12 168/6 168/21
SPANGLER-FRY [6]   2/1 24/23
102/4 158/12 168/6 168/21
Spanish [1]   20/7
spares [1]   92/21
speak [17]   17/13 17/22 19/23
20/7 23/14 29/16 32/21 81/2
82/19 88/17 88/20 101/14
107/22 108/1 118/4 118/9
118/12
speaking [5]   17/9 18/3 19/21
20/19 146/1
special [16]   3/12 26/4 27/1
27/2 27/2 38/13 53/21 103/6
103/20 103/21 103/21 103/22
125/23 126/20 127/24 157/3
specialist [3]   48/22 49/23
127/5
specialized [4]   70/7 71/16
71/18 126/24
specific [8]   29/23 31/25 51/21
101/11 101/12 101/17 116/2
123/19
specifically [3]   72/17 106/7
128/4
spell [3]   23/2 26/6 27/12
spending [1]   109/7
spent [1]   28/19
spirit [1]   72/23
spoke [1]   94/20
spoken [2]   17/13 19/20
sports [1]   121/16
spouse [3]   43/9 118/24 137/5
Spring [1]   44/15
Springs [2]   123/12 123/12
squad [3]   38/16 54/16 54/17
Square [1]   163/7
St [14]   1/15 39/1 40/23 42/3
47/4 47/7 47/11 48/20 49/10
49/14 51/8 110/16 122/24
126/24
stability [1]   146/15
stadium [1]   8/21
staff [3]   30/3 101/25 161/24
stages [1]   13/7
stand [27]   12/2 18/15 22/13
33/4 33/5 33/12 33/13 35/23
51/20 81/11 81/13 81/20 82/24
88/12 107/18 112/14 112/14
112/18 113/1 113/3 113/5 113/5
115/25 118/3 145/16 161/19
162/17
standard [4]   4/24 5/2 5/11
167/3
standards [1]   83/18
standing [5]   22/16 35/19 35/20
36/2 112/11
stare [1]   135/13
Stark [2]   66/9 66/11
start [19]   9/8 17/22 24/10
37/5 66/2 89/18 98/19 98/20
100/12 114/5 138/16 138/17
145/15 149/15 149/16 149/18
153/22 161/21 163/11
started [3]   98/11 100/23 162/7
starting [4]   3/8 100/13 138/13
138/14
state [49]   3/8 3/22 4/4 4/5
23/2 32/22 32/24 33/18 37/10
51/11 52/13 52/15 52/18 53/4
54/10 61/5 64/3 64/4 64/9
64/13 69/19 74/13 75/13 77/17
80/9 80/18 82/17 102/10 106/13

107/11 107/14 118/4 118/5
118/14 118/18 121/3 122/11
123/22 123/23 125/6 125/22
126/3 129/9 129/11 129/18
130/7 132/3 168/3 168/17
State's [1]   63/3
state-wide [1]   118/18
stated [3]   53/3 77/13 168/12
statement [2]   88/10 159/7
statements [4]   151/25 152/1
159/9 159/10
states [44]   1/1 1/3 1/11 1/14
3/5 3/9 26/3 27/4 27/5 27/5
27/6 27/7 27/8 27/9 27/10
30/15 30/20 30/22 31/6 31/8
32/15 44/3 48/16 55/8 63/9
72/16 72/17 103/4 103/23
103/24 103/25 104/1 104/1
104/2 104/3 105/6 105/10
105/12 105/21 105/23 124/14
128/4 128/5 168/7
station [1]   126/5
status [2]   63/18 63/19
statute [2]   3/23 4/3
stay [10]   21/4 41/23 44/17
51/4 84/22 89/13 96/1 119/9
119/17 120/22
stay-at-home [5]   41/23 51/4
119/9 119/17 120/22
Ste [2]   1/15 1/22
step [6]   21/2 81/6 81/17 82/20
133/8 135/25
stepchildren [1]   50/22
stepdaughter [1]   50/22
stepdaughters [1]   50/10
Stephen [4]   28/5 28/6 28/10
104/11
stepsister [2]   77/10 85/24
stepson [1]   49/14
Stetson [1]   123/14
Steven [1]   45/1
stick [1]   116/12
still [11]   6/18 20/15 30/2
58/23 62/20 70/16 85/13 96/1
118/9 130/10 130/14
stipulation [1]   164/10
stolen [10]   55/12 56/16 56/20
56/21 56/25 57/7 58/2 59/16
71/7 125/8
Storch [7]   51/8 53/3 53/6
59/20 76/13 143/17 148/1
store [1]   45/8
story [1]   82/17
Street [1]   48/23
Streets [1]   148/12
stress [2]   145/25 149/17
stretch [3]   51/20 116/1 162/17
stricken [1]   152/22
strike [16]   136/25 138/7 139/1
139/8 139/11 139/17 139/25
140/7 140/13 140/16 140/23
141/7 142/6 142/9 142/15
142/23
striking [1]   138/5
strokes [1]   108/19
strong [2]   72/15 128/3
strongly [1]   87/22
struck [2]   90/17 92/13
structural [1]   120/21
struggling [1]   22/12
stuck [1]   163/18
student [3]   34/4 44/2 49/15
students [2]   39/22 50/24

