<pre>
 1                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION

 3   UNITED STATES OF AMERICA,    Case No. 8:16-CR-314-T-35JSS

 4           Plaintiff,

 5    VS.                         Tampa, Florida

 6   BEON NICHOLAS PHILLIPS and
     NEIL JASON MERRITT,          January 10, 2017
 7

 8           Defendants.          9:00 a.m.

 9   _____/

10                        VOLUME II
                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
11              BEFORE THE HONORABLE MARY S. SCRIVEN
                  UNITED STATES DISTRICT JUDGE
12

13   Appearances:

14   For the Government:     JOSEPH K. RUDDY, ESQUIRE
                             Assistant United States Attorney
15                           400 N Tampa St., Ste 3200
                             Tampa, FL   33602
16                           (813)274-6000
                             joseph.ruddy@usdoj.gov
17
     For the Defendant       MARK W. CIARAVELLA, ESQUIRE
18   Phillips:               Mark W. Ciaravella, PA
                             1110 N. Florida Ave
19                           Tampa, FL  33602
                             (813)388-0881
20                           mwc@ciaravella.com

21   For the Defendant       JORGE L. CHALELA, ESQUIRE
     Merritt:                Jorge Leon Chalela, PA
22                           3030 N. Rocky Point Dr., Ste 150
                             PO Box 173407
23                           Tampa, FL  33672-0407
                             (813)221-5600
24                           Chalelalaw@yahoo.com

25
</pre>

| | |
|---|---|
| 1 | Court Reporter: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Court Reporter:          MS. CLAUDIA SPANGLER-FRY, RPR, RMR
                         Official Court Reporter
                         801 N Florida Ave., 7th Floor
                         Tampa, FL 33602
                         (813)301-5575
                         cookiefry@aol.com

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

```
1                    I N D E X
2  WITNESSES:                                        PAGE
3  JOSHUA GARSIK
```

4  Direct Examination by Mr. Ruddy ........................  34
5  Cross-Examination by Mr. Ciaravella ...................  78
6  Cross-Examination by Mr. Chalela ......................  96
7  Redirect Examination by Mr. Ruddy .....................  100
8  KEN ELLIOTT CRUZ-REYES
9  Direct Examination by Mr. Ruddy ........................ 105
10 Cross-Examination by Mr. Ciaravella ................... 116
11 Cross-Examination by Mr. Chalela ...................... 118
12 RANDY BURLESON
13 Direct Examination by Mr. Ruddy ........................ 131
14 Cross-Examination by Mr. Ciaravella ................... 141
15 Cross-Examination by Mr. Chalela ...................... 144
16 JOSEPH RENDON
17 Direct Examination by Mr. Ruddy ........................ 155
18 Cross-Examination by Mr. Ciaravella ................... 174
19 Cross-Examination by Mr. Chalela ...................... 183
20 Redirect Examination by Mr. Ruddy ..................... 195

```
21                    EXHIBITS
```

22 Government's Exhibits 1-A - 1-C in Evidence ............  48
23 Government's Exhibits 2-A - 2-P in Evidence ............  64
24 Government's Exhibits 5-B - 5-D in Evidence ............ 113
25 Government's Exhibits 4-A - 4-I in Evidence ............ 166

# P R O C E E D I N G S

January 10, 2017

\*\*\*\*\*\*

1    THE COURT:  Good morning.  Please call the case.

2    THE CLERK:  In the matter of United States of America versus Beon Nicholas Phillips and Neil Jason Merritt, Case No. 8:16-CR-314-T-35JSS, this matter is again in session.

Counsel, please restate your appearances.

MR. RUDDY:  Joseph Ruddy for the Government.  Good morning, Your Honor.

THE COURT:  Good morning.

MR. CIARAVELLA:  Mark Ciaravella for Mr. Phillips.

MR. CHALELA:  Good morning, Your Honor.  Jorge Chalela on behalf of Neil Merritt.

THE COURT:  Good morning.  Any preliminary matters?

MR. RUDDY:  I don't believe so, Your Honor, other than we do have a stipulation as to the chain of custody and the crime lab report.  We'll be finalizing that later today and filing it.

THE COURT:  All right.

That's fine.  And what about your witness?

MR. RUDDY:  I've talked to Dr. Kammrath, she will be here tomorrow.

THE COURT:  All right.

Any issues from the defense?

1      MR. CIARAVELLA:  Well, I had wanted to inquire

2  regarding that witness because -- if it's a certainty or

3  whether it's a hope because, obviously, if there's not going to

4  be an expert witness regarding that issue, I would want to

5  limit what Mr. Ruddy could talk about during the opening and

6  with some of the witnesses because that witness is necessary to

7  bring in this ion scan evidence.

8      THE COURT:  This person is a certainty?

9      MR. RUDDY:  Yes, Your Honor.  There are two -- to be

10 clear, there are two witnesses that will testify about the ion

11 scan results.  One is a Coast Guard officer that is here --

12     THE COURT:  The only question is whether this witness

13 is going to be here and she's going to talk about that.

14     MR. RUDDY:  She will be here and she will talk about

15 that.

16     THE COURT:  All right.

17     That obviates any motion you have about limiting

18 Mr. Ruddy's opening or his inquiry of other witnesses.

19     MR. CIARAVELLA:  It would be moot, Your Honor, if

20 he's insuring the witness will be here.

21     THE COURT:  All right.

22     And is the Rule invoked?  No one has said.

23     MR. RUDDY:  Your Honor, I have advised my witnesses

24 here that they are sequestered and they should not discuss

25 their testimony once they have completed their testimony.

```
 1    Prior to testifying --
 2              THE COURT:  Yes, the Rule is invoked?
 3              MR. RUDDY:  Yes, Your Honor.
 4              MR. CHALELA:  Yes.
 5              THE COURT:  Both parties are responsible for ensuring
 6    that there is no breach of the Rule.  If there's a breach of
 7    the Rule, then the witness will likely be excluded absent some
 8    extraordinary showing.  That includes counsel telling the
 9    witnesses what was said and witnesses telling each other what
10    was said in the proceedings.
11              Anything else?
12              MR. RUDDY:  No.
13              THE COURT:  Please recall the jury.
14              (Jury returned to the courtroom.)
15              Good morning, ladies and gentlemen, welcome back to
16    the proceedings.
17              As I indicated to you yesterday, we will begin the
18    proceedings by counsel for the Government providing an opening
19    statement, followed by an opening statement by counsel for each
20    of the Defendants, keeping in mind also what I said yesterday,
21    that statements of the lawyers are not evidence, but it is --
22    in this case, the opening is intended to give you some
23    understanding of what the parties' counsel believe that the
24    evidence will show as the case is presented, so if you would
25    give them your attention.  I'm told the Government's opening
```

1  won't last longer than 30, and then there will be probably a

2  split of about 30 between each of the Defendants.

3          Counsel?

4          MR. RUDDY:  Thank you, Your Honor.  Counsel.

5          Good morning, ladies and gentlemen.  Once again, my

6  name is Joe Ruddy, I'm the prosecutor in this case.

7          THE COURT:  Sorry, Mr. Ruddy, when you turn that

8  podium, it has an old school stop on the bottom and you have to

9  kind of stick it in or it will rock on you.

10          MR. RUDDY:  Okay.

11          THE COURT:  Or not.

12          MR. RUDDY:  Okay.  We'll see how this works anyway.

13          THE COURT:  Thank you.

14          MR. RUDDY:  Once again, good morning.

15          As Judge Scriven has told you, this is my opportunity

16  to give you a framework, an outline of the case that you are

17  about to hear from the Government witnesses.  And as we went

18  through yesterday in the voir dire process is that the

19  Indictment is simply a charge; it's not evidence.  You can take

20  from that it's nothing more than an accusation.  The evidence

21  that is going to be used to prove that these two Defendants are

22  guilty of those charges is going to come from the witness stand

23  and the various documents and evidence that are going to be

24  received in evidence to establish that.

25          Now, the charges, as we all know, involve drugs,

1   involve five kilograms -- more than five kilograms of cocaine.

2   It involves a vessel that is subject to the jurisdiction of the

3   United States, and as you heard from the list of witnesses that

4   we're -- that I recited to you yesterday, it involves the

5   United States Coast Guard, many witnesses from the United

6   States Coast Guard.

7          This was an incident that happened July 1st of last

8   year, 2016, in the Eastern Caribbean, near the -- off the coast

9   of the British Virgin Islands, St. Croix, and it involved a

10  sailing vessel which was -- went by a number of names, the Road

11  Adventurer, XR -- XKS Adventures and the BUFF.  It was

12  proceeding towards the British Virgin Islands, had left

13  Trinidad several days before, two or three days before,

14  June 28th I think it was, and there were two people on board.

15  And originally, there was a claim -- it's kind of like with

16  vessels, if you -- some of you during voir dire we asked do you

17  have any boats or experience with sailing.  Boats are like

18  cars, they have to be registered, and that's not only in

19  Florida or the United States, but that's everywhere throughout

20  the world.

21         If you have a vessel, it should be registered in a

22  country, and the Coast Guard, be it the United States or any

23  other country, when they encounter a vessel on the open seas,

24  they can inquire of that vessel where is your -- where are you

25  from, where's your -- where are you flagged, where's your

1    vessel registered, and that's no different than what occurred

2    here.  Sometimes vessels will fly a flag while they're underway

3    in open seas, the flag of the country they're registered in.

4    Sometimes when they get into port, they will have a flag of

5    their country and a flag from the port that they're about to

6    enter, from the country that they're about to enter, but in

7    this case, no flag was being flown.

8            They communicated by radio with the sailing vessel

9    BUFF and made inquiries about the registry of the vessel.

10   Information was obtained and they were -- the Coast Guard was

11   in the process of trying to verify whether, in fact, this claim

12   of registry was accurate.  They received permission, the Coast

13   Guard -- the Coast Guard was on a U.S. Navy vessel, the USS

14   SHAMAL, and this was a Coast Guard law enforcement detachment

15   team.  It's one of the few -- the Coast Guard is a small --

16   probably the smallest of the military branches.  It does a

17   hybrid of things.  It can do traditional law enforcement in the

18   open seas, it can do defense -- Department of Defense type

19   military type operations, enforce fisheries.  This was a

20   counter drug deployment by this Coast Guard law enforcement

21   detachment team on this Navy asset.

22           What they did was, they attempted to launch -- they

23   call it -- it's a small boat, it's called an over-the-horizon,

24   their acronym, military acronym, OTH, over the horizon.  It's a

25   small boat, it can carry about six or eight people, and it's

1    basically intended to transit from, in this instance, the Navy
2    asset the SHAMAL to any particular vessel or location that they
3    want to go to within a reasonable distance, 12 -- 10, 12 miles
4    from the vessel to investigate.
5            Here, the SHAMAL was a short distance, literally
6    within several nautical miles, easily within eyesight of this
7    vessel the BUFF.  And they attempted to launch the
8    over-the-horizon with a boarding team of five people and the
9    vessel, the over-the-horizon, had a mechanical casualty, they
10   call it, mechanical problems and it took several hours to
11   repair that, about -- almost three hours.  In any event, they
12   ultimately launched the over-the-horizon with five people on
13   board.  Three of those five people were Coast Guard personnel
14   that were going to do the boarding on this vessel.
15           They were -- it took them minutes, a matter of
16   several minutes.  At this point, they're within probably half a
17   nautical mile of the BUFF.  They get there within 10 minutes,
18   and when they arrive there, they get on board, three of the
19   five people get on board, and they'll do -- a traditional
20   maneuver will be, they'll do what's called a horseshoe pattern
21   around the vessel and basically they'll -- just like when you
22   circle a horseshoe, they try to go around each side of the
23   vessel to determine -- get an idea what they're looking at,
24   what they're getting into here, you know, is there any signs of
25   problems or anything unusual along any side, port, starboard,

1  bow, stern, any portion of the vessel before they go on board.

2  Well, they got -- three Coast Guard personnel got on

3  board and there's two people on board.  Mr. Merritt was the

4  captain and Mr. Phillips was the second person on board.  Now,

5  whoever is the master or the owner, the captain of the vessel,

6  that's the person that the Coast Guard usually inquires, okay,

7  where's your documentation, what do you have to show your

8  vessel is registered in whatever country you claim it is.  And

9  you'll hear from the Coast Guard officers that did this

10 boarding they got a number of inconsistent information from

11 Mr. Merritt.

12 First was it was registered in Trinidad because both

13 of these men are citizens of Trinidad.  That turned out, the

14 documentation didn't support that.  Now it's in the British

15 Virgin Islands.  Well, there was no documentation to support

16 that as well.  And finally, oh, it's registered in Delaware,

17 and they provided documentation for that.  Well, you'll hear

18 that when these inconsistent claims -- you get one shot, you

19 get one shot to get it right.  If you don't know where you're

20 registered, then you've got a problem.  This is not a shell

21 game you're going to be playing with the Coast Guard, you tell

22 them where your vessel is registered and we move on.

23 So, ultimately, there's multiple claims of where this

24 vessel is registered.  The boarding team does what's called an

25 initial safety sweep or initial safety inspection and basically

1   that's to ensure that there's no fire or there's no damage to

2   the vessel that it's in danger of sinking, there's no

3   electrical problems, there's no engine on fire, there's some

4   hazardous substances on board or weapons and so forth, everyone

5   that's supposed to be on board is accounted for.

6         That's an initial safety sweep, and that was done --

7   this is a relatively small vessel, it took a relatively short

8   period of time, but they were able to do that and determined

9   that the vessel -- there were, in fact, only two people on

10   board.  They noticed nothing in the way of concerns about the

11   navigational ability or the seaworthiness of the vessel at the

12   time.

13         So -- but one of the boarding team members, the

14   boarding officer, Officer Garsik, is looking over off the

15   vessel and observes 50 yards away a number of packages floating

16   in the water.  So he reports it to the small boat, the

17   over-the-horizon boat.  Remember, of the five people that were

18   launched on the boat, three are now on board the BUFF.  The

19   other two Coast Guard members are on board the over-the-horizon

20   vessel and they're directed to go, "hey, check out these

21   packages that are 50 yards away".

22         So, they go to check these out, and in this grouping

23   of packages, there's a number of cardboard boxes that, while

24   they're wet, they are substantially intact, they have not

25   deteriorated or degraded to the point where they're falling

1    apart, become just –– you may have seen from time to time if

2    cardboard gets wet, it turns into mush.  These cardboard boxes

3    had not degraded to that point.

4            They pull them out of the water and inside them

5    you'll see –– you'll hear from the Coast Guard personnel there

6    were –– in these boxes were 93 kilograms of cocaine.  They were

7    packaged in boxes of pancake mix so that each kilo was inside a

8    box of pancake mix.  And then they were wrapped –– some of them

9    were wrapped inside those boxes within plastic grocery store

10   bags like you might get at a Winn-Dixie or a Publix or a Shop

11   and Save or whatever supermarket.  This was a supermarket that

12   was in –– was a chain, a supermarket chain, that included

13   supermarkets in Trinidad.

14           And so these boxes are recovered and there's a total

15   of 93 of them, as I said, and they are putting them on the

16   small boat, the over-the-horizon boat, and then taking it back

17   to the SHAMAL where they're going to do some presumptive

18   narcotics tests.  It's a field test presumptively to see what

19   kind of substance we're looking at.

20           Now, these are experienced –– as I said, these are a

21   law enforcement detachment, Coast Guard personnel, they're

22   trained specifically in counter drug –– the Coast Guard is a

23   multi-tasking agency, they do a lot of –– a number of things.

24   Law enforcement detachment are one of the few Coast Guard

25   personnel, they are on one single mission, counter drug and

that's it.  They've seen packages like this, they've
seen kilograms of cocaine before and they know, okay, we need
to test it, but I can tell you what that is.  Well, they do the
NIK Test and, of course, it's positive for cocaine.

Now, this is being communicated to the boarding team
who's -- the three members that are on board the BUFF.  Now
they're searching the vessel, they find no cocaine on the
vessel.  They're going through and collecting more documents
and you'll see some of those documents about prior travel with
Mr. Merritt and Mr. Phillips and other people on this vessel.

You'll hear that once the boarding team is advised,
yes, it's cocaine that was recovered 50 yards away from the
vessel, and so they're going to do -- they do what's called ion
scan swiping.  You're going to hear about what that is.  It's
basically trace evidence.  You know, forensic science, you
know, NCIS, you've seen it on TV, well that's -- ion scan
evidence is forensic science.  What it does is, it can take --
it can test you or a surface for trace evidence of drugs or
explosives or gun powder, things of that sort, and even though
it's not visible to the naked eye, it can be tested and there's
certain procedures that need to be done and the Coast Guard has
used it for decades.  It's used throughout the world.  There's
probably 25,000 ion scan machines in use throughout the world.
TSA uses them in a lot of airports.  Again, the Coast Guard
uses them, the Bureau of Prisons uses them to do exactly what

1    is -- to locate trace evidence of substances.

2              And what this boarding team did is, one they heard,

3    okay, we got these 93 kilos that were found 50 yards from the

4    sailing vessel, we found it, it's tested positive for cocaine,

5    now we're going to do the ion swipes for the two crew members,

6    Mr. Merritt and Mr. Phillips, and portions of the vessel.

7              Now, you'll hear the Coast Guard personnel say they

8    swiped the hands of Mr. Merritt and Mr. Phillips.  And they

9    wrap it up in such a way, because these are very -- these

10   machines are very sensitive, extremely accurate.  They take it,

11   they swab it, they have it -- they're wearing a glove, they

12   close the glove up, put it in a bag, seal it and mark it.

13   Okay.  They do that for Mr. Merritt, do that for Mr. Phillips

14   and certain portions of the vessel, including the helm or the

15   steering wheel, called the helm, or the state room doors were

16   swabbed, and you'll hear that both the hands of Mr. Merritt and

17   the hands of Mr. Phillips were tested positive for cocaine from

18   the ion scan swabs.

19             You'll hear that the helm tested positive, the

20   steering wheel on the sailing vessel BUFF was positive for

21   cocaine, the doors of the state room were positive for cocaine.

22             You'll also hear that during the course of the

23   boarding, this is after the discovery of the cocaine from the

24   water, taking of the ion scans from swabs from the two -- from

25   Mr. Merritt and Mr. Phillips and the vessel, they -- additional

 1    Coast Guard personnel relief, because you're only going to be
 2    on a vessel so long, it was eight, 10 hours I think for the
 3    initial board team.  There was a relief boarding team that came
 4    on board and did an at-sea space accountability assessment,
 5    ASSA they call it.  Basically, it is, on any vessel you'll have
 6    a certain -- obviously you have a hull, that is your
 7    parameters.  Inside that hull is space and the Coast Guard
 8    wants to account for every inch of space inside that hull to
 9    see if there's any false compartments because false
10    compartments can be used to hide drugs wherever.
11            So, every portion of a vessel should be -- you should
12    be able to look into it to see what's there or you should be
13    able to enter into it to see what's there to determine,
14    obviously, if there's anything wrong there, if there's damage,
15    it's compromised or for whatever purpose.
16            So, they did -- this relief boarding team did an
17    at-sea space accountability assessment and that includes going
18    through various things in more detail that weren't done during
19    the initial safety sweep and the ion scan swabbing of the two
20    crew members.
21            And you'll find -- you'll hear that one of these
22    officers, Officer Vick, recovered what he viewed as an O sheet,
23    a balance sheet that -- in large jean pants in one of the
24    staterooms.  A stateroom is a bedroom.  There were three
25    staterooms on this sailing vessel.  One was in the front or the

1    bow and there were two state rooms in the aft or the stern, the
2    rear of the vessel, one starboard, one port.  Okay.  So, on
3    each side of the vessel, there were two staterooms and in the
4    starboard stateroom in the aft or rear portion, there were
5    these large pair of jeans pants and in it was this O sheet
6    which calculated not 93, but 94, 94 in profits.  You'll see
7    that.
8         You'll see additional items that were recovered from
9    Mr. Phillips' personal -- the clothes he had on, that appeared
10   similar to just calculations of amounts in the thousands and
11   thousands and people's names besides it.  You'll see that for
12   your assessment.
13        Now, you'll also hear from a Homeland Security
14   Investigation agent, one of the people that I mentioned
15   yesterday, named Jacob Cook.  He and Agent Alicea, the FBI
16   agent here at counsel table with me, went to the U.S. Virgin
17   Islands on July 28th, four weeks after this interdiction
18   occurred, because the vessel was being stored there and they
19   examined the vessel at that time.  And in looking through the
20   vessel, through the vessel, the sailing vessel BUFF, they
21   located -- remember those shopping bags that I told you that
22   had been -- had some of the kilograms of cocaine wrapped up?
23   Well, they found additional bags like that on the sailing
24   vessel BUFF.
25        Now, you -- again, let's go -- again, what I say is

          1    not evidence.  I didn't -- I didn't raise my hand and swear to
          2    tell the truth.  I'm telling you what I anticipate you're going
          3    to hear.  You need to pay attention to what the witnesses are
          4    going to say because it's what they say that is evidence.
          5           Now, the charges, as we know, Judge Scriven read to
          6    you, the first count is conspiracy.  In short, that's an
          7    agreement, a criminal conspiracy is an agreement to do
          8    something illegal.  Here, the illegal agreement is to possess
          9    with the intent to distribute five kilograms or more of cocaine
         10    on a vessel that is subject to the jurisdiction of the United
         11    States.  You are going to hear that this vessel is subject to
         12    the jurisdiction of the United States.
         13           So, what you need to do is to take the evidence as
         14    you hear it, as you believe it or not believe it, but as you
         15    hear it, and determine whether an illegal agreement exists
         16    between either both of these Defendants, or others, to possess
         17    with intent to distribute this cocaine.
         18           The second count is the -- we call it a substantive
         19    count.  It is the actual -- not the agreement, but that can be
         20    illegal too, but the actual act of doing that.  We not only
         21    agreed to possess with intent to distribute more than five
         22    kilograms of cocaine, we did possess with intent to distribute
         23    five kilograms of cocaine, that's what Count 2 is.  We did it.
         24    We had the cocaine on the BUFF, and when we saw the Coast Guard
         25    coming, we dumped it not that that far away, didn't get that

1  far away obviously.  It didn't take them, the Coast Guard, long
2  to get -- to transit from the SHAMAL to the BUFF, but they
3  tried to get it off -- they got it off the boat, but anyway,
4  that's Count 2.
5        Now, I don't know, most of you, I think, have not
6  served as jurors before.  If you have any angst about it or
7  concern about that, let me tell you, you aren't the first, you
8  won't be the last.  We've been having jurors in this system for
9  literally hundreds of years.  Other people have done it, you
10  can do it and you will do it.  A little advice for you in
11  fulfilling your duty is, while the Judge instructed you an
12  Indictment is not evidence, it's, as we said, what the
13  witnesses prove to you, but you don't come in here with a blank
14  slate and forget everything you ever knew.  You bring your
15  collective common sense, the knowledge you have acquired during
16  the course of your daily lives in assessing what you hear.
17  That's what you should do.
18        So, just use your common sense.  Use the knowledge
19  and the -- what you've learned over the course of your lives in
20  making this assessment.  And you not only do it individually,
21  you do it collectively because everybody remembers things a
22  little bit differently.  If you don't know that now, you may
23  very well when you get back in that jury deliberation room.
24  You may think, wow, I didn't remember it quite like that, but
25  everyone remembers things a little differently and that's okay.

1  But it's your collective knowledge that you are going to use in

2  assessing whether or not both of these Defendants are guilty of

3  these charges.

4  So, my job is to present you that evidence as quickly

5  and as efficiently as I can, but without glossing over any

6  details that may be important for you to fulfill your oath, and

7  it's an important oath, it's an important duty you have here.

8  We recognize that it's an inconvenience for you.  As Judge

9  Scriven said, everybody has lives to live and the world doesn't

10  stop because we have a trial, but it slows down and we try to

11  minimize that inconvenience to everybody.  So we will try to

12  put our evidence on as quickly as possible and efficiently as

13  possible, again, without glossing over any details that may be

14  helpful or relevant for you to fulfill your oath.

15  So with that, thank you very much.

16  THE COURT:  Counsel?

17  MR. CIARAVELLA:  Thank you, Your Honor.

18  Good morning, ladies and gentlemen.  Again, my name

19  is Mark Ciaravella and I represent Beon Phillips.  Mr. Phillips

20  is on trial here for all the crimes in this and recall, as the

21  Court has already instructed you, there are really two trials

22  going on here, Mr. Phillips and his codefendant.  So I'm going

23  to ask you to evaluate the evidence as to Mr. Phillips as it's

24  going to show.  Let me tell you about the evidence as we see

25  it, how it's going to play out now.

1          Now, you're going to learn that Mr. Phillips is a

2     lifelong resident of Trinidad, a father of two.  In fact, he

3     never left the island of Trinidad before this trip.  Trinidad

4     is an island very close to the coast of South America, it's at

5     the bottom edge of the Caribbean Islands chain and so a

6     vacation spot, a beautiful place.  It's also a relatively big

7     island with a lot of just regular industry, mining, various

8     things.

9          Mr. Phillips, as he'll tell you, is a self-employed

10    auto mechanic and at some point fairly recently became friends

11    with Mr. Merritt.  Prior to this trip, Mr. Phillips had been on

12    two short day or half day trips around Trinidad on this boat.

13    The boat you're going to hear about and see the photos of is a

14    43-foot Beneteau sailboat, a real -- a nice beautiful boat.  It

15    was made for this type of sailing, sailing around islands in

16    the Caribbean, it would be perfect for that.

17         Mr. Phillips was just a guest on the boat, no

18    involvement with any kind of registrations, paperwork, any of

19    that.  He was invited.  After the two trips, Mr. Phillips told

20    Mr. Merritt, well, I really enjoyed this, I'm happy to go

21    whenever you want to invite me.  He ultimately was invited to

22    go on another trip, this one the port -- the intended port was

23    Granada which is over a hundred miles from Trinidad and it was

24    expected to take a long weekend to go and come back.

25         They ultimately left on June 28th, and as they were

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1 getting closer to Granada, it was suggested to Mr. Phillips

2 that they proceed on to British Virgin Islands, an island,

3 Tortola, and this was for -- the purpose was to do some repairs

4 on the boat and as Mr. Phillips understood it, the boat was

5 purchased in Tortola and he could -- it would be a good deal to

6 go back to the marina where it was purchased from to get the

7 repairs made.  Mr. Phillips was fine with this, he was enjoying

8 the trip, the trip was going to be longer, now about a 500-mile

9 trip, so they proceeded along.

10          This boat takes two people to drive because it's

11 going all the time, a sailboat is, essentially.  It's traveling

12 along fairly slowly, very easy to drive, about seven miles an

13 hour.  All the person has to do in good weather is point it

14 toward a GPS -- a point on the GPS, which is obviously simpler

15 than following a GPS in your car because you're just traveling

16 along the water.  So, they would take turns driving.

17          Then, when the Coast Guard approached, Mr. Phillips

18 was actually down below sleeping in the bed from having driven

19 the night before and really was not aware of what was going on

20 until they were actually boarded by the Coast Guard.

21          Mr. Phillips was not alarmed.  You're not -- you're

22 going to hear from the Coast Guard that both people were very

23 compliant, cooperative, no problems at all, no weapons, no

24 contraband on the boat.

25          Mr. Ruddy talked about this ion scan evidence, and he

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

described it as being very accurate.  Well, it is very accurate.  In fact, one of its weak points is that it is so accurate, and even their own expert is going to acknowledge that if a packet of cocaine was put on that counter, and then picked up and taken off the counter, until it's physically removed, virtually forever it will still be there.  There's still going to be microscopic traces of that cocaine on the counter.  And in fact, if I went up there and touched the counter, and then touched that piece or these pieces, there's going to be residue, microscopic residue on that counter, my hands and this counter.  So if cocaine is detected and not physically cleaned and moved, it is going to be there.  So, that is what their expert is going to testify to, I anticipate, because it's just simply a scientific fact.  So wherever it gets, it is there.

Now, this contraband was wrapped in some bags from a local supermarket.  That supermarket, you're going to hear, is called Massey stores, and Massey stores are throughout the Caribbean.  They are in Trinidad, but they're also in Jamaica, Granada, Barbados, various islands throughout the Caribbean, including Cartagena, Colombia.  So this is a store, it's as if you found a Wal-Mart bag, something wrapped in a Wal-Mart bag, and you found some Wal-Mart bags in there.  It's not really that persuasive of evidence I would say, but that's going to be the testimony that comes out.

1          I believe that the evidence is not going to compel
2    you.  You're never going to hear that Mr. Phillips was holding
3    cocaine, was carrying cocaine, had cocaine in his pockets, had
4    any kind of contraband on him.  And at the end of the day, I'm
5    going to ask you to -- at the end of the week, rather, to
6    actually find Mr. Phillips not guilty of these charges because
7    the Government will not, based on the evidence they've told you
8    about, the evidence that is going to come out, be able to
9    convict him beyond a reasonable doubt.
10          Thank you.
11          THE COURT:  Counsel?
12          MR. CHALELA:  Thank you, Your Honor.
13          At the end of this trial, we too, as Mr. Ciaravella
14   said about his client, Beon Phillips, we too are going to be
15   asking you to enter a verdict of not guilty to both counts
16   because the bottom line is, they're accused of two things, each
17   one is accused of two things, possessing on purpose, knowingly
18   possessing five kilograms or more, in this case,
19   93.6 kilograms, knowingly -- key word -- knowingly possessing a
20   bunch of cocaine while having the intent to distribute that,
21   which is a fancy legal term to mean moving it, moving it to
22   another person.
23          Now, while on board a vessel subject to the
24   jurisdiction of the United States is a bunch of more legal
25   words and Mr. Ruddy is correct, there's not going to be any

debate in this trial or question that this vessel was, quote, unquote, subject to the jurisdiction of the United States. But let's not gloss over something critical here. And Mr. Ruddy talked about trying to put on a case as efficiently as possible without, without glossing over the important things for your consideration. Well, they're way more important than important, they're critical.

They're the whole reason why for, as he pointed out, for over 200 years we've had this wonderful democratic jury trial system. Democracy, after all, means people power. The demos is the people, you are the people. You will have the power and the only power today and tomorrow and maybe the next day to make the -- be the Judges of the true facts. And what are the true facts?

Not just if you think at the end of this trial that they are guilty, or Mr. Neil Merritt is guilty, but whether the Government, through its evidence and testimony, has proven guilt so strongly that there's no more presumption of innocence, which you will have maintained throughout this trial, presumed innocent, but so much guilt that you have no more reasonable doubt whatsoever that they've been proven guilty of knowingly processing in this case 93.6 -- or over five kilograms of cocaine, with the intent to deliver, and let's not gloss over this next part, on board a vessel subject to the jurisdiction of the United States.

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    So, let's get rid of the subject to the jurisdiction
2    of the United States and let's focus on this not only
3    important, but critically necessary, critically necessary for
4    the Government to prove that knowingly possessed this cocaine,
5    five kilograms or more, with the intent to distribute while on
6    board a vessel.

7    You will hear a lack of evidence. You will hear no
8    evidence that Mr. Neil Merritt, a 44 year old father of three,
9    ages three, six and 11, who sells motorcycle parts, he has a
10   jet ski rental business and he has a car rental business, that
11   Neil Merritt knowingly possessed cocaine with the intent to
12   distribute five kilograms or more; and secondly, beyond a
13   reasonable doubt as well, while on board a vessel because
14   there's going to be no evidence in this entire trial of anybody
15   or any video camera or any cell phone video camera, or any Go
16   Pro camera on the helmets of the Coast Guard folks, this law
17   enforcement team designed to get on board vessels specifically,
18   specifically suspected of maybe, maybe having drugs on board.

19   One ought to demand that such a team with the motive,
20   with the power of the U.S. Government, one expects that all
21   these brave young men who are out there to try to interdict
22   drugs on the Caribbean or elsewhere with the specific purpose
23   will have a video camera, will have a cell phone camera, will
24   have a helmet Go Pro camera, maybe a body worn camera on the
25   shoulder, and not only have it, naturally, but use it.

1      And you're going to hear no evidence of a single

2   witness, not one witness that will come in here and testify

3   that Neil Merritt was ever in possession of anything

4   significant, and more importantly, that he was in possession at

5   some point of packages or boxes or plastic bags and/or throwing

6   things overboard.  Not a single witness, not a single witness

7   will say that they saw Beon Phillips in possession of anything

8   significant, let alone cocaine, pancake boxes, plastic bags,

9   cardboard boxes.  Not a single witness will say that they saw

10  him throwing anything overboard.

11      This is broad daylight.  The Government will show you

12  photos of what this looked like as if you were out there,

13  standing out there right at the boat.  This is broad daylight,

14  this isn't in the middle of the morning in the dark.  The

15  evidence is going to show you this is broad daylight.  This

16  isn't even a motor boat.  This is a white sailboat with a big

17  old mast, with a big old sail, and Mr. Ruddy is correct, use

18  your common sense.

19      We've all seen the horizon.  What is it 20, 30 miles

20  out to the horizon?  And the way they figured out that there

21  was a curvature of the earth back in the day was that the

22  sailboat would -- the sail would get smaller and smaller as it

23  went over the horizon, meaning it was curving down.  That's how

24  they figured out the world wasn't flat, one of the ways.

25      So, even if it were the sailboat in broad daylight

1    with the sail and the huge mast out at the horizon dozens of

2    miles away, you would still see the sailboat, but that's not

3    the case here.  You're going to hear, as Mr. Ruddy said, these

4    Coast Guardsmen say that they spent specifically several hours

5    keeping a careful eye on -- an eye on this boat while they were

6    waiting for their landing craft to have motor fixed problems

7    and they're specifically trained to keep an eye on it and, yes,

8    this is what they do for a living.  This is their assignment,

9    to go check out things to maybe find drugs.  And you're going

10   to hear that while they're watching for things being thrown

11   overboard or drugs being discarded and these types of things,

12   which are common in these types of law enforcement operations,

13   nothing was -- nothing was seen.  Nothing.  There was never

14   once where any activity of these -- either one of these

15   gentlemen throwing anything overboard.

16           Now, pay special attention to the United States Naval

17   ship the SHAMAL, S-H-A-M-A-L, pay special attention to what

18   that is.  That's like a super -- a super vessel, that's the

19   United States Navy.  It's the most powerful Navy on the face of

20   the earth right now.  That thing can go over 40 miles an hour

21   easy if it wants to.  They're keeping this big ship with the

22   big -- the captain's nest, you know, it's a 360-degree real big

23   deal.  So even if there's a major storm or a minor hurricane,

24   they're going to be able to see 360 degrees all the way around

25   that ship for other boats, land, lighthouses.  There's a lot of

1  things that are very dangerous to a ship running into, as we

2  know from the Titanic.  The bridge on the USS SHAMAL is

3  specifically designed -- with the millions of dollars that went

4  into paying for this ship, it's specifically designed so that

5  they can see everything 360 degrees around, and this is broad

6  daylight.  And so, this magnificent United States Naval ship,

7  the USS SHAMAL, United States Ship SHAMAL, USS SHAMAL, is

8  following on purpose and keeping an eye on purpose this little

9  tug boat, this little -- this little sailing vessel, a pleasure

10 ship with only two guys on board.

11        You're going to see a picture of the ship.  It's like

12 what many of our friends have in St. Pete or Clearwater or

13 Tarpon Springs.  It's the boats that we see all over Florida.

14 It's just a little pleasure boat.  Ask yourselves if this is

15 the kind of boat that is going to be designed to ship almost

16 94 kilograms of pure Colombian uncut cocaine.  Ask yourselves

17 how much money 94 kilograms of pure Colombian uncut cocaine

18 means on the street.  Ask yourselves if they proved beyond a

19 reasonable doubt with the facts that they're going to put on

20 that anybody in their right mind would knowingly transport

21 94 kilograms of pure uncut Colombian cocaine on board this

22 little pleasure sailboat with not a pistol, not a Samurai

23 sword, not a machinegun, nothing on board to protect them.  Who

24 in their right mind would do that?

25        If they were in actuality knowingly possessing

94 kilograms of cocaine on board this vessel, then why were they not having anything on board to protect themselves from being robbed either by the people that own the cocaine or the people that are competing with the people that own the cocaine? Imagine being a criminal in the cocaine shipping business and knowing, hearing a little birdie tell you that there's going to be two fellas on a little rinky-dinky sailboat with 94 kilograms of pure Colombian cocaine on board. What do you think those criminals are going to do? They're going to send out some henchmen or some soldiers in the criminal world to go and kill them and take the cocaine.

Obviously, it's an easy robbery, that's an easy robbery. You don't even have to kill them, you just go on board with guns and you steal the cocaine that you know is on board and you leave.

The evidence that they're going to put on is not going to be consistent with any knowing possession by my client or his passenger of anything more than going on a pleasure trip, just like Mr. Ciaravella said, making a decision to go to Tortola to get a discount from the place where he bought the sailboat so that he could get a discount to make repairs. That's all this was.

Now, don't be confused when the Government puts on witnesses and says all this cocaine was floating just 50 yards from the ship, just 50 yards from the sailboat. It sounds at

1    first gloss like that's significant, but they're not the ones

2    who steered that boat for hours to this location.  You're going

3    to hear evidence from the Government's own witnesses that they

4    commanded -- the United States Coast Guard commanded, commanded

5    them to change direction, and after awhile, change direction

6    again, and then after awhile, change direction again, and then

7    after awhile, change direction again, like basically going out

8    in a big circle or an octagon.

9         Hours later -- as Mr. Ruddy said, it took at least

10   three hours to fix this boat motor, the landing craft motor, at

11   least three hours.  So it wasn't -- you're going to hear

12   absolutely no evidence that anyone saw anyone in possession of

13   anything significant, that anyone saw anyone throwing anything

14   overboard, but more importantly, when they first got sight of

15   this ship, or the sailing vessel, they gave commands for hours

16   at the little seven miles an hour while they're follow them,

17   keeping an eye on them, to go all over the place, specifically

18   commanding them to end up where this cocaine was found 50 yards

19   away.

20        There's nothing nefarious that you're going to hear

21   about where it's registered all this and that.  You're going to

22   hear very simply that it used to be registered in the British

23   Isles and -- the British Virgin Islands and when Mr. Merritt

24   bought it, you're going to hear that all of his paperwork was

25   on board showing that he, after buying it, registered it in the

1     United States, in Delaware.  You're going to have a Government

2     exhibit, I expect, that will show you the registration that he

3     had on board and there's nothing nefarious about the name of

4     the vessel.  The sticker, the sticker to put on the outside of

5     the boat was found on the boat, it just hadn't been put on yet.

6     And the name of the vessel after Mr. Merritt bought it would

7     become XKS Adventures.  There's nothing nefarious about that.

8           You will see and hear that the Government, in

9     inspecting and assessing the boat, would find those stickers on

10     board, they just hadn't been put on the boat yet since its last

11     name was the BUFF.

12           At the end the case, the bottom line is -- the bottom

13     line is that at the end of the case, when deciding whether the

14     Government has overcome the presumption of innocence and proven

15     beyond every reasonable doubt that Neil Merritt came to an

16     agreement with Beon Phillips to knowingly possess with the

17     intent to distribute five or more kilograms of cocaine on

18     board, while on board a vessel, not floating in the water

19     somewhere, on board a vessel, and that in Count -- the second

20     count of actually doing that, you will have not had any

21     evidence whatsoever of any possession whatsoever, and because

22     of that, and because of the design of the United States ship

23     SHAMAL and its Coast Guard attachment with the Go Pro cam, the

24     shoulder cam, the cell phone cam, the video cam, the infrared

25     cam, you will have the obvious justice in your verdict which is

| | |
|---|---|
| 1 | simply, in this case, a verdict of not guilty to both counts. |
| 2 | Thank you. |
| 3 | THE COURT:  Thank you. |
| 4 | That concludes the presentation of the opening |
| 5 | statements.  At this time, we're going to move into the |
| 6 | presentation of the evidence by the calling of witnesses.  Is |
| 7 | there anyone who needs a break before we call the first |
| 8 | witness? |
| 9 | Counsel, please call your first witness. |
| 10 | MR. RUDDY:  Thank you, Your Honor. |
| 11 | Thereupon, |
| 12 | JOSHUA GARSIK, |
| 13 | after having been duly sworn to tell the truth, the whole truth |
| 14 | and nothing but the truth, under penalty of perjury, was |
| 15 | examined and testified as follows: |
| 16 | THE WITNESS:  I do. |
| 17 | THE CLERK:  Please be seated.  Please state your name |
| 18 | and spell your last for the record. |
| 19 | THE WITNESS:  Joshua Garsik, G-A-R-S-I-K. |
| 20 | THE COURT:  Mr. Garsik, you're under oath.  You must |
| 21 | give truthful answers to the questions asked.  If you give |
| 22 | false answers, you face penalties of perjury, false statement |
| 23 | and obstruction of justice. |
| 24 | Do you understand that? |
| 25 | THE WITNESS:  Yes, Your Honor. |

1          THE COURT:  I need you to sit forward and speak into

2     the microphone since you're going to be recorded both

3     electronically and by the Court Reporter and so that you can be

4     heard by the jury.

5          Counsel, you may proceed.

6          MR. RUDDY:  Thank you, Your Honor.

7          THE COURT:  Mr. Garsik, let me just say sometimes

8     when the lawyers are asking questions, you can anticipate the

9     question.  Wait until the question is completed before you

10    begin your answer so you're not speaking over counsel, and if

11    you see opposing counsel stand to object, wait until I rule on

12    the objection before you begin your answer.

13         Do you understand that?

14         THE WITNESS:  Yes, ma'am.

15         THE COURT:  Counsel?

16         MR. RUDDY:  Thank you, Your Honor.

17                          DIRECT EXAMINATION

18    BY MR. RUDDY:

19    Q.   All right.

20         Officer Garsik, you're obviously with the United States

21    Coast Guard?

22    A.   Yes, sir.

23    Q.   For how long?

24    A.   Just shy of eight years.

25    Q.   Okay.  And your current rank?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

```
 1   A.    Petty Officer Second Class.
 2   Q.    Specifically, you're --
 3   A.    A boatswain mate.
 4         THE COURT:  There you go.  Ask the question, wait
 5   till it's over, then give the answer.
 6   BY MR. RUDDY:
 7   Q.    A boatswain?
 8   A.    Yes, sir.
 9   Q.    What is a boatswain?
10   A.    Your primary task is going to be with driving boats and
11   coordinating the missions for where you need to go.
12   Q.    Okay.  And your current assignment is where?
13   A.    TACLET South based out of Opa-Locka, Florida.
14   Q.    Now, in addition to waiting till the question is finished,
15   we want you to speak slowly so we can all understand you.
16   Okay?
17   A.    Yes, sir.
18   Q.    Okay.  So, Opa-Locka, that's near what major city?
19   A.    I'm not sure of the mileage, but Miami, Florida.
20   Q.    And TACLET South, what is TACLET South?
21   A.    It stands for Tactical Law Enforcement Detachment.
22   Q.    And what is a Tactical Law Enforcement Detachment in the
23   Coast Guard?
24   A.    You're going to be charged with -- I guess just to keep it
25   simple, like with chasing or boarding noncompliant vessels to
```

1  compliant vessels, if they let you on, that are going to be
2  doing illegal things, illegal trips.
3  Q.   Okay.  Involving what?
4  A.   Anything from transporting illegal individuals, migrants,
5  drugs, weapons, money.
6  Q.   Okay.  And how long have you been with -- a member of a
7  LEDET team?
8  A.   For a year and a half.
9  Q.   Okay.  And is that the time you've been at TACLET South?
10  A.   Yes, sir.
11  Q.   Okay.  Prior to that, what were you doing in the Coast
12  Guard?
13  A.   I was a BM 2, or boats mate second class, at Station
14  Montauk up in Montauk, New York.  I was in charge of the law
15  enforcement for the station at that time.
16  Q.   Okay.  So within the Coast Guard, rankings might be with
17  the boatswain first class, second class, third class; is that
18  right?
19  A.   Correct.
20  Q.   Explain to us what the difference is between first, second
21  and third.
22  A.   So, your third classes are going to be more so like your
23  apprentices or journeymen, they're going to be -- have the
24  basic knowledge of the rating and what's expected of them, and
25  then your second classes are more so going to have more

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

knowledge and be charged with teaching the third classes above
and beyond the basics that they learn at their school, and then
the first classes would be the supervisors that will be
coordinating between the second class.

Q.    Okay.  Now to become a member of a LEDET team, do you have
to have special training?

A.    Yes.

Q.    Does that involve counter drug enforcement?

A.    Yes.

Q.    Okay.  Describe for us what the training -- what that
training involves.

A.    We have a training that we call Green Team.

Q.    Green Team?

A.    Yes.  It varies, I guess just as far as how big the class
is going to be, but it can range anywhere from five weeks to --
mine was eight weeks, and your first three to four weeks is
going to be doing nothing but learning the laws, bilateral
agreements that we have with other countries, learning the ins
and outs of them, where they can be applied, how they can be
applied, to obtain a qualification of a boarding team member.

       Then you'll move on to special classes that are going to
be as far as identifying drugs, whether it's visually, running
tests on them, you'll get training on how to run the tests.  We
have ion scan machines, doing the training on how to run ion
scan machines and get a certification for that.

1    You'll also do mock boardings or work-up boardings to

2  learn how the counter drug game works, how you can search

3  particular parts of the vessels, the techniques that we have to

4  search certain parts of the vessels, how to legally do

5  searches, you know, maintained within the law, and you'll

6  just -- it's -- the school focuses on the counter narcotics

7  portion of it, so...

8  Q.   And how long ago did you take that initial eight-week

9  training course?

10 A.   A year and a half ago.

11 Q.   Okay.  And that was where?

12 A.   We did it at the unit in Opa-Locka.

13 Q.   All right.

14     That is to become a boarding team member; is that right?

15 A.   The first three weeks, three to four weeks of it is

16 boarding team member, and then, after you get out of Green

17 Team, then you'll have to be -- we call it getting boarded, so

18 I guess tested on your knowledge that you learned as for laws

19 and counter narcotics and everything to get the boarding

20 officer qualification.

21 Q.   And so you completed the boarding team or Green Team

22 aspect of the training, right?

23 A.   Correct.

24 Q.   Did you also complete the portion that enabled you to

25 become a boarding officer?

1   A.    Yes, sir.

2   Q.    Explain the difference between being a boarding team

3   member and a boarding officer.

4   A.    So, the boarding team member, you'll be the guy that's

5   going to be tasked to do certain things.  So, as the boarding

6   officer, if I said, you know, go -- you know, I know the

7   qualifications that they have, so I would use that to my

8   advantage and have one individual who is very knowledgeable

9   with the ion scan machine, have him run it and prep it, have

10  somebody who is very good with getting our at-sea space

11  accountability done, have them do it.  So, the difference is

12  one person is going to be doing the job, per se, and the other

13  person is going to be tasking the individuals.

14  Q.    Okay.  So, you are certified as not only a boarding team

15  member, but a boarding officer?

16  A.    Yes, sir.

17  Q.    And that includes I think, as you said, testing for drugs;

18  is that right?

19  A.    Correct.

20  Q.    And are you familiar with what's called a NIK, or

21  Narcotics Identification Kit?

22  A.    Yes, sir.

23  Q.    What is a NIK or a Narcotics Identification Kit?

24  A.    So, exactly the acronym for it is Narcotics Identification

25  Kit, and it has -- it will have different packages in it for

1  different substances or drugs that you're going to be testing

2  and it will have a flow chart, so you have to follow the flow

3  chart in order to get a proper positive test.  If you do it out

4  of order, then you can -- either it won't work right or you

5  could get a false reading on it.

6      So it's a package, they're all coordinated with letters.

7  So you find the letter for the one that you need, the substance

8  that you want to detect, and it will have three vials in it so

9  you have to crack the vials in the correct order, which is all

10  given on the flow chart, and then as you're cracking the vials,

11  you'll get a slowly -- a coloration of what is going on with

12  the substance and the chemicals that are in there.

13  Q.  Okay.  And that training to conduct NIK tests, drug

14  testing, is that done in the Green Team phase?

15  A.  Yeah.  We all learn it there, it's more of a refresher.

16  It's actually something you'll learn at a regular station or if

17  you were stationed on a regular Coast Guard cutter.

18  Q.  Now, you mentioned ion scans, right?  That's I-O-N?

19  A.  Correct.

20  Q.  Scans, swabs?

21  A.  Yes.

22  Q.  You got training in that?

23  A.  Yes, I did.

24  Q.  What is an ion swab or an ion scan?

25  A.  Well, so you'll have swabs which almost -- just looks like

 1  a regular -- like the makeup -- like women use, like makeup

 2  removers, just like that.  So, those will be your swabs and

 3  then the ion scan machine is the machine itself, and it's where

 4  you can take your swab and just lightly rub it over a surface

 5  so it will pick up the materials that you want to test and

 6  you'll just run it through the machine and it will be able

 7  to -- it heats everything up into particles and then it will

 8  run the tested particles so you get a reading of what the

 9  particles are.

10  Q.    And it tests for what?

11  A.    It could test for explosives or narcotics.

12  Q.    Trace elements?

13  A.    Yes.

14  Q.    Okay.  So -- and did you receive training on how to

15  conduct ion swabs?

16  A.    Yes, I did.

17  Q.    And did you receive training on how to operate an ion scan

18  machine?

19  A.    Yes, I did.  We're given the training on both the swabs

20  and the machine and then you have others that get more

21  knowledge on the machine specifically.

22  Q.    Okay.  So, how many counter drug boardings have you been

23  on during your year and a half at TACLET South?

24  A.    Roughly, about 15.

25  Q.    15 boardings or 15 patrols?

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

```
1   A.    15 boardings.
2   Q.    15 boardings, okay.  Now, 15 boardings, how many patrols
3   would those 15 boardings --
4   A.    Two.
5   Q.    Two, okay.  And a patrol might last how long?
6   A.    Anywhere from two to four months.
7   Q.    And your two patrols were in what area of the world?
8   A.    The Caribbean for the longest one, and then a shorter one
9   just for Cuba, in between Cuba and Mexico.
10  Q.    Okay.  And so, the -- were you on patrol, counter drug
11  patrol last summer?
12  A.    Yes.
13  Q.    In July, June and July of 2016?
14  A.    Correct.
15  Q.    Okay.  Now, a law enforcement detachment team, what kind
16  of vessels are you deployed on on those counter drug patrols?
17  A.    Either our U.S. Navy vessels, our Coast Guard vessels, or
18  an allied vessel with the British or the Dutch.
19  Q.    A partner nation?
20  A.    Yes.
21  Q.    So, in this instance, on the patrol that you were on this
22  past summer, what kind of vessel were you detached on?
23  A.    We were on a PC, a Navy vessel.
24  Q.    And the name of that vessel?
25  A.    The SHAMAL, USS SHAMAL.
```

1    Q.    Spell that for us.

2    A.    S-H-A-M-A-L.

3    Q.    Okay.  And how long was that patrol?

4    A.    Two months.

5    Q.    And could you describe the SHAMAL for us?

6    A.    It's roughly small, 180 feet, not very big by any means,

7    but just pertained to going offshore and detecting vessel --

8    other vessels.

9    Q.    Okay.  So, is there a particular -- so 180-foot, as Navy

10   vessels go, pretty small?

11   A.    Yes, on the smaller side.

12   Q.    What's its capability; what is it designed to do?

13   A.    I'm not sure if its initial -- what the initial intent was

14   for its missions, but now it's given the task of just counter

15   narcotics in the Caribbean.

16   Q.    I'm sorry.  Now I'm talking over you, excuse me.

17         Is it particularly fast or --

18   A.    Relatively for a bigger boat, yeah.  I think the speed on

19   it was about 38 knots, 38 to 40, which is big for -- or fast

20   for a bigger boat.

21   Q.    And how many people does -- would be on a crew like on the

22   SHAMAL, if you know?

23   A.    Yeah, I want to say -- I think it was in the 30's.

24   Q.    Okay.  So -- and this was in what area of the world again?

25   A.    The Caribbean.

1   Q.   And on July 1st of last year, were you on the SHAMAL?

2   A.   Yes.

3   Q.   Did you encounter a vessel of interest on that day?

4   A.   Yes.

5   Q.   Where did that occur?

6   A.   If I remember correctly, it was about 30 to 32 miles off

7   of the British Virgin Islands.

8   Q.   And did -- was this during daylight hours?

9   A.   Yes.

10  Q.   Okay.  Did you -- what was it tracking or what was its

11  course?

12  A.   Yeah, I don't remember its -- I know it was a Norday, I

13  don't remember the number.

14  Q.   Okay.  Did you -- did you observe this vessel?

15  A.   Yes.

16  Q.   And at some point, did you have -- were you assigned to

17  any -- or tasked any responsibility with regard to this vessel?

18  A.   Just initially it was just to get the team ready for it,

19  but prior to that, it was just to watch it and keep eyes on it.

20  Q.   So you watched this vessel?

21  A.   Yes.

22  Q.   Could you describe this vessel for us?

23  A.   It was a sailboat, white sailboat, I believe it had a

24  small blue trim on it, two sails were up at the time, not fully

25  up, but they were up, and I'm not quite sure I remember the

```
 1    length, just a regular white sailboat.
 2    Q.   All right.
 3         Now, you said the sails were not fully trimmed?
 4    A.   Correct.
 5    Q.   What do you mean by that?
 6    A.   I mean, I would say maybe half to three quarters of the
 7    way up.  There was still a lot of slack in the sail at the
 8    bottom.
 9    Q.   And so -- now, you have training, you're with the Coast
10    Guard, right?
11    A.   That's correct.
12    Q.   You have some familiarity with operating a sailing vessel
13    as opposed to a motor vessel?
14    A.   Yes, I mean very minimal sailing -- sailing, but, yeah.
15    Q.   All right.
16         You know enough that these sails --
17              THE COURT:  Counsel, ask direct questions.
18              MR. RUDDY:  Yes, Your Honor.
19    BY MR. RUDDY:
20    Q.   But in your observations of the -- of this vessel that you
21    observed, were the sails fully deployed?
22    A.   No.
23              MR. CIARAVELLA:  Objection, foundation, Your Honor.
24              THE COURT:  Overruled.
25    BY MR. RUDDY:
```

1   Q.   And your bases for making that statement are?

2   A.   'Cause there was slack at the bottom of it, you could

3   still see where it was in its cover.

4   Q.   Now, is it important when operating a sailing vessel to

5   have the sails fully deployed?

6           MR. CIARAVELLA:  Objection, leading and foundation.

7           THE COURT:  Overruled as to leading and sustained as

8   to foundation.

9   BY MR. RUDDY:

10  Q.   Did you have some training with regard to operating a

11  sailing vessel?

12  A.   Never within the Coast Guard, no.

13  Q.   Okay, but --

14          THE COURT:  Never in any context?

15          THE WITNESS:  Just personal growing up and doing

16  sailing.

17  BY MR. RUDDY:

18  Q.   That would count.

19  A.   All right.

20  Q.   You did?

21          THE COURT:  Well, that doesn't count as him giving

22  testimony about what happens on a sailboat, so sustained as to

23  lack of foundation again.

24  BY MR. RUDDY:

25  Q.   Did -- when you observed this sailing vessel, were you

1  able to determine whether it was operating as a sailing vessel
2  or using the motor?
3  A.    From initially, it would be under sail because the sails
4  were in an up position.  And then later we determined, when we
5  got on board, that the motors were on, but that's two separate
6  times.
7           MR. RUDDY:  All right.
8           If I could approach, Your Honor?
9           THE COURT:  Yes, sir.
10 BY MR. RUDDY:
11 Q.    I show you what's marked for identification as
12 Government's Exhibits 1-A, 1-B and 1-C.  If you could take a
13 look at those and let me know when you are finished reviewing
14 them.  Okay?
15      Are you finished?
16 A.    Yes.
17 Q.    These are photographs; is that right?
18 A.    Correct.
19 Q.    Do you recognize what they're photographs of?
20 A.    Yes.
21 Q.    What are they photographs of?
22 A.    The sailing vessel that we boarded.
23 Q.    And on what day?
24 A.    July 1st.
25 Q.    Okay.  And was that the vessel you knew as -- by the name

1  of what?

2  A.   The sailing vessel BUFF, B-U-F-F.

3       MR. RUDDY:  I'd offer Government's Exhibits 1-A

4  through 1-C.

5       MR. CIARAVELLA:  No objection.

6       MR. CHALELA:  Without objection.

7       THE COURT:  They will be received.

8       MR. RUDDY:  Permission to publish, Your Honor.

9       THE COURT:  Yes, sir.

10      (Thereupon, Government Exhibits 1-A - 1-C received

11 and filed in evidence.)

12 BY MR. RUDDY:

13 Q.   Now this is 1-A, this is Exhibit 1-A.  Is this the sails

14 that you described?

15 A.   Yes.

16 Q.   I think on your monitor, if you can put your finger on the

17 screen, you can -- it will show on -- what area you're

18 referring to.

19      When you say the sail was not fully deployed, what do --

20 how is that depicted on --

21      THE COURT:  Let me ask a preliminary question.  At

22 what point in the initial observation of this vessel was this

23 photograph taken?

24      THE WITNESS:  I wouldn't -- I wouldn't be able to

25 answer that because I wasn't the one taking the pictures so I

1  wouldn't -- I didn't see anybody around me taking pictures
2  except for --
3          THE COURT:  So you don't know whether this was after
4  the boat was stopped, before the boat was stopped, when it was
5  first seen or two hours later.  You have no idea?
6          THE WITNESS:  Yeah, I wouldn't be able to put a
7  timetable on it, Your Honor.
8          THE COURT:  All right.
9  BY MR. RUDDY:
10 Q.   So, again, on this photograph, 1-A, does this depict
11 whether or not the sails were fully deployed?
12 A.   Yes.
13 Q.   If you could show us, mark it on the screen.
14 A.   So you have your forward sail, and you can see it still
15 wrapped around, it's kind of exposed, and then you have your --
16 the bottom portion of this one, it's very flimsy, flapping in
17 the wind the whole time.
18 Q.   Now -- and this was taken from the SHAMAL, this photo?
19 A.   Correct.
20          THE COURT:  Do you know where it was taken?
21          THE WITNESS:  This one would have been taken from the
22 SHAMAL because all the other ones that were taken from our boat
23 were at a closer distance.
24          THE COURT:  Do you know whether it was taken before
25 or after the boat was stopped?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

```
 1                THE WITNESS:  No, Your Honor.
 2    BY MR. RUDDY:
 3    Q.    1-B.  Now, if we can -- see if we can clear this.  Okay.
 4          This is 1-B, another photograph of the BUFF; is that
 5    right?
 6    A.    Correct.
 7    Q.    Taken from what perspective?
 8    A.    Stern.
 9    Q.    But was this from a helicopter or was this from the
10    SHAMAL?
11    A.    From the SHAMAL.
12    Q.    Did the SHAMAL have a helicopter?
13    A.    No.
14    Q.    And Exhibit 1-C, another photograph; is that right?
15    A.    Correct.
16    Q.    Taken from?
17    A.    From the SHAMAL.
18    Q.    Now, in your training to become a boarding officer, you're
19    familiar with what's called right of approach questions; is
20    that right?
21    A.    Yes.
22    Q.    What are right of approach questions?
23    A.    They're just going to be basic questions just to get a
24    determination of where the vessel or individuals are coming
25    from.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    Q.    And would that include questions like how many people on

2    board?

3    A.    Yes.

4    Q.    Last port-of-call?

5    A.    Yes.

6    Q.    Next port-of-call?

7    A.    Yes.

8    Q.    Purpose of the voyage?

9    A.    Correct.

10   Q.    Registry of the vessel?

11   A.    Yes.

12          THE COURT:  You're testifying.  He's supposed to tell

13   you the answers, not you tell him.

14   BY MR. RUDDY:

15   Q.    Did -- is there also a process known as right of visit?

16   A.    Yes.

17   Q.    What is right of visit?

18   A.    So, right of visit will actually be conducted on board of

19   the vessel to actually get further clarification.  So you're --

20   our way is just to determine where they're from, get the basic

21   questions out of the way, and then your ROV to actually go on

22   and actually verify their claims.  So if they said -- you know,

23   somebody tells you they're from Florida, you know, then you

24   understand that.  Then, when you actually get on board, now

25   you're actually going to see they're from Florida by the

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1   documentation that they provide you.

2   Q.   The right of approach communication, that's done by what

3   means or method?

4   A.   Over radio if you can, Channel 16 or --

5   Q.   Channel 16, is that a --

6   A.   Yeah, just a radio frequency.

7   Q.   And did you participate in the right of approach

8   questions?

9   A.   No.

10  Q.   Did you receive information as a result of the right of

11  approach question process?

12  A.   Yes.

13  Q.   And did you use that in preparing for your right of visit?

14  A.   Yes.

15  Q.   And what information did you have from the right of

16  approach question process?

17          MR. CHALELA:  Excuse me, objection, hearsay.

18          MR. RUDDY:  State of mind, not offered for the truth.

19          THE COURT:  Sustained.

20  BY MR. RUDDY:

21  Q.   Did you attempt to conduct a right of approach -- right of

22  visit on this vessel?

23          THE COURT:  Personally, you're asking him?

24          MR. RUDDY:  Pardon me?

25          THE COURT:  Him personally?

BY MR. RUDDY:

Q.   Yes.  Did you attempt to conduct a right of visit on the SHAMAL on July 1st?

A.   Yes.

Q.   Okay.  And how many people were going to participate in this right of visit?

A.   Three of us.

Q.   Okay.  And how were you going to get -- or approach the sailing vessel?

A.   We had a small boat on the SHAMAL, so we would load up on the small boat and then go up and approach the sailing vessel BUFF and go on board.

Q.   Okay.  And this was the small boat?

A.   Yes.

Q.   The small boat?

A.   Yes.

Q.   And so there were how many members on the boarding team?

A.   Three members on the boarding team and then two crew members for the small boat.

Q.   And the members of the boarding team, do you recall who they were?

A.   Yes.  It was Officer Burleson.  Do you need the spelling?

Q.   No, that's okay.

A.   Officer Burleson and Officer Cruz-Reyes.

Q.   And the other two individuals that were operating the

1    vessel, the small boat?

2    A.    Officer Rendon and Officer Carpino.

3    Q.    And were Officer Rendon and Officer Carpino, are they --

4    were they LEDET team members?

5    A.    No, they're from units that are called maritime safety and

6    security teams, or MSST teams, and they have the qualifications

7    to be -- drive the small boat and be crew members on the small

8    boat.

9    Q.    Now, when did you -- how many times did you attempt to

10   conduct a right of visit on this vessel?

11   A.    I guess it would be twice.  The very first time we tried

12   to do it we had a problem with the small boat, so we had to fix

13   that mechanical issue, and then once that was fixed, then we

14   were actually able to launch it.

15   Q.    Now, during this time, how far is the SHAMAL from this

16   sailing vessel?

17   A.    A mile, mile and a half, I'd say.

18   Q.    And were you or other Coast Guard personnel observing the

19   sailing vessel during this time?

20   A.    Yes.  Me personally, they're broken because once initial

21   visualization was done, other people were there and we were

22   able to go down and start to get ready to go on the boarding.

23   Q.    Okay.  During the times you observed the SHAMAL (sic) were

24   there any other vessels in the vicinity?

25   A.    No.

1  Q.  Other than the SHAMAL?

2  A.  Correct.  The SHAMAL and the sailing vessel, yes.

3  Q.  Was the small boat repaired, the over-the-horizon vessel?

4  A.  Yes.

5  Q.  How long did that take, more or less?

6  A.  A few hours, I'd say maybe three to four hours.

7  Q.  And once it was repaired, were you able to launch?

8  A.  Yes.

9  Q.  And same people that you talked about were on the vessel?

10 A.  Correct.

11 Q.  How long did it take you to transit from the SHAMAL to the

12 BUFF?

13 A.  Less than 10 minutes.

14 Q.  When you arrived alongside the BUFF, did you observe

15 anyone on board that sailing vessel?

16 A.  I'm sorry, what was that?

17 Q.  Did you observe anyone on board the sailing vessel?

18 A.  Yes, two people.

19 Q.  And did they identify themselves?

20 A.  We didn't -- they identified themselves, but we didn't get

21 names or anything until we got on board.

22 Q.  Okay.  And how long after you arrived alongside the

23 sailing vessel did you go on board?

24 A.  Less than two, three minutes.

25 Q.  And the people that went on board were?

```
1   A.    Myself, Officer Burleson and Officer Cruz-Reyes.

2   Q.    Now, of the three of you on this boarding team, what did

3   you -- you were the boarding officer?

4   A.    Correct.

5   Q.    So you were doing the tasking?

6   A.    Correct.

7   Q.    Who did what?

8   A.    I had Officer Burleson --

9         THE COURT:  Let's stop there for the morning break.

10        We're going to stop for about 15 minutes.  We'll come

11  back at five after 11:00.  Thank you.  Leave your notebooks on

12  the chairs.

13        (Jury excused.)

14        All right.

15        We're going to take the break now.  Mr. Garsik,

16  during the break, it's as if you were still sitting on the

17  stand, so you're not at liberty to discuss your testimony or

18  your impending testimony with anyone, including counsel.

19        Do you understand that?

20        THE WITNESS:  Yes, ma'am.

21        THE COURT:  All right.

22        We're in recess.

23        (Thereupon, a brief recess was taken.)

24        Please recall the jury.

25        (Jury returned to the courtroom.)
```

1      Counsel?

2           MR. RUDDY:   Thank you, Your Honor.

3   BY MR. RUDDY:

4   Q.   Officer Garsik, when we broke, we were talking about the

5   boarding, right?

6   A.   Yes, sir.

7   Q.   So, who was first on board the sailing vessel BUFF?

8   A.   Officer Burleson.  I had sent Officer Burleson over first.

9   Q.   And then, who followed after that?

10  A.   Myself.

11  Q.   And then?

12  A.   Office Cruz-Reyes.

13  Q.   And the three of you to board that vessel took a matter of

14  how long?

15  A.   I'd say maybe no longer than a minute, two minutes.

16  Q.   Once on board, what did you observe?

17  A.   Once on board, I observed the two people that we saw on

18  board, and we had asked them to come to an area, a common area

19  on the sailboat where the seating was, had them separated and

20  for the -- at least the beginning portion of the time just to

21  remain with their hands in the air so we were able to properly

22  identify them and that they had no weapons or knives on them at

23  the beginning portion of it.

24  Q.   Prior to you boarding the sailing vessel, did you have any

25  information as to how many people were on board this vessel?

1    A.    Two people from the initial ROA questioning.

2    Q.    And once you had determined there were only two people on

3    board -- well, how did you determine there were only two people

4    on board?

5    A.    So, what we do when we first get on board a vessel is,

6    we'll have the people come to a certain area so we can get

7    accountability for them based off of prior answers that we've

8    gotten, so in this case two, get those two people into an area

9    where we can actually account for the two people.  And then

10   we'll go do what we call an initial safety sweep of the boat

11   just basically making sure that there's no flooding, you know,

12   fire, basically anything dangerous that's not only going to

13   harm us, but harm the other individuals that are on the boat.

14   Q.    And did you find any weapons?

15   A.    No.

16   Q.    Any indication of any hazards of any sort?

17   A.    No hazards, no weapons.

18   Q.    Flooding, fire, electrical?

19   A.    No.

20   Q.    How long did that take?

21   A.    It took maybe about five minutes or so.

22   Q.    Once you did that, did you have contact with the two

23   people on board?

24   A.    Yes.

25   Q.    Did you determine who they were?

1   A.   Yes.

2   Q.   How did you do that?

3   A.   Asked for their names and -- or asked for the

4   identification of the names that we've gotten off of the ROA

5   questioning.

6   Q.   Okay.  And did those two individuals provide you

7   identification?

8   A.   I can't recall if we got I.D.  I think we got I.D. on one

9   of the individuals.  I can't remember if the other individual

10  had an I.D.

11  Q.   And are either of those individuals here today?

12  A.   Yes.

13  Q.   Who's here?

14  A.   The two individuals sitting at the table here.

15  Q.   All right.

16       If you could -- do you recall their names?

17  A.   One was Merritt and one was Phillips.  I don't remember

18  their first names or if that was first or last names.

19  Q.   So, is Mr. Phillips here?

20  A.   Yes.

21  Q.   Could you point him out and describe what he is wearing

22  here today?

23  A.   The individual in the suit with the dreadlocks.

24  Q.   And in terms of -- what row?

25  A.   First -- sorry.  First row, the individual with the blue

1     suit, the individual standing.

2          MR. RUDDY:  All right.

3          Let the record reflect the witness identified

4     Mr. Beon Phillips.

5     BY MR. RUDDY:

6     Q.  And anyone else?

7     A.  Yes, Mr. Merritt with the glasses down at the end of the

8     table, the first row here.

9     Q.  All right.

10     And with the glasses, that eliminates half of our people.

11     A.  The individual at the end of the table, end of the first

12     table.

13          MR. RUDDY:  Let the record reflect the witness

14     identified Mr. Merritt.

15     BY MR. RUDDY:

16     Q.  Now, who identified themselves as the owner of the vessel?

17     A.  Mr. Merritt did.

18     Q.  And did he provide you with any explanation of where the

19     vessel was registered?

20     A.  Yeah.  So, this portion of the boarding was -- this is

21     like where it was kind of confusing at the initial stages.

22     During the ROA, we had gotten --

23          MR. CHALELA:  Excuse me.  Objection, hearsay of the

24     ROA information.

25          THE COURT:  Sustained.

BY MR. RUDDY:

Q.    Yes or no, you had information from --

          THE COURT:  Counsel, you can't ask a leading question
by making the question the answer.

BY MR. RUDDY:

Q.    All right.

      Now, did you obtain information from Mr. Merritt?

A.    Yes.

Q.    And was that consistent or inconsistent --

          THE COURT:  Counsel.

BY MR. RUDDY:

Q.    All right.

      The information you received, what was it?

A.    We had documentation --

          THE COURT:  You're talking about the information from
Mr. Merritt that we're talking about.  I don't want you to
testify about what the ROA said, which is hearsay.

          THE WITNESS:  Yes, ma'am.  The paper that he gave us
had indicated registration for Delaware.

BY MR. RUDDY:

Q.    All right.

      And did he provide you with any other explanation of where
the vessel was registered?

A.    There was an indication it was from Trinidad and from the
British Virgin Islands as well.

1  Q.   So, Delaware, British Virgin Islands and Trinidad?

2  A.   Correct.

3  Q.   Did Mr. Merritt tell you what the purpose of the voyage

4  was?

5  A.   He was going to be going from Port of Spain in Trinidad to

6  British Virgin Islands to have repairs done to steering or

7  engine casualties or problems for the sailboat.

8  Q.   You were on board this vessel; is that right?

9  A.   Correct.

10  Q.   This is a sailing vessel?

11  A.   Yes.

12  Q.   Did you or any other members of your boarding team

13  determine whether there were any problems with the engine?

14  A.   I had Officer Burleson, who is a machinery technician --

15  he had -- once we had been told that it was for engine repairs,

16  he had looked at the engine.  At the time, the engine was off,

17  so when he asked Mr. Merritt to turn it on, it turned on with

18  no problems as far as that.  That's all we were able to

19  determine because during the portion of boarding, we would --

20        THE COURT:  The question was:  Were you able to

21  determine whether there were any problems with the engine?  Is

22  the answer yes or no?

23        THE WITNESS:  Yeah, there were no problems with the

24  engine.

25  BY MR. RUDDY:

```
 1    Q.    Okay.  And you were on this vessel for how long?
 2    A.    I can't recall the full length of time, but it was from
 3    afternoon until early the next morning, I'd say about maybe
 4    1:00 or 2:00 in the morning.
 5    Q.    Six hours, eight hours?
 6    A.    Yeah, I'd say roughly eight hours.
 7    Q.    Any problem with the steering?
 8    A.    No.
 9    Q.    Did you recover some documents?
10    A.    Yes.
11              MR. RUDDY:  If I could approach, Your Honor?
12              THE COURT:  Yes, sir.
13    BY MR. RUDDY:
14    Q.    I show you what's marked for identification as
15    Government's Exhibits 2-A through 2-P.  If you would look those
16    over and let us know when you're finished.
17          (Brief pause.)
18    A.    Okay.
19    Q.    All right.
20          You've reviewed those?
21    A.    Yes.
22    Q.    Do you recognize what they are?
23    A.    Yes.
24    Q.    What are they?
25    A.    The first one that we had was the registration that was
```

1  provided to us notifying Delaware and then it was a mixture of

2  voyage documents.

3  Q.    Okay.

4  A.    Who was on board for voyages, dates.

5  Q.    All right.

6        MR. RUDDY:  I'd offer Government's Exhibits 2-A

7  through 2-P.

8        MR. CIARAVELLA:  No objection.

9        MR. CHALELA:  Without objection.

10       THE COURT:  They'll be received.

11       (Thereupon, Government Exhibits 2-A - 2-P received

12  and filed in evidence.)

13       MR. RUDDY:  Request permission to publish, Your

14  Honor?

15       THE COURT:  Yes, sir.

16  BY MR. RUDDY:

17  Q.    Start with 2-A.  This is -- who provided this to you?

18  A.    Mr. Merritt.

19  Q.    And this was what?

20  A.    The documentation that was provided for the registration

21  for Delaware.

22  Q.    Okay.  And the date on this was?

23  A.    For December 11th, 2015.

24  Q.    And this was July of what?

25  A.    2016.

1    Q.    2-G, what is this?

2    A.    It's a crew list for a voyage that they would have done,

3    and then it will list the crew members that are going to be on

4    board at that time.

5    Q.    Okay.  And this was -- the dates would have been -- this

6    is day, month, year; is that right?

7    A.    It's, yeah, day, month, year, correct.

8    Q.    So 01/04/2016?

9    A.    Correct.

10   Q.    That's date of arrival?

11   A.    Correct.

12   Q.    This is for Trinidad and Tobago?

13   A.    Correct.

14   Q.    Date of departure, 27/6/2016, right?

15   A.    Correct.

16   Q.    Who was that?

17   A.    For Mr. Merritt and Mr. Phillips.

18   Q.    In addition to the documentation that you had, or

19   provided, did you examine the exterior of the vessel?

20   A.    Yes.

21   Q.    Did you look out into the surrounding waters?

22   A.    Yes.

23   Q.    And when in this sequence of events during the boarding

24   did you look out into the surrounding waters of this sailing

25   vessel?

1  A.    I'd say maybe about -- after being on board for about 20,

2  30 minutes, I was trying to regain visual of the small boat

3  that we had, and in the process of doing that saw some

4  suspicious packages that were floating off the boat.

5  Q.    And how far were these packages floating from the sailing

6  vessel BUFF?

7  A.    50 to no more than a hundred yards.

8  Q.    And when you saw them, did you alert anybody else to what

9  you saw?

10  A.    Yeah, I kind of nudged Officer Burleson to just kind of

11  get a second pair of eyes on what I was looking at.  Once he

12  saw it, I radioed over to the small boat to go over and take a

13  look at what the packages were.

14  Q.    Okay.  So -- and did you observe the small boat arrive

15  alongside these packages?

16  A.    Yes.

17  Q.    Did you observe the small boat do anything with regard to

18  these packages?

19  A.    Once they had identified what they were, then they had

20  radioed it to me.  Once they had told me what it was, then I

21  instructed them to recover it out of the water.

22  Q.    I'm sorry, you instructed them to do what?

23  A.    To recover it out of the water.

24  Q.    Okay.  And did you observe them pull these packages out of

25  the water?

1  A.    Yes.

2  Q.    Did -- could you describe for us how these were situated

3  in the water?  Were they strung along, were they grouped, were

4  they just scattered?

5  A.    From my vantage point that I had, it just looked like they

6  were scattered about.  I was only actually able to see two

7  boxes, but they weren't strung together, they were just

8  separated.

9  Q.    All right.

10       Over what kind of distance?

11 A.    The two that I saw were right next to each other, maybe a

12 few feet apart.

13 Q.    Did you communicate with the two members of the Coast

14 Guard that were on the small boat about what it was that they

15 picked up?

16 A.    Yeah.  They had communicated back to me what -- the

17 indications of what it looked like it was they were picking up.

18 Then, I had notified our deployable team leader on the Navy

19 boat what they had recovered.

20 Q.    Okay.  Do you know what happened with those packages that

21 were recovered?

22 A.    Yeah.  Once they recovered, if I can recall, I think it

23 was six boxes, or packages total, they had brought them all

24 back over to the Navy boat to be tested.

25 Q.    Okay.  So, at any time after the small boat retrieved the

1  drugs -- retrieved those packages from the water, did they

2  bring those packages on board the BUFF?

3  A.   No.

4  Q.   Did you ever have any contact with those packages?

5  A.   Not until the boarding was already over and we had our

6  inventories and everything.

7  Q.   At some point, did you learn from the SHAMAL, from fellow

8  Coast Guard personnel onboard the SHAMAL, that those packages

9  were tested?

10  A.   Yes.

11  Q.   As a result of that, did you decide or you instructed to

12  conduct further testing of the individuals on board the BUFF?

13  A.   Yes.

14  Q.   And what further testing did you do with regard to the two

15  crew members on the BUFF?

16  A.   Once we get the positive indication, then we'll have their

17  hands and a brief portion of their shirt just swiped with those

18  ion scan swabs and then have those run.

19  Q.   All right.

20       So, after you received the results from the testing of

21  these packages, who did the ion scan swipes?

22  A.   We had -- there were two separate ones, so myself and

23  Officer Cruz-Reyes had done swipes on the boat.  If you are

24  talking about the swipes on the -- Mr. Merritt and Mr.

25  Phillips, that was conducted by Officer Burleson.

```
 1   Q.   Burleson?
 2   A.   Yes.
 3   Q.   All right.
 4        And were you there for that?
 5   A.   Yes.
 6   Q.   All right.
 7        So -- and is there a procedure -- strike that.
 8        Before you go on a boarding, is it procedure for the Coast
 9   Guard to do ion scan swipes on the boarding officers?
10   A.   Yes.  We'll conduct swipes on ourselves and the work area
11   where we get ready.
12   Q.   All right.
13        Is this -- did that happen in this case?
14   A.   Yes, the swipes of ourselves.
15   Q.   So, on board the SHAMAL, before you left on the
16   over-the-horizon vessel, were you tested or swiped --
17   A.   Yes.
18   Q.   -- for whether or not you had any trace elements of drugs
19   on you?
20   A.   Correct.
21   Q.   You were tested?
22   A.   Yes.
23   Q.   How about the other two members of your boarding team?
24   A.   Yes.
25   Q.   Mr. Cruz-Reyes?
```

1  A.    Correct, Mr. Cruz-Reyes and Officer Burleson.

2  Q.    So all three of you were swiped?

3  A.    Correct.

4  Q.    Explain to us, is there a procedure or process for taking

5  an ion scan swipe?

6  A.    Yes.

7  Q.    Okay.  Tell us what that process or procedure is.

8  A.    So, keep it -- we keep it as simple as it is.  You do a --

9  swipe an area across yourself where if you come in contact with

10  a narcotic, where it would most likely be, whether it be your

11  hands or your chest or your back.

12  Q.    Now, would you be wearing gloves at this point?

13  A.    Yes.  The individual who -- sorry.  The individual who is

14  swiping would be wearing gloves and I would have my gear on

15  that I was wearing.

16  Q.    So, let's take this -- you're on the SHAMAL.

17  A.    Yes.

18  Q.    On this day, July 1st, and the other two boarding team

19  members.

20  A.    Yes.

21  Q.    You are getting swiped.

22  A.    Yes.

23  Q.    Who does that swiping?

24  A.    The individual that's going to be doing the -- running the

25  machine through the duration of the boarding.

| | |
|---|---|
| 1 | Q.   Do you recall who that was in this particular case? |
| 2 | A.   It was Officer Casey. |
| 3 | Q.   Is he a TACLET LEDET team member? |
| 4 | A.   Yes. |
| 5 | Q.   Your team number is? |
| 6 | A.   402. |
| 7 | Q.   402? |
| 8 | A.   Yes. |
| 9 | Q.   So, Officer -- Petty Officer Casey, he's a member of LEDET |
| 10 | 402? |
| 11 | A.   Correct. |
| 12 | Q.   Is he trained in ion scan operations and testing and so |
| 13 | forth? |
| 14 | A.   Yes. |
| 15 | Q.   So, these gloves that -- did Officer Casey have gloves on? |
| 16 | A.   Yes. |
| 17 | Q.   What kind of gloves are we talking about? |
| 18 | A.   The latex gloves. |
| 19 | Q.   And how many gloves, latex gloves would he have on him? |
| 20 | A.   Typically, on our team we'll do four to five more than |
| 21 | what you actually need.  So, he had I'd say at least eight |
| 22 | gloves on his hands because once he would have conducted the |
| 23 | swipe on myself, he would put the swab inside the glove and |
| 24 | roll it into it and then have that glove contained in a Ziplock |
| 25 | baggie. |

1   Q.   Is that standard procedure for this?

2   A.   Yes.

3   Q.   And so in this case, Officer Casey, he's got on these

4   however many gloves he had on, latex gloves, he swiped you?

5   A.   Yes.

6   Q.   And what areas of you did he swipe?

7   A.   The arms and shirt and the back of my neck.

8   Q.   Okay.  And when he was done, he did what with his glove?

9   A.   He would have rolled the swab in the glove and then placed

10  it into a Ziplock baggie.

11  Q.   That's the most -- outer most glove?

12  A.   Correct.

13  Q.   And then put it in a bag?

14  A.   Yes.

15  Q.   And then did what with it?

16  A.   He would seal it up.

17  Q.   Okay.  And do you know, based on your training, why it is

18  so important that this be done this way?

19  A.   You wouldn't want to have any cross contamination between,

20  let's say, a swab of myself and a swab of Officer Casey, as

21  well as having it mixed in with swabs from a vessel.

22  Q.   Is this Coast Guard protocol?

23  A.   Yes.

24  Q.   And there's an ion scan machine that's used; is that

25  right?

```
 1    A.    Yes.
 2    Q.    And do you know the name of the ion scan machine that's
 3    used?
 4    A.    It's a Smiths 400 B.
 5    Q.    And spell that for us.
 6    A.    S-M-I-T-H-S, and then 400 Bravo.
 7    Q.    And 400 Bravo?
 8    A.    Yes.
 9    Q.    And does Smiths have a protocol and procedure for taking
10    the swabs as well?
11    A.    Yes.
12    Q.    And is it essentially the same as the Coast Guard's
13    procedure?
14    A.    Yes.
15    Q.    Okay.  Now -- and was that procedure followed, both the
16    Coast Guard's procedure and Smiths' procedure --
17    A.    Yes.
18    Q.    -- with regard to your three-man boarding team on
19    July 1st?
20    A.    Yes.
21    Q.    Now, when you and Officer Cruz-Reyes did swabs on the
22    sailing vessel BUFF, what areas of the vessel did you and
23    Officer Cruz-Reyes swab?
24    A.    Again, when we do -- we have procedures for areas, you'll
25    have common areas, so we did the kitchen, kitchen area, a
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1  table, door frames and door handles for the staterooms, places

2  that the -- where traffic would be flowing and touching.

3  Q.    A stateroom, that's a nautical term for what?

4  A.    A bedroom.

5  Q.    A bedroom.  And a helm, what is that?

6  A.    Steering wheel.

7  Q.    Is that a common area or some area you might normally

8  swab?

9  A.    Yes.

10  Q.    Did you do that here?

11  A.    Yes.

12  Q.    And is there a procedure that you have, that you follow

13  when you're swabbing an area?

14  A.    Yes, very similar to the swabbing of the individuals, of

15  ourselves.  You load your hands up with more gloves than you

16  need, and same thing, once you swab an area, put it in the

17  glove, roll the glove up over it so the glove is inside out and

18  then you'll place it into a baggie.

19  Q.    And depending on the size of the vessel would possibly

20  dictate how many swipes you actually make, right?

21  A.    That's correct.

22  Q.    In this case, this was a relatively --

23           THE COURT:  Counsel, take the microphone, please.

24  BY MR. RUDDY:

25  Q.    In this case, was the BUFF -- was it a relatively small or

1  large vessel?

2  A.   I'd say, I mean it's a larger, but normal size for the

3  boardings that we do.

4  Q.   And when you are doing these swipes on a vessel, how many

5  people are involved in this process?

6  A.   You have two people, you'll have one person swiping and

7  then one person recording with a number and words for where it

8  was.

9  Q.   Okay.  So, with regard to you and Petty Officer

10 Cruz-Reyes, who did what?

11 A.   Petty Officer Cruz-Reyes did the swiping and then I was

12 the recorder.

13 Q.   Now, in and around the same time, did Petty Officer

14 Burleson swab the crew members?

15 A.   That was at a separate time.

16 Q.   Okay.  Hours later, days later, what?

17 A.   I would say maybe an hour later, not any longer than that.

18 Q.   Okay.  Where did this take place?

19 A.   On board the BUFF.

20 Q.   And Officer Burleson, were you present when that was done?

21 A.   Yes.

22 Q.   And did you observe -- well, what role did you have in

23 that process, doing the swabbing or note-taking or just

24 observing?

25 A.   Yeah, Officer Burleson was doing the swabbing, I was

1    recording the swabs.
2    Q.    And with regard to Petty Officer Cruz-Reyes and Petty
3    Officer Burleson, did they both follow the procedure that
4    you've described in terms of swabbing?
5    A.    Yes.
6    Q.    With the glove, sealing the glove, and then putting it in
7    a bag and seal it?
8    A.    Yes.
9    Q.    From the time you boarded the vessel until the time all
10   three of you completed your ion scan swabs of the BUFF and
11   Mr. Phillips and Mr. Merritt, did any of you have any contact
12   with cocaine?
13   A.    No.
14   Q.    Now, at some point in time after you had completed the ion
15   scan swipes, did you leave the sailing vessel BUFF?
16   A.    Yes.
17   Q.    When did that happen?
18   A.    Once we had completed the first portion of the boarding,
19   we were getting a relief crew to come over and relieve us due
20   to the amount of time we'd been on there.
21   Q.    I'm sorry, the last sentence again.
22   A.    Due to the amount of time that we'd been on there.
23   Q.    That would have been approximately how long that you were
24   on board the BUFF?
25   A.    Oh, I'd say 10 hours or so.

1    Q.    And is that about the typical time for a boarding you
2    might be on a particular vessel?
3    A.    For a relief crew to come over?
4    Q.    Yes.
5    A.    It's all just basic boarding, depending on environment,
6    time of day, things like that.
7    Q.    But a relief boarding team did arrive?
8    A.    Yes.
9    Q.    And did -- do you recall who that relief boarding team
10   included?
11   A.    It had Officer Phelps, Officer Vick, and two members from
12   the Navy crew, the Navy VBSS team.
13   Q.    Now, from the time you boarded, was the engine of the BUFF
14   turned on for any period of time other than what you've already
15   described when it was tested?
16   A.    I don't recall how many times, but I know it was turned on
17   a few times.
18   Q.    In your presence?
19   A.    Yes.
20   Q.    Was there ever a problem with this engine?
21   A.    No.
22   Q.    Was there ever a problem with the steering of this vessel?
23   A.    No.
24   Q.    So far as you could determine, was there any problem at
25   all with this vessel?

```
1    A.    No.
2    Q.    Once the relief boarding team arrived, who departed the
3    BUFF?
4    A.    At that time, it was Mr. Merritt, Mr. Phillips and myself,
5    Officer Burleson, and Officer Cruz-Reyes.
6    Q.    And you went -- you transited from the BUFF to where?
7    A.    Right to the SHAMAL.
8    Q.    On what vessel?
9    A.    On the small boat.
10            MR. RUDDY:  One moment, Your Honor.
11            THE COURT:  Yes, sir.
12            (Brief Pause.)
13            MR. RUDDY:  No further questions, Your Honor.
14            THE COURT:  And your next witness will be how long,
15   do you think?
16            MR. RUDDY:  Your Honor, I -- oh, my next witness,
17   probably a half hour.
18            THE COURT:  Counsel?
19                     CROSS-EXAMINATION
20   BY MR. CIARAVELLA:
21   Q.    Good morning, Mr. Garsik.
22   A.    Good morning, sir.
23   Q.    Who is Sean Newmeyer?
24   A.    He was the deployable team leader.
25   Q.    So, would he be over you?
```

```
1    A.    Yes.

2    Q.    And he would stay on the SHAMAL?

3    A.    Correct.

4    Q.    Okay.  So, is Mr. Newmeyer the person that would tell you

5    when to go, when to come back, that type of thing?

6    A.    As far as like actually when to start a boarding and when

7    to end it?

8    Q.    Yes.  As commander of the LEDET team, would he be the one

9    making those decisions?

10   A.    No.

11   Q.    Who would that be?

12   A.    The -- as far as ending a boarding, it would come from the

13   district that we were under.

14   Q.    Okay.  And how -- who would obtain that order?

15   A.    Once we related that we were completely done with the

16   boarding, then he would relay up to the district.

17   Q.    Mr. Newmeyer would relay it to the district?

18   A.    Yes, sir.

19   Q.    He gets permission and tells you?

20   A.    Yes, sir.

21   Q.    So, the BUFF was first spotted at about 9:30 a.m.,

22   correct?

23   A.    I don't remember the specific time, but it was in the

24   morning.

25   Q.    Do you remember when the ROA was conducted?
```

1   A.    Again, I don't remember the specific time, but I know it
2   was shortly after the initial spotting of it.
3   Q.    Did you know those times at some point?
4   A.    Yes.
5   Q.    Okay.  Would it refresh your memory if you looked at
6   Mr. Newmeyer's chronological report of what took place and
7   when?
8   A.    Yes.
9            MR. CIARAVELLA:  May I approach the witness, Your
10  Honor?
11           THE COURT:  You may.
12  BY MR. CIARAVELLA:
13  Q.    Okay.  So I'll ask you to look -- go ahead and review that
14  and take a minute.
15       (Brief pause.)
16  A.    Okay.
17  Q.    At what time did the SHAMAL -- someone on the SHAMAL spot
18  the BUFF?
19  A.    Roughly 0930.
20  Q.    And what time was radio contact made with the BUFF to
21  conduct those questions you called the ROA?
22  A.    0938.
23  Q.    Okay.  0938.  And then, what was the ROV again?
24  A.    It's a right of visit boarding.  The ROA will take care of
25  a nationality or a claim of nationality for the vessel and

1  individuals, and then the ROV will be to obtain the

2  documentation proving what their nationality is.

3  Q.   Okay.  So an ROA is calling them, asking some questions,

4  who's on board, where are you coming from, where are you going?

5  A.   Correct.

6  Q.   ROV is when you actually get on the boat and check it out?

7  A.   Correct.

8  Q.   Okay.  And you have to get permission to do the ROV from

9  district?

10  A.   Correct.

11  Q.   Where is district?

12  A.   The district that we were working under at the time was --

13  it was split between Sector San Juan and then District 7, which

14  is in Florida, Miami.

15  Q.   Okay.  So, at what time did you get permission to go and

16  conduct your visit to the boat?

17  A.   Uh, I know it was in the afternoon.  So, again, refreshing

18  it off of this, I guess at approximately 2:56 in the afternoon.

19  Q.   2:56 p.m.  Okay.  And then, what happened when you tried

20  to do the visit to the boat; you had a problem, right?

21  A.   Correct.  Yeah, we had to, I think -- I believe it was an

22  engine casualty.

23  Q.   Okay.  By the time you actually got to the boat, what time

24  was it?

25  A.   I don't remember.  If I can --

1  Q.   Feel free to refresh if you did know at one time.

2  A.   Yeah, approximately 7:15 p.m.

3  Q.   Okay.

4  A.   Sorry, that's when it was repaired.

5  Q.   So, your small boat was repaired at 7:15 p.m., completed

6  being repaired?

7  A.   Correct.  Yes.

8  Q.   Do you know what time you actually arrived at the BUFF?

9  A.   7:40 p.m.

10 Q.   Okay.  And you said it only took you less than 10 minutes

11 to get there, correct, from the time you launched from the

12 SHAMAL?

13 A.   Correct.

14 Q.   Now, at some point you received permission to actually

15 detain --

16            THE COURT:  I'm sorry.  Was it still daylight at

17 7:40?

18            THE WITNESS:  I don't recall it being completely

19 dark, but the sun was on its way down.

20            THE COURT:  Was it dark or light?

21            THE WITNESS:  More like dusk, it wasn't --

22            THE COURT:  All right.

23 BY MR. CIARAVELLA:

24 Q.   If the sun went down at 6:59 in the British Virgin

25 Islands, would it still be light there or dark there or

1  somewhere in between?

2  A.    I wouldn't -- my guess would be somewhere between.

3  Q.    Well, in your experience of being on the sea, if -- 40

4  minutes after the sun goes down how is it?

5  A.    If it's a clear day, you could still have some light out.

6  Q.    But it's going to be on the dark side of light, wouldn't

7  it?

8  A.    Correct.

9  Q.    Now, you testified earlier that it was about a half hour

10 after you were on the BUFF that you spotted those packages.

11 A.    Correct.

12 Q.    So, that would be about 8:10.  That's more than an hour

13 after the sun went down, so do you remember if it was a full

14 moon or what?

15 A.    No, I don't remember if it was a full moon or not.

16 Q.    But you were still able to spot some packages 50 to a

17 hundred yards off the boat?

18 A.    Correct.

19 Q.    Now, at some point, you received permission to -- you call

20 it detain, arrest these people?

21 A.    Yeah, detain.

22 Q.    Detain.  What time was that?

23 A.    I don't remember the time.  I know it was shortly after

24 the positive tests had come back.

25 Q.    If you can refresh your memory --

1          THE COURT:  Counsel, can you all wait until the

2    questions are completely over and the answers are complete

3    before you start talking over each other.

4    BY MR. CIARAVELLA:

5    Q.    Yes.

6    A.    It looks like it was roughly around 11:39 p.m.

7    Q.    So, between the time the vessel was spotted by the SHAMAL

8    to the time you got on it was more than 10 hours, correct, 9:30

9    to 7:40?

10   A.    Correct.

11   Q.    And during this time, what was the BUFF doing, moving,

12   sitting anchored, what?

13   A.    They were underway and they were kind of like tacking back

14   and forth between the port and starboard.

15   Q.    Isn't it true that they were given directions from the

16   SHAMAL to change the course periodically?

17   A.    Correct.

18   Q.    So, they were going the direction that someone on your

19   vessel told them to go.

20   A.    Not at the initial point, but at some point, yes, correct.

21   Q.    And so for at least several hours they were following the

22   course you wanted them to follow, not you, but the Coast Guard.

23   A.    Correct.

24   Q.    But the whole time they're moving?

25   A.    Correct.

```
1    Q.    Now, this -- you cleared up some of this ion scan
2    information.  You received a course on how to swab or run the
3    machine, or what are your credentials on that?
4    A.    Yes, you receive the training on how to properly swab and
5    then run the machine, run the swabs through the machine.
6    Q.    Okay.  Is this a machine, you kind of just put it in and
7    it pops out and a reading comes up?
8    A.    Yes.  So you'll -- it has like a tray that will come out,
9    you'll put it in there, slide the tray in and the machine will
10   process it.
11   Q.    Is this something like they use at the airport when you go
12   through?  Have you seen that?
13   A.    No.  I don't know.
14   Q.    Okay.  You talked about cross contamination.  What does
15   that mean?
16   A.    The potential for, you know, two things to -- so, for
17   instance, like a swab for myself to be introduced with a swab
18   of Officer Burleson and cross contaminated if one of us had the
19   contaminants on us.
20   Q.    Does that mean if you had contaminants on you and then you
21   touched something on the BUFF, you could transfer that to the
22   BUFF?
23   A.    Correct.
24   Q.    Okay.  Where do you get checked out at?
25   A.    Like I said before, it was with the arms, a brief portion
```

1    of the shirt, back of the neck.

2    Q.    Okay.  But I mean, where are you physically located when

3    you do that?

4    A.    Outside on the BUFF -- I'm sorry, outside on the SHAMAL.

5    Q.    You're on the SHAMAL?

6    A.    Correct.

7    Q.    Okay.  And the machine is on the SHAMAL, your ion scan

8    device is on the SHAMAL?

9    A.    Correct.

10   Q.    So you get tested on the SHAMAL before you leave?

11   A.    Correct.

12   Q.    Okay.  Now, you tested several areas on the boat that were

13   negative, correct?

14   A.    Correct.

15   Q.    So, you said it was on the helm, which is the steering

16   wheel?

17   A.    Correct.

18   Q.    But on hand rails, it was not on there?

19   A.    I'd have to see what the log -- if they had it.

20   Q.    If I showed you the log would it refresh your memory?

21   A.    Correct.

22            MR. CIARAVELLA:  May I approach the witness?

23            THE COURT:  Yes.

24            THE WITNESS:  Okay.

25   BY MR. CIARAVELLA:

```
1   Q.    So hands rails, no?

2   A.    Hand rails, no.

3   Q.    Electronics, what are you referring to?

4   A.    The -- I guess like the GPS or SIMS package that he had to

5   plug in the coordinates, GPS and radios.

6   Q.    And there was none on there?

7   A.    Correct.

8   Q.    The galley, no residue, no?

9   A.    Correct.

10  Q.    Okay.  Now, what is a head?

11  A.    Bathroom.

12  Q.    So, the bathroom doors, was there any reading?

13  A.    No.

14  Q.    How many bathrooms are on this boat?

15  A.    That I can remember, I saw one.

16  Q.    Okay.  Do you remember a water cooler in the galley?

17  A.    I remember seeing one, but these -- I'd have to recall

18  them.  I'm pretty sure these were the swipes done by the second

19  boarding team.

20  Q.    Okay.  When did the second crew come on?

21  A.    I'm sorry.  They had come over in the morning, the morning

22  time, morning hours, I don't remember the exact time.

23  Q.    The next day?

24  A.    Correct.

25          THE COURT:  Mr. Ciaravella, how much longer with this
```

 1   witness?  We can break for lunch.

 2           MR. CIARAVELLA:  Okay, Your Honor, a good 20 minutes.

 3           THE COURT:  All right.

 4           We'll go ahead and break at this time for lunch.  We

 5   will come back at 1:30-ish.  You all are starting to hear some

 6   of the evidence and there's a tendency once you start to hear

 7   things to start talking about things, either the lawyers or the

 8   witnesses or the evidence or openings.  You cannot talk about

 9   the case until all of the evidence is in and you've been

10   instructed on the law.  So just enjoy your lunch.  We'll be

11   back in about an hour and a half.  Thank you.

12           (Jury excused from the courtroom.)

13           Again, Mr. Garsik, you are still on the stand, so

14   during the lunch break, you cannot talk about your testimony or

15   your impending testimony to anyone.

16           Do you understand that?

17           THE WITNESS:  Yes, Your Honor.

18           THE COURT:  Counsel, we're in recess.  I'm going to

19   stay here for one second.  We're in recess, thank you.

20           (Thereupon, a luncheon recess was taken.)

21           Are counsel ready to proceed?

22           MR. CIARAVELLA:  Yes, Your Honor.

23           MR. RUDDY:  Yes, Your Honor.

24           THE COURT:  Mr. Garsik, have you talked to anybody

25   about your testimony during the break?

1          THE WITNESS:  No, I did not.

2          THE COURT:  Please recall the jury.

3              (Jury returned to the courtroom.)

4          Counsel, you may proceed.

5          MR. CIARAVELLA:  Thank you, Your Honor.

6   BY MR. CIARAVELLA:

7   Q.    So Mr. Garsik, we were looking at the ion scan log.

8   A.    Correct.

9   Q.    Okay.  And to clarify, you're careful to log everything

10  that is tested, write everything down that is tested and the

11  results of those tests in relation to a specific boating

12  mission or whatever?

13  A.    Correct.

14  Q.    Okay.  So that log includes you and your two crew members

15  that boarded the vessel, right?

16  A.    Correct.

17  Q.    When you were scanned.  And includes the scans of the

18  vessel as well?

19  A.    Correct.

20  Q.    Okay.  Now, I'd asked you about bathroom doors being

21  negative and you indicated someone else did that?

22  A.    Yeah, Officer Cruz-Reyes had been the one to swipe it.

23  Q.    So that was done after you were relieved of duty?

24  A.    No, the head doors, the bathroom doors were a part of what

25  we did.

1    Q.    You did the bathroom doors?

2    A.    Correct, myself and Officer Cruz-Reyes.

3    Q.    Okay.  So you did have it in that report?

4    A.    That was negative, bathroom.

5    Q.    Now, the next entry is red book in galley.  Did you do

6    that and was that the people that came after you?

7    A.    That's the secondary boarding team.

8    Q.    Okay.  Now, that list would include all the scans done in

9    preparation for the BUFF case.

10   A.    Correct.

11   Q.    Now, this isn't the first time that the SHAMAL has

12   interdicted a vessel, was it?

13   A.    No.

14   Q.    Okay.  Have you personally been on the SHAMAL while it

15   interdicted other vessels?

16   A.    Yes.

17   Q.    And in those situations, was cocaine found in some of

18   them?

19   A.    Yes.

20   Q.    Okay.  In this case, the cocaine was found in the ocean

21   and loaded into the fast -- the small boat taken back to the

22   ship, correct?

23   A.    Correct.

24   Q.    Is that typically how it's done?

25   A.    There's a few cases that are like that, but it could be

1    just a mixture of anything.

2    Q.    What if the cocaine is found in the boat?

3    A.    On the boat that we're boarding?

4    Q.    Yes.

5    A.    Then we would seize that.

6    Q.    You'd just load it in the small boat and take it back to

7    the --

8    A.    Correct, yes.

9    Q.    Okay.

10          THE COURT:  Counsel, finish your question.  Wait

11   before you answer, Mr. Garsik.  The question got cut off at the

12   end.

13   BY MR. CIARAVELLA:

14   Q.    Okay.  When -- your procedure was, you do the right of

15   visit, which included looking at the papers, ensuring that the

16   vessel was safe and no weapons, not sinking.  What else does

17   the right of visit contain?

18   A.    That we call it, it's like almost your administrative

19   portion of a boarding, so once you get your paperwork out of

20   the way, get all the verification of things that you need, the

21   dialogue that you are having between the thing -- between the

22   individuals on the boat, and then also just making sure that

23   the boat itself is -- that nothing is suspicious or nothing is

24   out of place.  So you're -- it's the portion of boarding where

25   you're going to be getting your reasonable suspicions and

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1  anything that could lead to any probable cause for anything.

2  Q.   Okay.  Now, you sent copies of the papers that Mr. Ruddy

3  showed you back to the SHAMAL?

4  A.   Yes.

5  Q.   Okay.  And then you waited; is that right?

6  A.   Yes.

7  Q.   Because the next step where you do the swabs is a

8  different level of investigation, correct?

9  A.   It's part of it, but it's like just a second step, so this

10  way we can just keep everything broken up into different

11  sections so it's easy for us to relay the portion of the

12  boarding where we're at to our DTL and then to the sector or

13  district.

14  Q.   While you are interviewing the people on the vessel, who

15  is driving the boat?

16  A.   The boat that we're on?

17  Q.   Yes, the BUFF in this case.

18  A.   Mr. Merritt was -- we had him -- he was behind the helm

19  while Officer Burleson was next to him.

20  Q.   So, while you talked with him, he was driving it?

21  A.   Yes.

22  Q.   How long did it take for you to get orders to proceed with

23  the law enforcement part of your investigation, in other words,

24  when you got to do the ion scan and those things?  That was a

25  significant period of time to wait, correct?

1    A.    Yeah.  I don't remember the amount of time, it was a good

2    amount of time just because of the relays and the channels it

3    has to go through.

4    Q.    Something like four hours, right?

5    A.    Yeah.  I'd have to see.  I know we have a Sit Rep that we

6    use, situation report that we use.

7    Q.    Are you familiar with that Sit Rep report?

8    A.    Yes.

9    Q.    If I showed it to you, would you be able to remember the

10   time interval between the -- sending the papers back and

11   getting the orders to proceed with the ion scan?

12   A.    Yeah, if they had logged when they got the papers over on

13   there to the time that we did the next step, yeah, you'd be

14   able to see the time.

15   Q.    Would it refresh your memory?

16   A.    Yes.

17          MR. CIARAVELLA:  Your Honor, may I approach?

18          THE COURT:  Yes, sir.

19          THE WITNESS:  Between the hours of 2159 or 2200 on

20   the Zulu time that would -- between that portion and about --

21          THE COURT:  I'm sorry, what kind of time did you say

22   it was?

23          THE WITNESS:  Zulu time on the logs, the times are

24   logged.

25          THE COURT:  You said Zulu.  What does that stand for?

1            THE WITNESS:  It's the duration of time that's used

2   based off of Greenwich Mean Time, so I think at this portion it

3   was a four hour difference.  So between that phase there at

4   2159 to 0212, so 2:12 in the morning Zulu time there.

5   BY MR. CIARAVELLA:

6   Q.    So that's four hours and a little bit?

7   A.    Right.

8   Q.    So, during that four-hour period you're sitting on the

9   boat, what are you doing?

10  A.    Just waiting for permission, just going through the stuff

11  that we had, going through our baggage, making sure we had

12  everything that we needed if we were going to continue, and

13  then just waiting for the permission to continue the boarding.

14  Q.    Okay.  And just waiting, basically, to get orders to

15  proceed with the ion scan?

16  A.    Correct.

17  Q.    Okay.  Now, back to the ion scan log, I notice that you do

18  not test the small boat for residue, correct?

19  A.    Correct.

20  Q.    Isn't it true if that boat is regularly used to transport

21  cocaine, that by you riding in it you could become cross

22  contaminated with the cocaine?

23  A.    I would assume it's possible.

24  Q.    Okay.  And if you were cross contaminated with it, isn't

25  it possible that you would transfer that to the BUFF?

1  A.    It's possible.

2  Q.    Okay.  So, in other words, if you picked up cocaine riding

3  in that little boat, got on, touched things in the BUFF during

4  that four-hour period, some of that cocaine could be left in

5  the boat?

6  A.    Correct.

7  Q.    And then, when you scanned it, it could actually be the

8  cocaine that you brought with you?

9  A.    When I -- I'm not sure what -- could you repeat the

10 question?

11 Q.    Okay.  Four hours later you do the ion scan, it's possible

12 that positive readings could be cocaine transferred from your

13 small boat on to the BUFF by accident?

14 A.    I'm sure that's possible.

15       MR. CIARAVELLA:  Okay.  That's all the questions I

16 have, thank you.

17       May I approach to retrieve my documents, Your Honor?

18       THE COURT:  Yes, sir.

19       MR. CIARAVELLA:  Thank you.

20       THE COURT:  Counsel?

21       MR. CHALELA:  May I have one moment, Your Honor?

22       THE COURT:  Yes, sir.

23       (Brief pause.)

24                    CROSS-EXAMINATION

25 BY MR. CHALELA:

1  Q.   The BUFF, from the time that you first spotted it until

2  the end of your investigation with it, was traveling roughly at

3  about seven nautical miles an hour, correct?

4  A.   I would say that's fair.  It wasn't moving very fast,

5  so...

6  Q.   Mr. Ciaravella asked you, and I think you said it's

7  accurate, that the BUFF was first spotted at about 9:30 in the

8  morning, correct?

9  A.   Correct.

10 Q.   And that the small boat was repaired at about 7:15 in the

11 evening, correct?

12 A.   Correct.  I think that is correct.

13 Q.   So that's almost 10 hours later that the small boat was

14 repaired to be able -- since the time of the first spotting of

15 the BUFF, correct?

16 A.   Correct.

17 Q.   And you would agree with me that at roughly seven miles an

18 hour, for 10 hours, that's 70 miles of distance of travel that

19 the -- through the water that the BUFF would have made from the

20 time that it was first spotted until the boat, the small boat,

21 was fixed at 7:15, correct?

22 A.   Correct.

23 Q.   Now, you said earlier that it was taking a right side tack

24 and then a left side tack, but did you mean to say that the

25 boat was somewhat going in a straight line, so to speak?

1    A.    Yeah, it was -- it would be turned to port a little bit

2    and then when -- it would go back to starboard, so it never was

3    actually going in a straight line for a long period of time.

4    Q.    And was it using its sails during that whole time or don't

5    you know?

6    A.    I mean sails were up, they weren't in the position that I

7    said they were in earlier, so they were using them, I guess, as

8    best as they could.

9    Q.    And for folks that don't know a whole lot about sailing,

10   if things start to get scary for me with the wind catching my

11   sails, all I have to do is turn the nose into the wind and it

12   will stop right there, it should stop, right?

13   A.    Correct.  Well, the boat will keep traveling, but the

14   sails won't -- yeah.

15   Q.    It should slow down or stop completely and it's kind of

16   like a brake system that sailors use to put the nose into the

17   wind.

18   A.    Okay.

19   Q.    Yes?

20   A.    Yeah.  I'm not sure techniques.

21   Q.    Well, if I'm -- my nose is in the wind and I start going a

22   little bit to the port side, then the wind -- the more I go to

23   the port side, the more the wind is going to catch it, right?

24   A.    Correct.

25   Q.    And likewise, if I'm in the nose -- my nose is in the wind

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    and I go towards the starboard side, the more I go, the more I
2    catch wind, correct?
3    A.    Correct.
4    Q.    All right.
5          Now, you would agree with the records of the Coast Guard
6    that the BUFF was being told to change different directions
7    throughout this 10-hour period, correct?
8    A.    Correct.
9    Q.    Did you see the boat papers that you sent to the SHAMAL?
10   A.    Yes.
11   Q.    The registration and whatnot?
12   A.    Yes.
13   Q.    And indeed, the boat had its registration papers, correct?
14   A.    Correct.
15   Q.    And the boat name on the registration paper -- I'm going
16   to show you what's been marked and shown previously as
17   Government's Exhibit 2 Alpha, it should be on your screen, too.
18   Right here where my finger is, it says boat registration,
19   correct?
20   A.    Yes.
21   Q.    Over here it says Dover, Delaware?
22   A.    Correct.
23   Q.    This is from the State of Delaware with the great seal of
24   the State of Delaware up above?
25   A.    Correct.

1    Q.   So, this is an official Government document from the State

2    of Delaware, correct?

3    A.   I would assume it is.

4    Q.   It purports to be.  It sure seems like it, right?

5    A.   Correct.

6    Q.   All right.

7         And here, the owner is Neil Merritt, correct?

8    A.   Correct.

9    Q.   It has a registration number, correct?

10   A.   Correct.

11   Q.   It has the date when this registration was issued,

12   December 11, 2015, correct?

13   A.   Correct.

14   Q.   It shows when the boat was made, correct?

15   A.   Correct.

16   Q.   That it's a hull made out of fiberglass, correct?

17   A.   Correct.

18   Q.   It has a specific hull number assigned, correct?

19   A.   Correct.

20   Q.   It's 43 feet long, correct?

21   A.   Correct.

22   Q.   And the boat name is XKS Adventures, correct?

23   A.   Correct.

24   Q.   Now, the stickers on the boat, you said, said BUFF,

25   correct?

```
1    A.    Yes.
2    Q.    B-U-F-F?
3    A.    Yes.
4    Q.    But there were stickers onboard that hadn't been placed on
5    the outside of the boat yet that said XKS Adventures, correct?
6    A.    Correct.
7              MR. CHALELA:  May I have just a moment, Your Honor?
8    May I have a moment with my client, Your Honor?
9              THE COURT:  Yes, sir.
10             MR. CHALELA:  Thank you.
11             (Brief pause.)
12             Thank you, Your Honor, we have nothing further.
13             THE COURT:  Counsel, redirect?
14             MR. RUDDY:  Briefly, Your Honor.
15                       REDIRECT EXAMINATION
16   BY MR. RUDDY:
17   Q.    Officer Garsik, on cross-examination, you were asked about
18   jettisoning.
19   A.    Yes.
20   Q.    What is jettisoning?
21   A.    It's when the individuals on a boat will take whatever
22   contraband or illegal substance they have and throw it
23   overboard during a chase.
24   Q.    And during your two patrols, counter drug patrols, did you
25   encounter jettisoning?
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

| | |
|---|---|
| 1 | A.    Yes. |
| 2 | Q.    How many times? |
| 3 | A.    I'd say a minimum of five. |
| 4 | Q.    And you did 15 boardings, I believe you said? |
| 5 | A.    Yes. |
| 6 | Q.    Now, on this patrol, this event happened 1 July, right? |
| 7 | A.    Correct. |
| 8 | Q.    When did you begin your patrol? |
| 9 | A.    I want to -- I think it was around July 11th -- or sorry, |
| 10 | June 11th. |
| 11 | Q.    Okay.  So you were about three -- a little over three |
| 12 | weeks in? |
| 13 | A.    Correct. |
| 14 | Q.    How many interdictions did you have on this patrol? |
| 15 | A.    I think we had a total of seven.  Just off the top of my |
| 16 | head, I think seven. |
| 17 | Q.    And of those seven, how many involved jettisoning? |
| 18 | A.    Sorry, actually all of them did, some of the contraband on |
| 19 | a few of them were not recovered. |
| 20 | Q.    So, of the seven interdictions on this patrol -- |
| 21 |         THE COURT:  Counsel, he already answered your |
| 22 | question.  Do you have another question? |
| 23 |         MR. RUDDY:  Nothing further. |
| 24 |         THE COURT:  Mr. Garsik, what is the point of all of |
| 25 | the pre-swabbing before you leave the big vessel if you're just |

1  going to jump into the small vessel that's contaminated with
2  cocaine and then go get on someone's vessel?
3          THE WITNESS:  Your Honor, just to make sure that the
4  attire and the gear that we're wearing isn't contaminated with
5  anything from prior.
6          THE COURT:  But then you're going to get on the small
7  vessel where all the cocaine has been picked up out of the
8  ocean and get contaminated again and you don't swab on the
9  small vessel before you get on to the stopped vessel.  Why not?
10          THE WITNESS:  It's never been in the policy so as far
11  as I know.
12          THE COURT:  And where -- how far away was the last
13  jettisoning that you experienced from the time you encountered
14  the BUFF by distance and days?
15          THE WITNESS:  I wouldn't be a hundred percent.
16          THE COURT:  Well, don't guess.  If you don't know,
17  don't guess.
18          THE WITNESS:  I don't know.  I don't remember.  I
19  know it was before that, though.
20          THE COURT:  Do you know if it was days before or a
21  day before or an hour before?
22          THE WITNESS:  Yeah, it would have been days before.
23          THE COURT:  All right.
24          And the drugs that you commandeer on those
25  jettisonings, do they stay on the big boat until you finish

1  your tour or do you take them in at each trip or --

2        THE WITNESS:  No, Your Honor, they stay in a secured

3  locker and then, as soon as we're able to complete our case

4  package with everything, then we transfer the case package, the

5  detainees and the drugs to usually another Coast Guard vessel.

6        THE COURT:  All at once or at intervals?

7        THE WITNESS:  Yes, Your Honor, all at once.

8        THE COURT:  So if you stopped 10 people and you

9  interdict 180 kilos of cocaine, everybody gets on the boat and

10 when the tour is over, everybody gets transferred?

11       THE WITNESS:  No, Your Honor.  I think we're

12 misunderstanding.  So the -- if we did a case with two

13 detainees and 75 kilos, as soon as we finish our case package,

14 which usually can take 24 to 48 hours, we'll make contact with

15 a boat that's closest to us, and as soon as they come to us,

16 the drugs, the detainees and the case package would all go

17 together.

18       THE COURT:  All right.

19       Thank you.  You may step down.

20       Please call your next witness.

21       MR. RUDDY:  Yes, Your Honor.

22       THE COURT:  Sir, Mr. Garsik, the witnesses have been

23 sequestered, so you cannot discuss your testimony with anyone

24 until this case is over so as not to disclose what happened in

25 the trial until they have completed testifying.

1          Do you understand that?

2          THE WITNESS:  Yes, Your Honor.

3          THE COURT:  Thank you.

4          (Witness excused.)

5          Please come all the way forward, sir, to be sworn.

6  Thereupon,

7                    KEN ELLIOTT CRUZ-REYES,

8  after having been duly sworn to tell the truth, the whole truth

9  and nothing but the truth, under penalty of perjury, was

10  examined and testified as follows:

11          THE WITNESS:  I do.

12          THE CLERK:  Please be stated.  Please state your name

13  and spell your last name for the record.

14          THE WITNESS:  Ken Elliott Cruz-Reyes, last name is

15  C-R-U-Z-R-E-Y-E-S.

16          THE COURT:  Mr. Cruz-Reyes, you're under oath.  You

17  must give truthful answers.  If you give false answers, you

18  face penalties of perjury, false statement and obstruction.

19          Do you understand that?

20          THE WITNESS:  I do, Your Honor.

21          THE COURT:  And has anyone talked to you about what

22  has happened in the trial since it started this morning?

23          THE WITNESS:  Negative, Your Honor.

24          THE COURT:  And sir, please speak into the

25  microphone.  When counsel is asking you a question, wait until

1   his question is done before you start your answer so you're not

2   talking over him even if you anticipate what he's trying to

3   ask.

4           Do you understand that?

5           THE WITNESS:  I do, Your Honor.

6           THE COURT:  And if you see opposing counsel stand to

7   object, wait until I rule on the objection before you begin

8   your answer.

9           Do you understand that?

10          THE WITNESS:  I do, Your Honor.

11          THE COURT:  Counsel?

12          MR. RUDDY:  Thank you, Your Honor.

13                          DIRECT EXAMINATION

14  BY MR. RUDDY:

15  Q.   You're Petty Officer Cruz-Reyes with the United States

16  Coast Guard; is that right?

17  A.   That's correct.

18  Q.   And how long have you been so employed?

19  A.   I'm sorry?

20  Q.   How long you have been with the Coast Guard?

21  A.   Two years.

22  Q.   And your current assignment is what?

23  A.   Tactical Law Enforcement Team South.

24  Q.   And how long -- you have been with them for how long?

25  A.   For a little over one year.

1  Q.   And have you received training to be a boarding -- part of
2  a boarding team?
3  A.   I have.
4  Q.   And have you received training to conduct ion scan swipes?
5  A.   I have.
6  Q.   On July 1st of last year, were you on a counter drug
7  patrol?
8  A.   I was.
9  Q.   And that involved what surface asset?
10 A.   It was the USS SHAMAL.
11 Q.   Okay.  And did you participate in a boarding that occurred
12 on July 1st of last year?
13 A.   I did.
14 Q.   And that involved what type of vessel?
15 A.   It was the sailing vessel BUFF.
16 Q.   And tell us your involvement in that boarding.
17 A.   So, I was a boarding team member.  We, the USS SHAMAL, saw
18 a target of interest, which was the sailing vessel BUFF.  We
19 went and boarded it and Petty Officer Garsik was the boarding
20 officer, and then Officer Burleson was the assistant boarding
21 officer and I was just a BTM.
22 Q.   Boarding team member?
23 A.   Yes, I'm sorry, boarding team member, and I did the --
24 they kind of took care -- like they did most of the
25 administrative part, which was talking to the two persons on

1    board, getting the documentation, all of that kind of stuff.  I

2    did participate in doing ion scan swipes.

3    Q.    Let's talk about that.

4    A.    Okay.

5    Q.    Ion scan swipes, you had training on it, right?

6    A.    That's correct.

7    Q.    And had you -- after you got your training, had you done

8    ion swan swipes on any other boardings prior to this one?

9    A.    Yes.

10   Q.    Okay.  Approximately how many?

11   A.    On how many boardings or how many swipes?

12   Q.    How many boardings.

13   A.    How many boardings?

14   Q.    More or less.

15   A.    Probably two, to the best of my knowledge.

16   Q.    All right.

17         And --

18              THE COURT:  I don't understand that answer.  You

19   don't know whether it was one or two or three or six?

20              THE WITNESS:  I'm -- Your Honor, I'm trying to

21   recollect which boardings happened first, it was some time ago.

22   I know during that patrol we did several boardings.

23              THE COURT:  Do you know if this was the first one or

24   the second one or the third one?

25              THE WITNESS:  This was -- I believe it was the second

boarding.

THE COURT: So you had done it one other time?

THE WITNESS: Yes, Your Honor.

THE COURT: Counsel, continue.

BY MR. RUDDY:

Q. All right.

So, in -- what did you do or what did you swipe on the sailing vessel BUFF?

A. I can't remember exactly what I swiped. I remember swiping what I was directed to swipe and I remember --

THE COURT: That's the answer to the question. He doesn't remember. Do you have another question, Mr. Ruddy?

BY MR. RUDDY:

Q. Do you -- did you do the swipes on the boat?

A. I do remember swiping the helm specifically, and I do remember swiping the persons on board.

Q. And those were -- how many people did you swipe on board?

A. I swiped 02.

Q. Two people?

A. Correct.

Q. Are they here today?

A. Yes.

Q. Okay. Would you point them out and describe what they're wearing, where they are in the room and what they're wearing here today?

```
1   A.   Right here, the second gentleman in from the left wearing
2   a suit, looks like a black or a blue suit, and then the
3   gentleman all the way to the right also wearing a suit and
4   glasses.
5   Q.   Okay.  So, you're pointing to -- off to your right,
6   correct?
7   A.   Yes, the second person to the left, from the left.
8           THE COURT:  The record will reflect the witness
9   identified the two Defendants by his positioning of them at the
10  table.
11  BY MR. RUDDY:
12  Q.   Very good.
13       Now, when you did -- when you did the ion scan swipes,
14  could you describe how you were trained to do it and how you
15  did it?
16  A.   I asked them to put their palms out facing up, just like
17  this, and I swiped both their palms and I also swiped the
18  bottom portion of their shirt and that was it.  It was one
19  swipe per person.
20  Q.   Okay.  So, you indicated a motion with your hands; is that
21  right?
22  A.   Correct.
23  Q.   And the hands of the person that you swiped, were they
24  facing up, palms up or palms down?
25  A.   Palms up.
```

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1  Q.   And what -- you had a swipe for each person?

2  A.   Correct.

3  Q.   And did you have anything on your hands?

4  A.   Yes, I had sterile gloves.

5  Q.   And do you recall how many pairs, or was it one or more

6  than one pair of gloves on your hands?

7  A.   Yeah, I don't recall exactly how many, but it was at least

8  10.  I usually put a lot of gloves on when I'm going to do a

9  swipe so each glove is sterile when I do the swipe.

10  Q.   When you swiped the two crew members, two Defendants

11  you've identified here today, what did you do with that swipe

12  after you swiped the hands and then the mid section of that

13  person?

14  A.   I -- holding the swipe, I take the glove off so that the

15  swipe ends up on the inside of the glove, then I number the

16  glove, and then that number goes into a log of where you swiped

17  has a -- has had contact with.

18  Q.   And what do you do with that glove?

19  A.   The glove, we put it in like a pouch or a plastic bag and

20  that gets transferred over back to the USS SHAMAL to get

21  scanned.

22  Q.   Is that pouch sealed?

23  A.   Yes.

24  Q.   Okay.  And did that happen with both Defendants?

25  A.   Correct.

1   Q.   Now, did you -- and this occurred -- where did this

2   swiping take place?

3   A.   It was on the starboard side of the sailing vessel BUFF,

4   right on the main deck, so not downstairs, but at the very top

5   deck.

6   Q.   Now, did you -- other than the ion swipes of the vessel

7   and the crew on the BUFF, did you conduct any search of the

8   vessel or examination of the vessel?

9   A.   No, all I did was, I searched the two persons on board

10  once they were to be detained.

11  Q.   Now, at some point, after you had done the swipes, were

12  those swipes sent over to the SHAMAL?

13  A.   Yes.

14  Q.   At some point after that, were you advised that there was

15  going to be a relief boarding team brought over to the SHAMAL?

16  A.   Yes.

17  Q.   When the relief boarding team arrived, what did you do?

18  A.   The relief boarding team got on board and once they got on

19  board, we gave them a pass down of everything that had gone on,

20  a short synopsis of what was on the -- of our findings and we

21  got off and we got on the small boat, or the over-the-horizon

22  cutter boat, and we transferred back to the USS SHAMAL.

23  Q.   When you say "we", who are you speaking of?

24  A.   That was the initial boarding team, which was Petty

25  Officer Garsik, Petty Officer Burleson and myself, and the

1  persons on board as well.

2  Q.   The two people that you swiped?

3  A.   To the best of my knowledge, I believe we all got

4  transferred together.

5  Q.   When you arrived back at the SHAMAL, did you participate

6  in the processing of the two individuals that you identified

7  here today?

8  A.   I did.

9  Q.   Okay.  And did you recover anything of significance from

10  the personal effects of either individual?

11  A.   I found a piece of paper that had some writing on it and

12  it had some numbers on it as well that looked -- they looked to

13  be like some kind of calculations.  This was found on one of

14  the person's on board backpack.

15  Q.   Do you recall which one?

16  A.   Yes, it was the gentleman right here, all the way to the

17  right.

18        MR. RUDDY:  Will the record reflect that is

19  Mr. Merritt?

20        THE WITNESS:  Yes.

21        THE COURT:  So noted.

22        MR. RUDDY:  If I could approach, Your Honor?

23        THE COURT:  Yes, sir.

24  BY MR. RUDDY:

25  Q.   Petty Officer Cruz-Reyes, I'm showing you what's marked

1  for identification as Government's Exhibits 5-B, 5-C and 5-D.
2  Would you take a look at those let us know when you're
3  finished?
4  A.    Finished.
5  Q.    All right.  Do you recall what those are?  Do you
6  recognize who those are?
7  A.    It looks like the paper that was recovered from his
8  backpack.
9  Q.    By you?
10 A.    Yes.
11 Q.    On July 1st?
12 A.    Yes.
13 Q.    Okay.  Those are the --
14          MR. RUDDY:  I'd offer Exhibits 5-B through 5-D.
15          MR. CIARAVELLA:  No objection, Your Honor.
16          MR. CHALELA:  Without objection, Your Honor.
17          THE COURT:  They will be received.
18          (Thereupon, Government Exhibits 5-B - 5-D received
19 and filed in evidence.)
20          MR. RUDDY:  Permission to publish, Your Honor?
21          THE COURT:  Yes, sir.
22 BY MR. RUDDY:
23 Q.    Now, the condition of this piece of paper, could you
24 describe it for us?
25 A.    The condition of the piece of paper?

1   Q.   Yes, sir.

2   A.   Well, it definitely does not look like it's in the best

3   condition, it looks a little bit weathered perhaps.

4   Q.   Was it in that condition when you first observed it?

5   A.   When I first observed it, it wasn't in the best condition

6   either, it was folded up and kind of crumbled a little bit.

7   I'm not sure if it was in exactly this condition, it was a

8   little bit ago, but it was in rough condition when I saw it.

9   Q.   All right.

10       But you indicated there you had seen some calculations on

11  this piece of paper; is that right?

12  A.   It appears to be so, yes.

13  Q.   And I placed it on the projector, it's 5-B as in Bravo.

14  Can you see that there?

15  A.   Yes.

16  Q.   And it appears to be some numbers and -- with those

17  numbers being added up; is that right?

18  A.   Yes.

19  Q.   5-C is another portion of that same piece of paper; is

20  that right?

21  A.   Yes.

22  Q.   And again, it appears that there's more calculations,

23  right?

24  A.   Yes.

25  Q.   And 5-D, another portion of this same piece of paper,

1  right?
2  A.    Yes.
3           THE COURT:  Was it one piece of paper or was it three
4  pieces of torn paper?  How was it when found it?
5           THE WITNESS:  When I found it, it was just one piece
6  of paper, Your Honor.
7           THE COURT:  So, do you know why it's three pieces of
8  paper now?
9           THE WITNESS:  No, Your Honor.  Maybe it was folded up
10  on multiple sides, but I only recovered one piece of paper.
11           THE COURT:  Did you put that piece of paper in a
12  folder of some sort?
13           THE WITNESS:  I transferred that -- I put it apart
14  from their belongings because I didn't want it to be -- I
15  thought that it might have been able to be used as evidence.
16           THE COURT:  But what did you do with it?
17           THE WITNESS:  I didn't personally put it in any
18  specific folder or anything like that.  I just told my
19  superiors that I thought it was interesting.
20           THE COURT:  Did you give it to somebody; did you put
21  it on a table; did you put it on the floor?
22           THE WITNESS:  I can't remember exactly what I did
23  with it at the moment.  I remember I showed it to someone from
24  the boarding team, to a couple of them, but I don't remember
25  exactly where it went from that point.

1     MR. RUDDY:  Nothing further.

2     THE COURT:  Do we have the original of that?

3     MR. RUDDY:  Yes.

4     THE COURT:  May I see it?

5     MR. RUDDY:  I don't think I have it here.

6     THE COURT:  Well, where is it?

7     MR. RUDDY:  It's in the original evidence, I can get

8  it for you tomorrow.

9     THE COURT:  Would you, please?

10                      CROSS-EXAMINATION

11  BY MR. CIARAVELLA:

12  Q.   Good afternoon, Mr. Cruz-Reyes.  My name is Mark

13  Ciaravella, I represent Mr. Phillips.

14       While you were waiting on the BUFF, you had to wait

15  several hours to get permission to do the ion scan swabs,

16  right?

17  A.   Yes.

18  Q.   Okay.  Was Mr. Phillips -- how did he treat you?

19  A.   They were both very compliant, they were just sitting down

20  where we asked them to and they weren't saying much, they were

21  just sitting down.

22  Q.   Okay.  They didn't give you any problem at all?

23  A.   Negative.

24  Q.   What's the first thing you do when you get on the boat?

25            THE COURT:  In general or at this time?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

BY MR. CIARAVELLA:

Q.   There's a procedure for -- when you board a vessel to do the right of visit, is there something you have to do first?

A.   We conduct an initial safety sweep.

Q.   Did you do that in this case?

A.   Yes.

Q.   And what is a safety sweep?

A.   A safety sweep is a sweep of the vessel to ensure that it is safe for the boarding team to be on board, both for the boarding team and for the persons on board.

Q.   Would you look for people hiding in the boat, things like that?

A.   Not necessarily unless we have reasonable suspicion that there is a missing personnel, but normally, it's just -- we're just looking for hazards.

Q.   Okay.  So, do you look in every room if there's a room with a door?

A.   We only look in spaces where there is -- for example, a bilge, if there's a bilge, then we'll go into the space, but we won't go into a private space without having reason to be in there.

Q.   Now, when -- you said you took Mr. Phillips and Mr. Merritt to the starboard side to do their scans?

A.   Yeah.  Well, that's where they were sitting already so we just went to them to do the scan.

1   Q.   Okay.  Well, who was driving the boat while they were
2   sitting and you were doing the scans?
3   A.   I can't remember exactly who was driving the boat.  I mean
4   the boat had -- there was like some engine problems or
5   something like that, the boat wasn't going very fast at all.  I
6   don't know exactly who was at the helm.  There was someone at
7   the helm the entire time, but --
8   Q.   Would that -- that would have had to have been Mr. Garsik
9   or -- who was the third person?
10  A.   The third person was Petty Officer Burleson and he wasn't
11  on the helm the entire time.  They were just -- we were just
12  there watching everything that was going on, watching the helm.
13  It didn't require somebody to be on the helm the entire time.
14  Q.   Someone from the Coast Guard did steer the boat, correct?
15  A.   Correct.
16  Q.   And the helm is what?  What do you call it?
17  A.   The helm would be the, I guess, kind of like the steering
18  wheel if it was a car.
19            MR. CIARAVELLA:  Thank you.  No further questions.
20                        CROSS-EXAMINATION
21  BY MR. CHALELA:
22  Q.   Sir, you said that your -- you remember there being engine
23  problems with that BUFF?
24  A.   I remember them claiming that there were engine problems.
25  Q.   Well, wasn't it true that the engine would cut out after

1  being on for a continued amount of -- periods of 10, 20 minutes
2  at a time, it kept cutting out, right?
3  A.   I can't remember if it kept cutting out or not.
4  Q.   A few minutes ago, or a few moments ago you said that you
5  remembered that it was having engine problems, correct?  You
6  said that.
7  A.   I remember them claiming that there were engine problems.
8  Q.   When I asked you, now you're saying -- your answer is
9  specifically you remember them claiming it had engine problems,
10 but will you agree with me that when Mr. Ciaravella was just
11 asking you questions not even about the engine, you
12 spontaneously said out of your own accord that you remembered
13 them having engine problems, remember?
14 A.   I said that they were having engine problems or something
15 like that.  I'm not an engineer or anything of the sort, I
16 never inspected the engine myself.  I remember them claiming
17 that they had engine problems.  I didn't verify myself if their
18 engine was good or not.  I wouldn't know how to do so.
19 Q.   When you went into the boat on the lower deck, or whoever
20 went in to do the safety sweep, there's guard rails and things
21 like that on sailboats because oftentimes there's waves and
22 wind and all kinds of roughness out there, right?
23 A.   Correct.
24 Q.   There's always going to be, while one is going through a
25 sailboat of this nature in open ocean, that it's designed for,

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    some kind of something to hold on to precisely for stormy
2    weather, correct?
3    A.    Correct.
4    Q.    Now, somebody from the Coast Guard went and did that
5    safety inspection throughout the entire boat to make sure there
6    was no electrical, no fire, no flooding or other people on
7    board, correct?
8    A.    Correct.
9    Q.    And that was long before authority was given to conduct an
10   ion scan, correct?
11   A.    Correct.
12   Q.    Now, you said you did one swab per person, correct?
13   A.    Correct.
14   Q.    Does that mean one swab for the person's two palms that
15   are up in the air and that same swab for their shirts?
16   A.    Correct.
17   Q.    And so, if there was an indication that there was some
18   positive microscopic ions of cocaine on that one swab, you
19   would not be able to say whether it came from the right hand,
20   the left hand or the shirt, correct?
21   A.    Correct.
22   Q.    Now, what about the back of the shirt, wasn't that
23   swabbed, too?
24   A.    The back of the what?
25   Q.    The back of the subject's shirt, wasn't that swabbed, too?

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1  A.    I didn't swab their back.

2  Q.    Have you been trained to swab the front of the shirt and

3  the back of the shirt?

4  A.    I've never been trained to swab the back of the shirt.

5  Q.    You've heard of chasing a subject boat -- as a law

6  enforcement tactical boarding member such as yourself, you were

7  trained that oftentimes there would be a chase involved,

8  correct?

9  A.    Correct.

10 Q.    And that chase would be involved with a motor boat like

11 two fancy big motors on it running away from the U.S. Navy or a

12 Coast Guard attachment trying to make a boarding, correct?

13 A.    Correct.

14 Q.    That's what a chase is, right?

15 A.    Not necessarily two big fancy engines, but yeah.

16 Q.    There was only -- but those would be motor boats, correct?

17 A.    Correct.

18 Q.    Those wouldn't be sailboats, correct?

19 A.    As far as my experience, no.

20 Q.    And your training?

21 A.    In my experience and my training, I've never known a --

22 personally have never known any sailing vessel to be considered

23 a go-fast vessel.

24 Q.    A go-fast vessel, let's talk about that.  You were trained

25 and you have experience that when drug traffickers want to get

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1  cocaine from one place, Ecuador or Colombia for example, to
2  another place, Mexico or Central America for example, they're
3  going to use a go-fast vessel, correct?
4  A.    It is one method that they use is a go-fast vessel.
5  Q.    Another method might be a semisubmersible submarine,
6  correct?
7  A.    Any kind of vessel, correct.
8  Q.    But it's not -- you were -- your experience and training
9  dealt a lot with the so-called go-fast vessel, correct?
10  A.    Any kind of vessels, they go into go-fast vessels
11  specifically because they tend to be the most noncompliant.
12  Q.    Now, this sailboat in question in this case probably could
13  get up to be about what, seven miles an hour?
14  A.    I'm honestly not sure, I wouldn't know how fast a sailing
15  vessel would go.
16  Q.    You would certainly not call this sailing vessel a go-fast
17  vessel, correct?
18  A.    No.
19  Q.    Now, isn't it true that after about 30 hours of operation
20  on this motor, on this BUFF, the oil would be exhausted from
21  faulty sealings and half a gallon of oil would have to be added
22  to it; isn't that right?
23  A.    I don't know.  I don't know very much about engines at
24  all.
25  Q.    Do you know what a quadrant is for the steering mechanism

1   of the sailboat?

2   A.   No.

3   Q.   Can you tell us whether the quadrant on that sailboat was

4   rusted and needed to be replaced?

5   A.   No.

6           MR. CHALELA:  May I have one moment, Your Honor?

7           THE COURT:  Yes, sir.

8           MR. CHALELA:  Thank you, Your Honor.

9           (Brief Pause.)

10  BY MR. CHALELA:

11  Q.   Sir, earlier you were shown an exhibit by Mr. Ruddy and I

12  want you to think carefully about the answer you gave and

13  whether you want to change that answer.  It's 5 Bravo.

14      Mr. Ruddy asked you when you were looking at this, one of

15  three pieces of paper that you educated us had been originally

16  one piece of paper, he said -- the question was something along

17  the lines of that looks like the numbers that were added up,

18  and you said, yes, right?

19  A.   I did.

20  Q.   Okay.  Well, take a look at it more carefully before just

21  answering, and show us how that reflects addition if you can.

22  A.   It doesn't add up to -- I mean, from what I can tell, the

23  numbers are -- if you add those numbers up, maybe they don't

24  add up perfectly.

25  Q.   Do you know what a dingy is?

1   A.   A dingy?

2   Q.   Yeah.

3   A.   Like a vessel.

4   Q.   Yeah, like a small boat, right?

5   A.   Yes.

6   Q.   Oftentimes, sailboats will have a dingy on the back of

7   them, right?

8   A.   I don't know.  I've never seen a sailboat that had a

9   dingy, but...

10  Q.   Well, a dingy could be used by someone on a sailboat to

11  anchor offshore and take the dingy in to go to a restaurant or

12  to go hopping the town or something, right?

13  A.   Yes.

14  Q.   That's -- in common parlance, that's a dingy, correct?

15  A.   Yes.

16  Q.   Doesn't this look like there could be a dingy right there?

17  A.   Possibly could have been, could have said dingy.

18  Q.   Okay.  Now, sailboats are sometimes chartered by folks to

19  go places, sometimes other countries, correct?

20  A.   Chartered as in people pay to get on the sailing vessel?

21  Q.   Let's say I own --

22          THE COURT:  Yes, that's what it means, a charter.

23          THE WITNESS:  Yes.

24  BY MR. CHALELA:

25  Q.   Here in what's been previously marked as Government's 2

1  Alpha -- no, this is 2 Charlie that's been submitted earlier to
2  the jury for their view.
3        Do you see here that -- you would agree with me on this
4  exhibit here, it says 2-C, that this Government exhibit is from
5  the Republic of Trinidad and Tobago?  It purports to be a
6  Government document from the Republic of Trinidad and Tobago,
7  correct?
8  A.    It says Trinidad Tobago on it.
9  Q.    It's talking about granting clearance for somebody who
10 certifies that the XKS Adventures, on March 21st of 2016, at
11 11:35 in the morning, is getting clearance to go on a trip,
12 right?  Isn't that what it says?
13 A.    The form says someone has permission to enter any port of
14 Trinidad and Tobago within 24 hours.
15 Q.    Okay.  The person here is Simba Williams, correct?
16 A.    It says whereof Simba Williams.
17 Q.    Now, do you know what money they use, what currency they
18 use in the Republic of Trinidad and Tobago?
19 A.    I don't know what it's called, no.
20 Q.    Do you know whether they use dollars, but different types
21 of dollars?  If you don't know, you don't know.
22 A.    I know they use another kind of currency.  Maybe they use
23 dollars there as well, but I do know they have another kind of
24 currency.
25 Q.    They have their own currency, correct?

A.    Yes.

Q.    Do you know how many Trinidad dollars equals one American

dollar?

A.    No.

Q.    Remember that name Simba Williams we just saw on that

immigration document for a trip?

A.    Yes.

Q.    You would agree that this seems to be the same name,

Simba, on that Government Exhibit 5-B, correct?

A.    It could have said Simba.

Q.    And I think you already partially answered this, you had

originally said that this adds up, that this is an addition,

somebody is adding numbers, but it doesn't add up, does it?

A.    I said it looks like some kind of calculation, some of

these numbers aren't legible.  I probably couldn't add them up

myself and see if the result was the same thing that it says

there because there's some portions that have been cut off.

          THE COURT:  Well, the question was -- you said this

was adding numbers up.  Does this look like it's adding those

numbers up to a total?

          THE WITNESS:  At a glance, it does look like it's

adding up.

BY MR. CHALELA:

Q.    But now?

A.    I haven't personally tried to add it up or tried to

1    decipher what it says on the form.

2    Q.   What does this say, 309, 309,000?

3    A.    It could have.  I can't see the entire --

4            THE COURT:  We don't have to go through this

5    exercise.  Those numbers don't add up to 33,000.

6            MR. CHALELA:  Yes, Your Honor.  I have nothing

7    further, Your Honor.

8            THE COURT:  Redirect?

9            MR. RUDDY:  Nothing further, Your Honor.

10           THE COURT:  Sir, how do you store your gloves that

11   you use to cover your hands when you do the swab test?

12           THE WITNESS:  They get stored in our boarding officer

13   kit.

14           THE COURT:  Before you get on the boat, they're in

15   the kit?

16           THE WITNESS:  Yes, before we get on the boat, they're

17   in the kit.

18           THE COURT:  Are they on your hand -- do you have them

19   on your hand when you get on the boat?

20           THE WITNESS:  No, we only put them on our hands once

21   we are going to do the swabs.

22           THE COURT:  How do you get them on your hand without

23   touching the outside of the glove?

24           THE WITNESS:  So we first put on the initial pair of

25   gloves and then --

1          THE COURT:  Let's stop right there.  The first pair
2    of gloves you put on, do you put them out without touching the
3    outside of your gloves?

4          THE WITNESS:  We can put them on without touching the
5    fingers, of course we have to touch the gloves to put them on.

6          THE COURT:  So, if your hands have something on them
7    when you put your first pair of gloves on them, then those
8    glove are going to have something of whatever is on your hands
9    on this ionized test?

10         THE WITNESS:  I suppose it could potentially.

11         THE COURT:  And then every subsequent pair of gloves
12   that you then try to put on is going to get whatever is on the
13   first pair of gloves on them?

14         THE WITNESS:  If you touch the fingers of the glove,
15   the same part of the glove that you are going to touch the ion
16   scan swipes, then that is possible.

17         THE COURT:  When you put the swab of the ion test
18   inside the interior of the glove, then whatever is in all of
19   that is going to be in all of that?

20         THE WITNESS:  Possibly.

21         THE COURT:  And you came over on the small vessel?

22         THE WITNESS:  Yes.

23         THE COURT:  And how many people were on the small
24   vessel with you?

25         THE WITNESS:  It would have been five with myself

```
 1    included.
 2              THE COURT:  The prior interdiction that you did, did
 3    it use the small vessel?
 4              THE WITNESS:  It did.
 5              THE COURT:  And was it cocaine that was interdicted?
 6              THE WITNESS:  Yes, Your Honor.
 7              THE COURT:  Do you know how much it was?
 8              THE WITNESS:  To the best of my memory, it was
 9    approximately 75 kilos.
10              THE COURT:  How were those kilos stored in the first
11    interdiction?
12              THE WITNESS:  Well, we bring it on to the yawl and
13    then from the USS --
14              THE COURT:  How was it packaged when it was
15    interdicted?
16              THE WITNESS:  They were packaged in bags or -- yeah,
17    like -- they were like sacks almost.
18              THE COURT:  All right.
19              Thank you, you can step down.  You can step down.
20              THE WITNESS:  Yes, Your Honor.
21              THE COURT:  There many be other people testifying in
22    the case, so you're not at liberty to discuss your testimony
23    with anyone until it's over so that no one can be influenced by
24    what you have to say about the case.
25              Do you understand that?
```

1          THE WITNESS:  Yes, Your Honor.

2          THE COURT:  Thank you.

3          (Witness excused.)

4          Please call your next witness.

5          Please come all the way down forward, sir, to be

6    sworn.

7    Thereupon,

8                          RANDY BURLESON,

9    after having been duly sworn to tell the truth, the whole truth

10   and nothing but the truth, under penalty of perjury, was

11   examined and testified as follows:

12         THE WITNESS:  I do.

13         THE CLERK:  State your name for the record and spell

14   your last name.

15         THE WITNESS:  Randy Burleson, B-U-R-L-E-S-O-N.

16         THE COURT:  Mr. Burleson, you're under oath.  You

17   have to give truthful answers to the questions asked.  If you

18   give false answers, you face penalties of perjury, false

19   statement and obstruction.

20         Do you understand that?

21         THE WITNESS:  Yes, Your Honor, I understand.

22         THE COURT:  Please sit forward and speak clearly into

23   the microphone because you're being recorded electronically as

24   well as by the Court Reporter.  Wait until counsel completes

25   his question before you start your answer even if you can

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    anticipate what he's going to ask you so that you're not

2    talking over him.  And if you see counsel stand to object, wait

3    until I rule on the objection before you answer.

4                Do you understand that?

5                THE WITNESS:  I understand.

6                THE COURT:  Sir, have you spoken to Mr. Garsik today?

7                THE WITNESS:  I have spoken to him, but not recently,

8    no.

9                THE COURT:  But today, I'm asking have you spoken to

10   him today?

11               THE WITNESS:  Yes.

12               THE COURT:  When did you last speak to him?

13               THE WITNESS:  Probably about 10:15 this morning.

14               THE COURT:  And did you discuss with him the case?

15               THE WITNESS:  No, ma'am.

16               THE COURT:  All right.

17               Counsel?

18               MR. RUDDY:  Thank you, Your Honor.

19                         DIRECT EXAMINATION

20   BY MR. RUDDY:

21   Q.   Mr. Burleson, you're with the United States Coast Guard;

22   is that right?

23   A.   Correct.

24   Q.   For how long?

25   A.   Eight years.

1    Q.    And your current assignment is what?

2    A.    With TACLET South out of Opa-Locka, we do counter drug

3    missions.

4    Q.    Your grade or rank is what?

5    A.    E-5, MK-2, I'm a machinery technician.

6    Q.    And how long have you been at TACLET South?

7    A.    19 months.

8    Q.    And during that time -- well, prior to that, were you

9    trained or receive any training to be on a boarding team?

10   A.    Yes, I went through pretty extensive training, counter

11   drug school in South Carolina, I've had training in Opa-Locka

12   at TACLET South, so it's been a lot of schools, BTOC in North

13   Carolina.

14   Q.    Okay.  Well, you used a lot of acronyms.

15   A.    I'm sorry.  Basic tactical operator course, a counter drug

16   course, so, yes, I have had training in my job.

17   Q.    And the basic tactical operations course, how long is

18   that?

19   A.    This is two months.

20   Q.    And the course in South Carolina?

21   A.    Five days.

22   Q.    And training in Opa-Locka?

23   A.    It's an accumulative amount, we do some training, it's

24   probably a total of about three months there.

25   Q.    Okay.  During the time you have been with TACLET South,

1  how many patrols have you been on?
2  A.    That was the first -- at the time, that was our first
3  counter drug patrol I went on and I've been on once since then.
4  Q.    Okay.  On July 1st of last year, did you participate in a
5  boarding of a sailing vessel the BUFF?
6  A.    Yes, I did.
7  Q.    And what did you do with regard to that?
8  A.    I was the assistant boarding officer, I assisted Boarding
9  Officer Joshua Garsik.  It was myself and Ken Cruz-Reyes, we
10  were the first three initially on the BUFF.  And I made
11  contact, introduced who we were.  I was the first person on
12  board the sailing vessel and I just again stated who we were,
13  why we were out here doing what we were doing.
14  Q.    Okay.  Now, once -- are you familiar with a procedure
15  known as the ISS?
16  A.    Yes.
17  Q.    Was an ISS conducted on this particular --
18  A.    ISS is conducted on every single boarding we do, yes, it
19  was.
20  Q.    So, one was done here?
21  A.    Say again.
22  Q.    So, one was done here?
23  A.    Yes, it was.
24  Q.    I'll wait till you finish.  Who did that?
25  A.    I would have to review the statement.  It was Joshua

1  Garsik.  I was on security so I don't divert my attention away
2  from that to see what other crew members were doing, but I was
3  on security.
4  Q.  Are you familiar with what's called an Alpha Report?
5  A.  Yes.
6  Q.  What is an Alpha Report?
7  A.  An Alpha Report is -- it's a single piece of paper with 31
8  questions on it and it's what we start to gain information on
9  who we're dealing with, the type of vessel, where the vessel is
10  located.  It is a series of questions on there and that's how
11  we -- that's what we use to submit to higher -- to TacCon in
12  the Coast Guard to determine the nationality of the vessel and
13  the people on board.
14  Q.  Now, Tac --
15  A.  TacCon, Tactical Control.
16  Q.  Okay.  And so, when an Alpha Report is done, that's
17  submitted to Tactical Control?
18  A.  Yes.
19  Q.  For further decisions on what, if anything, is to be done?
20  A.  Yes.  We route that from the sailing vessel that we were
21  on back to the mother ship, which was the USS SHAMAL, via the
22  small boat and that is sent to TacCon, Tactical Control.
23  Q.  Now, did you conduct any questioning of any of the members
24  on this sailing vessel on March 1st -- on July 1st?  Excuse me.
25  A.  Yes, again, I introduced who I was, and I asked who the

1  master of the vessel was and that is who I dealt with

2  questioning for the remainder of the Alpha Report.

3  Q.   Do you recall that person's name?

4  A.   Yes, I do.

5  Q.   What -- the name was?

6  A.   Neil Merritt.

7  Q.   Is he here today?

8  A.   Yes, he is.

9  Q.   Would you point him out, please?

10 A.   (Witness indicating.)

11 Q.   What's he wearing here today?

12 A.   He appears to be wearing a gray button up shirt.

13       MR. RUDDY:  Let the record reflect the witness has

14 identified Mr. Merritt.

15       THE COURT:  So noted.

16 BY MR. RUDDY:

17 Q.   The questioning you did with regard to Mr. Merritt that

18 day, did that involve information that was provided on the

19 Alpha Report?

20 A.   Yes, it did.

21 Q.   Okay.

22 A.   Yes.  We generally ask for the documentation of the

23 vessel, it's similar to what you have in a car, a registration,

24 and it just states the length of the vessel, who the owner is,

25 just general information like that.

```
1    Q.    All right.
2          Would it indicate where the vessel is registered?
3    A.    Yes, it would.
4    Q.    Okay.  And did you question Mr. Merritt on July 1st about
5    the registry of the vessel?
6    A.    Yes, I did, I got confusing and conflicting claims.  I was
7    told by my deployable team --
8              MR. CHALELA:  Objection, hearsay.
9              THE COURT:  Sustained.  He just asked you what you
10   asked Mr. Merritt.  Don't talk about what you asked anyone
11   else.
12   BY MR. RUDDY:
13   Q.    So, did you question Mr. Merritt about any prior claims he
14   made for registry of the vessel?
15   A.    I did.
16   Q.    And what did you question him about?
17   A.    I questioned him to -- we needed to know where he was from
18   because --
19             THE COURT:  That's all you need to answer.  I don't
20   want to know what was on your prior reports.  Just ask him what
21   he told you and what you told him.
22             THE WITNESS:  Okay.
23   BY MR. RUDDY:
24   Q.    And so, what did he say?
25   A.    He gave me the documentation, he had an envelope with
```

```
 1   documentation in it, and that's what I got, and this is where
 2   the confusing part came; it was from Delaware and this is not
 3   the information that I was told --
 4             MR. CHALELA:  Hearsay.
 5             THE COURT:  Sustained.
 6   BY MR. RUDDY:
 7   Q.   So --
 8             THE COURT:  One second.  The witness has been advised
 9   that you cannot tell us what anyone told you from any other
10   report.  Is that clear?
11             THE WITNESS:  Yes, ma'am.
12             THE COURT:  So, if he told you something, then you
13   can only tell us what Mr. Merritt told you.
14             THE WITNESS:  Yes, ma'am.
15             THE COURT:  Counsel?
16   BY MR. RUDDY:
17   Q.   Did you ask Mr. Merritt about any prior claims he had
18   made?
19   A.   Yes, I did.
20   Q.   And what was his response?
21   A.   He said he was from Tortola, headed to BVI.
22   Q.   Did he make -- did he indicate whether he had made any
23   previous claims for the registry of the vessel other than
24   Delaware?
25   A.    I can't answer that, I wasn't on the bridge when the
```

1  claims were made.

2  Q.  Okay.  Did you ask him about that while you were on the

3  BUFF?

4  A.  Yes, I did.

5  Q.  What did he say?

6  A.  He said what I just --

7          MR. CHALELA:  Objection, vagueness of question.

8          THE COURT:  Overruled.

9  BY MR. RUDDY:

10 Q.  You may answer.

11 A.  Again, he gave me he was from the islands, from Tortola,

12 however, his --

13         THE COURT:  He told you what?

14         THE WITNESS:  -- his documentation was from Delaware.

15 BY MR. RUDDY:

16 Q.  Okay.  And so, did you ask him about that?

17 A.  Yes.  He said he was in the process of switching it over,

18 he had new stickers to go on the boat, on the outside of the

19 boat, and that's where we left it 'cause when we're out there,

20 we have no way to look anything up, so we pass along what we're

21 given and that's when we run all the information through

22 TacCon.

23 Q.  Okay.  Now, did you discuss with Mr. Merritt the purpose

24 of this voyage?

25 A.  Yes, I did.

```
1    Q.   What did Mr. Merritt tell you about the purpose of this
2    voyage?
3    A.   He explained to me that his vessel was having engine
4    malfunctions and steering malfunctions and that he was taking
5    it to British Virgin Islands to receive cheaper repair.
6    Q.   And he had left where to go to the British Virgin Islands?
7    A.   We were told Tortola.
8    Q.   Who told you that?
9    A.   Mr. Merritt.
10   Q.   So he could -- all right.
11        So -- and what type of repairs needed to be done on this
12   vessel?
13   A.   I tried to verify that.  Again, I'm a machinery
14   technician, I'm very familiar with boat engines, I do that for
15   a living.  I had him crank his vessel up, there was nothing
16   wrong with the engine.  I visually inspected it, there was no
17   malfunctions whatsoever.  And then the steering claim, he had
18   it on auto pilot and the auto pilot was a little messed up, it
19   wasn't holding a true course, but you could still manually
20   drive the sailboat wherever you wanted to.
21   Q.   So, when he says engine repairs, that's your wheelhouse,
22   right?
23   A.   Correct.
24   Q.   So you examined this engine?
25   A.   Yes.
```

1   Q.   And anything wrong with this engine?

2   A.   Nothing I could physically see.

3   Q.   Any need for it to be sailed anywhere for repairs?

4   A.   He gave me no elaborate information on what was wrong with

5   it, just he needed to do repairs.

6   Q.   How long did you remain on the BUFF that day?

7   A.   I cannot give you an exact time, it was several -- several

8   hours, though, from the early evening into the night.

9   Q.   Okay.  Do you recall whether or not any ion swipes were

10  done on the vessel that day?

11  A.   Yes, they were.

12  Q.   Did you do any?

13  A.   Again, I was on security.

14          THE COURT:  That's a no?

15          THE WITNESS:  No.

16  BY MR. RUDDY:

17  Q.   Okay.  But ion swipes were done?

18  A.   Yes.

19  Q.   At some point, you departed the BUFF?

20  A.   Yes.

21  Q.   Who went with you?

22  A.   The original boarding crew plus the two detainees.

23  Q.   Five of you total?

24  A.   Yes, plus the boat driver and the boat crewmen, but only

25  five from the BUFF.

1  Q.   Okay.  Mr. Phillips, is he here today?

2  A.   Yes.

3  Q.   All right.

4       Could you point him out, please?

5  A.   Right here. (Indicating.)

6  Q.   And did you have any exchange with him at all during the

7  course of this boarding?

8  A.   Nothing -- nothing pertinent, just general questions, this

9  is at the very beginning of the boarding, things like how often

10 have you sailed, are you familiar with this.  The thing that

11 caught me by surprise was he said this was his first time ever

12 being on a sailboat and sailing, and to sail from island to

13 island would take some skill.  Anyone can agree with that.  So,

14 not that you can't make a first voyage, everybody has to do

15 that, but it struck me as odd is all.

16           MR. RUDDY:  Nothing further.

17                     CROSS-EXAMINATION

18 BY MR. CIARAVELLA:

19 Q.   Mr. Burleson, I'm Mark Ciaravella, I represent

20 Mr. Phillips.

21      You used the term "on security".  What does that mean?

22 A.   When we have detainees on board and we've -- we're still

23 conducting our law enforcement phase of the boarding, the

24 persons on board are not in any kind of cuffs, restraints or

25 anything like that, so for the other officers on board to do

1    their job, we always have a minimum of one person just to keep

2    an eye on these guys to make sure nothing happens.

3    Q.   So as a law enforcement team, are you armed?

4    A.   Yes.

5    Q.   How so?

6    A.   That particular day, I just had my sidearm, my PT 29

7    pistol, and we also have -- I'm sorry.

8    Q.   I'm sorry, I interrupted.

9    A.   We also have general, less than lethal, baton, handcuffs

10   and pepper spray that stays in our belt, strapped to it.

11   Q.   You didn't have to use any of those items I take it?

12   A.   No, I did not.

13   Q.   So, really, the entire time you are on the boat, which was

14   in the order of five or six hours, someone kept an eye on them,

15   right?

16   A.   Yes.

17   Q.   And that was you?

18   A.   Yes.

19   Q.   Where were they at when you were doing that?

20   A.   They were top side in the open air and there's two rows of

21   seating and we just had them sitting one on each side, so they

22   were outside of the vessel.

23   Q.   Who was driving the boat?

24   A.   The vessel was more or less maintaining position, keeping

25   just -- we call it tacking, we just were tacking back and forth

1  to get the best possible ride so waves wouldn't come over the

2  side of the boat.  It was kind of off and on, different crew

3  members -- excuse me -- Coast Guardsmen were driving it.

4  Q.  When we say "tack", what does that mean?

5  A.  Tacking is just steering your vessel one direction and

6  steering it back another direction.  You typically tack when

7  you have sails.  We were not using -- we were not under sail

8  power, we had the engine cranked, trying to use the auto pilot,

9  but we were going very slow, I would say two to three miles per

10 hour.

11 Q.  All right.

12     And all the persons doing the tacking were U.S. Coast

13 Guard?

14 A.  Correct.

15 Q.  And to do that, there's a steering well?

16 A.  Yes.

17 Q.  What do you all call a steering well?

18 A.  Just a helmsman.

19 Q.  Now, you said that Mr. Merritt said from Tortola heading

20 to British Virgin Islands; is that correct?

21 A.  To the best of my recollection, yes.

22 Q.  Okay.  Are you aware that Tortola is part of the British

23 Virgin Islands, one of the islands?

24 A.  Yes.

25 Q.  The British Virgin Islands is made up of a group of

1  islands, correct?

2  A.  Correct.

3  Q.  One of which being Tortola?

4  A.  Correct.

5  Q.  So, you're down in Opa-Locka, right?

6  A.  Yes.

7  Q.  If you went down to South Beach, would you say I'm going

8  to the United States if you were returning to your base?

9  A.  No, I would not.

10  Q.  So it doesn't make sense, right?

11  A.  I agree.

12  Q.  But obviously, if he's going there, he knew that this is

13  part of the British Virgin Islands?

14  A.  Yes, I would have thought so, yes.  We were getting

15  conflicting claims, again, from where they were coming from.

16  Q.  From?

17  A.  Yes, where they had left from.

18  Q.  Okay.

19          MR. CIARAVELLA:  Thank you, no further questions.

20                      CROSS-EXAMINATION

21  BY MR. CHALELA:

22  Q.  Sir, on direct examination by Mr. Ruddy, you said that my

23  client, Neil Merritt, told you that he was from -- that he had

24  left, that he had departed from Tortola.

25  A.  In my statement, we can review that to determine exactly

1    how --

2              THE COURT:  Do you not recall, is what you are

3    telling us now?

4              THE WITNESS:  I would need to review my statement to

5    be specific on that, yes, ma'am.

6              MR. CHALELA:  May I ask the Government --

7              THE COURT:  You may.

8              MR. CHALELA:  May I?

9              THE COURT:  Yes, sir.

10             Sir, take a look at that and see if it refreshes your

11   recollection.

12             (Brief pause.)

13             THE WITNESS:  Yes, I have it here.

14   BY MR. CHALELA:

15   Q.   You've read it and refreshed your memory.  This is a

16   report that you wrote that's about three pages long, right?

17   A.   Correct.

18   Q.   And you wrote the report on July 1st, the same day of the

19   stop?

20   A.   Yes, I did.

21   Q.   So, while it was freshest in your mind, you wrote this

22   report within the same calendar date as having made contact

23   with my client, Neil Merritt, right?

24   A.   Correct.

25   Q.   And that contact date and the date of the report are both

1    July 1st of last year?

2    A.   Correct.

3    Q.   And you would agree with me that you said the master

4    stated that the -- excuse me, sorry. You would agree with

5    me -- one second. Okay.

6        You would agree with me that when you asked the master,

7    also known as the captain, also known as, in this case, Neil

8    Merritt, when you asked him for the last port-of-call, in other

9    words where he had just left on land, that he said Port of

10    Spain, Trinidad, correct?

11    A.   Yes, that is correct.

12    Q.   Now, when Mr. Ruddy had been asking you the question

13    before you refreshed your memory with your July 1st written

14    report, you had said that my client had -- you thought you

15    recalled that my client had told you that he left Tortola,

16    British Virgin Islands.

17        Now, after refreshing your memory, you agree with me that

18    he didn't say that his last port-of-call, the last point on

19    land that he left was British Tortola, but rather it was the

20    Port of Spain in Trinidad?

21    A.   Correct. What I have here in my statement is factual and

22    true. I did recall the wrong --

23    Q.   Excuse me. The question was: You would agree with me

24    that what you reported on July 1st of last year was that when

25    you asked my client when was the last point of land that that

```
 1   boat had been to, he said it had last left the Port of Spain in
 2   the Republic of Trinidad, correct?
 3   A.    Correct.
 4   Q.    And that he then said that he was en route to -- en route
 5   to Tortola, British Virgin Islands, correct?
 6   A.    Correct.
 7   Q.    And that he was -- the purpose of the voyage to go to
 8   Tortola, British Virgin Islands, was to seek vessel repairs at
 9   a discounted rate, correct?
10   A.    Correct.
11   Q.    Now, you said that, being an engine person, that you could
12   not see anything wrong with the engine, correct, the motor?
13   A.    Correct.
14   Q.    Okay.  You did not take the engine apart, did you?
15   A.    No, I did not.
16   Q.    You would agree with me that all the magic that happens
17   with a motor, or in this case, engines, is inside the casings,
18   correct?
19   A.    That's correct.
20   Q.    All right.
21         The seals were dilapidated and in poor condition and were
22   leaking oil, correct?
23   A.    I never verified that.
24   Q.    Because you didn't open up the engine to see, right?
25   A.    Correct.
```

1   Q.   A half gallon of oil would have to be put in the engine
2   every 30 hours of running time, correct?
3   A.   I cannot verify that.
4   Q.   You talked about that my client said there were some
5   problems with the steering, correct?
6   A.   Yes, he did.
7   Q.   And you admitted, I think, that there was some problems
8   with the accuracy of the steering on the auto pilot.
9   A.   The auto pilot wouldn't hold a true direction.  We tried
10  to get it, so we switched it off and manually steered the
11  vessel.
12  Q.   That's when you and your fellow Coast Guardsmen, the other
13  two Coast Guardsmen, took turns steering the helm at different
14  points, correct?
15  A.   Correct.
16  Q.   Now, the quadrant -- can you tell the jury what a quadrant
17  is in this context?
18  A.   Is this in my statement, sir?
19  Q.   No, I don't believe so.  Do you know what a quadrant is?
20  A.   Are you referring to a --
21  Q.   This sailboat.
22  A.   I'm not sure what you are asking.
23  Q.   Do you know what a quadrant is?
24  A.   We have what we call a box, if that's what you are
25  referring to, it's a designated area that we are slated to

```
 1  patrol.
 2  Q.   Oh.  I'm talking about in the movement, configurations of
 3  the rudder and the steering mechanism.
 4  A.   I'm not aware of that, no.
 5  Q.   There were some rusting problems that restricted full
 6  movement of the rudder on the BUFF on July 1st, correct?
 7  A.   I cannot verify that.
 8  Q.   You didn't inspect to see whether rust had been getting in
 9  the way of full movement of the rudder?
10  A.   Not underway at sea, no.
11  Q.   Now, so you can't say whether there was a temporary -- two
12  or four bolts placed in the system of the steering to be a
13  temporary fix on the way to Tortola?  You don't know that?
14  A.   No, I did not verify that.
15  Q.   The main bilge pump had to be repaired or replaced, right?
16  A.   I cannot verify that either.
17  Q.   Certainly you didn't do any inspection to see whether the
18  anchor chain was rusted and needs replacement?
19  A.   No, that's not part of our inspection.
20  Q.   Your inspection did not encompass some of the riggings had
21  to be replaced?
22  A.   No.
23            MR. CHALELA:  May I have a moment, Your Honor?
24            THE COURT:  Yes, sir.
25            (Brief pause.)
```

1  BY MR. CHALELA:

2  Q.   Now, when you first boarded the BUFF, the two gentlemen

3  that you've talked about were trying to record you boarding the

4  BUFF on -- with their cell phone cameras, correct?

5  A.   I do not remember that.

6  Q.   You know what a Go Pro is, right?

7  A.   Yes.

8  Q.   And you're trained to how to use a Go Pro.

9  A.   I'm not trained on it, no, we don't use those.

10  Q.   Okay.  So, for these interdiction elements, you're

11  familiar with the Coast Guard and you're trained in using

12  camera footage --

13          THE COURT:  Counsel, that's a multi-part question.

14  BY MR. CHALELA:

15  Q.   In your training, one of the methods of preserving

16  evidence is to use cameras when interdicting a suspect vehicle,

17  correct?

18  A.   Correct.

19  Q.   And the USS SHAMAL and its Coast Guard attachment

20  certainly had cameras that were accessible were you to want to

21  use them on July 1st of 2016, correct?

22  A.   Correct.

23  Q.   For whatever reason, you didn't choose to film any of the

24  interaction with the BUFF, correct?

25  A.   We have pictures, not video.

1  Q.   Let's talk about the pictures.  Without -- did you take
2  this picture?
3  A.   No, I did not.
4  Q.   We're looking at 1 Alpha, the Government exhibit.  And
5  this exhibit, although you didn't personally take the picture,
6  can you tell whether that was taken from the small vessel, the
7  boarding vessel or from the USS SHAMAL?
8  A.   I cannot verify, only by height it would appear from the
9  SHAMAL.
10  Q.   About how far away are we on the SHAMAL when we take that
11  picture from the SHAMAL?
12  A.   I can't verify that.
13  Q.   Would it be a telescopic lens, though, nowhere near as
14  close as it appears by the photo?
15  A.   We don't have any telescopic lens.
16  Q.   That's how close the SHAMAL must have been?
17  A.   Yes.  They were off our starboard side approximately a
18  hundred yards, give or take, not too far, though.
19  Q.   And it's broad daylight there, correct?
20  A.   Yes.
21  Q.   And at no time did you ever witness my client in
22  possession of any boxes or plastic bags or anything that seemed
23  like it was contraband, correct?
24  A.   No.
25  Q.   And at no time did you see the other passenger of the

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1  BUFF, Mr. Beon Phillips, in possession of any bags or boxes or

2  things that seemed to be contraband, correct?

3  A.    No.

4  Q.    And at no time did you ever see any of these people from

5  that boat right there, in broad daylight and otherwise,

6  throwing anything overboard, correct?

7  A.    No.

8            MR. CHALELA:  I have nothing further, Your Honor.

9            THE COURT:  Counsel?

10            MR. RUDDY:  Nothing further.

11            THE COURT:  I'm a little confused about the distance

12  of the USS and the BUFF.  You said that that photograph would

13  indicate that you were -- well, you said that you were within

14  100 yards of the BUFF when you're on the USS SHAMAL?

15            THE WITNESS:  We were shadowing them for

16  approximately three hours while we were fixing our small boat

17  to go out and board them, so we did not take -- not myself, but

18  the SHAMAL never lost sight of them.  We were approximately a

19  hundred yards at closest to 200 to 300 yards at the furthest

20  from the sailboat.  It varied because it's three hours, we

21  didn't stay exactly in the same position, we were both moving.

22            THE COURT:  Never more than 300 yards away and at

23  points as close as a hundred yards?

24            THE WITNESS:  Again, there's no way to really measure

25  that, I'm just trying to give you approximations.

1            THE COURT:  All right.

2            You may step down.

3            (Witness excused.)

4            We're going to go ahead and take the afternoon break

5    now for about 15 minutes and come back at 3:35.

6            (Jury excused from the courtroom.)

7            This is Officer Rendon you just brought in?

8            MR. RUDDY:  Yes.

9            THE COURT:  We're going to come back at 3:35 to begin

10   the next witness.  Thank you.  We're in recess.

11           (Thereupon, a brief recess was taken.)

12           Please recall the jury.

13           MR. RUDDY:  Your Honor, can the witness take the

14   stand?

15           THE COURT:  We'll swear him when they get in.

16           MR. RUDDY:  Your Honor, I do have that paper.

17           THE COURT:  May I see it?

18           (Jury returned to the courtroom.)

19           Please call your next witness.

20           MR. RUDDY:  Joseph Rendon.

21           THE COURT:  Please come forward, sir, to be sworn.

22   Thereupon,

23                        JOSEPH RENDON,

24   after having been duly sworn to tell the truth, the whole truth

25   and nothing but the truth, under penalty of perjury, was

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    examined and testified as follows:

2            THE WITNESS:  Yes, I do.

3            THE CLERK:  Please have a seat in the witness box.

4    State your name for the record and spell your last name.

5            THE WITNESS:  Joseph Rendon, R-E-N-D-O-N.

6            THE CLERK:  Thank you.

7            THE COURT:  Mr. Rendon, you're under oath.  You must

8    give truthful answers to the questions asked.  If you give

9    false answers, you face penalties of perjury, false statement

10   and obstruction of justice.

11           Do you understand that?

12           THE WITNESS:  I understand, Your Honor.

13           THE COURT:  Also, wait until the questions are

14   completed before you start your answer so you are not talking

15   over counsel even if you can anticipate his questions.  And

16   speak into the mic clearly so you can be heard.

17           Do you understand that?

18           THE WITNESS:  I understand, Your Honor.

19           THE COURT:  And if opposing counsel stands to object,

20   wait until I rule on the objection before you begin your

21   answer.

22           Sir, have you had any conversations with anyone about

23   this trial since it started this morning?

24           THE WITNESS:  I have not.

25           THE COURT:  Counsel, you may proceed.

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1          MR. RUDDY:  Thank you, Your Honor.

2                    DIRECT EXAMINATION

3    BY MR. RUDDY:

4    Q.   Mr. Rendon, you're in the United States Coast Guard; is

5    that right?

6    A.   Yes, sir.

7    Q.   For how long, sir?

8    A.   Seventeen and a half years.

9    Q.   And you're stationed where, sir?

10   A.   MSST Houston.

11   Q.   And that's M-S-T --

12   A.   Maritime Safety Security Team in Houston, Texas.

13   Q.   All right.

14        And what does the Maritime Safety Security Team do?

15   A.   We're a deployable unit, we deploy to anywhere in the

16   United States at a moment's notice if an activity were to arise

17   where they need special maritime service or protection.  We

18   also do security for the President of the United States, the

19   President-Elect, the Pope, and naval vessel protection zones,

20   as well as noncompliant vessel pursuit missions.

21   Q.   And part of that, does that include being deployed from

22   time to time on Navy vessels or Coast Guard cutters to counter

23   drug patrols?

24   A.   Yes, sir, it does.

25   Q.   And how long have you been with MSST?

A.   Three and a half years.

Q.   Prior to that?

A.   Before MSST Houston, I was at Station Houston, I did ports, waterways, coastal security and the Houston ship channel for four years.

Q.   Now, on July 1st of last year, were you on a counter drug patrol?

A.   Yes, sir.

Q.   In what area of the world?

A.   The Caribbean Sea.

Q.   Did you participate on July 1st in a right of visit of a sailing vessel off the British Virgin Islands?

A.   Yes, sir, I was.

Q.   And that sailing vessel, do you recall the name?

A.   I'm sorry, say it again, sir.

Q.   The sailing vessel, do you recall the name?

A.   I believe it was the sailing vessel BUFF, if I'm not mistaken.

Q.   What was your involvement in that?

A.   I was a certified OTH, over the horizon, vessel pursuit cockswain.

Q.   As the cockswain, what did you do on the OTH?

A.   My job as the OTH pursuit cockswain is to launch the boat from the Navy vessel the USS SHAMAL.  Once I depart the USS SHAMAL, I navigate the boat and I -- in this case, I came

| | |
|---|---|
| 1 | alongside the sailing vessel in question that we were there to |
| 2 | stop. |
| 3 | Q.   Now, at some point, did anyone -- strike that. |
| 4 | How many people -- when you launched the OTH from the |
| 5 | SHAMAL how many people were on the over-the-horizon vessel? |
| 6 | A.   There was five, myself, my crewman, and three of the |
| 7 | boarding team members. |
| 8 | Q.   When you got alongside the sailing vessel BUFF, how many |
| 9 | people from the over-the-horizon vessel embarked on the sailing |
| 10 | vessel BUFF? |
| 11 | A.   There was a boarding team of three members. |
| 12 | Q.   Leaving yourself and? |
| 13 | A.   My crewman. |
| 14 | Q.   On the OTH? |
| 15 | A.   Correct. |
| 16 | Q.   Did you -- once you had the boarding team, the three-man |
| 17 | boarding team embark on the sailing vessel BUFF, what did you |
| 18 | do with the OTH? |
| 19 | A.   The first thing I did was I set a perimeter and made sure |
| 20 | there were no other vessels in the area.  Just right after I |
| 21 | dropped the last boarding team member off, he looked back at |
| 22 | myself and kind of pointed off the sailing vessel's port |
| 23 | quarter and -- which was my port bow, the front right of my |
| 24 | boat.  I then looked to my left towards my port bow and I saw |
| 25 | an object floating in the water.  I then went ahead and -- just |

1   went ahead and checked it out just to check the perimeter.

2   Q.   Okay.  And how far was this from the SHAMAL, more or less?

3   A.   How far away were we from the SHAMAL?

4   Q.   This box or package that you observed.

5   A.   From the Navy vessel it was probably --

6   Q.   No, I'm sorry, from the --

7   A.   Sailing vessel?

8   Q.   From the sailing vessel, excuse me.

9            THE COURT:  I don't know which vessel you're talking

10  about.

11           MR. RUDDY:  Let me start over.

12           THE COURT:  Start over and use the BUFF or USS SHAMAL

13  or the smaller vessel.

14  BY MR. RUDDY:

15  Q.   My apologies.

16       The package that you observed floating, how far was it

17  from the sailing vessel BUFF?

18           THE COURT:  He said object first of all.

19  BY MR. RUDDY:

20  Q.   Or object?

21  A.   I'd say about 50 to 60 yards from the sailing vessel.

22  Q.   So, what did you do?

23  A.   I went -- I went ahead --

24           THE COURT:  I have another question, so...

25           THE WITNESS:  Yes, Your Honor.

1    THE COURT:  The USS SHAMAL is located left or right
2    or starboard of the sailing vessel BUFF?
3         THE WITNESS:  The USS SHAMAL was off my port beam.
4         THE COURT:  Port meaning left or right?
5         THE WITNESS:  I'm sorry, the left center part of my
6    vessel.  If I look straight to my left, it's going to be -- it
7    was about approximately three quarters to one mile, one
8    nautical mile away from my position to my left.
9         THE COURT:  This is at what point after first contact
10   with the sailing vessel, first observation of the sailing
11   vessel?
12        THE WITNESS:  Could you ask the question again?  I'm
13   not sure I understand.
14        THE COURT:  Temporally.  When you were in the water
15   in what I assume was your small boat --
16        THE WITNESS:  Yes, Your Honor.
17        THE COURT:  -- the SHAMAL was about, what did you
18   say, a mile to your left?
19        THE WITNESS:  Correct.
20        THE COURT:  And the sailing vessel was how far -- was
21   it to your right or behind you or in front of you?
22        THE WITNESS:  It was in front of me, slightly to my
23   right.
24        THE COURT:  How far?
25        THE WITNESS:  About -- after I dropped the boarding

1    team off, it was maybe 40 yards off of on my starboard bow.

2            THE COURT:  And this would have been how many

3    minutes, hours from when you first observed the sailing vessel?

4            THE WITNESS:  My very first contact with the sailing

5    vessel was the day before.

6            THE COURT:  This is on the 30th of June?

7            THE WITNESS:  Correct.

8            THE COURT:  And you observed the sailing vessel and

9    now you're on the 1st of July, at what time?

10           THE WITNESS:  It was approximately 1000, 10:00

11   o'clock in the morning.

12           THE COURT:  And now the SHAMAL is within a mile of

13   the sailing vessel?

14           THE WITNESS:  Correct.

15           THE COURT:  And in between you and the SHAMAL is

16   where you located the object or saw the object?

17           THE WITNESS:  Correct.

18           THE COURT:  And was the sailing vessel on the other

19   side of you and the object or between you and the SHAMAL?

20           THE WITNESS:  It was between -- it was slightly off

21   my port side, but it was -- it would be closer to between

22   myself and the USS SHAMAL.

23           THE COURT:  The object?

24           THE WITNESS:  Correct.

25           THE COURT:  All right.

1          Counsel?

2   BY MR. RUDDY:

3   Q.   All right.

4        So, once you observed this object, what did you do?

5   A.   We drove over to it just to check it out, see what it

6   might be.

7        THE COURT:  Did you say "we"?  Somebody was in the

8   small boat with you at that time?

9        THE WITNESS:  Correct, my crewman.

10       THE COURT:  I thought they were dropped off on the

11  sailing vessel.

12       THE WITNESS:  The boarding team of three members was

13  dropped off on the sailing vessel, but myself and my crewman

14  remind on board the OTH.

15       THE COURT:  All right.

16       THE WITNESS:  Myself and my crewman were the only

17  ones on the OTH at that time.

18  BY MR. RUDDY:

19  Q.   And so, when you arrived at the object, what did you find

20  out that it was?

21  A.   It was a box.  It was a box, so we came alongside and we

22  went ahead and brought it on board the OTH and we opened the

23  box just to see -- there were smaller boxes within the bigger

24  box.  The smaller boxes were pancake mix boxes and to the best

25  of my knowledge, it was 12 smaller pancake boxes within the

1   larger box.
2   Q.   This box, what was the material that this box was?
3   A.   It was a cardboard box.
4   Q.   Now, this was floating in the water?
5   A.   Correct.
6   Q.   What was the condition of this cardboard box when you
7   first approached it?
8   A.   It was wet -- it was intact, but it was wet, you could
9   tell it -- it was intact to the point where we could get it on
10  the boat without it falling apart.
11  Q.   And inside this cardboard box were other boxes?
12  A.   Correct.
13  Q.   How many smaller boxes were in this cardboard box?
14  A.   If I can remember correctly, it was 12 smaller boxes.
15  Q.   And these smaller boxes were what?
16  A.   Pancake mix box.
17  Q.   Did you look inside this pancake mix box?
18  A.   Yes, sir.
19  Q.   Did you -- what was in it?
20  A.   We opened one of the boxes and we observed contents within
21  the box wrapped in green wrapping.  We took it out of the box
22  completely, and it appeared to look like drugs of some type.
23  Q.   Okay.  Had you been on counter drug patrols before?
24  A.   Yes, sir.
25  Q.   Okay.  Had you seen cocaine?

1   A.    Yes, sir.

2   Q.    Have you seen kilos of cocaine?

3   A.    Yes, sir.

4   Q.    The green items that were inside the pancake boxes, what

5   did they look like?

6   A.    They looked like bales of cocaine, or bundles of cocaine.

7   Q.    Now, was -- how many boxes or objects did you pick up out

8   of the water?

9   A.    If I can -- to my knowledge, it was five and then a few

10  bags that were floating around randomly also tied up with the

11  same looking substance in those plastic bags as well.

12  Q.    Okay.  So five boxes, cardboard?

13  A.    Correct.

14  Q.    The consistency or the condition of those boxes, what were

15  they?

16  A.    The last box we picked up, we couldn't get it on board the

17  OTH, it did start to fall apart and we had to single -- like

18  pick single bundles of the substance out of the water because

19  it was falling through the cardboard box.

20  Q.    And that was the fifth or final one kind of box?

21  A.    It was the final box.

22  Q.    And you said there were some bags?

23  A.    There were some grocery bags, there may have been three

24  bundles of what looked like cocaine in each of the grocery

25  bags.  The tops of bags were tied in a knot.

1  Q.   So, what did you do with these boxes and bundles, these

2  bags of objects, what did you do with them?

3  A.   We put them forward of the boat, on the very front of the

4  boat towards the bow, to account for all of them.  We just

5  stacked them as neatly as we could up forward.  We took each

6  one of them out of the box, out of the cardboard boxes

7  completely.  That way, we could account for each one of them

8  and we just kind of neatly stacked them up forward on the OTH

9  and left the cardboard box.  It was a pretty large mess on the

10  back of the OTH.  This way we could separate the cardboard

11  boxes that were falling apart, we separated that from the

12  substance that we found in the water in the box.

13  Q.   Okay.  Now, once you got all the boxes and all the bags,

14  the grocery store bags --

15  A.   Correct.

16  Q.   -- out of the water and on to the OTH, where did you go?

17  What did you do?

18  A.   We went ahead and we went back to the USS SHAMAL where we

19  had radioed in our find and we also passed the position for

20  each one and we wanted to go ahead and take that -- those

21  packages and put them on the SHAMAL as quick as possible for

22  accountability purposes and also so they could do a drug

23  testing on them to see what they actually were in fact.

24       MR. RUDDY:  Okay.  Your Honor, could I approach,

25  please?

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1            THE COURT:  Yes, sir.

2    BY MR. RUDDY:

3    Q.    Petty Officer Rendon, I'm showing you what's marked for

4    identification as Government's Exhibits 4-A through 4-I.  If

5    you could take a look at those and let me know when you're

6    finished please.

7          (Brief pause.)

8          Are you finished?

9    A.    Yes, sir.

10   Q.    Okay.  What are those, 4-A through 4-I?

11   A.    4-A is a picture of me driving the OTH.

12   Q.    Okay.  Let's do them as a group.  They're photographs, are

13   they not?

14   A.    Yes, they are.

15   Q.    Do you recognize what they're photographs of?

16   A.    Yes, I do.

17   Q.    And what are they photographs of?

18   A.    Photographs of the day that we found the boxes and where

19   they were located on the OTH at the time.

20   Q.    Okay.  And are they accurate photographs of what you

21   recovered from the water?

22   A.    Yes, they are.

23            MR. RUDDY:  Okay.  I'd offer Government's Exhibits

24   4-A through 4-I.

25            MR. CIARAVELLA:  No objection, Your Honor.

1          MR. CHALELA:  Without objection, Your Honor.

2          THE COURT:  They'll be received.

3          (Thereupon, Government Exhibits 4-A - 4-I received

4   and filed in evidence.)

5          MR. RUDDY:  Permission to publish, Your Honor.

6          THE COURT:  Yes, sir.

7          MR. RUDDY:  Thank you.

8   BY MR. RUDDY:

9   Q.    Okay.  4-A, that is -- what's that a photograph of?

10  A.    That is the OTH, myself driving.

11  Q.    Who is this?

12  A.    That's me.

13  Q.    Okay.  What's this?

14  A.    Those are the bundles of --

15         THE COURT:  Counsel, if you're going to say "this"

16  you need to describe it for the record.

17  BY MR. RUDDY:

18  Q.    4-A, what are these green book sized objects in the bow of

19  the OTH?

20  A.    Those are substances at the time we believed to be

21  cocaine.

22  Q.    Kilograms of cocaine?

23  A.    Correct.

24  Q.    Okay.  And these are all loose, these are single bricks or

25  kilos; is that right?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1  A.   Correct.

2  Q.   4-B, what is that a photograph of?

3  A.   A photograph of all of the bricks of what we believed to

4  be cocaine at the time up forward on the bow of the OTH.

5  Q.   Now, 4-A and 4-B, these photographs, where were these

6  photographs taken from?

7  A.   They were taken from the USS SHAMAL.

8  Q.   As you were arriving?

9  A.   Correct.

10  Q.   Now, on 4-B, there are some boxes here; is that right?

11  A.   Yes.

12  Q.   Okay.  What is that a box of?

13  A.   Pancake mix.

14  Q.   Now, you said there were some bags?

15  A.   Correct.

16  Q.   I show you what's marked -- what's been admitted, excuse

17  me, as 4-C.  Is this one of the bags you were talking about?

18  A.   Yes, sir.

19  Q.   You said it was a grocery store bag?

20  A.   Correct.

21  Q.   Did you open those bags up?

22  A.   Some of them we opened up and other ones we left tied up.

23  That way we could transfer them the way we found them.

24  Q.   Okay.  But 4-D, that's a picture of one of those grocery

25  store bags; is that right?

1  A.    Correct.

2  Q.    And the contents of those bags are?

3  A.    Pancake mix boxes.

4  Q.    4-E shows one of those pancake boxes partially open; is

5  that right?

6  A.    Correct.

7  Q.    And what is in that pancake box in 4-E?

8  A.    Kilograms of cocaine.

9  Q.    4-F is a photograph of what?

10  A.    Three kilograms of cocaine and one -- the fourth one

11  inside of a pancake mix box.

12  Q.    It's Betty Crocker I guess, right?

13  A.    Correct.

14  Q.    4-G is a photograph of what?

15  A.    It looks like a stack of kilograms of cocaine.

16  Q.    Were all the kilograms of cocaine that were recovered from

17  the cardboard boxes or the bags with the pancake boxes in them,

18  were they all green, that color?

19  A.    Yes, they were.  The way I remember it, yes, they were.

20  Q.    Okay.  Did any of the kilograms have any kind of markings

21  on them?

22  A.    I believe one or maybe several of them had what looked

23  like playing cards, some type of -- I don't remember what card

24  it was, but it was like a playing card that you play cards with

25  inside, underneath the wrapping, the green wrapping.

1   Q.    4-H is a photograph of what?

2   A.    It's a photograph of a kilogram of cocaine with number 5

3   of diamonds playing card.

4   Q.    That's a red 5, right?

5   A.    Correct.

6   Q.    A red 5 of diamonds?

7   A.    Correct, a red 5 of diamonds.

8   Q.    Cause these kilograms were green, right?

9   A.    Yes, sir.

10  Q.    4-I is a photograph of what?

11  A.    It appears to be a kilogram of cocaine with a black 5 of

12  diamonds wrapped underneath the wrapping.

13  Q.    And again, this is a colored photograph and these are

14  green kilos, right?

15  A.    Correct.

16  Q.    Now, did you -- after you brought these kilograms back to

17  the SHAMAL, you helped unload them, or not?

18  A.    I did not.  I had to station -- keep my boat close enough

19  to the Navy boat, my crewman handed all of the contraband over

20  to the SHAMAL.

21  Q.    And once all the contraband had been removed from your

22  over-the-horizon vessel, where did you go?

23  A.    We went to the approximate location where we found the

24  first few boxes and we continued to try to search for more, see

25  if there were anymore loose contraband in the area, but at one

1  point we got called over back to the sailing vessel so we could
2  transfer NIK kit items -- I'm sorry, items from the boarding
3  team that had to go back to the USS SHAMAL.
4  Q.    Okay.  Do you know what those were?
5  A.    Ion scan results or swipes.
6  Q.    Swipes?  Okay.
7  A.    Correct.
8  Q.    So, when you went back to the, for lack of a better term,
9  the debris field --
10  A.    Correct.
11  Q.    -- where you recovered the kilograms -- the cardboard
12  boxes and the bags, right?
13  A.    Yes.
14  Q.    When you went back to the debris field, did you find any
15  more contraband in the debris field?
16  A.    We did not.
17  Q.    And did you -- was this just a random drive around search
18  or was there some method in which you tried to divide up the
19  area to make sure you did as best a search as you could of the
20  area?
21  A.    Based on the sea state, it was about two-foot, and I
22  calculated drift using the boat as set and drift, so I went in
23  the direction that the boat was being set, and I went in that
24  direction and I did a modified search pattern to where you do a
25  drifting search pattern and it was a modified search pattern

1    since we weren't looking for a body, a person in the water.

2    Q.    And this was not mathematically calculated, this is just

3    based on your experience; is that right?

4    A.    That's correct.

5    Q.    Did you find anything?

6    A.    No, sir.

7    Q.    Anything?

8    A.    We didn't find anything.

9    Q.    Okay.  So -- and then you're tasked to go back to the

10   sailing vessel BUFF, right?

11   A.    Correct.

12   Q.    And you obtain what from the boarding team that was on the

13   BUFF?

14   A.    The ion scan swipes.

15   Q.    And what did you do with those?

16   A.    We took them over to the USS SHAMAL for identification

17   purposes.

18   Q.    And are you -- at all relevant times, are you the one at

19   the helm?

20   A.    Yes.

21   Q.    Driving the vessel?

22   A.    Correct.

23   Q.    The OTH?

24   A.    Yes.

25   Q.    So, would you with these ion scans -- would you have taken

1  possession of these ion scan swipes?

2  A.    No, sir.

3  Q.    Who would have?

4  A.    Taken possession on the OTH, it would have been my

5  crewman.

6  Q.    Okay.  And again -- well, how far are you -- is the SHAMAL

7  from the sailing vessel BUFF at this point in time, more or

8  less?

9  A.    More or less a mile to maybe a mile and a half at this

10  point.

11  Q.    How long did it take you to transit that even with the

12  two-foot swells?

13  A.    Maybe 15 minutes or so.  10 to 15 minutes.

14  Q.    Once arriving alongside the SHAMAL, were the ion scan

15  swipes delivered?

16  A.    Yes, they were.

17  Q.    Then what did you do?

18  A.    Went back to the sailing vessel, set a perimeter just to

19  make sure that there were no other vessels in the area and to

20  make sure that the -- basically to support the boarding team if

21  they needed any -- if they needed anything taken from the

22  sailing vessel back to the SHAMAL or from the SHAMAL back to

23  the sailing vessel.  Basically, my job was to transfer those

24  items or personnel, so I just stayed on scene with the sailing

25  vessel.

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1   Q.   And did you -- at all relevant times, did you observe any

2   other vessels of any type in the area other than the SHAMAL and

3   the BUFF?

4   A.   Not that I remember, no.

5   Q.   Once you arrived back in the area of the BUFF, what was

6   the next trip you made either delivering or transporting items

7   or people?

8   A.   It would have been when we transferred the two

9   individuals, the crewmen from the sailing vessel off the

10  sailing vessel and on to the SHAMAL.

11  Q.   And these would be the two -- when you say the two people,

12  who are you talking about?

13  A.   The two individuals in Court.

14  Q.   Oh, the two detainees?

15  A.   Correct, detainees.

16  Q.   And you delivered them to the SHAMAL?

17  A.   We did.

18  Q.   Did you also, at some point in time, pick up and transport

19  a relief boarding team from the SHAMAL to the BUFF?

20  A.   Yes, we did.

21  Q.   When would that have been in terms of delivering the

22  detainees from the BUFF to the SHAMAL?

23  A.   I don't remember if it was before or after, it was a

24  pretty long day.

25  Q.   You did do that?

CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

1    A.    We did transfer a relief crew at some point and

2    transferred the detainees from the sailing vessel to the

3    SHAMAL.

4              MR. RUDDY:   No further questions, Your Honor.

5              THE COURT:   Counsel?

6              THE WITNESS:   Your Honor, at some point, the distance

7    between the USS SHAMAL and the sailing vessel increased.   At

8    one point it was up to about maybe nine nautical miles away.

9    It was at the point where we were doing the boarding, the

10   SHAMAL kind of drifted a little bit further away from the

11   sailing vessel.   I know I originally had said it was about a

12   mile, but at -- between the beginning and the end, the range

13   increased, so I just wanted to make sure that that was -- that

14   was known.

15             THE COURT:   All right.

16                        CROSS-EXAMINATION

17   BY MR. CIARAVELLA:

18   Q.    Mr. Rendon.

19   A.    Yes, sir.

20   Q.    Good afternoon, my name is Mark Ciaravella, I represent

21   Mr. Phillips.

22   A.    Good afternoon.

23   Q.    Are you sure that the SHAMAL wasn't 100 to 300 yards away

24   from the vessel BUFF?

25   A.    I'm not sure, I don't have -- I didn't have exact range on

1   them.  The only way I could tell you for sure is if I had a

2   radar and I was able to range out using the electronic bearing

3   range.

4           THE COURT:  So you don't know if it was a hundred

5   yards away or nine miles away?

6           THE WITNESS:  At which point?

7           THE COURT:  At any point.

8           THE WITNESS:  I know that whenever we launched from

9   the SHAMAL and got to the sailing vessel, it was approximately

10  one nautical mile away.  But once we commenced the boarding,

11  the SHAMAL did its own thing and basically increased their

12  range from us.  That's why I remained with the sailing vessel

13  for support.

14          THE COURT:  When you found the objects in the water,

15  is that when it was one nautical mile or was it a hundred

16  yards?

17          THE WITNESS:  That's when it was one nautical mile.

18          THE COURT:  How does a nautical mile compare with a

19  regular mile?

20          THE WITNESS:  Maybe a few hundred yards, it's not

21  that much of a difference.

22          THE COURT:  All right.

23          So, you don't know whether it's a hundred yards away,

24  200 yards away, or a nautical mile away without a radar?

25          THE WITNESS:  Correct, because we're going into --

1  anything less than a mile is going into yards, it would be
2  2,000 yards, approximately, for one nautical mile.
3         THE COURT:  Counsel?
4  BY MR. CIARAVELLA:
5  Q.   Sir, do you recall the -- you testified the seas were
6  about two feet.  Are you sure they weren't four to six feet?
7  A.   When it comes to sea state, everybody has their own
8  opinion about sea state and what it is.  I'm pretty sure it was
9  about two feet, possibly three foot.
10 Q.   Okay.  Shortly after being on this operation on July 1st,
11 were you required to prepare a report the following day of your
12 statement?
13 A.   It was the same day.
14 Q.   Okay.  You did prepare a report and sign it?
15 A.   I did.
16 Q.   If I were to show you that report, would it refresh your
17 memory as to the sea state if it was in here?
18 A.   Yes.
19         MR. CIARAVELLA:  May I approach, Your Honor?
20         THE COURT:  Yes, sir.
21 BY MR. CIARAVELLA:
22 Q.   Have you been able to refresh your memory?
23 A.   Yes.
24 Q.   Okay.  What was the sea state according -- now that your
25 memory is refreshed?

1    A.    It says here four to six feet.

2    Q.    Okay.  Now, you testified earlier that when you dropped

3    off the boarding team, Mr. Garsik pointed to some packages or

4    the object in the water.

5    A.    Correct.  He pointed in the direction and I located an

6    object in the water, that's correct.

7    Q.    Now, could that have been -- you made several trips back

8    and forth between the SHAMAL and the BUFF, correct?

9    A.    I did.

10   Q.    At one point, you took some papers over, correct?

11   A.    Over to where?

12   Q.    To the SHAMAL from the -- how do you pronounce that ship?

13   A.    It's SHAMAL.

14   Q.    SHAMAL, okay.  You took papers from Mr. Garsik on the

15   BUFF, the boat's registration papers and such, to the SHAMAL.

16   Do you recall that?

17   A.    I made lots of transfers, I may have, yes.

18   Q.    And then later, you took -- several hours later, you took

19   the evidence bags with the ion scan information.  That was a

20   separate trip, correct?

21   A.    That is correct.

22   Q.    Could it have been after you took the papers, when you

23   returned to the BUFF, that Mr. Garsik called you on the radio

24   and told you where the location of those objects were?

25   A.    No, it was initial -- it was the initial thing we did as

1    soon as we got on the scene.

2    Q.   It would not have been 30 or 40 minutes later?

3    A.   Not that I recall.

4              MR. CIARAVELLA:  May I approach the bench, Your

5    Honor?

6              THE COURT:  Yes, sir.

7    BY MR. CIARAVELLA:

8    Q.   I'm showing you Exhibit 4-A again, which was already

9    introduced by the Government.  What is this underneath -- it's

10   behind your seat, underneath something, a table or something?

11   A.   Those are empty boxes of pancake mix.

12   Q.   Okay.  And then you talked about a larger box that fell

13   apart.  Where would that have been?

14   A.   Just aft, the back of the picture.

15   Q.   So by "aft", you mean towards the rear of the boat?

16   A.   Yes.

17   Q.   So it would have been outside of the picture?

18   A.   Yes, sir.

19   Q.   Okay.  So, basically what you have, the cocaine -- the

20   cocaine boxes really scattered from front to back of this boat.

21   Is that accurate?

22   A.   Well, we separated them, leaving most of the debris, trash

23   debris toward the back.

24             THE COURT:  The question was:  Would it all have been

25   all over the whole boat?

1          THE WITNESS:  Yes.

2    BY MR. RUDDY:

3    Q.   Okay.  Where -- okay.  Another question.

4         Do you -- Mr. Garsik testified that the members of his

5    team, prior to leaving the SHAMAL, were swabbed with this ion

6    scan device, pads.

7    A.   Yes.

8    Q.   On the ion scan log, it doesn't indicate that you were; is

9    that correct?

10   A.   I haven't seen the log.

11   Q.   Okay.  Would they have logged that in if you had been?

12   A.   I don't know.

13   Q.   Would it -- are you familiar with the logs?

14   A.   I am.

15   Q.   Ion scan logs?

16   A.   I am.

17   Q.   If I showed you a copy of the ion scan log, would it

18   refresh your memory as to whether or not you were checked out

19   for cocaine prior to leaving the SHAMAL en route to the boat?

20   A.   It wouldn't refresh my memory.  I was swabbed, I'm not

21   sure if they logged it, though.  I'm not sure why they wouldn't

22   have, but I didn't see the log.  I'll take a look at the log.

23   Q.   Okay.

24          MR. CIARAVELLA:  May I approach, Your Honor?

25          THE COURT:  Yes.

1        THE WITNESS:  Thank you.

2            (Brief pause.)

3    BY MR. CIARAVELLA:

4    Q.   Are you on the log?

5    A.   I am not.

6    Q.   Okay.  What is your -- you're the -- essentially the

7    captain of this small boat, right?

8    A.   That's correct.

9    Q.   And then you have someone working for you?

10   A.   Correct.

11   Q.   What is his name or her name?

12   A.   It's --

13   Q.   I'm sorry?

14   A.   It's ME 3, I can't recall his last name.

15   Q.   Mr. Carpino?

16   A.   Mr. Carpino, correct.

17   Q.   Is Mr. Carpino's name on the list of having been swabbed?

18   A.   It is not.

19   Q.   Did you open any of these -- you opened the boxes

20   containing the -- that kind of fell apart, or how did it

21   happen?

22   A.   They kind of fell apart at one point.

23   Q.   Okay.

24           THE COURT:  All the boxes fell apart?

25           THE WITNESS:  Yes, Your Honor, the smaller boxes

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1    within the larger boxes, we had to open them up, but the larger
2    boxes fell apart.
3             THE COURT:  Before you got them on to your vessel or
4    as you were lifting them or where?
5             THE WITNESS:  The last box was more, I guess, water
6    logged than the first box.  The longer the boxes were in the
7    water, the less -- they just started to fall apart, therefore,
8    we had to pick each --
9             THE COURT:  The boxes that made it on to the vessel
10   before they fell apart, there was some like that, or did they
11   all fall apart in the water?
12            THE WITNESS:  They didn't all fall apart in the
13   water, no, Your Honor.
14            THE COURT:  So, some of them made it on to your
15   vessel before they fell apart?
16            THE WITNESS:  That's correct.
17            THE COURT:  And you opened those?
18            THE WITNESS:  Correct.
19            THE COURT:  They didn't fall apart, you opened them?
20            THE WITNESS:  Correct.
21            THE COURT:  You took a photograph of them before you
22   opened them so that we could see what they had looked like as
23   you found them?
24            THE WITNESS:  We didn't have a camera on board, the
25   camera was on board the SHAMAL.

1          THE COURT:  But the SHAMAL took those photographs?

2          THE WITNESS:  Correct.

3          THE COURT:  It could have taken photographs of the

4    boxes?

5          THE WITNESS:  I haven't seen any photographs of the

6    boxes back in the back part of the boat.

7          THE COURT:  You could have taken photographs if you

8    wanted to take photographs?

9          THE WITNESS:  Correct, if we had a camera, yes.

10          THE COURT:  No, the SHAMAL could have taken

11    photographs.

12          THE WITNESS:  Of the boxes, correct, yes, they could

13    have.

14          THE COURT:  But to your knowledge, they didn't?

15          THE WITNESS:  I want to say that once we cleaned out

16    the OTH after this, we had them drop trash bags into the OTH so

17    we could clean up the mess and I want to say that they took a

18    picture of the trash bag with all the box debris inside the

19    trash bag, but I can't recall.

20          THE COURT:  That's not my question.  My question is:

21    When the boxes, the large boxes, were relatively intact in your

22    vessel, you could have directed or radioed the SHAMAL to take a

23    picture of those boxes in that form or not?

24          THE WITNESS:  Yes, we could have.

25          THE COURT:  To your knowledge, you did not?

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1          THE WITNESS:  That's correct, we did not.

2          THE COURT:  You didn't have a camera yourself.

3          THE WITNESS:  Correct.

4          THE COURT:  So, the only photographs we have are the

5   ones -- well, I don't know if they're the only photographs.

6   There are no photographs that you have today that show the

7   boxes in their original form?

8          THE WITNESS:  No, I do not.

9          THE COURT:  And that photograph was taken from the

10  SHAMAL a mile away?

11         THE WITNESS:  No, I made my approach to the SHAMAL, I

12  was just directly off the side of the boat.  That way they

13  could take the photographs.

14         THE COURT:  All right.

15         MR. CIARAVELLA:  Thank you, Your Honor, I have no

16  further questions.

17         THE COURT:  Counsel?

18         MR. CHALELA:  May I have a moment, Your Honor?

19         THE COURT:  Yes, sir.

20      (Brief pause.)

21                     CROSS-EXAMINATION

22  BY MR. CHALELA:

23  Q.   If you need to refresh your memory with your report, you

24  wrote your report, you said earlier, on July 2nd, correct?

25  That is, the calendar turn July 2nd, that's when you wrote your

1    report?  Do you need to refresh your memory with your report?

2    A.   Yes.  I don't recall what date was on the report.

3              MR. CHALELA:  May I, Your Honor?  Thank you.

4              THE WITNESS:  Yes, I printed the report out and

5    signed it.  On the day I printed it out and signed it, it was

6    the 2nd.

7    BY MR. CHALELA:

8    Q.   The 2nd of July?

9    A.   Correct.

10   Q.   And this report -- you give us an introduction in your

11   report that it's concerning the boarding of the sailing vessel

12   BUFF on July 1st, correct?

13   A.   Correct.

14   Q.   So, you think that you were probably wrong, by accident,

15   wrong earlier when you said it was June 30th when you boarded

16   the BUFF?

17   A.   No, it wasn't June 30th that I boarded the BUFF, it was

18   June 30th that I first saw the sailing vessel.

19   Q.   Well, the sailing vessel, the BUFF -- what we later are

20   calling the BUFF, that was spotted by the United States Coast

21   Guard at 9:38 in the morning on July 1st, correct?

22   A.   That was when we went to board the vessel.

23   Q.   You're saying that you went to board the vessel at 9:38 in

24   the morning on July 1st?

25   A.   Yes.

1  Q.   How sure are you about that?

2         THE COURT:  Are you refreshing your recollection

3  using your report or do you know?

4         THE WITNESS:  I don't remember the exact date, but

5  I'm 90 percent -- 95 percent sure it was the 1st.  Whenever --

6  when you're out to sea on a Navy boat --

7         THE COURT:  The question is:  What time was it when

8  you boarded the vessel on the 1st of July?

9         THE WITNESS:  Approximately between 9:00 a.m. and

10  10:00 a.m.

11         THE COURT:  9:00 a.m. and 10:00 a.m.?

12         THE WITNESS:  Between 9:00 a.m. and 10:00 a.m.,

13  correct.

14         THE COURT:  When you say you boarded, you personally

15  or your crew that you took over there?

16         THE WITNESS:  The crew, the crew that I took over

17  there.  I mean the team that was with me, not me personally.

18         THE COURT:  You only had one boat that you would use

19  to go from the SHAMAL to the sailing vessel?

20         THE WITNESS:  That's correct.

21         THE COURT:  Counsel, you may continue.

22  BY MR. CHALELA:

23  Q.   So, you best remember that the three boarding members from

24  the small boat boarded the BUFF sometime between 9:00 and 10:00

25  in the morning, in the daylight, morning?

1   A.   That's correct.

2   Q.   And so, when was it first sighted?  When did the Coast

3   Guard first see the BUFF?

4   A.   It was the night before.

5   Q.   When it was dark out?

6   A.   It was in the evening, it was just prior to sunset that we

7   made contact, initial contact with the sailing vessel.

8   Q.   So, it would have been what, 6:00, 7:00 at night, p.m.?

9   A.   Around that time.

10  Q.   On June 30th?

11  A.   That's correct.

12  Q.   And how sure are you of that?

13  A.   Very sure.

14           THE WITNESS:  Can I explain, Your Honor?

15           THE COURT:   No.

16  BY MR. CHALELA:

17  Q.   This is Government's 4-A, this is the picture that you

18  talked about taken from the SHAMAL of you driving the small

19  boat.  Okay?

20  A.   Yes.

21  Q.   If we inspect this picture visually, we can see like here

22  looks like sunlight reflecting off the water.  Is that accurate

23  from what you remember the daylight being and the time that

24  this was taken?

25  A.   It was taken during the day.  I'm not sure.

1    Q.   Okay.  So, the fact that this picture seems to be taken in
2    the daytime with light outside is consistent with how you
3    remember the time of day or light outside when the picture was
4    taken?
5    A.   Yes.
6    Q.   And this is -- we see here in the photograph of 4-A the
7    green kilograms of cocaine in the front of the over-the-horizon
8    vessel?
9    A.   Yes.
10   Q.   And so, how much earlier -- how many minutes or hours
11   before this picture was taken, you riding right up alongside
12   the SHAMAL, how many minutes or hours earlier had
13   those kilograms of cocaine been scooped up out of the ocean?
14   A.   To the best that I can remember, an hour to an hour and a
15   half.
16   Q.   So, if it's light out here at the moment that you're
17   aboard -- right alongside the SHAMAL in your boat, with
18   the kilograms in the front part of the over-the-horizon vessel,
19   if it were that those were obtained from the ocean an hour or
20   an hour and a half before, you would agree with me that it had
21   to have been light outside, sunlight outside when those
22   packages were taken out of the water?
23   A.   It was sunlight outside, yes.
24   Q.   And the first time that someone alerted you to something
25   in the water was when the three crew members, or the boarding

1  team, the three boarding team members had just gotten their

2  bodies on to the BUFF while you and your crew member were in

3  this over-the-horizon vessel, correct?

4  A.   Correct.

5  Q.   And yet, in broad daylight, not one person took a picture

6  or said anything about either of those two gentlemen throwing

7  anything overboard the BUFF, correct?

8  A.   That's correct.

9        MR. CHALELA:  May I have a moment, Your Honor?

10       THE COURT:  Yes.

11       (Brief pause.)

12 BY MR. CHALELA:

13 Q.   At what speed did the BUFF -- about what speed was it

14 traveling before you boarded it?

15 A.   I couldn't tell you what speed it was going.

16 Q.   Would you agree with me that it was somewhere around seven

17 knots, seven miles an hour?

18 A.   I don't know how fast it was going.

19 Q.   And would you agree with me that the BUFF was being

20 followed for many hours before the over-the-horizon vessel was

21 launched?

22 A.   Yes.

23 Q.   Assuming arguendo -- or assuming that it was traveling

24 about seven miles an hour for 10 hours, you would agree with me

25 that's 70 miles of distance --

1          MR. RUDDY:  I object to the hypothetical.

2          THE COURT:  Overruled.

3   BY MR. CHALELA:

4   Q.   Would you agree with me if it was -- if we assume it was

5   going about seven miles an hour, if it were that 10 hours

6   passed while it was being followed, that it would be anywhere

7   up to roughly 70 miles away from when it was first sighted?

8   Would you agree with that?

9   A.   If you would assume that, I suppose that could happen.

10  Q.   And to be clear, the cocaine that you found in the water

11  was never sighted by anyone floating anywhere until the first

12  time that the three boarding members had just gotten on to the

13  BUFF, correct?

14  A.   Yes.

15  Q.   So, it was how many miles, whether it was 70, 40, whatever

16  it was, it was many, many miles away from when it first got

17  sighted by the U.S. Coast Guard, correct?

18  A.   That's correct.

19  Q.   Do you remember there being any mechanical problems at all

20  on your over-the-horizon small vessel that day?

21  A.   Yes.

22  Q.   And what was it that you recall being the mechanical

23  problem?

24  A.   It was either the starter or the alternator, I can't

25  remember which one.  It was a mechanical issue that prevented

1  the OTH from starting and we had to get a part out of a spare

2  parts box and we had to change out the equipment that was not

3  allowing the OTH to start.

4  Q.  Was that group of five men, you and the four others on the

5  over-the-horizon vessel, was that group of five men ready to go

6  out to make contact with the BUFF on that vessel at the moment

7  that you learned there was some kind of mechanical problem with

8  it?

9  A.  Yes.

10  Q.  And you would agree with me that at the first moment when

11  you were ready, the team of five were ready to launch, to go

12  make contact with the BUFF, it was daylight out, wasn't it?

13  A.  That's correct.

14  Q.  And so, how many hours did it take from the time that you

15  were originally going to launch until the mechanical problems

16  fixed the problem to allow the actual launch?

17  A.  I don't know the exact hours.

18  Q.  Would you agree with me it was anywhere from three to five

19  hours?

20  A.  From the point -- could you ask the question again?

21  Q.  Yes, sir.  From the point when you were originally going

22  to launch out --

23  A.  Correct.

24  Q.  -- and you learned instantly that there were mechanical

25  problems with the launch until the time when you actually

1   launched successfully with good mechanical condition, how many

2   hours passed?  Would you agree three to five?

3   A.   No, it would be one to two.

4   Q.   Only one to two?

5   A.   Correct.  The guys fixed it pretty quick, it was not a

6   major overhaul.  It was a pretty quick fix, at the most, two,

7   maybe two and a half.

8   Q.   So, if the BUFF were to have been traveling at about seven

9   miles an hour, two and a half hours later would put it at about

10  18 miles away from when you were first going to launch,

11  correct?

12  A.   If it was going that fast.  I'm not sure how fast it was

13  going.  I'm not sure if it stopped at some point.  I'm not sure

14  what the sailing vessel's speed or course was at that time.

15  Q.   And the entire time, whatever distance it was, the entire

16  time was in broad daylight, correct?

17  A.   Correct.

18  Q.   And nobody in the -- from the bridge or otherwise from the

19  SHAMAL, or from your landing craft, ever saw anybody on the

20  BUFF throwing anything overboard or possessing packages or bags

21  of any sort, correct?

22  A.   I didn't see anybody toss anything off the sailing vessel.

23          MR. CHALELA:  May I have a moment, Your Honor?

24          THE COURT:  Yes, sir.

25          (Brief Pause.)

1    BY MR. CHALELA:

2    Q.   Okay, let's go back -- or let's go to the specific time

3    that you launched, successfully launched, you five members,

4    from the USS SHAMAL to go make contact with the BUFF.  Okay?

5    A.   Yes.

6    Q.   When the -- before dropping anybody off, the first thing

7    you did was to circle -- with your over-the-horizon vessel, to

8    circle 360 degrees the BUFF, correct?

9    A.   Yes.

10   Q.   And after circling 360 degrees around the BUFF, you ended

11   up with your over-the-horizon vessel on the port or left side

12   of the BUFF, correct?

13   A.   Correct.

14   Q.   And it's on that left or port side of the BUFF that the

15   three boarding members got on to the BUFF, correct?

16   A.   That's correct.

17   Q.   And it was that -- as you remember, it was sometime

18   shortly thereafter that one of the boarding members said to

19   you, hey, there's something floating out there, correct?

20   A.   He just pointed in the direction.

21   Q.   Now, all of this that we've talked about, the launching,

22   the circling around 360 degrees around the vessel of the BUFF,

23   and then stopping at the port side to let off the boarding

24   members, all that happened in broad daylight, right?

25   A.   That's correct.

1  Q.   And the fixing, whether it was two to two and a half

2  hours, three to five hours, whatever it was, the whole fixing

3  of the mechanics of the over-the-horizon vessel was in broad

4  daylight?

5  A.   Correct.

6  Q.   And the USS SHAMAL has a bridge, correct?

7  A.   Correct.

8  Q.   And that bridge is real high up, right?

9  A.   Yes.

10  Q.   And it has a view -- if I'm standing on the bridge of the

11  USS SHAMAL, it has a 360 degrees of view, so I can see any

12  ships or lighthouses or any type of dangers for my men and

13  women that may be on my ship, correct?

14  A.   Yes.

15  Q.   It's precisely designed to give me that viewpoint,

16  correct?

17  A.   Correct, if someone is there.

18  Q.   And even though the folks on the bridge were

19  specifically -- well, let me ask you.  The folks on the bridge

20  and/or the U.S. Coast Guardsmen were following and keeping

21  constant eyesight, constant visual on the BUFF, correct?

22  A.   I cannot tell you what the Navy personnel were doing.

23  Q.   Well, you've been -- I mean you have been -- 17 and a half

24  years experience, something like that?

25  A.   Yes.

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1 Q.   Okay.  On your basic training and experience, when you
2 make contact with a suspect vessel, and you may be thinking
3 that it has contraband on board, okay?
4 A.   Correct.
5 Q.   One of the things that you have been trained to do is to
6 keep a constant visual on it precisely for things like
7 jettisoning or getting rid of contraband on to the ocean,
8 correct?
9            THE COURT:  Do you have a question?
10 BY MR. CIARAVELLA:
11 Q.   One of the things that you're trained on is to
12 specifically keep an eye on the suspect vessel before boarding
13 it, to keep an eye on to see whether contraband is being
14 jettisoned or thrown off it.
15 A.   The Coast Guard trains for that.  I can't tell you what
16 the Navy is trained for.
17 Q.   So, the Coast Guard, your agency, is trained for that,
18 correct?
19 A.   That's correct.
20 Q.   All right.
21      And yet, in broad daylight, with all those hours that went
22 by, no one sighted or saw anything jettisoned from this BUFF,
23 correct?
24 A.   I can just tell you that I didn't see that.
25 Q.   When you went circling around the boat before dropping off

1   the boat -- the boarding team members in broad daylight, you
2   saw absolutely nothing in the water, right?
3   A.    I'm not looking at the water when I --
4           THE COURT:   That's not the question.  Did you see
5   anything in the water; yes or no?
6           THE WITNESS:   Negative, I did not.
7           MR. CHALELA:   Thank you, Your Honor.
8           THE COURT:   Mr. Ruddy?
9           MR. RUDDY:   Yes, Your Honor.
10                      REDIRECT EXAMINATION
11  BY MR. RUDDY:
12  Q.    Agent Rendon, when you were doing your horseshoe maneuver
13  --
14  A.    Correct.
15  Q.    -- what is your point of focus?
16  A.    It's always the vessel and the personnel on board the
17  vessel for personnel safety, for my safety and the safety of my
18  boarding team.  We focus solely on the boat and the personnel
19  on board the boat.
20  Q.    Are you looking at what's in the water?
21  A.    No, I'm only concerned about the people that we may
22  encounter out in the middle of the ocean and our safety.
23  Q.    Now, are you familiar with the Sit Rep?
24  A.    This particular Sit Rep?
25  Q.    Do you know what a Sit Rep is?

1  A.  Yes.

2  Q.  A situation report, right?

3  A.  Yes.

4  Q.  Okay.  The Coast Guard issues them?

5  A.  Yes.

6  Q.  Okay.  Are Sit Reps, or situation reports, typically

7  issued for cases involving interdictions?

8  A.  Yes, they are.

9  Q.  And is there a timeline usually attached or included in

10  those Sit Reps?

11  A.  Yes, there are.

12  Q.  And those timelines, do they include times in military

13  time.

14  A.  Yes, they do.

15  Q.  Not zero to 12, but zero to 2400, right?

16  A.  That's correct.

17  Q.  And that is -- the military time or zero to 2400, is that

18  in local time or is that in Greenwich, England or Zulu time?

19  A.  It's in Zulu time.

20  Q.  And depending on what area of the world you are in, you

21  may need to add or subtract hours from that Greenwich, England

22  or Zulu time?

23  A.  That's correct.

24  Q.  In the location, the geographical location where you were

25  at off the eastern coast of South America --

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1          THE COURT:  Go back to the microphone, Mr. Ruddy.

2   BY MR. RUDDY:

3   Q.   -- do you know how many hours you would subtract from the

4   Greenwich, England or Zulu time?

5          THE COURT:  To do what?

6          MR. RUDDY:  Subtract from the Greenwich, England or

7   Zulu time.

8          THE COURT:  In order to approximate what time?

9          MR. RUDDY:  Local time.

10         THE WITNESS:  I did not know the amount of hours, not

11  offhand I did not.

12         MR. RUDDY:  Okay.  Nothing further.

13         THE COURT:  Do you know if the SHAMAL has telescoping

14  camera lenses?

15         THE WITNESS:  I believe they do, Your Honor, yes,

16  they do.

17         THE COURT:  All right.

18         Thank you, you may step down.

19         Other people are going to testify, so do not discuss

20  your testimony with anyone until the trial is over so that you

21  can't influence their testimony here.

22         Do you understand that?

23         THE WITNESS:  I understand, Your Honor.

24         THE COURT:  Thank you.

25         (Witness excused.)

CLAUDIA SPANGLER-FRY  OFFICIAL U.S. COURT REPORTER

1          Please call your next witness.  How long is your next

2  witness?

3          MR. RUDDY:  Half hour.

4          THE COURT:  All right.

5          Thank you.  You may step out.

6          Then we'll stop there for the day and I'll release

7  the jury.  The -- you can either stay or sit or stand or leave,

8  whichever you want to do.

9          THE WITNESS:  Thank you.

10          THE COURT:  The proceedings will begin tomorrow at

11  about 9:30.  We have another proceeding that has to take place

12  before then, so plan to be here in advance in order to be on

13  the stand by 9:30.

14          Let me also remind you that you need to leave your

15  cell phones on the third floor.  I think someone inadvertently

16  brought theirs up either -- I guess it was this morning.  So,

17  make sure you leave them on the third floor and you don't bring

18  them up to the courtroom because some of the judges don't

19  permit jurors to bring phones in the building so they need to

20  stay on the third floor so that they're not confiscated.

21          Are there any issues or questions or concerns?  Leave

22  the pads on the chair and we'll take care of them.

23          Thank you very much for your attention.  I'll see you

24  in the morning.  Face down.

25          (Jury excused from the courtroom.)

1    Where are we on time and witnesses, still on the same
2    schedule?
3         MR. RUDDY:  We're running a little behind, Your
4    Honor, my pre-jury selection prognostication, but we -- we're
5    probably three witnesses behind.
6         THE COURT:  The same witnesses are anticipated,
7    nobody has changed, nobody is coming out or in?
8         MR. RUDDY:  No.  Now, I do have a stipulation for the
9    chemist and chain of custody witnesses that -- I have a written
10   signed stipulation, Your Honor.  I can file this with -- on the
11   Court docket, and it can be read to the jury at the appropriate
12   time.
13        THE COURT:  All right.
14        Please do.
15        MR. RUDDY:  However you want it done.
16        THE COURT:  Do you want him to take it or file it?
17   Pass it to Ms. Vizza, she will get it filed.
18        MR. RUDDY:  Okay.
19        THE COURT:  That eliminated three and four who I had
20   already eliminated in anticipation, so we're still like 11,
21   nine and seven -- I'm sorry, 11, nine and 12 and then 13?
22   Carpino, Vick, Casey and --
23        MR. RUDDY:  It would be 11, 12, nine, 13, five, and
24   one.
25        THE COURT:  All right.

```
 1              Any issues from the parties that the Court can
 2    address before we start tomorrow?
 3              MR. CIARAVELLA:  Your Honor, there's not a proceeding
 4    in this courtroom at 9:00, is there?
 5              THE COURT:  No, there's not.
 6              MR. CIARAVELLA:  Would it be possible for us to come
 7    in at 9:00 to meet with -- he has to review a tape.
 8              THE COURT:  Can the Marshals have the Defendants in
 9    here by 9:00?
10              THE MARSHAL:  Yes.
11              THE COURT:  That's fine.
12              Just so I'm clear, because I'm very confused about
13    all this ionized cocaine drug testing business, as far as I can
14    tell from the testimony, the fact that there's cocaine on the
15    vessel in various parts is probative of nothing other than
16    people who had cocaine on them have been on the boat, and
17    that's everybody connected with this whole interdiction process
18    because everybody came off a drug boat on to the sailing boat,
19    and if the Defendants had drugs, then we won't know who put
20    what where unless the jury just assumes it was them.
21              MR. RUDDY:  I think the experts will tell you
22    otherwise.
23              THE COURT:  The experts will testify that the
24    contamination by the officers from the drug boat would not have
25    left any residue that would have been detectable by ionization
```

1    testing when they did the swabs.

2            MR. RUDDY:  That's right, Your Honor, in this

3    instance, this -- the contamination potential in this instance

4    is essentially nil.

5            THE COURT:  Okay.  Well, I'll await that testimony.

6            Is there anything else the Court can address before

7    we break?

8            MR. CIARAVELLA:  Not from me.

9            MR. CHALELA:  No, thank you, Your Honor.

10            THE COURT:  Thank you.  We are dismissed.

11            (Thereupon, the proceedings concluded.)

12                        ******

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE

2

3    STATE OF FLORIDA          )

4    COUNTY OF HILLSBOROUGH    )

5

6         I, CLAUDIA SPANGLER-FRY, Official Court Reporter for

7    the United States District Court, Middle District, Tampa

8    Division,

9         DO HEREBY CERTIFY, that I was authorized to and

10   did, through use of Computer Aided Transcription, report

11   in shorthand the proceedings and evidence in the

12   above-styled cause, as stated in the caption hereto, and

13   that the foregoing pages numbered 1 to 202, inclusive,

14   constitute a true and correct transcription of my

15   shorthand report of said proceedings and evidence.

16         IN WITNESS WHEREOF I have hereunto set my hand

17   in the City of Tampa, County of Hillsborough, State of

18   Florida, this 16th day of July, 2017.

19

20         *Claudia Spangler-Fry*

21         CLAUDIA SPANGLER-FRY, Official Court Reporter

22

23

24

25


CLAUDIA SPANGLER-FRY   OFFICIAL U.S. COURT REPORTER

'

'Cause [2]  46/2 138/19

—

-- no [1]  125/1

**0**

01/04/2016 [1]  65/8
02 [1]  108/18
0212 [1]  94/4
0407 [1]  1/23
0881 [1]  1/19
0930 [1]  80/19
0938 [2]  80/22 80/23

**1**

1-A [7]  3/22 47/12 48/3 48/10
 48/13 48/13 49/10
1-B [3]  47/12 50/3 50/4
1-C [5]  3/22 47/12 48/4 48/10
 50/14
10 [17]  1/6 4/2 10/3 10/17
 16/2 55/13 76/25 82/10 84/8
 96/13 96/18 103/8 110/8 119/1
 172/13 188/24 189/5
10-hour [1]  98/7
100 [2]  3/7 174/23
100 yards [1]  152/14
1000 [1]  160/10
105 [1]  3/9
10:00 [2]  160/10 185/24
10:00 a.m [3]  185/10 185/11
 185/12
10:15 [1]  131/13
11 [5]  26/9 99/12 199/20
 199/21 199/23
1110 [1]  1/18
113 [1]  3/24
116 [1]  3/10
118 [1]  3/11
11:00 [1]  56/11
11:35 [1]  125/11
11:39 p.m [1]  84/6
12 [6]  10/3 161/25 162/14
 196/15 199/21 199/23
12 miles [1]  10/3
13 [2]  199/21 199/23
131 [1]  3/13
141 [1]  3/14
144 [1]  3/15
15 [12]  41/24 41/25 41/25 42/1
 42/2 42/2 42/3 56/10 101/4
 153/5 172/13 172/13
150 [1]  1/22
155 [1]  3/17
16 [2]  52/4 52/5
166 [1]  3/25
16th [1]  202/18
17 [1]  193/23
173407 [1]  1/22
174 [1]  3/18
18 [1]  191/10
180 feet [1]  43/6
180 kilos [1]  103/9
180-foot [1]  43/9
183 [1]  3/19
19 [1]  132/7
195 [1]  3/20
1:00 [1]  63/4
1:30-ish [1]  88/5
1st [28]  8/7 44/1 47/24 53/3
 70/18 73/19 106/6 106/12

113/11 133/4 134/24 134/24
 136/4 145/18 146/1 146/13
 146/24 149/6 150/21 156/6
 156/11 160/9 176/10 184/12
 184/21 184/24 185/5 185/8

**2**

2,000 yards [1]  176/2
2-A [5]  3/23 63/15 64/6 64/11
 64/17
2-C [1]  125/4
2-G [1]  65/1
2-P [4]  3/23 63/15 64/7 64/11
20 [4]  27/19 66/1 88/2 119/1
200 [2]  25/9 152/19
200 yards [1]  175/24
2015 [2]  64/23 99/12
2016 [7]  8/8 42/13 64/25 65/8
 65/14 125/10 150/21
2017 [3]  1/6 4/2 202/18
202 [1]  202/13
2159 [2]  93/19 94/4
21st [1]  125/10
2200 [1]  93/19
221-5600 [1]  1/23
24 [2]  124/14 125/14
2400 [2]  196/15 196/17
25,000 [1]  14/23
27/6/2016 [1]  65/14
274-6000 [1]  1/16
28th [3]  8/14 17/17 21/25
29 [1]  142/6
2:00 [1]  63/4
2:12 [1]  94/4
2:56 [1]  81/18
2:56 p.m [1]  81/19
2nd [4]  183/24 183/25 184/6
 184/8

**3**

30 [7]  7/1 7/2 44/6 66/2
 122/19 148/2 178/2
30 miles [1]  27/19
30's [1]  43/23
300 [2]  152/19 152/22
300 yards [1]  174/23
301-5575 [1]  2/3
3030 [1]  1/22
309 [1]  127/2
309,000 [1]  127/2
30th [5]  160/6 184/15 184/17
 184/18 186/10
31 [1]  134/7
32 miles [1]  44/6
3200 [1]  1/15
33,000 [1]  127/5
33602 [3]  1/15 1/19 2/2
33672-0407 [1]  1/23
34 [1]  3/4
35JSS [2]  1/3 4/7
360 [5]  28/24 192/8 192/10
 192/22 193/11
360 degrees [1]  29/5
360-degree [1]  28/22
38 [2]  43/19 43/19
388-0881 [1]  1/19
3:35 [2]  153/5 153/9

**4**

4-A [12]  3/25 165/4 165/10
 165/11 165/24 166/3 166/9
 166/18 167/5 178/8 186/17
 187/6
4-B [3]  167/2 167/5 167/10

4-C [1]  167/17
4-D [1]  167/24
4-E [2]  168/4 168/7
4-F [1]  168/9
4-G [1]  168/14
4-H [1]  169/1
4-I [6]  3/25 165/4 165/10
 165/24 166/3 169/10
40 [5]  43/19 83/3 160/1 178/2
 189/15
40 miles [1]  28/20
400 [4]  1/15 73/4 73/6 73/7
402 [3]  71/6 71/7 71/10
43 feet [1]  99/20
43-foot [1]  21/14
44 [1]  26/8
48 [2]  3/22 103/14

**5**

5-B [6]  3/24 113/1 113/14
 113/18 114/13 126/9
5-C [1]  113/1 114/19
5-D [5]  3/24 113/1 113/14
 113/18 114/25
50 [3]  66/7 83/16 158/21
50 yards [7]  12/15 12/21 14/12
 15/3 30/24 30/25 31/18
500-mile [1]  22/8
5575 [1]  2/3
5600 [1]  1/23

**6**

60 yards [1]  158/21
6000 [1]  1/16
64 [1]  3/23
6:00 [1]  186/8
6:59 [1]  82/24

**7**

70 [1]  189/15
70 miles [3]  96/18 188/25
 189/7
75 kilos [2]  103/13 129/9
78 [1]  3/5
7:00 [1]  186/8
7:15 [3]  82/5 96/10 96/21
7:15 p.m [1]  82/2
7:40 [2]  82/17 84/9
7:40 p.m [1]  82/9
7th [1]  2/2

**8**

801 [1]  2/2
813 [4]  1/16 1/19 1/23 2/3
8:10 [1]  83/12
8:16-CR-314-T-35JSS [2]  1/3
 4/7

**9**

90 [1]  185/5
93 [2]  13/15 17/6
93 kilograms [1]  13/6
93 kilos [1]  15/3
93.6 [1]  25/22
93.6 kilograms [1]  24/19
94 [2]  17/6 17/6
94 kilograms [5]  29/16 29/17
 29/21 30/1 30/8
95 percent [1]  185/5
96 [1]  3/6
9:00 [5]  1/8 185/24 200/4
 200/7 200/9
9:00 a.m [3]  185/9 185/11
 185/12

9:30 [5]   79/21 84/8 96/7
198/11 198/13
9:38 [2]   184/21 184/23

**A**

a.m [8]    1/8 79/21 185/9 185/10
185/11 185/11 185/12 185/12
ability [1]   12/11
able [25]   12/8 16/12 16/13
24/8 28/24 41/6 47/1 48/24
49/6 54/14 54/22 55/7 57/21
62/18 62/20 67/6 83/16 93/9
93/14 96/14 103/3 115/15
120/19 175/2 176/22
aboard [1]   187/17
about [122]   4/21 5/5 5/10 5/13
5/14 5/17 7/2 7/17 9/5 9/6 9/9
9/25 10/11 12/10 14/9 14/14
19/6 19/7 20/24 21/13 22/8
22/12 22/25 24/8 24/14 25/4
31/21 32/3 32/7 41/24 43/19
44/6 46/22 55/9 56/10 57/4
58/21 61/15 61/16 61/17 63/3
66/1 66/1 67/6 67/14 68/24
69/23 71/17 77/1 79/21 83/9
83/12 85/14 88/7 88/8 88/11
88/14 88/25 89/20 93/20 96/3
96/7 96/10 97/9 100/17 101/11
104/21 107/3 119/11 120/22
121/24 122/13 122/19 122/23
123/12 125/9 129/24 131/13
132/24 136/4 136/10 136/13
136/16 137/17 138/2 138/16
139/1 145/16 148/4 149/2 150/3
151/1 151/10 152/11 153/5
154/22 158/10 158/21 159/7
159/17 159/25 167/17 170/21
173/12 174/8 174/11 176/6
176/8 176/9 178/12 185/1
186/18 188/6 188/13 188/24
189/5 191/8 191/9 192/21
195/21 198/11 200/12
above [3]   37/1 98/24 202/12
above-styled [1]   202/12
absent [1]   6/7
absolutely [2]   31/12 195/2
accessible [1]   150/20
accident [2]   95/13 184/14
accord [1]   119/12
according [1]   176/24
account [4]   16/8 58/9 164/4
164/7
accountability [5]   16/4 16/17
39/11 58/7 164/22
accounted [1]   12/5
accumulative [1]   132/23
accuracy [1]   148/8
accurate [9]   9/12 15/10 23/1
23/2 23/3 96/7 165/20 178/21
186/22
accusation [1]   7/20
accused [2]   24/16 24/17
acknowledge [1]   23/3
acquired [1]   19/15
acronym [3]   9/24 9/24 39/24
acronyms [1]   132/14
across [1]   70/9
act [1]   18/20
activity [2]   28/14 155/16
actual [3]   18/19 18/20 190/16
actuality [1]   29/25

actually [26]   22/18 22/20 24/6
32/20 40/16 51/18 51/19 51/21
51/22 51/24 51/25 54/14 58/9
67/6 71/21 74/20 79/6 81/6
81/23 82/8 82/14 95/7 97/3
101/18 164/23 190/25
add [8]   123/22 123/23 123/24
126/13 126/15 126/25 127/5
196/21
added [3]   114/17 122/21 123/17
adding [4]   126/13 126/19
126/19 126/22
addition [4]   35/14 65/18
123/21 126/12
additional [3]   15/25 17/8
17/23
address [2]   200/2 201/6
adds [1]   126/12
administrative [2]   91/18
106/25
admitted [2]   148/7 167/16
advance [1]   198/12
advantage [1]   39/8
Adventurer [1]   8/11
Adventures [5]   8/11 32/7 99/22
100/5 125/10
advice [1]   19/10
advised [4]   5/23 14/11 111/14
137/8
aft [4]   17/1 17/4 178/14
178/15
after [46]   15/23 17/17 21/19
25/10 31/5 31/6 31/7 31/25
32/6 33/13 38/16 49/3 49/25
55/22 56/11 57/9 66/1 67/25
68/20 76/14 80/2 83/4 83/10
83/13 83/23 89/23 90/6 104/8
107/7 110/12 111/11 111/14
118/25 122/19 130/9 146/17
153/24 157/20 159/9 159/25
169/16 173/23 176/10 177/22
182/16 192/10
afternoon [7]   63/3 81/17 81/18
116/12 153/4 174/20 174/22
again [36]   4/7 7/5 7/14 14/24
17/25 17/25 20/13 20/18 31/6
31/6 31/7 43/24 46/23 49/10
73/24 76/21 80/1 80/23 81/17
88/13 102/8 114/22 133/12
133/21 134/25 138/11 139/13
140/13 144/15 152/24 156/15
159/12 169/13 172/6 178/8
190/20
agency [2]   13/23 194/17
agent [4]   17/14 17/15 17/16
195/12
ages [1]   26/9
ago [6]   38/8 38/10 107/21
114/8 119/4 119/4
agree [22]   96/17 98/5 119/10
125/3 126/8 141/13 144/11
146/3 146/4 146/6 146/17
146/23 147/16 187/20 188/16
188/19 188/24 189/4 189/8
190/10 190/18 191/2
agreed [1]   18/21
agreement [6]   18/7 18/7 18/8
18/15 18/19 32/16
agreements [1]   37/18
ahead [9]   80/13 88/4 153/4
157/25 158/1 158/23 161/22
164/18 164/20
Aided [1]   202/10

air [3]   57/21 120/15 142/20
airport [1]   85/11
airports [1]   14/24
alarmed [2]   22/21
alert [1]   66/8
alerted [1]   187/24
Alicea [1]   17/15
all [138]   4/20 4/24 5/16 5/21
7/25 20/20 22/11 22/13 22/23
25/10 26/20 27/19 28/24 29/13
30/22 30/24 31/17 31/21 31/24
34/19 35/15 38/13 40/6 40/9
40/15 45/2 45/15 46/19 47/7
49/8 49/22 56/14 56/21 59/15
60/2 60/9 61/6 61/12 61/21
62/18 63/19 64/5 67/9 67/23
68/19 69/3 69/6 69/12 70/2
76/9 77/5 77/25 82/22 84/1
88/3 88/5 88/9 90/8 91/20
95/15 97/11 98/4 99/6 101/18
101/24 102/7 102/23 103/6
103/7 103/16 103/18 104/5
107/1 107/16 108/6 109/3 111/9
112/3 112/16 113/5 114/9
116/22 118/5 119/22 122/24
128/18 128/19 129/18 130/5
131/16 136/1 136/19 138/21
139/10 141/3 141/6 141/15
143/11 143/12 143/17 147/16
147/20 153/1 155/13 158/18
160/25 161/3 161/15 164/4
164/13 164/13 166/24 167/3
168/16 168/18 169/19 169/21
171/18 173/1 174/15 175/22
178/24 178/25 180/24 181/11
181/12 182/18 183/14 189/19
192/21 192/24 194/20 194/21
197/17 198/4 199/13 199/25
200/13
allied [1]   42/18
allow [1]   190/16
allowing [1]   190/3
almost [6]   10/11 29/15 40/25
91/18 96/13 129/17
alone [1]   27/8
along [7]   10/25 22/9 22/12
22/16 67/3 123/16 138/20
alongside [9]   55/14 55/22
66/15 157/1 157/8 161/21
172/14 187/11 187/17
Alpha [9]   98/17 125/1 134/4
134/6 134/7 134/16 135/2
135/19 151/4
already [8]   20/21 68/5 77/14
101/21 117/24 126/11 178/8
199/20
also [42]   6/20 15/22 17/13
21/6 23/19 38/1 38/24 51/15
91/22 109/3 109/17 142/7 142/9
146/7 146/7 154/13 155/18
163/10 164/19 164/22 173/18
198/14
alternator [1]   189/24
although [1]   151/5
always [3]   119/24 142/1 195/16
am [3]   179/14 179/16 180/5
AMERICA [5]   1/3 4/5 21/4 122/2
196/25
American [1]   126/2
amount [7]   76/20 76/22 93/1
93/2 119/1 132/23 197/10
amounts [1]   17/10
anchor [2]   124/11 149/18

# A

anchored [1]  84/12
and/or [2]  27/5 193/20
angst [1]  19/6
another [17]  21/22 24/22 50/4
  50/14 101/22 103/5 108/12
  114/19 114/25 122/2 122/5
  125/22 125/23 143/6 158/24
  179/3 198/11
answer [21]  34/10 34/12 35/5
  48/25 61/4 62/22 91/11 105/1
  105/8 107/18 108/11 119/8
  123/12 123/13 130/25 131/3
  136/19 137/25 138/10 154/14
  154/21
answered [2]  101/21 126/11
answering [1]  123/21
answers [11]  33/21 33/22 51/13
  58/7 84/2 104/17 104/17 130/17
  130/18 154/8 154/9
anticipate [6]  18/2 23/13 34/8
  105/2 131/1 154/15
anticipated [1]  199/6
anticipation [1]  199/20
any [97]  4/15 4/25 5/17 8/17
  8/22 10/2 10/11 10/24 10/25
  11/1 16/5 16/9 19/6 20/5 20/13
  21/18 21/18 24/4 24/25 26/15
  26/15 26/15 28/14 30/17 32/20
  32/21 43/6 44/17 44/17 46/14
  54/24 57/24 58/14 58/16 58/16
  58/16 60/18 61/22 62/12 62/13
  62/21 63/7 67/25 68/4 69/18
  72/19 75/17 76/11 76/11 77/14
  77/24 87/12 92/1 107/8 111/7
  115/17 116/22 121/22 122/7
  122/10 125/13 132/9 134/23
  134/23 136/13 137/9 137/17
  137/22 140/3 140/9 140/12
  141/6 141/24 142/11 149/17
  150/23 151/15 151/22 152/1
  152/4 154/22 168/20 168/20
  170/14 172/21 173/1 173/2
  175/7 180/19 182/5 189/19
  191/21 193/11 193/12 198/21
  200/1 200/25
anybody [8]  26/14 29/20 49/1
  66/8 88/24 191/19 191/22 192/6
anymore [1]  169/25
anyone [20]  31/12 31/12 31/13
  31/13 33/7 55/15 55/17 56/18
  60/6 88/15 103/23 104/21
  129/23 136/10 137/9 141/13
  154/22 157/3 189/11 197/20
anything [42]  6/11 10/25 16/14
  27/3 27/7 27/10 28/15 30/2
  30/18 31/13 31/13 36/4 55/21
  58/12 66/17 91/1 92/1 92/1
  102/5 110/3 112/9 115/18
  119/15 134/19 138/20 140/1
  141/25 147/12 151/22 152/6
  171/5 171/7 171/8 172/21 176/1
  188/6 188/7 191/20 191/22
  194/22 195/5 201/6
anyway [2]  7/12 19/3
anywhere [7]  37/15 42/6 140/3
  155/15 189/6 189/11 190/18
aol.com [1]  2/3
apart [18]  13/1 67/12 115/13
  147/14 162/10 163/17 164/11
  178/13 180/20 180/22 180/24
  181/2 181/7 181/10 181/11
  181/12 181/15 181/19
apologies [1]  158/15
appear [1]  151/8
appearances [2]  1/13 4/8
appeared [2]  17/9 162/22
appears [6]  114/12 114/16
  114/22 135/12 151/14 169/11
applied [2]  37/19 37/20
apprentices [1]  36/23
approach [21]  47/8 50/19 50/22
  52/2 52/7 52/11 52/16 52/21
  53/8 53/11 63/11 80/9 86/22
  93/17 95/17 112/22 164/24
  176/19 178/4 179/24 183/11
approached [2]  22/17 162/7
appropriate [1]  199/11
approximate [2]  169/23 197/8
approximately [13]  76/23 81/18
  82/2 107/10 129/9 151/17
  152/16 152/18 159/7 160/10
  175/9 176/2 185/9
approximations [1]  152/25
are [157]  5/9 5/10 5/24 6/5
  6/21 7/16 7/21 7/23 8/17 8/24
  8/25 11/13 12/18 12/19 12/21
  12/24 13/14 13/15 13/20 13/20
  13/24 13/25 14/6 15/9 15/10
  18/3 18/11 20/1 20/2 20/21
  23/18 23/19 24/14 25/11 25/14
  25/16 26/21 28/12 29/1 30/4
  30/9 34/8 36/1 36/22 36/25
  37/21 39/14 39/20 40/12 41/9
  42/16 46/1 47/13 47/15 47/17
  47/21 50/22 50/24 54/3 54/5
  58/13 59/11 63/22 63/24 65/3
  68/23 70/21 71/17 75/4 75/5
  81/4 81/4 84/2 84/2 85/3 86/2
  87/3 87/14 88/5 88/13 88/21
  90/25 91/21 92/14 93/7 93/23
  94/9 108/21 108/24 111/23
  113/5 113/6 113/13 120/15
  123/23 124/18 127/18 127/21
  128/8 128/15 133/14 134/4
  141/10 141/24 142/3 142/13
  143/22 145/2 145/25 148/20
  148/22 148/24 148/25 151/10
  154/13 154/14 165/8 165/10
  165/12 165/14 165/17 165/20
  165/22 166/14 166/18 166/20
  166/24 166/24 167/10 168/2
  169/13 171/18 171/18 172/6
  173/12 174/23 176/6 178/11
  179/13 180/4 183/4 183/6
  184/19 185/1 185/2 186/12
  195/20 195/23 196/9 196/8
  196/11 196/20 197/19 198/21
  199/1 199/6 201/10
area [24]  42/7 43/24 48/17
  57/18 57/18 58/6 58/8 69/10
  70/9 73/25 74/7 74/7 74/13
  74/16 148/25 156/9 157/20
  169/25 170/19 170/20 172/19
  173/2 173/5 196/20
areas [5]  72/6 73/22 73/24
  73/25 86/12
aren't [1]  19/7 126/15
arguendo [1]  188/23
arise [1]  155/16
armed [1]  142/3
arms [2]  72/7 85/25
around [19]  10/21 10/22 21/12
  21/15 28/24 29/5 49/1 49/15
  75/13 84/6 101/9 163/10 170/17

186/9 188/16 192/10 192/22
  192/22 194/25
arrest [1]  83/20
arrival [1]  65/10
arrive [3]  10/18 66/14 77/7
arrived [8]  55/14 55/22 78/2
  82/8 111/17 112/5 161/19 173/5
arriving [2]  167/8 172/14
as [150]  4/17 6/17 6/24 7/15
  7/17 7/25 8/3 11/16 13/15
  13/20 16/22 18/5 18/13 18/14
  18/14 19/6 19/12 20/4 20/5
  20/5 20/8 20/12 20/12 20/12
  20/20 20/23 20/23 20/24 21/9
  21/25 22/4 23/1 23/21 24/13
  25/4 25/4 25/8 26/13 27/12
  27/22 28/3 29/1 31/9 33/15
  37/14 37/14 37/22 37/22 38/18
  39/5 39/14 39/17 40/10 43/9
  45/13 46/7 46/7 46/21 46/22
  47/1 47/11 47/25 51/15 52/10
  56/16 57/25 60/16 61/25 62/18
  62/18 63/14 68/11 70/8 70/8
  72/20 72/21 73/10 73/12 77/24
  79/6 79/6 79/8 79/12 79/12
  89/18 97/7 97/8 98/16 102/10
  102/11 103/3 103/3 103/13
  103/13 103/15 103/15 103/24
  104/10 112/1 112/12 113/1
  114/13 115/15 121/5 121/6
  121/19 121/19 124/20 124/25
  125/23 130/11 130/23 130/24
  133/15 141/15 142/3 145/22
  146/7 146/7 151/13 151/14
  152/23 152/23 154/1 155/20
  155/20 156/22 156/23 163/11
  164/5 164/5 164/21 164/21
  165/4 165/12 167/8 167/17
  170/19 170/19 170/22 176/17
  177/25 178/1 179/18 181/4
  181/22 192/17 200/13 200/13
  202/12
ask [21]  20/23 24/5 29/14
  29/16 29/18 35/4 45/17 48/21
  61/3 80/13 105/3 131/1 135/22
  136/20 137/17 138/2 138/16
  145/6 159/12 190/20 193/19
asked [22]  8/16 33/21 57/18
  59/3 59/3 62/17 89/20 96/6
  100/17 109/16 116/20 119/8
  123/14 130/17 134/25 136/9
  136/10 136/10 146/6 146/8
  146/25 154/8
asking [9]  24/15 34/8 52/23
  81/3 104/25 119/11 131/9
  146/12 148/22
aspect [1]  38/22
ASSA [1]  16/5
assessing [3]  19/16 20/2 32/9
assessment [4]  16/4 16/17
  17/12 19/20
asset [3]  9/21 10/2 106/9
assigned [2]  44/16 99/18
assignment [4]  28/8 35/12
  105/22 132/1
assistant [3]  1/14 106/20
  133/8
assisted [1]  133/8
assume [5]  94/23 99/3 159/15
  189/4 189/9
assumes [1]  200/20
assuming [2]  188/23 188/23
at-sea [3]  16/4 16/17 39/10

# A

attached [1]   196/9
attachment [3]   32/23 121/12
  150/19
attempt [3]   52/21 53/2 54/9
attempted [2]   9/22 10/7
attention [6]   6/25 18/3 28/16
  28/17 134/1 198/23
attire [1]   102/4
Attorney [1]   1/14
authority [1]   120/9
authorized [1]   202/9
auto [6]   21/10 139/18 139/18
  143/8 148/8 148/9
Ave [2]   1/18 2/2
await [1]   201/5
aware [3]   22/19 143/22 149/4
away [27]   12/15 12/21 14/12
  18/25 19/1 28/2 31/19 102/12
  121/11 134/1 151/10 152/22
  158/3 159/8 174/8 174/10
  174/23 175/5 175/5 175/10
  175/23 175/24 175/24 183/10
  189/7 189/16 191/10
awhile [3]   31/5 31/6 31/7

# B

B-U-F-F [2]   48/2 100/2
B-U-R-L-E-S-O-N [1]   130/15
back [59]   6/15 13/16 19/23
  21/24 22/6 27/21 56/11 67/16
  67/24 70/11 72/7 79/5 83/24
  84/13 86/1 88/5 88/11 90/21
  91/6 92/3 93/10 94/17 97/2
  110/20 111/22 112/5 120/22
  120/24 120/25 121/1 121/3
  121/4 124/6 134/21 142/25
  143/6 153/5 153/9 157/21
  164/10 164/18 169/16 170/1
  170/3 170/8 170/14 171/9
  172/18 172/22 172/22 173/5
  177/7 178/14 178/20 178/23
  182/6 182/6 192/2 197/1
backpack [2]   112/14 113/8
bag [9]   15/12 23/22 23/22
  72/13 76/7 110/19 167/19
  182/18 182/19
baggage [1]   94/11
baggie [3]   71/25 72/10 74/18
bags [29]   13/10 17/21 17/23
  23/16 23/23 27/5 27/8 129/16
  151/22 152/1 163/10 163/11
  163/22 163/23 163/25 163/25
  164/2 164/13 164/14 167/14
  167/17 167/21 167/25 168/2
  168/17 170/12 177/19 182/16
  191/20
balance [1]   16/23
bales [1]   163/6
Barbados [1]   23/20
base [1]   144/8
based [7]   24/7 35/13 58/7
  72/17 94/2 170/21 171/3
bases [1]   46/1
basic [7]   36/24 50/23 51/20
  77/5 132/15 132/17 194/1
basically [13]   10/1 10/21
  11/25 14/15 16/5 31/7 58/11
  58/12 94/14 172/20 172/23
  175/11 178/19
basics [1]   37/2
bathroom [6]   87/11 87/12 89/20

89/24 90/1 90/4
bathrooms [1]   87/14
baton [1]   142/9
be [188]   4/18 4/22 5/4 5/9
  5/13 5/14 5/19 5/20 6/7 7/1
  7/21 7/23 8/18 8/21 8/22 10/20
  11/21 12/5 14/20 14/21 16/1
  16/10 16/11 16/12 16/12 18/19
  19/8 20/6 20/13 21/16 22/5
  22/8 23/6 23/7 23/10 23/12
  23/24 24/8 24/14 24/25 25/13
  26/14 28/24 29/15 30/7 30/17
  30/23 31/22 33/17 34/2 34/3
  35/10 35/24 36/1 36/16 36/22
  36/23 37/1 37/3 37/3 37/15
  37/17 37/19 37/19 37/22 38/17
  39/4 39/5 39/12 39/13 40/1
  41/2 41/6 43/21 47/3 48/7
  48/24 49/6 50/23 51/18 54/7
  54/7 54/11 62/5 64/10 65/3
  67/24 70/10 70/10 70/12 70/14
  70/24 72/18 74/2 77/2 78/14
  78/25 79/8 79/11 81/1 82/25
  83/2 83/6 83/12 85/17 88/10
  90/25 91/25 93/9 93/13 95/4
  95/7 95/12 96/14 97/1 98/17
  99/4 102/15 104/5 104/12 106/1
  111/10 111/15 112/13 113/17
  114/12 114/16 115/14 115/15
  117/9 117/20 118/13 118/17
  119/24 120/19 121/7 121/10
  121/16 121/18 121/22 122/5
  122/11 122/13 122/22 122/21
  123/4 124/10 124/16 125/5
  126/8 128/19 129/21 129/23
  130/5 132/9 134/19 135/12
  139/11 140/3 145/5 148/1
  149/12 149/15 149/21 151/13
  152/2 153/21 154/16 159/6
  160/21 161/6 166/2 166/20
  167/4 169/11 173/11 176/1
  187/1 189/6 189/10 191/3
  193/13 194/2 198/12 198/12
  199/11 199/23 200/6
Beach [1]   144/7
beam [1]   159/3
bearing [1]   175/2
beautiful [2]   21/6 21/14
became [1]   21/10
because [40]   5/2 5/3 5/6 11/12
  15/9 16/1 16/9 17/18 18/4
  19/21 20/10 22/10 22/15 23/14
  24/6 24/16 26/13 32/21 32/22
  47/3 48/25 49/22 54/20 62/19
  71/22 92/7 93/2 115/14 119/21
  122/11 126/17 130/23 136/18
  147/24 152/20 163/18 175/25
  198/18 200/12 200/18
become [7]   13/1 32/7 37/5
  38/14 38/25 50/18 94/21
bed [1]   22/18
bedroom [3]   16/24 74/4 74/5
been [78]   17/22 19/8 21/11
  25/21 32/5 32/10 33/13 36/6
  36/9 41/22 49/21 62/15 65/5
  76/20 76/22 76/23 88/9 89/22
  90/14 98/16 100/4 102/7 102/10
  102/22 103/22 104/8 105/18
  105/20 105/24 115/15 118/8
  121/2 121/4 123/15 124/17
  124/25 125/1 126/17 128/25
  130/9 132/6 132/12 132/25
  133/1 133/3 137/8 146/12 147/1

149/8 151/16 153/24 155/25
  160/2 162/23 163/23 167/16
  169/21 172/4 173/8 173/21
  176/22 177/7 177/22 178/2
  178/13 178/17 178/24 179/11
  180/17 186/8 187/13 187/21
  191/8 193/23 193/23 194/5
  200/16 200/25
before [56]   1/11 8/13 8/13
  11/1 14/2 19/6 21/3 22/19 33/7
  34/9 34/12 49/4 49/24 69/8
  69/15 84/3 85/25 86/10 91/11
  101/25 102/9 102/19 102/20
  102/21 102/21 102/22 105/1
  105/7 120/9 123/20 127/14
  127/16 130/25 131/3 146/13
  154/14 154/20 156/3 160/5
  162/23 173/23 181/3 181/10
  181/15 181/21 186/4 187/11
  187/20 188/14 188/20 192/6
  194/12 194/25 198/12 200/2
  201/6
begin [8]   6/17 34/10 34/12
  101/8 105/7 153/9 154/20
  198/10
beginning [4]   57/20 57/23
  141/9 174/12
behalf [1]   4/14
behind [5]   92/18 159/21 178/10
  199/3 199/5
being [31]   9/7 14/5 17/18 23/1
  28/10 28/11 30/3 30/5 39/2
  66/1 82/6 82/18 83/3 89/20
  98/6 114/17 118/22 119/1
  130/23 141/12 144/3 147/11
  155/21 170/23 176/10 186/23
  188/19 189/6 189/19 189/22
  194/13
believe [14]   4/16 6/23 18/14
  18/14 24/1 44/23 81/21 101/4
  107/25 112/3 148/19 156/17
  168/22 197/15
believed [2]   166/20 167/3
belongings [1]   115/14
below [1]   22/18
belt [1]   142/10
bench [1]   178/4
Beneteau [1]   21/14
BEON [8]   1/6 4/6 20/19 24/14
  27/7 32/16 60/4 152/1
besides [1]   17/11
best [12]   97/8 107/15 112/3
  114/2 114/5 129/8 143/1 143/21
  161/24 170/19 185/23 187/14
better [1]   170/8
Betty [1]   168/12
between [28]   7/2 18/16 36/20
  37/4 39/2 42/9 72/19 81/13
  83/1 83/2 84/7 84/14 91/21
  91/21 93/10 93/19 93/20 94/3
  160/15 160/19 160/20 160/21
  174/7 174/12 177/8 185/9
  185/12 185/24
beyond [5]   24/9 26/12 29/18
  32/15 37/2
big [14]   21/6 27/16 27/17
  28/21 28/22 28/22 31/8 37/14
  43/6 43/19 101/25 102/25
  121/11 121/15
bigger [3]   43/18 43/20 161/23
bilateral [1]   37/17
bilge [3]   117/19 117/19 149/15
birdie [1]   30/6

# B

**bit [8]** 19/22 94/6 97/1 97/22 114/3 114/6 114/8 174/10

**black [2]** 109/2 169/11

**blank [1]** 19/13

**blue [3]** 44/24 59/25 109/2

**BM [1]** 36/13

**board [94]** 8/14 10/13 10/18 10/19 11/1 11/3 11/3 11/4 12/4 12/5 12/10 12/18 12/19 14/6 16/3 16/4 24/23 25/24 26/6 26/13 26/17 26/18 29/10 29/21 29/23 30/1 30/2 30/8 30/14 30/15 31/25 32/3 32/10 32/18 32/18 32/19 47/5 51/2 51/18 51/24 53/12 55/15 55/17 55/21 55/23 55/25 57/7 57/13 57/16 57/17 57/18 57/25 58/3 58/4 58/5 58/23 62/8 64/4 65/4 66/1 68/2 68/12 69/15 75/19 76/24 81/4 107/1 108/16 108/17 111/9 111/18 111/19 112/1 112/14 117/2 117/9 117/10 120/7 133/12 134/13 141/22 141/24 141/25 152/17 161/14 161/22 163/16 181/24 181/25 184/22 184/23 194/3 195/16 195/19

**boarded [14]** 22/20 38/17 47/22 76/9 77/13 89/15 106/19 150/2 184/15 184/17 185/8 185/14 185/24 188/14

**boarding [118]** 10/8 10/14 11/10 11/24 12/13 12/14 14/5 14/11 15/2 15/23 16/3 16/16 35/25 37/20 38/14 38/16 38/19 38/21 38/25 39/2 39/3 39/4 39/5 39/14 39/15 50/18 53/17 53/18 53/20 54/22 56/2 56/3 57/5 57/24 60/20 62/12 62/19 65/23 68/5 69/8 69/9 69/23 70/18 70/25 73/18 76/18 77/1 77/5 77/7 77/9 78/2 79/6 79/12 79/16 80/24 87/19 90/7 91/3 91/19 91/24 92/12 94/13 106/1 106/2 106/11 106/16 106/17 106/19 106/20 106/22 106/23 108/1 111/15 111/17 111/18 111/24 115/24 117/9 117/10 121/6 121/12 127/12 132/9 133/5 133/8 133/8 133/18 140/22 141/7 141/9 141/23 150/3 151/7 157/7 157/11 157/16 157/17 157/21 159/25 161/12 170/2 171/12 172/20 173/19 174/9 175/10 177/3 184/11 185/23 187/25 188/1 189/12 192/15 192/18 192/23 194/12 195/1 195/18

**boardings [16]** 38/1 38/1 41/22 41/25 42/1 42/2 42/2 42/3 75/3 101/4 107/8 107/11 107/12 107/13 107/21 107/22

**boat [159]** 9/23 9/25 12/16 12/17 12/18 13/16 13/16 19/3 21/12 21/13 21/14 21/17 22/4 22/4 22/10 22/24 27/13 27/16 28/5 29/9 29/14 29/15 31/2 31/10 32/5 32/5 32/9 32/10 43/18 43/20 49/4 49/4 49/22 49/25 53/10 53/11 53/13 53/15 53/19 54/1 54/7 54/8 54/12 55/3 58/10 58/13 66/2 66/4

66/12 66/14 66/17 67/14 67/19 67/24 67/25 68/23 78/9 81/6 81/16 81/20 81/23 82/5 83/17 86/12 87/14 90/21 91/2 91/3 91/6 91/22 91/23 92/15 92/16 94/9 94/18 94/20 95/3 95/5 95/13 96/10 96/13 96/20 96/20 96/25 97/13 98/9 98/13 98/15 98/18 99/14 99/22 99/24 100/5 100/21 102/25 103/9 103/15 108/14 111/21 111/22 116/24 117/11 118/1 118/3 118/4 118/5 118/14 119/19 120/5 121/5 121/10 124/4 127/14 127/16 127/19 134/22 138/18 138/19 139/14 140/24 140/24 142/13 142/23 143/2 147/1 152/5 152/16 156/23 156/25 157/24 159/15 161/8 162/10 164/3 164/4 169/18 169/19 170/22 170/23 178/15 178/20 178/25 179/19 180/7 182/6 183/12 185/6 185/18 185/24 186/19 187/17 194/25 195/1 195/18 195/19 200/16 200/18 200/18 200/25

**boat's [1]** 177/15

**boating [1]** 89/11

**boats [7]** 8/17 8/17 28/25 29/13 35/10 36/13 121/16

**boatswain [4]** 35/3 35/7 35/9 36/17

**bodies [1]** 188/2

**body [2]** 26/24 171/1

**bolts [1]** 149/12

**book [2]** 90/5 166/18

**both [18]** 6/5 11/12 15/16 18/16 20/2 22/22 24/15 33/1 34/2 41/19 73/15 76/3 109/17 110/24 116/19 117/9 145/25 152/21

**bottom [9]** 7/8 21/5 24/16 32/12 32/12 45/8 46/2 49/16 109/18

**bought [3]** 30/20 31/24 32/6

**bow [8]** 11/1 17/1 157/23 157/24 160/1 164/4 166/18 167/4

**box [35]** 1/22 13/8 148/24 154/3 158/4 161/21 161/21 161/23 161/24 162/1 162/2 162/2 162/3 162/6 162/11 162/13 162/16 162/17 162/21 162/21 163/16 163/19 163/20 163/21 164/6 164/9 164/12 167/12 168/7 168/11 178/12 181/5 181/6 182/19 182/22

**boxes [54]** 12/23 13/2 13/6 13/7 13/9 13/14 27/5 27/8 27/9 67/7 67/23 151/22 152/1 161/23 161/24 161/24 161/25 162/11 162/13 162/14 162/15 162/20 163/4 163/7 163/12 163/14 164/1 164/6 164/11 164/13 165/18 167/10 168/3 168/4 168/17 168/17 169/24 170/12 178/11 178/20 180/19 180/24 180/25 181/1 181/2 181/6 181/9 182/4 182/6 182/12 182/21 182/21 182/23 183/7

**brake [1]** 97/16

**branches [1]** 9/16

**brave [1]** 26/21

**Bravo [4]** 73/6 73/7 114/13 123/13

**breach [2]** 6/6 6/6

**break [10]** 33/7 56/9 56/15 56/16 88/1 88/4 88/14 88/25 153/4 201/7

**bricks [2]** 166/24 167/3

**bridge [8]** 29/2 137/25 191/18 193/6 193/8 193/10 193/18 193/19

**brief [17]** 56/23 63/17 68/17 78/12 80/15 85/25 95/23 100/11 123/9 145/12 149/25 153/11 165/7 180/2 183/20 188/11 191/25

**Briefly [1]** 100/14

**bring [6]** 5/7 19/14 68/2 129/12 198/17 198/19

**British [23]** 8/9 8/12 11/14 22/2 31/22 31/23 42/18 44/7 61/25 62/1 62/6 82/24 139/5 139/6 143/20 143/22 143/25 144/13 146/16 146/19 147/5 147/8 156/12

**broad [13]** 27/11 27/13 27/15 27/25 29/5 151/19 152/5 188/5 191/16 192/24 193/3 194/21 195/1

**broke [1]** 57/4

**broken [2]** 54/20 92/10

**brought [7]** 67/23 95/8 111/15 153/7 161/22 169/16 198/16

**BTM [1]** 106/21

**BTOC [1]** 132/12

**BUFF [116]** 8/11 9/9 10/7 10/17 12/18 14/6 15/20 17/20 17/24 18/24 19/2 32/11 48/2 50/4 53/12 55/12 55/14 57/7 66/6 68/2 68/12 68/15 73/22 74/25 75/19 76/10 76/15 76/24 77/13 78/3 78/6 79/21 80/18 80/20 82/8 83/10 84/11 85/21 85/22 86/4 90/9 92/17 94/25 95/3 95/13 96/1 96/7 96/15 96/19 98/6 99/24 102/14 106/15 106/18 108/8 111/3 111/7 116/14 118/23 122/20 133/5 133/10 138/3 140/6 140/19 140/25 149/6 150/2 150/4 150/24 152/1 152/12 152/14 156/17 157/8 157/10 157/17 158/12 158/17 159/2 171/10 171/13 172/7 173/3 173/5 173/19 173/22 174/24 177/8 177/15 177/23 184/12 184/16 184/17 184/19 184/20 185/24 186/3 188/2 188/7 188/13 188/19 189/13 190/6 190/12 191/8 191/20 192/4 192/8 192/10 192/12 192/14 192/15 192/22 193/21 194/22

**building [1]** 198/19

**bunch [2]** 24/20 24/24

**bundles [5]** 163/6 163/18 163/24 164/1 166/14

**Bureau [1]** 14/25

**BURLESON [27]** 3/12 53/22 53/24 56/1 56/8 57/8 57/8 62/14 66/10 68/25 69/1 70/1 75/14 75/20 75/25 76/3 78/5 85/18 92/19 106/20 111/25 118/10 130/8 130/15 130/16 131/21 141/19

**B**

business [4]   26/10 26/10 30/5
  200/13
button [1]   135/12
buying [1]   31/25
BVI [1]   137/21

**C**

C-R-U-Z-R-E-Y-E-S [1]   104/15
calculated [3]   17/6 170/22
  171/2
calculation [1]   126/14
calculations [4]   17/10 112/13
  114/10 114/22
calendar [2]   145/22 183/25
call [25]   4/4 9/23 10/10 16/5
  18/18 33/7 33/9 37/12 38/17
  51/4 51/6 58/10 83/19 91/18
  103/20 118/16 122/16 130/4
  142/25 143/17 146/8 146/18
  148/24 153/19 198/1
called [15]   9/23 10/20 11/24
  14/13 15/15 23/18 39/20 50/19
  54/5 80/21 122/9 125/19 134/4
  170/1 177/23
calling [3]   33/6 81/3 184/20
cam [5]   32/23 32/24 32/24
  32/24 32/25
came [9]   16/3 32/15 90/6
  120/19 128/21 137/2 156/25
  161/21 200/18
camera [13]   26/15 26/15 26/16
  26/23 26/23 26/24 26/24 150/12
  181/24 181/25 182/9 183/2
  197/14
cameras [3]   150/4 150/16
  150/20
can [72]   7/19 8/24 9/17 9/18
  9/25 14/3 14/17 14/18 14/20
  16/10 18/19 19/10 20/5 28/20
  29/5 34/3 34/8 35/15 37/15
  37/19 37/19 38/2 40/4 41/4
  48/16 48/17 49/14 50/3 50/3
  52/4 58/6 58/9 67/22 81/25
  83/25 84/1 87/15 88/1 92/10
  103/14 114/14 116/7 123/3
  123/21 123/22 128/4 129/19
  129/19 129/23 130/25 137/13
  141/13 144/25 148/16 151/6
  153/13 154/15 154/16 162/14
  163/9 186/14 186/21 187/14
  193/11 194/24 198/7 199/10
  199/11 200/1 200/8 200/13
  201/6
can't [18]   59/8 59/9 61/3 63/2
  108/9 115/22 118/3 119/3 127/3
  137/25 141/14 149/11 151/12
  180/14 182/19 189/24 194/15
  197/21
cannot [10]   88/8 88/14 103/23
  137/9 140/7 148/3 149/7 149/16
  151/8 193/22
capability [1]   43/12
captain [4]   11/4 11/5 146/7
  180/7
captain's [1]   28/22
caption [1]   202/12
car [4]   22/15 26/10 118/18
  135/23
card [3]   168/23 168/24 169/3
cardboard [15]   12/23 13/2 13/2
  27/9 162/3 162/6 162/11 162/13

163/12 163/19 164/6 164/9
  164/10 168/17 170/11
cards [2]   168/23 168/24
care [3]   80/24 106/24 198/22
careful [2]   28/5 89/9
carefully [2]   123/12 123/20
Caribbean [10]   8/8 21/5 21/16
  23/19 23/20 26/22 42/8 43/15
  43/25 156/10
Carolina [3]   132/11 132/13
  132/20
Carpino [5]   54/2 54/3 180/15
  180/16 199/22
Carpino's [1]   180/17
carry [1]   9/25
carrying [1]   24/3
cars [1]   8/18
Cartagena [1]   23/21
case [39]   1/3 4/4 4/6 6/22
  6/24 7/6 7/16 9/7 24/18 25/4
  25/22 28/3 32/12 32/13 33/1
  58/8 69/13 71/1 72/3 74/22
  74/25 88/9 90/9 90/20 92/17
  103/3 103/4 103/12 103/13
  103/16 103/24 117/5 122/12
  129/22 129/24 131/14 146/7
  147/17 156/25
cases [2]   90/25 196/7
Casey [6]   71/2 71/9 71/15 72/3
  72/20 199/22
casings [1]   147/17
casualties [1]   62/7
casualty [2]   10/9 81/22
catch [2]   97/23 98/2
catching [1]   97/10
caught [1]   141/11
cause [3]   92/1 169/8 202/12
cell [5]   26/15 26/23 32/24
  150/4 198/15
center [1]   159/5
Central [1]   122/2
certain [4]   12/14 15/14 16/6
  38/4 39/5 58/6
certainly [3]   122/16 149/17
  150/20
certainty [2]   5/2 5/8
CERTIFICATE [1]   202/1
certification [1]   37/25
certified [2]   39/14 156/20
certifies [1]   125/10
CERTIFY [1]   202/9
chain [6]   4/17 13/12 13/12
  21/5 149/18 199/9
chair [1]   198/22
chairs [1]   56/12
CHALELA [8]   1/21 1/21 3/6 3/11
  3/15 3/19 4/14 95/25
Chalelalaw [1]   1/24
change [8]   31/5 31/5 31/6 31/7
  84/16 98/6 123/13 190/2
changed [1]   199/7
channel [3]   52/4 52/5 156/4
channels [1]   93/2
charge [2]   7/19 36/14
charged [2]   35/24 37/1
charges [5]   7/22 7/25 18/5
  20/3 24/6
Charlie [1]   125/1
chart [3]   40/2 40/3 40/10
charter [1]   124/22
chartered [2]   124/18 124/20
chase [4]   100/23 121/7 121/10
  121/14

chasing [2]   35/25 121/5
cheaper [1]   139/5
check [6]   12/20 12/22 28/9
  81/6 158/1 161/5
checked [3]   85/24 158/1 179/18
chemicals [1]   40/12
chemist [1]   199/9
chest [1]   70/11
choose [1]   150/23
chronological [1]   80/6
CIARAVELLA [17]   1/17 1/18 3/5
  3/10 3/14 3/18 4/12 20/19
  24/13 30/19 86/25 87/25 96/6
  116/13 119/10 141/19 174/20
ciaravella.com [1]   1/20
circle [4]   10/22 31/8 192/7
  192/8
circling [3]   192/10 192/22
  194/25
citizens [1]   11/13
city [2]   35/18 202/17
claim [5]   8/15 9/11 11/8 80/25
  139/17
claiming [4]   118/24 119/7
  119/9 119/16
claims [9]   11/18 11/23 51/22
  136/6 136/13 137/17 137/23
  138/1 144/15
clarification [1]   51/19
clarify [1]   89/9
class [7]   35/1 36/13 36/17
  36/17 36/17 37/4 37/14
classes [5]   36/22 36/25 37/1
  37/3 37/21
CLAUDIA [3]   2/1 202/6 202/21
clean [1]   182/17
cleaned [2]   23/12 182/15
clear [6]   5/10 50/3 83/5
  137/10 189/10 200/12
clearance [2]   125/9 125/11
cleared [1]   85/1
clearly [2]   130/22 154/16
Clearwater [1]   29/12
client [10]   24/14 30/17 100/8
  144/23 145/23 146/14 146/15
  146/25 148/4 151/21
close [6]   15/12 21/4 151/14
  151/16 152/23 169/18
closer [3]   22/1 49/23 160/21
closest [2]   103/15 152/19
clothes [1]   17/9
coast [77]   5/11 8/5 8/6 8/8
  8/22 9/10 9/12 9/13 9/14 9/15
  9/20 10/13 11/2 11/6 11/9
  11/21 12/19 13/5 13/21 13/22
  13/24 14/21 14/24 15/7 16/1
  16/7 18/24 19/1 21/4 22/17
  22/20 22/22 26/16 28/4 31/4
  32/23 34/21 35/23 36/11 36/16
  40/17 42/17 45/9 46/12 54/18
  67/13 68/8 69/8 72/22 73/12
  73/16 84/22 98/5 103/5 105/16
  105/20 118/14 120/4 121/12
  131/21 134/12 143/3 143/12
  148/12 148/13 150/11 150/19
  155/4 155/22 184/20 186/2
  189/17 193/20 194/15 194/17
  196/4 196/25
coastal [1]   156/4
cocaine [80]   8/1 13/6 14/2
  14/4 14/7 14/12 15/4 15/17
  15/21 15/21 15/23 17/22 18/9
  18/17 18/22 18/23 18/24 23/4

**C**

cocaine... [62] 23/7 23/11
24/3 24/3 24/3 24/20 25/23
26/4 26/11 27/8 29/16 29/17
29/21 30/1 30/3 30/4 30/5 30/8
30/11 30/14 30/24 31/18 32/17
76/12 90/17 90/20 91/2 94/21
94/22 95/2 95/4 95/8 95/12
102/2 102/7 103/9 120/18 122/1
129/5 162/25 163/2 163/6 163/6
163/24 166/21 166/22 167/4
168/8 168/10 168/15 168/16
169/2 169/11 178/19 178/20
179/19 187/7 187/13 189/10
200/13 200/14 200/16
cockswain [3] 156/21 156/22
156/23
codefendant [1] 20/22
collecting [1] 14/8
collective [2] 19/15 20/1
collectively [1] 19/21
Colombia [2] 23/21 122/1
Colombian [4] 29/16 29/17
29/21 30/8
color [1] 168/18
coloration [1] 40/11
colored [1] 169/13
come [26] 7/22 19/13 21/24
24/8 27/2 56/10 57/18 58/6
70/9 76/19 77/3 79/5 79/12
83/24 85/8 87/20 87/21 88/5
103/15 104/5 130/5 143/1 153/5
153/9 153/21 200/6
comes [3] 23/25 85/7 176/7
coming [5] 18/25 50/24 81/4
144/15 199/7
commanded [3] 31/4 31/4 31/4
commandeer [1] 102/24
commander [1] 79/8
commanding [1] 31/18
commands [1] 31/15
commenced [1] 175/10
common [8] 19/15 19/18 27/18
28/12 57/18 73/25 74/7 124/14
communicate [1] 67/13
communicated [3] 9/8 14/5
67/16
communication [1] 52/2
compare [1] 175/18
compartments [2] 16/9 16/10
compel [1] 24/1
competing [1] 30/4
complete [3] 38/24 84/2 103/3
completed [9] 5/25 34/9 38/21
76/10 76/14 76/18 82/5 103/25
154/14
completely [6] 79/15 82/18
84/2 97/15 162/22 164/7
completes [1] 130/24
compliant [3] 22/23 36/1
116/19
compromised [1] 16/15
Computer [1] 202/10
concern [1] 19/7
concerned [1] 195/21
concerning [1] 184/11
concerns [2] 12/10 198/21
concluded [1] 201/11
concludes [1] 33/4
condition [11] 113/23 113/25
114/3 114/4 114/5 114/7 114/8
147/21 162/6 163/14 191/1

conduct [14] 40/13 41/15 52/21
53/2 54/10 68/12 69/10 80/21
81/16 106/4 111/7 117/4 120/9
134/23
conducted [6] 51/18 68/25
71/22 79/25 133/17 133/18
conducting [1] 141/23
configurations [1] 149/2
confiscated [1] 198/20
conflicting [2] 136/6 144/15
confused [3] 30/23 152/11
200/12
confusing [1] 60/21 136/6
137/2
connected [1] 200/17
consideration [1] 25/6
considered [1] 121/22
consistency [1] 163/14
consistent [3] 30/17 61/9
187/2
conspiracy [2] 18/6 18/7
constant [3] 193/21 193/21
194/6
constitute [1] 202/14
contact [18] 58/22 68/4 70/9
76/11 80/20 103/14 110/17
133/11 145/22 145/25 159/9
160/4 186/7 186/7 190/6 190/12
192/4 194/2
contain [1] 91/17
contained [1] 71/24
containing [1] 180/20
contaminants [2] 85/19 85/20
contaminated [6] 85/18 94/22
94/24 102/1 102/4 102/8
contamination [4] 72/19 85/14
200/24 201/3
contents [2] 162/20 168/2
context [2] 46/14 148/17
continue [4] 94/12 94/13 108/4
185/21
continued [2] 119/1 169/24
contraband [14] 22/24 23/16
24/4 100/22 101/18 151/23
152/2 169/19 169/21 169/25
170/15 194/3 194/7 194/13
Control [3] 134/15 134/17
134/22
conversations [1] 154/22
convict [1] 24/9
Cook [1] 17/15
cookiefry [1] 2/3
cooler [1] 87/16
cooperative [1] 22/23
coordinated [1] 40/6
coordinates [1] 87/5
coordinating [2] 35/11 37/4
copies [1] 92/2
copy [1] 179/17
correct [293]
correctly [2] 44/6 162/14
could [68] 5/5 22/5 30/21 40/5
41/11 43/5 44/22 46/2 47/8
47/12 49/13 59/16 59/21 63/11
67/2 77/24 83/5 85/21 90/25
92/1 94/21 95/4 95/7 95/9
95/12 97/8 109/14 112/22
113/23 122/12 124/10 124/16
124/17 124/17 126/10 127/3
128/10 139/10 139/19 140/2
141/4 147/11 159/12 162/8
162/9 164/5 164/7 164/10
164/22 164/24 165/5 167/23

170/1 170/19 175/1 177/7
177/22 181/22 182/3 182/7
182/10 182/12 182/17 182/22
182/24 183/13 189/9 190/20
couldn't [3] 126/15 163/16
188/15
counsel [49] 4/8 6/8 6/18 6/19
6/23 7/3 7/4 17/16 20/16 24/11
33/9 34/5 34/10 34/11 34/15
45/17 56/18 57/1 61/3 61/10
74/23 78/18 84/1 88/18 88/21
89/4 91/10 95/20 100/13 101/21
104/25 105/6 105/11 108/4
130/24 131/2 131/17 137/15
150/13 152/9 154/15 154/19
154/25 161/1 166/15 174/5
176/3 183/17 185/21
count [9] 18/6 18/18 18/19
18/23 19/4 32/19 32/20 46/18
46/21
Count 2 [2] 18/23 19/4
counter [26] 9/20 13/22 13/25
23/4 23/5 23/8 23/9 23/10
23/11 37/8 38/2 38/6 38/19
41/22 42/10 42/16 43/14 100/24
106/6 132/2 132/10 132/15
133/3 155/22 156/6 162/23
countries [2] 37/18 124/19
country [6] 8/22 8/23 9/3 9/5
9/6 11/8
counts [2] 24/15 33/1
COUNTY [2] 202/4 202/17
couple [1] 115/24
course [17] 14/4 15/22 19/16
19/19 38/9 44/11 84/16 84/22
85/2 128/5 132/15 132/16
132/17 132/20 139/19 141/7
191/14
COURT [13] 1/1 2/1 2/1 20/21
34/3 130/24 173/13 199/11
200/1 201/6 202/6 202/7 202/21
courtroom [9] 6/14 56/25 88/12
89/3 153/6 153/18 198/18
198/25 200/4
cover [2] 46/3 127/11
CR [2] 1/3 4/7
crack [1] 40/9
cracking [1] 40/10
craft [3] 28/6 31/10 191/19
crank [1] 139/15
cranked [1] 143/8
credentials [1] 85/3
crew [25] 15/5 16/20 43/21
53/18 54/7 65/2 65/3 68/15
75/14 76/19 77/3 77/12 87/20
89/14 110/10 111/7 134/2
140/22 143/2 174/1 185/15
185/16 185/16 187/25 188/2
crewman [7] 157/6 157/13 161/9
161/13 161/16 169/19 172/5
crewmen [2] 140/24 173/9
crime [1] 4/18
crimes [1] 20/20
criminal [3] 18/7 30/5 30/10
criminals [1] 30/9
critical [2] 25/3 25/7
critically [2] 26/3 26/3
Crocker [1] 168/12
Croix [1] 8/9
cross [22] 3/5 3/6 3/10 3/11
3/14 3/15 3/18 3/19 72/19
78/19 85/14 85/18 94/21 94/24
95/24 100/17 116/10 118/20

## C

cross... [4]   141/17 144/20 174/16 183/21
cross-examination [17]   3/5 3/6 3/10 3/11 3/14 3/15 3/18 3/19 78/19 95/24 100/17 116/10 118/20 141/17 144/20 174/16 183/21
crumbled [1]   114/6
CRUZ [22]   3/8 53/24 56/1 57/12 68/23 69/25 70/1 73/21 73/23 75/10 75/11 76/2 78/5 89/22 90/2 104/7 104/14 104/16 105/15 112/25 116/12 133/9
CRUZ-REYES [18]   3/8 53/24 56/1 57/12 68/23 73/21 73/23 75/10 75/11 76/2 78/5 89/22 90/2 104/7 104/14 105/15 112/25 133/9
Cuba [2]   42/9 42/9
cuffs [1]   141/24
currency [4]   125/17 125/22 125/24 125/25
current [4]   34/25 35/12 105/22 132/1
curvature [1]   27/21
curving [1]   27/23
custody [2]   4/17 199/9
cut [3]   91/11 118/25 126/17
cutter [2]   40/17 111/22
cutters [1]   155/22
cutting [2]   119/2 119/3

## D

daily [1]   19/16
damage [2]   12/1 16/14
danger [1]   12/2
dangerous [2]   29/1 58/12
dangers [1]   193/12
dark [6]   27/14 82/19 82/20 82/25 83/6 186/5
date [9]   64/22 65/10 65/14 99/11 145/22 145/25 145/25 184/2 185/4
dates [2]   64/4 65/5
day [30]   21/12 21/12 24/4 25/13 27/21 44/3 47/23 65/6 65/7 70/18 77/6 83/5 87/23 102/21 135/18 140/6 140/10 142/6 145/18 160/5 165/18 173/24 176/11 176/13 184/5 186/25 187/3 189/20 198/6 202/18
daylight [18]   27/11 27/13 27/15 27/25 29/6 44/8 82/16 151/19 152/5 185/25 186/23 188/5 190/12 191/16 192/24 193/4 194/21 195/1
days [7]   8/13 8/13 75/16 102/14 102/20 102/22 132/21
daytime [1]   187/2
deal [2]   22/5 28/23
dealing [1]   134/9
dealt [2]   122/9 135/1
debate [1]   25/1
debris [6]   170/9 170/14 170/15 178/22 178/23 182/18
decades [1]   14/2
December [2]   64/23 99/12
December 11 [1]   99/12
December 11th [1]   64/23
decide [1]   68/11

deciding [1]   32/13
decipher [1]   127/1
decision [1]   30/19
decisions [2]   79/9 134/19
deck [3]   111/4 111/5 119/19
Defendant [2]   1/17 1/21
Defendants [11]   1/8 6/20 7/2 7/21 18/16 20/2 109/9 110/10 110/24 200/8 200/19
defense [3]   4/25 9/18 9/18
definitely [1]   114/2
degraded [2]   12/25 13/3
degree [1]   28/22
degrees [6]   28/24 29/5 192/8 192/10 192/22 193/11
Delaware [13]   11/16 32/1 61/19 62/1 64/1 64/21 98/21 98/23 98/24 99/2 137/2 137/24 138/14
deliberation [1]   19/23
deliver [1]   25/23
delivered [2]   172/15 173/16
delivering [2]   173/6 173/21
demand [1]   26/19
Democracy [1]   25/10
democratic [1]   25/9
demos [1]   25/11
depart [1]   156/24
departed [3]   78/2 140/19 144/24
Department [1]   9/18
departure [1]   65/14
depending [3]   74/19 77/5 196/20
depict [1]   49/10
depicted [1]   48/20
deploy [1]   155/15
deployable [4]   67/18 78/24 136/7 155/15
deployed [6]   42/16 45/21 46/5 48/19 49/11 155/21
deployment [1]   9/20
describe [9]   37/10 43/5 44/22 59/21 67/2 108/23 109/14 113/24 166/16
described [4]   23/1 48/14 76/4 77/15
design [1]   32/22
designated [1]   148/25
designed [7]   26/17 29/3 29/4 29/15 43/12 119/25 193/15
detached [1]   42/22
detachment [7]   9/14 9/21 13/21 13/24 35/21 35/22 42/15
detail [1]   16/18
details [2]   20/6 20/13
detain [4]   82/15 83/20 83/21 83/22
detained [1]   111/10
detainees [9]   103/5 103/13 103/16 140/22 141/22 173/14 173/15 173/22 174/2
detect [1]   40/8
detectable [1]   200/25
detected [2]   23/11
detecting [1]   43/7
deteriorated [1]   12/25
determination [1]   50/24
determine [13]   10/23 16/13 18/15 47/1 51/20 58/3 58/25 62/13 62/19 62/21 77/24 134/12 144/25
determined [3]   12/8 47/4 58/2
device [2]   86/8 179/6

dialogue [1]   91/21
diamonds [4]   169/3 169/6 169/7 169/12
dictate [1]   74/20
did [266]
didn't [33]   11/14 18/1 18/1 18/25 19/1 19/24 49/1 55/20 55/20 115/14 115/17 116/22 118/13 119/17 121/1 142/11 146/18 147/24 149/8 149/17 150/23 151/5 152/21 171/8 174/25 179/22 181/12 181/19 181/24 182/14 183/2 191/22 194/24
difference [5]   36/20 39/2 39/11 94/3 175/21
different [9]   9/1 39/25 40/1 92/8 92/10 98/6 125/20 143/2 148/13
differently [2]   19/22 19/25
dilapidated [1]   147/21
dingy [9]   123/25 124/1 124/6 124/9 124/10 124/11 124/14 124/16 124/17
dinky [1]   30/7
dire [2]   7/18 8/16
direct [10]   3/4 3/9 3/13 3/17 34/17 45/17 105/13 131/19 144/22 155/2
directed [3]   12/20 108/10 182/22
direction [12]   31/5 31/5 31/6 31/7 84/18 143/5 143/6 148/9 170/23 170/24 177/5 192/20
directions [2]   84/15 98/6
directly [1]   183/12
discarded [1]   28/11
disclose [1]   103/24
discount [2]   30/20 30/21
discounted [1]   147/9
discovery [1]   15/23
discuss [7]   5/24 56/17 103/23 129/22 131/14 138/23 197/19
dismissed [1]   201/10
distance [10]   10/3 10/5 49/23 67/10 96/18 102/14 152/11 174/6 188/25 191/15
distribute [8]   18/9 18/17 18/21 18/22 24/20 26/5 26/12 32/17
district [13]   1/1 1/1 1/11 79/13 79/16 79/17 81/9 81/11 81/12 81/13 92/13 202/7 202/7
divert [1]   134/1
divide [1]   170/18
DIVISION [2]   1/2 202/8
Dixie [1]   13/10
do [216]
docket [1]   199/11
document [3]   99/1 125/6 126/6
documentation [14]   11/7 11/14 11/15 11/17 52/1 61/14 64/20 65/18 81/2 107/1 135/22 136/25 137/1 138/14
documents [6]   7/23 14/8 14/9 63/9 64/2 95/17
does [24]   9/16 11/24 14/17 37/8 43/21 49/10 70/23 73/9 85/14 85/20 91/16 93/25 114/2 120/14 126/13 126/19 126/21 127/2 141/21 143/4 155/14 155/21 155/24 175/18
doesn't [8]   20/9 46/21 108/12

**D**

doesn't... [5] 123/22 124/16 126/13 144/10 179/8
doing [26] 18/20 32/20 36/2 36/11 37/17 37/24 39/12 46/15 56/5 66/3 70/24 75/4 75/23 75/25 84/11 94/9 107/2 118/2 133/13 133/13 134/2 142/19 143/12 174/9 193/22 195/12
dollar [1] 126/3
dollars [5] 29/3 125/20 125/21 125/23 126/2
don't [66] 4/16 11/19 19/5 19/13 19/22 30/13 30/23 44/12 44/13 49/3 59/17 61/16 77/16 79/23 80/1 81/25 82/18 83/15 83/23 85/13 87/22 93/1 97/4 97/9 102/8 102/16 102/16 102/17 102/18 102/18 107/18 107/19 110/7 115/24 116/5 118/6 122/23 122/23 123/23 127/4 127/5 134/1 136/10 136/19 148/19 149/13 150/9 151/15 158/9 168/23 173/23 174/25 175/4 175/23 179/12 183/5 184/2 185/4 188/18 190/17 198/17 198/18
done [31] 12/6 14/21 16/18 19/9 39/11 40/14 52/2 54/21 62/6 65/2 68/23 72/8 72/18 75/20 79/15 87/18 89/23 90/8 90/24 105/1 107/7 108/2 111/11 133/20 133/22 134/16 134/19 139/11 140/10 140/17 199/15
door [3] 74/1 74/1 117/17
doors [7] 15/15 15/21 87/12 89/20 89/24 89/24 90/1
doubt [5] 24/9 25/21 26/13 29/19 32/15
Dover [1] 98/21
down [24] 20/10 22/18 27/23 54/22 60/7 82/19 82/24 83/4 83/13 89/10 97/15 103/19 109/24 111/19 116/19 116/21 129/19 129/19 130/5 144/5 144/7 153/2 197/18 198/24
downstairs [1] 111/4
dozens [1] 28/1
Dr [2] 1/22 4/22
dreadlocks [1] 59/23
drift [2] 170/22 170/22
drifted [1] 174/10
drifting [1] 170/25
drive [5] 22/10 22/12 54/7 139/20 170/17
driven [1] 22/18
driver [1] 140/24
driving [12] 22/16 35/10 92/15 92/20 118/1 118/3 142/23 143/3 165/11 166/10 171/21 186/18
drop [1] 182/16
dropped [5] 157/21 159/25 161/10 161/13 177/2
dropping [2] 192/6 194/25
drove [1] 161/5
drug [23] 9/20 13/22 13/25 37/8 38/2 40/13 41/22 42/10 42/16 100/24 106/6 121/25 132/2 132/11 132/15 133/3 155/23 156/6 162/23 164/22 200/13 200/18 200/24

drugs [18] 7/25 14/18 16/10 26/18 26/22 28/9 28/11 36/5 37/22 39/17 40/1 68/1 69/18 102/24 103/5 103/16 162/22 200/19
DTL [1] 92/12
due [2] 76/19 76/22
duly [4] 33/13 104/8 130/9 153/24
dumped [1] 42/18
duration [2] 70/25 94/1
during [27] 5/5 8/16 15/22 16/18 19/15 41/23 44/8 54/15 54/19 54/23 56/16 60/22 62/19 65/23 84/11 88/14 88/25 94/8 95/3 97/4 100/23 100/24 107/22 132/8 132/25 141/6 186/25
dusk [1] 82/21
Dutch [1] 42/18
duty [3] 19/11 20/7 89/23

**E**

E-5 [1] 132/5
each [18] 6/9 6/19 7/2 10/22 13/7 17/3 24/16 67/11 84/3 103/1 110/1 110/9 142/21 163/24 164/5 164/7 164/20 181/8
earlier [10] 83/9 96/23 97/7 123/11 125/1 177/2 183/24 184/15 187/10 187/12
early [2] 63/3 140/8
earth [2] 27/21 28/20
easily [1] 10/6
eastern [2] 8/8 196/25
easy [5] 22/12 28/21 30/12 30/12 92/11
Ecuador [1] 122/1
edge [1] 21/5
educated [1] 123/15
effects [1] 112/10
efficiently [3] 20/5 20/12 25/4
eight [9] 9/25 16/2 34/24 37/16 38/8 63/5 63/6 71/21 131/25
eight-week [1] 38/8
either [15] 18/16 28/14 30/3 40/4 42/17 59/11 88/7 112/10 114/6 149/16 173/6 188/6 189/24 198/7 198/16
elaborate [1] 140/4
Elect [1] 155/19
electrical [3] 12/3 58/18 120/6
electronic [1] 175/2
electronically [2] 34/3 130/23
Electronics [1] 87/3
elements [3] 41/12 69/18 150/10
eliminated [2] 199/19 199/20
eliminates [1] 60/10
ELLIOTT [3] 3/8 104/7 104/14
else [7] 6/11 60/6 66/8 89/21 91/16 136/11 201/6
elsewhere [1] 26/22
embark [1] 157/17
embarked [1] 157/9
employed [2] 21/9 105/18
empty [1] 178/11
en [3] 147/4 147/4 179/19
enabled [1] 38/24
encompass [1] 149/20

encounter [4] 8/23 44/3 100/25 195/22
encountered [1] 102/13
end [14] 24/4 24/5 24/13 25/15 31/18 32/12 32/13 60/7 60/11 60/11 79/7 91/12 96/2 174/12
ended [1] 192/10
ending [1] 79/12
ends [1] 110/15
enforce [1] 9/19
enforcement [17] 9/14 9/17 9/20 13/21 13/24 26/17 28/12 35/21 35/22 36/15 37/8 42/15 92/23 105/23 121/6 141/23 142/3
engine [35] 12/3 62/7 62/13 62/15 62/16 62/16 62/21 62/24 77/13 77/20 81/22 118/4 118/22 118/24 118/25 119/5 119/7 119/9 119/11 119/13 119/14 119/16 119/17 119/18 139/3 139/16 139/21 139/24 140/1 143/8 147/11 147/12 147/14 147/24 148/1
engineer [1] 119/15
engines [4] 121/15 122/23 139/14 147/17
England [4] 196/18 196/21 197/4 197/6
enjoy [1] 88/10
enjoyed [1] 21/20
enjoying [1] 22/7
enough [2] 45/16 169/18
ensure [2] 12/1 117/8
ensuring [2] 6/5 91/15
enter [5] 9/6 9/6 16/13 24/15 125/13
entire [9] 26/14 118/7 118/11 118/13 120/5 127/3 142/13 191/15 191/15
entry [1] 90/5
envelope [1] 136/25
environment [1] 77/5
equals [1] 126/2
equipment [1] 190/2
ESQUIRE [3] 1/14 1/17 1/21
essentially [4] 22/11 73/12 180/6 201/4
establish [1] 7/24
evaluate [1] 20/23
even [12] 14/19 23/3 27/16 27/25 28/23 30/13 105/2 119/11 130/25 154/15 172/11 193/18
evening [3] 96/11 140/8 186/6
event [2] 10/11 101/6
events [1] 65/23
ever [9] 19/14 27/3 68/4 77/20 77/22 141/11 151/21 152/4 191/19
every [7] 16/8 16/11 32/15 117/16 128/11 133/18 148/2
everybody [9] 19/21 20/9 20/11 103/9 103/10 141/14 176/7 200/17 200/18
everyone [2] 12/4 19/25
everything [12] 19/14 29/5 38/19 41/7 68/6 89/9 89/10 92/10 94/12 103/4 111/19 118/12
everywhere [1] 8/19
evidence [52] 3/22 3/23 3/24 3/25 5/7 6/21 6/24 7/19 7/20 7/23 7/24 14/15 14/17 14/18

**E**

evidence... [38] 15/1 18/1
18/4 18/13 19/12 20/4 20/12
20/23 20/24 22/25 23/24 24/1
24/7 24/8 25/17 26/7 26/8
26/14 27/1 27/15 30/16 31/3
31/12 32/21 33/6 48/11 64/12
88/6 88/8 88/9 113/19 115/15
116/7 150/16 166/4 177/19
202/11 202/15
exact [5] 87/22 140/7 174/25
185/4 190/17
exactly [11] 14/25 39/24 108/9
110/7 114/7 115/22 115/25
118/3 118/6 144/25 152/21
examination [31] 3/4 3/5 3/6
3/7 3/9 3/10 3/11 3/13 3/14
3/15 3/17 3/18 3/19 3/20 34/17
78/19 95/24 100/15 100/17
105/13 111/8 116/10 118/20
131/19 141/17 144/20 144/22
155/2 174/16 183/21 195/10
examine [1] 65/19
examined [6] 17/19 33/15
104/10 130/11 139/24 154/1
example [3] 117/18 122/1 122/2
except [1] 49/2
exchange [1] 141/6
excluded [1] 6/7
excuse [9] 43/16 52/17 60/23
134/24 143/3 146/4 146/23
158/8 167/16
excused [8] 56/13 88/12 104/4
130/3 153/3 153/6 197/25
198/25
exercise [1] 127/5
exhausted [1] 122/20
exhibit [11] 32/2 48/13 50/14
98/17 123/11 125/4 125/4 126/9
151/4 151/5 178/8
Exhibit 2 [1] 98/17
EXHIBITS [17] 3/21 3/22 3/23
3/24 3/25 47/12 48/3 48/10
63/15 64/6 64/11 113/1 113/14
113/18 165/4 165/23 166/3
exists [1] 18/15
expect [1] 32/2
expected [2] 21/24 36/24
expects [1] 26/20
experience [9] 8/17 83/3
121/19 121/21 121/25 122/8
171/3 193/24 194/1
experienced [2] 13/20 102/13
expert [3] 5/4 23/3 23/13
experts [2] 200/21 200/23
explain [4] 36/20 39/2 70/4
186/14
explained [1] 139/3
explanation [2] 60/18 61/22
explosives [2] 14/19 41/11
exposed [1] 49/15
extensive [1] 132/10
exterior [1] 65/19
extraordinary [1] 6/8
extremely [1] 15/10
eye [10] 14/20 28/5 28/5 28/7
29/8 31/17 142/2 142/14 194/12
194/13
eyes [2] 44/19 66/11
eyesight [2] 10/6 193/21

**F**

face [6] 28/19 33/22 104/18

130/18 154/9 198/24
facing [2] 109/16 109/24
fact [9] 9/11 12/9 21/2 23/2
23/8 23/14 164/23 187/1 200/14
facts [3] 25/13 25/14 29/19
factual [1] 146/21
fair [1] 96/4
fairly [2] 21/10 22/12
fall [5] 163/17 181/7 181/11
181/12 181/19
falling [4] 12/25 162/10
163/19 164/11
false [11] 16/9 16/9 33/22
33/22 40/5 104/17 104/18
130/18 130/18 154/9 154/9
familiar [10] 39/20 50/19 93/7
133/14 134/4 139/14 141/10
150/11 179/13 195/23
familiarity [1] 45/12
fancy [3] 24/21 121/11 121/15
far [22] 18/25 19/1 37/14
37/22 54/15 62/18 66/5 77/24
79/6 79/12 102/10 102/12
121/19 151/10 151/18 158/2
158/3 158/16 159/20 159/24
172/6 200/13
fast [16] 43/17 43/19 90/21
96/4 118/5 121/23 121/24 122/3
122/4 122/9 122/10 122/14
122/16 188/18 191/12 191/12
father [2] 21/2 26/8
faulty [1] 122/21
FBI [1] 17/15
Feel [1] 82/1
feet [7] 43/6 67/12 99/20
176/6 176/6 176/9 177/1
fell [7] 178/12 180/20 180/22
180/24 181/2 181/10 181/15
fellas [1] 30/7
fellow [2] 68/7 148/12
few [12] 9/15 13/24 55/6 67/12
77/17 90/25 101/19 119/4 119/4
163/9 169/24 175/20
fiberglass [1] 99/16
field [4] 13/18 170/9 170/14
170/15
fifth [1] 163/20
figured [2] 27/20 27/24
file [2] 199/10 199/16
filed [5] 48/11 64/12 113/19
166/4 199/17
filing [1] 4/19
film [1] 150/23
final [2] 163/20 163/21
finalizing [1] 4/18
finally [1] 11/16
find [12] 14/7 16/21 24/6 28/9
32/9 40/7 58/14 161/19 164/19
170/14 171/5 171/8
findings [1] 111/20
fine [3] 4/21 22/7 200/11
finger [2] 48/16 98/18
fingers [2] 128/5 128/14
finish [4] 91/10 102/25 103/13
133/24
finished [8] 35/14 47/13 47/15
63/16 113/3 113/4 165/6 165/8
fire [5] 12/1 12/3 58/12 58/18
120/6
first [68] 11/12 18/6 19/7
31/1 31/14 33/7 33/9 36/17
36/20 37/3 37/16 38/15 49/5
54/11 57/7 57/8 58/5 59/18

59/18 59/25 59/25 60/8 60/11
63/25 76/18 79/21 90/11 96/1
96/7 96/14 96/20 107/21 107/23
114/4 114/5 116/24 117/3
127/24 128/1 128/7 128/13
129/10 133/2 133/2 133/10
133/11 141/11 141/14 150/2
157/19 158/18 159/9 159/10
160/3 160/4 162/7 169/24 181/6
184/18 186/2 186/3 187/24
189/7 189/11 189/16 190/10
191/10 192/6
fisheries [1] 9/19
five [36] 8/1 8/1 10/8 10/12
10/13 10/19 12/17 18/9 18/21
18/23 24/18 25/23 26/5 26/12
32/17 37/15 56/11 58/21 71/20
101/3 128/25 132/21 140/23
140/25 142/14 157/6 163/9
163/12 190/4 190/5 190/11
190/18 191/2 192/3 193/2
199/23
fix [4] 31/10 54/12 149/13
191/6
fixed [5] 28/6 54/13 96/21
190/16 191/5
fixing [3] 152/16 193/1 193/2
FL [4] 1/15 1/19 1/23 2/2
flag [5] 9/2 9/3 9/4 9/5 9/7
flagged [1] 8/25
flapping [1] 49/16
flat [1] 27/24
flimsy [1] 49/16
floating [11] 12/15 30/24
32/18 66/4 66/5 157/25 158/16
162/4 163/10 189/11 192/19
flooding [3] 58/11 58/18 120/6
floor [5] 2/2 115/21 198/15
198/17 198/20
FLORIDA [13] 1/1 1/5 1/18 2/2
8/19 29/13 35/13 35/19 51/23
51/25 81/14 202/3 202/18
flow [3] 40/2 40/2 40/10
flowing [1] 74/2
flown [1] 9/7
fly [1] 9/2
focus [3] 26/2 195/15 195/18
focuses [1] 38/6
folded [2] 114/6 115/9
folder [2] 115/12 115/18
folks [5] 26/16 97/9 124/18
193/18 193/19
follow [5] 31/16 40/2 74/12
76/3 84/22
followed [6] 6/19 57/9 73/15
188/20 189/6
following [5] 22/15 29/8 84/21
176/11 193/20
follows [4] 33/15 104/10
130/11 154/1
foot [5] 21/14 43/9 170/21
172/12 176/9
footage [1] 150/12
foregoing [1] 202/13
forensic [1] 14/15 14/17
forever [1] 23/6
forget [1] 19/14
form [4] 125/13 127/1 182/23
183/7
forth [5] 12/4 71/13 84/14
142/25 177/8
forward [10] 34/1 49/14 104/5
130/5 130/22 153/21 164/3

**F**

forward... [3]   164/5 164/8
167/4
found [21]   15/3 15/4 17/23
23/22 23/23 31/18 32/5 90/17
90/20 91/2 112/11 112/13 115/4
115/5 164/12 165/18 167/23
169/23 175/14 181/23 189/10
foundation [4]   45/23 46/6 46/8
46/23
four [18]   17/17 37/16 38/15
42/6 55/6 71/20 93/4 94/3 94/6
94/8 95/4 95/11 149/12 156/5
176/6 177/1 190/4 199/19
fourth [1]   168/10
frames [1]   74/1
framework [1]   7/16
free [1]   82/1
frequency [1]   52/6
freshest [1]   145/21
friends [2]   21/10 29/12
front [9]   16/25 121/2 157/23
159/21 159/22 164/3 178/20
187/7 187/18
FRY [3]   2/1 202/6 202/21
fulfill [2]   20/6 20/14
fulfilling [1]   19/11
full [5]   63/2 83/13 83/15
149/5 149/9
fully [6]   44/24 45/3 45/21
46/5 48/19 49/11
further [19]   51/19 68/12 68/14
78/13 100/12 101/23 116/1
118/19 127/7 127/9 134/19
141/16 144/19 152/8 152/10
174/4 174/10 183/16 197/12
furthest [1]   152/19

**G**

G-A-R-S-I-K [1]   33/19
gain [1]   134/8
galley [3]   87/8 87/16 90/5
gallon [2]   122/21 148/1
game [2]   11/21 38/2
GARSIK [27]   3/3 12/14 33/12
33/19 33/20 34/7 34/20 56/15
57/4 78/21 88/13 88/24 89/7
91/11 100/17 101/24 103/22
106/19 111/25 118/8 131/6
133/9 134/1 177/3 177/14
177/23 179/4
gave [7]   31/15 61/18 111/19
123/12 136/25 138/11 140/4
gear [2]   70/14 102/4
general [4]   116/25 135/25
141/8 142/9
generally [1]   135/22
gentleman [3]   109/1 109/3
112/16
gentlemen [6]   6/15 7/5 20/18
28/15 150/2 188/6
geographical [1]   196/24
get [77]   9/4 10/17 10/18 10/19
10/23 11/18 11/19 11/19 13/10
18/25 19/2 19/3 19/23 22/6
26/1 26/17 27/22 30/20 30/21
37/23 37/25 38/16 38/19 40/3
40/5 40/11 41/8 41/20 44/18
50/23 51/19 51/20 51/24 53/8
54/22 55/20 58/5 58/6 58/8
66/11 68/16 69/11 81/6 81/8

81/15 82/11 85/24 86/10 91/19
91/20 92/22 94/14 97/10 102/2
102/6 102/8 102/9 110/20 116/7
116/15 116/24 121/25 122/13
124/20 127/12 127/14 127/16
127/19 127/22 128/12 143/11
148/10 153/15 162/9 163/16
190/1 199/17
gets [6]   13/2 23/15 79/19
103/9 103/10 110/20
getting [13]   10/24 22/1 38/17
39/10 70/21 76/19 91/25 93/11
107/1 125/11 144/14 149/8
194/7
give [19]   6/22 6/25 7/16 33/21
33/21 35/5 104/17 104/17
115/20 116/22 130/17 130/18
140/7 151/18 152/25 154/8
154/8 184/10 193/15
given [6]   40/10 41/19 43/14
84/15 120/9 138/21
giving [1]   46/21
glance [1]   126/21
glasses [3]   60/7 60/10 109/4
gloss [3]   25/3 25/24 31/1
glossing [3]   20/5 20/13 25/5
glove [23]   15/11 15/12 71/23
71/24 72/8 72/9 72/11 74/17
74/17 74/17 76/6 76/6 110/9
110/14 110/15 110/16 110/18
110/19 127/23 128/8 128/14
128/15 128/18
gloves [23]   70/12 70/14 71/15
71/15 71/17 71/18 71/19 71/19
71/22 72/4 72/4 74/15 110/4
110/6 110/8 127/10 127/25
128/2 128/3 128/5 128/7 128/11
128/13
go [80]   10/3 10/22 11/1 12/20
12/22 17/25 21/20 21/22 21/24
22/6 26/15 26/24 28/9 28/20
30/10 30/13 30/19 31/17 32/23
35/4 35/11 39/6 43/10 51/21
53/11 53/12 54/22 54/22 55/23
58/10 66/12 69/8 79/5 80/13
81/15 84/19 85/11 88/4 93/3
97/2 97/22 98/1 98/1 102/2
103/16 117/19 117/20 121/23
121/24 122/3 122/4 122/9
122/10 122/10 122/15 122/16
124/11 124/12 124/19 125/11
127/4 138/18 139/6 147/7 150/6
150/8 152/17 153/4 164/16
164/20 169/22 170/3 171/9
185/19 190/5 190/11 192/2
192/2 192/4 197/1
go-fast [7]   121/23 121/24
122/3 122/4 122/9 122/10
122/16
goes [2]   83/4 110/16
going [138]   5/3 5/13 5/13 7/21
7/22 7/23 10/14 11/21 13/17
14/8 14/13 14/14 15/5 16/1
16/17 18/2 18/4 18/11 20/1
20/22 20/22 20/24 20/25 21/1
21/13 22/8 22/11 22/19 22/22
23/3 23/7 23/10 23/12 23/13
23/17 23/24 24/1 24/2 24/5
24/8 24/14 24/25 26/14 27/1
27/15 28/3 28/9 28/24 29/11
29/15 29/19 30/6 30/9 30/9
30/16 30/17 30/18 31/2 31/7
31/11 31/20 31/21 31/24 32/1

33/5 34/2 35/10 35/24 36/1
36/22 36/23 36/25 37/15 37/17
37/21 39/5 39/12 39/13 40/1
40/11 43/7 50/23 51/25 53/5
53/8 56/10 56/15 58/12 62/5
62/5 65/3 70/24 81/4 83/6
84/18 88/18 91/25 94/10 94/11
94/12 96/25 97/3 97/21 97/23
98/15 102/1 102/6 110/8 111/15
118/5 118/12 119/24 119/24
122/3 127/21 128/8 128/12
128/15 128/19 131/1 143/9
144/7 144/12 153/4 153/9 159/6
166/15 175/25 176/1 188/15
188/18 189/5 190/15 190/21
191/10 191/12 191/13 197/19
gone [1]   111/19
good [22]   4/4 4/9 4/11 4/13
4/15 6/15 7/5 7/14 20/18 22/5
22/13 39/10 78/21 78/22 88/2
93/1 109/12 116/12 119/18
174/20 174/22 191/1
got [35]   11/2 11/2 11/10 11/20
15/3 19/3 31/14 40/22 47/5
55/21 59/8 59/8 72/3 81/23
84/8 91/11 92/24 93/12 95/3
107/7 111/18 111/18 111/21
111/21 112/3 136/6 137/1 157/8
164/13 170/1 175/9 178/1 181/3
189/16 192/15
gotten [5]   58/8 59/4 60/22
188/1 189/12
Government [24]   1/14 4/9 6/18
7/17 24/7 25/17 26/4 26/20
27/11 30/23 32/1 32/8 32/14
48/10 64/11 99/1 113/18 125/4
125/6 126/9 145/6 151/4 166/3
178/9
Government's [16]   3/22 3/23
3/24 3/25 6/25 31/3 47/12 48/3
63/15 64/6 98/17 113/1 124/25
165/4 165/23 186/17
GPS [5]   22/14 22/14 22/15 87/4
87/5
grade [1]   132/4
Granada [3]   21/23 22/1 23/20
granting [1]   125/9
gray [1]   135/12
great [1]   98/23
green [13]   37/12 37/13 38/16
38/21 40/14 162/21 163/4
166/18 168/18 168/25 169/8
169/14 187/7
green kilograms [1]   187/7
Greenwich [5]   94/2 196/18
196/21 197/4 197/6
grocery [6]   13/9 163/23 163/24
164/14 167/19 167/24
group [4]   143/25 165/12 190/4
190/5
grouped [1]   67/3
grouping [1]   12/22
growing [1]   46/15
guard [68]   5/11 8/5 8/6 8/22
9/10 9/13 9/13 9/14 9/15 9/20
10/13 11/2 11/6 11/9 11/21
12/19 13/5 13/21 13/22 13/24
14/21 14/24 15/7 16/1 16/7
18/24 19/1 22/17 22/20 22/22
26/16 31/4 32/23 34/21 35/23
36/12 36/16 40/17 42/17 45/10
46/12 54/18 67/14 68/8 69/9
72/22 84/22 98/5 103/5 105/16

# G

guard... [18]  105/20 118/14 119/20 120/4 121/12 131/21 134/12 143/13 150/11 150/19 155/4 155/22 184/21 186/3 189/17 194/15 194/17 196/4
Guard's [2]  73/12 73/16
Guardsmen [5]  28/4 143/3 148/12 148/13 193/20
guess [14]  35/24 37/14 38/18 54/11 81/18 83/2 87/4 97/7 102/16 102/17 118/17 168/12 181/5 198/16
guest [1]  21/17
guilt [2]  25/18 25/20
guilty [8]  7/22 20/2 24/6 24/15 25/16 25/22 33/1
gun [1]  14/19
guns [1]  30/14
guy [1]  39/4
guys [3]  29/10 142/2 191/5

# H

had [142]  5/1 8/12 10/9 13/3 17/9 17/22 17/22 18/24 21/11 24/3 24/3 25/9 32/3 32/20 44/23 53/10 54/12 54/12 56/8 57/8 57/18 57/19 57/22 58/2 59/10 60/22 61/2 61/14 61/19 62/14 62/15 62/15 62/16 63/25 65/18 66/3 66/19 66/19 66/20 67/5 67/16 67/18 67/19 67/23 68/5 68/22 68/23 69/18 71/21 72/4 76/14 76/18 77/11 81/20 81/21 83/24 85/18 85/20 86/19 87/4 87/21 89/22 92/18 93/12 94/11 94/11 98/13 101/15 107/5 107/7 107/7 108/2 110/1 110/4 110/17 111/11 111/19 112/11 112/12 114/10 116/14 118/4 118/8 119/9 119/17 123/15 124/8 126/11 132/11 132/16 136/25 137/17 137/22 138/18 139/6 139/15 139/17 142/6 142/21 143/8 144/17 144/23 144/24 146/9 146/12 146/14 146/14 146/15 147/1 147/1 149/8 149/15 149/20 150/20 154/22 157/16 162/23 162/25 163/17 164/19 168/22 169/18 169/21 170/3 174/11 175/1 179/11 181/1 181/8 181/22 182/9 182/16 185/18 187/12 187/20 188/1 189/12 190/1 190/2 199/19 200/16 200/19
hadn't [3]  32/5 32/10 100/4
half [23]  10/16 21/12 36/8 38/10 41/23 45/6 54/17 60/10 78/17 83/9 88/11 122/21 148/1 155/8 156/1 172/9 187/15 187/20 191/7 191/9 193/1 193/23 198/3
hand [9]  18/1 86/18 87/2 120/19 120/20 127/18 127/19 127/22 202/16
handcuffs [1]  142/9
handed [1]  169/19
handles [1]  74/1
hands [19]  15/8 15/16 15/17 23/11 57/21 68/17 70/11 71/22 74/15 87/1 109/20 109/23 110/3 110/6 110/12 127/11 127/20 128/6 128/8
happen [5]  69/13 76/17 110/24 180/21 189/9
happened [8]  8/7 67/20 81/19 101/6 103/24 104/22 107/21 192/24
happens [3]  46/22 142/2 147/16
happy [1]  21/20
harm [2]  58/13 58/13
has [36]  5/22 7/8 7/15 14/21 20/9 20/21 22/13 25/17 26/9 26/10 32/14 39/25 85/8 90/11 93/3 99/9 99/11 99/18 102/7 104/21 104/22 110/17 110/17 125/13 135/13 137/8 141/14 176/7 193/6 193/10 193/11 194/3 197/13 198/11 199/7 200/7
have [240]
haven't [3]  126/25 179/10 182/5
having [18]  19/8 22/18 24/20 26/18 30/2 33/13 72/21 91/21 104/8 117/20 119/5 119/13 119/14 130/9 139/3 145/22 153/24 180/17
hazardous [1]  12/4
hazards [8]  58/16 58/17 117/15
he [109]  12/16 16/22 17/9 17/15 21/2 21/19 21/21 22/5 22/7 22/25 25/8 26/9 26/10 27/4 30/20 30/21 31/25 32/2 59/21 60/18 61/18 61/22 62/5 62/15 62/16 62/17 66/11 71/3 71/12 71/19 71/21 71/22 71/23 72/4 72/4 72/6 72/8 72/8 72/9 72/16 78/24 78/25 79/2 79/8 79/16 79/19 87/4 92/18 92/20 101/21 108/11 116/18 118/10 123/16 135/7 135/8 135/11 135/12 136/9 136/13 136/17 136/21 136/24 136/25 136/25 137/12 137/17 137/21 137/21 137/22 137/22 137/22 138/5 138/6 138/11 138/11 138/13 138/17 138/17 138/18 139/3 139/4 139/6 139/10 139/17 139/21 140/4 140/5 141/1 141/11 144/12 144/23 144/23 144/24 146/9 146/9 146/15 146/18 146/19 147/1 147/4 147/4 147/7 148/6 157/21 158/18 177/5 192/20 200/7
he'll [1]  21/9
he's [7]  5/20 51/12 71/9 72/3 105/2 131/1 144/12
head [3]  87/10 89/24 101/16
headed [1]  137/21
heading [1]  143/19
hear [34]  7/17 11/9 11/17 13/5 14/11 14/14 15/7 15/16 15/19 15/22 16/21 17/13 18/3 18/11 18/14 18/15 19/16 21/13 22/22 23/17 24/2 26/7 26/7 27/1 28/3 28/10 31/3 31/11 31/20 31/22 31/24 32/8 88/5 88/6
heard [5]  8/3 15/2 34/4 121/5 154/16
hearing [1]  30/6
hearsay [5]  52/17 60/23 61/17 136/8 137/4
heats [1]  41/7
height [1]  151/8
helicopter [2]  50/9 50/12
helm [16]  15/14 15/15 15/19 74/5 86/15 92/18 108/15 118/6 118/7 118/11 118/12 118/13 118/16 118/17 148/13 171/19
helmet [1]  26/24
helmets [1]  26/16
helmsman [1]  143/18
helped [1]  169/17
helpful [1]  20/14
henchmen [1]  30/10
her [1]  180/11
here [58]  4/23 5/11 5/13 5/14 5/20 5/24 9/2 10/5 10/24 17/16 18/8 19/13 20/7 20/20 20/22 25/3 27/2 28/3 59/11 59/13 59/14 59/19 59/22 60/8 74/10 88/19 98/18 98/21 99/7 108/21 108/25 109/1 110/11 112/7 112/16 116/5 124/25 125/3 125/4 125/15 133/13 133/20 133/22 135/7 135/11 141/1 141/5 145/13 146/21 167/10 176/17 177/1 186/21 187/6 187/16 197/21 198/12 200/9
HEREBY [1]  202/9
hereto [1]  202/12
hereunto [1]  202/16
hey [2]  12/20 192/19
hide [1]  16/10
hiding [1]  117/11
high [1]  193/8
higher [1]  134/11
HILLSBOROUGH [2]  202/4 202/17
him [32]  24/4 24/9 27/10 39/9 46/21 51/13 52/23 52/25 59/21 71/19 92/18 92/19 92/20 105/2 131/2 131/7 131/10 131/12 131/14 135/9 136/16 136/17 136/20 136/21 138/2 138/16 139/15 141/4 141/6 146/8 153/15 199/16
his [23]  5/18 20/22 24/3 24/14 30/18 31/24 71/22 72/8 105/1 109/9 113/7 130/25 137/20 138/12 138/14 139/3 139/15 141/11 146/18 154/15 179/4 180/11 180/14
hold [2]  120/1 148/9
holding [3]  24/2 110/14 139/19
Homeland [1]  17/13
honestly [1]  122/14
Honor [103]  4/10 4/13 4/16 5/9 5/19 5/23 6/3 7/4 20/17 24/12 33/10 33/25 34/6 34/16 45/18 45/23 47/8 48/8 49/7 50/1 57/2 63/11 64/14 78/10 78/13 78/16 80/10 88/2 88/17 88/22 88/23 89/5 93/17 95/17 95/21 100/7 100/8 100/12 100/14 102/3 103/2 103/7 103/11 103/21 104/2 104/20 104/23 105/5 105/10 105/12 107/20 108/3 112/22 113/15 113/16 113/20 115/6 115/9 123/6 123/8 127/6 127/7 127/9 129/22 129/12 130/1 130/21 131/18 149/23 152/8 153/13 153/16 154/12 154/18 155/1 158/25 159/16 164/24 165/25 166/1 166/5 174/4 174/6 176/19 178/5 179/24 180/25 181/13 183/15 183/18 184/3 186/14 188/9 191/23 195/7

**H**

Honor... [8]   195/9 197/15
197/23 199/4 199/10 200/3
201/2 201/9
HONORABLE [1]   1/11
hope [1]   5/3
hopping [1]   124/12
horizon [28]   9/23 9/24 10/8
10/9 10/12 12/17 12/19 13/16
27/19 27/20 27/23 28/1 55/3
69/16 111/21 156/20 157/5
157/9 169/22 187/7 187/18
188/3 188/20 189/20 190/5
192/7 192/11 193/3
horseshoe [3]   10/20 10/22
195/12
hour [26]   22/13 28/20 31/16
75/17 78/17 83/9 83/12 88/11
94/3 94/8 95/4 96/3 96/18 98/7
102/21 122/13 143/10 187/14
187/14 187/19 187/20 188/17
188/24 189/5 191/9 198/3
hours [54]   10/10 10/11 16/2
28/4 31/2 31/9 31/10 31/11
31/15 44/8 49/5 55/6 55/6 63/5
63/5 63/6 75/16 76/25 84/8
84/21 87/22 93/4 93/19 94/6
95/11 96/3 96/18 103/14
116/15 122/19 125/14 140/8
142/14 148/2 152/16 152/20
160/3 177/18 187/10 187/12
188/20 188/24 189/5 190/14
190/17 190/19 191/2 191/9
193/2 193/2 194/21 196/21
197/3 197/10
Houston [5]   155/10 155/12
156/3 156/3 156/4
how [127]   7/12 20/25 27/23
29/17 34/23 36/6 37/14 37/19
37/23 37/24 38/2 38/2 38/4
38/8 41/14 41/17 41/22 42/2
42/5 43/3 43/21 48/20 51/1
53/5 53/8 53/17 54/9 54/15
55/5 55/11 55/22 57/14 57/25
58/3 58/20 59/2 63/1 66/5 67/2
69/23 71/19 74/20 75/4 76/23
77/16 78/14 79/14 83/4 85/2
85/4 87/14 87/25 90/2 92/22
101/2 101/14 101/17 102/12
105/18 105/20 105/24 105/24
107/10 107/11 107/11 107/12
107/13 108/17 109/14 109/14
110/5 110/7 115/4 116/18
119/18 122/14 123/21 126/2
127/10 127/22 128/23 129/7
129/10 129/14 131/24 132/6
132/17 133/1 134/10 140/6
141/9 142/5 145/1 150/8 151/10
151/16 155/7 155/25 157/4
157/5 157/8 158/2 158/3 158/16
159/20 159/24 160/2 162/13
163/7 172/6 172/11 175/18
177/12 180/20 185/1 186/12
187/2 187/10 187/10 187/12
188/18 189/5 190/14 191/1
191/12 197/3 198/1
however [3]   72/4 138/12 199/15
huge [1]   28/1
hull [5]   16/6 16/7 16/8 99/16
99/18
hundred [11]   21/23 66/7 83/17
102/15 151/18 152/19 152/23

175/4 175/15 175/20 175/23
hundreds [1]   19/9
hurricane [1]   28/23
hybrid [1]   9/17
hypothetical [1]   189/1

**I**

I'd [19]   48/3 54/17 55/6 57/15
63/3 63/6 64/6 66/1 71/21 75/2
76/25 86/19 87/17 89/20 93/5
101/3 113/14 158/21 165/23
I'll [6]   80/13 133/24 179/22
198/6 198/23 201/5
I'm [74]   6/25 7/6 18/2 20/22
21/20 24/4 35/19 43/13 43/16
43/16 44/25 55/16 66/22 76/21
82/16 86/4 87/18 87/21 88/18
93/21 95/9 95/14 97/20 97/21
97/25 98/15 105/19 106/23
107/20 107/20 110/8 112/25
114/7 119/15 122/14 131/9
132/5 132/15 139/13 139/14
141/19 142/7 142/8 144/7
148/22 149/2 149/4 150/9
152/11 152/25 156/15 156/17
158/6 159/5 159/12 165/3 170/2
174/25 176/8 178/8 179/20
179/21 180/13 185/5 186/25
191/12 191/13 191/13 193/10
195/3 195/21 199/21 200/12
200/12
I've [6]   4/22 121/4 121/21
124/8 132/11 133/3
I-O-N [1]   40/18
I.D [3]   59/8 59/8 59/10
idea [2]   10/23 49/5
identification [10]   39/21
39/23 39/24 47/11 59/4 59/7
63/14 113/1 165/4 171/16
identified [9]   55/20 60/3
60/14 60/16 66/19 109/9 110/11
112/6 135/14
identify [2]   55/19 57/22
identifying [1]   37/22
II [1]   1/10
illegal [8]   18/8 18/8 18/15
18/20 36/2 36/2 36/4 100/22
Imagine [1]   30/5
immigration [1]   126/6
impending [2]   56/18 88/15
important [7]   20/6 20/7 20/7
25/5 25/6 25/7 26/3 46/4 72/18
importantly [1]   27/4 31/14
inadvertently [1]   198/15
inch [1]   16/8
incident [1]   8/7
include [4]   51/1 90/8 155/21
196/12
included [5]   13/12 77/10 91/15
129/1 196/9
includes [5]   6/8 16/17 39/17
89/14 89/17
including [3]   15/14 23/21
56/18
inclusive [1]   202/13
inconsistent [3]   11/10 11/18
61/9
inconvenience [2]   20/8 20/11
increased [3]   174/7 174/13
175/11
indeed [1]   98/13
indicate [4]   136/2 137/22
152/13 179/8

indicated [5]   6/17 61/19 89/21
109/20 114/10
indicating [2]   135/10 141/5
indication [4]   58/16 61/24
68/16 120/17
indications [1]   67/17
Indictment [2]   7/19 19/12
individual [10]   39/8 59/9
59/23 59/25 60/1 60/11 70/13
70/13 70/24 112/10
individually [1]   19/20
individuals [17]   36/4 39/13
50/24 53/25 58/13 59/6 59/9
59/11 59/14 68/12 74/14 81/1
91/22 100/21 112/6 173/9
173/13
industry [1]   21/7
influence [1]   197/21
influenced [1]   129/23
information [18]   9/10 11/10
52/10 52/15 57/25 60/24 61/2
61/7 61/13 61/15 85/2 134/8
135/18 135/25 137/3 138/21
140/4 177/19
infrared [1]   32/24
initial [21]   11/25 11/25 12/6
16/3 16/19 38/8 43/13 43/13
48/22 54/20 58/1 58/10 60/21
80/2 84/20 111/24 117/4 127/24
177/25 177/25 186/7
initially [3]   44/18 47/3
133/10
innocence [2]   25/19 32/14
innocent [1]   25/20
inquire [2]   5/1 8/24
inquires [1]   11/6
inquiries [1]   9/9
inquiry [1]   5/18
ins [1]   37/18
inside [16]   13/4 13/7 13/9
16/7 16/8 71/23 74/17 110/15
128/18 147/17 162/11 162/17
163/4 168/11 168/25 182/18
inspect [2]   149/8 186/21
inspected [1]   119/16 139/16
inspecting [1]   32/9
inspection [5]   11/25 120/5
149/17 149/19 149/20
instance [5]   10/1 42/21 85/17
201/3 201/3
instantly [1]   190/24
instructed [6]   19/11 20/21
66/21 66/22 68/11 88/10
insuring [1]   5/20
intact [4]   12/24 162/8 162/9
182/21
intended [3]   6/22 10/1 21/22
intent [10]   18/9 18/17 18/21
18/22 24/20 25/23 26/5 26/11
32/17 43/13
interaction [1]   150/24
interdict [2]   26/21 103/9
interdicted [4]   90/12 90/15
129/5 129/15
interdicting [1]   150/16
interdiction [5]   17/17 129/2
129/11 150/10 200/11
interdictions [3]   101/14
101/20 196/7
interest [2]   44/3 106/18
interesting [1]   115/19
interior [1]   128/18
interrupted [1]   142/8

**I**

interval [1]   93/10
intervals [1]   103/6
interviewing [1]   92/14
introduced [4]   85/17 133/11
 134/25 178/9
introduction [1]   184/10
inventories [1]   68/6
investigate [1]   10/4
investigation [4]   17/14 92/8
 92/23 96/2
invite [1]   21/21
invited [2]   21/19 21/21
invoked [2]   5/22 6/2
involve [4]   7/25 8/1 37/8
 135/18
involved [7]   8/9 75/5 101/17
 106/9 106/14 121/7 121/10
involvement [3]   21/18 106/16
 156/19
involves [3]   8/2 8/4 37/11
involving [2]   36/3 196/7
ion [58]   5/7 5/10 14/13 14/16
 14/23 15/5 15/18 15/24 16/9
 22/25 37/24 37/24 39/9 40/18
 40/24 40/24 41/3 41/15 41/17
 68/18 68/21 69/7 70/5 71/12
 72/24 73/2 76/10 76/14 85/1
 86/7 89/7 92/24 93/11 94/15
 94/17 95/11 106/4 107/2 107/5
 107/8 109/13 111/6 116/15
 120/10 128/15 128/17 140/9
 140/17 170/5 171/14 171/25
 172/1 172/14 177/19 179/5
 179/8 179/15 179/17
ionization [1]   200/25
ionized [2]   128/9 200/13
ions [1]   120/18
is [385]
ish [1]   88/5
island [6]   21/3 21/4 21/7 22/2
 141/12 141/13
islands [27]   8/9 8/12 11/15
 17/17 21/5 21/15 22/2 23/20
 31/23 44/7 61/25 62/1 62/6
 82/25 138/11 139/5 139/6
 143/20 143/23 143/23 143/25
 144/1 144/13 146/16 147/5
 147/8 156/12
Isles [1]   31/23
isn't [10]   27/14 27/16 84/15
 90/11 94/20 94/24 102/4 122/19
 122/22 125/12
ISS [3]   133/15 133/17 133/18
issue [3]   5/4 54/13 189/25
issued [2]   99/11 196/7
issues [4]   4/25 196/4 198/21
 200/1
it [620]
it's [118]   5/2 5/3 7/19 7/20
 8/15 9/15 9/23 9/23 9/24 9/25
 11/14 11/16 12/2 13/18 14/4
 14/12 14/14 14/20 14/22 15/4
 16/15 18/4 19/12 20/1 20/7
 20/7 20/8 20/23 20/25 21/4
 21/6 22/10 22/11 23/5 23/14
 23/21 23/23 28/19 28/22 29/4
 29/11 29/13 29/14 30/12 31/21
 35/5 37/22 38/6 40/6 40/15
 40/16 41/3 43/6 43/14 49/15
 49/16 56/16 65/2 65/7 73/4
 75/2 77/5 80/24 83/5 83/6
 90/24 91/18 91/24 92/9 92/9
 92/11 94/1 94/23 95/1 95/11
 96/6 97/15 99/16 99/20 100/21
 102/10 114/2 114/13 115/7
 116/7 117/14 119/25 122/8
 123/13 125/9 125/19 126/19
 126/21 129/23 132/12 132/23
 132/23 134/7 134/8 135/23
 148/25 151/19 152/20 159/6
 168/12 169/2 175/20 175/23
 177/13 178/9 180/12 180/14
 184/11 187/16 192/14 193/15
 195/16 196/19
items [7]   17/8 142/11 163/4
 170/2 170/2 172/24 173/6
its [15]   23/2 25/17 32/10
 32/23 43/12 43/13 43/14 44/10
 44/12 46/3 82/19 97/4 98/13
 150/19 175/11
itself [2]   41/3 91/23

**J**

Jacob [1]   17/15
Jamaica [1]   23/19
January [2]   1/6 4/2
JASON [2]   1/6 4/6
jean [1]   16/23
jeans [1]   17/5
jet [1]   26/10
jettisoned [2]   194/14 194/22
jettisoning [6]   100/18 100/20
 100/25 101/17 102/13 194/7
jettisonings [1]   102/25
job [6]   20/4 39/12 132/16
 142/1 156/23 172/23
Joe [1]   7/6
JORGE [3]   1/21 1/21 4/13
JOSEPH [6]   1/14 3/16 4/9
 153/20 153/23 154/5
joseph.ruddy [1]   1/16
JOSHUA [5]   3/3 33/12 33/19
 133/9 133/25
journeymen [1]   36/23
Juan [1]   81/13
JUDGE [5]   1/11 7/15 18/5 19/11
 20/8
judges [2]   25/13 198/18
July [36]   8/7 17/17 42/13
 42/13 44/1 47/24 53/3 64/24
 70/18 73/19 101/6 101/9 106/6
 106/12 113/11 133/4 134/24
 136/4 145/18 146/1 146/13
 146/24 146/9 150/21 156/6
 156/11 160/9 176/10 183/24
 183/25 184/8 184/12 184/21
 184/24 185/8 202/18
July 11th [1]   101/9
July 1st [22]   8/7 44/1 47/24
 53/3 70/18 73/19 106/6 113/11
 134/24 136/4 145/18 146/1
 146/13 146/24 149/6 150/21
 156/6 156/11 176/10 184/12
 184/21 184/24
July 28th [1]   17/17
July 2nd [2]   183/24 183/25
jump [1]   102/1
June [9]   8/14 21/25 42/13
 101/10 160/6 184/15 184/17
 184/18 186/10
June 11th [1]   101/10
June 28th [2]   8/14 21/25
June 30th [2]   184/18 186/10
jurisdiction [7]   8/2 18/10

18/12 24/24 25/2 25/25 26/1
jurors [3]   19/6 19/8 198/19
jury [22]   1/10 6/13 6/14 19/23
 25/9 34/4 56/13 56/24 56/25
 88/12 89/2 89/3 125/2 148/16
 153/6 153/12 153/18 198/7
 198/25 199/4 199/11 200/20
just [116]   10/21 13/1 17/10
 19/18 21/7 21/17 22/15 23/14
 25/15 29/14 30/13 30/19 30/24
 30/25 32/5 32/10 34/7 34/24
 35/24 37/14 38/6 40/25 41/2
 41/4 41/6 42/9 43/7 43/14
 44/18 44/18 44/19 45/1 46/15
 50/23 50/23 51/20 52/6 57/20
 58/11 66/10 67/4 67/5 67/7
 68/17 75/23 77/5 85/6 88/10
 91/1 91/6 91/22 92/9 92/10
 93/2 94/10 94/10 94/13 94/14
 100/7 101/15 101/25 102/3
 106/21 109/16 115/5 115/18
 116/19 116/21 117/14 117/15
 117/25 118/11 118/11 119/10
 123/20 126/5 133/12 135/24
 135/25 136/9 136/20 138/6
 140/5 141/8 142/1 142/6 142/21
 142/25 142/25 143/5 143/18
 146/9 152/25 153/7 157/20
 157/25 158/1 161/5 161/23
 164/4 164/8 170/17 171/2
 172/18 172/24 174/13 178/14
 181/7 183/12 186/6 188/1
 189/12 192/20 194/24 200/12
 200/20
justice [3]   32/25 33/23 154/10

**K**

Kammrath [1]   4/22
keep [12]   28/7 35/24 44/19
 70/8 70/8 92/10 97/13 142/1
 169/18 194/6 194/12 194/13
keeping [7]   6/20 28/5 28/21
 29/8 31/17 142/14 193/20
KEN [4]   3/8 104/7 104/14 133/9
kept [1]   119/2 119/3 142/14
key [1]   24/19
kill [2]   30/11 30/13
kilo [1]   13/7
kilogram [1]   169/2 169/11
kilograms [31]   8/1 8/1 13/6
 14/2 17/22 18/9 18/22 18/23
 24/18 24/19 25/23 26/5 26/12
 29/16 29/17 29/21 30/1 30/8
 32/17 166/22 168/8 168/10
 168/15 168/16 168/20 169/8
 169/16 170/11 187/7 187/13
 187/18
kilos [8]   15/3 103/9 103/13
 129/9 129/10 163/2 166/25
 169/14
kind [39]   7/9 8/15 13/19 21/18
 24/4 29/15 42/15 42/22 49/15
 60/21 66/10 66/10 67/10 71/7
 84/13 85/6 93/21 97/15 106/24
 107/1 112/13 114/6 118/17
 120/1 122/7 122/10 125/22
 125/23 126/14 141/24 143/2
 157/22 163/20 164/8 168/20
 174/10 180/20 180/22 190/7
kinds [1]   119/22
kit [7]   39/21 39/23 39/25
 127/13 127/15 127/17 170/2
kitchen [2]   73/25 73/25

## K

knew [3]  19/14 47/25 144/12
knives [1]  57/22
knot [1]  163/25
knots [2]  43/19 188/17
know [92]  7/25 10/24 11/19
  14/2 14/15 14/16 18/5 19/5
  19/22 28/22 29/2 30/14 38/5
  39/6 39/6 39/6 43/22 44/12
  45/16 47/13 49/3 49/20 49/24
  51/22 51/23 58/11 63/16 67/20
  72/17 73/2 77/16 80/1 80/3
  81/17 82/1 82/8 83/23 85/13
  85/16 93/5 97/5 97/9 102/11
  102/16 102/18 102/19 102/20
  107/19 107/22 107/23 113/2
  115/7 118/6 119/18 122/14
  122/23 122/23 122/25 123/25
  124/8 125/17 125/19 125/20
  125/21 125/21 125/22 125/23
  126/2 129/7 136/17 136/20
  148/19 148/23 149/13 150/6
  158/9 165/5 170/4 174/11 175/4
  175/8 175/23 179/12 183/5
  185/3 188/18 190/17 195/25
  197/3 197/10 197/13 200/19
knowing [2]  30/6 30/17
knowingly [9]  24/17 24/19
  24/19 25/22 26/4 26/11 29/20
  29/25 32/16
knowledge [13]  19/15 19/18
  20/1 36/24 37/1 38/18 41/21
  107/15 112/3 161/25 163/9
  182/14 182/25
knowledgeable [1]  39/8
known [7]  51/15 121/21 121/22
  133/15 146/7 146/7 174/14

## L

lab [1]  4/18
lack [3]  26/7 46/23 170/8
ladies [3]  6/15 7/5 20/18
land [4]  28/25 146/9 146/19
  146/25
landing [3]  28/6 31/10 191/19
large [5]  16/23 17/5 75/1
  164/9 182/21
larger [5]  75/2 162/1 178/12
  181/1 181/1
last [32]  7/1 8/7 19/8 32/10
  33/18 42/5 42/11 44/1 51/4
  59/18 76/21 102/12 104/13
  104/14 106/6 106/12 130/14
  131/12 133/4 146/1 146/8
  146/18 146/18 146/24 146/25
  147/1 154/4 156/6 157/21
  163/16 180/14 181/5
later [14]  4/18 31/9 47/4 49/5
  75/16 75/16 75/17 95/11 96/13
  177/18 177/18 178/2 184/19
  191/9
latex [3]  71/18 71/19 72/4
launch [1]  9/22 10/7 54/14
  55/7 156/23 190/11 190/15
  190/16 190/22 190/25 191/10
launched [9]  10/12 12/18 82/11
  157/4 175/8 188/21 191/1 192/3
  192/3
launching [1]  192/21
law [18]  9/14 9/17 9/20 13/21
  13/24 26/16 28/12 35/21 35/22
  36/14 38/5 42/15 88/10 92/23

105/23 121/5 141/23 142/3
laws [2]  37/17 38/18
lawyers [3]  6/21 34/8 88/7
lead [1]  92/1
leader [2]  67/18 78/24
leading [3]  46/6 46/7 61/3
leaking [1]  147/22
learn [2]  21/1 37/2 38/2 40/15
  40/16 68/7
learned [4]  19/19 38/18 190/7
  190/24
learning [2]  37/17 37/18
least [6]  31/9 31/11 57/20
  71/21 84/21 110/7
leave [9]  30/15 56/11 76/15
  86/10 101/25 198/7 198/14
  198/17 198/21
leaving [4]  157/12 178/22
  179/5 179/19
LEDET [6]  36/7 37/5 54/4 71/3
  71/9 79/8
left [30]  8/12 21/3 21/25
  69/15 95/4 96/24 109/1 109/7
  109/7 120/20 138/19 139/6
  144/17 144/24 146/9 146/15
  146/19 147/1 157/24 159/1
  159/4 159/5 159/6 159/8 159/18
  164/9 167/22 192/11 192/14
  200/25
legal [2]  24/21 24/24
legally [1]  38/4
legible [1]  126/15
length [4]  45/1 63/2 135/24
lens [2]  151/13 151/15
lenses [1]  197/14
Leon [1]  1/21
less [12]  55/5 55/13 55/24
  82/10 107/14 142/9 142/24
  158/2 172/8 172/9 176/1 181/7
let [17]  19/7 20/24 27/8 34/7
  36/1 47/13 48/21 60/3 60/13
  63/16 113/2 135/13 158/11
  165/5 192/23 193/19 198/14
let's [16]  17/25 25/3 25/24
  26/1 26/2 56/9 70/16 72/20
  107/3 121/24 124/21 128/1
  151/1 165/12 192/2 192/2
lethal [1]  142/9
letter [1]  40/7
letters [1]  40/6
level [1]  92/8
liberty [2]  56/17 129/22
lifelong [1]  21/2
lifting [1]  181/4
light [8]  82/20 82/25 83/5
  83/6 187/2 187/3 187/16 187/21
lighthouses [2]  28/25 193/12
lightly [1]  41/4
like [84]  8/15 8/17 10/21
  13/10 14/1 17/23 19/24 27/12
  28/18 29/11 30/19 31/1 31/7
  35/25 36/22 40/25 41/1 41/1
  41/1 41/2 43/21 51/1 60/21
  67/5 67/17 77/6 79/6 82/21
  84/6 84/13 85/8 85/11 85/17
  85/25 87/4 90/25 91/18 92/9
  93/4 97/16 99/4 106/24 109/2
  109/16 110/19 112/13 113/7
  114/2 115/18 117/11 118/4
  118/5 118/17 119/15 119/21
  121/10 123/17 123/4 124/4
  124/16 126/14 126/19 126/21
  129/17 129/17 135/25 141/9

141/25 151/23 162/22 163/5
  163/6 163/17 163/24 168/15
  168/23 168/24 181/10 181/22
  186/21 186/22 193/24 194/6
  199/20
likely [2]  6/7 70/10
likewise [1]  97/25
limit [1]  5/5
limiting [1]  5/17
line [5]  24/16 32/12 32/13
  96/25 97/3
lines [1]  123/17
list [5]  8/3 65/2 65/3 90/8
  180/17
literally [2]  10/5 19/9
little [24]  19/10 19/22 19/25
  29/8 29/9 29/9 29/14 29/22
  30/6 30/7 31/16 94/6 95/3 97/1
  97/22 101/11 105/25 114/3
  114/6 114/8 139/18 152/11
  174/10 199/3
live [1]  20/9
lives [3]  19/16 19/19 20/9
living [2]  28/8 139/15
load [3]  53/10 74/15 91/6
loaded [1]  90/21
local [3]  23/17 196/18 197/9
locate [1]  15/1
located [7]  17/21 86/2 134/10
  159/1 160/16 165/19 177/5
location [6]  10/2 31/2 169/23
  177/24 196/24 196/24
Locka [7]  35/13 35/18 38/12
  132/2 132/11 132/22 144/5
locker [1]  103/3
log [13]  86/19 86/20 89/7 89/9
  89/14 94/17 110/16 179/8
  179/10 179/17 179/22 179/22
  180/4
logged [5]  93/12 93/24 179/11
  179/21 181/6
logs [3]  93/23 179/13 179/15
long [34]  16/2 19/1 21/24
  34/23 36/6 38/8 42/5 43/3 55/5
  55/11 55/22 57/14 58/20 63/1
  76/23 78/14 92/22 97/3 99/20
  105/18 105/20 105/24 105/24
  120/9 131/24 132/6 132/17
  140/6 145/16 155/7 155/25
  172/11 173/24 198/1
longer [6]  7/1 22/8 57/15
  75/17 87/25 181/6
longest [1]  42/8
look [24]  16/12 47/13 63/15
  65/21 65/24 66/13 80/13 113/2
  114/2 117/11 117/16 117/18
  123/20 124/16 126/19 126/21
  138/20 145/10 159/6 162/17
  162/22 163/5 165/5 179/22
looked [13]  27/12 62/16 67/5
  67/17 80/5 112/12 112/12
  157/21 157/24 163/6 163/24
  168/22 181/22
looking [14]  10/23 12/14 13/19
  17/19 66/11 89/7 91/15 117/15
  123/14 151/4 163/11 171/1
  195/3 195/20
looks [9]  40/25 84/6 109/2
  113/7 114/3 123/17 126/14
  168/15 186/22
loose [2]  166/24 169/25
lost [1]  152/18
lot [10]  13/23 14/24 21/7

**L**

lot... [7]   28/25 45/7 97/9
  110/8 122/9 132/12 132/14
lots [1]   177/17
lower [1]   119/19
lunch [4]   88/1 88/4 88/10
  88/14
luncheon [1]   88/20

**M**

M-S-T [1]   155/11
ma'am [7]   34/14 56/20 61/18
  131/15 137/11 137/14 145/5
machine [16]   39/9 41/3 41/3
  41/6 41/18 41/20 41/21 70/25
  72/24 73/2 85/3 85/5 85/5 85/6
  85/9 86/7
machinegun [1]   29/23
machinery [3]   62/14 132/5
  139/13
machines [4]   14/23 15/10 37/24
  37/25
made [22]   9/9 21/15 22/7 80/20
  96/19 99/14 99/16 133/10
  136/14 137/18 137/22 138/1
  143/25 145/22 157/19 173/6
  177/7 177/17 181/9 181/14
  183/11 186/7
magic [1]   147/16
magnificent [1]   29/6
main [2]   111/4 149/15
maintained [2]   25/19 38/5
maintaining [1]   142/24
major [3]   28/23 35/18 191/6
make [20]   25/13 30/21 74/20
  102/3 103/14 120/5 121/12
  137/22 141/14 142/2 144/10
  170/19 172/19 172/20 174/13
  190/6 190/12 192/4 194/2
  198/17
makeup [2]   41/1 41/1
making [8]   19/20 30/19 46/1
  58/11 61/4 79/9 91/22 94/11
malfunctions [3]   139/4 139/4
  139/17
man [2]   73/18 157/16
maneuver [2]   10/20 195/12
manually [2]   139/19 148/10
many [46]   8/5 29/12 41/22 42/2
  43/21 51/1 53/5 53/17 54/9
  57/25 71/19 72/4 74/20 75/4
  77/16 87/14 101/2 101/14
  101/17 107/10 107/11 107/11
  107/12 107/13 108/17 110/5
  110/7 126/2 128/23 129/21
  133/1 157/4 157/5 157/8 160/2
  162/13 163/7 187/10 187/12
  188/20 189/15 189/16 189/16
  190/14 191/1 197/3
March [2]   125/10 134/24
March 1st [1]   134/24
March 21st [1]   125/10
marina [1]   22/6
maritime [4]   54/5 155/12
  155/14 155/17
mark [9]   1/17 1/18 4/12 15/12
  20/19 49/13 116/12 141/19
  174/20
marked [7]   47/11 63/14 98/16
  112/25 124/25 165/3 167/16
markings [1]   168/20
Marshals [1]   200/8

Mart [3]   23/22 23/22 23/23
MARY [1]   1/11
Massey [2]   23/18 23/18
mast [2]   27/17 28/1
master [4]   11/5 135/1 146/3
  146/6
mate [2]   35/3 36/13
material [1]   162/2
materials [1]   41/5
mathematically [1]   171/2
matter [4]   4/5 4/7 10/15 57/13
matters [1]   4/15
may [42]   13/1 19/22 19/24 20/6
  20/13 34/5 80/9 80/11 86/22
  89/4 93/17 95/17 95/21 100/7
  100/8 103/19 116/4 123/6
  138/10 145/6 145/7 145/8
  149/23 153/2 153/17 154/25
  163/23 176/19 177/17 178/4
  179/24 183/18 184/3 185/21
  188/9 191/23 193/13 194/2
  195/21 196/21 197/18 198/5
maybe [23]   25/12 26/18 26/18
  26/24 28/9 45/6 55/6 57/15
  58/21 63/3 66/1 67/11 75/17
  115/9 123/23 125/22 160/1
  168/22 172/9 172/13 174/8
  175/20 191/7
me [57]   17/16 19/7 20/24 21/21
  34/7 43/16 47/13 48/21 49/1
  52/17 52/24 54/20 60/23 66/20
  66/20 67/16 96/17 97/10 119/10
  125/3 134/24 136/25 138/11
  139/3 140/4 141/11 141/15
  143/3 146/3 146/4 146/5 146/6
  146/17 146/23 146/23 147/16
  158/8 158/11 159/22 165/5
  165/11 166/12 167/17 180/14
  185/17 185/17 187/20 188/16
  188/19 188/24 189/4 190/10
  190/18 193/15 193/19 198/14
  201/8
mean [19]   24/21 45/5 45/6
  45/14 75/2 85/15 85/20 86/2
  94/2 96/24 97/6 118/3 120/14
  123/22 141/21 143/4 178/15
  185/17 193/23
meaning [2]   27/23 159/4
means [5]   25/10 29/18 43/6
  52/3 124/22
measure [1]   152/24
mechanic [1]   21/10
mechanical [10]   10/9 10/10
  54/13 189/19 189/22 189/25
  190/7 190/15 190/24 191/1
mechanics [1]   193/3
mechanism [2]   122/25 149/3
meet [1]   200/7
member [16]   36/6 37/5 37/20
  38/14 38/16 39/3 39/4 39/15
  71/3 71/9 106/17 106/22 106/23
  121/6 157/21 188/2
members [37]   12/13 12/19 14/6
  15/5 16/20 53/17 53/18 53/19
  53/20 54/4 54/7 62/12 65/3
  67/13 68/15 69/23 70/19 75/14
  77/11 89/14 110/10 134/2
  134/23 143/3 157/7 157/11
  161/12 179/4 185/23 187/25
  188/1 189/12 192/3 192/15
  192/18 192/24 195/1
memory [15]   80/5 83/25 86/20
  93/15 129/8 145/15 146/13

146/17 176/17 176/22 176/25
  179/18 179/20 183/23 184/1
men [5]   11/13 26/21 190/4
  190/5 193/12
mentioned [2]   17/14 40/18
MERRITT [53]   1/6 1/21 4/6 4/14
  11/3 11/11 14/10 15/6 15/8
  15/13 15/16 15/25 21/11 21/20
  25/16 26/8 26/11 27/3 31/23
  32/6 32/15 59/17 60/7 60/14
  60/17 61/7 61/16 62/3 62/17
  64/18 65/17 68/24 76/11 78/4
  92/18 99/7 112/19 117/23 135/6
  135/14 135/17 136/4 136/10
  136/13 137/13 137/17 138/23
  139/1 139/9 143/19 144/23
  145/23 146/8
mess [2]   164/9 182/17
messed [1]   139/18
method [4]   52/3 122/4 122/5
  170/18
methods [1]   150/15
Mexico [2]   42/9 122/2
Miami [2]   35/19 81/14
mic [1]   154/16
microphone [5]   34/2 74/23
  104/25 130/23 197/1
microscopic [3]   23/7 23/10
  120/18
mid [1]   110/12
middle [4]   1/1 27/14 195/22
  202/7
might [8]   13/10 36/16 42/5
  74/7 77/2 115/15 122/5 161/6
migrants [1]   36/4
mile [20]   10/17 22/8 54/17
  54/17 159/7 159/8 159/18
  160/12 172/9 172/9 174/12
  175/10 175/15 175/17 175/18
  175/19 175/24 176/1 176/2
  183/10
mileage [1]   35/19
miles [25]   10/3 10/6 21/23
  22/12 27/19 28/2 28/20 31/16
  44/6 96/3 96/17 96/18 122/13
  143/9 174/8 175/5 188/17
  188/24 188/25 189/5 189/7
  189/15 189/16 191/9 191/10
military [5]   9/16 9/19 9/24
  196/12 196/17
millions [1]   29/3
mind [5]   6/20 29/20 29/24
  52/18 145/21
mine [1]   37/16
minimal [1]   45/14
minimize [1]   20/11
minimum [2]   101/3 142/1
mining [1]   21/7
minor [1]   28/23
minute [2]   57/15 80/14
minutes [21]   10/15 10/16 10/17
  55/15 55/24 56/10 57/15 58/21
  66/2 82/10 83/4 88/2 119/1
  119/4 153/5 160/3 172/13
  172/13 178/2 187/10 187/12
missing [1]   117/14
mission [2]   13/25 89/12
missions [4]   35/11 43/14 132/3
  155/20
mistaken [1]   156/18
misunderstanding [1]   103/12
mix [9]   13/7 13/8 161/24
  162/16 162/17 167/13 168/3

# M

mix... [2]  168/11 178/11
mixed [1]  72/21
mixture [2]  64/1 91/1
MK [1]  132/5
MK-2 [1]  132/5
mock [1]  38/1
modified [2]  170/24 170/25
moment [13]  78/10 95/21 100/7
100/8 115/23 123/6 149/23
183/18 187/16 188/9 190/6
190/10 191/23
moment's [1]  155/16
moments [1]  119/4
money [3]  29/17 36/5 125/17
monitor [1]  48/16
Montauk [2]  36/14 36/14
month [2]  65/6 65/7
months [5]  42/6 43/4 132/7
132/19 132/24
moon [2]  83/14 83/15
moot [1]  5/19
more [45]  7/20 8/1 14/8 16/18
18/9 18/21 24/18 24/24 25/6
25/18 25/21 26/5 26/12 27/4
30/18 31/14 32/17 36/22 36/25
36/25 40/15 41/20 55/5 66/7
71/20 74/15 82/21 83/12 84/8
97/22 97/23 98/1 98/1 107/14
110/5 114/22 123/20 142/24
152/22 158/2 169/24 170/15
172/7 172/9 181/5
more kilograms [1]  32/17
morning [32]  4/4 4/10 4/11
4/13 4/15 6/15 7/5 7/14 20/18
27/14 56/9 63/3 63/4 78/21
78/22 79/24 87/21 87/21 87/22
94/4 96/8 104/22 125/11 131/13
154/23 160/11 184/21 184/24
185/25 185/25 198/16 198/24
most [9]  19/5 28/19 70/10
72/11 72/11 106/24 122/11
178/22 191/6
mother [1]  134/21
motion [2]  5/17 109/20
motive [1]  26/19
motor [11]  27/16 28/6 31/10
31/10 45/13 47/2 121/10 121/16
122/20 147/12 147/17
motorcycle [1]  26/9
motors [2]  47/5 121/11
move [3]  11/22 33/5 37/21
moved [1]  23/12
movement [3]  149/2 149/6 149/9
moving [6]  24/21 24/21 84/11
84/24 96/4 152/21
Mr [38]  3/4 3/5 3/6 3/7 3/9
3/10 3/11 3/13 3/14 3/15 3/17
3/18 3/19 3/20 15/25 20/23
22/1 22/4 24/13 26/8 30/19
34/16 45/18 45/25 59/19 62/25
65/17 68/24 86/25 87/25 95/25
96/6 105/12 119/10 131/6
135/17 155/1 195/9
Mr. [116]  4/12 5/5 5/18 7/7
11/3 11/4 11/11 14/10 14/10
15/6 15/6 15/8 15/8 15/13
15/13 15/16 15/17 15/25 17/9
20/19 20/22 21/1 21/9 21/11
21/11 21/17 21/19 21/20 22/7
22/17 22/21 22/25 24/2 24/6
24/25 25/3 25/16 27/17 28/3
31/9 31/23 32/6 33/20 34/7
56/15 60/4 60/7 60/14 60/17
61/7 61/16 62/3 62/17 64/18
65/17 68/24 69/25 70/1 76/11
76/11 78/4 78/4 78/21 79/4
79/17 80/6 88/13 88/24 89/7
91/11 92/2 92/18 101/24 103/22
104/16 108/12 112/19 116/12
116/13 116/18 117/22 117/23
118/8 123/11 123/14 130/16
131/21 135/14 136/4 136/10
136/13 137/13 137/17 138/23
139/1 139/9 141/1 141/19
141/20 143/19 144/22 146/12
152/1 154/7 155/4 174/18
174/21 177/3 177/14 177/23
179/4 180/15 180/16 180/17
195/8 197/1
Mr. Beon [2]  60/4 152/1
Mr. Burleson [3]  130/16 131/21
141/19
Mr. Carpino [2]  180/15 180/16
Mr. Carpino's [1]  180/17
Mr. Cruz-Reyes [4]  69/25 70/1
104/16 116/12
Mr. Garsik [15]  33/20 34/7
56/15 78/21 88/13 88/24 89/7
91/11 101/24 103/22 118/8
177/3 177/14 177/23 179/4
Mr. Merritt [37]  11/3 11/11
14/10 15/6 15/8 15/13 15/16
15/25 21/11 21/20 31/23 32/6
60/7 60/14 60/17 61/7 61/16
62/3 62/17 64/18 65/17 68/24
76/11 78/4 92/18 112/19 117/23
135/14 136/4 136/10 136/13
137/13 137/17 138/23 139/1
139/9 143/19
Mr. Neil [1]  25/16
Mr. Newmeyer [2]  79/4 79/17
Mr. Newmeyer's [1]  80/6
Mr. Phillips [27]  4/12 11/4
14/10 15/6 15/8 15/13 15/17
20/19 20/22 21/1 21/9 21/11
21/17 21/19 22/7 22/17 22/21
24/2 24/6 76/11 78/4 116/13
116/18 117/22 141/1 141/20
174/21
Mr. Phillips' [1]  17/9
Mr. Rendon [3]  154/7 155/4
174/18
Mr. Ruddy [16]  5/5 7/7 22/25
24/25 25/3 27/17 28/3 31/9
92/2 108/12 123/11 123/14
144/22 146/12 195/8 197/1
Mr. Ruddy's [1]  5/18
MS [2]  2/1 199/17
MSST [4]  54/6 155/10 155/25
156/3
much [10]  20/15 25/20 29/17
87/25 116/20 122/23 129/7
175/21 187/10 198/23
multi [2]  13/23 150/13
multi-part [1]  150/13
multi-tasking [1]  13/23
multiple [2]  11/23 115/10
mush [1]  13/2
must [4]  33/20 104/17 151/16
154/7
mwc [1]  1/20
my [84]  5/23 7/5 7/15 18/1
20/4 20/18 23/10 30/17 39/7
67/5 70/14 72/7 78/16 83/2

95/17 97/10 97/21 97/25 98/18
100/8 101/15 107/15 112/3
115/18 116/12 121/19 121/21
121/21 129/8 132/16 134/1
136/7 142/6 142/6 143/21
144/22 144/25 145/4 145/23
146/14 146/15 146/21 146/25
148/4 148/18 151/21 156/23
157/6 157/13 157/23 157/23
157/24 157/24 158/15 159/3
159/5 159/6 159/8 159/8 159/22
160/1 160/4 160/21 161/9
161/13 161/16 161/25 163/9
169/18 169/19 172/4 172/23
174/20 179/20 182/20 182/20
183/11 193/12 193/13 195/17
195/17 199/4 202/14 202/16
myself [21]  56/1 57/10 68/22
71/23 72/20 78/4 85/17 90/2
111/25 119/16 119/17 126/16
128/25 133/9 152/17 157/6
157/22 160/22 161/13 161/16
166/10

# N

naked [1]  14/20
name [30]  7/6 20/18 32/3 32/6
32/11 33/17 42/24 47/25 73/2
98/15 99/22 104/12 104/13
104/14 116/12 126/5 126/8
130/13 130/14 135/3 135/5
154/4 154/4 156/14 156/16
174/20 180/11 180/11 180/14
180/17
named [1]  17/15
names [8]  8/10 17/11 55/21
59/3 59/4 59/16 59/18 59/18
narcotic [1]  70/10
narcotics [8]  13/18 38/6 38/19
39/21 39/23 39/24 41/11 43/15
nation [1]  42/19
nationality [4]  80/25 80/25
81/2 134/12
naturally [1]  26/25
nature [1]  119/25
nautical [12]  10/6 10/17 74/3
96/3 159/8 174/8 175/10 175/15
175/17 175/18 175/24 176/2
naval [3]  28/16 29/6 155/19
navigate [1]  156/25
navigational [1]  12/11
Navy [20]  9/13 9/21 10/1 28/19
28/19 42/17 42/23 43/9 67/18
67/24 77/12 77/12 121/11
155/22 156/24 158/5 169/19
185/6 193/22 194/16
NCIS [1]  14/16
near [3]  8/8 35/18 151/13
neatly [1]  164/5 164/8
necessarily [2]  117/13 121/15
necessary [3]  5/6 26/3 26/3
neck [2]  72/7 86/1
need [21]  14/2 14/21 18/3
18/13 34/1 35/11 40/7 53/22
71/21 74/16 91/20 136/19 140/3
145/4 155/17 166/16 183/23
184/1 196/21 198/14 198/19
needed [7]  94/12 123/4 136/17
139/11 140/5 172/21 172/21
needs [2]  33/7 149/18
nefarious [3]  31/20 32/3 32/7
negative [6]  86/13 89/21 90/4
104/23 116/23 195/6

## N

NEIL [13]   1/6 4/6 4/14 25/16
26/8 26/11 27/3 32/15 99/7
135/6 144/23 145/23 146/7
nest [1]   28/22
never [16]   21/3 24/2 28/13
46/12 46/14 97/2 102/10 119/16
121/4 121/21 121/22 124/8
147/23 152/18 152/22 189/11
new [2]   36/14 138/18
Newmeyer [3]   78/23 79/4 79/17
Newmeyer's [1]   80/6
next [19]   25/12 25/24 51/6
63/3 67/11 78/14 78/16 87/23
90/5 92/7 92/19 93/13 103/20
130/4 153/10 153/19 173/6
198/1 198/1
nice [1]   21/14
NICHOLAS [2]   1/6 4/6
night [4]   22/19 140/8 186/4
186/8
NIK [5]   14/4 39/20 39/23 40/13
170/2
nil [1]   201/4
nine [5]   174/8 175/5 199/21
199/21 199/23
nine miles [1]   175/5
no [133]   1/3 4/6 5/22 6/6 6/12
9/1 9/7 11/15 12/1 12/1 12/2
12/3 14/7 21/17 22/23 22/23
22/23 25/18 25/20 26/7 26/14
27/1 31/12 45/22 46/12 48/5
49/5 50/1 50/13 52/9 53/23
54/5 54/25 57/15 57/22 58/11
58/15 58/17 58/17 58/19 61/2
62/18 62/22 62/23 63/8 64/8
66/7 68/3 76/13 77/21 77/23
78/1 78/13 79/10 83/15 85/13
87/1 87/2 87/8 87/8 87/13 89/1
89/24 90/13 91/16 103/2 103/11
111/9 113/15 115/9 118/19
120/6 120/6 120/6 121/19
122/18 123/2 123/5 125/1
125/19 126/4 127/20 129/23
131/8 131/15 138/20 139/16
140/4 140/14 140/15 142/12
144/9 144/19 147/15 148/19
149/4 149/10 149/14 149/19
149/22 150/9 151/3 151/21
151/24 151/25 152/3 152/4
152/7 152/24 157/20 158/6
165/25 171/6 172/2 172/19
173/4 174/4 177/25 181/13
182/10 183/6 183/8 183/11
183/15 184/17 186/15 191/3
194/22 195/5 195/21 199/8
200/5 201/9
nobody [3]   191/18 199/7 199/7
noncompliant [3]   35/25 122/11
155/20
none [1]   87/6
Norday [1]   44/12
normal [1]   75/2
normally [2]   74/7 117/14
North [1]   132/12
nose [5]   97/11 97/16 97/21
97/25 97/25
not [165]   5/3 5/24 6/21 7/11
7/19 8/18 11/20 12/24 13/3
14/20 17/6 18/1 18/14 18/19
18/20 18/25 19/5 19/12 19/20
20/2 22/19 22/21 22/21 23/11
23/23 24/1 24/6 24/7 24/15
24/25 25/3 25/15 25/24 26/2
26/25 27/2 27/6 27/6 27/9 28/2
29/22 29/22 29/23 30/2 30/16
31/1 32/18 32/20 33/1 34/10
35/19 39/14 43/6 43/13 44/24
44/25 45/3 48/19 49/11 51/13
52/18 56/17 58/12 68/5 69/18
75/17 83/15 84/20 84/22 86/18
89/1 91/16 94/18 95/9 97/20
101/19 102/9 103/24 105/1
111/4 114/2 114/7 117/13 119/3
119/11 119/15 119/18 120/19
121/15 122/8 122/14 122/16
129/22 131/1 131/7 137/2 140/9
141/14 141/24 142/12 143/7
143/7 144/9 145/2 147/12
147/14 147/15 148/22 149/4
149/10 149/14 149/19 149/20
150/5 150/9 150/25 151/3
151/18 152/17 152/17 154/14
154/24 156/17 159/13 165/13
169/17 169/18 170/16 171/2
173/4 174/25 175/20 178/2
178/3 179/18 179/20 179/21
180/5 180/18 182/20 182/23
182/25 183/1 183/8 185/17
186/25 188/5 190/2 191/5
191/12 191/13 191/13 195/3
195/4 195/6 196/15 197/10
197/10 197/11 197/19 198/20
200/3 200/5 200/24 201/8
note [1]   75/23
note-taking [1]   75/23
notebooks [1]   56/11
noted [2]   112/21 135/15
nothing [32]   7/20 12/10 28/13
28/13 28/13 29/23 31/20 32/3
32/7 33/14 37/17 91/23 91/23
100/12 101/23 104/9 116/1
127/6 127/9 130/10 139/15
140/2 141/8 141/8 141/16 142/2
152/8 152/10 153/25 195/2
197/12 200/15
notice [2]   94/17 155/16
noticed [1]   12/10
notified [1]   67/18
notifying [1]   64/1
now [111]   7/25 11/4 11/14
12/18 13/20 14/5 14/6 15/5
15/7 17/13 17/25 18/5 19/5
19/22 20/25 21/1 22/8 23/16
24/23 28/16 28/20 30/23 35/14
37/5 40/18 42/2 42/15 43/14
43/16 45/3 45/9 46/4 48/13
49/18 50/3 50/18 51/24 54/9
54/15 56/2 56/15 60/16 61/7
70/12 73/15 73/21 75/13 76/14
77/13 82/14 83/9 83/19 85/1
86/12 87/10 89/20 90/5 90/8
90/11 92/2 94/17 96/23 98/5
99/24 101/6 109/13 111/1 111/6
111/11 113/23 115/8 117/22
119/8 120/4 120/12 120/22
122/12 122/19 124/18 125/17
126/24 133/14 134/14 134/23
138/23 143/19 145/3 146/12
146/17 147/11 148/16 149/11
150/2 153/5 156/6 157/3 160/9
160/12 162/4 163/7 164/13
167/5 167/10 167/14 169/16
176/24 177/2 177/7 192/21
195/23 199/8
nowhere [1]   151/13
nudged [1]   66/10
number [13]   8/10 11/10 12/15
12/23 13/23 44/13 71/5 75/7
99/9 99/18 110/15 110/16 169/2
numbered [1]   202/13
numbers [11]   112/12 114/16
114/17 121/17 123/23 123/23
126/13 126/15 126/19 126/20
127/5

## O

o'clock [1]   160/11
oath [7]   20/6 20/7 20/14 33/20
104/16 130/16 154/7
object [16]   34/11 105/7 131/2
154/19 157/25 158/18 158/20
160/16 160/16 160/19 160/23
161/4 161/19 177/4 177/6 189/1
objection [18]   34/12 45/23
46/6 48/5 48/6 52/17 60/23
64/8 64/9 105/7 113/15 113/16
131/3 136/8 138/7 154/20
165/25 166/1
objects [5]   163/7 164/2 166/18
175/14 177/24
observation [2]   48/22 159/10
observations [1]   45/20
observe [9]   44/14 55/14 55/17
57/16 66/14 66/17 66/24 75/22
173/1
observed [12]   45/21 46/25
54/23 57/17 114/4 114/5 158/4
158/16 160/3 160/8 161/4
162/20
observes [1]   12/15
observing [2]   54/18 75/24
obstruction [4]   33/23 104/18
130/19 154/10
obtain [5]   37/20 61/7 79/14
81/1 171/12
obtained [2]   9/10 187/19
obviates [1]   5/17
obvious [1]   32/25
obviously [8]   5/3 16/6 16/14
19/1 22/14 30/12 34/20 144/12
occur [1]   44/5
occurred [4]   9/1 17/18 106/11
111/1
ocean [7]   90/20 102/8 119/25
187/13 187/19 194/7 195/22
octagon [1]   31/8
odd [1]   141/15
of kilograms [1]   168/15
off [42]   8/8 12/14 19/3 19/3
23/5 44/6 58/7 59/4 62/16 66/4
81/18 83/17 91/11 94/2 101/15
109/5 110/14 111/21 126/17
143/2 148/10 151/17 156/12
157/21 157/22 159/3 160/1
160/1 160/20 161/10 161/13
173/9 177/3 183/12 186/22
191/22 192/6 192/23 194/14
194/25 196/25 200/18
offer [4]   48/3 64/6 113/14
165/23
offered [1]   52/18
offhand [1]   197/11
Office [1]   57/12
officer [69]   5/11 12/14 12/14
16/22 34/20 35/1 38/20 38/25
39/3 39/6 39/15 50/18 53/22
53/24 53/24 54/2 54/2 54/3

O

officer... [51]   54/3 56/1 56/1
56/3 56/8 57/4 57/8 57/8 62/14
66/10 68/23 68/25 70/1 71/2
71/9 71/9 71/15 72/3 72/20
73/21 73/23 75/9 75/11 75/13
75/20 75/25 76/2 76/3 77/11
77/11 78/5 78/5 85/18 89/22
90/2 92/19 100/17 105/15
106/19 106/20 106/20 106/21
111/25 111/25 112/25 118/10
127/12 133/8 133/9 153/7 165/3
officers [5]   11/9 16/22 69/9
141/25 200/24
official [4]   2/1 99/1 202/6
202/21
offshore [2]   43/7 124/11
often [1]   141/9
oftentimes [3]   119/21 121/7
124/6
oh [5]   11/16 76/25 78/16 149/2
173/14
oil [4]   122/20 122/21 147/22
148/1
okay [182]   7/10 7/12 11/6 14/2
15/3 15/13 17/2 19/25 34/25
35/12 35/16 35/18 36/3 36/6
36/9 36/11 36/16 37/5 37/10
38/11 39/14 40/13 41/14 41/22
42/2 42/5 42/10 42/15 43/3
47/14 47/25 50/3 53/5 53/8
53/13 53/23 54/23 55/22 59/6
63/1 63/18 64/3 64/22 65/5
66/14 66/24 67/20 67/25 70/7
72/8 72/17 73/15 75/9 75/16
75/18 79/4 79/14 80/5 80/13
80/16 80/23 81/3 81/8 81/15
81/19 81/23 82/3 82/10 85/6
85/14 85/24 86/2 86/7 86/12
86/24 87/10 87/16 87/20 88/2
89/9 89/14 89/20 90/3 90/8
90/14 90/20 91/9 91/14 92/2
92/5 94/14 94/17 94/24 95/2
95/11 95/15 97/18 101/11
106/11 107/4 107/10 108/23
109/5 109/20 110/24 112/9
113/13 116/18 116/22 117/16
118/1 123/20 124/18 125/15
132/14 132/25 133/4 133/14
134/16 135/21 136/4 136/22
138/2 138/16 138/23 140/9
140/17 141/1 143/22 144/18
146/5 147/14 150/10 158/2
162/23 162/25 163/12 164/13
164/24 165/10 165/12 165/20
165/23 166/9 166/13 166/24
167/12 167/24 168/20 170/4
170/6 171/9 172/6 176/10
176/14 176/24 177/2 177/14
178/12 178/19 179/3 179/3
179/11 179/23 180/6 180/23
186/19 187/1 192/2 192/4 194/1
194/3 196/4 196/6 197/12
199/18 201/5
old [4]   7/8 26/8 27/17 27/17
onboard [2]   68/8 100/4
once [41]   5/25 7/5 7/14 14/11
28/14 54/13 54/20 55/7 57/16
57/17 58/2 58/22 62/15 66/11
66/19 66/20 67/22 68/16 71/22
74/16 76/18 78/2 79/15 88/6

91/19 103/6 103/7 111/10
111/18 127/20 133/3 133/14
156/24 157/16 161/4 164/13
169/21 172/14 173/5 175/10
182/15
one [114]   5/11 5/22 9/15 11/18
11/19 12/13 13/24 13/25 15/2
16/21 16/23 16/25 17/2 17/2
17/14 21/22 23/2 24/17 26/19
26/20 27/2 27/24 28/14 39/8
39/12 40/7 42/8 42/8 48/25
49/16 49/21 59/8 59/17 59/17
63/25 75/6 75/7 78/10 79/8
82/1 85/18 87/15 87/17 88/19
89/22 95/21 105/25 107/8
107/19 107/23 107/24 107/24
108/2 109/18 110/5 110/6
112/13 112/15 115/3 115/5
115/10 119/24 120/12 120/14
120/18 122/1 122/4 123/6
123/14 123/16 126/2 129/23
133/20 133/22 137/8 142/1
142/21 143/5 143/23 144/3
146/5 150/15 159/7 159/7
162/20 163/20 164/6 164/7
164/20 167/17 167/24 168/4
168/10 168/10 168/22 169/25
171/18 174/8 175/10 175/15
175/17 176/2 177/10 180/22
185/18 188/5 189/25 191/3
191/4 192/18 194/5 194/11
194/22 199/24
ones [6]   31/1 49/22 68/22
161/17 167/22 183/5
only [30]   5/12 8/18 12/9 16/1
18/20 19/20 25/12 26/2 26/25
29/10 39/14 58/2 58/3 58/12
67/6 82/10 115/10 117/18
121/16 127/20 137/13 140/24
151/8 161/16 175/1 183/4 183/5
185/18 191/4 195/21
Opa [7]   35/13 35/18 38/12
132/2 132/11 132/22 144/5
Opa-Locka [7]   35/13 35/18
38/12 132/2 132/11 132/22
144/5
open [10]   8/23 9/3 9/18 119/25
142/20 147/24 167/21 168/4
180/19 181/1
opened [7]   161/22 162/20
167/22 180/19 181/17 181/19
181/22
opening [7]   5/5 5/18 6/18 6/19
6/22 6/25 33/4
openings [1]   88/8
operate [1]   41/17
operating [5]   45/12 46/4 46/10
47/1 53/25
operation [2]   122/19 176/10
operations [4]   9/19 28/12
71/12 132/17
operator [1]   132/15
opinion [1]   176/8
opportunity [1]   7/15
opposed [1]   45/13
opposing [3]   34/11 105/6
154/19
order [7]   40/3 40/4 40/9 79/14
142/14 197/8 198/12
orders [3]   92/22 93/11 94/14
original [4]   116/2 116/7
140/22 183/7
originally [6]   8/15 123/15

126/12 174/11 190/15 190/21
OTH [25]   9/24 156/20 156/22
156/23 157/4 157/14 157/18
161/14 161/17 161/22 163/17
164/8 164/10 164/16 165/11
165/19 166/10 166/19 167/4
171/23 172/4 182/16 182/16
190/1 190/3
other [51]   4/16 5/18 6/9 8/23
12/19 14/10 19/9 28/25 37/18
39/12 43/8 49/22 53/25 54/18
54/21 54/24 55/1 58/13 59/9
61/22 62/12 67/11 69/23 70/18
77/14 84/3 90/15 92/23 95/2
107/8 108/2 111/6 120/6 124/19
129/21 134/2 137/9 137/23
141/25 146/8 148/12 151/25
157/20 160/18 162/11 167/22
172/19 173/2 173/2 197/19
200/15
others [3]   18/16 41/20 190/4
otherwise [3]   152/5 191/18
200/22
ought [1]   26/19
our [26]   20/12 29/12 39/10
42/17 42/17 49/22 51/20 60/10
67/18 68/5 71/20 92/12 94/11
103/3 103/13 111/20 127/12
127/20 133/2 141/23 142/10
149/19 151/17 152/16 164/19
195/22
ourselves [3]   69/10 69/14
74/15
out [80]   11/13 12/20 12/22
13/4 20/25 23/25 24/8 25/8
26/21 27/12 27/13 27/20 27/20
27/24 28/1 28/9 30/10 31/7
35/13 38/16 40/3 51/21 59/21
65/21 65/24 66/21 66/23 66/24
74/17 81/6 83/5 85/7 85/8
85/24 91/19 91/24 99/16 102/7
108/23 109/16 118/25 119/2
119/3 119/12 119/22 128/2
132/2 133/13 135/9 138/19
141/4 152/17 158/1 161/5
161/20 162/21 163/7 163/18
164/6 164/6 164/16 175/2
179/18 182/15 184/4 184/5
185/6 186/5 187/13 187/16
187/22 190/1 190/2 190/6
190/12 190/22 192/19 195/22
198/5 199/7
outer [1]   72/11
outline [1]   7/16
outs [1]   37/19
outside [14]   32/4 86/4 86/4
100/5 127/23 128/3 138/18
142/22 178/17 187/2 187/3
187/21 187/21 187/23
over [85]   9/23 9/24 10/8 10/9
10/12 12/14 12/17 12/19 13/16
19/19 20/5 20/13 21/23 25/3
25/5 25/9 25/22 25/24 27/23
28/20 29/13 31/17 34/10 35/5
41/4 43/16 52/4 55/3 57/8
63/16 66/12 66/12 67/10 67/24
68/5 69/16 74/17 76/19 77/3
78/25 84/2 84/3 87/21 93/12
98/21 101/11 103/10 103/24
105/2 105/25 110/20 111/12
111/15 111/21 128/21 129/23
131/2 138/17 143/1 154/15
156/20 157/5 157/9 158/11

## O

over... [21]   158/12 161/5
169/19 169/22 170/1 171/16
177/10 177/11 178/25 185/15
185/16 187/7 187/18 188/3
188/20 189/20 190/5 192/7
192/11 193/7 199/20
over-the-horizon [22]   9/23
10/8 10/9 10/12 12/17 12/19
13/16 55/3 69/16 111/21 157/5
157/9 169/22 187/7 187/18
188/3 188/20 189/20 190/5
192/7 192/11 193/3
overboard [9]   27/6 27/10 28/11
28/15 31/14 100/23 152/6 188/7
191/20
overcome [1]   32/14
overhaul [1]   191/6
Overruled [4]   45/24 46/7 138/8
189/2
own [9]   23/3 30/3 30/4 31/3
119/12 124/21 125/25 175/11
176/7
owner [4]   11/5 60/16 99/7
135/24

## P

p.m [6]   81/19 82/2 82/5 82/9
84/6 186/8
PA [2]   1/18 1/21
package [8]   40/6 87/4 103/4
103/4 103/13 103/16 158/4
158/16
packaged [3]   13/7 129/14
129/16
packages [25]   12/15 12/21
12/23 14/1 27/5 39/25 66/4
66/6 66/13 66/15 66/18 66/24
67/20 67/23 68/1 68/2 68/4
68/8 68/21 83/10 83/16 164/21
177/3 187/22 191/20
packet [1]   23/4
pads [2]   179/6 198/22
PAGE [1]   3/2
pages [2]   145/16 202/13
pair [8]   17/5 66/11 110/6
127/24 128/1 128/7 128/11
128/13
pairs [1]   110/5
palms [6]   109/16 109/17 109/24
109/24 109/25 120/14
pancake [15]   13/7 13/8 27/8
161/24 161/25 162/16 162/17
163/4 167/13 168/3 168/4 168/7
168/11 168/17 178/11
pants [2]   16/23 17/5
paper [19]   61/18 98/15 112/11
113/7 113/23 113/25 114/11
114/19 114/25 115/3 115/4
115/6 115/8 115/10 115/11
123/15 123/16 134/7 153/16
papers [10]   91/15 92/2 93/10
93/12 98/9 98/13 177/10 177/14
177/15 177/22
paperwork [3]   21/18 31/24
91/19
parameters [1]   16/7
Pardon [1]   52/24
parlance [1]   124/14
part [17]   25/24 89/24 92/9
92/23 106/1 106/25 128/15
137/2 143/22 144/13 149/19
150/13 155/21 159/5 182/6
187/18 190/1
partially [2]   126/11 168/4
participate [7]   52/7 53/5
106/11 107/2 112/5 133/4
156/11
particles [3]   41/7 41/8 41/9
particular [8]   10/2 38/3 43/9
71/1 77/2 133/17 142/6 195/24
particularly [1]   43/17
parties [2]   6/5 200/1
parties' [1]   6/23
partner [1]   42/19
parts [5]   26/9 38/3 38/4 190/2
200/15
pass [3]   111/19 138/20 199/17
passed [3]   164/19 189/6 191/2
passenger [2]   30/18 151/25
past [1]   42/22
patrol [14]   42/5 42/10 42/11
42/21 43/3 101/6 101/8 101/14
101/20 106/7 107/22 133/3
149/1 156/7
patrols [9]   41/25 42/2 42/7
42/16 100/24 100/24 133/1
155/23 162/23
pattern [4]   10/20 170/24
170/25 170/25
pause [13]   63/17 78/12 80/15
95/23 100/11 123/9 145/12
149/25 165/7 180/2 183/20
188/11 191/25
pay [4]   18/3 28/16 28/17
124/20
paying [1]   29/4
PC [1]   42/23
penalties [4]   33/22 104/18
130/18 154/9
penalty [4]   33/14 104/9 130/10
153/25
people [61]   8/14 9/25 10/8
10/12 10/13 10/19 11/3 12/9
12/17 14/10 17/14 19/9 22/10
22/22 25/10 25/11 25/11 30/3
30/4 30/4 43/21 51/1 53/5
54/21 55/9 55/18 55/25 57/17
57/25 58/1 58/2 58/3 58/6 58/8
58/9 58/23 60/10 75/5 75/6
83/20 90/6 92/14 103/8 108/17
108/19 112/2 117/11 120/6
124/20 128/23 129/21 134/13
152/4 157/4 157/5 157/9 173/7
173/11 195/21 197/19 200/16
people's [1]   17/11
pepper [1]   142/10
per [4]   39/12 109/19 120/12
143/9
percent [3]   102/15 185/5 185/5
perfect [1]   21/16
perfectly [1]   123/24
perhaps [1]   114/3
perimeter [3]   157/19 158/1
172/18
period [7]   12/8 77/14 92/25
94/8 95/4 97/3 98/7
periodically [1]   84/16
periods [1]   119/1
perjury [8]   33/14 33/22 104/9
104/18 130/10 130/18 153/25
154/9
permission [14]   9/12 48/8
64/13 79/19 81/8 81/15 82/14
83/19 94/10 94/13 113/20
116/15 125/13 166/5
permit [1]   198/19
person [24]   5/8 11/4 11/6
22/13 24/22 39/12 39/13 75/6
75/7 79/4 109/7 109/19 109/23
110/1 110/13 118/9 118/10
120/12 125/15 133/11 142/1
147/11 171/1 188/5
person's [3]   112/14 120/14
135/3
personal [3]   17/9 46/15 112/10
personally [10]   52/23 52/25
54/20 90/14 115/17 121/22
126/25 151/5 185/14 185/17
personnel [15]   10/13 11/2 13/5
13/21 13/25 15/7 16/1 54/18
68/8 117/14 172/24 193/22
195/16 195/17 195/18
persons [7]   106/25 108/16
111/9 112/1 117/10 141/24
143/12
perspective [1]   50/7
persuasive [1]   23/24
pertained [1]   43/7
pertinent [1]   141/8
Pete [1]   29/12
Petty [14]   35/1 71/9 75/9
75/11 75/13 76/2 76/2 105/15
106/19 111/24 111/25 112/25
118/10 165/3
phase [3]   40/14 94/3 141/23
Phelps [1]   77/11
PHILLIPS [44]   1/6 1/18 4/6
4/12 11/4 14/10 15/6 15/8
15/13 15/17 15/25 20/19 20/19
20/22 20/23 21/1 21/9 21/11
21/17 21/19 22/1 22/4 22/7
22/17 22/21 24/2 24/6 24/14
27/7 32/16 59/17 59/19 60/4
65/17 68/25 76/11 78/4 116/13
116/18 117/22 141/1 141/20
152/1 174/21
Phillips' [1]   17/9
phone [4]   26/15 26/23 32/24
150/4
phones [2]   198/15 198/19
photo [2]   49/18 151/14
photograph [17]   48/23 49/10
50/4 50/14 152/12 166/9 167/2
167/3 168/9 168/14 169/1 169/2
169/10 169/13 181/21 183/9
187/6
photographs [20]   47/17 47/19
47/21 165/12 165/15 165/17
165/18 165/20 167/5 167/6
182/1 182/3 182/5 182/7 182/8
182/11 183/4 183/5 183/6
183/13
photos [2]   21/13 27/12
physically [4]   23/5 23/12 86/2
140/2
pick [5]   41/5 163/7 163/18
173/18 181/8
picked [5]   23/5 67/15 95/2
102/7 163/16
picking [1]   67/17
picture [16]   29/11 151/2 151/5
151/11 165/11 167/24 178/14
178/17 182/18 182/23 186/17
186/21 187/1 187/3 187/11
188/5
pictures [4]   48/25 49/1 150/25
151/1

## P

piece [13]   23/9 112/11 113/23
113/25 114/11 114/19 114/25
115/3 115/5 115/10 115/11
123/16 134/7
pieces [4]   23/9 115/4 115/7
123/15
pilot [5]   139/18 139/18 143/8
148/8 148/9
pistol [2]   29/22 142/7
place [11]   21/6 30/20 31/17
74/18 75/18 80/6 91/24 111/2
122/1 122/2 198/11
placed [4]   72/9 100/4 114/13
149/12
places [2]   74/1 124/19
Plaintiff [1]   1/4
plan [1]   198/12
plastic [6]   13/9 27/5 27/8
110/19 151/22 163/11
play [2]   20/25 168/24
playing [4]   11/21 168/23
168/24 169/3
please [28]   4/4 4/8 6/13 33/9
33/17 33/17 56/24 74/23 89/2
103/20 104/5 104/12 104/12
104/24 116/9 130/4 130/5
130/22 135/9 141/4 153/12
153/19 153/21 154/3 164/25
165/6 198/1 199/14
pleasure [4]   29/9 29/14 29/22
30/18
plug [1]   87/5
plus [2]   140/22 140/24
PO [1]   1/22
pockets [1]   24/3
podium [1]   7/8
point [49]   1/22 10/16 12/25
13/3 21/10 22/13 22/14 27/5
44/16 48/22 59/21 67/5 68/7
70/12 76/14 80/3 82/14 83/19
84/20 84/20 101/24 108/23
111/11 111/14 115/25 135/9
140/19 141/4 146/18 146/25
157/3 159/9 162/9 170/1 172/7
172/10 173/18 174/1 174/6
174/8 174/9 175/6 175/7 177/10
180/22 190/20 190/21 191/13
195/15
pointed [5]   25/8 157/22 177/3
177/5 192/20
pointing [1]   109/5
points [3]   23/2 148/14 152/23
policy [1]   102/10
poor [1]   147/21
Pope [1]   155/19
pops [1]   85/7
port [28]   9/4 9/5 10/25 17/2
21/22 21/22 51/4 51/6 62/5
84/14 97/1 97/22 97/23 125/13
146/8 146/9 146/18 146/20
147/1 157/22 157/23 157/24
159/3 159/4 160/21 192/11
192/14 192/23
port-of-call [4]   51/4 51/6
146/8 146/18
portion [21]   11/1 16/11 17/4
38/7 38/24 49/16 57/20 57/23
60/20 62/19 68/17 76/18 85/25
91/19 91/24 92/11 93/20 94/2
109/18 114/19 114/25
portions [3]   15/6 15/14 126/17

ports [1]   156/4
position [6]   47/4 97/6 142/24
152/21 159/8 164/19
positioning [1]   109/9
positive [11]   14/4 15/4 15/17
15/19 15/20 15/21 40/3 68/16
83/24 95/12 120/18
possess [5]   18/8 18/16 18/21
18/22 32/16
possessed [2]   26/4 26/11
possessing [5]   24/17 24/18
24/19 29/25 191/20
possession [10]   27/3 27/4 27/7
30/17 31/12 32/21 151/22 152/1
172/1 172/4
possible [12]   20/12 20/13 25/4
94/23 94/25 95/1 95/11 95/14
128/16 143/1 164/21 200/6
possibly [4]   74/19 124/17
128/20 176/9
potential [2]   85/16 201/3
potentially [1]   128/10
pouch [2]   110/19 110/22
powder [1]   14/19
power [5]   25/10 25/12 25/12
26/20 143/8
powerful [1]   28/19
pre [2]   101/25 199/4
pre-jury [1]   199/4
pre-swabbing [1]   101/25
precisely [3]   120/1 193/15
194/6
preliminary [2]   4/15 48/21
prep [1]   39/9
preparation [1]   90/9
prepare [2]   176/11 176/14
preparing [1]   52/13
presence [1]   77/18
present [2]   20/4 75/20
presentation [2]   33/4 33/6
presented [1]   6/24
preserving [1]   150/15
President [2]   155/18 155/19
President-Elect [1]   155/19
presumed [1]   25/20
presumption [2]   25/18 32/14
presumptive [1]   13/17
presumptively [1]   13/18
pretty [8]   43/19 87/18 132/10
164/9 173/24 176/8 191/5 191/6
prevented [1]   189/25
previous [1]   137/23
previously [2]   98/16 124/25
primary [1]   35/10
printed [2]   184/4 184/5
prior [18]   6/1 14/9 21/11
36/11 44/19 57/24 58/7 102/5
107/8 129/2 132/8 136/13
136/20 137/17 156/2 179/5
179/19 186/6
Prisons [1]   14/25
private [1]   117/20
Pro [5]   26/16 26/24 32/23
150/6 150/8
probable [1]   92/1
probably [13]   7/1 9/16 10/16
14/23 78/17 107/15 122/12
126/15 131/13 132/24 158/5
184/14 199/5
probative [1]   200/15
problem [11]   11/20 54/12 63/7
77/20 77/22 77/24 81/20 116/22
189/23 190/7 190/16

problems [25]   10/10 10/25 12/3
22/23 28/6 62/7 62/13 62/18
62/21 62/23 118/4 118/23
118/24 119/5 119/7 119/9
119/13 119/14 119/17 148/5
148/7 149/5 189/19 190/15
190/25
procedure [15]   69/7 69/8 70/4
70/7 72/1 73/9 73/13 73/15
73/16 73/16 74/12 76/3 91/14
117/2 133/14
procedures [2]   14/21 73/24
proceed [8]   22/2 34/5 88/21
89/4 92/22 93/11 94/15 154/25
proceeded [1]   22/9
proceeding [3]   8/12 198/11
200/3
proceedings [8]   1/10 6/10 6/16
6/18 198/10 201/11 202/11
202/15
process [13]   7/18 9/11 51/15
52/11 52/16 66/3 70/4 70/7
75/5 75/23 85/10 138/17 200/17
processing [2]   25/22 112/6
profits [1]   17/6
prognostication [1]   199/4
projector [1]   114/13
pronounce [1]   177/12
proper [1]   40/3
properly [2]   57/21 85/4
prosecutor [1]   7/6
protect [2]   29/23 30/2
protection [2]   155/17 155/19
protocol [2]   72/22 73/9
prove [3]   7/21 19/13 26/4
proved [1]   29/18
proven [3]   25/17 25/21 32/14
provide [4]   52/1 59/6 60/18
61/22
provided [6]   11/17 64/1 64/17
64/20 65/19 135/18
providing [1]   6/18
proving [1]   81/2
PT [1]   142/6
publish [4]   48/8 64/13 113/20
166/5
Publix [1]   13/10
pull [2]   13/4 66/24
pump [1]   149/15
purchased [2]   22/5 22/6
pure [4]   29/16 29/17 29/21
30/8
purports [1]   99/4 125/5
purpose [11]   16/15 22/3 24/17
26/22 29/8 29/8 51/8 62/3
138/23 139/1 147/7
purposes [2]   164/22 171/17
pursuit [3]   155/20 156/20
156/23
put [39]   15/12 20/12 23/4 25/4
29/19 30/16 32/4 32/5 32/10
48/16 49/6 71/23 72/13 74/16
85/6 85/9 97/16 109/16 110/8
110/19 115/11 115/13 115/17
115/20 115/21 127/20 127/24
128/2 128/2 128/4 128/5 128/7
128/12 128/17 148/1 164/3
164/21 191/9 200/19
puts [1]   30/23
putting [2]   13/15 76/6

## Q

quadrant [6]   122/25 123/3

## Q

quadrant... [4]  148/16 148/16 148/19 148/23
qualification [2]  37/20 38/20
qualifications [2]  39/7 54/6
quarter [1]  157/23
quarters [2]  45/6 159/7
question [43]  5/12 25/1 34/9 34/9 35/4 35/14 48/21 52/11 52/16 61/3 61/4 62/20 91/10 91/11 95/10 101/22 101/22 104/25 105/1 108/11 108/12 122/12 123/16 126/18 130/25 136/4 136/13 136/16 138/7 146/12 146/23 150/13 157/1 158/24 159/12 178/24 179/3 182/20 182/20 185/7 190/20 194/9 195/4
questioned [1]  136/17
questioning [5]  58/1 59/5 134/23 135/2 135/17
questions [27]  33/21 34/8 45/17 50/19 50/22 50/23 51/1 51/21 52/8 78/13 80/21 81/3 84/2 95/15 118/19 119/11 130/17 134/8 134/10 141/8 144/19 154/8 154/13 154/15 174/4 183/16 198/21
quick [3]  164/21 191/5 191/6
quickly [2]  20/4 20/12
quite [2]  19/24 44/25
quote [1]  25/1

## R

R-E-N-D-O-N [1]  154/5
radar [2]  175/2 175/24
radio [5]  9/8 52/4 52/6 80/20 177/23
radioed [4]  66/12 66/20 164/19 182/22
radios [1]  87/5
rails [4]  86/18 87/1 87/2 119/20
raise [1]  18/1
random [1]  170/17
randomly [1]  163/10
RANDY [3]  3/12 130/8 130/15
range [6]  37/15 174/12 174/25 175/2 175/3 175/12
rank [2]  34/25 132/4
rankings [1]  36/16
rate [1]  147/9
rather [2]  24/5 146/19
rating [1]  36/24
read [3]  18/5 145/15 199/11
reading [4]  40/5 41/8 85/7 87/12
readings [1]  95/12
ready [7]  44/18 54/22 69/11 88/21 190/5 190/11 190/11
real [3]  21/14 28/22 193/8
really [7]  20/21 21/20 22/19 23/23 142/13 152/24 178/20
rear [3]  17/2 17/4 178/15
reason [3]  25/8 117/20 150/23
reasonable [8]  10/3 24/9 25/21 26/13 29/19 32/15 91/25 117/13
recall [32]  6/13 20/20 53/20 56/24 59/8 59/16 63/2 67/22 71/1 77/9 77/16 82/18 87/17 89/2 110/5 110/7 112/15 113/5 135/3 140/9 145/2 146/22
153/12 156/14 156/16 176/5 177/16 178/3 180/14 182/19 184/2 189/22
recalled [1]  146/15
receive [6]  41/14 41/17 52/10 85/4 132/9 139/5
received [17]  7/24 9/12 48/7 48/10 61/13 64/10 64/11 68/20 82/14 83/19 85/2 106/1 106/4 113/17 113/18 166/2 166/3
recently [2]  21/10 131/7
recess [7]  56/22 56/23 88/18 88/19 88/20 153/10 153/11
recited [1]  8/4
recognize [5]  20/8 47/19 63/22 113/6 165/15
recollect [1]  107/21
recollection [3]  143/21 145/11 185/2
record [11]  33/18 60/3 60/13 104/13 109/8 112/18 130/13 135/13 150/3 154/4 166/16
recorded [2]  34/2 130/23
recorder [1]  75/12
recording [2]  75/7 76/1
records [1]  98/5
recover [4]  63/9 66/21 66/23 112/9
recovered [13]  13/14 14/12 16/22 17/8 67/19 67/21 67/22 101/19 113/7 115/10 165/21 168/16 170/11
red [4]  90/5 169/4 169/6 169/7
redirect [6]  3/7 3/20 100/13 100/15 127/8 195/10
referring [4]  48/18 87/3 148/20 148/25
reflect [5]  60/3 60/13 109/8 112/18 135/13
reflecting [1]  186/22
reflects [1]  123/21
refresh [11]  80/5 82/1 83/25 86/20 93/15 176/16 176/22 179/18 179/20 183/23 184/1
refreshed [3]  145/15 146/13 176/25
refresher [1]  40/15
refreshes [1]  145/10
refreshing [3]  81/17 146/17 185/2
regain [1]  66/2
regard [9]  44/17 46/10 66/17 68/14 73/18 75/9 76/2 133/7 135/17
regarding [2]  5/2 5/4
registered [16]  8/18 8/21 9/1 9/3 11/8 11/12 11/16 11/20 11/22 11/24 31/21 31/22 31/25 60/19 61/23 136/2
registration [12]  32/2 61/19 63/25 64/20 98/11 98/13 98/15 98/18 99/9 99/11 135/23 177/15
registrations [1]  21/18
registry [6]  9/9 9/12 51/10 136/5 136/14 137/23
regular [7]  21/7 40/16 40/17 41/1 45/1 175/19
regularly [1]  94/20
related [1]  79/15
relation [1]  89/11
relatively [7]  12/7 12/7 21/6 43/18 74/22 74/25 182/21
relay [3]  79/16 79/17 92/11
relays [1]  93/2
release [1]  198/6
relevant [3]  20/14 171/18 173/1
relief [13]  16/1 16/3 16/16 76/19 77/3 77/7 77/9 78/2 111/15 111/17 111/18 173/19 174/1
relieve [1]  76/19
relieved [1]  89/23
remain [2]  57/21 140/6
remainder [1]  135/2
remained [1]  175/12
remember [55]  12/17 17/21 19/24 44/6 44/12 44/13 44/25 59/9 59/17 79/23 79/25 80/1 81/25 83/13 83/15 83/23 87/15 87/16 87/17 87/22 93/1 93/9 102/18 108/9 108/9 108/10 108/12 108/15 108/16 115/22 115/23 115/24 118/3 118/22 118/24 119/3 119/7 119/9 119/13 119/16 126/5 150/5 162/14 168/19 168/23 173/4 173/23 185/4 185/23 186/23 187/3 187/14 189/19 189/25 192/17
remembered [2]  119/5 119/12
remembers [2]  19/21 19/25
remind [2]  161/14 198/14
removed [2]  23/6 169/21
removers [1]  41/2
RENDON [12]  3/16 54/2 54/3 153/7 153/20 153/23 154/5 154/7 155/4 165/3 174/18 195/12
rental [2]  26/10 26/10
Rep [5]  93/5 93/7 195/23 195/24 195/25
repair [2]  10/11 139/5
repaired [8]  55/3 55/7 82/4 82/5 82/6 96/10 96/14 149/15
repairs [10]  22/3 22/7 30/21 62/6 62/15 139/11 139/21 140/3 140/5 147/8
repeat [1]  95/9
replaced [3]  123/4 149/15 149/21
replacement [1]  149/18
report [32]  4/18 80/6 90/3 93/6 93/7 134/4 134/6 134/7 134/16 135/2 135/19 137/10 145/16 145/18 145/22 145/25 146/14 176/11 176/14 176/16 183/23 183/24 184/1 184/1 184/2 184/4 184/10 184/11 185/3 196/2 202/10 202/15
reported [1]  146/24
Reporter [6]  2/1 2/1 34/3 130/24 202/6 202/21
reports [3]  12/16 136/20 196/6
represent [4]  20/19 116/13 141/19 174/20
Reps [2]  196/6 196/10
Republic [4]  125/5 125/6 125/18 147/2
Request [1]  64/13
require [1]  118/13
required [1]  176/11
resident [1]  21/2
residue [5]  23/10 23/10 87/8 94/18 200/25
response [1]  137/20

**R**

responsibility [1]  44/17
responsible [1]  6/5
restate [1]  4/8
restaurant [1]  124/11
restraints [1]  141/24
restricted [1]  149/5
result [3]  52/10 68/11 126/16
results [4]  5/11 68/20 89/11 170/5
retrieve [1]  95/17
retrieved [2]  67/25 68/1
returned [5]  6/14 56/25 89/3 153/18 177/23
returning [1]  144/8
review [5]  80/13 133/25 144/25 145/4 200/7
reviewed [1]  63/20
reviewing [1]  47/13
REYES [22]  3/8 53/24 56/1 57/12 68/23 69/25 70/1 73/21 73/23 75/10 75/11 76/2 78/5 89/22 90/2 104/17 104/16 105/15 112/25 116/12 133/9
rid [2]  26/1 194/7
ride [1]  143/1
riding [3]  94/21 95/2 187/11
riggings [1]  149/20
right [178]  4/20 4/24 5/16 5/21 11/19 27/13 28/20 29/20 29/24 34/19 36/18 38/13 38/14 38/22 39/18 40/4 40/18 45/2 45/10 45/15 46/19 47/7 47/17 49/8 50/5 50/14 50/19 50/20 50/22 51/15 51/17 51/18 52/2 52/7 52/10 52/13 52/15 52/21 52/21 53/2 53/6 54/10 56/14 56/21 57/5 59/15 60/2 60/9 61/6 61/12 61/21 62/8 63/19 64/5 65/6 65/14 67/9 67/11 68/19 69/3 69/6 69/12 72/25 74/20 78/7 80/24 81/20 82/22 88/3 89/15 91/14 91/17 92/5 93/4 94/7 96/23 97/12 97/12 97/23 98/4 98/18 99/4 99/6 101/6 102/23 103/18 105/16 107/5 107/16 108/6 109/1 109/3 109/5 109/21 111/4 112/16 112/17 113/5 114/9 114/11 114/17 114/20 114/23 115/1 116/16 117/3 119/2 119/22 120/19 121/14 122/22 123/18 124/4 124/7 124/12 124/16 125/12 128/1 129/18 131/16 131/22 136/1 139/10 139/22 141/3 141/5 142/15 143/11 144/5 144/10 145/16 145/23 147/20 147/24 149/15 150/6 152/5 153/1 155/5 155/13 156/11 157/20 157/23 159/1 159/4 159/21 159/23 160/25 161/3 161/15 166/25 167/10 167/25 168/5 168/12 169/4 169/8 169/14 170/12 171/3 171/10 174/15 175/22 180/7 183/14 187/11 187/17 192/24 193/8 194/20 195/2 196/2 196/15 197/17 198/4 199/13 199/25 201/2
rinky [1]  30/7
rinky-dinky [1]  30/7
RMR [1]  2/1

ROA [9]  58/1 59/4 60/22 60/24 61/17 79/25 80/21 80/24 81/3
Road [1]  8/10
robbed [1]  30/3
robbery [2]  30/12 30/13
rock [1]  7/9
Rocky [1]  1/22
role [1]  75/22
roll [2]  71/24 74/17
rolled [1]  72/9
room [6]  15/15 15/21 19/23 108/24 117/16 117/16
rooms [1]  17/1
rough [1]  114/8
roughly [8]  41/24 43/6 63/6 80/19 84/6 96/2 96/17 189/7
roughness [1]  119/22
route [4]  134/20 147/4 147/4 179/19
ROV [5]  51/21 80/23 81/1 81/6 81/8
row [3]  59/24 59/25 60/8
rows [1]  142/20
RPR [1]  2/1
rub [1]  41/4
rudder [3]  149/3 149/6 149/9
RUDDY [32]  1/14 3/4 3/7 3/9 3/13 3/17 3/20 4/9 5/5 7/6 7/7 22/25 24/25 25/3 27/17 28/3 31/9 34/16 45/18 45/25 62/25 92/2 105/12 108/12 123/11 123/14 144/22 146/12 155/1 195/8 195/9 197/1
Ruddy's [1]  5/18
rule [8]  5/22 6/2 6/6 6/7 34/11 105/7 131/3 154/20
run [10]  37/23 37/24 39/9 41/6 41/8 68/18 85/2 85/5 85/5 138/21
running [6]  29/1 37/22 70/24 121/11 148/2 199/3
rust [1]  149/8
rusted [2]  123/4 149/18
rusting [1]  149/5

**S**

S-H-A-M-A-L [2]  28/17 43/2
S-M-I-T-H-S [1]  73/6
sacks [1]  129/17
safe [2]  91/16 117/9
safety [17]  11/25 11/25 12/6 16/19 54/5 58/10 117/4 117/7 117/8 119/20 120/5 155/12 155/14 195/17 195/17 195/17 195/22
said [68]  5/22 6/9 6/10 6/20 13/15 13/20 19/12 20/9 24/14 28/3 30/19 31/9 39/6 39/17 45/3 51/22 61/17 82/10 85/25 86/15 93/25 96/6 96/23 97/7 99/24 99/24 100/5 101/4 117/22 118/22 119/4 119/6 119/12 119/14 120/12 123/16 123/18 124/17 126/10 126/12 126/14 126/18 137/21 138/6 138/17 141/11 143/19 143/19 144/22 146/3 146/9 146/14 147/1 147/4 147/11 148/4 152/12 152/13 158/18 163/22 167/14 167/19 174/11 183/24 184/15 188/6 192/18 202/15
sail [9]  27/17 27/22 28/1 45/7 47/3 48/19 49/14 141/12 143/7

sailboat [26]  21/14 22/11 27/16 27/22 27/25 28/2 29/22 30/7 30/21 30/25 44/23 44/23 45/1 46/22 57/19 62/7 119/25 122/12 123/1 123/3 124/8 124/10 139/20 141/12 148/21 152/20
sailboats [1]  119/21 121/18 124/6 124/18
sailed [2]  140/3 141/10
sailing [97]  8/10 8/17 9/8 15/4 15/20 16/25 17/20 17/23 21/15 21/15 29/9 31/15 45/12 45/14 45/14 46/4 46/11 46/16 46/25 47/1 47/22 48/2 53/9 53/11 54/16 54/19 55/2 55/15 55/17 55/23 57/7 57/24 62/10 65/24 66/5 73/22 76/15 97/9 106/15 106/18 108/8 111/3 121/22 122/14 122/16 124/20 133/5 133/12 134/20 134/24 141/12 156/12 156/14 156/16 156/17 157/1 157/8 157/9 157/17 157/22 158/7 158/8 158/17 158/21 159/2 159/10 159/10 159/20 160/3 160/4 160/8 160/13 160/18 161/11 161/13 170/1 171/10 172/7 172/18 172/22 172/23 172/24 173/9 173/10 174/2 174/7 174/11 175/9 175/12 184/11 184/18 184/19 185/19 186/7 191/14 191/22 200/18
sailors [1]  97/16
sails [13]  44/24 45/3 45/16 45/21 46/5 47/3 48/13 49/11 97/4 97/6 97/11 97/14 143/7
same [17]  55/9 73/12 74/16 75/13 114/19 114/25 120/15 126/8 126/16 128/15 145/18 145/22 152/21 163/11 176/13 199/1 199/6
Samurai [1]  29/22
San [1]  81/13
Save [1]  13/11
saw [21]  18/24 27/7 27/9 31/12 31/13 57/17 66/3 66/8 66/9 66/12 67/11 87/15 106/17 114/8 126/5 157/24 160/16 184/18 191/19 194/22 195/2
say [49]  15/7 17/25 18/4 18/4 23/24 27/7 27/9 28/4 34/7 43/23 45/6 48/19 54/17 55/6 57/15 63/3 63/6 66/1 71/21 72/20 75/2 75/17 76/25 93/21 96/4 96/24 101/3 111/23 120/19 124/21 127/2 129/24 133/21 136/24 138/5 143/4 143/9 144/7 146/18 149/11 156/15 158/21 159/18 161/7 166/15 173/11 182/15 182/17 185/14
saying [3]  116/20 119/8 184/23
says [12]  30/24 98/18 98/21 125/4 125/8 125/12 125/13 125/16 126/16 127/1 139/21 177/1
scan [48]  5/7 5/11 14/14 14/16 14/23 15/18 16/19 22/25 37/24 37/25 39/9 40/24 41/3 41/17 68/18 68/21 69/9 70/5 71/12 72/24 73/2 76/10 76/15 85/1 86/7 89/7 92/24 93/11 94/15 94/17 95/11 106/4 107/2 107/5

**S**

scan... [14] 109/13 116/15 117/25 120/10 128/16 170/5 171/14 172/1 172/14 177/19 179/6 179/8 179/15 179/17
scanned [3] 89/17 95/7 110/21
scans [8] 15/24 40/18 40/20 89/17 90/8 117/23 118/2 171/25
scary [1] 97/10
scattered [3] 67/4 67/6 178/20
scene [2] 172/24 178/1
schedule [1] 199/2
school [4] 7/8 37/2 38/6 132/11
schools [1] 132/12
science [2] 14/15 14/17
scientific [1] 23/14
scooped [1] 187/13
screen [3] 48/17 49/13 98/17
SCRIVEN [4] 1/11 7/15 18/5 20/9
se [1] 39/12
sea [12] 16/4 16/17 39/10 83/3 149/10 156/10 170/21 176/7 176/8 176/17 176/24 185/6
seal [4] 15/12 72/16 76/7 98/23
sealed [1] 110/22
sealing [1] 76/6
sealings [1] 122/21
seals [1] 147/21
Sean [1] 78/23
search [9] 38/2 38/4 111/7 169/24 170/17 170/19 170/24 170/25 170/25
searched [1] 111/9
searches [1] 38/5
searching [1] 14/7
seas [4] 8/23 9/3 9/18 176/5
seat [2] 154/3 178/10
seated [1] 33/17
seating [2] 57/19 142/21
seaworthiness [1] 12/11
second [20] 11/4 18/18 32/19 35/1 36/13 36/17 36/20 36/25 37/4 66/11 87/18 87/20 88/19 92/9 107/24 107/25 109/1 109/7 137/8 146/5
secondary [1] 90/7
secondly [1] 26/12
section [1] 110/12
sections [1] 92/11
sector [2] 81/13 92/12
secured [1] 103/2
security [10] 17/13 54/6 134/1 134/3 140/13 141/21 155/12 155/14 155/18 156/4
see [61] 7/12 13/5 13/18 14/9 16/9 16/12 16/13 17/6 17/8 17/11 20/24 21/13 28/2 28/24 29/5 29/11 29/13 32/8 34/11 46/3 49/1 49/14 50/3 51/25 67/6 86/19 93/5 93/14 98/9 105/6 114/14 116/4 125/3 126/16 127/3 131/2 134/2 140/2 145/10 147/12 147/24 149/8 149/17 151/25 152/4 153/17 161/5 161/23 164/23 169/24 179/22 181/22 186/3 186/21 187/6 191/22 193/11 194/13 194/24 195/4 198/23
seeing [1] 87/17

seek [1] 147/8
seemed [2] 151/22 152/2
seems [3] 99/4 126/8 187/1
seen [14] 13/1 14/1 14/2 14/16 27/19 28/13 49/5 85/12 114/10 124/8 162/25 163/2 179/10 182/5
seen kilograms [1] 14/2
seize [1] 91/5
selection [1] 199/4
self [1] 21/9
self-employed [1] 21/9
sells [1] 26/9
semisubmersible [1] 122/5
send [1] 30/9
sending [1] 93/10
sense [4] 19/15 19/18 27/18 144/10
sensitive [1] 15/10
sent [5] 57/8 92/2 98/9 111/12 134/22
sentence [1] 76/21
separate [5] 47/5 68/22 75/15 164/10 177/20
separated [4] 57/19 67/8 164/11 178/22
sequence [1] 65/23
sequestered [2] 5/24 103/23
series [1] 134/10
served [1] 19/6
service [1] 155/17
session [1] 4/7
set [5] 157/19 170/22 170/23 172/18 202/16
seven [15] 22/12 31/16 96/3 96/17 101/15 101/16 101/17 101/20 122/13 188/16 188/17 188/24 189/5 191/8 199/21
seven miles [6] 22/12 31/16 96/17 122/13 188/17 189/5
Seventeen [1] 155/8
several [14] 8/13 10/6 10/10 10/16 28/4 84/21 86/12 107/22 116/15 140/7 140/7 168/22 177/7 177/18
shadowing [1] 152/15
SHAMAL [122] 9/14 10/2 10/5 13/17 19/2 28/17 29/2 29/7 29/7 29/7 32/23 42/25 42/25 43/5 43/22 44/1 49/18 49/22 50/10 50/11 50/12 50/17 53/3 53/10 54/15 54/23 55/1 55/2 55/11 68/7 68/8 69/15 70/16 78/7 79/2 80/17 80/17 82/12 84/7 84/16 86/4 86/5 86/7 86/8 86/10 90/11 90/14 92/3 98/9 106/10 106/17 110/20 111/12 111/15 111/22 112/5 134/21 150/19 151/7 151/9 151/10 151/11 151/16 152/14 152/18 156/24 156/25 157/5 158/2 158/3 158/12 159/1 159/3 159/17 160/12 160/15 160/19 160/22 164/18 164/21 167/7 169/17 169/20 170/3 171/16 172/6 172/14 172/22 172/22 173/2 173/10 173/16 173/19 173/22 174/3 174/7 174/10 174/23 175/9 175/11 177/8 177/12 177/13 177/14 177/15 179/5 179/19 181/25 182/1 182/10 182/22 183/10 183/11 185/19 186/18 187/12 187/17

191/19 192/4 193/6 193/11 197/13
she [4] 4/22 5/14 5/14 199/17
she's [1] 5/13
sheet [3] 16/22 16/23 17/5
shell [1] 11/20
ship [18] 28/17 28/21 28/25 29/1 29/4 29/6 29/7 29/10 29/11 29/15 30/25 31/15 32/22 90/22 134/21 156/4 177/12 193/13
shipping [1] 30/5
ships [1] 193/12
shirt [11] 68/17 72/7 86/1 109/18 120/20 120/22 120/25 121/2 121/3 121/4 135/12
shirts [1] 120/15
Shop [1] 13/10
shopping [1] 17/21
short [5] 10/5 12/7 18/6 21/12 111/20
shorter [1] 42/8
shorthand [2] 202/11 202/15
shortly [4] 80/2 83/23 176/10 192/18
shot [2] 11/18 11/19
should [9] 5/24 8/21 16/11 16/11 16/12 19/17 97/12 97/15 98/17
shoulder [2] 26/25 32/24
show [15] 6/24 11/7 20/24 27/11 27/15 32/2 47/11 48/17 49/13 63/14 98/16 123/21 167/16 176/16 183/6
showed [5] 86/20 92/3 93/9 115/23 179/17
showing [5] 6/8 31/25 112/25 165/3 178/8
shown [2] 98/16 123/11
shows [2] 99/14 168/4
shy [1] 34/24
sic [1] 54/23
side [22] 10/22 10/25 17/3 43/11 83/6 96/23 96/24 97/22 97/23 98/1 111/3 117/23 142/20 142/21 143/2 151/17 160/19 160/21 183/12 192/11 192/14 192/23
sidearm [1] 142/6
sides [1] 115/10
sight [2] 31/14 152/18
sighted [5] 186/2 189/7 189/11 189/17 194/22
sign [1] 176/14
signed [3] 184/5 184/5 199/10
significance [1] 112/9
significant [5] 27/4 27/8 31/1 31/13 92/25
signs [1] 10/24
Simba [5] 125/15 125/16 126/5 126/9 126/10
similar [3] 17/10 74/14 135/23
simple [1] 35/25 70/8
simpler [1] 22/14
simply [4] 7/19 23/14 31/22 33/1
SIMS [1] 87/4
since [7] 32/10 34/2 96/14 104/22 133/3 154/23 171/1
single [10] 13/25 27/1 27/6 27/6 27/9 133/18 134/7 163/17 163/18 166/24
sinking [2] 12/2 91/16

**S**

sir [65]  34/22 35/8 35/17 36/10 39/1 39/16 39/22 47/9 48/9 57/6 63/12 64/15 78/11 78/22 79/18 79/20 93/18 95/18 95/22 100/9 103/22 104/5 104/24 112/23 113/21 114/1 118/22 123/7 123/11 127/10 130/5 131/6 144/22 145/9 145/10 148/18 149/24 153/21 154/22 155/6 155/7 155/9 155/24 156/8 156/13 156/15 162/18 162/24 163/1 163/3 165/1 165/9 166/6 167/18 169/9 171/6 172/2 174/19 176/5 176/20 178/6 178/18 183/19 190/21 191/24

sit [10]  34/1 93/5 93/7 130/22 195/23 195/24 195/25 196/6 196/10 198/7

sitting [9]  56/16 59/14 84/12 94/8 116/19 116/21 117/24 118/2 142/21

situated [1]  67/2

situation [3]  93/6 196/2 196/6

situations [1]  90/17

six [8]  9/25 26/9 63/5 67/23 107/19 142/14 176/6 177/1

six feet [2]  176/6 177/1

size [2]  74/19 75/2

sized [1]  166/18

ski [1]  26/10

skill [1]  141/13

slack [2]  45/7 46/2

slate [1]  19/14

slated [1]  148/25

sleeping [1]  22/18

slide [1]  85/9

slightly [2]  159/22 160/20

slow [2]  97/15 143/9

slowly [3]  22/12 35/15 40/11

slows [1]  20/10

small [52]  9/15 9/23 9/25 12/7 12/16 13/16 43/6 43/10 44/24 53/10 53/11 53/13 53/15 53/19 54/1 54/7 54/7 54/12 55/3 66/2 66/12 66/14 66/17 67/14 67/25 74/25 78/9 82/5 90/21 91/6 94/18 95/13 96/10 96/13 96/20 102/1 102/6 102/9 111/21 124/4 128/21 128/23 129/3 134/22 151/6 152/16 159/15 161/8 180/7 185/24 186/18 189/20

smaller [11]  27/22 27/22 43/11 158/13 161/23 161/24 161/25 162/13 162/14 162/15 180/25

smallest [1]  9/16

Smiths [2]  73/4 73/9

Smiths' [1]  73/16

so [267]

so-called [1]  122/9

soldiers [1]  30/10

solely [1]  195/18

some [77]  5/6 6/7 6/22 8/16 12/3 13/8 13/17 14/9 17/22 21/10 22/3 23/16 23/23 27/5 30/10 30/10 44/16 45/12 46/10 63/9 66/3 68/7 74/7 76/14 80/3 81/3 82/14 83/5 83/16 83/19 84/20 85/1 88/5 90/17 95/4 101/18 107/21 111/11 111/14 112/11 112/12 112/13 114/10

114/16 115/12 118/4 120/1 120/17 126/14 126/14 126/17 132/23 140/19 141/13 148/4 148/7 149/5 149/20 157/3 162/22 163/22 163/23 167/10 167/14 167/22 168/23 170/18 173/18 174/1 174/6 177/3 177/10 181/10 181/14 190/7 191/13 198/18

somebody [8]  39/10 51/23 115/20 118/13 120/4 125/9 126/13 161/7

someone [13]  80/17 84/18 89/21 115/23 118/6 118/14 124/10 125/13 142/14 180/9 187/24 193/17 198/15

someone's [1]  102/2

something [21]  18/8 23/22 25/3 40/16 85/11 85/21 93/4 117/3 118/5 119/14 120/1 123/16 124/12 128/6 128/8 137/12 178/10 178/10 187/24 192/19 193/24

sometime [2]  185/24 192/17

sometimes [5]  9/2 9/4 34/7 124/18 124/19

somewhat [1]  96/25

somewhere [4]  32/19 83/1 83/2 188/16

soon [4]  103/3 103/13 103/15 178/1

sorry [26]  7/7 43/16 55/16 59/25 66/22 70/13 76/21 82/4 82/16 86/4 87/21 93/21 101/9 101/18 105/19 106/23 132/15 142/7 142/8 146/4 156/15 158/6 159/5 170/2 180/13 199/21

sort [5]  14/19 58/16 115/12 119/15 191/21

sounds [1]  30/25

South [15]  21/4 35/13 35/20 35/20 36/9 41/23 105/23 132/2 132/6 132/11 132/12 132/20 132/25 144/7 196/25

space [7]  16/4 16/7 16/8 16/17 39/10 117/19 117/20

spaces [1]  117/18

Spain [4]  62/5 146/10 146/20 147/1

SPANGLER [3]  2/1 202/6 202/21

SPANGLER-FRY [3]  2/1 202/6 202/21

spare [1]  190/1

speak [7]  34/1 35/15 96/25 104/24 130/22 131/12 154/16

speaking [2]  34/10 111/23

special [5]  28/16 28/17 37/6 37/21 155/17

specific [8]  26/22 79/23 80/1 89/11 99/18 115/18 145/5 192/2

specifically [15]  13/22 26/17 26/18 28/4 28/7 29/3 29/4 31/17 35/2 41/21 108/15 119/9 122/11 193/19 194/12

speed [5]  43/18 188/13 188/13 188/15 191/14

spell [6]  33/18 43/1 73/5 104/13 130/13 154/4

spelling [1]  53/22

spent [1]  28/4

split [2]  7/2 81/13

spoken [3]  131/6 131/7 131/9

spontaneously [1]  119/12

spot [3]  21/6 80/17 83/16

spotted [7]  79/21 83/10 84/7 96/1 96/7 96/20 184/20

spotting [2]  80/2 96/14

spray [1]  142/10

Springs [1]  29/13

St [3]  1/15 8/9 29/12

stack [1]  168/15

stacked [2]  164/5 164/8

stages [1]  60/21

stand [10]  7/22 34/11 56/17 88/13 93/25 105/6 131/2 153/14 198/7 198/13

standard [1]  72/1

standing [3]  27/13 60/1 193/10

stands [2]  35/21 154/19

starboard [11]  10/25 17/2 17/4 84/14 97/2 98/1 111/3 117/23 151/17 159/2 160/1

start [17]  54/22 64/17 79/6 84/3 88/6 88/7 97/10 97/21 105/1 130/25 134/8 154/14 158/11 158/12 163/17 190/3 200/2

started [3]  104/22 154/23 181/7

starter [1]  189/24

starting [2]  88/5 190/1

state [18]  15/15 15/21 17/1 33/17 52/18 98/23 98/24 99/1 104/12 130/13 154/4 170/21 176/7 176/8 176/17 176/24 202/3 202/17

stated [4]  104/12 133/12 146/4 202/12

statement [13]  6/19 6/19 33/22 46/1 104/18 130/19 133/25 144/25 145/4 146/21 148/18 154/9 176/12

statements [2]  6/21 33/5

stateroom [3]  16/24 17/4 74/3

staterooms [4]  16/24 16/25 17/3 74/1

states [33]  1/1 1/3 1/11 1/14 4/5 8/3 8/5 8/6 8/19 8/22 18/11 18/12 24/24 25/2 25/25 26/2 28/16 28/19 29/6 29/7 31/4 32/1 32/22 34/20 105/15 131/21 135/24 144/8 155/4 155/16 155/18 184/20 202/7

station [5]  36/13 36/15 40/16 156/3 169/18

stationed [2]  40/17 155/9

stay [7]  79/2 88/19 102/25 103/2 152/21 198/7 198/20

stayed [1]  172/24

stays [1]  142/10

steal [1]  30/14

steer [1]  118/14

steered [2]  31/2 148/10

steering [20]  15/15 15/20 62/6 63/7 74/6 77/22 86/15 118/17 122/25 139/4 139/17 143/5 143/6 143/15 143/17 148/5 148/8 148/13 149/3 149/12

step [9]  92/7 92/9 93/13 103/19 129/19 129/19 153/2 197/18 198/5

sterile [2]  110/4 110/9

stern [3]  11/1 17/1 50/8

stick [1]  7/9

sticker [2]  32/4 32/4

**S**

stickers [4]   32/9 99/24 100/4
  138/18
still [16]   23/6 23/7 28/2 45/7
  46/3 49/14 56/16 82/16 82/25
  83/5 83/16 88/13 139/19 141/22
  199/1 199/20
stipulation [3]   4/17 199/8
  199/10
stop [11]   7/8 20/10 56/9 56/10
  97/12 97/12 97/15 128/1 145/19
  157/2 198/6
stopped [6]   49/4 49/4 49/25
  102/9 103/8 191/13
stopping [1]   192/23
store [6]   13/9 23/21 127/10
  164/14 167/19 167/25
stored [3]   17/18 127/12 129/10
stores [2]   23/18 23/18
storm [1]   28/23
stormy [1]   120/1
straight [3]   96/25 97/3 159/6
strapped [1]   142/10
street [1]   29/18
strike [2]   69/7 157/3
strongly [1]   25/18
struck [1]   141/15
strung [2]   67/3 67/7
stuff [2]   94/10 107/1
styled [1]   202/12
subject [8]   8/2 18/10 18/11
  24/23 25/2 25/24 26/1 121/5
subject's [1]   120/25
submarine [1]   122/5
submit [1]   134/11
submitted [2]   125/1 134/17
subsequent [1]   128/11
substance [7]   13/19 40/7 40/12
  100/22 163/11 163/18 164/12
substances [4]   12/4 15/1 40/1
  166/20
substantially [1]   12/24
substantive [1]   18/18
subtract [3]   196/21 197/3
  197/6
successfully [2]   191/1 192/3
such [4]   15/9 26/19 121/6
  177/15
suggested [1]   22/1
suit [5]   59/23 60/1 109/2
  109/2 109/3
summer [2]   42/11 42/22
sun [4]   82/19 82/24 83/4 83/13
sunlight [3]   186/22 187/21
  187/23
sunset [1]   186/6
super [2]   28/18 28/18
superiors [1]   115/19
supermarket [5]   13/11 13/11
  13/12 23/17 23/17
supermarkets [1]   13/13
supervisors [1]   37/3
support [4]   11/14 11/15 172/20
  175/13
suppose [2]   128/10 189/9
supposed [2]   12/5 51/12
sure [39]   35/19 43/13 44/25
  58/11 87/18 91/22 94/11 95/9
  95/14 97/20 99/4 102/3 114/7
  120/5 122/14 142/2 148/22
  157/19 159/13 170/19 172/19
  172/20 174/13 174/23 174/25

175/1 176/6 176/8 179/21
  179/21 185/1 185/5 186/12
  186/13 186/25 191/12 191/13
  191/13 198/17
surface [3]   14/18 41/4 109/9
surprise [1]   141/11
surrounding [2]   65/21 65/24
suspect [3]   150/16 194/2
  194/12
suspected [1]   26/18
suspicion [1]   117/13
suspicions [1]   91/25
suspicious [2]   66/4 91/23
sustained [6]   46/7 46/22 52/19
  60/25 136/9 137/5
swab [25]   15/11 40/24 41/4
  71/23 72/9 72/20 72/20 73/23
  74/8 74/16 75/14 85/2 85/4
  85/17 85/17 102/8 120/12
  120/14 120/15 120/18 121/1
  121/2 121/4 127/11 128/17
swabbed [6]   15/16 120/23
  120/25 179/5 179/20 180/17
swabbing [7]   16/19 74/13 74/14
  75/23 75/25 76/4 101/25
swabs [18]   15/18 15/24 40/20
  40/25 41/2 41/15 41/19 68/18
  72/21 73/10 73/21 76/1 76/10
  85/5 92/7 116/15 127/21 201/1
swan [1]   107/8
swear [2]   18/1 153/15
sweep [9]   11/25 12/6 16/19
  58/10 117/4 117/7 117/8 117/8
  119/20
swells [1]   172/12
swipe [15]   70/5 70/9 71/23
  72/6 89/22 108/7 108/10 108/17
  109/19 110/1 110/9 110/9
  110/11 110/14 110/15
swiped [15]   15/8 68/17 69/16
  70/2 70/21 72/4 108/9 108/18
  109/17 109/17 109/23 110/10
  110/12 110/16 112/2
swipes [29]   15/5 68/21 68/23
  68/24 69/9 69/10 69/14 74/20
  75/4 76/15 87/18 106/4 107/2
  107/5 107/8 107/11 108/14
  109/13 111/6 111/11 111/12
  128/16 140/9 140/17 170/5
  170/6 171/14 172/1 172/15
swiping [9]   14/14 70/14 70/23
  75/6 75/11 108/10 108/15
  108/16 111/2
switched [1]   148/10
switching [1]   138/17
sword [1]   29/23
sworn [7]   33/13 104/5 104/8
  130/6 130/9 153/21 153/24
synopsis [1]   111/20
system [4]   19/8 25/10 97/16
  149/12

**T**

table [9]   17/16 59/14 60/8
  60/11 60/12 74/1 109/10 115/21
  178/10
Tac [1]   134/14
TacCon [4]   134/11 134/15
  134/22 138/22
tack [4]   96/23 96/24 143/4
  143/6
tacking [5]   84/13 142/25
  142/25 143/5 143/12

TACLET [10]   35/13 35/20 35/20
  36/9 41/23 71/3 132/2 132/6
  132/12 132/25
tactical [9]   35/21 35/22
  105/23 121/6 132/15 132/17
  134/15 134/17 134/22
take [53]   7/19 14/17 15/10
  18/13 19/1 21/24 22/16 30/11
  38/8 41/4 47/12 55/5 55/11
  56/15 58/20 66/12 74/4 74/23
  75/18 80/14 80/24 91/6 92/22
  100/21 103/1 103/14 110/14
  111/2 113/2 123/20 124/11
  141/13 142/11 145/10 147/14
  151/1 151/5 151/10 151/18
  152/17 153/4 153/13 164/20
  165/5 172/11 179/22 182/8
  182/22 183/13 190/14 198/11
  198/22 199/16
taken [30]   23/5 48/23 49/18
  49/20 49/21 49/22 49/24 50/7
  50/16 56/23 88/20 90/21 151/6
  153/11 167/6 167/7 171/25
  172/4 172/21 182/3 182/7
  182/10 183/9 186/18 186/24
  186/25 187/1 187/4 187/11
  187/22
takes [1]   22/10
taking [9]   13/16 15/24 48/25
  49/1 70/4 73/9 75/23 96/23
  139/4
talk [9]   5/5 5/13 5/14 88/8
  88/14 107/3 121/24 136/10
  151/1
talked [13]   4/22 22/25 25/4
  55/9 85/14 88/24 92/20 104/21
  148/4 150/3 178/12 186/18
  192/21
talking [17]   43/16 57/4 61/15
  61/16 68/24 71/17 84/3 88/7
  105/2 106/25 125/9 131/2 149/2
  154/14 158/9 167/17 173/12
TAMPA [9]   1/2 1/5 1/15 1/15
  1/19 1/23 2/2 202/7 202/17
tape [1]   200/7
target [1]   106/18
Tarpon [1]   29/13
task [2]   35/10 43/14
tasked [3]   39/5 44/17 171/9
tasking [3]   13/23 39/13 56/5
teaching [1]   37/1
team [86]   9/15 9/21 10/8 11/24
  12/13 14/5 14/11 15/2 16/3
  16/3 16/16 26/17 26/19 36/7
  37/5 37/12 37/13 37/20 38/14
  38/16 38/17 38/21 38/21 39/2
  39/4 39/14 40/14 42/15 44/18
  53/17 53/18 53/20 54/4 56/2
  62/12 67/18 69/23 70/18 71/3
  71/5 71/20 73/18 77/7 77/9
  77/12 78/2 78/24 79/8 87/19
  90/7 105/23 106/2 106/17
  106/22 106/23 111/15 111/17
  111/18 111/24 115/24 117/9
  117/10 132/9 136/7 142/3
  155/12 155/14 157/7 157/11
  157/16 157/17 157/21 160/1
  161/12 170/3 171/12 172/20
  173/19 177/3 179/5 185/17
  188/1 188/1 190/11 195/1
  195/18
teams [2]   54/6 54/6
technician [3]   62/14 132/5

# T

technician... [1]   139/14
techniques [2]   38/3 97/20
telescopic [2]   151/13 151/15
telescoping [1]   197/13
tell [32]   11/21 14/3 18/2 19/7
  20/24 21/9 30/6 33/13 51/12
  51/13 62/3 70/7 79/4 104/8
  106/16 123/3 123/22 130/9
  137/9 137/13 139/1 148/16
  151/6 153/24 162/9 175/1
  188/15 193/22 194/15 194/24
  200/14 200/21
telling [4]   6/8 6/9 18/2 145/3
tells [2]   51/23 79/19
Temporally [1]   159/14
temporary [2]   149/11 149/13
tend [1]   122/11
tendency [1]   88/6
term [4]   24/21 74/3 141/21
  170/8
terms [3]   59/24 76/4 173/21
test [11]   13/18 14/3 14/4
  14/18 40/3 41/5 41/11 94/18
  127/11 128/9 128/17
tested [15]   14/20 15/4 15/17
  15/19 38/18 41/8 67/24 68/9
  69/16 69/21 77/15 86/10 86/12
  89/10 89/10
testified [8]   33/15 83/9
  104/10 130/11 154/1 176/5
  177/2 179/4
testify [6]   5/10 23/13 27/2
  61/17 197/19 200/23
testifying [4]   6/1 51/12
  103/25 129/21
testimony [16]   5/25 5/25 23/25
  25/17 46/22 56/17 56/18 88/14
  88/15 88/25 103/23 129/22
  197/20 197/21 200/14 201/5
testing [10]   39/17 40/1 40/14
  68/12 68/14 68/20 71/12 164/23
  200/13 201/1
tests [7]   13/18 37/23 37/23
  40/13 41/10 83/24 89/11
Texas [1]   155/12
than [30]   4/17 7/1 7/20 8/1
  9/1 18/21 22/15 25/6 30/18
  55/1 55/13 55/24 57/15 66/7
  71/20 74/15 75/17 77/14 82/10
  83/12 84/8 110/6 111/6 137/23
  142/9 152/22 173/2 176/1 181/6
  200/15
thank [44]   7/4 7/13 20/15
  20/17 24/10 24/12 33/2 33/3
  33/10 34/6 34/16 56/11 57/2
  88/11 88/19 89/5 95/16 95/19
  100/10 100/12 103/19 104/3
  105/12 118/19 123/8 129/19
  130/2 131/18 144/19 153/10
  154/6 155/1 166/7 180/1 183/15
  184/3 195/7 197/18 197/24
  198/5 198/9 198/23 201/9
  201/10
that [819]
that's [105]   4/21 8/18 8/19
  9/1 11/6 12/1 12/5 12/6 14/1
  14/16 18/6 18/23 19/4 19/17
  19/25 23/24 27/23 28/2 28/18
  28/18 30/12 30/22 31/1 35/18
  39/4 40/18 45/11 47/5 52/2
  53/23 58/12 62/18 65/10 70/24

72/11 72/24 73/2 74/3 74/21
82/4 83/12 90/7 94/1 94/6
95/14 95/15 96/4 96/13 96/18
102/1 103/15 105/17 107/6
108/11 117/24 121/14 124/14
124/14 124/22 125/1 134/10
134/11 134/16 136/19 137/1
138/19 138/21 139/21 140/14
145/16 147/19 148/12 148/24
149/19 150/13 151/16 155/11
166/12 167/24 169/4 171/4
175/12 175/17 177/6 180/8
181/16 182/20 183/1 183/25
185/20 186/1 186/11 188/8
188/25 189/18 190/13 192/16
192/25 194/19 195/4 196/16
196/23 200/11 200/17 201/2
the kilograms [5]   17/22 168/16
  168/20 170/11 187/18
their [36]   5/25 5/25 9/5 9/24
  23/3 23/13 28/6 28/8 29/20
  29/24 37/2 51/22 57/21 59/3
  59/16 59/18 68/16 68/17 81/2
  109/16 109/17 109/18 115/14
  117/23 119/17 120/15 121/1
  125/2 125/25 142/1 150/4
  175/11 176/7 183/7 188/1
  197/21
theirs [1]   198/16
them [109]   6/25 10/15 11/22
  13/4 13/4 13/8 13/15 13/15
  14/24 14/25 14/25 19/1 29/23
  30/11 30/13 31/5 31/16 31/17
  31/18 36/24 37/19 37/23 39/11
  47/14 57/18 57/19 57/22 57/22
  58/7 66/8 66/21 66/22 66/24
  67/23 81/3 84/19 84/22 87/18
  90/18 97/7 101/18 101/19 103/1
  105/24 108/23 109/9 109/16
  111/19 115/24 116/20 117/25
  118/24 119/7 119/9 119/13
  119/16 124/7 126/15 127/18
  127/20 127/22 128/2 128/4
  128/5 128/6 128/7 128/13
  142/14 142/21 150/21 152/15
  152/17 152/18 164/2 164/3
  164/4 164/5 164/6 164/7 164/8
  164/21 164/23 165/12 167/22
  167/23 167/23 168/17 168/21
  168/22 169/17 171/16 173/16
  175/1 178/22 181/1 181/3 181/4
  181/14 181/19 181/21 181/22
  181/23 182/16 196/4 198/17
  198/18 198/22 200/16 200/20
themselves [4]   30/2 55/19
  55/20 60/16
then [101]   6/7 7/1 11/20 13/8
  13/16 22/17 23/4 23/9 30/1
  31/6 31/6 35/5 36/25 37/2
  37/21 38/16 38/17 40/4 40/10
  41/3 41/7 41/20 42/8 47/4
  49/15 51/21 51/23 51/24 53/11
  53/18 54/13 54/13 57/9 57/11
  58/9 64/1 65/3 66/19 66/20
  67/18 68/16 68/18 71/24 72/9
  72/13 72/15 73/6 74/18 75/7
  75/11 76/6 79/16 80/23 81/1
  81/13 81/19 85/5 85/20 91/5
  91/22 92/5 92/12 94/13 95/7
  96/24 97/2 97/22 102/2 102/6
  103/3 103/4 106/20 109/2
  110/12 110/15 110/16 117/19
  127/25 128/7 128/11 128/12

128/16 128/18 129/13 133/3
137/12 139/17 147/4 157/24
157/25 163/9 171/9 172/17
177/18 178/12 180/9 192/23
198/6 198/12 199/21 200/19
there [138]   5/9 5/10 6/6 7/1
  8/14 8/15 10/17 10/18 10/24
  11/15 12/9 13/5 16/3 16/12
  16/13 16/14 16/24 17/1 17/3
  17/4 17/18 20/21 23/6 23/8
  23/12 23/15 23/23 26/21 27/12
  27/13 27/20 28/13 33/7 35/4
  40/12 40/15 43/9 45/7 46/2
  51/15 53/17 54/21 54/24 56/9
  58/2 58/3 61/24 62/13 62/21
  62/23 68/22 69/4 69/7 70/4
  74/12 76/20 76/22 77/20 77/22
  77/24 82/11 82/25 82/25 85/9
  86/18 87/6 87/6 87/12 93/13
  94/3 94/4 97/12 100/4 111/14
  114/10 114/14 117/3 117/14
  117/18 117/21 118/4 118/6
  118/12 118/22 118/24 119/7
  119/22 120/5 120/17 120/17
  121/7 121/16 124/16 124/16
  125/23 126/17 128/1 129/21
  132/24 134/10 138/19 139/15
  139/16 144/12 148/4 148/7
  149/5 149/11 151/19 152/5
  157/1 157/6 157/11 157/20
  161/23 163/22 163/23 163/23
  167/10 167/14 169/25 170/18
  172/19 181/10 183/6 185/15
  185/17 189/19 190/7 190/24
  192/19 193/17 196/9 196/11
  198/6 198/21 200/4 201/6
there's [46]   5/3 6/6 11/3
  11/23 12/1 12/1 12/2 12/3 12/3
  12/23 13/14 14/20 14/22 16/9
  16/14 16/14 23/6 23/9 24/25
  25/18 26/14 28/23 28/25 30/6
  31/20 32/3 32/7 58/11 72/24
  88/6 90/25 114/22 117/2 117/16
  117/19 119/20 119/21 119/24
  126/17 142/20 143/15 152/24
  192/19 200/3 200/5 200/14
thereafter [1]   192/18
therefore [1]   181/7
Thereupon [12]   33/11 48/10
  56/23 64/11 88/20 104/6 113/18
  130/7 153/11 153/22 166/3
  201/11
these [59]   7/21 11/13 11/18
  12/20 12/22 13/2 13/6 13/14
  13/20 13/20 15/3 15/9 15/9
  16/21 17/5 18/16 20/2 20/3
  23/9 24/6 26/21 28/3 28/11
  28/12 28/14 28/14 45/16 47/17
  66/5 66/15 66/18 66/24 67/2
  68/21 71/15 72/3 75/4 83/20
  87/17 87/18 126/15 142/2
  150/10 152/4 162/15 164/1
  164/1 166/18 166/24 166/24
  167/5 167/5 169/8 169/13
  169/16 171/25 172/1 173/11
  180/19
these kilograms [2]   169/8
  169/16
they [225]
they'll [5]   10/19 10/20 10/21
  64/10 166/2
they're [49]   9/2 9/3 9/5 9/6
  10/16 10/23 10/24 12/20 12/24

**T**

they're... [40]  12/25 13/17 13/21 14/7 14/8 14/13 15/11 23/19 24/16 25/6 25/7 25/8 28/7 28/10 28/21 28/24 29/19 30/9 30/16 31/1 31/16 36/23 40/6 47/19 50/23 51/20 51/23 51/25 54/5 54/20 84/24 108/23 108/24 122/2 127/14 127/16 165/12 165/15 183/5 198/20

they've [4]  14/1 14/1 24/7 25/21

thing [11]  28/20 74/16 79/5 91/21 116/24 126/16 141/10 157/19 175/11 177/25 192/6

things [32]  9/17 13/23 14/19 16/18 19/21 19/25 21/8 24/16 24/17 25/5 27/6 28/9 28/10 28/11 29/1 36/2 39/5 77/6 85/16 88/7 88/7 91/20 92/24 95/3 97/10 117/11 119/20 141/9 152/2 194/5 194/6 194/11

think [28]  8/14 16/2 19/5 19/24 25/15 30/9 39/17 43/18 43/23 48/16 59/8 67/22 78/15 81/21 94/2 96/6 96/12 101/9 101/15 101/16 103/11 116/5 123/12 126/11 148/7 184/14 198/15 200/21

thinking [1]  194/2

third [10]  36/17 36/21 36/22 37/1 107/24 118/9 118/10 198/15 198/17 198/20

this [302]

those [74]  7/22 10/13 13/9 14/9 17/21 30/9 32/9 41/2 42/3 42/16 47/13 58/8 59/6 59/11 63/15 63/20 67/20 68/1 68/2 68/4 68/8 68/17 68/18 79/9 80/3 80/21 83/10 89/11 90/17 92/24 101/17 102/24 108/17 111/12 113/2 113/5 113/6 113/13 114/16 121/16 121/18 123/23 126/19 127/5 128/7 129/10 142/11 150/9 163/11 163/14 164/20 165/5 165/10 166/14 166/20 167/21 167/24 168/2 168/4 170/4 171/15 172/23 177/24 178/11 181/17 182/1 182/23 187/13 187/19 187/21 188/6 194/21 196/10 196/12

those kilograms [1]  187/13

though [7]  14/19 102/19 140/8 151/13 151/18 179/21 193/18

thought [5]  115/15 115/19 144/14 146/14 161/10

thousands [2]  17/10 17/11

three [57]  8/13 10/11 10/13 10/18 11/2 12/18 14/6 16/24 26/8 26/9 31/10 31/11 37/16 38/15 38/15 40/8 45/6 53/7 53/18 55/6 55/24 56/2 57/13 70/2 73/18 76/10 101/11 101/11 107/19 115/3 115/7 123/15 132/24 133/10 143/9 145/16 152/16 152/20 156/1 157/6 157/11 157/16 159/7 161/12 163/23 168/10 176/9 185/23 187/25 188/1 189/12 190/18 191/2 192/15 193/2 199/5 199/19

Three kilograms [1]  168/10

three miles [1]  143/9

three-man [2]  73/18 157/16

through [27]  7/18 14/8 16/18 17/19 17/20 25/17 41/6 48/4 63/15 64/7 70/25 85/5 85/12 93/3 94/10 94/11 96/19 113/14 119/24 127/4 132/10 138/21 163/19 165/4 165/10 165/24 202/10

throughout [8]  8/19 14/22 14/23 23/18 23/20 25/19 98/7 120/5

throw [1]  100/22

throwing [7]  27/5 27/10 28/15 31/13 152/6 188/6 191/20

thrown [2]  28/10 194/14

tied [3]  163/10 163/25 167/22

till [3]  35/5 35/14 133/24

time [121]  12/8 12/12 13/1 13/1 17/19 22/11 33/5 36/9 36/15 44/24 49/17 54/11 54/15 54/19 57/20 62/16 63/2 65/4 67/25 75/13 75/15 76/9 76/9 76/14 76/20 76/22 77/1 77/6 77/13 77/14 78/4 79/23 80/1 80/17 80/20 81/12 81/15 81/23 81/23 82/1 82/8 82/11 83/22 82/23 84/7 84/8 84/11 84/24 87/22 87/22 88/4 90/11 92/25 93/1 93/2 93/10 93/13 93/14 93/20 93/21 93/23 94/1 94/2 94/4 96/1 96/14 96/20 97/3 97/4 102/13 107/21 108/2 116/25 118/7 118/11 118/13 119/2 132/8 132/25 133/2 140/7 141/11 142/13 148/2 151/21 151/25 152/4 155/22 155/22 160/9 161/8 161/17 165/19 166/20 167/4 172/7 173/18 185/7 186/9 186/23 187/3 187/24 189/12 190/14 190/25 191/14 191/15 191/16 192/2 196/13 196/17 196/18 196/18 196/19 196/22 197/4 197/7 197/8 197/9 199/1 199/12

timeline [1]  196/9

timelines [1]  196/12

times [11]  47/6 54/9 54/23 77/16 77/17 80/3 93/23 101/2 171/18 173/1 196/12

timetable [1]  49/7

Titanic [1]  29/2

Tobago [6]  65/12 125/5 125/6 125/8 125/14 125/18

today [15]  4/18 25/12 59/11 59/22 108/21 108/25 110/11 112/7 131/6 131/9 131/10 135/7 135/11 141/1 183/6

together [3]  67/7 103/17 112/4

told [23]  6/25 7/15 17/21 21/19 24/7 62/15 66/20 84/19 98/6 115/18 136/7 136/21 136/21 137/3 137/9 137/12 137/13 138/13 139/7 139/8 144/23 146/15 177/24

tomorrow [5]  4/23 25/12 116/8 198/10 200/2

too [7]  18/20 24/13 24/14 98/17 120/23 120/25 151/18

took [25]  10/10 10/15 12/7 31/9 57/13 58/21 80/6 82/10 106/24 117/22 148/13 162/21

164/5 171/16 177/10 177/14 177/18 177/18 177/22 181/21 182/1 182/17 185/15 185/16 188/5

top [3]  101/15 111/4 142/20

tops [1]  163/25

torn [1]  115/4

Tortola [15]  22/3 22/5 30/20 137/21 138/11 139/7 143/19 143/22 144/3 144/24 146/15 146/19 147/5 147/8 149/13

toss [1]  191/22

total [6]  13/14 67/23 101/15 126/20 132/24 140/23

touch [3]  128/5 128/14 128/15

touched [4]  23/8 23/9 85/21 95/3

touching [4]  74/2 127/23 128/2 128/4

tour [1]  103/1 103/10

toward [2]  22/14 178/23

towards [5]  8/12 98/1 157/24 164/4 178/15

town [1]  124/12

trace [5]  14/15 14/18 15/1 41/12 69/18

traces [1]  23/7

tracking [1]  44/10

traditional [2]  9/17 10/19

traffic [1]  74/2

traffickers [1]  121/25

trained [16]  13/22 28/7 71/12 109/14 121/2 121/4 121/7 121/24 132/9 150/8 150/9 150/11 194/5 194/14 194/16 194/17

training [33]  37/6 37/10 37/11 37/12 37/23 37/24 38/9 38/22 40/13 40/22 41/14 41/17 41/19 45/9 46/10 50/18 72/17 85/4 106/1 106/4 107/5 107/7 121/20 121/21 122/8 132/9 132/10 132/11 132/16 132/22 132/23 150/15 194/1

trains [1]  194/15

TRANSCRIPT [1]  1/10

transcription [2]  202/10 202/14

transfer [7]  85/21 94/25 103/4 167/23 170/2 172/23 174/1

transferred [8]  95/12 103/10 110/20 111/22 112/4 115/13 173/8 174/2

transfers [1]  177/17

transit [4]  10/1 19/2 55/11 172/11

transited [1]  78/6

transport [3]  29/20 94/20 173/18

transporting [2]  36/4 173/6

trash [4]  178/22 182/16 182/18 182/19

travel [2]  14/9 96/18

traveling [7]  22/11 22/15 96/2 97/13 188/14 188/23 191/8

tray [2]  85/8 85/9

treat [1]  116/18

trial [13]  1/10 20/10 20/20 24/13 25/1 25/10 25/15 25/20 26/14 103/25 104/22 154/23 197/20

trials [1]  20/21

tried [8]  19/3 54/11 81/19

## T

tried... [5]  126/25 126/25 139/13 148/9 170/18
trim [1]  44/24
trimmed [1]  45/3
Trinidad [23]  8/13 11/12 11/13 13/13 21/2 21/3 21/3 21/12 21/23 23/19 61/24 62/1 62/5 65/12 125/5 125/16 125/8 125/14 125/18 126/2 146/10 146/20 147/2
trip [12]  21/3 21/11 21/22 22/8 22/8 22/9 30/19 103/1 125/11 126/6 173/6 177/20
trips [4]  21/12 21/19 36/2 177/7
true [10]  25/13 25/14 84/15 94/20 118/25 122/19 139/19 146/22 148/9 202/14
truth [14]  18/2 33/13 33/13 33/14 52/18 104/8 104/8 104/9 130/9 130/9 130/10 153/24 153/24 153/25
truthful [4]  33/21 104/17 130/17 154/8
try [6]  10/22 20/10 20/11 26/21 128/12 169/24
trying [9]  9/11 25/4 66/2 105/2 107/20 121/12 143/8 150/3 152/25
TSA [1]  14/24
tug [1]  29/9
turn [4]  7/7 62/17 97/11 183/25
turned [5]  11/13 62/17 77/14 77/16 97/1
turns [3]  13/2 22/16 148/13
TV [1]  14/16
twice [1]  54/11
two [96]  5/9 5/10 7/21 8/13 8/14 11/3 12/9 12/19 15/5 15/24 16/19 17/1 17/3 20/21 21/2 21/12 21/19 22/10 24/16 24/17 29/10 30/7 42/4 42/5 42/6 42/7 43/4 44/24 47/5 49/5 53/18 53/25 55/18 55/24 57/15 57/17 58/1 58/2 58/3 58/8 58/8 58/9 58/22 59/6 59/14 67/6 67/11 67/13 68/14 68/22 69/23 70/18 75/6 77/11 85/16 89/14 100/24 103/12 105/21 106/25 107/15 107/19 108/19 109/9 110/10 110/10 111/9 112/2 112/6 120/14 121/11 121/15 132/19 140/22 142/20 143/9 148/13 149/11 150/2 170/21 172/12 173/8 173/11 173/11 173/13 173/14 176/6 176/9 188/6 191/3 191/4 191/6 191/7 191/9 193/1 193/1
two feet [2]  176/6 176/9
two-foot [2]  170/21 172/12
type [11]  9/18 9/19 21/15 79/5 106/14 134/9 139/11 162/22 168/23 173/2 193/12
types [3]  28/11 28/12 125/20
typical [1]  77/1
typically [4]  71/20 90/24 143/6 196/6

## U

U.S [8]  9/13 17/16 26/20 42/17

121/11 143/12 189/17 193/20
Uh [1]  81/17
ultimately [4]  10/12 11/23 21/21 21/25
uncut [3]  29/16 29/17 29/21
under [12]  33/14 33/20 47/3 79/13 81/12 104/9 104/16 130/10 130/16 143/7 153/25 154/7
underneath [4]  168/25 169/12 178/9 178/10
understand [23]  33/24 34/13 35/15 51/24 56/19 88/16 104/1 104/19 105/4 105/9 107/18 129/25 130/20 130/21 131/4 131/5 154/11 154/12 154/17 154/18 159/13 197/22 197/23
understanding [1]  6/23
understood [1]  22/4
underway [3]  9/2 84/13 149/10
unit [2]  38/12 155/15
UNITED [32]  1/1 1/3 1/11 1/14 4/5 8/3 8/5 8/5 8/19 8/22 18/10 18/12 24/24 25/2 25/25 26/2 28/16 28/19 29/6 29/7 31/4 32/1 32/22 34/20 105/15 131/21 144/8 155/4 155/16 155/18 184/20 202/7
units [1]  54/5
unless [2]  117/13 200/20
unload [1]  169/17
unquote [1]  25/2
until [26]  22/20 23/5 34/9 34/11 55/21 63/3 68/5 76/9 84/1 88/9 96/1 96/20 102/25 103/24 103/25 104/25 105/7 129/23 130/24 133/1 154/13 154/20 189/11 190/15 190/25 197/20
unusual [1]  10/25
up [80]  15/9 15/12 17/22 23/5 23/8 31/18 36/14 38/1 41/5 41/7 44/24 44/25 44/25 45/7 46/15 47/4 53/10 53/11 67/15 67/17 72/16 74/15 74/17 79/16 85/1 85/7 92/10 95/2 97/6 98/24 102/7 109/16 109/24 109/24 109/25 110/15 114/6 114/17 115/9 120/15 122/13 123/17 123/22 123/23 123/24 126/12 126/13 126/15 126/19 126/20 126/22 126/25 127/5 135/12 138/20 139/15 139/18 143/25 147/24 163/7 163/10 163/16 164/5 164/8 167/4 167/21 167/22 167/22 170/18 173/18 174/8 181/1 182/17 187/11 187/13 189/7 192/11 193/18 198/16 198/18
us [33]  36/20 37/10 43/1 43/5 44/22 49/13 53/7 58/13 61/18 63/16 64/1 67/2 70/4 70/7 73/5 76/19 85/18 85/19 92/11 103/15 103/15 106/16 113/2 113/24 123/3 123/15 123/21 137/9 137/13 145/3 175/12 184/10 200/6
usdoj.gov [1]  1/16
use [32]  14/23 19/18 19/18 20/1 26/25 27/17 39/7 41/1 52/13 85/11 93/6 93/6 97/16 122/3 122/4 125/17 125/18 125/20 125/22 125/22 127/11

129/3 134/11 142/11 143/8 150/8 150/9 150/16 150/21 158/12 185/18 202/10
used [13]  7/21 14/22 14/22 16/10 31/22 72/24 73/3 94/1 94/20 115/15 124/10 132/14 141/21
uses [3]  14/24 14/25 14/25
using [8]  47/2 97/4 97/7 143/7 150/11 170/22 175/2 185/3
USS [29]  9/13 29/2 29/7 29/7 42/25 106/10 106/17 110/20 111/22 129/13 134/21 150/19 151/7 152/12 152/14 156/24 156/24 158/12 159/1 159/3 160/22 164/18 167/7 170/3 171/16 174/7 192/4 193/6 193/11
usually [5]  11/6 103/5 103/14 110/8 196/9

## V

vacation [1]  21/6
vagueness [1]  138/7
vantage [1]  67/5
varied [1]  152/20
varies [1]  37/14
various [5]  7/23 16/18 21/7 23/20 200/15
VBSS [1]  77/12
vehicle [1]  150/16
verdict [3]  24/15 32/25 33/1
verification [1]  91/20
verified [1]  147/23
verify [10]  9/11 51/22 119/17 139/13 148/3 149/7 149/14 149/16 151/8 151/12
versus [1]  4/6
very [32]  15/9 15/10 19/23 20/15 21/4 22/12 22/22 23/1 23/1 29/1 31/22 39/8 39/10 43/6 45/14 49/16 54/11 74/14 96/4 109/12 111/4 116/19 118/5 122/23 139/14 141/9 143/9 160/4 164/3 186/13 198/23 200/12
vessel [271]
vessel's [2]  157/22 191/14
vessels [20]  8/16 9/2 26/17 35/25 36/1 38/3 38/4 42/16 42/17 42/17 43/8 43/10 54/24 90/15 122/10 122/10 155/22 157/20 172/19 173/2
via [1]  134/21
vials [3]  40/8 40/9 40/10
vicinity [1]  54/24
Vick [3]  16/22 77/11 199/22
video [5]  26/15 26/15 26/23 32/24 150/25
view [3]  125/2 193/10 193/11
viewed [1]  16/22
viewpoint [1]  193/15
Virgin [21]  8/9 8/12 11/15 17/16 22/2 31/23 44/7 61/25 62/1 62/6 82/24 139/5 139/6 143/20 143/23 143/25 144/13 146/16 147/5 147/8 156/12
virtually [1]  23/6
visible [1]  14/20
visit [15]  51/15 51/17 51/18 52/13 52/22 53/2 53/6 54/10 80/24 81/16 81/20 91/15 91/17 117/3 156/11

## V

visual [3]   66/2 193/21 194/6
visualization [1]   54/21
visually [3]   37/22 139/16
  186/21
Vizza [1]   199/17
voir [2]   7/18 8/16
VOLUME [1]   1/10
voyage [8]   51/8 62/3 64/2 65/2
  138/24 139/2 141/14 147/7
voyages [1]   64/4

## W

wait [14]   34/9 34/11 35/4 84/1
  91/10 92/25 104/25 105/7
  116/14 130/24 131/2 133/24
  154/13 154/20
waited [1]   92/5
waiting [6]   28/6 35/14 94/10
  94/13 94/14 116/14
Wal [3]   23/22 23/22 23/23
Wal-Mart [3]   23/22 23/22 23/23
want [25]   5/4 10/3 21/21 35/15
  40/8 41/5 43/23 61/16 72/19
  101/9 115/14 121/25 123/12
  123/13 136/20 150/20 182/15
  182/17 198/8 199/15 199/16
wanted [6]   5/1 84/22 139/20
  164/20 174/13 182/8
wants [2]   16/8 28/21
was [519]
was for [1]   22/3
wasn't [16]   27/24 31/11 48/25
  82/21 96/4 114/5 118/5 118/10
  118/25 120/22 120/25 137/25
  139/19 174/23 184/17 190/12
watch [1]   44/19
watched [1]   44/20
watching [3]   28/10 118/12
  118/12
water [36]   12/16 13/4 15/24
  22/16 32/18 66/21 66/23 66/25
  67/3 68/1 87/16 96/19 157/25
  159/14 162/4 163/8 163/18
  164/12 164/16 165/21 171/1
  175/14 177/4 177/6 181/5 181/7
  181/11 181/13 186/22 187/22
  187/25 189/10 195/2 195/3
  195/5 195/20
waters [2]   65/21 65/24
waterways [1]   156/4
waves [2]   119/21 143/1
way [27]   12/10 15/9 25/6 27/20
  28/24 45/7 51/20 51/21 72/18
  82/19 91/20 92/10 104/5 109/3
  112/16 130/5 138/20 149/9
  149/13 152/24 164/7 164/10
  167/23 167/23 168/19 175/1
  183/12
ways [1]   27/24
we [273]
we'd [2]   76/20 76/22
we'll [15]   4/18 7/12 56/10
  58/6 58/10 68/16 69/10 71/20
  88/4 88/10 103/14 117/19
  153/15 198/6 198/22
we're [31]   8/4 13/19 15/5 33/5
  41/19 56/10 56/15 56/22 61/16
  88/18 88/19 91/3 92/12 92/16
  102/4 103/3 103/11 117/14
  134/9 138/19 138/20 141/22
  151/4 153/4 153/9 153/10

155/15 175/25 199/3 199/4
  199/20
we've [7]   19/8 25/9 27/19 58/7
  59/4 141/22 192/21
weak [1]   23/2
weapons [7]   12/4 22/23 36/5
  57/22 58/14 58/17 91/16
wearing [5]   15/11 59/21 70/12
  70/14 70/15 102/4 108/24
  108/24 109/1 109/3 135/11
  135/12
weather [2]   22/13 120/2
weathered [1]   114/3
week [2]   24/5 38/8
weekend [1]   21/24
weeks [7]   17/17 37/15 37/16
  37/16 38/15 38/15 101/12
welcome [1]   6/15
well [52]   5/1 11/2 11/15 11/16
  11/17 14/3 14/16 17/23 19/23
  21/20 23/1 25/6 26/13 40/25
  46/21 58/3 61/25 72/21 73/10
  75/22 83/3 89/18 97/13 97/21
  102/16 112/1 112/12 114/2
  116/6 117/24 118/1 118/25
  123/20 124/10 125/23 126/18
  129/12 130/24 132/8 132/14
  143/15 143/17 152/13 155/20
  163/11 172/6 178/22 183/5
  184/19 193/19 193/23 201/5
went [37]   7/17 8/10 17/16 23/8
  27/23 29/3 55/25 78/6 82/24
  83/13 106/19 115/25 117/25
  119/19 119/20 120/4 132/10
  133/3 140/21 144/7 157/25
  158/1 158/23 158/23 161/22
  164/18 164/18 169/23 170/8
  170/14 170/22 170/23 172/18
  184/22 184/23 194/21 194/25
were [266]
weren't [6]   16/18 67/7 97/6
  116/20 171/1 176/6
wet [4]   12/24 13/2 162/8 162/8
what [293]
what do [1]   48/19
what's [23]   10/20 11/24 14/13
  16/12 16/13 36/24 39/20 43/12
  47/11 50/19 63/14 98/16 112/25
  116/24 124/25 134/4 135/11
  165/3 166/9 166/13 167/16
  167/16 195/20
whatever [12]   11/8 13/11 16/15
  89/12 100/21 128/8 128/12
  128/18 150/23 189/15 191/15
  193/2
whatnot [1]   98/11
whatsoever [4]   25/21 32/21
  32/21 139/17
wheel [5]   15/15 15/20 74/6
  86/16 118/18
wheelhouse [1]   139/21
when [154]   7/7 8/23 9/4 10/18
  10/21 11/18 18/24 19/23 22/17
  30/23 31/14 31/23 32/13 34/8
  46/4 46/25 47/4 47/13 48/19
  49/4 51/24 54/9 55/14 57/4
  58/5 62/17 63/16 65/23 66/8
  72/8 73/21 73/24 74/13 75/4
  75/20 76/17 77/15 79/5 79/5
  79/6 79/6 79/25 80/7 81/6
  81/19 82/4 85/15 86/2 87/20
  89/17 91/14 92/24 93/12 95/7
  95/9 97/2 99/11 99/14 100/21

101/8 103/10 104/25 109/13
  109/13 110/8 110/9 110/10
  111/17 111/23 112/5 113/2
  114/4 114/5 114/8 115/4 115/5
  116/24 117/2 117/22 119/8
  119/10 119/19 121/25 123/14
  127/11 127/19 128/7 128/17
  129/14 131/12 134/16 137/25
  138/19 138/21 139/21 141/22
  142/19 143/4 143/6 146/6 146/8
  146/12 146/24 146/25 148/12
  150/2 150/16 151/10 152/14
  153/15 157/4 157/8 159/14
  160/3 161/19 162/6 165/5 170/8
  170/14 173/8 173/11 173/21
  175/14 175/15 175/17 176/7
  177/2 177/22 182/21 183/25
  184/15 184/15 184/22 185/6
  185/7 185/14 186/2 186/2 186/5
  187/3 187/21 187/25 189/7
  189/16 190/10 190/21 190/25
  191/10 192/6 194/1 194/25
  195/3 195/12 201/1
whenever [3]   21/21 175/8 185/5
where [85]   8/24 8/24 8/25
  11/19 11/22 11/23 12/25 13/17
  22/6 28/14 30/20 31/18 31/21
  35/11 35/12 37/19 38/11 41/3
  44/5 46/3 49/20 50/24 51/20
  57/19 58/9 60/18 60/21 61/22
  69/11 70/9 70/10 74/2 75/7
  75/18 78/6 81/4 81/4 81/11
  85/24 86/2 91/24 92/7 92/12
  98/18 102/7 102/12 108/24
  110/16 111/1 115/25 116/6
  116/20 117/18 117/24 134/9
  136/2 136/17 137/1 138/19
  139/6 142/19 144/15 144/17
  146/9 155/9 155/17 160/16
  162/9 164/16 164/18 165/18
  167/5 169/22 169/23 170/11
  170/24 174/9 177/11 177/24
  178/13 179/3 181/4 196/24
  199/1 200/20
where's [3]   8/25 8/25 11/7
whereof [2]   125/16 202/16
wherever [3]   16/10 23/14
  139/20
whether [32]   5/3 5/12 9/11
  18/15 20/2 25/16 32/13 37/22
  47/1 49/3 49/11 49/24 62/13
  62/21 69/18 70/10 107/19
  120/19 123/3 123/13 125/20
  137/22 140/9 149/8 149/11
  149/17 151/6 175/23 179/18
  189/15 193/1 194/13
which [30]   8/10 17/6 21/23
  22/14 24/21 25/19 28/12 32/25
  40/9 40/25 43/19 61/17 81/13
  86/15 91/15 103/14 106/18
  106/25 107/21 111/24 112/15
  134/21 142/13 144/3 157/23
  158/9 170/18 175/6 178/8
  189/25
whichever [1]   198/8
while [23]   9/2 12/23 19/11
  24/20 24/23 26/5 26/13 28/5
  28/10 31/16 32/18 90/14 92/14
  92/19 92/20 116/14 118/1
  119/24 138/2 145/21 152/16
  188/2 189/6
white [3]   27/16 44/23 45/1
who [53]   26/9 26/21 29/23 31/2

# W

who... [49]  33/7 39/8 39/10
53/20 56/7 57/7 57/9 58/25
60/16 62/14 64/4 64/17 65/16
68/21 70/13 70/13 70/23 71/1
75/10 77/9 78/2 78/23 79/11
79/14 92/14 111/23 113/6 118/1
118/3 118/6 118/9 125/9 133/11
133/12 133/24 134/9 134/25
134/25 135/1 135/24 139/8
140/21 142/23 166/11 172/3
173/12 199/19 200/16 200/19
who's [3]  14/6 59/13 81/4
whoever [2]  11/5 119/19
whole [12]  25/8 33/13 49/17
84/24 97/4 97/9 104/8 130/9
153/24 178/25 193/2 200/17
why [8]  25/8 30/1 72/17 102/9
115/7 133/13 175/12 179/21
will [62]  4/22 5/10 5/14 5/14
5/20 6/7 6/17 6/24 7/1 7/9 9/2
9/4 10/20 19/10 20/11 23/6
24/7 25/11 25/19 26/7 26/7
26/23 26/23 26/23 27/2 27/7
27/9 27/11 32/2 32/8 32/20
32/25 37/3 39/25 40/2 40/8
41/2 41/5 41/6 41/7 48/7 48/17
51/18 65/3 78/14 80/24 81/1
85/8 85/9 88/5 97/12 97/13
100/21 109/8 112/18 113/17
119/10 124/6 198/10 199/17
200/21 200/23
Williams [3]  125/15 125/16
126/5
wind [10]  49/17 97/10 97/11
97/17 97/21 97/22 97/23 97/25
98/2 119/22
Winn [1]  13/10
Winn-Dixie [1]  13/10
within [17]  10/3 10/6 10/6
10/16 10/17 13/9 36/16 38/5
46/12 125/14 145/22 152/13
160/12 161/23 161/25 162/20
181/1
without [15]  20/5 20/13 25/5
25/5 48/6 64/9 113/16 117/20
127/22 128/2 128/4 151/1
162/10 166/1 175/24
witness [40]  4/21 5/2 5/4 5/6
5/12 5/20 6/7 7/22 27/2 27/2
27/6 27/6 27/9 33/8 33/9 60/3
60/13 78/14 78/16 80/9 86/22
88/1 103/20 104/4 109/8 130/3
130/4 135/10 135/13 137/8
151/21 153/3 153/10 153/13
153/19 154/3 197/25 198/1
198/2 202/16
witnesses [21]  3/2 5/6 5/10
5/18 5/23 6/9 6/9 7/17 8/3 8/5
18/3 19/13 30/24 31/3 33/6
88/8 103/22 199/1 199/5 199/6
199/9
women [2]  41/1 193/13
won't [6]  7/1 19/8 40/4 97/14
117/20 200/19
wonderful [1]  25/9
word [1]  24/19
words [5]  24/25 75/7 92/23
95/2 146/9
work [3]  38/1 40/4 69/10
work-up [1]  38/1
working [2]  81/12 180/9

works [2]  7/12 38/2
world [10]  8/20 14/22 14/23
20/9 27/24 30/10 42/7 43/24
156/9 196/20
worn [1]  26/24
would [148]  5/4 5/19 6/24
21/16 22/5 22/16 23/24 27/22
27/22 28/2 29/20 29/24 32/6
32/9 37/3 39/7 42/3 43/21 45/6
46/18 47/3 49/21 51/1 53/10
54/11 62/19 63/15 65/2 65/5
70/10 70/12 70/14 70/14 71/19
71/22 71/23 72/9 72/16 74/2
74/19 75/17 76/23 78/25 79/2
79/4 79/8 79/11 79/12 79/14
79/16 79/17 80/5 82/25 83/2
83/12 86/20 90/8 91/5 93/9
93/15 93/20 94/23 94/25 96/4
96/17 96/19 97/1 97/2 98/5
99/3 102/22 103/16 108/23
113/2 116/9 117/11 118/8 118/8
118/17 118/25 120/19 121/7
121/10 121/16 122/15 122/16
122/20 122/21 125/3 126/8
128/25 133/25 135/9 136/2
136/3 141/13 143/9 144/7 144/9
144/14 145/4 146/3 146/4 146/6
146/23 147/16 148/1 151/8
151/13 152/12 160/2 160/21
171/25 171/25 172/3 172/4
173/8 173/11 173/21 176/1
176/16 178/2 178/13 178/17
178/24 179/11 179/13 179/17
185/18 186/8 187/20 188/16
188/19 188/24 189/4 189/6
189/8 189/9 190/10 190/18
191/2 191/3 191/9 197/3 199/23
200/6 200/24 200/25
wouldn't [15]  48/24 48/24 49/1
49/6 72/19 83/2 83/6 102/15
119/18 121/18 122/14 143/1
148/9 179/20 179/21
wow [1]  19/24
wrap [1]  15/9
wrapped [8]  13/8 13/9 17/22
23/16 23/22 49/15 162/21
169/12
wrapping [4]  162/21 168/25
168/25 169/12
write [1]  89/10
writing [1]  112/11
written [2]  146/13 199/9
wrong [8]  16/14 139/16 140/1
140/4 146/22 147/12 184/14
184/15
wrote [5]  145/16 145/18 145/21
183/24 183/25

# X

XKS [5]  8/11 32/7 99/22 100/5
125/10
XR [1]  8/11

# Y

yahoo.com [1]  1/24
yards [25]  12/15 12/21 14/12
15/3 30/24 30/25 31/18 66/7
83/17 151/18 152/14 152/19
152/19 152/22 152/23 158/21
160/1 174/23 175/5 175/16
175/20 175/23 175/24 176/1
176/2
yawl [1]  129/12

yeah [33]  40/15 43/18 43/23
44/12 45/14 49/6 52/6 60/20
62/23 63/6 65/7 66/10 67/16
67/22 75/25 81/21 82/2 83/21
89/22 93/1 93/5 93/12 93/13
97/1 97/14 97/20 102/22 110/7
117/24 121/15 124/2 124/4
129/16
year [15]  8/8 26/8 36/8 38/10
41/23 44/1 65/6 65/7 105/25
106/6 106/12 133/4 146/1
146/24 156/6
years [9]  19/9 25/9 34/24
105/21 131/25 155/8 156/1
156/5 193/24
yes [321]
yesterday [5]  6/17 6/20 7/18
8/4 17/15
yet [5]  32/5 32/10 100/5 188/5
194/21
York [1]  36/14
you [1086]
you with [1]  171/25
you'd [2]  91/6 93/13
you'll [32]  11/9 11/17 13/5
13/5 14/9 14/11 15/7 15/16
15/19 15/22 16/5 16/21 16/21
17/6 17/8 17/11 17/13 37/21
37/23 38/1 38/5 38/17 39/4
40/11 40/16 40/25 41/6 73/24
74/18 75/6 85/8 85/9
you're [78]  11/19 11/21 14/14
16/1 18/2 21/1 21/13 22/15
22/21 22/21 23/17 24/2 27/1
28/3 28/9 29/11 31/2 31/11
31/20 31/21 31/24 32/1 33/20
34/2 34/10 34/20 35/2 35/24
40/1 40/10 45/9 48/17 50/18
51/12 51/19 51/25 52/23 56/17
61/15 63/16 70/16 74/13 86/5
89/9 91/24 91/25 94/8 101/25
102/6 104/16 105/1 105/15
109/5 113/2 119/8 129/22
130/16 130/23 131/1 131/21
144/5 150/8 150/10 150/11
152/14 154/7 155/4 155/9 158/9
160/9 165/5 166/15 171/9 180/6
184/23 185/6 187/16 194/11
you've [13]  11/20 14/16 19/19
36/9 63/20 76/4 77/14 88/9
110/11 121/5 145/15 150/3
193/23
young [1]  26/21
your [290]
yourself [4]  70/9 121/6 157/12
183/2
yourselves [3]  29/14 29/16
29/18

# Z

zero [3]  196/15 196/15 196/17
Ziplock [2]  71/24 72/10
zones [1]  155/19
Zulu [9]  93/20 93/23 93/25
94/4 196/18 196/19 196/22
197/4 197/7