**S**

studying [1]  41/2
stuff [2]  10/10 163/5
styled [1]  168/12
stylist [1]  42/18
subject [9]  3/23 30/20 31/6
  55/10 105/9 105/21 124/14
  124/16 136/17
submits [1]  128/18
submitted [1]  4/22
subpoenaed [2]  68/7 68/19
substance [9]  31/1 31/2 31/12
  31/13 74/2 105/16 105/18 106/2
  106/3
substantive [1]  166/24
substitute [1]  121/7
succinctly [1]  29/18
such [11]  39/15 52/14 72/5
  78/23 79/9 97/18 127/25 134/2
  151/14 155/14 159/4
suffer [1]  109/15
sufficient [1]  145/10
suggest [1]  31/21
suggesting [1]  13/18
suggestion [2]  13/10 13/20
suggests [1]  152/6
suitable [6]  95/12 95/14
  100/25 117/14 137/16 147/18
suited [2]  117/4 147/15
summarize [1]  159/18
summary [1]  78/10
summoned [2]  50/3 50/11
summons [1]  148/7
Supermarkets [1]  118/24
supervises [1]  47/20
supervisor [1]  121/7
supply [1]  48/14
supplying [1]  154/20
support [1]  109/18
supposed [3]  69/10 132/13
  162/2
sure [20]  9/6 9/17 10/20 21/11
  24/24 53/7 82/3 82/10 92/17
  95/6 101/4 101/20 102/5 106/23
  108/2 116/16 130/20 148/14
  156/14 161/14
surface [1]  49/17
surfed [1]  71/14
surgery [2]  35/10 48/21
suspended [6]  34/7 34/8 34/9
  34/11 34/13 34/24
suspensions [1]  34/10
sustain [1]  152/19
sustains [1]  152/16
suture [1]  35/8
sutures [1]  33/21
swayed [4]  79/25 128/22 131/1
  134/19
swear [4]  22/23 89/21 145/8
  150/9
swimming [1]  123/13
switched [1]  54/16
sworn [8]  14/16 14/24 22/24
  79/3 79/6 133/22 150/10 150/21
Sykes [1]  163/6
Sylvia [1]  34/3
sympathy [2]  80/1 134/20
system [3]  34/23 78/20 133/14

**T**

T-Mobil [1]  121/6
table [4]  3/11 17/9 26/4 103/5

tails [1]  9/22
take [46]  7/7 7/20 33/14 36/20
  52/18 59/21 69/13 69/24 70/8
  81/17 82/20 84/14 89/2 89/3
  89/5 89/13 89/16 89/20 89/24
  91/25 94/22 97/6 98/1 98/1
  98/7 99/6 107/19 107/22 109/10
  113/21 114/7 114/10 120/15
  132/13 137/15 137/21 153/6
  157/18 157/19 158/1 160/5
  160/22 161/1 161/9 161/15
  164/2
taken [2]  90/7 100/2
takes [2]  29/10 99/18
taking [3]  157/21 158/13
  164/24
talk [18]  15/13 15/16 16/11
  19/22 20/11 66/13 72/25 81/7
  81/7 88/20 98/18 99/1 132/14
  144/15 154/12 156/3 156/4
  156/8
talking [4]  17/15 93/14 93/15
  155/11
TAMPA [40]  1/2 1/5 1/15 1/15
  1/19 1/23 2/2 8/18 25/10 26/3
  26/10 26/14 28/6 37/15 38/15
  39/2 39/19 41/25 43/13 45/10
  46/2 47/23 48/6 49/4 49/22
  50/7 50/19 54/12 54/13 65/5
  67/19 103/5 103/8 104/12
  118/16 122/8 122/10 163/4
  168/7 168/17
target [3]  45/8 45/8 126/15
Tarpon [2]  123/11 123/12
taxed [1]  100/19
taxes [1]  161/22
teacher [5]  42/4 49/4 51/10
  54/4 121/22
teacher's [1]  46/22
teaches [1]  121/7
team [5]  43/2 71/15 111/5
  111/7 111/10
tech [1]  120/5
technician [2]  42/6 120/5
teenage [1]  112/3
teenagers [1]  42/20
telephone [1]  155/13
television [1]  155/5
tell [36]  11/1 14/16 14/24
  18/16 22/3 22/6 31/21 36/9
  78/12 78/12 80/6 80/16 83/7
  85/16 87/8 90/2 94/8 94/10
  95/22 99/12 104/17 106/14
  106/14 106/19 109/22 113/6
  118/10 131/21 131/23 134/25
  145/7 147/7 148/5 154/13
  154/21 158/24
TelLine [1]  27/15
telling [4]  24/8 39/14 88/8
  113/7
TelLink [2]  27/16 104/7
tells [1]  156/9
Temple [2]  46/12 53/18
temporary [1]  36/4
ten [1]  165/25
tend [2]  21/11 33/2
term [1]  29/16
terms [2]  12/22 20/15
Terrace [2]  46/13 53/18
testified [4]  14/18 15/1 68/17
  153/8
testify [19]  6/9 7/12 65/10
  67/4 67/20 79/13 82/2 82/6

82/9 103/18 126/4 134/6 154/1
  154/2 154/3 164/21 165/2
  165/12 165/16
testifying [2]  14/9 153/9
testimony [24]  7/14 29/3 29/4
  29/5 38/8 38/9 53/13 53/15
  55/1 55/2 58/19 88/5 128/21
  151/12 153/4 153/4 153/6
  153/11 153/12 155/3 156/14
  156/17 157/1 158/4
Texas [2]  45/17 71/15
text [1]  155/13
TFS [1]  50/21
TGH [1]  49/24
than [40]  6/5 9/7 25/1 25/3
  25/20 26/20 28/21 32/13 52/11
  61/6 65/1 65/2 70/8 73/17 79/4
  79/7 81/2 92/9 93/20 93/24
  94/2 94/5 102/8 102/16 107/3
  107/4 123/25 125/23 126/1
  128/22 131/12 132/10 133/23
  134/1 135/3 149/19 149/24
  150/4 158/3 160/19
thank [160]  6/19 21/2 21/3
  22/18 23/8 24/4 24/13 25/15
  25/22 26/12 26/16 26/21 27/21
  28/1 29/7 33/15 33/16 34/2
  35/2 36/6 36/24 37/1 37/11
  38/12 38/20 39/13 40/3 40/10
  40/22 41/6 41/13 41/24 42/15
  42/23 43/6 43/11 43/22 44/5
  46/19 47/3 47/14 48/4 48/11
  48/17 49/2 49/9 49/20 50/5
  50/17 51/2 51/7 52/10 53/5
  54/1 54/8 55/5 56/2 56/15
  56/23 58/8 63/13 64/10 64/23
  66/1 67/16 68/4 69/18 69/21
  70/11 71/5 71/22 72/13 77/5
  77/12 80/12 82/19 82/22 82/23
  84/13 84/16 85/23 86/10 86/12
  88/12 88/15 90/5 92/7 94/25
  95/21 95/24 98/21 99/8 99/9
  99/22 102/22 103/3 103/12
  107/14 108/5 108/5 109/11
  110/3 111/4 112/6 112/21 113/3
  114/15 116/17 117/9 117/14
  117/21 117/22 118/21 119/2
  119/14 120/1 120/10 120/18
  121/1 121/10 121/18 122/7
  122/15 122/23 123/10 123/17
  124/11 127/7 128/2 129/16
  132/18 133/5 133/10 133/10
  135/5 137/17 137/18 139/8
  139/25 142/23 144/4 146/24
  147/4 148/10 149/2 149/6 149/7
  149/8 149/10 149/11 150/12
  163/9 163/13 167/16 167/17
Thanks [1]  143/11
that [455]
that's [49]  7/21 12/11 17/23
  21/20 27/15 28/11 29/17 33/13
  34/7 39/7 39/9 40/5 66/22 82/7
  82/11 82/12 84/25 86/1 88/2
  88/3 90/4 91/19 92/20 93/7
  93/9 93/22 94/21 96/25 106/5
  108/14 113/5 116/11 116/12
  123/14 125/15 129/3 129/8
  132/12 138/2 143/9 143/20
  148/23 150/3 160/16 161/4
  163/1 165/10 165/20 166/9
thawed [1]  24/18
theft [1]  124/20

# T

their [38]   5/13 17/8 25/25
26/17 38/9 46/1 50/25 54/22
58/3 78/11 82/2 82/18 86/16
86/16 86/17 87/23 93/8 97/15
97/19 99/21 102/25 103/13
104/22 128/21 131/2 135/14
135/14 138/20 147/8 148/7
151/25 152/2 153/25 154/10
157/23 159/11 159/18 160/16

them [56]   4/24 6/15 9/5 12/12
17/15 20/9 20/11 22/10 24/8
26/19 28/3 32/3 35/1 41/17
65/25 77/19 81/15 82/1 82/17
86/18 89/16 89/21 90/2 94/10
98/13 99/19 100/8 103/1 105/5
110/7 110/8 110/20 114/23
118/9 135/15 138/16 138/17
142/3 145/9 148/19 149/9
151/23 154/15 154/17 156/4
156/9 157/13 157/20 159/4
159/10 159/14 160/11 161/6
161/7 161/10 161/11

themselves [6]   25/25 81/25
82/4 102/25 130/4 156/9

then [57]   6/14 10/4 11/1 17/23
22/2 22/9 23/12 51/21 65/17
77/21 78/3 83/13 89/3 89/6
89/21 89/24 91/25 93/1 93/4
94/7 94/10 94/11 96/12 97/14
98/9 98/13 98/16 101/11 104/17
114/6 114/13 115/10 135/14
135/16 138/12 138/17 138/18
138/20 145/11 146/1 147/20
147/21 152/15 152/17 159/13
159/16 160/13 161/5 161/17
163/13 164/4 164/9 165/12
165/22 165/25 166/11 166/19

therapeutic [1]   34/3
therapist [1]   44/8
there [104]   3/19 3/22 4/1 4/21
5/14 6/4 6/16 6/22 8/18 8/21
12/13 12/19 16/25 17/2 17/4
18/15 18/20 21/13 23/10 25/2
29/24 31/24 32/1 32/19 34/19
36/3 37/16 38/24 40/12 41/5
41/8 41/15 43/24 44/16 45/2
45/11 46/3 46/21 47/5 48/13
49/11 51/9 51/14 52/6 53/1
53/9 54/5 55/22 60/20 62/7
62/15 66/24 67/9 70/1 80/4
80/15 80/17 81/1 81/3 81/20
81/22 82/24 83/18 83/19 86/25
89/23 94/3 94/12 96/21 99/1
99/2 99/19 102/1 102/7 106/6
106/8 107/6 108/1 118/7 118/16
118/23 120/13 120/20 121/3
121/12 122/2 124/10 126/11
128/20 129/6 129/24 130/16
131/20 131/24 134/23 135/2
135/6 149/19 150/6 152/11
153/17 159/3 160/10 166/23

there's [21]   8/23 9/3 9/20
10/6 23/11 23/13 29/12 87/8
92/4 92/4 96/18 97/21 100/24
107/2 107/22 110/7 111/11
113/21 131/21 145/4 147/13

therefore [1]   153/22
Thereupon [18]   9/13 10/12
14/14 14/22 22/24 35/5 35/24
90/7 96/5 97/9 100/2 114/17
116/24 132/7 133/6 150/10

163/20 167/18

these [24]   5/3 12/20 29/12
29/21 52/19 89/18 92/2 92/3
95/1 95/2 95/17 99/21 103/13
104/15 113/6 118/7 147/19
150/23 154/11 156/1 157/8
157/11 158/13 158/13

they [77]   9/4 9/9 9/9 9/24
10/5 10/15 12/3 12/5 12/7
12/13 16/25 17/7 17/9 20/15
22/16 23/23 23/24 31/22 32/2
34/16 34/18 38/9 58/21 63/2
69/24 82/2 83/19 83/19 84/24
84/24 85/1 85/1 85/4 86/8
87/23 88/5 93/8 94/9 94/10
95/8 95/23 97/18 98/1 110/6
110/9 110/10 114/20 114/20
117/6 117/7 117/10 124/22
124/23 124/24 135/14 135/16
136/20 141/13 147/7 149/10
156/2 158/3 158/14 158/19
158/21 158/21 158/23 159/2
159/2 159/11 159/15 160/12
167/1 167/3 163/24 165/16
166/16

they'd [1]   83/20

they'll [5]   22/6 138/19 138/19
138/20 161/8

they're [14]   9/16 9/16 39/22
40/16 41/17 86/7 97/15 146/1
147/9 158/22 158/25 159/3
165/18 167/3

they've [2]   104/23 105/1

thing [6]   84/8 88/3 92/2 98/12
116/12 165/17

things [9]   32/7 34/16 84/7
98/19 101/4 108/20 117/20
151/22 167/7

think [72]   5/5 5/7 5/9 6/24
6/25 7/1 7/21 8/21 9/2 10/5
11/3 11/9 12/3 12/12 18/3 21/9
21/10 21/14 21/15 35/9 35/10
35/12 38/25 40/17 53/1 54/24
55/3 62/15 64/4 66/9 67/17
68/2 68/23 81/18 83/12 85/12
86/5 86/5 87/21 88/10 89/5
89/17 91/21 92/3 93/12 93/24
96/10 96/14 99/14 101/24 108/9
112/16 112/19 115/5 116/15
124/9 124/10 125/14 128/1
130/21 131/22 131/24 132/23
136/6 152/5 161/19 164/2
164/25 165/18 166/4 166/6
166/10

thinking [2]   115/3 132/12
thinks [2]   129/6 152/13
third [3]   50/2 71/25 154/5
thirteen [3]   166/1 166/6 166/7
this [209]
Thomas [5]   44/6 57/16 76/1
143/15 147/23
Thong [2]   107/15 120/2
thoroughly [1]   160/3
those [39]   6/12 6/24 14/10
27/18 28/4 28/8 32/7 34/7 48/2
55/16 57/3 57/12 58/5 58/19
59/2 60/20 60/24 68/8 68/21
70/9 73/10 86/6 86/8 87/22
88/13 92/9 104/10 114/23 123/6
125/12 131/3 131/12 147/13
147/19 148/1 154/11 158/21
159/25 159/25

though [4]   21/4 22/18 33/22

71/21

thought [8]   9/24 10/3 22/15
84/11 87/4 136/11 143/5 150/1
thoughts [1]   84/13
threaten [1]   16/16
three [18]   23/24 34/7 39/22
40/17 41/16 46/24 47/9 47/22
53/20 72/7 86/19 88/18 109/19
119/4 119/18 153/17 163/25
164/16
throat [1]   162/25
through [41]   5/6 5/11 5/12
17/19 30/19 31/5 32/8 32/23
34/15 34/23 36/16 36/17 39/11
50/1 52/3 61/2 63/19 64/5
66/22 68/7 69/3 92/6 94/19
97/22 98/12 98/13 99/11 99/15
102/6 105/8 105/20 114/9 118/1
118/2 118/6 130/21 132/11
163/4 164/2 166/5 168/10
throughout [1]   95/2
Thursday [6]   7/4 32/8 32/10
71/19 106/21 106/23
thus [2]   145/2 145/4
Tigers [1]   158/21
till [3]   32/10 115/21 162/5
time [60]   3/19 6/18 6/23 12/11
13/9 13/13 19/5 20/14 25/24
28/19 36/6 39/4 40/25 46/14
46/14 50/1 51/19 59/9 62/23
70/2 70/24 70/25 78/21 81/6
83/8 89/16 89/17 90/12 95/25
101/3 101/8 102/24 108/25
109/1 109/1 109/7 109/14
112/10 112/15 112/16 113/15
113/20 113/24 114/1 117/16
120/7 131/21 133/15 135/18
137/16 145/10 145/11 149/4
154/18 158/17 159/1 162/2
162/14 162/15 163/17
times [4]   34/7 102/11 160/14
163/6
timetable [1]   99/10
to do [1]   115/5
today [14]   8/18 16/22 29/17
34/11 34/12 34/13 34/17 34/20
34/20 34/21 39/15 102/9 149/15
165/8
toes [1]   33/2
together [5]   28/19 46/5 50/10
142/3 158/5
told [10]   11/22 17/15 34/12
36/16 36/17 80/15 83/16 85/11
147/13 153/16
Tommy [1]   49/23
tomorrow [19]   33/20 35/8 99/17
107/19 113/24 137/5 145/9
145/15 149/16 149/17 160/11
163/10 163/12 163/22 164/13
166/7 166/12 166/15 166/20
tone [1]   37/8
tonnage [1]   71/25
too [5]   12/13 87/25 108/3
114/9 148/14
took [4]   112/15 124/22 124/23
124/23
top [2]   58/13 102/1
Torres [8]   17/12 18/2 18/11
18/12 18/17 21/8 22/2 95/19
total [2]   7/19 93/18
tour [2]   72/5 72/7
toward [3]   62/8 62/9 116/3
towards [2]   15/4 72/12

**T**

TPD [1]  37/19
track [1]  32/23
trade [2]  112/25 121/14
traffic [4]  89/23 163/16
 163/17 163/18
trafficking [2]  62/17 86/2
trained [1]  42/8
training [1]  43/3
TRANSCRIPT [1]  1/10
transcription [2]  168/10
 168/14
translate [2]  21/19 23/13
translating [1]  23/15
translator [1]  20/24
translators [2]  27/18 149/4
Transport [1]  43/25
transportation [1]  49/19
trauma [2]  48/21 48/21
travel [1]  8/18
traveling [3]  149/19 149/24
 150/4
trial [55]  1/10 3/24 6/21 6/21
 9/7 9/20 9/25 12/8 13/9 13/15
 13/16 13/21 13/25 14/2 14/2
 14/5 14/5 14/8 14/11 15/6 15/9
 16/14 24/6 32/6 38/6 42/13
 66/19 68/1 73/3 73/5 73/9
 73/11 78/25 79/11 81/5 92/22
 94/20 98/16 101/5 109/15 128/8
 128/10 128/13 128/15 133/18
 134/3 134/4 150/22 150/24
 151/6 154/11 154/18 154/21
 157/9 159/5
tried [3]  72/20 106/20 158/5
Trinidad [1]  26/11
trip [1]  71/1
Triple [1]  40/7
triplets [1]  42/20
trips [1]  69/16
truck [3]  40/6 111/11 115/7
trucking [1]  119/25 122/19
true [3]  83/14 152/5 168/14
trust [5]  36/22 45/15 49/14
 108/4 157/10
truth [10]  14/16 14/16 14/17
 14/24 14/24 14/25 29/4 29/16
 38/9 101/14
truthful [1]  85/14
try [23]  8/16 9/9 15/12 15/20
 15/21 15/22 20/10 23/14 55/3
 83/22 88/21 93/3 101/2 101/7
 101/7 112/20 118/5 132/17
 152/20 161/23 163/17 163/18
 164/12
trying [9]  13/19 18/7 39/15
 84/2 84/3 112/10 131/4 131/5
 160/9
Tupperware [2]  44/19 44/19
turn [4]  67/19 139/23 161/4
 161/6
turned [2]  12/3 63/3
Turner [10]  34/3 36/8 36/11
 48/12 60/3 76/14 91/10 95/18
 143/16 147/24
turns [1]  45/22
twelve [1]  165/25
Twitter [1]  155/15
two [54]  20/4 30/15 34/1 34/6
 37/19 39/7 40/15 44/21 44/21
 46/16 46/24 47/19 47/23 48/8
 49/25 50/10 50/22 50/22 55/21
 57/16 66/18 66/24 86/6 93/13
 94/3 96/22 101/23 111/11
 113/14 113/16 113/17 113/18
 119/4 119/21 121/23 123/3
 124/10 132/10 138/11 138/11
 138/11 138/12 138/12 138/14
 138/16 138/17 138/18 138/18
 138/20 138/22 140/6 142/2
 143/14 162/6
type [7]  12/14 63/7 64/25 66/8
 76/23 125/25 154/19
types [1]  124/8
typical [1]  128/1
typically [2]  68/7 161/20

**U**

U.S [10]  31/3 31/14 42/7 47/11
 52/21 52/22 72/3 72/4 105/18
 106/3
UCF [1]  39/9
Uh [2]  22/19 141/19
Uh-huh [1]  22/19
ultimately [1]  91/21
umbrellas [1]  151/16
unable [2]  108/20 110/19
unasked [1]  5/14
unbiased [1]  86/17
unchangeable [1]  107/7
uncle [2]  62/16 77/14
uncle's [1]  63/11
under [6]  4/3 14/17 14/25
 78/20 83/17 133/14
understand [18]  9/16 17/13
 17/21 17/23 19/15 19/20 19/21
 20/19 20/20 20/22 21/12 31/22
 81/2 84/3 148/12 156/1 157/10
 159/7
understanding [6]  20/15 104/18
 131/25 143/19 145/21 146/17
undertaken [1]  35/23
unemployed [4]  41/16 41/22
 120/4 121/14
unfit [1]  146/12
unforeseen [1]  7/1
uninspected [1]  70/13
unintelligible [3]  121/16
 132/14 132/17
unit [1]  53/22
UNITED [44]  1/1 1/3 1/11 1/14
 3/5 3/9 26/3 27/4 27/4 27/5
 27/6 27/7 27/8 27/9 27/10
 30/15 30/20 30/22 31/6 31/8
 32/15 44/3 48/15 55/8 63/9
 72/16 72/17 103/4 103/23
 103/24 103/24 103/25 104/1
 104/2 104/3 105/6 105/10
 105/11 105/21 105/23 124/14
 128/4 128/5 168/7
University [3]  37/17 104/5
 164/20
unknown [8]  30/18 30/24 31/4
 31/10 105/8 105/14 105/19
 105/25
unless [15]  9/20 29/22 31/17
 79/17 90/13 94/19 95/24 99/12
 101/16 105/3 114/10 148/6
 152/9 162/10 165/3
unlimited [1]  71/25
unnecessarily [2]  30/6 118/8
unstable [2]  146/10 146/10
untake [1]  91/25
until [18]  12/2 36/10 79/17
 79/20 95/3 98/20 99/24 99/25
 107/8 134/10 134/14 145/16
 149/17 153/19 153/24 156/9
 157/20 162/7
up [44]  9/8 10/15 10/21 11/2
 11/10 12/3 17/16 24/2 29/19
 34/8 34/22 36/15 36/16 63/14
 74/4 82/17 83/12 92/2 94/12
 98/14 98/19 100/7 101/17
 101/25 110/5 110/6 110/7 110/8
 110/20 111/3 112/10 113/3
 115/25 123/18 124/24 126/24
 148/9 160/9 162/9 162/10
 162/17 163/16 166/5 167/10
upon [18]  4/15 5/20 73/24 79/4
 79/7 80/5 85/7 85/8 117/13
 128/10 128/18 129/3 129/4
 133/23 134/1 134/24 157/6
 157/15
upset [1]  146/23
upstairs [2]  92/15 145/17
us [28]  13/24 24/24 24/25 25/1
 25/3 25/3 26/22 29/13 29/22
 33/16 37/10 37/11 63/2 70/1
 87/6 87/24 100/21 101/15 102/5
 102/9 111/11 117/11 131/2
 135/17 147/6 160/20 164/2
 164/12
usdoj.gov [1]  1/16
use [15]  23/21 71/13 76/17
 85/24 113/11 127/20 130/5
 155/1 155/22 160/23 160/24
 160/25 161/10 161/11 168/10
used [7]  9/24 70/14 70/16 71/9
 71/12 93/9 161/8
users [2]  86/7 86/9
uses [2]  115/14 157/2
USF [1]  42/2
usually [2]  110/13 127/19

**V**

vagaries [2]  32/6 94/20
valves [3]  19/2 19/3 19/4
vandalized [1]  57/8
vehicle [2]  56/11 57/21
vehicles [1]  57/16
Venice [2]  38/23 69/24
venire [14]  10/19 12/2 17/1
 24/15 25/2 81/10 88/14 94/24
 96/3 99/5 100/15 136/2 147/1
 148/11
venire's [1]  5/20
venture [1]  8/14
veracity [2]  29/5 38/9
verdict [36]  39/25 40/18 41/5
 42/10 47/23 47/24 49/18 73/8
 73/16 73/23 78/19 79/2 79/4
 79/7 79/15 79/25 80/5 83/12
 84/5 86/4 122/2 128/12 128/22
 129/2 133/13 133/20 133/23
 133/25 134/8 134/19 134/24
 151/7 153/3 156/5 158/11
 159/21
verdicts [1]  123/6
Vericker [5]  122/8 124/21
 126/23 130/8 140/17
versus [3]  3/6 30/16 88/4
very [14]  34/25 58/10 73/2
 84/23 87/22 102/22 108/1 108/5
 108/13 113/11 127/2 153/24
 163/13 167/16
vessel [4]  30/20 31/6 105/9
 105/21
vessels [1]  70/13

## V

**veteran** [2]  116/5 116/7
**vibrate** [2]  161/5 161/6
**Vick** [3]  27/8 104/1 164/1
**victim** [3]  55/12 57/1 124/19
**Victoria** [3]  112/24 119/3
129/12
**video** [1]  161/9
**Vietnam** [1]  42/7
**view** [11]  7/5 62/9 79/4 114/25
115/2 116/2 133/23 154/24
155/3 156/19 157/6
**viewing** [1]  9/21
**views** [1]  88/13
**Viktoria** [1]  110/4
**violate** [1]  157/16
**violation** [9]  31/2 31/13 66/11
79/3 79/6 105/18 106/3 133/22
133/25
**violence** [1]  10/7
**violent** [1]  34/25
**virtue** [1]  72/24
**visit** [2]  154/24 156/13
**Vizza** [10]  4/24 24/21 81/15
88/17 101/25 149/1 149/20
150/9 160/7 163/15
**voir** [17]  4/21 4/25 5/3 5/7
5/12 5/13 5/15 5/19 6/12 6/16
17/5 17/19 29/15 29/15 35/22
84/19 101/13
**VOLUME** [1]  1/10
**voluntarily** [1]  53/24

## W

**W-I-L-B-U-R** [1]  23/6
**Wachee** [1]  40/5
**wage** [1]  112/4
**wait** [1]  96/21
**waiting** [2]  107/21 111/9
**waived** [1]  143/10
**Waldemar** [5]  3/12 26/4 27/2
103/6 103/21
**walk** [3]  74/5 102/17 108/19
**walking** [1]  151/15
**wall** [2]  33/13 113/5
**wallet** [1]  56/21
**want** [55]  6/6 9/22 10/3 10/3
11/8 13/24 15/19 16/22 17/19
18/1 22/13 22/14 22/14 24/23
33/13 36/2 58/14 81/15 82/2
83/10 83/24 84/9 87/4 88/20
89/2 89/17 92/22 93/1 93/3
93/10 96/9 96/10 96/11 97/1
98/9 99/1 99/2 99/15 106/13
106/14 113/5 115/22 116/1
118/9 131/22 132/1 132/18
141/20 142/2 155/10 157/18
160/9 161/15 162/24 162/25
**wanted** [6]  15/12 15/23 80/16
87/5 87/6 87/8
**wanting** [2]  13/11 14/11
**wants** [4]  13/24 44/22 88/19
113/1
**Ward** [1]  118/17
**warfare** [1]  49/17
**warrant** [1]  43/25
**was** [196]
**washed** [1]  125/9
**Washington** [1]  124/3
**wasn't** [2]  11/21 65/24
**watch** [1]  155/4
**watching** [1]  61/24

**water** [1]  127/2
**wave** [1]  162/18
**way** [22]  6/10 9/2 12/18 35/22
53/14 55/1 74/10 84/5 92/3
93/8 95/22 99/14 107/23 109/3
115/3 148/14 148/16 149/22
149/25 150/4 163/3 163/3
**ways** [1]  157/3
**we** [182]
**we'll** [48]  6/18 8/16 9/6 9/11
23/14 29/19 35/23 36/20 36/22
37/10 51/21 82/21 84/14 86/13
88/13 89/13 89/24 94/7 94/8
94/9 94/9 94/11 95/12 97/4
98/13 98/21 98/22 99/14 99/16
99/18 101/2 113/21 117/19
137/16 138/11 145/11 149/16
149/18 160/13 161/20 162/8
162/9 162/14 162/18 163/11
163/13 165/12 166/19
**we're** [33]  4/11 10/18 10/18
20/16 20/17 29/17 29/20 29/21
30/5 30/6 32/10 39/15 84/25
90/6 92/17 93/14 93/15 95/1
95/3 97/23 98/11 99/23 100/12
101/14 111/12 115/5 148/23
148/25 149/14 150/20 160/8
164/24 167/16
**we've** [7]  28/1 57/21 100/24
106/21 107/20 115/18 147/14
**weather** [3]  32/7 69/14 81/8
**website** [2]  69/3 69/3
**websites** [2]  155/14 155/19
**Wednesday** [10]  7/2 7/3 24/5
106/21 145/13 145/14 163/10
163/12 166/4 166/10
**week** [5]  13/13 14/1 34/7 56/25
70/6
**weekend** [3]  69/14 127/21
127/22
**Weeki** [1]  40/5
**weeks** [3]  34/1 34/6 34/8
**weight** [3]  151/21 154/3 158/3
**Weinger** [2]  27/11 104/4
**welcome** [3]  12/15 24/18 147/5
**well** [37]  6/11 10/24 11/1
11/24 13/23 14/10 24/9 24/12
36/7 52/4 54/18 63/20 72/4
73/2 81/1 81/17 83/8 87/5 88/3
90/16 93/4 94/7 97/23 99/7
101/6 104/11 108/1 108/25
127/4 133/9 136/14 137/14
141/15 143/6 145/3 148/9
164/16
**went** [9]  39/11 53/8 63/19
66/19 70/2 98/12 116/13 118/2
126/25
**were** [60]  12/13 14/8 14/9 19/9
22/16 22/24 23/23 23/24 27/18
27/24 38/10 40/1 40/20 41/21
42/12 46/4 48/1 53/17 53/21
55/25 57/9 58/10 58/18 59/7
60/11 62/22 62/25 63/7 65/13
65/16 65/22 65/22 66/12 66/24
67/7 68/1 70/1 70/5 71/13
83/19 86/6 86/8 94/8 97/18
117/10 122/5 123/8 124/22
124/25 126/12 126/19 126/15
146/21 146/22 146/22 148/5
150/14 156/16 163/3 163/5
**weren't** [2]  59/9 148/4
**wet** [3]  151/15 151/16 162/25
**Whallen** [10]  45/10 54/3 58/2

71/11 76/6 80/11 81/12 81/19
91/6 95/18
**what** [117]  5/11 6/21 7/22 8/17
13/3 13/14 13/20 14/4 14/6
15/22 16/22 17/23 18/18 18/24
19/1 19/9 19/11 20/22 21/16
22/14 23/23 23/24 28/12 29/17
31/16 31/21 32/1 32/6 36/10
37/24 38/18 43/20 44/22 45/25
49/7 50/14 50/25 52/11 54/14
63/7 63/11 64/2 65/2 66/8 68/6
69/9 73/17 74/18 76/23 79/3
82/2 83/2 83/7 84/25 86/7
89/17 89/25 91/20 92/25 93/16
94/7 95/5 97/14 97/23 99/21
101/14 102/12 104/18 104/23
105/1 106/8 107/12 107/17
108/3 110/19 110/24 111/2
111/10 112/4 112/13 112/23
113/24 114/1 118/1 119/21
123/25 124/8 132/16 133/21
135/3 143/20 145/20 146/5
146/6 146/8 150/23 151/3
151/12 151/22 152/9 152/9
152/11 152/21 153/3 153/4
153/8 155/18 156/12 156/18
157/19 158/2 158/24 159/1
159/11 160/8 162/2 166/16
**what's** [10]  9/18 81/3 104/19
106/5 108/16 111/9 112/22
122/21 150/20 163/21
**whatever** [7]  81/8 87/15 98/9
141/13 151/21 158/21 158/21
**whatsoever** [2]  152/8 155/17
**wheels** [1]  162/6
**when** [52]  9/25 13/9 14/2 19/20
19/21 20/19 32/21 33/2 33/3
33/4 34/8 34/23 38/25 39/13
45/12 45/12 52/19 57/1 57/1
57/9 58/12 58/15 59/6 59/22
60/11 63/3 66/25 70/15 70/25
71/15 81/24 83/13 84/21 84/23
85/11 88/5 99/24 107/10 108/10
110/19 131/21 149/18 152/12
152/23 152/25 154/15 157/24
160/10 160/21 161/3 161/14
161/17
**Whenever** [1]  152/19
**where** [24]  18/18 23/10 24/9
35/23 41/4 49/18 53/17 84/9
97/15 98/10 107/25 110/11
110/15 114/3 115/21 117/20
141/20 147/8 148/13 148/16
154/15 154/24 160/23 162/12
**WHEREOF** [1]  168/16
**whether** [22]  10/20 12/5 15/12
15/17 24/25 30/7 32/19 38/9
84/25 85/4 85/6 85/7 98/15
107/6 151/4 151/19 153/10
154/2 155/8 158/1 166/12
166/15
**which** [28]  3/23 5/8 13/21 18/7
36/2 39/16 55/9 68/7 78/3 79/5
81/4 89/24 94/20 97/13 101/10
101/13 116/3 117/13 118/2
118/7 124/16 133/23 134/18
155/5 158/7 161/2 164/6 164/16
**while** [14]  14/4 30/19 31/5
31/9 72/1 81/13 81/18 105/9
105/20 105/24 108/12 153/9
**white** [4]  46/12 84/23 143/15
147/23
**who** [72]  3/15 24/19 24/24 25/3

## W

**who...** [68]  26/11 26/14 28/9
31/24 32/1 34/4 34/22 42/5
43/16 44/2 45/23 49/15 50/10
50/16 54/3 60/15 78/2 80/4
80/18 81/2 81/3 82/9 85/24
85/24 88/7 88/7 88/17 92/18
94/8 95/3 95/5 95/14 95/24
97/16 97/21 97/22 101/23
101/25 102/3 102/5 104/15
106/6 106/8 106/9 107/6 119/10
119/10 123/21 128/20 129/6
129/24 134/23 135/2 136/8
136/11 145/8 145/19 145/22
147/13 147/15 147/19 147/22
148/1 148/23 149/19 151/14
160/17 160/19
**who's** [6]  23/9 58/24 92/24
119/8 119/9 130/8
**whoever** [1]  64/5
**whole** [5]  14/16 14/24 17/19
23/23 34/10
**whom** [10]  30/21 31/7 104/11
105/11 105/22 111/7 112/2
150/6 154/14 159/16
**whomever** [1]  148/17
**whose** [2]  61/2 114/20
**why** [4]  156/1 156/2 160/15
164/22
**wide** [1]  118/18
**widowed** [1]  123/14
**wife** [30]  39/21 40/14 42/4
43/15 44/1 44/9 45/14 47/8
48/8 49/13 49/24 51/4 64/12
64/14 77/8 85/24 107/19 108/11
112/3 118/18 119/17 120/5
120/15 120/22 121/5 122/10
122/18 132/11 132/14 146/1
**wife's** [2]  124/2 124/22
**will** [124]  5/9 7/24 7/24 10/9
11/22 16/1 17/4 17/7 17/23
22/25 23/1 23/9 30/9 30/21
31/7 32/4 32/5 32/8 33/5 36/9
36/25 37/4 37/5 37/9 73/6
73/15 78/19 78/24 79/1 79/5
79/11 79/22 79/24 80/6 80/7
81/1 81/13 85/5 87/15 89/19
89/24 92/21 93/24 94/7 95/25
96/13 96/21 97/12 98/12 98/15
99/19 99/21 101/7 101/11
101/16 104/8 104/11 105/11
105/22 106/20 106/23 114/10
117/19 118/5 130/24 131/12
133/13 133/17 133/18 133/23
134/4 134/16 134/18 134/25
135/25 136/1 137/2 138/17
138/18 139/1 145/7 145/7 145/8
145/8 145/9 147/12 147/13
150/24 151/3 151/6 151/23
152/1 152/11 153/14 154/6
154/15 154/16 157/12 157/24
158/12 158/14 159/5 159/6
159/13 159/18 159/19 159/20
159/22 159/24 160/4 160/10
160/12 161/18 163/15 163/25
164/1 164/1 164/3 164/9 165/12
165/16 165/22 167/10 167/10
**Willbur** [1]  23/6
**willfully** [2]  30/23 105/13
**William** [4]  118/22 120/12
129/15 129/17
**willing** [1]  95/24
**willingness** [1]  36/6
**Winchester** [1]  54/4
**wind** [1]  71/14
**windows** [1]  124/22
**winner** [1]  111/24
**winter** [3]  34/6 41/7 119/16
**wish** [11]  21/7 74/7 89/4
117/15 133/9 135/16 137/14
137/20 137/22 148/9 159/16
**within** [1]  71/4
**witness** [39]  10/20 11/17 11/18
21/16 28/25 55/9 58/18 60/24
64/25 65/3 65/22 65/25 66/4
66/6 66/12 66/14 66/21 83/20
98/20 103/15 124/16 125/25
151/14 152/7 152/9 152/10
153/5 153/6 153/8 156/18
156/19 157/19 157/23 161/19
164/2 164/4 164/16 164/19
168/16
**witness'** [6]  153/7 153/8 153/9
153/9 153/11 153/12
**witnesses** [15]  26/23 26/25
28/2 89/15 92/2 99/12 99/16
104/10 145/11 155/24 159/13
159/16 163/21 164/24 165/3
**witnesses'** [1]  152/4
**won't** [11]  28/3 30/4 34/18
97/25 98/2 117/2 158/19 158/22
162/6 162/9 165/4
**word** [2]  36/23 84/11
**words** [1]  157/3
**work** [28]  19/10 37/16 43/2
45/7 48/14 50/14 50/15 66/23
108/13 108/22 108/24 108/25
108/25 109/8 110/11 110/15
110/22 110/25 111/7 111/19
111/21 111/23 114/20 114/21
118/23 119/24 130/21 160/19
**worked** [6]  39/1 39/4 40/7
64/15 72/3 119/5
**worker** [1]  121/5
**working** [2]  39/3 41/19
**workmen's** [1]  39/3
**works** [13]  36/10 46/25 49/15
49/24 50/1 50/16 50/23 54/11
110/13 110/17 120/15 121/6
121/25
**worry** [1]  160/3
**worse** [1]  33/3
**worst** [1]  150/7
**Worth** [1]  121/12
**would** [151]  5/15 7/6 7/11 7/13
7/14 7/16 8/2 8/14 9/9 11/3
11/6 11/9 14/4 14/7 14/7 14/13
14/20 15/3 18/6 18/7 18/8
21/11 21/12 21/13 21/14 21/14
21/15 21/16 22/2 22/10 26/22
28/25 29/3 29/5 30/7 32/3
32/13 32/18 33/5 33/7 33/8
35/12 35/21 36/21 38/2 38/6
46/4 51/15 52/7 52/23 53/10
53/13 53/14 54/5 54/23 54/25
55/2 55/16 55/22 56/17 56/21
59/17 59/22 60/21 62/7 63/2
64/4 67/10 73/21 74/9 77/6
79/3 79/6 80/17 82/1 82/8
82/10 83/18 83/22 83/22 83/25
85/16 85/24 86/3 86/5 86/25
87/15 87/16 88/6 88/8 88/16
89/17 91/25 92/5 93/10 93/12
94/4 97/3 97/6 97/14 98/4 98/7
98/16 102/19 103/15 106/10
107/7 108/11 109/24 114/5
115/3 115/15 116/3 117/18
125/16 126/12 128/5 128/25
130/17 130/18 130/19 130/20
130/20 131/6 131/8 131/20
131/21 131/25 133/16 133/22
133/24 135/4 135/6 136/6
137/10 137/23 138/18 139/11
142/15 143/14 147/16 150/7
150/9 157/5 159/16 164/2 164/2
164/21 166/3 166/4 166/4
**wouldn't** [8]  71/18 83/20 93/5
97/19 116/15 128/1 131/7
136/12
**writing** [2]  107/22 164/12
**written** [1]  27/19
**wrong** [4]  84/8 88/7 100/24
147/14
**wrongfully** [1]  62/3

## Y

**Yacht** [1]  70/16
**yahoo.com** [1]  1/24
**yeah** [8]  19/14 19/19 19/22
20/12 77/2 77/21 115/20 130/8
**year** [24]  34/10 39/8 41/2 42/4
42/20 43/18 44/21 45/18 46/25
47/16 50/2 58/16 58/16 66/5
67/3 71/4 110/5 117/20 119/7
119/8 119/9 121/6 121/7 123/16
**years** [99]  18/22 19/8 37/16
38/24 39/2 39/4 40/5 40/12
40/13 40/18 40/24 41/1 41/8
41/9 41/15 41/16 42/1 42/1
42/6 42/17 42/25 43/1 43/8
43/9 43/13 43/14 43/16 43/24
43/24 44/8 44/16 44/17 45/2
45/3 45/11 45/16 46/13 46/14
46/21 46/22 47/5 47/16 48/6
48/6 48/13 48/14 48/18 48/19
49/4 49/11 49/15 49/23 49/24
50/7 51/9 53/20 57/17 58/13
59/17 59/20 60/9 60/14 61/18
63/17 63/17 63/19 64/15 66/20
66/25 68/18 68/20 69/12 70/24
71/14 76/21 118/16 118/17
118/23 119/4 120/3 120/3
120/13 120/14 120/20 120/20
120/23 121/3 121/12 121/13
121/20 121/21 122/9 122/17
122/18 122/25 123/12 123/13
124/10 132/11
**Yep** [1]  143/9
**yes** [198]
**yes/no** [3]  75/20 76/1 76/13
**yesterday** [1]  163/5
**yet** [6]  34/11 44/22 107/22
108/3 115/18 120/6
**you** [970]
**you'd** [1]  39/16
**you'll** [17]  23/13 23/15 24/10
26/18 30/2 36/4 52/18 101/3
117/2 118/9 128/10 138/17
138/18 138/19 149/17 162/7
162/8
**you're** [34]  17/9 20/9 29/11
36/1 36/3 36/5 36/9 55/9 69/9
84/3 95/10 95/11 95/11 95/20
95/20 110/19 117/13 124/16
128/10 133/8 133/12 138/14
141/16 148/10 148/15 152/23
155/18 157/23 160/11 160/17

**Y**

**you're... [4]**   161/16 162/20
 163/8 163/19
**you've [10]**   5/18 19/5 24/21
 24/21 65/2 70/25 101/24 107/17
 123/25 147/10
**younger [2]**   46/24 70/15
**your [448]**
**yours [2]**   36/4 52/13
**yourself [4]**   127/4 127/24
 155/20 157/20
**yourselves [3]**   81/7 154/12
 161/2